MICHAEL J. BETTINGER (State Bar No. 122196)
TIMOTHY P. WALKER, PHD (State Bar No. 105001)
HAROLD H. DAVIS, JR. (State Bar No. 235552)
K&L GATES
55 Second Street, Suite 1700
San Francisco, CA 94105
mike.bettinger@klgates.com
timothy.walker@klgates.com
harold.davis@klgates.com
Phone:   (415) 882-8200
Fax:       (415) 882-8220

Attorneys for Plaintiff
WISTRON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION, a Taiwan corporation,<br><br>                           Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation,<br><br>                           Defendant. | Case No. C 07-4748 MEJ<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Pursuant to Civil Local Rules 3-12 (b) and 7-11, plaintiff Wistron Corporation ("Wistron"), requests an Order relating patent infringement case, *Samsung Electronics Co. Ltd. v. Quanta Computer, et al.,* No. 3:00-CV-04524 VRW ("the *Quanta* case"), recently pending in this District. The *Quanta* case involved the same patent at issue in this case, U.S. Patent No. 5, 333,273 ("the '273 patent") owned by defendant Samsung Electronics Co., Ltd ("Samsung Electronics").  Following six years of pretrial proceedings, including rulings on claim construction and summary judgment

1  motions of non-infringement and invalidity, the *Quanta* case was tried to a jury in November 2006,
2  the Honorable Vaughn R. Walker presiding.

3      The current case involves the same '273 patent and the same party Samsung Electronics as
4  the *Quanta* case. Assignment of this case to Judge Walker will avoid an unduly burdensome
5  duplication of labor and expense. It will also avoid the possibility of conflicting results if the case is
6  tried to a new and different judge in this District.

7      Accordingly, Wistron respectfully requests that this case be reassigned to Judge Vaughn R.
8  Walker.

9      Wistron was unable to obtain a stipulation for this administrative motion because Samsung
10 has not yet appeared in the case. Wistron has served this motion on Samsung and the parties to the
11 *Quanta* case.

12

13 DATED: September 20, 2007              K&L GATES

14

15

16                                       By_____/s/_____
                                            Michael J. Bettinger
17                                          Attorneys for Plaintiff
                                            WISTRON CORPORATION

18

19

20

21

22

23

24

25

26

27

28