MICHAEL J. BETTINGER (State Bar No. 122196)
TIMOTHY P. WALKER, PHD (State Bar No. 105001)
HAROLD H. DAVIS, JR. (State Bar No. 235552)
K&L GATES
55 Second Street, Suite 1700
San Francisco, CA 94105
mike.bettinger@klgates.com
timothy.walker@klgates.com
harold.davis@klgates.com
Phone:   (415) 882-8200
Fax:     (415) 882-8220

Attorneys for Plaintiff
WISTRON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION, a Taiwan corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation,<br><br>Defendant. | Case No. C 07-4748 MEJ<br><br>**[PROPOSED] ORDER** |

Having considered Plaintiff Wistron Corporation's Administrative Motion to Consider Whether Cases are Related, and all related briefing by the parties,

**IT IS HEREBY ORDERED** that:

The following cases are related and the current case be reassigned to Judge Vaughn R. Walker: *Samsung Electronics Co. Ltd. v. Quanta Computer, et al.,* No. 3:00-CV-04524 VRW, and the current case, Wistron Corporation v. Samsung Electronics Co., LTD., No. 3:07-CV-04748 MEJ.

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in

1  any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the
2  conference, disclosures and report required by Fed. R. Civ. P. Rules 16 and 26 accordingly. Unless
3  otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the
4  moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in
5  effect; and any deadlines established in a case management order continue to govern, except dates
6  for appearance in court, which will be rescheduled by the newly assigned judge.

9  DATED:_____                          _____
10                                                         U.S. District Court Judge