POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> none, none <br> KIRKPATRICK & LOCKHART PRESTON ET AL <br> 55 Second Street Suite 1700 <br> San Francisco, CA 94105 <br> TELEPHONE NO.: (415) 882-8200 <br> ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> United States District Court <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: Wistron Corporation <br> DEFENDANT/RESPONDENT: Samsung Electronics Co | CASE NUMBER: <br> C 07-04748 MEJ |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: <br> 1156441.00005 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons, Complaint, Order Setting Initial Case Management Conference, Case Management Standing Order, Joint Case Management Statement, Case Management Order, Consent to Assignment or Request, EFC Registration Handout

3. a. Party served: Samsung Electronics Co., LTD., a Republic of Korea corporation

   b. Person Served: CT Corp -

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date):* September 17, 2007     (2) at *(time):* 3:15 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Samsung Electronics Co., LTD., a Republic of Korea corporation

   under:     CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name: Jimmy Lizama
   b. Address: One Legal, Inc. - 132-Marin
              504 Redwood Blvd #223
              Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: September 19, 2007

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                                    (SIGNATURE)

BY FAX

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

FF# 6648337