MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
ELIZABETH DAY, Bar No. 177125
elizabeth.day@dlapiper.com
TIMOTHY LOHSE, Bar No. 177230
timothy.lohse@dlapiper.com
SAL LIM, Bar No. 211836
sal.lim@dlapiper.com
GREGORY J. LUNDELL, Bar No. 234941
greg.lundell@dlapiper.com
BRIAN P. WIKNER, Bar No. 244292
brian.wikner@dlapiper.com
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counter-Plaintiff
SAMSUNG ELECTRONICS CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION, a Taiwan corporation<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation<br><br>Defendant and Counter-Plaintiff. | CASE NO. C 07-4748 MEJ<br><br>**SAMSUNG'S MEMORANDUM IN SUPPORT OF WISTRON'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Samsung Electronics Co., Ltd. supports Wistron Corporation's ("Wistron") September 20, 2007, motion to consider whether this Court should relate the above captioned case with *Samsung Electronics Co., Ltd. v. Quanta Computer, Inc., et al.*, No. 00-CV-04524 (VRW) (the "*Quanta* case"). The above-captioned case between Samsung and Wistron is a patent infringement case that involves the same patent, U.S. Patent No. 5,333,273 (the '273 Patent"), and related

-1-

1  technology, intelligent keyboard controllers and interrupts, that was tried to a jury in the *Quanta*
2  case before Judge Walker in November, 2006. The above c-captioned case also involves two
3  additional Samsung patents.
4      Judge Walker is familiar with the '273 Patent and assignment of this case to Judge
5  Walker's Court will conserve judicial resources and avoid the possibility of inconsistent rulings.
6  Judge Walker, in the *Quanta* case, construed the claims of the '273 Patent in *Markman* rulings
7  and addressed the '273 Patent's validity and infringement in summary judgment rulings.
8      Accordingly, pursuant to Civil L.R. 3-12(b) and 7-11, Samsung respectfully requests that
9  this case be reassigned to Judge Vaughn R. Walker.

11  Dated: September 21, 2007

12                          DLA PIPER US LLP

14                          By _____
                             GREGORY J. LUNDELL
15                             Attorneys for Defendant and Counter-Plaintiff
                           SAMSUNG ELECTRONICS CO., LTD

DLA PIPER US LLP
EAST PALO ALTO
EM\7222642.1
-2-
SAMSUNG'S MEMORANDUM SUPPORTING WISTRON'S
ADMINISTRATIVE MOTION TO RELATE CASES
CASE NO. 07-4748