MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
ELIZABETH DAY, Bar No. 177125
elizabeth.day@dlapiper.com
TIMOTHY LOHSE, Bar No. 177230
timothy.lohse@dlapiper.com
SAL LIM, Bar No. 211836
sal.lim@dlapiper.com
GREGORY J. LUNDELL, Bar No. 234941
greg.lundell@dlapiper.com
BRIAN P. WIKNER, Bar No. 244292
brian.wikner@dlapiper.com
**DLA PIPER US LLP**
2000 University Avenue
East Palo Alto, CA  94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counter-Plaintiff
Samsung Electronics Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION, a Taiwan corporation,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation<br><br>    Defendant and Counter-Plaintiff. | CASE NO. C-07-4748 MEJ<br><br>**DECLARATION OF GREG LUNDELL REGARDING THE TECHNICAL FAILURE OF ECF**<br><br>Date: September 25, 2007 |
| SAMSUNG ELECTRONICS CO., LTD.,<br><br>    Counterclaim-Plaintiff,<br><br>v.<br><br>WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION,<br><br>    Counterclaim-Defendants. | |

-1-

EM\7222810.1

DECLARATION OF GREGORY LUNDELL REGARDING THE TECHNICAL FAILURE OF ECF; C 07-4748 (MEJ)

I, Greg Lundell, declare, pursuant to the District Court for the Northern District for California's General Order No. 45, as follows:

1. I am an associate with the law firm of DLA Piper US LLP, counsel for Defendant and Counter-Plaintiff, Samsung Electronics Co., Ltd. ("Samsung"). I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify hereto.

2. On September 24, 2007, the Clerk of the Court declared that the Electronic Case Filing ("ECF") website was subject to a technical failure and was unable to accept filing continuously or intermittently over the course of any period of time greater than one hour after 12:00 noon that day.

3. On September 24, 2007, I attempted and failed on at least two occasions, separated by at least one hour on the day of delay, to file Samsung's Answer and Amended Counterclaim. This pleading was not filed solely due to the ECF's technical failure.

I declare under penalty of perjury under the Laws of the United States of America that the foregoing is true and correct. This declaration is executed in East Palo Alto, California.

Dated: September 25, 2007

By _____
GREGORY J. LUNDELL