1  MARK D. FOWLER, Bar No. 124235
   mark.fowler@dlapiper.com
2  ELIZABETH DAY, Bar No. 177125
   elizabeth.day@dlapiper.com
3  TIMOTHY LOHSE, Bar No. 177230
   timothy.lohse@dlapiper.com
4  SAL LIM, Bar No. 211836
   sal.lim@dlapiper.com
5  GREGORY J. LUNDELL, Bar No. 234941
   greg.lundell@dlapiper.com
6  BRIAN P. WIKNER, Bar No. 244292
   brian.wikner@dlapiper.com
7  DLA PIPER US LLP
   2000 University Avenue
8  East Palo Alto, CA  94303-2214
   Tel:  650.833.2000
9  Fax:  650.833.2001

10 Attorneys for Defendant and Counter-Plaintiff
   SAMSUNG ELECTRONICS CO., LTD.
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16  WISTRON CORPORATION, a Taiwan corporation | CASE NO.  C-07-4748 MEJ |
| 17          Plaintiff and Counter-Defendant, | **NOTICE OF APPEARANCE OF M. ELIZABETH DAY AND BRIAN WIKNER** |
| 18  v. | |
| 19  SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation | |
| 20 | |
| 21          Defendant and Counter-Plaintiff. | |
| 22 | |
| 23  SAMSUNG ELECTRONICS CO., LTD., | |
| 24          Counterclaim-Plaintiff, | |
| 25  v. | |
| 26  WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION, | |
| 27 | |
| 28          Counterclaim-Defendants. | |

1  Please take notice that attorneys M. Elizabeth Day and Brian Wikner of DLA Piper hereby
2  enters this appearance as counsel for Defendants and Counter-Plaintiff and requests that all
3  notices and pleadings filed in this case be delivered to the addressees listed below:

> M. Elizabeth Day
> DLA Piper US LLP
> 2000 University Avenue
> East Palo Alto, CA 94303
> Phone: 650.833.2000
> Fax: 650.833.2001
> Email: Elizabeth.day@dlapiper.com
>
> Brian Wikner
> DLA Piper US LLP
> 2000 University Avenue
> East Palo Alto, CA 94303
> Phone: 650.833.2000
> Fax: 650.833.2001
> Email: brian.wikner@dlapiper.com

Respectfully submitted,

Dated: September 27, 2007

DLA PIPER US LLP

By /s/ Brian Wikner
BRIAN WIKNER
Attorneys for Defendant and Counter-Plaintiff
SAMSUNG ELECTRONICS CO., LTD