MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
ELIZABETH DAY, Bar No. 177125
elizabeth.day@dlapiper.com
TIMOTHY LOHSE, Bar No. 177230
timothy.lohse@dlapiper.com
SAL LIM, Bar No. 211836
sal.lim@dlapiper.com
GREGORY J. LUNDELL, Bar No. 234941
greg.lundell@dlapiper.com
BRIAN P. WIKNER, Bar No. 244292
brian.wikner@dlapiper.com
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counter-Plaintiff
SAMSUNG ELECTRONICS CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION, a Taiwan corporation,<br><br>    Plaintiff and Counter-Defendant,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation,<br><br>    Defendant and Counter-Plaintiff. | CASE NO. C-07-4748 JSW<br><br>**NOTICE OF APPEARANCE OF MARK FOWLER** |
| SAMSUNG ELECTRONICS CO., LTD.,<br><br>    Counterclaim-Plaintiff,<br><br>    v.<br><br>WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION,<br><br>    Counterclaim-Defendants. | |

-1-

DLA PIPER US LLP
EAST PALO ALTO

EM\7222885.1
347269-36

NOTICE OF APPEARANCE OF MARK FOWLER
CASE NO. C-07-4748 JSW

1   PLEASE TAKE NOTICE that Mark Fowler of **DLA PIPER US LLP** hereby enters an
2   appearance as counsel for defendant and counter-plaintiff SAMSUNG ELECTRONICS CO.,
3   LTD. and requests to be added to the service list.

4   Dated: September 27, 2007

DLA PIPER US LLP

By /s/ Mark Fowler
MARK FOWLER
Attorneys for Defendant and Counter-Plaintiff
SAMSUNG ELECTRONICS CO., LTD.

DLA PIPER US LLP
EAST PALO ALTO

EM\7222885.1
347269-36

-2-

NOTICE OF APPEARANCE OF MARK FOWLER;
CASE NO. C-07-4748 JSW