1  MARK D. FOWLER, Bar No. 124235
   mark.fowler@dlapiper.com
2  ELIZABETH DAY, Bar No. 177125
   elizabeth.day@dlapiper.com
3  TIMOTHY LOHSE, Bar No. 177230
   timothy.lohse@dlapiper.com
4  SAL LIM, Bar No. 211836
   sal.lim@dlapiper.com
5  GREGORY J. LUNDELL, Bar No. 234941
   greg.lundell@dlapiper.com
6  BRIAN P. WIKNER, Bar No. 244292
   brian.wikner@dlapiper.com
7  DLA PIPER US LLP
   2000 University Avenue
8  East Palo Alto, CA  94303-2214
   Tel:  650.833.2000
9  Fax:  650.833.2001

10 Attorneys for Defendant and Counter-Plaintiff
   SAMSUNG ELECTRONICS CO., LTD.
11

12                 UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

16 WISTRON CORPORATION, a Taiwan corporation,              CASE NO.  C-07-4748 JSW

17         Plaintiff and Counter-Defendant,                **NOTICE OF APPEARANCE OF TIMOTHY LOHSE**

18

19     v.

20 SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation,

21         Defendant and Counter-Plaintiff.

22

23 SAMSUNG ELECTRONICS CO., LTD.,

24         Counterclaim-Plaintiff,

25     v.

26 WISTRON CORPORATION, and
   WISTRON INFOCOMM (TEXAS)
27 CORPORATION,

28         Counterclaim-Defendants.

1  PLEASE TAKE NOTICE that Timothy Lohse of **DLA PIPER US LLP** hereby enters an
2  appearance as counsel for defendant and counter-plaintiff SAMSUNG ELECTRONICS CO.,
3  LTD. and requests to be added to the service list.

4  Dated: September 28, 2007

DLA PIPER US LLP

By /s/ Timothy Lohse
  TIMOTHY LOHSE
  Attorneys for Defendant and Counter-Plaintiff
  SAMSUNG ELECTRONICS CO., LTD.