UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISTRON CORPORATION,<br><br>        Plaintiff(s),<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO. LTD. ,<br><br>        Defendant(s).<br>_____/ | Case No. C 07-4748  VRW<br>Related to C00-4524 VRW<br><br><u>CLERK'S NOTICE</u> |

    This action having been reassigned to Judge Vaughn R Walker;

    YOU ARE HEREBY NOTIFIED THAT a Case Management Conference has been scheduled for **Thursday,  December 13, 2007 at 3:30 p.m.** before the Honorable Vaughn R Walker.

Copies of the Local Rules, Standing Orders, the Court's  weekly calendar and available motion hearing dates  may be downloaded from the district courts Internet site:

http://www.cand.uscourts.gov . A link to the  page may be found on the Court's home page.

Please report to Courtroom  no. 6, 17th floor, United  States  District Courthouse, 450 Golden Gate Avenue, San Francisco, California.

Dated: October 5, 2007

                                            By: *Cora Klein*

                                        Cora Klein, Courtroom Deputy Clerk to

                                        Chief  Judge Vaughn R Walker

**(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Certificate of Service)**

attachments                                             1