1  MICHAEL J. BETTINGER (STATE BAR NO. 122196)
   michael.bettinger@klgates.com
2  TIMOTHY P. WALKER, PHD (STATE BAR NO. 105001)
   timothy.walker@klgates.com
3  HAROLD H. DAVIS, JR. (STATE BAR NO. 235552)
   harold.davis@klgates.com
4  **K&L GATES**
   55 Second Street, Suite 1700
5  San Francisco, California  94105-3493
   Telephone: 415.882.8200
6  Facsimile: 415.882.8220

7  Attorneys for Plaintiff
   WISTRON CORPORATION and
8  WISTRON INFOCOMM (TEXAS)
   CORPORATION
9

10

11                UNITED STATES DISTRICT COURT

12
                  NORTHERN DISTRICT OF CALIFORNIA
13

14                      SAN FRANCISCO DIVISION

15 | WISTRON CORPORATION,           | Case No. C 07-04748 VRW
     a Taiwan corporation,
16 |
                      Plaintiff and Counter-   | **STIPULATION EXTENDING TIME
17 |                  Defendant,                | TO RESPOND TO SAMSUNG'S
                                                | FIRST AMENDED
18 |      vs.                                   | COUNTERCLAIM**

19 | SAMSUNG ELECTRONICS CO., LTD.,
     a Republic of Korea corporation,
20 |
                      Defendant and Counter-
21 | .                Plaintiff

22 | SAMSUNG ELECTRONICS CO., LTD.,

23 |                  Counterclaim-Plaintiff

24 |      vs.

25 | WISTRON CORPORATION,  and
     WISTRON INFOCOMM (TEXAS)
26 | CORPORATION
                      Counterclaim-Defendant
27

28

STIPULATION                                           Case No. C 07-04748 VRW

WHEREAS:

1. On September 21, 2007, Samsung Electronics Co., Ltd. ("Samsung") filed its Counterclaim against plaintiff and counterdefendant, Wistron Corporation and counterdefendant Wistron Infocomm (Texas) Corporation (collectively "Counterdefendants");

2. Subsequently, on September 25, 2007 Samsung filed its First Amended Counterclaim against Counterdefendants;

3. On October 8, 2007, Samsung served Wistron Infocomm (Texas) Corporation;

4. Counterdefendant Wistron Corporation requests an extension of time until October 26, 2007 to file its response to Samsung's First Amended Counterclaim; that date being the date on which Counterdefendant Wistron Infocomm (Texas) Corporation must file its response to the First Amended Counterclaim;

5. Samsung has agreed to such an extension;

8. The parties hereby file this Stipulation in accordance with Civil Local Rule 6-1(a).

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Counterdefendants shall have until October 26, 2007 to file their answer or otherwise respond to Samsung's First Amended Counterclaim.

1  Dated: October 11, 2007                K&L Gates

                                         /s/
                                         MICHAEL J. BETTINGER
                                         Attorneys for Plaintiff and Counterdefendants
                                         WISTRON CORPORATION and
                                         WISTRON INFOCOMM (TEXAS)
                                         CORPORATION


   Dated: October 11, 2007                DLA PIPER US LLP


                                         /s/
                                         MARK D. FOWLER
                                         Attorneys for Defendant
                                         and Counterplaintiff
                                         SAMSUNG ELECTRONICS CO. LTD