| | |
|---|---|
| 1 | MARK D. FOWLER, Bar No. 124235<br>mark.fowler@dlapiper.com |
| 2 | ELIZABETH DAY, Bar No. 177125<br>elizabeth.day@dlapiper.com |
| 3 | TIMOTHY LOHSE, Bar No. 177230<br>timothy.lohse@dlapiper.com |
| 4 | SAL LIM, Bar No. 211836<br>sal.lim@dlapiper.com |
| 5 | GREGORY J. LUNDELL, Bar No. 234941<br>greg.lundell@dlapiper.com |
| 6 | BRIAN P. WIKNER, Bar No. 244292<br>brian.wikner@dlapiper.com |
| 7 | DLA PIPER US LLP<br>2000 University Avenue |
| 8 | East Palo Alto, CA 94303-2214<br>Tel: 650.833.2000 |
| 9 | Fax: 650.833.2001 |
| 10 | Attorneys for Defendant and Counter-Plaintiff<br>SAMSUNG ELECTRONICS CO., LTD. |
| 11 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION, a Taiwan corporation,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation,<br><br>    Defendant and Counter-Plaintiff. | CASE NO. C-07-4748 VRW<br><br>**PROOF OF SERVICE OF SUMMONS; ANSWER TO COMPLAINT FOR DECLARATORY JUDGMENT AND AMENDED COUNTERCLAIMS FOR PATENT INFRINGEMENT; ORDER SETTING CASE MANAGEMENT CONFERENCE AND CLERK'S NOTICE** |
| SAMSUNG ELECTRONICS CO., LTD.,<br><br>    Counterclaim-Plaintiff,<br><br>v.<br><br>WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION,<br><br>    Counterclaim-Defendants. | |

| *Attorney or Party without Attorney:*<br>DLA PIPER US LLP, Bar #122066<br>2000 University Avenue<br>East Palo Alto, CA 94303 | | *For Court Use Only* |
|---|---|---|
| *Telephone No:* 650-833-2000   *FAX No:* 650-833-2001 | | |
| *Attorney for:* Defendant | *Ref. No. or File No.:*<br>347269-36/14393 | |

| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT DISTRICT |
|---|
| *Plaintiff:* WISTRON INFOCOMM |
| *Defendant:* SANSUM ELECTRONICS CO, et al |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C-07-4748 VRW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the ADDENDUM: See Attached List of Documents.

3. a. *Party served:*       WISTRON INFOCOMM (TEXAS) CORPORATION (Attn: HANK HSU, PRESIDENT)
   b. *Person served:*      Jerry Wang, Deputy General Manager

4. *Address where the party was served:*   4051 FREPORT PARKWAY, SUITE 200
                                           Grapevine, TX 76051

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: 10-8-07   (2) at: 1:15 AM/PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   *on behalf of:* WISTRON INFOCOMM (TEXAS) CORPORATION
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:* JASON FISHER            Recoverable Cost Per CCP 1033.5(a)(4)(B)
       b. SWIFT ATTORNEY SERVICE                    d. *The Fee for Service was:* $150.00
          P.O. BOX 5324                             e. I am:
          500 ALLERTON STREET, SUITE 105
          Redwood City, CA 94063
       c. (650)364-9612, FAX (650)364-3305

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: 10-8-07

                                                              *Schd 702*

   *Judicial Council Form POS-010*                PROOF OF SERVICE                            *dla.13811*
   *Rule 2.150.(a)&(b) Rev January 1, 2007*

ADDENDUM
# DOCUMENTS TO BE SERVED

1. Summons

2. Answer to Complaint for Declaratory Judgment; Amended Counterclaims for Patent Infringement; Demand for Jury Trial; Certification of Interested Entities and Parties (one document)

3. Order Setting Case Management Conference

4. Clerk's Notice

5. ADR Resolution Procedures

6. Judge Walker Standing Order

7. Contents of Joint Case Management Statement - Standing Order for All Judges of the Northern District of California