UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION, a Taiwan corporation,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation,<br><br>    Defendant and Counter-Plaintiff. | CASE NO. C-07-4748 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| SAMSUNG ELECTRONICS CO., LTD.,<br><br>    Counterclaim-Plaintiff,<br><br>v.<br><br>WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION,<br><br>    Counterclaim-Defendants. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

- ☑ Private ADR *(please identify process and provider)* __Mediation.__
  __The parties will agree on a provider at a later time.__

The parties agree to hold the ADR session by:

- ☑ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered)*
- ☐ other requested deadline _____

Dated: 11/29/07            _____/s/ Hal D._____
                           Harold H. Davis, Jr.
                           Attorney for Wistron Corporation and
                           Wistron InfoComm (Texas) Corporation

Dated: 11/29/07            _____/s/_____
                           Sal Lim
                           Attorney for Samsung Electronics
                           Co., Ltd.

# [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☑ Private ADR

Deadline for ADR session

- ☑ 90 days from the date of this order
- ☐ other _____

IT IS SO ORDERED.

Dated: _____        _____
                          Hon. Vaughn R. Walker
                          UNITED STATES DISTRICT JUDGE