**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date : __December 13, 2007__

**C07-4748  VRW**          **Wistron Corporation**  v  **Samsung Electronics Company Ltd**

Attorneys : For Plaintiff(s): __Mark Fowler, M. Elizabeth Day, Sal Lim__

           For Defendant(s): __Michael Bettinger, Christy LaPierre__

Deputy Clerk: Cora Klein                              Reporter: not reported

PROCEEDINGS:

Initial Case Management Conference - Held

Further Case Management Conference: 5/1/2008 @ 3:30 p.m.


SCHEDULE:

Fact Discovery Cutoff: 8/15/08

Hearing on Summary Judgment Motion/Claim Construction: 8/7/2008 at 2:30 PM

DISPOSITIVE MOTIONS HEARING: _9/25/2008 at 2:30 PM_
File Motion:                          Opposition:                    Reply:

PRETRIAL CONFERENCE: _10/30/2008  at 3:30 pm (including motions in limine)_

JURY SELECTION: 11/25/2008 at  9:00 AM

TRIAL DATE: _12/1/2008 at  8:30 AM_        (Jury/Court - 10 days)



Order to be prepared by:    Plntf_____  Deft_____  Court_x_