MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
ELIZABETH DAY, Bar No. 177125
elizabeth.day@dlapiper.com
TIMOTHY LOHSE, Bar No. 177230
timothy.lohse@dlapiper.com
SAL LIM, Bar No. 211836
sal.lim@dlapiper.com
GREGORY J. LUNDELL, Bar No. 234941
greg.lundell@dlapiper.com
BRIAN P. WIKNER, Bar No. 244292
brian.wikner@dlapiper.com
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:  650.833.2000
Fax:  650.833.2001

Attorneys for Defendant and Counter-Plaintiff
SAMSUNG ELECTRONICS CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION, a Taiwan corporation,<br><br>           Plaintiff and Counter-Defendant,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation,<br><br>           Defendant and Counter-Plaintiff. | CASE NO.  C-07-4748 VRW<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR REALIGNMENT OF THE PARTIES**<br><br>Date:       February 7, 2008<br>Time:      2:30 p.m.<br>Courtroom: 17th Floor, Courtroom 6<br>Judge:     Honorable Vaughn R. Walker |
| SAMSUNG ELECTRONICS CO., LTD.,<br><br>           Counterclaim-Plaintiff,<br><br>    v.<br><br>WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION,<br><br>           Counterclaim-Defendants. | |

DLA PIPER US LLP
EAST PALO ALTO

PA\10530989.1

-1-
[PROPOSED] ORDER GRANTING MOTION FOR REALIGNMENT;
CASE NO. C-07-4748 VRW

1  Having considered the papers submitted and arguments presented in support of and in
2  opposition to Defendant/Counter-Plaintiff Samsung Electronics Co., Ltd.'s ("Samsung") Motion
3  for Realignment of the Parties, IT IS HEREBY ORDERED THAT Samsung's motion is
4  GRANTED. The caption in Case No. C-07-4748 VRW shall be as follows:

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>WISTRON CORPORATION, a Taiwan corporation, and WISTRON INFOCOMM (TEXAS) CORPORATION, a Texas corporation,<br><br>　　　　　Defendants. | CASE NO. C-07-4748 VRW<br><br><br><br><br>Date:<br>Time:<br>Courtroom:<br>Judge:　　Honorable Vaughn R. Walker |

　　　　IT IS SO ORDERED.

Dated: _____, 2008     _____
　　　　　　　　　　　　　　　　　　VAUGHN R. WALKER
　　　　　　　　　　　　　　　　　　United States District Court Judge