| | |
|---|---|
| MICHAEL J. BETTINGER (State Bar No. 122196) | MARK D. FOWLER (State Bar No. 124235) |
| TIMOTHY P. WALKER, PHD (State Bar No. 105001) | ELIZABETH DAY (State Bar No. 177125) |
| HAROLD H. DAVIS, JR. (State Bar No. 235552) | TIMOTHY LOHSE (State Bar No. 177230) |
| mike.bettinger@klgates.com | SAL LIM (State Bar No. 211836) |
| timothy.walker@klgates.com | GREGORY J. LUNDELL (State Bar No. 234941) |
| harold.davis@klgates.com | BRIAN P. WIKNER (State Bar No. 244292) |

K&L GATES
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

mark.fowler@dlapiper.com
elizabeth.day@dlapiper.com
timothy.lohse@dlapiper.com
sal.lim@dlapiper.com
greg.lundell@dlapiper.com
brian.wikner@dlapiper.com

Attorneys for Plaintiff and Counter-Defendant
WISTRON CORPORATION and Counter-Defendant WISTRON INFOCOMM (TEXAS) CORPORATION

DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2214
Telephone: (650) 833-2000
Facsimile: (650) 833-2001

Attorneys for Defendant and Counter-Plaintiff
SAMSUNG ELECTRONICS CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION,<br><br>    Plaintiff and Counter-Defendant,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>    Defendant and Counter-Plaintiff | Case No. C 07-04748 VRW<br><br>**JOINT STIPULATION TO EXTEND MEDIATION DEADLINE** |
| SAMSUNG ELECTRONICS CO., LTD.,<br><br>    Counter-Plaintiff,<br><br>vs.<br><br>WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION<br><br>    Counter-Defendants. | |

1  Pursuant to Civil L.R. 6-1, the parties hereby stipulate and agree to extend the current
2  mediation deadline to March 12, 2008. This extension of time will not alter any event or deadline
3  already fixed by Court order.

4

5  DATED: January 11, 2008           K&L Gates

6

7                                    By_____
8                                       Michael J. Bettinger
                                         Attorneys for Plaintiff and Counter-
9                                        Defendant WISTRON CORPORATION and
                                         Counter-Defendant WISTRON
10                                       INFOCOMM (TEXAS) CORPORATION

11

12 DATED: January 11, 2008           DLA Piper US LLP

13

14                                   By_____
                                        Mark D. Fowler
15                                      Attorneys for Defendant and Counter-
                                        Plaintiff SAMSUNG ELECTRONICS CO.,
16                                      LTD.

17
K:\1156441\00005\11231_CVL\11231P2020
18

JOINT STIPULATION TO EXTEND MEDIATION DEADLINE   -1-                PRINTED ON RECYCLED PAPER
Case No. C 07-04748 VRW