

DLA Piper US LLP
2000 University Avenue
East Palo Alto, California 94303-2214
www.dlapiper.com

Gregory J. Lundell
greg.lundell@dlapiper.com
T  650.833.2062
F  650.687.1122

January 28, 2008

OUR FILE NO. 347269-36

<u>Via E-Filing and FedEx</u>

The Honorable Vaughn R. Walker
Chief Judge of the United States District Court
Northern District of California
Courtroom 6, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:    <u>Wistron Corporation v. Samsung Electronics Co., Ltd. Case No. C 07-4748 VRW</u>

Dear Judge Walker:

We are counsel for Samsung Electronics Co., Ltd. ("Samsung") in this action. Pursuant to a telephone call with your Courtroom Deputy Clerk earlier today and this Court's Standing Order 1.5, Samsung submits this letter to the Court regarding a discovery dispute that has arisen between the parties. If the Court finds it necessary, Samsung is available to the Court for a telephone conference or is willing to provide further briefing on this issue.

**<u>The Dispute</u>**

This dispute involves certain provisions of a proposed protective order and Wistron Corp. and Wistron InfoComm (Texas) Corp's. (collectively, "Wistron") refusal to produce a searchable electronic copy of its source code (BIOS code) to Samsung's counsel ("DLA"). The current dispute regarding the production of source code arose during the parties' discussions regarding a stipulated protective order in this case. In the course of the parties' negotiations, Wistron has taken the position that it will not produce its source code in electronic form to DLA at DLA's offices. Instead, Wistron will only permit on-site inspection of its source code at its counsel's office ("K&L") in San Francisco. Moreover, based on certain provisions in Wistron's proposed protective order, Wistron reserves the right to object to providing selected relevant portions of the code, apparently requiring ongoing meet and confer efforts (and perhaps motion practice) each time Samsung requests that source code be produced.

Each of the three patents-in-suit implicates a different portion of Wistron's source code. The production of a complete, electronic, searchable version of Wistron's source code is relevant to Samsung's infringement case. Five other defendants (Quanta Computer, Inc.; Compal Electronics, Inc.; Twinhead Corp.; Arima Computer Corp.; and Inventec Corp.) have produced electronic, searchable source code to DLA in prior litigation without incident. The production of electronic, searchable source code in computer-related patent litigation matters is common, and there is no reason that the instant case should be any different.

Samsung requests that Wistron be ordered to produce a searchable electronic copy of its source code to DLA for several reasons. First, in the ordinary course of business, source code is kept in a comprehensive electronic and searchable format and it should also be produced in that same manner for purposes of litigation. Second, source code is inherently complicated with multiple, intertwined files and a full understanding of the code requires significant study. It is impracticable to require DLA and its retained experts to schedule an appointment, travel to and work in K&L's offices for the time it will take to



Hon. Vaughn Walker
January 28, 2008
Page Two

sufficiently understand the source code such that DLA can identify all of the necessary portions. Third, DLA and its retained experts should be permitted the same access to Wistron's source code as K&L and Wistron's retained experts. Fourth, DLA's offices afford the source code the same level of security that K&L's offices can offer. Finally, it is common to produce electronic, searchable source code under an acceptable protective order as Samsung seeks here.

**Relief Requested**

Samsung respectfully requests the Court to order Wistron to produce an electronic, searchable copy of its source code to Samsung's counsel under a "CONFIDENTIAL – OUTSIDE ATTORNEY'S EYES ONLY – SOURCE CODE" designation without further delay. If the Court finds it necessary, Samsung is available for a telephone conference or is willing to provide further briefing on this issue.

Respectfully Submitted,

DLA Piper US LLP

Greg Lundell
Attorneys for Samsung Electronics Co., Ltd.

GJL:zk
EM\7226698.2