UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE:** February 7, 2008

**COURTROOM DEPUTY:** Cora Klein          **Court Reporter:** Connie Kuhl

**CASE NO.** C 07-4748 VRW

**TITLE:** Wistron Corporation v Samsung Electronics Co Ltd
and counterclaims

**COUNSEL FOR PLAINTIFF:**          **COUNSEL FOR DEFENDANT:**
Harold Davis                              Mark Fowler

**PROCEEDINGS:**
    1. Samsung's Motion for Realignment of the Parties
    2. Discovery matter

**RESULTS:**
    The Court heard argument from counsel.
    The motion for realignment of the parties was denied.
    The court orders Wistron to produce an electronic searchable copy of it's source code to Samsung's counsel at this office.