**EXHIBIT A**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION,<br><br>    Plaintiff and Counter-Defendant,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>    Defendant and Counter-Plaintiff | Case No. C 07-04748 VRW<br><br>**EXHIBIT A TO THE PROTECTIVE ORDER REGARDING DISCLOSURE OF CONFIDENTIAL MATERIALS**<br><br>Undertaking by Non-Parties Designated Under Paragraph 13 |
| SAMSUNG ELECTRONICS CO., LTD.,<br><br>    Counter-Plaintiff,<br><br>vs.<br><br>WISTRON CORPORATION, and<br>WISTRON INFOCOMM (TEXAS)<br>CORPORATION<br><br>    Counter-Defendants. | |

    I, _____, state the following:

    1.    I have been retained by _____ [party] to serve as an expert or consultant in the above-captioned action.

    2.    I have read and understand the Protective Order ("Order") to which this Exhibit A is annexed and I attest to my understanding that access to material designated as CONFIDENTIAL, CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY and CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE may be provided to me and that such access shall be pursuant to the terms and conditions and restrictions of the Order. I agree to be bound by the terms of the Order and to be subject to the Court's jurisdiction, both with respect to this Court's powers of supervision of the litigation of the above-captioned action and contractually to any

1 designating party, which I acknowledge to be an expressly intended beneficiary of the undertakings I
2 give in this Confidentiality Agreement and Undertaking.
3    3.    I shall not disclose or reveal to anyone except the Court and the parties any
4 confidential information or code given to me designated as CONFIDENTIAL – OUTSIDE
5 ATTORNEYS' EYES ONLY – SOURCE CODE under the terms of the Order.
6    4.    I shall not use nor disclose any material designated CONFIDENTIAL,
7 CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY, or CONFIDENTIAL – OUTSIDE
8 ATTORNEYS' EYES ONLY – SOURCE CODE to others, except for purposes of providing my
9 consulting and/or testifying expertise in this action and then solely in accordance with the Order. I
10 understand that counsel for the designating party shall then have five (5) business days from receipt
11 of my written notice to inform me whether the designating party objects to my engagement. Nothing
12 in this Exhibit A shall prevent me from using otherwise legally obtained information. I also
13 understand that, in the event that I fail to abide by the terms of this Confidentiality Agreement or the
14 Order, I shall be subject to sanctions by way of contempt of court, and to separate legal and equitable
15 recourse by the adversely affected designating party.

_____
Signature

_____
Printed Name

_____
Address