**DLA PIPER**

DLA Piper US LLP
2000 University Avenue
East Palo Alto, California 94303-2214
www.dlapiper.com

Sal Lim
sal.lim@dlapiper.com
T   650.833.2101
F   650.687.1121

February 21, 2008

OUR FILE NO. 347269-36

Via E-Filing and FedEx

The Honorable Vaughn R. Walker
Chief Judge of the United States District Court
Northern District of California
Courtroom 6, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   **Wistron Corporation v. Samsung Electronics Co., Ltd.**
      **United States District Court, Northern District of California, Case No. C 07-4748 VRW**

Dear Judge Walker:

We are counsel for Samsung Electronics Co., Ltd. ("Samsung") in this action. Pursuant to this Court's Standing Order 1.5, Samsung submits this letter regarding a discovery dispute that has arisen between the parties.

**The Dispute**

This dispute involves Wistron Corp. and Wistron InfoComm (Texas) Corp.'s (collectively, "Wistron") responses to two interrogatories propounded by Samsung. For the Court's convenience, the relevant interrogatories are set forth below:

Interrogatory No. 1

   IDENTIFY each model of each NOTEBOOK PRODUCT that any of the WISTRON DEFENDANTS made, used, sold or offered for sale in the United States, imported into the United States at any time during the TERM.

Interrogatory No. 2

   IDENTIFY each model of each NOTEBOOK COMPUTER that any of the WISTRON DEFENDANTS sold to any company in the United States, or to any company outside the United States for subsequent re-sale or importation into the United States at any time during the TERM.

Through these interrogatories, Samsung seeks to identify the models of Wistron computers, of which Samsung presently is unaware, that may infringe the patents-in-suit by having been made, used, sold, offered for sale in the United States, or imported into the United States by Wistron or Wistron's U.S. customers. Wistron asserts it need respond only as to those Wistron models already identified by Samsung in its Patent Local Rule 3-1 disclosure, served on December 28, 2007. Samsung contends that an identification of all potentially infringing Wistron models made, used, sold, offered for sale in the United



Hon. Vaughn R. Walker
February 21, 2008
Page Two

States, or imported into the United States, and not just those already known to Samsung, is well within the scope of FRCP 26(b)(1) as it is "reasonably calculated to lead to the discovery of admissible evidence," *i.e.*, the identity of other infringing products.

### Meet and Confer Efforts

The parties met and conferred numerous times by telephone and through correspondence since December 26, 2007, to resolve this dispute. Wistron initially took the position that it only would provide responses if Samsung narrowed the scope of the subject matter and timeframe of the interrogatories, but later supplemented its interrogatory responses by identifying 60,948 pages of documents pursuant to Rule 33(d). After determining that the requested information could not be ascertained from the produced documents, Samsung initiated further meet and confer efforts.

During a conference call on February 12, 2008, Samsung proposed that Wistron stipulate to a date of hypothetical negotiation of August 7, 2006, which would obviate the need for Wistron to identify models made, used, sold, offered for sale in the United States, or imported into the United States before that date. This proposal was rejected during a February 20, 2008 conference call, during which Wistron counter-proposed providing a list of only those Wistron models identified in Samsung's Patent Local Rule 3-1 disclosure, indicating whether such models had been sold in or imported into the United States in the past six years. Because Wistron's proposal improperly limits the scope of the interrogatories to only those models of which Samsung already is aware, it rejected this proposal.

### Relief Requested

Samsung respectfully requests that the Court order Wistron to respond to Interrogatory Nos. 1 and 2 subject to the further limitation that only those models made, used, sold, offered for sale or imported after August 7, 2006 need be identified. If the Court finds it necessary, Samsung is available for a telephone conference or is willing to provide further briefing on this issue.

For the Court's information, the Court addressed a similar discovery issue in the related case *Samsung Electronics Co., Ltd. v. Quanta Computer, Inc., et al.*, No. 00-CV-04524 (VRW). The Court's Order addressing that issue is Docket No. 61 in the *Quanta* action.

Respectfully Submitted,

**DLA Piper US LLP**

/s/ Sal Lim

Sal Lim
Attorneys for Samsung Electronics Co., Ltd.

EM\7227424.1