Exhibit C



US006523100B2

(12) **United States Patent**     (10) **Patent No.:**     **US 6,523,100 B2**

Mann     (45) **Date of Patent:**     **Feb. 18, 2003**

(54) **MULTIPLE MODE MEMORY MODULE**

(75) Inventor: **Edward D. Mann**, Methuen, MA (US)

(73) Assignee: **Samsung Electronics Co., Ltd.,** Kyungki-do (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/400,131**

(22) Filed: **Sep. 21, 1999**

(65) **Prior Publication Data**

US 2002/0144049 A1 Oct. 3, 2002

**Related U.S. Application Data**

(60) Continuation of application No. 08/092,628, filed on Jul. 15, 1993, now Pat. No. 6,021,477, which is a continuation of application No. 07/786,327, filed on Oct. 31, 1991, now Pat. No. 5,261,073, which is a division of application No. 07/348,318, filed on May 5, 1989.

(51) **Int. Cl.**$^7$ ........................................... **G06F 13/14**

(52) **U.S. Cl.** ...................................... **711/167**; 711/154

(58) **Field of Search** ............................ 711/1, 104, 105, 711/154, 156, 167

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,872,452 A | 3/1975 | Stoops | 340/174 |
| 4,001,790 A | 1/1977 | Barlow | 340/172.5 |
| 4,281,392 A | 7/1981 | Grants et al. | 364/900 |
| 4,725,945 A * | 2/1988 | Kronstadt et al. | 364/200 |
| 4,744,025 A | 5/1988 | Lipcon et al. | 364/200 |
| 4,751,671 A | 6/1988 | Babetski et al. | 364/900 |
| 4,780,916 A | 11/1988 | Sutton | 4/543 |
| 4,787,060 A | 11/1988 | Boudreau et al. | 364/200 |
| 5,261,073 A | 11/1993 | Mann | 395/425 |
| 5,513,331 A * | 4/1996 | Pawlowski et al. | 395/401 |
| 6,021,477 A | 2/2000 | Mann | 711/167 |

OTHER PUBLICATIONS

U.S. Patent application No. 09/401,335 filed by Mann on Sep. 21, 1999, patent No. assigned as 6,282,060, was to be issued on Aug. 28, 2001 (this application has never been issued).

* cited by examiner

*Primary Examiner*—Kevin L Ellis
(74) *Attorney, Agent, or Firm*—Robert E. Bushnell, Esq.

(57) **ABSTRACT**

A memory unit **18** includes a bus **16** which couples the memory unit to a memory control unit **14**. The memory unit includes a latch for receiving and storing an address from the bus, a first memory plane for storing information units associated with an odd address, a second memory plane for storing information units associated with an even address, an input latch for receiving from the bus an information unit associated with a received address and output latches for storing, prior to transmission to the bus, a stored information unit associated with a received address. The memory unit further includes logic, responsive to a state of a first bus signal line, for enabling the output latches to (a) simultaneously transmit to the bus an information unit from both the first and the second memory planes, or (b) sequentially transmit to the bus an information unit from one of the memory planes followed by an information unit from the other one of the memory planes.

**8 Claims, 20 Drawing Sheets**





FIG. I



FIG. 2a



FIG. 2b



FIG. 2C



FIG. 3a



FIG. 3b



FIG. 3c



FIG. 3



FIG. 4



*FIG. 5*



FIG. 6



FIG. 6a



*FIG. 6b*



FIG. 7



*FIG. 8*



*FIG. 9*



*FIG. 10*



FIG. 11



FIG. 12



FIG. 13a

FIG. 13b



*FIG. 13c*

US 6,523,100 B2

1

# MULTIPLE MODE MEMORY MODULE

This application is a continuation of U.S. patent Ser. No. 08/092,628, filed Jul. 15, 1993, now U.S. Pat. No. 6,021, 477; which in turn is a continuation of U.S. patent Ser. No. 07/786,327, filed Oct. 31, 1991, which issued Nov. 9, 1993 as U.S. Pat. No. 5,261,073; which in turn is a divisional application of U.S. patent Ser. No. 07/348,318, filed May 5, 1989.

## FIELD OF THE INVENTION

This invention relates generally to a memory module for an information processing system and, in particular, to a memory module having selectable operating modes including a selectable data bus width and a selectable memory device control signal generation.

## BACKGROUND OF THE INVENTION

A memory module for an information processing system typically includes a substrate, such as a printed circuit board, a plurality of memory device integrated circuits, such as dynamic random access memories (DRAMS), and associated logic for generating memory timing and control signals, latching data, etc. One or more of the memory modules are coupled to a system bus of an information processing system and provide storage of data and instructions for one or more central processing units (CPUs) which are also coupled to the system bus. In some systems the memory module(s) may be coupled to the system bus via a memory bus and a memory control unit (MCU), the MCU being interposed between the system bus and the memory bus.

The system bus normally includes a data bus having a predetermined number of signal lines for defining a width of the bus. For example, a data bus may have 8, 16, 32, 64 or more signal lines for conveying an equal number of data bits. Modern, high performance systems are generally characterized by a data bus width of 64 bits (double-word) or 128 bits (quad-word).

The system bus normally also includes an address bus for defining data storage address locations within the memory module(s). The number of signal lines which comprise the address bus is directly related to the number of address storage locations which may be directly addressed by the bus. For example, 20 address signal lines can directly address approximately one million address locations. Modern systems may have 28 or more address signal lines. For some system bus architectures the address bus is provided as a discrete bus while for other types of systems the address bus is time shared, or multiplexed, with all or a portion of the data bus. For these latter type of systems the multiplexed signal lines can convey an address during a first portion of a system bus cycle and convey data relating to the address during a second portion of the system bus cycle.

The system bus typically also includes a number of control signal lines such as memory read and write strobes, clock and bus cycle timing signal lines, etc.

Conventional practice in the design and manufacture of memory modules is to provide a module suitable for use with only one system bus or memory bus configuration. That is, the memory module is designed to accommodate a fixed data bus width, such as 64 or 128 bits. It can be appreciated that if a manufacturer of information processing systems provides different types of systems having different data bus widths that a memory module having a fixed bus width would not be useable in two or more different types of systems.

2

Also, DRAM devices are available in a number of operating configurations including page mode and static column mode. During a conventional page mode access cycle a row address is applied to the device, a row address strobe (RAS*) signal is asserted, a column address is applied and a column address strobe (CAS*) signal is asserted such that a particular address location within the DRAM is selected. The device is repetitively accessed in the page mode by incrementing the column address and reasserting CAS* without incurring the overhead of also changing the row address and reasserting RAS*. Thus, a conventional page mode type of DRAM page mode operation includes repetitive assertions of CAS*.

In a static column type of device the DRAM includes circuitry which detects transitions of the column address signals. With this type of device the requirement of repetitively asserting CAS* is eliminated in that applying a new column address, with CAS* remaining asserted, is sufficient to initiate a device read or write access cycle to the selected address. In general, static column operation results in a faster access cycle in that set-up and hold times associated with CAS* are eliminated.

As can be appreciated, these two types of DRAM devices have differing timing and control signal generation requirements which generally preclude conventional memory modules from operating with both types of devices. That is, conventional memory modules are typically designed to work with one type of device or the other. In that DRAM devices are in great demand and adequate supplies of a given type of device are not always readily available, it can be seen that a memory module having the ability to operate with more than one type of DRAM device without modification is a desirable feature.

## SUMMARY OF THE INVENTION

The foregoing and other problems are overcome and other advantages are realized by a memory unit, constructed and operated in accordance with the invention, for storing information units and being interconnected during operation with a memory control unit. The memory unit includes a bus coupling the memory unit to the memory control unit by a plurality of signal lines. The memory unit further includes a latch for receiving and storing an address from the bus, a first memory plane for storing information units associated with an odd address, a second memory plane for storing information units associated with an even address, an input latch for receiving from the bus an information unit associated with a received address and output latches for storing, prior to transmission to the bus, a stored information unit associated with a received address. The memory unit further includes logic, responsive to a state of a first bus signal line, for enabling the output latches to (a) simultaneously transmit to the bus, an information unit from both the first and the second memory planes, or (b) sequentially transmit to the bus an information unit from one of the memory planes followed by an information unit from the other one of the memory planes.

Each of the memory planes further has an associated counter for storing and incrementing a portion of a column address, the counters being responsive to a bus signal asserted by the memory control unit. Up to 256 double-word write accesses or up to 128 quad-word read accesses can be achieved by supplying an initial address and thereafter toggling the bus signal to increment the counters. For page mode type of DRAMs toggling the bus signal also results in a deassertion and a reassertion of the CAS signal. For static

US 6,523,100 B2

3

column type of DRAMs the transition of the address counter outputs is sufficient to cause the DRAMs to begin a new access cycle.

The memory unit of the invention furthermore provides status signals to the memory control unit including a match signal to indicate that a particular memory unit lies within a range of addresses associated with a provided address and a signal which indicates, when asserted, that static column type of DRAMs are installed upon the memory unit asserting the match signal.

## BRIEF DESCRIPTION OF THE DRAWING

The above set forth and other features of the invention are made, more apparent in the ensuing Detailed Description of the Invention when read in conjunction with the attached Drawing, wherein:

FIG. 1 is a block diagram of a portion of an information processing system showing a MCU coupled to a number of MUs via a MEMBUS;

FIG. 2a shows in greater detail one embodiment of the MEMBUS of FIG. 1;

FIG. 2b shows in greater detail a second embodiment of the MEMBUS of FIG. 1;

FIG. 2c is a block diagram partly in schematic form, which shows in greater detail the control and timing block 26;

FIG. 3 shows the relative orientation of FIGS. 3a and 3b;

FIGS. 3a, 3b and 3c are each a portion of a simplified block diagram of the MU of the invention;

FIG. 4 shows in greater detail certain signals of the MU control bus which is a part of the MEMBUS;

FIG. 5 shows the signal timing for a double-word MU read operation;

FIG. 6 shows the signal timing for a quad-word MU read operation;

FIG. 6a shows an octal-word read cycle for a double-word width system;

FIG. 6b shows a quad-word read cycle for a double-word width system;

FIG. 7 shows the signal timing for a consecutive quad-word MU read operation;

FIG. 8 shows the signal timing for a byte write operation;

FIG. 9 shows the signal timing for a word/double-word write operation;

FIG. 10 shows the signal timing for a consecutive double-word write operation;

FIG. 11 shows the signal timing for a refresh operation;

FIG. 12 shows the signal timing for a refresh operation including a correction; and

FIGS. 13a, 13b and 13c are timing diagrams which illustrate the operation of certain signal lines in different configurations of systems.

## DETAILED DESCRIPTION OF THE INVENTION

Referring first to FIG. 1 there is shown in block diagram form a portion of an information processing system 10. System 10 includes a system bus 12 which couples together a number of bus connections including a memory control unit (MCU) 14. Other bus connections, such as a CPU (not shown) provide data to the MCU 14 to be written to memory and also receive data read from memory. Coupled to MCU 14 via a memory bus (MEMBUS) 16 are one or more

4

memory units (MUs) 18. For example, in the illustrated embodiment up to eight MUs 18 (MU0–MU7) can be coupled to the MCU 14 via the MEMBUS 16. MEMBUS 16 can be seen to comprise two groups of signal lines including a control bus 20 and a data/address bus 22.

Referring to FIG. 2a there is shown the memory bus 16 in greater detail. The control bus 20 can be seen to comprise a plurality of signal lines which are sourced by, for example, a memory interface state machine 24 on the MCU 14. The memory interface state machine 24 is responsive to a memory access type opcode which is generated by a bus connection and which is sent over the system bus 12 to the MCU 14. The opcode defines a particular type of memory access such as a double-word read, a quad-word read, or a word or double-double word write. The memory interface state machine 24 decodes the opcode and provides the necessary sequence of control signals to the MUs 18. A control and timing logic block 26 on the MU 18 receives the control bus 20 signals and, in synchronism with a memory clock (MEMCLK), generates a plurality of internal timing signals for the MU 18. The MU 18 can be further seen to include an odd double-word memory plane 28 and an even double-word memory plane 30. Planes 28 and 30 are each comprised of a plurality of memory devices which are preferably DRAMS. In the illustrated embodiment each of the planes 28 and 30 is differentiated into an upper and a lower half, each half having eight megabytes of storage organized as one megabyte by 78 bits. Sixty-four of the bits comprise a data double-word and the remaining 14 bits are error detection and correction (ECC) syndrome bits. A memory address is provided to the planes 28 and 30 from the MCU 14 via a memory address driver 32 which is controlled by a drive address (DRVADR) signal generated by the memory interface state machine 24. It should be noted that in this embodiment of the invention that the address bits are time multiplexed with a portion of the data bus 22. The address is latched in the MU 18 by an address input latch 34 and is provided to two address logic blocks 36 and 38, block 36 being associated with the odd double-word plane 28 and block 38 being associated with the even double-word plane 30. At a subsequent time in the memory access cycle the memory interface state machine 24, for a write type of memory access, generates a drive data signal (DRVDAT) which drives, via a driver 39, the contents of an internal data path to the MEMBUS data/address bus 22. It should be noted that for the illustrated embodiment of the invention that a single write cycle may be up to 64 data bits (double-word) in width (plus ECC syndrome bits) while a single read access cycle may be up to 128 bits (quad-word) in width. During a write type of access the data driven to MDB0 <00:77> is received by a data input latch 40 and is provided therefrom to one of the planes 28 and 30 while a write strobe (WSTRB) signal is gated to the proper plane for writing. During a memory read type of access the data outputs from the planes 28 and/or 30 are provided to a data output latch 42 which drives the data/address bus 22. The data is received by a latch 44 on the MCU 14 and is provided therefrom to the internal MCU 14 data path. The MU 18 also includes a unit select logic block 46 which decodes a portion of the address input to determine whether a particular MU 18 is selected by (matches) the provided address. The unit select logic block 46 returns a signal MATCH* to the MCU 14 if a MATCH condition is detected.

FIG. 2b illustrates the MU 18 in use with a MCU 14' which employs a single 78-bit data/address bus 22. Thus, for this type of MCU 14' both the write and the read data paths are of equal width. In accordance with one aspect of the

US 6,523,100 B2

| 5 | 6 |

invention the MU **18** includes an additional data latch **48** which is employed to multiplex the data output of the odd double-word plane **28** onto the MDB0 (00:77) bus **22**. The operation of latch **48** is controlled by the control and timing block **26**, as are the other latches and logic previously described, which in turn is responsive to particular ones of the control bus **20** signals as will be described.

It can be seen that the MU **18** provides either a first data bus width or a second data bus width which is twice that of the first width. Thus, the MU **18** can be employed with at least the two types of MCU **14** and **14'** without requiring circuit changes to be made to the MU **18**.

Referring now to the block diagrams of FIGS. 2c, 3a and 3b there is shown the MU **18** in greater detail. Specifically there is shown in FIG. 2c the control and timing block **26** in greater detail and in FIGS. 3a and 3b the internal address and data paths and also the board address match logic. In FIG. 3a it can be seen the MDB0 <00:77> bus is coupled to the address input latch **34** which can further be seen is comprised of a buffer **34**a and latch **34**b. During the address portion of the memory bus cycle 28 bits of address are applied on the MDB0 signal lines and are latched by latch **34**b for application to the even double-word address logic **38** and the odd double-word address logic **36**. The odd double-word address logic **36** can be seen to include a counter **36**a and a row and column select multiplexer **36**b. The even double-word address logic **38** is comprised of an adder **38**a, a counter **38**b and a row and column select logic **38**c. Counters **36**a and **38**b are each an eight-bit counter which are preloaded with eight bits of the latched column address (LA(**20–27**)). Counters **36**a and **38**b each have an input (INCADDR) for incrementing the counter value by a value of one for accessing consecutive double-words from their respective memory planes. The adder **38** is provided for initially preincrementing the even double-word column address by a value of one when an ADD signal, LA **28**=1, is asserted. This preincrement is accomplished when a starting memory address begins from the odd double-word plane. It should be noted that two bits of the latched address (LA**28** and LA**29**) are not applied directly to the memories. Bit **29** is applied to the control block **26** and selects within a memory plane the even or odd double word while bit **28** is employed for selecting either the even or the odd memory planes **28** and **30** for access.

By example, and assuming that an initial address refers to the even word plane, LA<**26–29**> may equal 0100₂. This results in the least significant four bits of each of the counters **36**a and **38**b being loaded with a value of 0001₍₂₎, it being remembered that bits LA **28** and **29** are not applied to the counters. Thus, both planes **28** and **30** are provided with an address having LSBs of 0001₍₂₎. If the access is a multiple quad-word read access, both planes retrieve data from the provided address. After a first memory read access the counters **36**a and **38**b are both incremented by the assertion of INCADDR such that both have a value of 0010₍₂₎ for accessing the next consecutive double-word.

However, if LA**28** of the initial address points to the odd double-word plane **28**, such as an address of 0110₍₂₎, both counters will again have an initial value of 0001₍₂₎. In this case of starting an access from the odd double-word plane, the adder **38**a first adds a one to the even memory plane **30** column address before the address is stored in counter **38**b such that the even double-word plane counter **38**b does not fall behind the odd plane counter **36**a. That is, the odd double-word plane is accessed at address 0001₍₂₎ while the even double-word plane is initially accessed at address 0010₍₂₎. After incrementing both counters **36**a and **38**b the

next odd plane address from counter **36**a is 0010 while the next even plane address from counter **38**b is 0011₍₂₎.

The multiplexers **36**b and **38**c each apply two sets of 11 bits of address to the DRAM double-word memory planes **28** and **30** which, in conjunction with the appropriate RAS* and CAS* signals, are strobed into the memories for selecting a particular address location. The assertion of the RAM COL* signal switches the output of multiplexers **36**b and **38**c from the row address to the column address provided by the counters **36**a and **38**b, respectively. It should be realized that ten of these eleven address bits are strobed directly into the one megabyte DRAMs and that in other embodiments of the invention that more or less than this number of bits are provided depending on the density of the individual memory devices. For example, if four megabyte DRAMs are employed all eleven of the address bits are used.

Data input latch **40** is employed during memory write cycles and is a 64 data bit, plus 14 ECC syndrome bit width latch, the outputs of which are applied to the data input terminals of the memory devices of the two memory planes **28** and **30**.

Each of the double-word memory planes **28** and **30** has a data output latch associated therewith, namely the 78-bit latches L4 **42**a and L6 **42**b. Latches L4 **42**a and L6 **42**b are employed when the MU **18** is utilized with the MCU **14** of FIG. 2a for simultaneously providing up to 128 bits, or one quad-word of data, for memory read cycles. Each of the latches L4 **42**a and L6 **42**b has an associated 78-bit output driver **50** and **52**, respectively, coupled to an output thereof for driving the MDB0 and MDB1 buses, respectively.

In accordance with one aspect of the invention the odd double-word memory plane **28** further has the 78-bit latch L5 **48** coupled to its output, the latch **48** having an output coupled to the input of the even double-word memory plane driver **50**. Thus, for those types of applications which employ a 64 bit, as opposed to a 128 bit, memory data bus the latch **48** is utilized to multiplex the output of the odd double-word memory plane **28** on to the MDB0<00:77> bus.

The MU **18** further includes a memory logic array (MLA) **54** which is utilized to determine if a particular bus address selects the MU **18** for a read or write cycle. A base address input is compared to a portion of the address from buffer **34**a. If the address is determined to be within a range of addresses which correspond to a particular MU **18** an output of a comparator **56** asserts the MATCH* signal which is provided on the memory bus **16** to the MU **14**. The MLA **54** further functions to provide a base address output to a next consecutive MU **18** in a manner which is disclosed in copending patent application Ser. No. 07/179,162, filed Apr. 8, 1988.

FIG. 4 shows in greater detail the memory control bus **20** of FIG. 2a and FIG. 2b. The function of the various signals shown in FIG. 4 are better understood by also referring to the timing diagrams of FIGS. 5–12 which show a variety of memory access types.

The MEMCLOCK* signal is provided from the MCU **14** to the MU **18** and establishes a reference clock signal for the MU **18**. The CLOSE* signal captures and latches the address appearing on MDB0<02:31> at the beginning of a memory operation. As can be seen in FIG. 5, the CLOSE signal is asserted when the memory address is set up on MDB0 at the beginning of a memory access cycle. CLOSE remains asserted until the end of the memory access cycle. DTOUT* and DTIN* are provided from the MCU **14** and convey a four bit code to the MU **18**. The four bit code provided by the DTOUT* and DTIN* signals are employed

**7**

during read and write operations and is used by the MU **18** to enable the MU **18** buffers and other circuitry for writing to the MU **18** or for reading from the MU **18**. Table 1 illustrates the use of DTOUT* and DTIN* in conjunction with other signals.

TABLE 1

DESCRIPTION OF DTOUT* AND DTIN*

| DTOUT* | DTIN* | QDBS* | BDWD* | LA28 | |
|---|---|---|---|---|---|
| 0 | X | 0 | 1 | 0 | Enables latch & driver outputs (42a & 50) to send data to MCU for memory reads |
| 0 | X | 0 | 1 | 1 | Enables latch & driver outputs (42b & 52) to send read data to MCU for memory reads |
| 0 | X | 0 | 0 | X | Enables latch & driver outputs (42a & 50 & 42b & 52) to send read data to MCU for memory reads |
| 0 | 0 | 1 | X | X | Enables latch & driver outputs (48 & 50) to send read data to MCU for memory reads |
| 0 | 1 | 1 | X | X | Enables latch & driver outputs (42a & 50) to send read data to MCU for memory reads |
| 1 | 0 | X | X | X | Enables buffer & latch outputs (34a & 40) to drive data into MU array for writes |
| 1 | 1 | X | X | X | No buffer or latch outputs enabled |

The row address strobe (RAS*) signal is generated by the MCU **14** and is provided via the control and timing block **26** to the memory devices on the MU **18** to strobe in the row address provided from the multiplexers **36b** and **38c**. The column address strobe (CAS*) is generated by the MU **18** for both read and write access cycles. It should be noted that if the memory unit has static column type DRAMs that CAS* remains asserted during multiple memory access cycles. A write strobe (WRSTB*) is generated by the MCU **14** for write-type access cycles and is provided, as can be seen in FIG. **8**, substantially coincidentally with the provision of write data on the memory bus **16**.

The control bus **20** includes a BWD* signal and a BDWD* signal. As can be seen in FIGS. **5**–**12**, the BWD* signal is utilized for all memory accesses of a double-word or greater in width. The BDWD* signal is used for all memory accesses which are a quad-word in width. BDW* and BDWD* control, via the control and timing block **26**, which of the memory planes **28** and **30** receive RAS*, CAS* and WRSTRB*. For a byte or word write cycle (FIGS. **8** and **9**) neither BDW* or BDWD* is generated, the memory plane section being accomplished by LA<29>. For a double-word operation LA<29> is ignored and BDW* and LA<28> control the memory plane selection. For an operation greater than a double-word, LA 29 and LA 28 are ignored and

**8**

BWD* and BDWD* control memory plane selection. For this case LA **28** controls the proper sequencing of the planes.

A refresh (RFRSH*) signal is periodically generated by the MCU **14** in order to initiate a refresh cycle on the MU **18**. As can be seen in FIG. **11**, the refresh cycle is performed as a read operation, having both RAS* and CAS* asserted, which enables the MCU **14** to read the data at the refresh location and to perform error "sniffing" and correction if necessary. In FIG. **12** it can be seen that the refresh cycle indicated a bit in error and that corrected data is written back to the MU **18** during the time that the WSTRB* signal is asserted.

The MATCHED* signal is returned to the MCU **14** only by the MU **18** which generates a matched condition with the MCU **14** provided address. Furthermore, a STATMATCH* signal is provided back the MCU **14** simultaneously with the provision of the MATCHED* signal only for those MU **18**s which employ static column DRAMs. The STATMATCH* signal can be utilized by the MCU **14** to modify its internal timing in that the STATMATCH* signal being asserted generally indicates that a faster memory access is possible.

The AHCMATCH* signal is output from the matched MU to the MCU **14**; the assertion of AHCMATCH* being caused by the generation of MATCHED* and also a MU jumper or switch which indicates that DRAMs having a specified speed are installed. AHCMATCH* is a status signal to the MCU **14** which indicates that the MU is adding one half of a MEMCLK cycle to the memory access to accommodate the timing requirements of the DRAMs. For example, if faster access DRAMs are installed the jumper may not be set and AHCMATCH* is therefore not asserted.

As was previously discussed, page mode DRAMs are characterized as requiring multiple assertion of CAS* in order to accomplish consecutive memory accesses. In accordance with one aspect of the invention the NEXT* signal is utilized for page mode DRAMs in order to cause successive assertions of the CAS* signal. It should be remembered that the counters **38b** and **36a** can also be incremented by NEXT* between accesses in order to increment the column address. Therefore, the assertion of the NEXT* signal is employed for multiple read and write type of accesses for page mode DRAMs as well as for static-column. DRAMs. However, the assertion of NEXT*, for static column DRAMs, increments the address but does not affect CAS*.

The Next Enable (NEXTENA*) signal is employed, when asserted, to enable the gating of the NEXT* signal onto the MU **18**. The NEXTENA* signal can be hard wired on the control bus **20** to either an enabling or a disabling logic state. The assertion of NEXTENA* indicates that the MU **18** is coupled to an MCU which generates the signal NEXT* to perform multiple memory accesses.

Further in accordance with the invention there is provided a quad data bus (QDBS*) signal which specifies to the MU **18** whether the MEMBUS **16** is a double-word (64 bit) or a quad-word (128 bit) type bus. As with the NEXTENA* signal the QDBS* signal can be tied to a logic signal on the MEMBUS **16**. When the QDBS* signal is asserted the MU **18** is notified that it is installed in a quad-word bus type of system. When the QDBS* signal is not asserted the MU **18** is notified that it is installed in a double-word bus type of system and that latch L**5 48** is required to multiplex the odd double-word plane **28** output onto the MDB0 bus.

As can be seen in FIG. **2c** the NEXTENA* signal enables the generation of an ENABLECAS* signal via gate **62**, F/F **64** and gate **66**. The output of F/F **64** is a registered NEXT* (RNEXT*) signal. The ENABLECAS* signal is asserted

when NEXT* is asserted by the MCU 14 in conjunction with
the NEXTENA* signal and also when the MU 18 provides
a signal STATCOL which indicates that static column
DRAMS are not installed. The ENABLECAS* signal is
provided to a Memory Array Control (MAC) block 68 for
enabling the assertion of certain CAS<0:7> signals to the
memory planes 28 and 30. If STATCOL indicates that static
column DRAMS are installed ENABLECAS* is generated
and the transitions of the address inputs to the DRAMs,
provided from counters 36a and 38b via multiplexers 36b
and 38c, provide the required DRAM activation to access a
next column address. The assertion of RAS* by the MCU 14
further initiates the assertion of certain ones of the
RAS<0:7>* memory strobes which initiate the memory
access cycle. At the end of a particular RAS* cycle a signal
RASEND is asserted by MAC 68 to gate 70 which, regard-
less of the state of ENABLECAS*, generates the
INCADDR signal to counters 36a and 38b. If NEXTENA*
is asserted the INCADDR signal is generated from RNXT*.
FIGS. 13a, 13b and 13c are timing diagrams which illustrate
the operation of these signal lines in different configurations
of systems. Specifically, FIG. 13a shows a double-word
width data bus system having page mode DRAMs and a
maximum operation size of an octal-word read. FIG. 13b
illustrates a quad-word width data bus system having static
column DRAMs. FIG. 13c illustrates a quad-word width
data bus system having page mode DRAMs. In these three
FIGS. 13a–13c it should be noted that the terminal rising
edge of the increment address (INCADDR) signal is a don't
care state in that the operation has already ended.

MAC 68 includes a number of Control Bus 20 inputs
including WRST*, BWD*, BDWD*, DTIN* and DTOUT*.
The state of these signals is decoded by the MAC 68 for
generating the required ones of the memory strobe signals.
A portion of the MAC 68 is a Latch Control 72 which
decodes certain of the input signals for generating various
latch controlling outputs, including L4CONT, L5CONT and
L6CONT. By example, if QDBS* is asserted then L5CONT
is not generated, QDBS* indicating that the MU 18 is
installed in a quad-word wide MEMBUS 16 system.
Conversely, if QDBS* is not asserted then L5CONT is
generated for multiplexing the odd double-word memory
plane output to the even double-word bus, namely
MDB0<00:77>. The MAC 68 also controls the generation of
the ADD signal to adder 38a to initially add a one to the even
double-word counter 38b as previously described.

It can be appreciated that inasmuch as counters 36a and
38b are both eight bit counters that the operation of Control
Bus 20 in conjunction with Control and Timing block 26
enables up to 128 consecutive quad-word read cycles or up
to 256 consecutive double-word write cycles. These con-
secutive read or write accesses are accomplished by provid-
ing the initial address and thereafter repetitively asserting
the NEXT* signal from the MCU 14.

Referring to FIG. 5 there is shown the operation of the
Control Bus 20 and certain MU 18 and MCU 14 signals for
a double-word read cycle. The MEMCLOCK signal pro-
vides a reference clock, cycles of which are shown num-
bered consecutively. At the beginning of the read cycle the
address from MCU 14 is stable at the rising edge of
MEMCLOCK 2 and the CLOSE* and RAS* signals are
asserted. The BWD* signal is also asserted for indicating
that a double-word operation is in progress. A row address
is provided by the appropriate multiplexer 36b or 38c and at
rising edge of MEMCLOCK3 the row address is strobed
into the DRAMs by the RAM RAS* signal. The multiplexer
thereafter switches to the column address provided from the

associated counter 36a or 38b and RAM CAS* is generated
at MEMCLOCK4 for strobing into the addressed DRAMs
the column address. At MEMCLOCK5 the MCU 14 asserts
DTOUT* to enable output drivers etc., thereby enabling the
MU 18 output data path, including the appropriate data
latch. Data read from the addressed memory plane is driven
to the appropriate MDB bus 22. During MEMCLOCK6 the
MCU 14 latches the data and at the end of MEMCLOCK6
CLOSE* is deasserted, thereby terminating the MCU 14
access.

FIG. 6 illustrates a quad-word read cycle wherein the QD
bus is used, this cycle being similar in operation to the
double-word read of FIG. 5. However, both the MDB0 and
MDB1 buses are employed. Also, it can be seen that the
DBWD* signal is asserted coincidentally with BWD* for
indicating that both double-word memory planes 28 and 30
are being accessed. The diagram of FIG. 6 illustrates the
quad-word MEMBUS 16 configuration, the QDBS* signal
(not shown) being asserted from the backplane. If the
double-word MEMBUS 16' of FIG. 2b is employed the latch
L5 48 is employed to provide the odd memory plane
double-word to MDB0 in the MEMCLOCK6. Of course, the
deassertion of the CLOSE* is delayed until the end of
MEMCLOCK 8 in order to accommodate the additional
time required to transfer the odd memory plane double-word
to the MCU 14. FIG. 6a illustrates an octal-word read cycle
and FIG. 6b a quad-word read for the double-word width
bus case. The RCLOSE* signal is a registered CLOSE*
signal.

FIG. 7 illustrates two consecutive quad-word read
operations, it being realized that up to 128 quad-word reads
may be accomplished in such manner. The memory access
proceeds up to MEMCLOCK5 in a manner as previously
described. At MEMCLOCK5 the NEXT* signal is asserted
to indicate that a second quad-word read cycle is desired.
The rising edge of NEXT* at MEMCLOCK6 causes the
generation of the INCADDR signal thereby incrementing
the column address counters 36a and 38b. If static column
type DRAMs are installed RAM CAS* remains asserted and
the change of state of the column address initiates the next
DRAM access cycle. If page mode type DRAMs are
installed RAM CAS* is deasserted, as indicated in dashed
outline, for one MEMCLOCK cycle after which RAM
CAS* is once more asserted to initiate the second DRAM
access. DTOUT* is asserted a second time in order to
retrieve the second quad-word of data. If more than two
quad-words of data are required each quad-word is accessed
by the assertion of NEXT* with an assertion of DTOUT*.

FIG. 8 illustrates a byte write operation. This type of write
operation is achieved by initially performing a word or a
double-word read of the memory plane having the byte to be
written, merging within the MCU 14 the byte into the word
or double-word and writing back the merged word or
double-word to the memory plane. This portion of the cycle
is accomplished from MEMCLOCK1 to MEMCLOCK7. At
MEMCLOCK7 DTIN* is asserted and at MEMCLOCK8
WRSTRB* is asserted. The double-word containing the
newly merged byte of data is also driven to MDB0<00:77>
at MEMCLOCK8. It can be noted that RAM CAS* remains
asserted throughout this read-modify-write type of access.

FIG. 9 illustrates a word or a double-word type of write
cycle. BWD* is not asserted for a word write cycle but is
asserted, as shown in dashed outline, at MEMCLOCK2 for
the double-word case.

FIG. 10 illustrates a consecutive double-word write
access. A first double-word is driven to MDB0<00:77>

US 6,523,100 B2

11

during MEMCLOCK4 in conjunction with WRSTB*. This first double-word is stored in either the odd or even memory plane depending on the state of the address (LA 28) driven during MEMCLOCK2 and MEMCLOCK3. A second double-word is driven at MEMCLOCK6 along with WRSTRB* and the second double-word is stored in the memory plane not previously written. NEXT* is asserted at MEMCLOCK7, the rising edge of which at MEMCLOCK8 causes the column address to increment via counters 36*a* and 38*b*. The third and fourth double-words are driven, along with an associated WRSTB*, during MEMCLOCK8-12 for storage within the memory planes. Both BWD* and BDWD* are asserted at MEMCLOCK2 and DTIN* is asserted at MEMCLOCK3. If an additional double-word write access were required NEXT* would be reasserted at MEMCLOCK11 with CLOSE*, RAS* and DTIN* remaining asserted.

FIG. 11 illustrates a refresh operation which is periodically initiated by the MCU 14 for refreshing the DRAMs. The refresh operation is performed as a word or double-word read operation similar to that of FIG. 5. The word or double-word of data, including ECC syndrome bits, which is read from the refreshed location is processed by error detection and correction circuitry within the MCU 18 to detect and correct single bit errors or to detect multiple bit errors. During a refresh cycle the RFRSH* signal is asserted by the MCU 14 in conjunction with CLOSE*, RAS* and BWD*. FIG. 11 shows the case where no errors are detected.

FIG. 12 illustrates a refresh operation wherein a bit of the word or double-word is found to be in error. As can be readily seen, the operation of this refresh cycle during MEMCLOCK1-8 is identical to that of FIG. 11. In that a bit is in error the error is corrected by the MCU 14 and a word or double-word write cycle is initiated at MEMCLOCK8 in order to write the corrected word or double-word back into the memory location from which it was read. This MCU 14 initiated write cycle can be seen to be identical to that of FIG. 9 with BWD* asserted.

While the invention has been particularly shown and described with respect to a preferred embodiment thereof, it will be understood by those skilled in the art that changes in form and details may be made therein without departing from the scope and spirit of the invention.

What is claimed is:

1. A memory system, comprising:

at least one memory module; and

a memory controller unit configured to receive an indication of access speed of said at least one memory module, and to provide, during access of said at least one memory module, an appropriate access timing commensurate with said received indication of access speed.

12

2. The memory system according to claim 1, wherein:

said at least one memory module comprises a plurality of memory modules, said memory controller unit being further configured to select a selected one of said plurality of memory modules, to receive said indication of access speed of said selected one of said plurality of memory modules, and to provide, during access of said selected one of said plurality of memory modules, an appropriate access timing commensurate with said received indication of access speed.

3. The memory system according to claim 1, wherein:

said memory controller unit is further configured to receive an indication of memory type of said at least one memory module.

4. A computer system, comprising:

a CPU operatively coupled to a system bus; and

a memory controller unit configured to receive a memory access request from said CPU via said system bus, said memory controller unit being operatively coupled to one of more memory modules via a memory bus, said memory controller unit being further configured to receive an indication of access speed of said at least one memory module, and to provide, during access of said at least one memory module in response to said memory access request, an appropriate access timing commensurate with said received indication of access speed.

5. The computer system according to claim 4, wherein:

said at least one memory module comprises a plurality of memory modules, said memory controller unit being further configured to select a selected one of said plurality of memory modules, to receive said indication of access speed of said selected one of said plurality of memory modules, and to provide, during access of said selected one of said plurality of memory modules in response to said memory access request, an appropriate access timing commensurate with said received indication of access speed.

6. The computer system according to claim 4, wherein:

said memory controller unit is further configured to receive an indication of memory type of said at least one memory module.

7. The memory system according to claim 1, wherein:

said memory controller unit is configured to receive an indication of access speed of said at least one memory module during an initialization of said memory system.

8. The computer system according to claim 4, wherein:

said memory controller unit is to receive an indication of access speed of said at least one memory module from said CPU during an initialization of said memory system.

*    *    *    *    *