Exhibit G

**EXHIBIT G: DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 6,523,100**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| 1 | **memory controller unit** '100 Patent, Claim 1: at 11:48 ("a **memory controller unit** configured to receive an indication of access speed of said at least one memory module, and to provide, during access of said at least one memory module, an appropriate access timing"); '100 Patent, Claim 2: at 12:3 ("said **memory controller unit** being further configured to select a selected one of said plurality of memory modules, and to provide, during access of said selected one of said plurality of memory modules, an appropriate access timing"); '100 Patent, Claim 3: at 12:12 ("said **memory controller unit** is further configured to receive an | PROPOSED CONSTRUCTION: chip circuitry, other than a memory access requestor, that provides the access timing INTRINSIC EVIDENCE: '100 patent col 2:37 – 3:10 (" The foregoing and other problems are overcome and other advantages are realized by a memory system, constructed and operated in accordance with the Invention, for storing information units and being interconnected during operation with a memory controller unit. The memory controller unit is configured to receive an indication of access speed of the memory module, and to provide, during access of the memory module, an appropriate access timing commensurate with the received Indication of access speed. Additionally, the invention contemplates a computer system with a CPU operatively coupled to a system bus and a memory controller unit configured to receive a memory access request from the CPU via the system bus. The memory controller unit is operatively coupled to one or more memory access speed of the memory module, and to provide, during access of the memory module in responsive to the memory access request, an appropriate access timing commensurate with the indication of access speed received. | PROPOSED CONSTRUCTION: A controller that receives an indication of access speed on each access INTRINSIC EVIDENCE: 2:37-62 ("The foregoing and other problems are overcome and other advantages are realized by a memory unit, constructed and operated in accordance with the invention, for storing information units and being interconnected during operation with a memory control unit. The memory unit includes a bus coupling the memory unit to the memory control unit by a plurality of signal lines. The memory unit further includes a latch for receiving and storing an address from the bus, a first memory plane for storing information units associated with an odd address, a second memory plane for storing information units associated with an even address, an input latch for receiving from the bus an information unit associated with a received address and output latches for storing, prior to transmission to the bus, a stored information unit associated with a received address. The memory unit further includes logic, responsive to a state of a first bus signal line, for enabling the output latches to (a) simultaneously transmit to the |

**EXHIBIT G:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 6,523,100**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | indication of memory type of said at least one memory module"); <br><br>'100 Patent, Claim 4: <br><br>at 12:17 ("a **memory controller unit** configured to receive a memory access request from said CPU via said system bus, said **memory controller unit** being operatively coupled to one of more memory modules via a memory bus, said **memory controller unit** being configured to receive an indication of access speed of said at least one memory module, and to provide, during access of said at least one memory module in response to said memory access request, an appropriate access timing"); <br><br>'100 Patent, Claim 5: <br><br>at 12:30 ("said **memory controller unit** being further configured to select a selected one of said | Additionally, the invention contemplates a computer system with a CPU operatively coupled to a system bus and a memory controller unit configured to receive a memory access request from the CPU via the system bus. The memory controller unit is operatively coupled to one or more memory access speed of the memory module, and to provide, during access of the memory module in responsive to the memory access" as shown in the certificate of correction); col 3: 64-66 ("Other bus connections, such as a CPU (not shown) provide data to the MCU 14 to be written to memory and also receive data read from memory."); col 9:12-15 ("The assertion of RAS* by the MCU 14 further initiates the assertion of certain ones of the RAS<0:7>* memory strobes which initiate the memory access cycle."); col 9:59-62 ("At the beginning of the read cycle the address from MCU 14 is stable at the rising edge of MEMCLOCK 2 and the CLOSE* and RAS* signals are asserted."); col. 12:15-27 ("4. A computer system, comprising: a CPU operatively coupled to a system bus; and a memory controller unit configured to receive a memory access request from said CPU via said system bus, said memory controller unit being operatively coupled to one of more memory modules via a memory bus, said memory controller unit being configured to | bus, an information unit from both the first and the second memory planes, or (b) sequentially transmit to the bus an information unit from one of the memory planes followed by an information unit from the other one of the memory planes.  Each of the memory planes further has an associated counter for storing and incrementing a portion of a column address, the counters being responsive to a bus signal asserted by the memory control unit."); 3:4-10 ("The memory unit of the invention furthermore provides status signals to the memory control unit including a match signal to indicate that a particular memory unit lies within a range of addresses associated with a provided address and a signal which indicates, when asserted, that static column type of DRAMs are installed upon the memory unit asserting the match signal."); 3:64-66 ("Other bus connections, such as a CPU (not shown) provide data to the MCU **14** to be written to memory and also receive data read from memory."); 4:30-34 ("A memory address is provided to the planes **28** and **30** from the MCU **14** via a memory address driver **32** which is controlled by a drive address (DRVADR) signal generated by the memory interface state machine **24**."); 4:50-63 ("During a write type of access the data driven to MDB **0** <00:77> is received by a |

**EXHIBIT G:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 6,523,100**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | plurality of memory modules, and to provide, during access of said selected one of said plurality of memory modules in response to said memory access request, an appropriate access timing"); <br><br> '100 Patent, Claim 6: <br><br> at 12:40 ("said **memory controller unit** is further configured to receive an indication of memory type of said at least one memory module"); | receive an indication of access speed of said at least one memory module, and to provide, during access of said at least one memory module in response to said memory access request, an appropriate access timing commensurate with said received indication of access speed."); fig. 1: 14; figs. 2a- 2c; fig. 4:14; fig. 5; prosecution history at response filed on October 8, 2002 at pg. 6 [SEC-W 00000579] ("That is, the memory controller according to the claimed aspect of the present invention receives the access speed information and, once the information is received, uses the same, during accessing of the memory, to adaptively control the access timing when fulfilling an access request from a memory access requestor, e.g., the CPU, an I/O device, etc., thus freeing the memory access requestor from being concerned with the access timing.") <br><br> DICTIONARY/TREATISE DEFINITIONS: None. <br><br> EXTRINSIC EVIDENCE: <br><br> Dr. Wedig will provide expert opinion that this term should be construed as "chip circuitry, other than a memory access requestor, that provides the access timing" based on the specification and prosecution history citations provided above. | data input latch **40** and is provided therefrom to one of the planes **28** and **30** while a write strobe (WSTB) signal is gated to the proper plane for writing. During a memory read type of access the data outputs from the planes **28** and/or **30** are provided to a data output latch **42** which drives the data/address bus **22** . The data is received by a latch **44** on the MCU **14** and is provided therefrom to the internal MCU **14** data path. The MU **18** also includes a unit select logic block **46** which decodes a portion of the address input to determine whether a particular MU **18** is selected by (matches) the provided address. The unit select logic block **46** returns a signal MATCH* to the MCU **14** if a MATCH condition is detected."); 6:57 – 7:5 ("The MEMCLOCK* signal is provided from the MCU **14** to the MU **18** and establishes a reference clock signal for the MU **18** . The CLOSE* signal captures and latches the address appearing on MDB **0** <02:31> at the beginning of a memory operation. As can be seen in FIG. 5 , the CLOSE signal is asserted when the memory address is set up on MDB **0** at the beginning of a memory access cycle. CLOSE remains asserted until the end of the memory access cycle. DTOUT* and DTIN* are provided from the MCU **14** and convey a four bit code to the MU **18** . The four bit code provided by the DTOUT* and DTIN* |

**EXHIBIT G:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 6,523,100**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | | In addition, Dr. Wedig will provide expert opinion that this term should not be construed as "a controller that receives an indication of access speed on each access." | signals are employed during read and write operations and is used by the MU **18** to enable the MU **18** buffers and other circuitry for writing to the MU **18** or for reading from the MU **18**."); 10:6-10 ("Data read from the addressed memory plane is driven to the appropriate MDB bus **22** . During MEMCLOCK **6** the MCU **14** latches the data and at the end of MEMCLOCK **6** CLOSE* is deasserted, thereby terminating the MCU **14** access."); Prosecution History at WIS 0111797 ("These associated logic and/or the memory control unit must be made to work with the particular type and speed of the memory device, and thus cannot adaptively accommodate memories of varying types and/or access speed."); Prosecution History at WIS 0111814 ("the memory controller according to the claimed aspect of the present invention receives the access speed information and, once the information is received, uses the same, during accessing of the memory, to adaptively control the access timing when fulfilling an access request from a memory access requestor …."); Prosecution History at WIS 0111815-6 ("In deed, as also discussed above, by teaching that the requestor itself adapts to different speeds of memories, Pawlowski teaches away from the adaptive operation of the memory controller."); 8:13-32 ("The MATCHED* |

**EXHIBIT G:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 6,523,100**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | | | signal is returned to the MCU **14** only by the MU **18** which generates a matched condition with the MCU **14** provided address. Furthermore, a STATMATCH* signal is provided back the MCU **14** simultaneously with the provision of the MATCHED* signal only for those MU **18** *s* which employ static column DRAMs. The STATMATCH* signal can be utilized by the MCU **14** to modify its internal timing in that the STATMATCH* signal being asserted generally indicates that a faster memory access is possible. |
| | | | The AHCMATCH* signal is output from the matched MU to the MCU **14** ; the assertion of AHCMATCH* being caused by the generation of MATCHED* and also a MU jumper or switch which indicates that DRAMs having a specified speed are installed. AHCMATCH* is a status signal to the MCU **14** which indicates that the MU is adding one half of a MEMCLK cycle to the memory access to accommodate the timing requirements of the DRAMs. For example, if faster access DRAMs are installed the jumper may not be set and AHCMATCH* is therefore not asserted."); Figs. 2a and 2b; Prosecution History WIS 0111798 (Apr. 03, 2002, page 6) ("As also discussed by the applicants, the system according to the present invention advantageously allows the memory controller to **adapt** to different types |

**EXHIBIT G:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 6,523,100**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | | | and/or speeds of memory devices while freeing the CPU from having to account for the differences when **accessing** the memory device.") |
| | | | EXTRINSIC EVIDENCE: |
| | | | Summary of Expert Testimony:  Wistron may also offer expert testimony for this term. Wistron's expert, Tony Clark, is expected to discuss why one of ordinary skill in the art would agree with Wistron's proposed construction, the nature of a memory controller unit, will rebut Samsung's expert witness opinions as appropriate and will explain the reasons why a memory controller unit is a controller that receives an indication of access speed on each access. |

**EXHIBIT G:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 6,523,100**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| 2 | **configured to receive**<br><br>'100 Patent, Claim 1:<br><br>at 11:48 ("a memory controller unit **configured to receive** an indication of access speed of said at least one memory module, and to provide, during access of said at least one memory module");<br><br>'100 Patent, Claim 3:<br><br>at 12:12-13 ("said memory controller unit is further **configured to receive** an indication of memory type of said at least one memory module");<br><br>'100 Patent, Claim 4:<br><br>at 12:17 ("a memory controller unit **configured to receive** a memory access request from said | PROPOSED CONSTRUCTION:  plain meaning, which is "designed to receive"<br><br>INTRINSIC EVIDENCE:<br><br>'100 Patent col 2:37 – col 3:10 (" The foregoing and other problems are overcome and other advantages are realized by a memory system, constructed and operated in accordance with the Invention, for storing information units and being interconnected during operation with a memory controller unit. The memory controller unit is configured to receive an indication of access speed of the memory module, and to provide, during access of the memory module, an appropriate access timing commensurate with the received Indication of access speed.  Additionally, the invention contemplates a computer system with a CPU operatively coupled to a system bus and a memory controller unit configured to receive a memory access request from the CPU via the system bus. The memory controller unit is operatively coupled to one or more memory access speed of the memory module, and to provide, during access of the memory module in responsive to the memory access request, an appropriate access timing commensurate with the indication of access speed received. | PROPOSED CONSTRUCTION:  Set up to receive during each access<br><br>DICTIONARY/TREATISE DEFINITION:<br>*American Heritage Dictionary of the English Language*, Fourth Edition (2000): "configure" – To design, arrange, set up, or shape with a view to specific applications or uses<br><br>*Compact Oxford English Dictionary*, Online Edition (askoxford.com): "configure" – arrange in a particular configuration. 2 arrange or order (a computer system) so as to fit it for a designated task<br><br>INTRINSIC EVIDENCE:<br>Fig. 4; 4:58-63 ("The MU **18** also includes a unit select logic block **46** which decodes a portion of the address input to determine whether a particular MU **18** is selected by (matches) the provided address. The unit select logic block **46** returns a signal MATCH* to the MCU **14** if a MATCH condition is detected."); 8:13-31 ("The MATCHED* signal is returned to the MCU **14** only by the MU **18** which generates a matched condition with the MCU **14** provided address. Furthermore, a STATMATCH* signal is provided back the |

**EXHIBIT G:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 6,523,100**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | CPU via said system bus, … said memory controller unit being **configured to receive** an indication of access speed of said at least one memory module, and to provide, during access of said at least one memory module …"); <br><br> '100 Patent, Claim 5: <br><br> At 12:31 ("**configured to** select a selected one of said plurality of memory modules, to **receive** said indication of access speed of said selected one of said plurality of memory modules, and to provide, during access of said selected one of said plurality of memory modules…." <br><br> '100 Patent, Claim 6: <br><br> at 12:40-41 ("said memory controller unit is further **configured to receive** an | Additionally, the invention contemplates a computer system with a CPU operatively coupled to a system bus and a memory controller unit configured to receive a memory access request from the CPU via the system bus. The memory controller unit is operatively coupled to one or more memory access speed of the memory module, and to provide, during access of the memory module in responsive to the memory access" as shown in the certificate of correction); col 8:22- 31 ("The AHCMATCH* signal is output from the matched MU to the MCU 14; the assertion of AHCMATCH* being caused by the generation of MATCHED* and also a MU jumper or switch which indicates that DRAMs having a specified speed are installed. AHCMATCH* is a status signal to the MCU 14 which indicates that the MU is adding one half of a MEMCLK cycle to the memory access to accommodate the timing requirements of the DRAMs. For example, if faster access DRAMs are installed the jumper may not be set and AHCMATCH* is therefore not asserted."); col 12:43-46 ("7. The memory system according to claim 1, wherein: said memory controller unit is configured to receive an indication of access speed of said at least one memory module during an initialization of said memory system."); col 12:47-51 ("8. The computer | MCU **14** simultaneously with the provision of the MATCHED* signal only for those MU **18** *s* which employ static column DRAMs. The STATMATCH* signal can be utilized by the MCU **14** to modify its internal timing in that the STATMATCH* signal being asserted generally indicates that a faster memory access is possible. <br><br> The AHCMATCH* signal is output from the matched MU to the MCU **14** ; the assertion of AHCMATCH* being caused by the generation of MATCHED* and also a MU jumper or switch which indicates that DRAMs having a specified speed are installed. AHCMATCH* is a status signal to the MCU **14** which indicates that the MU is adding one half of a MEMCLK cycle to the memory access to accommodate the timing requirements of the DRAMs. For example, if faster access DRAMs are installed the jumper may not be set and AHCMATCH* is therefore not asserted."); Figs. 2a and 2b; Prosecution History WIS 0111798 (Apr. 03, 2002, page 6) ("As also discussed by the applicants, the system according to the present invention advantageously allows the memory controller to **adapt** to different types and/or speeds of memory devices while freeing the CPU from having to account for the differences when **accessing** the memory device.") |

**EXHIBIT G:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 6,523,100**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | indication of memory type of said at least one memory module"); | system according to claim 4, wherein: said memory controller unit is to receive an indication of access speed of said at least one memory module from said CPU during an initialization of said memory system."); fig. 3C; fig. 4.<br><br>DICTIONARY/TREATISE DEFINITIONS:<br><br>configure: To design, arrange, set up, or shape with a view to specific applications or uses.  The American Heritage Dictionary of the English Language, Third Edition, p. 395 (1992).  The American Heritage Dictionary of the English Language, Fourth Edition, p. 386 (2000).<br><br>configure: To design or adapt to form a specific configuration or for some specific purpose.  The Random House Dictionary of the English Language, Unabridged, Second Edition, p. 428 (1987)<br><br>EXTRINSIC EVIDENCE:<br>Dr. Wedig will provide expert opinion that this term should be construed as "designed to receive" based on the specification and dictionary definitions citations provided above.<br><br>In addition, Dr. Wedig will provide expert | EXTRINSIC EVIDENCE:<br><br>Summary of Expert Testimony:  Wistron may also offer expert testimony for this term.  Wistron's expert, Tony Clark, is expected to discuss why one of ordinary skill in the art would agree with Wistron's proposed construction, will rebut Samsung's expert witness opinions as appropriate and will explain the reasons why configured to receive means set up to receive during each access. |

**EXHIBIT G:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 6,523,100**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | | opinion that this term should not be construed as "set up to receive during each access." | |

**EXHIBIT G:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 6,523,100**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| 3 | **to provide**<br><br>'100 Patent, Claim 1:<br><br>at 11:50 ("and **to provide**, during access of said at least one memory module, an appropriate access timing commensurate with said received indication of access speed");<br><br>'100 Patent, Claim 2:<br><br>at 12:7 ("and **to provide**, during access of said selected one of said plurality of memory modules, an appropriate access timing commensurate with said received indication of access speed");<br><br>'100 Patent, Claim 4:<br><br>at 12:23 ("and **to provide**, during access of said at | <u>PROPOSED CONSTRUCTION</u>:  plain meaning (no construction is needed)<br><br><u>INTRINSIC EVIDENCE</u>:<br><br>'100 Patent col 2:37 – col 3:10 (" The foregoing and other problems are overcome and other advantages are realized by a memory system, constructed and operated in accordance with the Invention, for storing information units and being interconnected during operation with a memory controller unit. The memory controller unit is configured to receive an indication of access speed of the memory module, and to provide, during access of the memory module, an appropriate access timing commensurate with the received Indication of access speed.  Additionally, the invention contemplates a computer system with a CPU operatively coupled to a system bus and a memory controller unit configured to receive a memory access request from the CPU via the system bus. The memory controller unit is operatively coupled to one or more memory access speed of the memory module, and to provide, during access of the memory module in responsive to the memory access request, an appropriate access timing commensurate with the indication of access speed received. | <u>PROPOSED CONSTRUCTION</u>:  Supply during each access<br><br><u>DICTIONARY/TREATISE DEFINITION</u>:<br>*American Heritage Dictionary of the English Language*, Fourth Edition (2000): "provide" – 1. To furnish; supply<br><br>*Compact Oxford English Dictionary*, Online Edition (askoxford.com): "provide" – make available for use; supply<br><br><u>INTRINSIC EVIDENCE</u>:<br><br>See Reference # 2.  See also Prosecution History WIS 0111798 (Apr. 03, 2002, page 6) ("As also discussed by the applicants, the system according to the present invention advantageously allows the memory controller to **adapt** to different types and/or speeds of memory devices while freeing the CPU from having to account for the differences when **accessing** the memory device.")<br><br><u>EXTRINSIC EVIDENCE</u>:<br><br>Summary of Expert Testimony:  Wistron may also offer expert testimony for this term. Wistron's expert, Tony Clark, is expected to |

**EXHIBIT G:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 6,523,100**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | least one memory module in response to said memory access request, an appropriate access timing commensurate with said received indication of access speed"); <br><br> '100 Patent, Claim 5: <br><br> at 12:33 (**to provide**, during access of said selected one of said plurality of memory modules in response to said memory access request, an appropriate access timing commensurate with said received indication of access speed") | Additionally, the invention contemplates a computer system with a CPU operatively coupled to a system bus and a memory controller unit configured to receive a memory access request from the CPU via the system bus. The memory controller unit is operatively coupled to one or more memory access speed of the memory module, and to provide, during access of the memory module in responsive to the memory access" as shown in the certificate of correction);  col 6: 52-64 ("FIG. 4 shows in greater detail the memory control bus 20 of FIG. 2a and FIG. 2b. The function of the various signals shown in FIG. 4 are better understood by also referring to the timing diagrams of FIGS. 5-12 which show a variety of memory access types."); col 7: 43-46 ("The row address strobe (RAS*) signal is generated by the MCU 14 and is provided via the control and timing block 26 to the memory devices on the MU 18 to strobe in the row address provided from the multiplexers 36b and 38c."); col 8: 5-9 ("As can be seen in FIG. 11, the refresh cycle is performed as a read operation, having both RAS* and CAS* asserted, which enables the MCU 14 to read the data at the refresh location and to perform error "sniffing" and correction if necessary."); col 9:12-15 ("The assertion of RAS* by the MCU 14 further initiates the assertion of | discuss why one of ordinary skill in the art would agree with Wistron's proposed construction, will rebut Samsung's expert witness opinions as appropriate and will explain the reasons why to provide means supply during each access. |

**EXHIBIT G: DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 6,523,100**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | | certain ones of the RAS<0:7>* memory strobes which initiate the memory access cycle."); fig. 3C; fig. 4.<br><br>EXTRINSIC EVIDENCE:<br><br>Dr. Wedig will provide expert opinion regarding the plain meaning of this term.<br><br>In addition, Dr. Wedig will provide expert opinion that this term should not be construed as "supply during each access." | |

EXHIBIT G:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 6,523,100

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| 4 | **indication of access speed**<br><br>'100 Patent, Claim 1:<br><br>at 11:48-49 ("a memory controller unit configured to receive an **indication of access speed** of said at least one memory module, and to provide");<br><br>at 11:52-53 ("an appropriate access timing commensurate with said received **indication of access speed**");<br><br>'100 Patent, Claim 2:<br><br>at 12:5-6 ("to receive said **indication of access speed** of said selected one of said plurality of memory modules");<br><br>'100 Patent, Claim 3:<br><br>at 12:10 ("an appropriate | PROPOSED CONSTRUCTION: data that identifies the read/write speed of the memory module<br><br>INTRINSIC EVIDENCE:<br><br>'100 Patent col 2:37 – col 3:10 (" The foregoing and other problems are overcome and other advantages are realized by a memory system, constructed and operated in accordance with the Invention, for storing information units and being interconnected during operation with a memory controller unit. The memory controller unit is configured to receive an indication of access speed of the memory module, and to provide, during access of the memory module, an appropriate access timing commensurate with the received Indication of access speed.  Additionally, the invention contemplates a computer system with a CPU operatively coupled to a system bus and a memory controller unit configured to receive a memory access request from the CPU via the system bus. The memory controller unit is operatively coupled to one or more memory access speed of the memory module, and to provide, during access of the memory module in responsive to the memory access request, an appropriate access timing commensurate with the indication of access | PROPOSED CONSTRUCTION:  State of a signal line connecting between a memory unit (MU) and the memory control unit (MCU) that represents memory clock rate information.<br><br>DICTIONARY/TREATISE DEFINITION:<br>*American Heritage Dictionary of the English Language*, Fourth Edition (2000): "Speed" – "1. *Physics* The rate or a measure of the rate of motion. 2. Swiftness of action."<br><br>INTRINSIC EVIDENCE:<br><br>Figs. 1, 2a, 2b and 4, and 8:23-29 ("[T]he assertion of AHCMATCH* being caused by the generation of MATCHED* and also a MU jumper or switch which indicates that DRAMs having a specified **speed** are installed. AHCMATCH* is a status signal to the MCU 14 which indicates that the MU is adding **one half of a MEMCLK cycle** to the memory access to accommodate the timing requirements of the DRAMs."); Prosecution History at WIS 0111798 (Apr. 03, 2002, p. 6, lines 7-10) ("[T]he system according to the present invention advantageously allows the memory controller to adapt to different types and/or speeds of memory devices while |

**EXHIBIT G: DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 6,523,100**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | access timing commensurate with said received **indication of access speed**");<br><br>'100 Patent, Claim 4:<br><br>at 12:22("said memory controller unit being configured to receive an **indication of access speed** of said at least one memory module");<br><br>at 12:26("an appropriate access timing commensurate with said received **indication of access speed**");<br><br>'100 Patent, Claim 5:<br><br>12:31-32 ("to receive said **indication of access speed** of said selected one of said plurality of memory modules");<br><br>at 12:36-37 ("an | speed received. Additionally, the invention contemplates a computer system with a CPU operatively coupled to a system bus and a memory controller unit configured to receive a memory access request from the CPU via the system bus. The memory controller unit is operatively coupled to one or more memory access speed of the memory module, and to provide, during access of the memory module in responsive to the memory access" as shown in the certificate of correction); col 8:22- 31 ("The AHCMATCH* signal is output from the matched MU to the MCU 14; the assertion of AHCMATCH* being caused by the generation of MATCHED* and also a MU jumper or switch which indicates that DRAMs having a specified speed are installed. AHCMATCH* is a status signal to the MCU 14 which indicates that the MU is adding one half of a MEMCLK cycle to the memory access to accommodate the timing requirements of the DRAMs. For example, if faster access DRAMs are installed the jumper may not be set and AHCMATCH* is therefore not asserted."); col 12:43-46 ("7. The memory system according to claim 1, wherein: said memory controller unit is configured to receive an indication of access speed of said at least one memory module during an initialization of said memory | freeing the CPU from having to account for the differences when accessing the memory device."); Prosecution History at WIS 0111814 (Response to Office Action, received Oct. 10, 2002, P. 6, lines 7-8) ("[T]hus freeing the memory access requestor from being concerned with the access timing.")<br><br>EXTRINSIC EVIDENCE:<br><br>Mobile Intel® 945 Express Chipset Family, Datasheet, July 2007, page 352, Table 34 (In memory, particularly the DRAM used by the computer system, the access speed is rated by memory's clock rate (Hz) or data transfer rate (megabit per second or Mbps)).<br><br>Nanya 200 pin Unbuffered DDR2 SO-DIMM datasheet Rev 1.2, 08/2007, page 1 ("The DIMM is intended for use in applications operating of 266MHz/333MHz/400MHz *clock speeds* and achieves *high-speed* data transfer rates of 533MHz / 667MHz / 800MHz.")<br><br>Samsung High-Performance SDRAM for Main Memory, e.g., tables on page 5.<br><br>Summary of Expert Testimony: Wistron |

**EXHIBIT G:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 6,523,100**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | appropriate access timing commensurate with said received **indication of access speed**"); | system."); col 12:47-51 ("8. The computer system according to claim 4, wherein: said memory controller unit is to receive an indication of access speed of said at least one memory module from said CPU during an initialization of said memory system."); fig. 3C: AHCMATCH*; fig. 4: AHCMATCH*.<br><br>DICTIONARY/TREATISE DEFINITIONS: None.<br><br>EXTRINSIC EVIDENCE:<br>Dr. Wedig will provide expert opinion that this term should be construed as "data that identifies the read/write speed of the memory module" based on the specification citations provided above.<br><br>In addition, Dr. Wedig will provide expert opinion that this term should not be construed as "state of a signal line connecting between a memory unit (MU) and the memory control unit (MCU) that represents memory clock rate information." | may also offer expert testimony for this term. Wistron's expert, Tony Clark, is expected to discuss why one of ordinary skill in the art would agree with Wistron's proposed construction, the nature of access speed, will rebut Samsung's expert witness opinions as appropriate and will explain the reasons why indication of access speed means the state of a signal line connecting between a memory unit (MU) and the memory control unit (MCU) that represents memory clock rate information. |

**EXHIBIT G:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 6,523,100**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| 5 | **access timing**<br><br>'100 Patent, Claim 1:<br><br>at 11:51 ("an appropriate **access timing** commensurate with said received indication of access speed");<br><br>'100 Patent, Claim 2:<br><br>at 12:9 ("appropriate **access timing** commensurate with said received indication of access speed");<br><br>'100 Patent, Claim 4:<br><br>at 12:25 ("an appropriate **access timing** commensurate with said received indication of access speed");<br><br>'100 Patent, Claim 5: | PROPOSED CONSTRUCTION: timing of a signal used to control the read/write access of the memory module<br><br>INTRINSIC EVIDENCE:<br><br>'100 patent col 1: 10-16 ("This invention relates generally to a memory module for an information processing system and, in particular, to a memory module having selectable operating modes including a selectable data bus width and a selectable memory device control signal generation."); col 2:37 – col 3:10 ("The foregoing and other problems are overcome and other advantages are realized by a memory system, constructed and operated in accordance with the Invention, for storing information units and being interconnected during operation with a memory controller unit. The memory controller unit is configured to receive an indication of access speed of the memory module, and to provide, during access of the memory module, an appropriate access timing commensurate with the received Indication of access speed.  Additionally, the invention contemplates a computer system with a CPU operatively coupled to a system bus and a memory controller unit configured to receive a memory access request from the CPU via the | PROPOSED CONSTRUCTION:  A period of time used to access memory. Access timing is different from access speed.<br><br>DICTIONARY/TREATISE DEFINITION: *Encyclopedia of Computer Science*, 1993, page 5:  "access time" – "the elapsed time between the initiation of a request for data and receipt for the first bit or byte of that data."<br><br>*Webster's New World Dictionary of Computer Terms*, 1983, page 2: "access time" – "the length of time required to store or retrieve data between main memory and an external storage device"<br><br>*The Encyclopedia of Microcomputer Terminology*, 1984: "access time" – "Also called write time, read time, and waiting time.  The interval between the time information is requested and it is received (read time).  Also refers to the interval between sending information to storage (memory) and the time storage is completed (write time).  Also, the time required by the central processing unit to transmit or receive a byte or block of information to or from memory.  Access time is often used as a means of rating computer and storage |

**EXHIBIT G: DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 6,523,100**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | at 12:36 ("an appropriate **access timing** commensurate with said received indication of access speed") | system bus. The memory controller unit is operatively coupled to one or more memory access speed of the memory module, and to provide, during access of the memory module in responsive to the memory access request, an appropriate access timing commensurate with the indication of access speed received. Additionally, the invention contemplates a computer system with a CPU operatively coupled to a system bus and a memory controller unit configured to receive a memory access request from the CPU via the system bus. The memory controller unit is operatively coupled to one or more memory access speed of the memory module, and to provide, during access of the memory module in responsive to the memory access" as shown in the certificate of correction); col 6: 52-64 ("FIG. 4 shows in greater detail the memory control bus 20 of FIG. 2a and FIG. 2b. The function of the various signals shown in FIG. 4 are better understood by also referring to the timing diagrams of FIGS. 5-12 which show a variety of memory access types."); col 7: 43-46 ("The row address strobe (RAS*) signal is generated by the MCU 14 and is provided via the control and timing block 26 to the memory devices on the MU 18 to strobe in the row address provided from the multiplexers 36b and 38c."); col 8: 5-9 ("As can be seen in FIG. 11, the refresh cycle is | peripheral (tapes and disks) performance, much as cars may be rated by horsepower."<br><br>*Compact Oxford English Dictionary*, Online Edition (askoxford.com): "timing" – a particular time when something happens.<br><br>INTRINSIC EVIDENCE:<br><br>8:28-29 ("…adding one half of a MEMCLK cycle …"); 4:17-21 ("A control and timing logic block 26 on the MU 18 receives the control bus 20 signals and, in synchronism with a memory clock (MEMCLK), generates a plurality of internal timing signals for the MU 18."); Prosecution History WIS 0111814 (Response to Office Action, received Oct. 10, 2002, P. 6, lines 3-6) ("[T]he memory controller according to the claimed aspect of the present invention receives the access speed information and, once the information is received, uses the same, during accessing of the memory, to adaptively control the access timing …".)<br><br>EXTRINSIC EVIDENCE:<br><br>Summary of Expert Testimony: Wistron may also offer expert testimony for this term. Wistron's expert, Tony Clark, is expected to discuss why one of ordinary skill in the art |

**EXHIBIT G: DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 6,523,100**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
|  |  | performed as a read operation, having both RAS* and CAS* asserted, which enables the MCU 14 to read the data at the refresh location and to perform error "sniffing" and correction if necessary."); col 9:12-15 ("The assertion of RAS* by the MCU 14 further initiates the assertion of certain ones of the RAS<0:7>* memory strobes which initiate the memory access cycle."); fig. 2C: RAS*; fig. 4: RAS*; figs. 5-13C: RAS*.<br><br>DICTIONARY/TREATISE DEFINITIONS: None.<br><br>EXTRINSIC EVIDENCE:<br>Dr. Wedig will provide expert opinion that this term should be construed as "timing of a signal used to control the read/write access of the memory module" based on the specification citations provided above.<br><br>In addition, Dr. Wedig will provide expert opinion that this term should not be construed as "a period of time to access memory. Access timing is different from access speed." | would agree with Wistron's proposed construction, the nature of access timing, that access timing is different from access speed, will rebut Samsung's expert witness opinions as appropriate and will explain the reasons why access timing means a period of time used to access memory. |

**EXHIBIT G:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 6,523,100**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| 6 | **Commensurate** (with)*<br><br>'100 Patent, Claim 1:<br><br>at 11:52 ("an appropriate access timing **commensurate with** said received indication of access speed");<br><br>'100 Patent, Claim 2:<br><br>at 12:9 ("appropriate access timing **commensurate with** said received indication of access speed");<br><br>'100 Patent, Claim 4:<br><br>12:25 ("an appropriate access timing **commensurate with** said received indication of access speed");<br><br>'100 Patent, Claim 5: | PROPOSED CONSTRUCTION: to accommodate the timing requirements of the memory module<br><br>INTRINSIC EVIDENCE:<br><br>'100 patent col. 8:26-31 ("AHCMATCH* is a status signal to the MCU 14 which indicates that the MU is adding one half of a MEMCLK cycle to the memory access to accommodate the timing requirements of the DRAMs. For example, if faster access DRAMs are installed the jumper may not be set and AHCMATCH* is therefore not asserted."); fig. 4.<br><br>DICTIONARY/TREATISE DEFINITIONS: None.<br><br>EXTRINSIC EVIDENCE:<br><br>Dr. Wedig will provide expert opinion that this term should be construed as "to accommodate the timing requirements of the memory module" based on the specification citations provided above.<br><br>In addition, Dr. Wedig will provide expert opinion that this term should not be construed as "corresponding in size." | PROPOSED CONSTRUCTION: Corresponding in size.<br><br>DICTIONARY/TREATISE DEFINITION: *American Heritage Dictionary of the English Language*, Fourth Edition (2000): "commensurate" – ". Corresponding in size or degree"<br><br>INTRINSIC EVIDENCE:<br><br>8:13-32 ("The MATCHED* signal is returned to the MCU 14 only by the MU 18 which generates a matched condition with the MCU 14 provided address. Furthermore, a STATMATCH* signal is provided back the MCU 14 simultaneously with the provision of the MATCHED* signal only for those MU 18 *s* which employ static column DRAMs. The STATMATCH* signal can be utilized by the MCU 14 to modify its internal timing in that the STATMATCH* signal being asserted generally indicates that a faster memory access is possible.<br><br>The AHCMATCH* signal is output from the matched MU to the MCU 14 ; the assertion of AHCMATCH* being caused by the generation of MATCHED* and also a MU jumper or switch which indicates that DRAMs having a specified speed are |

**EXHIBIT G:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 6,523,100**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | at 12:36 ("an appropriate access timing **commensurate with** said received indication of access speed")<br><br>*Samsung has proposed construing the term "with" in conjunction with the term "commensurate" | | installed. AHCMATCH* is a status signal to the MCU **14** which indicates that the MU is adding one half of a MEMCLK cycle to the memory access to accommodate the timing requirements of the DRAMs. For example, if faster access DRAMs are installed the jumper may not be set and AHCMATCH* is therefore not asserted.")<br><br>EXTRINSIC EVIDENCE:<br><br>Summary of Expert Testimony:  Wistron may also offer expert testimony for this term. Wistron's expert, Tony Clark, is expected to discuss why one of ordinary skill in the art would agree with Wistron's proposed construction, will rebut Samsung's expert witness opinions as appropriate and will explain the reasons why commensurate means corresponding in size. |