UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date :  May 1, 2008

**C 07-4748 VRW**          Wistron Corporation  v  Samsung Electronics Co Ltd

Attorneys : For Plaintiff(s):   Michael Bettinger, Harold Davis

   For Defendant(s):   Mark Fowler, Sal Lim

Deputy Clerk: Cora Klein                              Reporter: not reported

PROCEEDINGS:

Case Management Conference - Held

Designation of Experts/Reports:  8/21/2008

DISPOSITIVE MOTIONS HEARING:  September 25, 2008  at  2:30 PM

File Motion: 8/28/08          Opposition: 9/10/08          Reply: 9/15/08

Notes:   Patent '275 - 3 claim terms
         Patent '100 - 6 claim terms
         Patent '273 - 8-12 claim terms