1  MICHAEL J. BETTINGER (STATE BAR NO. 122196)
   TIMOTHY P. WALKER, PHD (STATE BAR NO. 105001)
2  HAROLD H. DAVIS, JR. (STATE BAR NO. 235552)
   CHRISTY V. LAPIERRE (STATE BAR NO. 242691)
3    mike.bettinger@klgates.com
4    timothy.walker@klgates.com
     harold.davis@klgates.com
5    christy.lapierre@klgates.com
   K&L GATES
6  55 Second Street, Suite 1700
   San Francisco, CA 94105-3493
7  Telephone: (415) 882-8200
8  Facsimile: (415) 882-8220

9  Attorneys for Plaintiff and Counter-Defendant
   WISTRON CORPORATION and
10 Counter-Defendant WISTRON
   INFOCOMM (TEXAS) CORPORATION
11

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15 
   WISTRON CORPORATION,
16                                        Case No. C 07-04748 VRW
           Plaintiff and Counter-Defendant,
17                                        **NOTICE OF ATTORNEY APPEARANCE**
       vs.
18
19 SAMSUNG ELECTRONICS CO., LTD.,

20         Defendant and Counter-Plaintiff

21 SAMSUNG ELECTRONICS CO., LTD.,
22
           Counter-Plaintiff,
23     vs.

24 WISTRON CORPORATION, and
   WISTRON INFOCOMM (TEXAS)
25 CORPORATION

26         Counter-Defendants.
27
28

NOTICE OF ATTORNEY APPEARANCE                          PRINTED ON RECYCLED PAPER
Case No. C 07-04748 VRW

1  Kirkpatrick & Lockhart Preston Gates Ellis LLP hereby files this Notice of Addition of
2 Counsel to advise the court that Christy V. LaPierre is also assigned to this case.  Accordingly, please
3 have future ECF notices sent to Christy V. LaPierre at the email address of
4 christy.lapierre@klgates.com.  Michael Bettinger, Timothy Walker and Harold Davis should remain
5 on the list of persons to be noticed.

Dated:  May 9, 2008

K&L GATES

By:   /s/ Christy V. LaPierre
Christy V. LaPierre

Attorneys for Plaintiff and Counter-Defendant
WISTRON CORPORATION and Counter-Defendant
WISTRON INFOCOMM (TEXAS) CORPORATION