

DLA Piper US LLP
2000 University Avenue
East Palo Alto, California 94303-2214
www.dlapiper.com

Sal Lim
sal.lim@dlapiper.com
T 650.833.2101
F 650.687.1121

May 12, 2008
*VIA E-MAIL*

OUR FILE NO. 347269-36

The Honorable Judge Vaughn R. Walker
Chief Judge of the U.S. District Court, Northern District of California
450 Golden Gate Avenue
17th Floor, Courtroom 6
San Francisco, CA 94102

Re: **Wistron Corp. v. Samsung Electronics. Co., Ltd.
Northern District of California, Case No. C 07-04748 VRW**

Dear Judge Walker:

We are counsel for Samsung Electronics Co., Ltd. ("Samsung") in this action. Samsung submits this letter in response to Wistron Corporation's ("Wistron") May 9, 2008, letter regarding certain documents containing confidential information of a non-party, Quanta Computer, Inc. ("Quanta").

The documents in question relate to a prior case between Samsung and Quanta (Case No. C-00-04524 VRW) and contain information designated by Quanta as "Confidential, Attorneys Eyes Only" under the protective order in that case. As Samsung previously indicated to Wistron, it is willing to produce the requested documents, but it cannot do so because Quanta has objected to the production of these documents.

Pursuant to the protective order in this action, Samsung initially requested permission from Quanta to produce these documents on March 11, 2008. When Quanta originally objected to the production of these documents on March 17, 2008, Samsung asked Quanta to reconsider its objection and again asked Quanta to allow Samsung to produce these documents. However, on March 20, 2008, Quanta maintained its objection and again refused to give its permission for Samsung to produce these documents. Samsung advised Wistron of Quanta's position by copying Wistron's counsel on an email dated March 20, 2008. Samsung again reminded Wistron of Quanta's position in a letter dated April 30, 2008.

In short, Samsung is willing to produce the requested documents to Wistron if Quanta no longer objects to the production or when Quanta's objection is resolved by the Court. Until that time, however, Samsung does not believe it should violate the protective order entered by this Court in the Quanta action. Because this issue directly involves Quanta, Samsung believes Quanta should be heard on this matter.

Very truly yours,

DLA Piper US LLP

Sal Lim

cc: Terry Garnett and Hua Chen (counsel for Quanta Computer, Inc.)

WEST\21392275.1