1  MICHAEL J. BETTINGER (STATE BAR NO. 122196)
   TIMOTHY P. WALKER, PHD (STATE BAR NO. 105001)
2  HAROLD H. DAVIS, JR. (STATE BAR NO. 235552)
   CHRISTY V. LAPIERRE (STATE BAR NO. 242691)
3  JAS S. DHILLON (STATE BARNO. 252842)
    mike.bettinger@klgates.com
4   timothy.walker@klgates.com
    harold.davis@klgates.com
5   christy.lapierre@klgates.com
    jas.dhillon@klgates.com
6
   K&L GATES
7  55 Second Street, Suite 1700
   San Francisco, CA 94105-3493
8  Telephone: (415) 882-8200
   Facsimile: (415) 882-8220
9

10 Attorneys for Plaintiff and Counter-Defendant
   WISTRON CORPORATION and
11 Counter-Defendant WISTRON
   INFOCOMM (TEXAS) CORPORATION
12

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                SAN FRANCISCO DIVISION

16 WISTRON CORPORATION,

17        Plaintiff and Counter-Defendant,      Case No. C 07-04748 VRW

18    vs.                                       **NOTICE OF ATTORNEY APPEARANCE**

19 SAMSUNG ELECTRONICS CO., LTD.,

20        Defendant and Counter-Plaintiff

21

22 SAMSUNG ELECTRONICS CO., LTD.,

23        Counter-Plaintiff,
      vs.
24

25 WISTRON CORPORATION,  and
   WISTRON INFOCOMM (TEXAS)
26 CORPORATION

27        Counter-Defendants.

28

NOTICE OF ATTORNEY APPEARANCE                    PRINTED ON RECYCLED PAPER
Case No. C 07-04748 VRW

1    Kirkpatrick & Lockhart Preston Gates Ellis LLP hereby files this Notice of Addition of

2  Counsel to advise the court that Jas S. Dhillon is also assigned to this case.  Accordingly, please have

3  future ECF notices sent to Jas S. Dhillon at the email address of jas.dhillon@klgates.com.  Michael

4  Bettinger, Timothy Walker, Harold Davis and Christy V. LaPierre should remain on the list of

5  persons to be noticed.

6

7  Dated:  May 29, 2008                         K&L GATES

8

9                                          By:    /s/ Jas S. Dhillon

10                                                  Jas S. Dhillon

11                                          Attorneys for Plaintiff and Counter-Defendant
                                            WISTRON CORPORATION and Counter-Defendant
12                                          WISTRON INFOCOMM (TEXAS) CORPORATION

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF ATTORNEY APPEARANCE                                    PRINTED ON RECYCLED PAPER
Case No. C 07-04748 VRW