UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTE ORDER**

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE:** May 29, 2008

**COURTROOM DEPUTY:** Cora Klein          **Court Reporter:** Sahar McVickar

**CASE NO.** C 07-4748 VRW

**TITLE:** Wistron Corp v Samsung Electronics Co Ltd.

**COUNSEL FOR PLAINTIFF:**               **COUNSEL FOR DEFENDANT:**
Timothy Walker, Christy La Piere          Sal Lim, Nick Bohl
Harold Davis

**PROCEEDINGS:**
　　　　Telephone Conference re production of document.

**RESULTS:**
　　　　Wistron Corporation shall produce the attachments referenced in the email as WIS-E01021313 to Samsung.