| | |
|---|---|
| 1 | MARK D. FOWLER, Bar No. 124235 |
| | mark.fowler@dlapiper.com |
| 2 | ELIZABETH DAY, Bar No. 177125 |
| | elizabeth.day@dlapiper.com |
| 3 | TIMOTHY LOHSE, Bar No. 177230 |
| | timothy.lohse@dlapiper.com |
| 4 | SAL LIM, Bar No. 211836 |
| | sal.lim@dlapiper.com |
| 5 | GREGORY J. LUNDELL, Bar No. 234941 |
| | greg.lundell@dlapiper.com |
| 6 | DLA PIPER US LLP |
| | 2000 University Avenue |
| 7 | East Palo Alto, CA  94303-2214 |
| | Tel:  650.833.2000 |
| 8 | Fax:  650.833.2001 |

Attorneys for Defendant and Counter-Plaintiff
SAMSUNG ELECTRONICS CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION, a Taiwan corporation, | CASE NO.  C-07-4748 JSW |
| Plaintiff and Counter-Defendant, | **NOTICE OF APPEARANCE OF NICKOLAS BOHL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation, | |
| Defendant and Counter-Plaintiff. | |
| SAMSUNG ELECTRONICS CO., LTD., | |
| Counterclaim-Plaintiff, | |
| v. | |
| WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION, | |
| Counterclaim-Defendants. | |

PLEASE TAKE NOTICE that Nickolas Bohl of **DLA PIPER US LLP** hereby enters an appearance as counsel for defendant and counter-plaintiff SAMSUNG ELECTRONICS CO., LTD. and requests to be added to the service list. Nickolas Bohl's contact information is as follows:

>Nickolas Bohl
>DLA Piper US LLP
>2000 University Avenue
>East Palo Alto, CA 94303
>Phone: 650.833.2000
>Fax: 650.833.2001
>Email: nickolas.bohl@dlapiper.com

Dated: May 30, 2008

DLA PIPER US LLP

By /s/ Nickolas Bohl
NICKOLAS BOHL
Attorneys for Defendant and Counter-Plaintiff
SAMSUNG ELECTRONICS CO., LTD.