1  MARK D. FOWLER, Bar No. 124235
   mark.fowler@dlapiper.com
2  ELIZABETH DAY, Bar No. 177125
   elizabeth.day@dlapiper.com
3  TIMOTHY LOHSE, Bar No. 177230
   timothy.lohse@dlapiper.com
4  SAL LIM, Bar No. 211836
   sal.lim@dlapiper.com
5  GREGORY J. LUNDELL, Bar No. 234941
   greg.lundell@dlapiper.com
6  DLA PIPER US LLP
   2000 University Avenue
7  East Palo Alto, CA  94303-2214
   Tel:  650.833.2000
8  Fax:  650.833.2001

9  Attorneys for Defendant and Counter-Plaintiff
   SAMSUNG ELECTRONICS CO., LTD.
10

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

| | |
|---|---|
| WISTRON CORPORATION, a Taiwan corporation,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation,<br><br>Defendant and Counter-Plaintiff. | CASE NO.  C-07-4748 JSW<br><br>**NOTICE OF APPEARANCE OF ERIK R. FUEHRER** |
| SAMSUNG ELECTRONICS CO., LTD.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION,<br><br>Counterclaim-Defendants. | |

1     PLEASE TAKE NOTICE that Erik R. Fuehrer of **DLA PIPER US LLP** hereby enters an appearance as counsel for defendant and counter-plaintiff SAMSUNG ELECTRONICS CO., LTD. and requests to be added to the service list. Erik Fuehrer's contact information is as follows:

>Erik R. Fuehrer
>DLA Piper US LLP
>2000 University Avenue
>East Palo Alto, CA 94303
>Tel: 650-833-2000
>Fax: 650-833-2001
>Email: erik.fuehrer@dlapiper.com

Dated: May 30, 2008

                                                DLA PIPER US LLP

                                                By /s/ Erik R. Fuehrer
                                                ERIK R. FUEHRER
                                                Attorneys for Defendant and Counter-Plaintiff
                                                SAMSUNG ELECTRONICS CO., LTD.