

DLA Piper US LLP
2000 University Avenue
East Palo Alto, California  94303-2214
www.dlapiper.com

Sal Lim
sal.lim@dlapiper.com
**T**  650.833.2101
**F**  650.687.1121

OUR FILE NO. 347269-36

June 9, 2008

*VIA E-FILING*

The Honorable Vaughn R. Walker
Chief Judge of the U.S. District Court
Northern District of California
450 Golden Gate Avenue
17th Floor, Courtroom 6
San Francisco, CA 94102

Re:   Wistron Corp. v. Samsung Electronics. Co., Ltd.
      **Northern District of California, Case No. C 07-04748 VRW**

Dear Judge Walker:

We are counsel for Samsung Electronics Co., Ltd. ("Samsung") in this action.  Wistron Corporation ("Wistron") once again raises the issue of whether Samsung must provide additional details concerning the conception and reduction to practice of the patents-in-suit.  When this issue was first raised with the Court during the February 22, 2008 telephonic hearing, Samsung advised the Court: (1) none of the inventors of the patents-in-suit is a Samsung employee; and (2) Samsung fully responded to Wistron's contention interrogatory by stating its contention with respect to each patent-in-suit and identifying all facts that support its contentions.  Specifically, Samsung provided Wistron with all non-privileged information in its possession, custody, and control regarding the conception and reduction to practice of the patents-in-suit, including inventor deposition transcripts and exhibits, inventor notebooks, and inventor trial testimony.

Samsung recalls that the Court stated during the telephonic hearing that this issue was premature for the Court to decide given the fact that the inventors have not been deposed in this action.  Since that hearing, Wistron has made no efforts to depose any of the inventors and Samsung has not discovered any new information regarding the conception and reduction to practice of the patents-in-suit.  Accordingly, Samsung requests that the Court again deny Wistron's request.

Respectfully submitted,

**DLA Piper US LLP**

/s/ Sal Lim

Sal Lim

WEST\21439127.1