# ROBERT P. COLWELL

3594 NW BRONSON CREST LOOP
PORTLAND, OR 97229
503-690-7139
BOB.COLWELL@COMCAST.NET

## PROFESSIONAL EXPERIENCE

- **Consultant**, Portland, OR  2001-present

    General computer HW/SW consulting to industry and academia

- Named an **Intel Fellow** (27 Fellows in Intel's employee population of ~80,000) in 1997; winner of 2005 **Eckert-Mauchly Award**, highest award in field of computer architecture, for "outstanding achievements in the design and implementation of industry-changing microarchitectures, and for significant contributions to the RISC/CISC architecture debate"; elected to **IEEE Fellow** and **the National Academy of Engineering** in 2006 (the highest recognition in field of engineering) for "contributions to turning novel computer architecture concepts into viable, cutting-edge commercial processors."

- **Chief IA-32 Architect**, Intel Corporation, Hillsboro OR, 1992-2001

    Lead IA32 architect, responsible for all of Intel's Pentium CPU architecture efforts (my direct management included 40 – 110 people)

    Initiated and led Intel's Pentium 4 CPU development

- **Senior CPU Architect**, Intel Corporation, Hillsboro OR, 1990-1992

    One of three senior architects responsible for conceiving Intel's P6 microarchitecture, the core of the company's Pentium II, Pentium III, Celeron, Xeon, and Centrino families

- **Hardware Architect**, Multiflow Computer, New Haven, CT 1985-1990

    One of seven HW designers who created the world's first VLIW (very long instruction word) scientific supercomputer under direction of Josh Fisher

- **Hardware Engineer** (part-time) Perq Systems, Pittsburgh PA, 1980 - 1984

    Hardware design engineer working on graphics display hardware for first generation bit-slice-based engineering workstations

- **Member of Technical Staff**, Bell Telephone Laboratories, Holmdel, NJ, 1977-1980

    Hardware design engineer working on 8 and 32-bit microprocessors

## EDUCATION

- **PhD in Computer Engineering**, Carnegie-Mellon University, 1985
- **MSEE** in Computer Engineering, Carnegie-Mellon University, 1978
- **BSEE** in Electrical Engineering, University of Pittsburgh, 1977

## PUBLICATIONS

Wrote intro to DE Shaw's article on their Anton molecular folding engine in CACM, May 2008

The Pentium Chronicles, IEEE/Wiley, December 2005

IEEE Computer Magazine, "At Random" columnist 2002-2005

Wrote foreword to Josh Fisher's book "Embedded Computing: A VLIW Approach to Architecture, Compilers and Tools", Morgan-Kaufman 2005

We May Need A New Box, IEEE Computer March 2004

Superscalar Processor Design, P6 chapter, Shen & Lipasti, McGraw-Hill 2003

Embedded Everywhere, National Academy of Science, October 2001

Intel's College Hiring Methods and Recent Results, Microelectronics Systems Education Conference, Robert Colwell, Gary Brown, Frank See, July 1999

Microprocessor, Wiley & Son Technical Encyclopedia, 1999

Challenges and Trends in Processor Design, roundtable discussion in IEEE Computer, January 1998

A 0.6um BiCMOS Processor with Dynamic Execution, Robert P. Colwell, Randy L. Steck, 1995 IEEE International Solid State Circuits Conference, pp. 176-177 (won best paper award)

Latent Design Faults in the Development of Multiflow's TRACE/200, 22nd Annual International Symposium on Fault-Tolerant Computing, Boston MA, July 1992

Architecture and Implementation of a VLIW Supercomputer, Robert P. Colwell, W. Eric Hall, Chandra S. Joshi, David B. Papworth, Paul K. Rodman, James E. Tornes, Proceedings of Supercomputing '90, New York, November 1990

A VLIW Architecture for a Trace Scheduling Compiler, Robert P. Colwell, Robert P. Nix, John J. O'Donnell, David B. Papworth, Paul K. Rodman, IEEE Trans. on Comp., V. 37, N. 8, Aug.1988

A VLIW Architecture for a Trace Scheduling Compiler, Robert P. Colwell, Robert P. Nix, John J. O'Donnell, David B. Papworth, Paul K. Rodman, Proceedings of the 2nd Int'l Conf. on Architectural Support for Programming Languages and Operating Systems, Oct. 1987, Palo Alto CA

Fast Object-Oriented Procedure Calls: Lessons From the Intel 432, Edward F. Gehringer, Robert P. Colwell, ISCA 13, June 1986, pp. 92-101

The Performance Effects of Architectural Complexity in the Intel 432, Robert P. Colwell, Edward F. Gehringer, E. Douglas Jensen, ACM Transactions on Computer Systems, Aug. 1988, V. 6, N. 3

A Display Architecture for Driving Two Different Bitmapped Displays from One Frame Buffer, Robert P. Colwell, 1st Int'l Conference on Computer Workstations, San Jose CA, November 1985

Computers, Complexity, and Controversy, R.P. Colwell, C.Y. Hitchcock III, E.D. Jensen, H.M. Brinkley Sprunt, C.P. Kollar, IEEE Computer, September, 1985, pp. 8-19

The Performance Effects of Function Migration and Architectural Complexity in Object-Oriented Systems, Robert P. Colwell, PhD thesis, Carnegie-Mellon University, Pittsburgh, PA, August 1985

Peering Through The RISC/CISC Fog: An Outline Of Research, Computer Architecture News, Vol. 11, No. 1, March 1983 pp. 44-50

A Perspective on the Processor Complexity Controversy, Proceedings of the International Conference on Computer Design, 1983, pp. 613-616

Contributed chapter 2 problem sets to Hennessy & Patterson's "Computer Architecture: A Quantitative Approach, 4th Edition" 2006

## LECTURES AND INVITED TALKS

P6: Myths and Pipelined Realities, MP Forum '95 in Santa Clara

Evolution of Slot 1 and Slot 2, MP Forum '97 in Santa Clara

Micro '30 keynote speaker, 1997, San Jose

HPCA2 keynote speaker, Santa Clara, 1996

Talks on computing futures at CMU and Oregon Graduate Institute, Intel's Design Test and Technology Conference 1997-1998 (best presentation DTTC), invited keynote DTTC '04

LCPC (Languages and Compilers for Parallel Computing) keynote speaker, San Jose 1996

Intel Research Forum invited speaker, Hillsboro '96, Santa Clara '99

Intel Distinguished Lecture Series talks on the Pentium Pro at BYU, MIT, UCB, Stanford, CMU, Illinois, Wisconsin, Univ of Washington, OGI, UCLA

Distinguished Lectures: UC Davis May 2003; Carnegie-Mellon Univ Nov. 2003; USC April 2004

Microprocessor Report dinner speaker on Pentium Pro, March '95

Neural Networks for Computing Conference, Snowbird Utah, April 1994

IEEE Winter VLSI Workshop 1995

DARPA Winter PI conference, Pasadena CA, January 1994

International Applications Conference, San Diego CA, June 1994

Nature's Paradigm and the Challenge of Validation, Intel Validation Summit 1998, invited talk

Validation Lessons From Elsewhere, Intel Validation Summit 1999, invited talk

ISCA keynote, Anchorage Alaska, June 2002

ECE380 Seminar invited talk, Stanford Univ. February 2004

Invited speaker, Technology Management Lecture Series, PSU May 2004

Invited speaker, CSE Division Wide Seminar, University of Michigan, January 2005

Invited keynote speaker, IEEE Int'l Symp. on Async Circuits and Systems, NYC, March 2005

Invited speaker, IEEE Management Series, Portland OR, April 2005

Eckert-Mauchly Award acceptance speech, ISCA, Madison Wisconsin, June 2005

Invited keynote, International Multiconference on Computer Science and Computer Engineering, Las Vegas NV, June 2005

Invited speaker: Google, Sun Labs, Portland State University 2005

Invited speaker: Cadence, Carnegie-Mellon Univ. CS, Univ. of Rochester, Walla Walla College 2006

Invited keynote, PICMET, Portland Oregon, August 2005

Distinguished lecture, Univ. of Utah, March 2006

Invited speaker: Computer Science Symposium, St. Petersburg, Russia 2006

Invited speaker, IEEE-CS 60th anniversary meeting, Santiago Chile, San Diego CA 2006

Invited speaker, National Academies "Distinguished Voices" lecture series, April 2007, Irvine CA

Invited speaker, FCRC "Future Of Computer Architecture 2007", June, San Diego CA

Invited keynote speaker, ASAP 2007 conference, July, Montreal Canada 2007

Invited speaker, UC Irvine, "How To Be a Successful Engineer", Feb. 2008

Invited speaker, US Naval Workshop on Ship Design, Williamsburg, VA May 2008

Invited speaker, NC State Univ., fall 2008

## PANEL SESSIONS

DAC '91 panel session panelist; DAC '92 CAD tools workshop instructor

ICCD '91 moderator/organizer of panel session, San Jose CA

ICCAD-94, panel session panelist, November 1994, San Jose CA

Micro 26 '93, moderator/organizer of panel session, Portland OR

ISCA workshop talk, Santa Margerita Ligure, Italy 1995, panelist Phila. PA 1996

PAID 97 Workshop talk on "accidental performance decisions" with Dave Papworth

FPGA panel session panelist, November 1996, Monterey CA

ASPLOS-VII panel session panelist, October 1998, San Jose CA

IEEE Workshop on Low-Power design panel session, San Diego, CA 1999

Four panel sessions in 2000 at various conferences

Computer Research Assoc. "Grand Challenges" conference, Santa Cruz CA, Dec. 2005

## CONFERENCE COMMITTEES

ICCD 1990, 1991, 1992, 1993, 1994, 1995

IEEE Micro 24, 26, 27, 30, 31, 32, general co-chair 37, 39, 40

ISCA 1999, 2000, 2008

## TECHNICAL EXPERT LEGAL CASES WORKED

**Intergraph v. Intel**, 1998-2000, Deposed twice

**Techsearch v. Intel**, 1999, Deposed once

**LGE v. Elonex**, Morgan Lewis, ChathamLaw, Tom Nelson, 2002

**Intergraph v. Dell**, Jones-Day, Mark Ziegelbein, 2003-2004

**Intergraph v. HP**, Irell-Manella, Flavio Rose, 2004

**Barbara Sales v. Intel**, Brown Bain, Dan Bagatell, 2004

**Fujitsu v. LG Electronics**, Morrison Foerster, Alex Chartove, 2004

**Opti v. NVIDIA**, Cooley Godward, Tim Teter, 2004-2006

**MEC/Acacia v. NVIDIA,** Cooley Godward, Tim Teter, 2005

**Kyocera v. Nokia**, Jones Day, Keith Davis, 2005

**HP v. Gateway**, DLA Piper Rudnick Gray Cary, Alan Limbach, 2005

**Broadcom v. Qualcomm**, Howrey, Vinay Joshi; DLA Piper, Dave Wiggins 2006

**UniRAM v. Monolithic System Tech.**, Townsend & Townsend, George Schwab, 2006

**EVE-USA v. Mentor Graphics**, Cooley Godward, Brian Mitchell, Bill Galiani, 2006

**Intergraph v. Toshiba**, Foley Lardner, Stephen Lobbin, 2006-2007

**MicroUnity v. Sony**, Finnegan Henderson, Lei Mei, 2006-2007

**Tech Property Limited v. NEC, Toshiba, Matsushita**, Baker Botts, Michael Hawes, 2006-2007

**Samsung v. Wistron**, DLA Piper, Greg Lundell, 2008 – ongoing

**Freescale v. ProMOS**, Jones Day, Drexel Feeling, 2008 - ongoing

**Opti v. Nintendo**, Cooley Godward, Tim Teter, 2008 – ongoing

**Superspeed v. IBM**, Jones Day, Mark Ziegelbein, 2008 - ongoing

### OTHER

Selected as member of ISAT (Information Systems Advanced Technology) panel for DARPA, 2006-2008

IEEE Computer Magazine editor for High Performance Computing, 1995 to 1999

IEEE Computer Magazine editorial board member, Perspectives editor, 1999-present

Reviewer of dozens of technical books for Morgan Kaufmann, Mindshare, Addison-Wesley

Committee member on NSF funding for computer arch futures, Philadelphia, 1996

Intel Innovator's Day finalist '93, judge '95, judge '97

IEEE Senior Reviewer status in 1994, 1995, 1996 (conference papers, books, magazine articles)

Intel P6 public spokesman at dozens of radio, TV, and magazine interviews

Intel Divisional Award 1993 for DFA performance modeling tool

Intel Achievement Award 1996 for Pentium Pro Microarchitecture

CMU Alumni Merit Award, 1996, for technical leadership on Pentium Pro development

Panelist, Dept of Defense Summer Study on Future Technology, summer 1999, Washington DC

Panelist, National Academy of Science, Networks of Embedded Processors, 1999-2000, Wash. DC

ACM Eckert-Mauchly award committee member, 1998-2001

Univ. of Pgh. Distinguished Alumni Award, 2000, for technical leadership on Intel's microprocessors

Univ. of Pgh. University Achievement Award, 2001, for accomplishments in field of Computing

Carnegie-Mellon Distinguished Alumni Fellows Award 2001

PICMET "Medal of Excellence" 2005

Judge for CSIDC (Computer Society Int'l Design Competition) 2005, 2006

Instructor ECE570, Adv. Computer Arch., Oregon State Univ., Winter semesters 2000, 2003

Inventor or co-inventor on 40 patents