1  MARK D. FOWLER, Bar No. 124235
   mark.fowler@dlapiper.com
2  ELIZABETH DAY, Bar No. 177125
   elizabeth.day@dlapiper.com
3  TIMOTHY LOHSE, Bar No. 177230
   timothy.lohse@dlapiper.com
4  SAL LIM, Bar No. 211836
   sal.lim@dlapiper.com
5  GREGORY J. LUNDELL, Bar No. 234941
   greg.lundell@dlapiper.com
6  DLA PIPER US LLP
   2000 University Avenue
7  East Palo Alto, CA  94303-2214
   Tel:  650.833.2000
8  Fax:  650.833.2001

9  Attorneys for Defendant and Counter-Plaintiff
   SAMSUNG ELECTRONICS CO., LTD.
10

11

12                UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15  WISTRON CORPORATION, a Taiwan          CASE NO.  C-07-4748 VRW
    corporation,
16                                         **DECLARATION OF SAL LIM IN**
                   Plaintiff and Counter-  **SUPPORT OF SAMSUNG ELECTRONICS**
17                 Defendant,              **CO., LTD.'S OPENING CLAIM**
                                           **CONSTRUCTION BRIEF**
18        v.
                                           Claim Construction Hearing:
19  SAMSUNG ELECTRONICS CO., LTD., a       Date:  August 7, 2008
    Republic of Korea corporation,         Time:  2:30 p.m.
20                                         Dept:  6
                   Defendant and Counter-  Judge:  Hon. Vaughn R. Walker
21                 Plaintiff.

22  SAMSUNG ELECTRONICS CO., LTD.,

23                 Counterclaim-Plaintiff,

24        v.

25  WISTRON CORPORATION, and
    WISTRON INFOCOMM (TEXAS)
26  CORPORATION,

27                 Counterclaim-Defendants.

28

1    I, Sal Lim, declare as follows:

2    1.    I am an attorney with the law firm of DLA Piper US LLP, counsel for Samsung

3    Electronics Co., Ltd. ("Samsung"). I have personal knowledge of the facts stated herein and if

4    called as a witness, could and would competently testify hereto.

5    2.    A true and correct copy of United States Patent No. 5,333,273 ("the '273 patent")

6    is attached hereto as Exhibit A.

7    3.    A true and correct copy of this Court's May 12, 2005, Order concerning the claim

8    construction of the '273 patent in *Samsung Electronics Co., Ltd. v. Quanta Computer Inc. et. al.*,

9    Civil Action No. C-00-4524 VRW is attached hereto as Exhibit B.

10    4.    A true and correct copy of this Court's July 25, 2006 Order concerning the claim

11    construction of the '273 patent in *Samsung Electronics Co., Ltd. v. Quanta Computer Inc. et. al.*,

12    Civil Action No. C-00-4524 VRW is attached hereto as Exhibit C.

13    5.    A true and correct copy of the "Agreed to Constructions" (which was attached as

14    Exhibit A to the Joint Claim Construction Statement filed on February 11, 2005, in *Samsung*

15    *Electronics Co., Ltd. v. Quanta Computer Inc. et. al.*, Civil Action No. C-00-4524 VRW) is

16    attached hereto as Exhibit D.

17    6.    A true and correct copy of United States Patent No. 5,625,275 (the "'275 patent")

18    is attached hereto as Exhibit E.

19    7.    A true and correct copy of the Amendment In Response To July 12, 1996 Office

20    Action of the file history of the '275 patent is attached hereto as Exhibit F.

21    8.    A true and correct copy of the Notice of Allowability of the file history of the '275

22    patent is attached hereto as Exhibit G.

23    9.    A true and correct copy of United States Patent No. 6,523,100 (the "'100 patent")

24    is attached hereto as Exhibit H.

25    10.    A true and correct copy of the October 8, 2002, Amendment of the file history of

26    the '100 patent is attached hereto as Exhibit I.

27    11.    A true and correct copy of the Third and Fourth Editions of the *American Heritage*

28    *Dictionary of the English Language* (3rd ed. 1992, 4th ed. 2000) is attached hereto as Exhibit J.

-2-

1    Both editions of the dictionary define "configure" as "to design, arrange, set up, or shape with a

2    view to specific applications or uses."

3        12.    A true and correct copy of *The Random House Dictionary of the English Language*

4    (2nd ed. 1987) is attached hereto as Exhibit K.  The dictionary defines "configure" as "to design

5    or adapt to form a specific configuration or for some specific purpose."

6        I declare under penalty of perjury under the Laws of the United States of America that the

7    foregoing is true and correct.  This declaration is executed in East Palo Alto, California.

8

9    Dated:  June 8, 2008

10                                DLA PIPER US LLP

11

12                                By

13                                    SAL LIM
                                     Attorneys for Plaintiff
14                                   Samsung Electronics Co., Ltd.

15

16

17

18

19

20

21

22

23

24

25

26

27

28