# EXHIBIT D

**EXHIBIT A**
**Agreed to Constructions Pursuant to**
**Former Patent Local Rule 16-11(b)(1) and Patent Local Rule 4-3(a)**

Pursuant to the parties' discussions with the Court, the parties have agreed to accept the constructions for many of the terms of the asserted claims of U.S. Patent No. 5,333,273 as provided by the United States District Court for the Southern District of Texas, Houston Division in the related action *Samsung Electronics Company, Ltd. v. Inventec Corporation and Inventec Manufacturing(North America) Corporation*, Civil Action No. H-01-0071 ("The Houston Litigation"). The following chart lists the constructions from the Houston Litigation that the parties agreed shall be used in this action. The agreed to constructions were provided in the April 23, 2003 "Report and Recommendation On Claim Construction" issued by Magistrate Judge Nancy K. Johnson ("Johnson Report") and in the June 3, 2004 "Memorandum & Order" issued by District Court Judge John D. Rainey ("Rainey Order"). For the Court's convenience, a copy of both documents is attached to this chart and page citations to one or both of the documents, as appropriate, is listed after each agreed to construction. Also, included in the chart, are some claim terms that were not construed in the Houston Litigation for which the parties have reached an agreed upon construction or meaning.

| U.S. PATENT NO. 5,333,273 CLAIM LANGUAGE | AGREED CONSTRUCTION OF CLAIM TERMS |
|---|---|
| 1. A system for providing a built-in function in an ISA-compatible computer in response to activation of a selected combination of user activated keys, comprising: | |
| a keyboard having a set of **conventional alphanumeric and function keys** and further having at least one additional function key; | "Keyboard" is an input apparatus containing internal circuitry to output or generate data scan codes. Johnson Report at 18; Rainey Order at 2.<br><br>"Conventional Alphanumeric Keys" are keys that correspond to the letters of an alphabet, the decimal digits, and punctuation symbols. Johnson Report at 8, fn.8.<br><br>"Conventional Function Keys" are keys identified as F1, F2...F11, and F12. Johnson Report at 8, fn.8. |
| a keyboard controller connected to said keyboard to monitor said conventional keys and said additional function key to detect when at least one of said keys is activated, | |
| said keyboard controller having **first and second interrupt signal lines** connected to said **ISA-compatible computer,** | "First Interrupt Signal Line" is a signal line from the keyboard controller connected to the ISA-compatible computer for transmitting the first interrupt signal. Johnson Report at 8, fn.8.<br><br>"Second Interrupt Signal Line" is a second, separate, signal line from the keyboard controller connected to the ISA-compatible computer for transmitting the second interrupt signal. Johnson |

DOCSSV1:294410.1

## EXHIBIT A
### Agreed to Constructions Pursuant to
### Former Patent Local Rule 16-11(b)(1) and Patent Local Rule 4-3(a)

| U.S. PATENT NO. 5,333,273 CLAIM LANGUAGE | AGREED CONSTRUCTION OF CLAIM TERMS |
|---|---|
| | Report at 8, fn.8. |
| said keyboard controller responsive to an activation of at least one of said conventional keys to activate a **first interrupt signal** to said ISA-compatible computer on said first interrupt signal line, | "First interrupt signal" is the ISA standard IRQ1 interrupt signal which is activated by the keyboard controller in response to the activation of one of the conventional keys. Johnson Report at 25. |
| said keyboard controller responsive to an activation of said additional function key in combination with at least one of said conventional alphanumeric keys to generate a second interrupt signal to said ISA-compatible computer on said second interrupt signal line; | |
| a **first conventional interrupt handling routine** within said ISA-compatible computer responsive to said first interrupt signal from said keyboard controller to input data scan codes from said keyboard; and | A "first conventional interrupt handling routine" is a first interrupt handling routine that responds to the first interrupt signal from the keyboard controller by inputting data scan codes originating at the keyboard. Johnson Report at 8-9, fn.8. |
| a **second non-conventional interrupt handling routine** within said ISA-compatible computer responsive to said second interrupt signal from said keyboard controller to input an identification of said activated alphanumeric key and to perform a predetermined function selected by said identified alphanumeric key. | A "second non-conventional interrupt handling routine" means a second interrupt handling routine, which, in response to the second interrupt signal inputs an identification of said activated alphanumeric key, and performs a predetermined function selected by the alphanumeric key. Johnson Report at 8-9, fn.8. |
| 3. The system for providing a built-in function as defined in claim 1, wherein said second non-conventional interrupt handling routine **resides in read only memory**. | The parties agree to use plain meaning for "Resides in read only memory." |
| 4. The system for providing a built-in function as defined in claim 1, further comprising a central processing unit that **indexes** a first memory location pointer in response to said first interrupt signal, said central processing unit further **indexing** a second memory location pointer in response to said second interrupt signal. | "Indexes or indexing" means selects or accesses. Johnson Report at 8-9, fn.8. |
| 5. A system for servicing keyboard interrupts in an ISA-compatible computer, comprising: | |
| a **keyboard** having a plurality of keys including **conventional alphanumeric keys, conventional symbol keys, conventional function keys** and **conventional cursor** | "Keyboard," see Claim 1.<br><br>"Conventional Alphanumeric Keys," see Claim 1. |

**EXHIBIT A**
Agreed to Constructions Pursuant to
Former Patent Local Rule 16-11(b)(1) and Patent Local Rule 4-3(a)

| U.S. PATENT NO. 5,333,273 CLAIM LANGUAGE | AGREED CONSTRUCTION OF CLAIM TERMS |
|---|---|
| **control keys**, said keyboard further including at least one non-conventional function key, | "Conventional Symbol Keys" means keys that correspond to conventional symbols, such as @, \$, %, ^, &, *. Johnson Report at 8, fn.8.<br><br>"Conventional Function Keys," see Claim 1.<br><br>"Conventional Cursor Control Keys" are keys identified as the "Home" key, the "End" key, and the "up, down, left and right arrow" keys. Johnson Report at 8, fn.8. |
| said keyboard generating a scan code in response to an activation of at least one of said keys, said scan code varying depending upon which of said keys is activated; and | |
| a keyboard controller coupled to said keyboard, | |
| said keyboard controller further coupled to said ISA-compatible computer by **first and second interrupt signal lines,** | "First Interrupt Signal Line" see claim 1.<br><br>"Second Interrupt Signal Line" see claim 1. |
| said keyboard controller generating a **first interrupt signal** on said first interrupt signal line upon receipt of a scan code corresponding to one of said conventional keys, | "First Interrupt Signal" see claim 1. |
| said ISA-compatible computer programmed to execute a **program** to input said scan code in response to said first interrupt signal, | "Program" means a handling routine that causes the computer to receive keyboard scan codes from the keyboard controller. Johnson Report at 32. |
| said keyboard controller generating a second interrupt signal on said second interrupt signal line upon receipt of a scan code corresponding to said non-conventional function key, | |
| said ISA-compatible computer programmed to execute at least one **special routine** upon receipt of said second interrupt signal. | "Special Routine" is a routine that is executed upon receipt of the second interrupt signal. Johnson Report at 8, fn.8. |
| 6. The system for servicing keyboard interrupts as defined in claim 5, further comprising an **interrupt controller** coupled to said keyboard controller, said interrupt controller generating one of a plurality of **interrupt vectors,** said vector depending upon said interrupt signal. | An "Interrupt Controller" is a device coupled to the keyboard controller that generates one of a number of interrupt vectors depending on the interrupt signal received. Johnson Report at 8, fn.8.<br><br>"Interrupt Vector" identifies a particular interrupt signal and also corresponds to an interrupt handling routine. Johnson Report at 8-9, fn.8. |

## EXHIBIT A
### Agreed to Constructions Pursuant to
### Former Patent Local Rule 16-11(b)(1) and Patent Local Rule 4-3(a)

| U.S. PATENT NO. 5,333,273 CLAIM LANGUAGE | AGREED CONSTRUCTION OF CLAIM TERMS |
|---|---|
| 7. The system for servicing keyboard interrupts as defined in claim 6, further comprising a Central Processing Unit coupled to said interrupt controller, said Central Processing Unit **indexing one of a plurality of memory locations**, said memory location depending upon said interrupt vector. | "Indexing", see Claim 4.<br><br>"indexing one of a plurality of memory locations" means to utilize an interrupt vector to access a memory location corresponding to the interrupt vector. Johnson Report at 33. |