# EXHIBIT F

ASTRP.418A                                                              PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant     :   Roy Tanikawa, et al.              )   Group Art Unit 2111
Appl. No.     :   08/449,534                        )
Filed         :   May 24, 1995                      )
For           :   CONSTANT POWER BATTERY            )
                  CHARGER                           )
Examiner      :   Patrick B. Law                    )

*Mail Room stamp: OCT 28 1996*

*Received NOV 12 1996 GROUP 2100*

*Handwritten: #N/B  11-15-96  HP*

### AMENDMENT IN RESPONSE TO JULY 12, 1996 OFFICE ACTION

Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

In response to the July 12, 1996 Office Action, please amend the above-identified patent application as follows:

### IN THE TITLE:

Please change the title of the application from "CONSTANT POWER BATTERY CHARGER" to --POWER SUPPLY WHICH PROVIDES A VARIABLE CHARGING CURRENT TO A BATTERY IN A PORTABLE COMPUTER SYSTEM--.

### IN THE CLAIMS:

1. (Amended) A power supply for recharging a battery in a portable computer system <u>from a conventional AC adapter</u>, said power supply comprising:

   [an] <u>a conventional</u> AC adapter which supplies input current, <u>said input current comprising a system current</u> for operating said computer system and <u>a charging current</u> for charging said battery, <u>said AC adapter</u>

-1-

Appl. No.   :   08/449,534
Filed       :   May 24, 1995

7   having a substantially constant DC output voltage across first and second
8   terminals of said AC adapter, said AC adapter supplying said input
9   current via said first and second terminals;
10  a first sensor connected to [said AC adapter which detects]
11  measure a level of said input current [from] supplied by said AC adapter
12  to said computer system and to said battery, said input current having a
13  first maximum limit;
14  a second sensor connected to [said battery which detects] measure
15  a level of said charging current supplied to said battery, said charging
16  current having a second maximum limit;
17  a third sensor connected to [an output of said power supply which
18  detects] measure an output voltage level of said [power supply] battery,
19  said output voltage level having a third maximum limit;
20  a controller connected to [each of] said first, second and third
21  sensors, wherein said controller monitors said input current level, said
22  charging current level, and said output voltage level and generates a
23  control signal [which indicates whether any one of said levels has
24  exceeded a respective predetermined maximum value] responsive to
25  said input current level, said charging current level and said output
26  voltage level; and
27  a charging current control circuit connected to receive said control
28  signal from said controller, said control circuit further being connected
29  between said AC adapter and [to] said battery[, wherein said control
30  circuit controls] to control charging current flow between said AC
31  adapter and said battery based upon said control signal generated by said
32  controller, said controller generating said control signal to cause said
33  control circuit to block charging current flow when at least one of said



-2-

19

Appl. No.   :   08/449,534
Filed       :   May 24, 1995

<pre>
 34        input current level, said charging current level and said output voltage
 35        level exceeds its respective maximum limit, said controller generating said
 36        control signal to cause said control circuit to provide charging current at
 37        a variable level when all of said input current level, said charging current
 38        level and said output voltage level are less than said respective maximum
 39        limits, said variable charging current level controlled to cause said input
 40        current level to be maintained approximately at said first maximum limit
 41        as long as said second maximum limit and said third maximum limit are
 42        not exceeded.
</pre>

B2 Cont'd

7.  (Amended) A regulator for controlling charging current flow between [an] a conventional AC adapter and a battery in a portable computer system, wherein said AC adapter provides an input current which comprises a charging current provided to said battery and a system current provided to electronic components of said portable computer system, said regulator comprising:

B3

a controller connected to said AC adapter, said battery, and an output of said regulator to monitor a first input signal indicative of [an] a level of said input current [level] supplied by said AC adapter, to monitor a second input signal indicative of a level of said charging current [level] supplied to said battery, and to monitor a third input signal indicative of an output voltage of said regulator, wherein said controller generates [an output] a control signal [which indicates whether any of said input signals has exceeded a respective predetermined maximum value] responsive to said first, second and third input signals, said control signal having a first inactive state when any one of said first, second and third input signals exceeds a respective first, second and third limit value, said control signal having a second variable active state when none of said

-3-

20

Appl. No.  : 08/449,534
Filed      : May 24, 1995

19   first, second and third input levels exceed said respective first, second and
20   third limit values; and
21       a charging current control circuit connected to said controller and
22   to said battery and responsive to said control signal from said controller,
23   wherein said charging current control circuit supplies said charging
24   current from said AC adapter to charge said battery when said [output]
25   control signal from said controller [indicates that none of said input
26   signals are above said respective predetermined maximum values] has
27   said variable active state, said controller varying said active state to cause
28   said first input level to be maintained approximately at said first limit
29   value regardless of changes of said system current provided to said
30   electronics in said portable computer system as long as said second input
31   signal and said third input signal are below said respective second limit
32   value and third limit value.

*B3 Cont'd*

1   11.   (Amended) A power supply for recharging a battery in a portable
2   computer system, said power supply comprising:
3       [an] a conventional AC adapter which supplies input current, said
4   input current comprising a system current for operating said computer
5   system and comprising a charging current for charging said battery, said
6   input current having a total input current level comprising an approximate
7   sum of said system current and said charging current;
8       an input current sensing circuit connected to said AC adapter which
9   detects a level of said total input current from said AC adapter[ and
10  generates a voltage indicative of said input current level];
11      a charging current sensing circuit connected to said battery which
12  detects a level of said charging current supplied to said battery[ and
13  generates a voltage indicative of said charging current level];

*B4*

-4-

Appl. No.    :   08/449,534
Filed        :   May 24, 1995

an output voltage sensing circuit connected to an output of said power supply which detects [a voltage indicative of] an output voltage level of said power supply;

a controller connected to [each of] said sensing circuits, wherein said controller compares said input current level, said charging current level, and said output voltage level with [a] respective predetermined maximum values and generates a control signal [which indicates whether any one of said levels has exceeded said respective predetermined maximum value] responsive to differences between said input current level, said charging current level and said output voltage level and said respective predetermined maximum values; and

a charging current control circuit connected to said controller and to said battery, wherein said control circuit controls current flow between said AC adapter and said battery [based upon] in response to said control signal generated by said controller, said control signal controlled by said controller to cause said charging current level to have a magnitude approximately equal to a difference between said predetermined maximum level for said input current level and an amount of current being supplied to said computer system as long as none of said input current level, said charging current level and said output voltage level exceed said respective predetermined maximum values.

15.   (Amended) A method of regulating the amount of charging current supplied to a rechargeable battery by a regulator in a portable computer system, wherein said computer system includes [an] a conventional AC adapter which supplies input current, said input current including a system current for operating

-5-

Appl. No.    :   08/449,534
Filed        :   May 24, 1995



said computer system and <u>a charging current</u> for charging said battery, said method comprising the steps of:

sensing a level of said input current supplied by said AC adapter;

sensing a level of said charging current supplied to said battery;

sensing a level of an output voltage of said regulator;

[monitoring said input current level, said charging current level, and said output voltage level] <u>comparing said input current level with a maximum input current level, comparing said charging current level with a maximum charging current level, and comparing said output voltage level with a maximum output voltage level;</u>

generating a control signal [which indicates whether any one of said levels has exceeded a predetermined maximum value] <u>responsive to results of said comparing steps;</u> and

controlling <u>charging</u> current flow [between] <u>from</u> said AC adapter [and] <u>to</u> said battery based upon said control signal<u>, said control signal adjusted in response to changes in said system current to cause said charging current to have a level selected to maintain said input current level approximately equal to said maximum input current level as long as said charging current level is less than said maximum charging current level and said output voltage level is less than said maximum output voltage level.</u>

16. (Amended) A power supply for recharging a battery in a portable computer system, said power supply comprising:

[an] <u>a conventional</u> AC adapter which supplies input current <u>which includes a system current</u> for operating said computer system and <u>which includes a charging current</u> for charging said battery;

Appl. No.   :   08/449,534
Filed       :   May 24, 1995

6   a sensor which detects the level of said <u>input</u> current [required by
7   said computer system] <u>provided by said AC adapter</u>;
8   a controller connected to said sensor [and generating] <u>which</u>
9   <u>generates</u> a control signal [which indicates whether said required
10  current exceeds a] <u>responsive to a difference between said detected input</u>
11  <u>current level and a</u> predetermined [threshold value] <u>maximum input</u>
12  <u>current level</u>; and
13  a charging current control circuit connected to <u>receive said control</u>
14  <u>signal from</u> said controller and [to] <u>connected between said AC adapter</u>
15  <u>and</u> said battery to control <u>charging</u> current flow between said AC adapter
16  and said battery based upon said control signal generated by said
17  controller<u>, said controller and said control circuit operating to maintain</u>
18  <u>said charging current flow at a level such that said input current level is</u>
19  <u>maintained at approximately said maximum input current level until said</u>
20  <u>battery is fully charged.</u>

## REMARKS

The foregoing amendments to the claims are responsive to the July 12, 1996 Office Action. In the Office Action, the Examiner required a new title that is clearly indicative of the invention to which the claims are directed. The Examiner rejected Claims 1-7 and 11-14 under 35 U.S.C. § 112, second paragraph, as being indefinite. The Examiner rejected Claims 1-3, 5, 7-8, 11-13, 15 and 16 under 35 U.S.C. § 102(e) as being anticipated by U.S. Patent No. 5,465,039 to Narita, et al. The Examiner rejected Claims 4, 6, 9, 10 and 14 under 35 U.S.C. § 103 as being unpatentable over Narita, et al., in view of U.S. Patent No. 5,349,282 to McClure. Applicants respectfully request the Examiner to reconsider the present application in view of the foregoing amendments and the following remarks, and Applicants respectfully request the Examiner to withdraw the rejections and pass the present application to allowance.

-7-

Appl. No.     :   08/449,534
Filed         :   May 24, 1995

Discussion of the New Title

In the Office Action, the Examiner stated that the title of the invention is not descriptive and stated that a new title is required that is clearly indicative of the invention to which the claims are directed. In response, Applicants have amended the title as set forth above. Applicants respectfully submit that the new title is clearly indicative of the invention to which the claims are now directed.

Discussion of the Rejections Under 35 U.S.C. § 112, Second Paragraph

In the Office Action, the Examiner stated that the term "said charging current" lacks antecedent basis in Claims 1-7 and 11-14. By the foregoing amendments, each of independent Claims 1, 7 and 11 have been amended to provide a clear antecedent basis for "said charging current." In view of the amendments, Applicants respectfully request the Examiner to withdraw the rejections under 35 U.S.C. § 112, second paragraph.

Discussion of the Rejections Under 35 U.S.C. § 102(e)

The Examiner rejected Claims 1-3, 5, 7-8, 11-13, 15 and 16 under 35 U.S.C. § 102(e) as being anticipated by U.S. Patent No. 5,465,039 to Narita, et al. In particular, the Examiner stated that Figure 2 of the Narita patent discloses the claimed invention.

The Narita patent discloses a different system for supplying power to a computer system and for charging batteries. In particular, the Narita patent discloses a specialized AC adapter which is controlled by current and voltage feedback to maintain a constant power output under a certain range of conditions, to provide a constant voltage output under a different range of conditions, and to provide a constant current output under a further range of conditions. See, for example, Figure 3 of the Narita patent. As illustrated in Figure 3, when the AC adapter of the Narita patent is providing a constant current output, the output voltage varies significantly, and when the circuit of the Narita patent is providing a constant voltage, the current varies significantly.

-8-

B

Appl. No.    :    08/449,534
Filed        :    May 24, 1995

Unlike the Narita patent, the present application is directed to a battery charging system which utilizes a conventional AC adapter which provides a constant voltage output. As set forth in the specification of the present application, the present invention permits the use of a much smaller conventional AC adapter than could otherwise be used by not requiring the AC adapter to be able to supply full charging current to the battery while supplying full input current to the electronics of the computer system. Rather, the present invention measures the total input current provided by the AC adapter, compares the total input current to the maximum input current that can be supplied by the AC adapter, and provides the remaining input current as charging current to the battery. As the current requirements of the computer system increase, the amount of charging current provided to the battery is decreased to keep the input current at or below the maximum input current. As the current requirements of the computer system decrease, the amount of charging current provided to the battery is increased to keep the input current approximately equal to the maximum input current so that the maximum available current from the AC adapter is fully utilized until the battery is fully charged. When the battery is charged and the maximum battery voltage is reached, the charging current to the battery is halted. At all times, Applicants' invention maintains the output voltage of the conventional AC adapter at a constant magnitude because Applicants' invention does not control the AC adapter. Thus, the conventional AC adapter does not have to be modified to charge the battery while providing power to the computer system.

Unlike Applicants' invention which controls the charging current to the battery by controlling the current flow, the system disclosed in the Narita patent either turns on the switch 38 and applies the output voltage from the AC adapter directly to the battery 40 or turns off the switch 38 so that the battery 40 does not receive charging current. Thus, the battery in the Narita patent either receives the full amount of output voltage provided by the AC adapter or receives no voltage. Furthermore, as described in the Narita specification, the output voltage is not held constant when charging the battery. Rather, as set forth at column 8, lines 56-61, and at column 9, lines 37-39, the constant voltage Region A illustrated in Figure 3 is only used

-9-

Appl. No.    :   08/449,534
Filed        :   May 24, 1995

when the battery is not being charged. Thus, when the battery is being charged, the output voltage from the AC adapter varies which causes the DC/DC converter 34 in the electronic device to have to operate from a variable input voltage rather than from a constant input voltage.

Each of independent Claims 1, 7, 11, 15 and 16 has been amended herein to emphasize the differences between Applicants' claimed invention and the Narita patent. In particular, each of the independent claims now clarifies that the AC adapter is a conventional AC adapter which provides a constant output voltage. The claims further clarify that the input current from the AC adapter is monitored and that the charging current to the battery is varied to control the charging current so that the input current is maintained at its predetermined maximum level until the battery is substantially charged (i.e., the battery voltage has reached its maximum output level) or the charging current exceeds a maximum charging current. The Narita patent does not disclose or suggest the inventions defined in the independent claims. Applicants respectfully request the Examiner to withdraw the rejections of Claims 1-3, 5, 7-8, 11-13, 15 and 16 under 35 U.S.C. § 102(e), and Applicants further request the Examiner to pass Claims 1-3, 5, 7-8, 11-13, 15 to issue.

Discussion of the Rejection Under 35 U.S.C. § 103

The Examiner rejected Claims 4, 6, 9, 10 and 14 under 35 U.S.C. § 103 as being unpatentable over Narita, et al., in view of U.S. Patent No. 5,349,282 to McClure. Each of Claims 4, 6, 9, 10 and 14 is a dependent claim which depends from one of Claims 1, 7 or 11. As discussed above, each of Claims 1, 7 and 11 has been amended to distinguish the Narita patent. The McClure patent cannot be combined with the Narita patent to provide any of the claimed features missing from the Narita patent. Thus, Applicants respectfully submit that dependent Claims 4, 6, 9, 10 and 14 are patentably distinguished over the combination of the Narita patent in view of the McClure patent. Applicants respectfully request the Examiner to

-10-

Appl. No.    :   08/449,534
Filed        :   May 24, 1995

withdraw the rejection of Claims 4, 6, 9, 10 and 14 under 35 U.S.C. § 103, and Applicants further request the Examiner to pass Claims 4, 6, 9, 10 and 14 to issue.

<u>Summary</u>

Having amended the claims as set forth above and having submitted the foregoing arguments in support of the patentability of the claims, Applicants respectfully submit that Claims 1-16 are now in condition for allowance, and Applicants respectfully request allowance of Claims 1-16.

If there is any further impediment to the prompt allowance of the present application, the Examiner is respectfully requested to call the undersigned attorney of record at 714-721-2849 or at the number listed below.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: OCTOBER 22, 1996   By: _____
Jerry T. Sewell
Registration No. 31,567
Attorney of Record
620 Newport Center Drive
Sixteenth Floor
Newport Beach, CA 92660
(714) 760-0404

JTS-4335
981022/1

-11-