# EXHIBIT I





PATENT
P56024

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:

EDWARD D. MANN

| | | | |
|---|---|---|---|
| Serial No.: | 09/400,131 | Examiner: | ELLIS, KEVIN L. |
| Filed: | 21 September 1999 **CPA filed on 1 April 2002** | Art Unit: | 2185 |

**RECEIVED**

OCT 1 0 2002

Technology Center 2100

For:      MULTIPLE MODE MEMORY MODULE

**AMENDMENT**

Commissioner for Patents
Washington, D.C.   20231

Sir:

    Applicant respectfully requests entry of the following amendments and remarks, re-examination and reconsideration for the above-captioned application.

Folio: P56024
Date:  10/8/02
I.D.:  REB/kf

# File History Report

☐   Paper number _____ is missing from the United States Patent and Trademark
Office's original copy of the file history.  No additional information is available.

☒   The following page(s) **2**  of paper number **18**  is/are missing from the United States
Patent and Trademark Office's original copy of the file history.  No additional
information is available

Additional comments: _____

PATENT
P56024

3  of said at least one memory module.

1  33. (Amended) A computer system, comprising:

2  a CPU operatively coupled to a system bus; and

3  a memory controller unit configured to receive a memory access request from said CPU

4  via said system bus, said memory controller unit being operatively coupled to one of more

5  memory modules via a memory bus, said memory controller unit being configured to receive an

6  indication of access speed of said at least one memory module, and to provide, during access of

7  said at least one memory module in response to said memory access request, an appropriate

8  access timing commensurate with said received indication of access speed.

1  35. (Amended) The computer system according to claim 33, wherein:

2  said at least one memory module comprises a plurality of memory modules, said memory

3  controller unit being further configured to select a selected one of said plurality of memory

4  modules, to receive said indication of access speed of said selected one of said plurality of

5  memory modules, and to provide, during access of said selected one of said plurality of memory

6  modules in response to said memory access request, an appropriate access timing commensurate

7  with said received indication of access speed.

1  36. (Amended) The computer system according to claim 35, wherein:

2  said memory controller unit is further configured to receive an indication of memory type

-3-

PATENT
P56024

$\mathcal{P}^3$  3    of said at least one memory module.

1        37. The memory system according to claim 28, wherein:

D4  2        said memory controller unit is configured to receive an indication of access speed of said

3        at least one memory module during an initialization of said memory system.

1        38. The computer system according to claim 32, wherein:

2        said memory controller unit is to receive an indication of access speed of said at least one

3        memory module from said CPU during an initialization of said memory system.

-4-

PATENT
P56024

## <u>REMARKS</u>

By this amendment, claims 30 and 34 are canceled, claims 29, 31-33 and 35-36 are amended in order to correct typographical errors and merely to claim previously presented subject matter in an independent claim form, and claims 37 and 38 are newly added.   Thus, claims 29, 31-33 and 35-38 are currently pending in this application.

In the Office Action, then pending claims 29-32 were rejected under 35 U.S.C. §102(e) as allegedly being anticipated by U.S. Pat. No. 5,513,331 to Pawlowski et al. ("Pawlowski"), and then pending claims 33-36 were rejected under 35 U.S.C. §103(a) as allegedly being obvious over Pawlowski in view of U.S. Pat. No. 4,725,945 to Kronstadt et al. ("Kronstadt").   The Applicant respectfully traverses the rejections.

**35 U.S.C. §102(e) rejection of claims 29-32.**

In the Office Action, claims 29-32 were rejected under 35 U.S.C. §102(e) as allegedly being anticipated by U.S. Pat. No. 5,513,331 to Pawlowski et al. ("Pawlowski").  The Applicant respectfully traverses the rejection.

Claim 29 is amended herein to incorporate the subject matter previously presented in the now canceled claim 30, and to eliminate the claim language with respect to the memory controller receiving the access speed indication from the memory, as the feature is believed to be non-essential to the aspect of the invention being claimed.

Moreover, claim 29 as amended recites, *inter alia*, "<u>a memory controller</u> unit <u>configured to receive an indication of access speed of said at least one memory</u>

PATENT
P56024

**module,....and to provide,** during access of said at least one memory module in response to said memory access request, **an appropriate access timing commensurate with said received indication of access speed**. (Emphasis Added). That is, the memory controller according to the claimed aspect of the present invention receives the access speed information and, once the information is received, uses the same, during accessing of the memory, to adaptively control the access timing when fulfilling an access request from a memory access requestor, e.g., the CPU, an I/O device, etc., thus freeing the memory access requestor from being concerned with the access timing.

Pawlowski is wholly void of any disclosure whatsoever of such memory controller fitting the above recitation. Even if assuming, *arguendo*, the Examiner's assertion that the "memory controller unit is an inherent feature of Pawlowski et al." were true, which it is not, the alleged memory controller of Pawlowski neither receives the access speed information nor uses the same to control the access timing of a memory.

In stark contrast to the invention of claim 29, **Pawlowski clearly discloses** that it is **the memory access requestor itself**, and not the alleged memory controller, that **receives the access speed information and that provides the access timing appropriate for the received access speed information**. *See, e.g.,* col. 4, lines 51-67 and col. 14, line 57 – col. 15, line 3. It is submitted that since the requestor itself adapts to different speeds of memories, there is absolutely no logical reason for the alleged memory controller of Pawlowski to receive the speed information or to use the same.

As discussed above, Pawlowski fails to disclose, teach or suggest the claimed memory

PATENT
P56024

controller receiving and using the memory access speed information to provide the appropriate access timing, as specifically recited by claims 29, 31 and 32.

"A claim is anticipated only if each and every element as set forth in the claim is found, either expressly or inherently described, in a single prior art reference." Verdegaal Bros. v. Union Oil Co. of California , 2 USPQ2d 1051, 1053 (Fed. Cir. 1987). See also MPEP §2131.

Accordingly, for at least all of the above reasons, claims 29, 31 and 32 are patentable over the prior art of record. It is therefore respectfully requested that the rejection be withdrawn.

**35 U.S.C. §103(a) rejection of claims 33-36**

In the Office Action, claims 33-36 were rejected under 35 U.S.C. §103(a) as allegedly being obvious over Pawlowski in view of Kronstadt. The Applicant respectfully traverses the rejection.

Claim 33 as amended herein recites, *inter alia*, "**said memory controller unit being configured to receive an indication of access speed** of said at least one memory module, **and to provide**, during access of said at least one memory module in response to said memory access request, **an appropriate access timing commensurate with said received indication of access speed**". (Emphasis Added).

As discussed above, Pawlowski fails to disclose, teach or suggest the claimed memory controller receiving and using the memory access speed information to provide the appropriate access timing. In deed, as also discussed above, by teaching that the requestor itself adapts to different speeds of memories, Pawlowski teaches away from the adaptive operation of the

-7-

PATENT
P56024

memory controller.

Kronstadt does not provide, nor has the Examiner relied, on any teachings or suggestions to cure the above deficiency of the teachings of Pawlowski. Accordingly, the alleged combination of Pawlowski and Kronstadt, even if, *arguendo*, it is a proper combination, which it is not, fails to teach or suggest the claimed memory controller receiving and using the memory access speed information to provide the appropriate access timing, as specifically recited by the currently pending claims 33, 35 and 36.

To establish prima facie obviousness of a claimed invention, all the claim limitations must be taught or suggested by the prior art combination. In re Royka , 490 F.2d 981, 180 USPQ 580 (CCPA 1974).

Accordingly, for at least all of the above reasons, claims 33, 35 and 36 are patentable over the prior art of record. It is therefore respectfully requested that the rejection be withdrawn.

**Newly presented claims 37 and 38**

Claims 37 and 38 depend from claims 29 and 33, respectively, and recite further limitations, and are thus believed patentable for at least the same reasons the independent claims 29 and 33 are patentable.

**Conclusion**

For at least above reasons, the Applicant believes that all currently pending claims are patentably distinct from prior art of record, and that thus the present application in condition for

-8-

PATENT<br/>P56024

allowance. An early notice to that effect is earnestly solicited. The Applicant respectfully requests that the Examiner extend the applicant a courtesy of calling the undersigned, before an issuance of further office action in this application, to schedule a personal interview, and to grant the same in order to expedite the prosecution of the instant application.

In view of the above, it is submitted that the claims of this application are in condition for allowance, and early issuance thereof is solicited. Should any questions remain unresolved, the Examiner is requested to telephone Applicant's attorney.

No fee is incurred by this Amendment.

Respectfully submitted,

Robert E. Bushnell,
Attorney for the Applicant
Registration No.: 27,774

1522 "K" Street N.W., Suite 300
Washington, D.C. 20005
(202) 408-9040

Folio: P56024
Date: 10/8/20
I.D.: REB/kf

-9-

PATENT
P58024

## MARKED-UP VERSION OF AMENDMENTS

### IN THE CLAIMS

Kindly cancel claims 30 and 34 without prejudice or disclaimer, and amend claims 29, 31-33, 35 and 36 as follows, and add new claims 37 and 38, as set forth above:

1    29. (Amended)  A memory system, comprising:

2    at least one memory module; and

3    a memory controller unit configured to receive[, from said at least one memory module,]

4    an indication of access speed of said at least one memory module, and to provide, during access

5    of said at least one memory module, an appropriate access timing commensurate with said

6    received indication of access speed.


1    31. (Amended)  The memory system according to claim 29, wherein:

2    said at least one memory module comprises a plurality of memory modules, said memory

3    controller unit being further configured to select a selected one of said plurality of memory

4    modules, to receive said indication of access speed of said selected one of said plurality of

5    memory modules, and to provide, during access of said selected one of said plurality of memory

6    modules, an appropriate access timing commensurate with said [access speed] received

7    indication of access speed.


1    32. (Amended)  The memory system according to claim 29, wherein:

-10-

PATENT
P56024

2      said memory controller unit is further configured to receive[, from said at least one

3    memory module,] an indication of memory type of said at least one memory module.

1       33. (Amended) A computer system, comprising:

2       a CPU operatively coupled to a system bus; and

3       a memory controller unit configured to receive a memory access request from said CPU

4    via said system bus, said memory controller unit being operatively coupled to one of more

5    memory modules via a memory bus, said memory controller unit being configured to receive[,

6    from said at least one memory module,] an indication of access speed of said at least one memory

7    module, and to provide, during access of said at least one memory module in response to said

8    memory access request, an appropriate access timing commensurate with said received indication

9    of access speed.

1       35. (Amended) The computer system according to claim 33, wherein:

2       said at least one memory module comprises a plurality of memory modules, said memory

3    controller unit being further configured to select a selected one of said plurality of memory

4    modules, to receive said indication of access speed of said selected one of said plurality of

5    memory modules, and to provide, during access of said selected one of said plurality of memory

6    modules in response to said memory access request, an appropriate access timing commensurate

7    with said [access speed] received indication of access speed.

PATENT
P56024

1     36. (Amended)  The computer system according to claim 33, wherein:

2     said memory controller unit is further configured to receive[, from said at least one

3     memory module,] an indication of memory type of said at least one memory module.