**EXHIBIT J**

THE

# AMERICAN
# HERITAGE
# DICTIONARY
## OF THE
## ENGLISH LANGUAGE
### THIRD EDITION



**HOUGHTON MIFFLIN COMPANY**
*Boston · New York · London*

ALP5862

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Houghton Mifflin Company gratefully acknowledges Mead Data Central, Inc., providers of the LEXIS®/NEXIS® services, for its assistance in the preparation of this edition of *The American Heritage Dictionary*.

Copyright © 1992 by Houghton Mifflin Company.
All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Permissions, Houghton Mifflin Company, 2 Park Street, Boston, MA 02108.

*Library of Congress Cataloging-in-Publication Data*

The American heritage dictionary of the English language.
—3rd ed.
  p.   cm.
  ISBN 0-395-44895-6
  1. English language—Dictionaries.
PE1628.A623    1992                92-851
423—dc20                            CIP

Manufactured in the United States of America

or resolve differences": *a doctor conferring with board chairperson advising with the members; has to his attorney; parleyed with enemy representatives; cease-fire; delegates treating for the recognition of their* ...

**con·fer·ee** (kŏn′fə-rē′) *n.* **1.** A participant ... **2.** One upon whom something, such as an honor, ...

(kŏn′fər-əns, -frəns) *n.* *Abbr.* **conf. 1. a.** A consultation or discussion. **b.** An exchange of views. ... committees to settle differences between two leg- ... **2.** An assembly of clerical or of clerical and lay ... particular district in various Protestant churches. ... association of teams. **4.** The act of conferring, as of degree. [Medieval Latin *cōnferentia*, from Latin *cōn-*, present participle of *cōnferre*, to bring together. ... **—con′fer·en′tial** (-fə-rĕn′shəl) *adj.*

... *n.* A conference by telephone in which three ... in different locations participate by means of a ... unit.

(kŏn′fə-rē′) *n.* Variant of **conferee**.

... -**fess**′) *v.* **-fessed, -fess·ing, -fess·es.** *—tr.* **1.** ... something damaging or inconvenient to oneself; ad- ... Synonyms at **acknowledge. 2.** To acknowledge belief ... **3. a.** To make known (one's sins) to God or ... **b.** To hear the confession of (a penitent). *—intr.* **1.** ... knowledge something damaging or inconvenient to ... *suspect confessed to the crime.* **2. a.** To disclose ... priest. **b.** To listen to a confession. [Middle Eng- ... from Old French *confesser*, from Vulgar Latin ... from Latin *cōnfitēri, cōnfess-* : *com-*, intensive pref.; ... *fatēri*, to admit; see **bhā-²** in Appendix.] **—con·fess′ed·ly** (-ĭd-lē) *adv.*

... (kən-fĕsh′ən) *n.* **1.** The act or process of con- ... something confessed, especially disclosure of one's ... for absolution. **2.** A written or an oral statement ... guilt, made by one who has been accused or ... an offense. **4.** An avowal of belief in the doctrines ... a creed. **5.** A church or group of worshipers ... specific creed.

... (kən-fĕsh′ə-nəl) *adj.* Of, relating to, or re- ... **—confessional** *n.* A small enclosed stall in ... hears confessions.

(kən-fĕs′ər) *n.* **1.** One who confesses. **2.** One ... faith in Christianity in the face of persecution but ... martyrdom. **3. a.** A priest who hears confession ... **b.** A priest who is one's spiritual mentor.

-**fĕt′ē**) *pl.n.* (used with a sing. verb). Small piec- ... of colored paper that are scattered around during ... occasions: *Confetti covers the floor every year* ... Italian, pl. of *confetto*, candy, from Medieval Latin ... of Latin *cōnfectus*, past participle of *cōnficere*, ... CONFECT.]

... (kŏn′fĭ-dănt′, -dănt′, kŏn′fĭ-dănt′, -dănt′) *n.* **1.** ... secrets or private matters are disclosed. **2.** A char- ... or fiction, such as a trusted friend or servant, ... device for revealing the inner thoughts or inten- ... character. [French *confident*, from Italian *confi- ... cōnfīdēns, cōnfīdent-*, present participle of *cōn- ... fīdere*. See CONFIDE.]

... (kŏn′fĭ-dănt′, -dănt′, kŏn′fĭ-dănt′, -dănt′) *n.* ... whom secrets or private matters are disclosed. **2.** ... in a drama or fiction, such as a trusted friend ... serves as a device for revealing the inner thoughts ... main character. [French *confidente*, feminine of ... See CONFIDANT.]

... -fīd′) *v.* -**fid·ed, -fid·ing, -fides.** *—tr.* **1.** To ... in confidence. **2.** To put into another's keeping. ... private matters in confidence. See Synonyms at ... Middle English *confiden*, to rely on, from Old French ... *confider* : *com-*, intensive pref.; see COM- + ... see **bheidh-** in Appendix.] **—con·fid′er** *n.*

(kŏn′fĭ-dəns) *n.* **1.** Trust or faith in a person or ... relationship: *I took them into my confidence.* **2.** ... is confided; a secret: *A friend does not betray* ... A feeling of assurance that a confidant will keep ... telling you this in strict confidence. **4.** A feeling of ... ally of self-assurance. **5.** The state or quality of ... *have every confidence in your ability to succeed.* ... *adj.* Of, relating to, or involving a swindle or ... *scheme; a confidence trickster.*

...

*confidence, assurance, aplomb, self-confidence, self-* ... These nouns denote a feeling of emotional security with ... in oneself. *Confidence* is a firm belief in one's ... or capacities: "*You gain strength, courage and* ... *experience in which you really stop to look* ... (Eleanor Roosevelt). *Assurance* even more strong- ... and can suggest arrogance: *How can a non-* ... *abstruse theory with such assurance? Aplomb* ... "*It is native personality, and that alone, that* ... *stand before presidents or generals, or in any* ... *election, with aplomb*" (Walt Whitman). *Self-*

*confidence* stresses trust in one's own self-sufficiency: "*The most vital quality a soldier can possess is self-confidence, utter, complete and bumptious*" (George S. Patton). *Self-possession* implies composure arising from control over one's own reactions: "*In life courtesy and self-possession . . . are the sensible impressions of the free mind, for both arise . . . from never being swept away, whatever the emotion, into confusion or dullness*" (William Butler Yeats). See also Synonyms at **trust**.

**confidence game** *n.* A swindle in which the victim is defrauded after his or her confidence has been won.
**confidence interval** *n.* A statistical range with a specified probability that a given parameter lies within the range.
**confidence limit** *n.* Either of the two numbers that specify the endpoints of a confidence interval.
**confidence man** *n.* A man who swindles his victims by using a confidence game.
**con·fi·dent** (kŏn′fĭ-dənt) *adj.* **1.** Marked by assurance, as of success. **2.** Marked by confidence in oneself; self-assured. See Synonyms at **sure. 3.** Very bold; presumptuous. **4.** *Obsolete.* Confiding; trustful. [Latin *cōnfīdēns, cōnfīdent-*, present participle of *cōnfīdere*, to rely on. See CONFIDE.] **—con′fi·dent·ly** *adv.*
**con·fi·den·tial** (kŏn′fĭ-dĕn′shəl) *adj.* *Abbr.* **conf. 1.** Done or communicated in confidence; secret. **2.** Entrusted with the confidence of another: *a confidential secretary.* **3.** Denoting confidence or intimacy: *a confidential tone of voice.* See Synonyms at **familiar. 4.** Containing secret information, the unauthorized disclosure of which poses a threat to national security. **—con′fi·den′ti·al′i·ty** (-shē-ăl′ĭ-tē), **con′fi·den′tial·ness** *n.* **—con′fi·den′tial·ly** *adv.*
**confidential communication** *n.* *Law.* A statement made to someone, such as one's physician, attorney, priest, or spouse, who cannot be compelled to divulge the information.
**con·fid·ing** (kən-fī′dĭng) *adj.* Having a tendency to confide; trusting. **—con·fid′ing·ly** *adv.* **—con·fid′ing·ness** *n.*
**con·fig·u·ra·tion** (kən-fĭg′yə-rā′shən) *n.* **1. a.** Arrangement of parts or elements. **b.** The form, as of a figure, determined by the arrangement of its parts or elements. See Synonyms at **form. 2.** *Psychology.* Gestalt. **3.** *Chemistry.* The structural arrangement of atoms in a compound or molecule. **—con·fig′u·ra′tion·al·ly** *adv.* **—con·fig′u·ra′tive, con·fig′u·ra′tion·al** *adj.*
**con·fig·u·ra·tion·ism** (kən-fĭg′yə-rā′shə-nĭz′əm) *n.* Gestalt psychology.
**con·fig·ure** (kən-fĭg′yər) *tr.v.* **-ured, -ur·ing, -ures.** To design, arrange, set up, or shape with a view to specific applications or uses: *an internal security vehicle that was configured for rough terrain.* [Middle English *configuren*, from Old French *configurer*, from Latin *cōnfigūrāre* : *com-*, com- + *figūrāre*, to form (from *figūra*, shape; see **dheigh-** in Appendix).]
**con·fine** (kən-fīn′) *v.* **-fined, -fin·ing, -fines.** *—tr.* **1.** To keep within bounds; restrict: *Please confine your remarks to the issues at hand.* See Synonyms at **limit. 2.** To shut or keep in, especially to imprison. **3.** To restrict in movement: *The sick child was confined to bed.* *—intr.* *Archaic.* To border. **—confine** (kŏn′fīn′) *n.* **1. confines. a.** The limits of a space or an area; the borders: *within the confines of one county.* **b.** Restraining elements: *wanted to escape the confines of corporate politics and bureaucracy.* **c.** Purview; scope: *children who learned to work within the confines of the curriculum; a theory that has transcended the confines of science.* **2. a.** *Archaic.* A restriction. **b.** *Obsolete.* A prison. [French *confiner*, from Old French, from *confins*, boundaries, ultimately from Latin *cōnfīne*, from neuter of *cōnfīnis*, adjoining : *com-*, com- + *fīnis*, border.] **—con·fin′a·ble, con·fine′a·ble** *adj.* **—con·fin′er** *n.*
**con·fine·ment** (kən-fīn′mənt) *n.* **1.** The act of confining or the state of being confined. **2.** Lying-in.
**con·firm** (kən-fûrm′) *tr.v.* **-firmed, -firm·ing, -firms. 1.** To support or establish the certainty or validity of; verify. **2.** To make firmer; strengthen: *The recent airplane crash confirms my belief that stronger safety regulations are needed.* **3.** To make valid or binding by a formal or legal act; ratify. **4.** To administer the religious rite of confirmation to. [Middle English *confirmen*, from Old French *confermer*, from Latin *cōnfīrmāre* : *com-*, intensive pref.; see COM- + *fīrmāre*, to strengthen (from *fīrmus*, strong; see **dher-** in Appendix).] **—con·firm′a·bil′i·ty** *n.* **—con·firm′a·ble** *adj.* **—con·firm′a·to′ry** (-fûr′mə-tôr′ē, -tōr′ē) *adj.* **—con·firm′er** *n.*

**SYNONYMS:** *confirm, corroborate, substantiate, authenticate, validate, verify.* These verbs all mean to affirm the truth, accuracy, or genuineness of something. *Confirm* generally implies removal of all doubt about something considered uncertain or tentative: "*We must never make experiments to confirm our ideas, but simply to control them*" (Claude Bernard). *Corroborate* refers to strengthening or supporting something, such as a statement, by means of the evidence of another: *The witness is expected to corroborate the plaintiff's testimony.* To *substantiate* is to establish something by presenting substantial or tangible evidence: "*one of the most fully substantiated of historical facts*" (James Harvey Robinson). *Authenticate* implies the removal of doubt about the genuineness of something by the act of an authority or the testimony of an expert: *The museum made the mistake of accepting the painting before it had been authenticated. Validate* usually


confessional


confetti

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ♦ regionalism |

Stress marks: ′ (primary); ′ (secondary), as in dictionary (dĭk′shə-nĕr′ē)

# The American Heritage® Dictionary

## of the English Language

FOURTH EDITION



HOUGHTON MIFFLIN COMPANY
Boston   New York

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2000 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

Visit our Web site: www.hmco.com/trade.

*Library of Congress Cataloging-in-Publication Data*

The American Heritage dictionary of the English language.—4th ed.
    p.   cm.
    ISBN 0-395-82517-2 (hardcover) — ISBN 0-618-08230-1
(hardcover with CD ROM)
    1. English language–Dictionaries
PE1628 .A623 2000
423–dc21
                                        00-025369

Manufactured in the United States of America

Latin *cōnfīdere* : *com-*, intensive pref.; see COM- + *fīdere*, to trust; see **bheidh-** in Appendix I.] —**con•fid′er** *n.*

**con•fi•dence** (kŏn′fĭ-dəns) *n.* **1.** Trust or faith in a person or thing. **2.** A trusting relationship: *I took them into my confidence.* **3a.** That which is confided; a secret: *A friend does not betray confidences.* **b.** A feeling of assurance that a confidant will keep a secret: *I am telling you this in strict confidence.* **4.** A feeling of assurance, especially of self-assurance. **5.** The state or quality of being certain: *I have every confidence in your ability to succeed.* ♦ *adj.* Of, relating to, or involving a swindle or fraud: *a confidence scheme; a confidence trickster.*

***Synonyms*** *confidence, assurance, aplomb, self-confidence, self-possession* These nouns denote a feeling of emotional security resulting from faith in oneself. *Confidence* is a firm belief in one's powers, abilities, or capacities: *"You gain strength, courage and confidence by every experience in which you really stop to look fear in the face"* (Eleanor Roosevelt). *Assurance* even more strongly stresses certainty and can suggest arrogance: *How can you explain an abstruse theory with such assurance? Aplomb* implies calm poise: *"It is native personality, and that alone, that endows a man to stand before presidents or generals . . . with aplomb"* (Walt Whitman). *Self-confidence* stresses trust in one's own self-sufficiency: *"The most vital quality a soldier can possess is self-confidence"* (George S. Patton). *Self-possession* implies composure arising from control over one's own reactions: *"In life courtesy and self-possession . . . are the sensible impressions of the free mind, for both arise . . . from never being swept away, whatever the emotion, into confusion or dulness"* (William Butler Yeats). See also synonyms at **trust**.

**confidence game** *n.* A swindle in which the victim is defrauded after his or her confidence has been won.
**confidence interval** *n.* A statistical range with a specified probability that a given parameter lies within the range.
**confidence limit** *n.* Either of the two numbers that specify the endpoints of a confidence interval.
**confidence man** *n.* A man who swindles his victims by using a confidence game.
**con•fi•dent** (kŏn′fĭ-dənt) *adj.* **1.** Marked by assurance, as of success. **2.** Marked by confidence in oneself; self-assured. See synonyms at **sure**. **3.** Very bold; presumptuous. **4.** *Obsolete* Confiding; trustful. [Latin *cōnfīdēns, cōnfīdent-*, present participle of *cōnfīdere*, to rely on. See CONFIDE.] —**con′fi•dent•ly** *adv.*
**con•fi•den•tial** (kŏn′fĭ-dĕn′shəl) *adj.* **1.** Done or communicated in confidence; secret. **2.** Entrusted with the confidence of another: *a confidential secretary.* **3.** Denoting confidence or intimacy: *a confidential tone of voice.* **4.** Containing information, the unauthorized disclosure of which poses a threat to national security. —**con′fi•den′ti•al′i•ty** (-shē-ăl′ĭ-tē), **con′fi•den′tial•ness** *n.* —**con′fi•den′tial•ly** *adv.*
**confidential communication** *n.* A statement made to someone, such as one's physician, attorney, priest, or spouse, who cannot be legally compelled to divulge the information.
**con•fid•ing** (kən-fī′dĭng) *adj.* Having a tendency to confide; trusting. —**con•fid′ing•ly** *adv.* —**con•fid′ing•ness** *n.*
**con•fig•u•ra•tion** (kən-fĭg′yə-rā′shən) *n.* **1a.** Arrangement of parts or elements. **b.** The form, as of a figure, determined by the arrangement of its parts or elements. See synonyms at **form**. **2.** *Psychology* Gestalt. **3.** *Chemistry* The structural arrangement of atoms in a compound or molecule. **4.** *Computer Science* **a.** The way in which a computer system is set up: *changed the configuration by resetting the parameters.* **b.** The set of constituent components, such as memory, a hard disk, a monitor, and an operating system, that make up a computer system. **c.** The way that the components of a computer network are connected. —**con•fig′u•ra′tion•al•ly** *adv.* —**con•fig′u•ra′tive, con•fig′u•ra′tion•al** *adj.*
**con•fig•u•ra•tion•ism** (kən-fĭg′yə-rā′shə-nĭz′əm) *n.* Gestalt psychology.
**con•fig•ure** (kən-fĭg′yər) *tr.v.* **-ured, -ur•ing, -ures** To design, arrange, set up, or shape with a view to specific applications or uses: *a military vehicle that was configured for rough terrain; configured the computer by setting the system's parameters.* [Middle English *configuren*, from Old French *configurer*, from Latin *cōnfigūrāre* : *com-*, com- + *figūrāre*, to form (from *figūra*, shape; see **dheigh-** in Appendix I).]
**con•fine** (kən-fīn′) *v.* **-fined, -fin•ing, -fines** —*tr.* **1.** To keep within bounds; restrict: *Please confine your remarks to the issues at hand.* See synonyms at **limit**. **2.** To shut or keep in, especially to imprison. **3.** To restrict in movement: *The sick child was confined to bed.* —*intr. Archaic* To border. ♦ *n.* (kŏn′fīn′) **1. confines a.** The limits of a space or area; the borders: *within the confines of one county.* **b.** Restraining elements: *wanted to escape the confines of corporate politics.* **c.** Purview; scope: *a theory that is well within the confines of science.* **2a.** *Archaic* A restriction. **b.** *Obsolete* A prison. [French *confiner*, from Old French, from *confins*, boundaries, ultimately from Latin *cōnfīne*, from neuter of *cōnfīnis*, adjoining : *com-*, com- + *fīnis*, border.] —**con•fin′a•ble, con•fine′a•ble** *adj.* —**con•fin′er** *n.*
**con•fine•ment** (kən-fīn′mənt) *n.* **1.** The act of confining or the state of being confined. **2.** Lying-in.
**con•firm** (kən-fûrm′) *tr.v.* **-firmed, -firm•ing, -firms 1.** To support or establish the certainty or validity of; verify. **2.** To make firmer; strengthen: *Working on the campaign confirmed her intention to go into politics.* **3.** To make valid or binding by a formal or legal act; ratify. **4.** To administer the religious rite of confirmation to. [Middle English *confirmen*, from Old French *confermer*, from Latin *cōnfirmāre* : *com-*, intensive pref.; see COM- + *firmāre*, to strengthen (from *firmus*, strong; see

dher- in Appendix I).] —**con•firm′a•bil′i•ty** *n.* —**con**[...] *adj.* —**con•firm′a•to•ry** (-fûr′mə-tôr′ē, -tōr′ē) *adj.* —**co**[...] *n.*

***Synonyms*** *confirm, corroborate, substantiate, authenti[...] verify* These verbs mean to affirm the truth, accuracy, or g[...] something. *Confirm* implies removal of all doubt: *"We m[...] experiments to confirm our ideas, but simply to control them"* [...] nard). *Corroborate* refers to supporting something by mean[...] ening evidence: *The witness is expected to corroborate the p[...] mony.* To *substantiate* is to establish by presenting substan[...] evidence: *"one of the most fully substantiated of historical* [...] Harvey Robinson). *Authenticate* implies the establishmen[...] ness of something by the testimony of an expert: *Never pu[...] tique before it has been authenticated. Validate* refers to est[...] validity of something, such as a theory, claim, or judgmen[...] *validated my parents' original objection to the marriage.* [...] proving by comparison with an original or with establis[...] *bank refused to cash the check until the signature was verif[...]*

**con•fir•ma•tion** (kŏn′fər-mā′shən) *n.* **1a.** The act of [...] **b.** Something that confirms; verification. **2a.** A Christian r[...] a baptized person to full membership in a church. **b.** A cer[...] daism that marks the completion of a young person's relig[...]
**con•firmed** (kən-fûrmd′) *adj.* **1.** Being firmly settled[...] veterate. See synonyms at **chronic. 2.** Having been ratifi[...] Having received the rite of confirmation. —**con•firm′e**[...] mid-lē) *adv.*
**con•fis•ca•ble** (kən-fĭs′kə-bəl) *adj.* Subject to confis[...] *cable goods.*
**con•fis•cate** (kŏn′fĭ-skāt′) *tr.v.* **-cat•ed, -cat•ing, -**[...] seize (private property) for the public treasury. **2.** To seize [...] authority. See synonyms at **appropriate.** ♦ *adj.* (kŏn′fĭ-[...] kāt) **1.** Seized by a government; appropriated. **2.** Having [...] through confiscation. (Latin *cōnfiscāre, cōnfiscāt-* : *com-*, c[...] treasury.] —**con′fis•ca′tion** *n.* —**con′fis•ca′tor** *n.* —[...] **to′ry** (kən-fĭs′kə-tôr′ē, -tōr′ē) *adj.*
**con•fit** (kōn-fē′, kōn-) *n.* **1.** Meat, such as duck, that h[...] and then cooked and preserved in its own fat. **2.** A condim[...] cooking seasoned fruit or vegetables, usually to a jamlik[...] [Middle English *confyt*, from Old French *confit*, from M[...] *cōnfectum*, from past participle of *cōnficere*, to prepare. Se[...]
**Con•fi•te•or** (kən-fē′tē-ər, -ôr′) *n.* A prayer in which [...] sins is made. [Latin *Cōnfiteor*, I confess, the first word of t[...] person sing. present tense of *cōnfitērī*, to acknowledge. Se[...]
**con•fi•ture** (kŏn′fĭ-chŏor′) *n.* A confection, pre[...] [French, from Old French, from *confit*, confection. See C[...]
**con•fla•grant** (kən-flā′grənt) *adj.* Burning inten[...] [Latin *cōnflagrāns, cōnflagrant-*, present participle of *cōnfl[...] up : *com-*, intensive pref.; see COM- + *flagrāre*, to burn; [...] Appendix I.]
**con•fla•gra•tion** (kŏn′flə-grā′shən) *n.* A large d[...] [Latin *cōnflagrātiō, cōnflagrātiōn-*, from *cōnflagrātus*, pas[...] *cōnflagrāre*, to burn up. See CONFLAGRANT.]
**con•flate** (kən-flāt′) *tr.v.* **-flat•ed, -flat•ing, -flat**[...] together; meld or fuse: *"The problems [with the biopic] in[...] moved around, lovers deleted, many characters conflated*[...] Burr). **2.** To combine (two variant texts, for example) in[...] [Latin *cōnflāre, cōnflāt-* : *com-*, com- + *flāre*, to blow; se[...] pendix I.] —**con•fla′tion** *n.*
**con•flict** (kŏn′flĭkt′) *n.* **1.** A state of open, often prolo[...] a battle or war. **2.** A state of disharmony between incomp[...] thetical persons, ideas, or interests; a clash. **3.** *Psychology* A [...] gle, often unconscious, resulting from the opposition or [...] functioning of mutually exclusive impulses, desires, or t[...] Opposition between characters or forces in a work of dr[...] especially opposition that motivates or shapes the actio[...] ♦ *intr.v.* (kən-flĭkt′) **-flict•ed, -flict•ing, -flicts 1.** To [...] into opposition; differ. **2.** *Archaic* To engage in warfare. [...] from Latin *cōnflictus*, collision, from past participle of *cōnf[...] together : *com-*, com- + *flīgere*, to strike.] —**con•flic′t**[...] **flic′tive** *adj.* —**con•flic′tu•al** (kən-flĭk′chŏō-əl) *adj.*

***Synonyms*** *conflict, contest, combat, fight* These nouns d[...] between opposing forces for victory or supremacy. *Confl[...]* to open fighting between hostile groups and to a strugg[...] thetical forces: *"The kind of victory MacArthur had in m[...] expanding the conflict to all of China—would have been t[...] victory"* (Harry S. Truman). *"Fortunately analysis is not [...] resolve inner conflicts"* (Karen Horney). *Contest* can refer [...] ly competition or to a hostile struggle to achieve an obje[...] *contest; the gubernatorial contest. Combat* most commonl[...] counter between two armed persons or groups: *"Alexand[...] to him, armed for combat"* (Connop Thirlwall). *Fight* us[...] clash involving individual adversaries: *A fight was sched[...] world boxing champion and the challenger. "There is noth[...] as a good fight"* (Franklin D. Roosevelt). See also synony[...]

**con•flict•ed** (kən-flĭk′tĭd) *adj.* *Usage Problem* Made [...] flicting impulses.

***Usage Note*** The adjective *conflicted* is most often a[...] jargon of pop psychology. Almost the entire Usage Panel [...]

386