UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION, a Taiwan corporation,<br><br>     Plaintiff and Counter-Defendant,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation,<br><br>     Defendant and Counter-Plaintiff. | CASE NO. C-07-4748 VRW<br><br>**DECLARATION OF DR. ROBERT G. WEDIG IN SUPPORT OF SAMSUNG ELECTRONICS CO., LTD.'S OPENING CLAIM CONSTRUCTION BRIEF**<br><br>Claim Construction Hearing:<br><br>Date: August 7, 2008<br><br>Time: 2:30 p.m.<br><br>Dept: 6<br><br>Judge: Hon. Vaughn R. Walker |
| SAMSUNG ELECTRONICS CO., LTD.,<br><br>     Counterclaim-Plaintiff,<br><br>v.<br><br>WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION,<br><br>     Counterclaim-Defendants. | |

I, DR. ROBERT G. WEDIG, declare as follows:

1.    I am a citizen of the United States and reside at 1516 Cormorant Ct., Sunnyvale, CA 94087. I am the owner of Wedig Consulting, in Cupertino, California. Wedig Consulting is an independent consulting firm specializing in analysis of computer hardware and software design issues. I have been retained by Samsung Electronics Co., Ltd. to provide it with technical advice in this action.

1          2.      In this declaration, after reviewing my expertise and the materials I reviewed, I

2    will first describe some aspects of computer operation that will assist in understanding the

3    inventions described in two of the patents-in-suit.  Next, I will review computer technology

4    pertinent to United States Patent No. 5,333,273.  I will then review claims 1 – 7 of U.S. Patent

5    No. 5,333,273 and identify various terms and phrases used in the claims and provide an

6    explanation of how one of ordinary skill in the art of computers, computer systems and

7    architecture would have understood the various claim terms and phrases in these claims at the

8    time of invention.  I will then review computer technology pertinent to United States Patent

9    No. 6,523,100.  Finally, I will review and provide an understanding of how one of ordinary skill

10   in the art would interpret specific terms and phrases that appear in claims 1 – 6 of U.S. Patent

11   No. 6,523,100 at the time of invention.

12   **I.      EXPERTISE**

13         3.      I received a Bachelors of Electrical Engineering degree from the University of

14   Dayton in 1977.  I received a Master of Science degree in electrical engineering from the

15   University of Southern California in 1979.  I received a Ph.D. in electrical engineering from

16   Stanford University in 1982.  From 1977 through 1979, I worked as a processor design engineer

17   at Hughes Aircraft Company in Fullerton, California.  In this capacity, I designed computer

18   systems that included memory controllers and connections to computer keyboards.  From 1979

19   through June 1982, I was a Research Assistant, Instructor, and Teaching Assistant in the

20   Computer Systems Laboratory at Stanford University.  During this time, I took classes and did

21   research on computer systems which connect to input devices such as keyboards.  I also studied

22   how memory systems operate and how various memory configurations affect system

23   performance.  From 1982 through December 1985, I was an Assistant Professor of Electrical and

24   Computer Engineering at Carnegie-Mellon University where I taught courses in computer

25   architecture and VLSI design that included interfacing techniques to a variety of input/output

26   devices including keyboards and the design and interfacing of physical and virtual memory

27   systems.  Since January 1986, I have worked as an independent consultant, doing business as

28   Wedig Consulting.  My *curriculum vitae,* including a list of all of my publications, and cases in

-2-

1    which I have previously testified as an expert is attached as Exhibit A. I make this declaration in

2    support of Samsung Electronics Co., Ltd.'s proposed claim constructions in this action. I make

3    this declaration of my own personal knowledge, and if called as a witness, I could and would

4    testify competently to the facts in this declaration.

5    **II.    MATERIALS REVIEWED**

6        4.    I have read United States Patent No. 5,333,273, issued July 26, 1994, naming

7    Charles F. Raasch and Michael K. Goodman as inventors and entitled "Protected Hot Key

8    Function for Microprocessor-Based Computer System." I will refer to that patent in this

9    declaration as the "'273 Patent." I have also reviewed the United States patent application Serial

10   No. 939,583, filed September 3, 1992, the application from which the '273 Patent issued, and the

11   prosecution history of that application before the United States Patent and Trademark Office. I

12   have also reviewed United States patent application Serial No. 611,292, filed November 9, 1990,

13   and the history of the prosecution of that application by the United States Patent and Trademark

14   Office. I have also reviewed the United States patents and the other publications identified on the

15   first page of the '273 Patent as "References Cited". I understand those patents and publications

16   to be the patents and publications that the United States Patent and Trademark Office considered

17   during the prosecution of the applications. I have also reviewed the definitions of certain terms as

18   found in the general and technical dictionaries and other books cited by the parties. I have also

19   reviewed the definitions for the terms defined by Samsung Electronics and Plaintiff and Counter-

20   Defendant Wistron Corporation in Exhibit E to the Joint Claim Construction Statement, dated

21   April 21, 2008, which was filed in the action pending in the United States District Court for the

22   Northern District of California, Case No. C-07-4748 VRW.

23       5.    I have also read United States Patent No. 6,523,100, issued February 18, 2003,

24   naming Edward D. Mann as inventor and entitled "Multiple Mode Memory Module." I will refer

25   to that patent in this declaration as the "'100 Patent." I have also reviewed the United States

26   patent application Serial No. 09/400,131, filed Sep. 21, 1999, the application from which the '100

27   Patent issued, and the prosecution history of that application before the United States Patent and

28

-3-

1    Trademark Office. I have also reviewed the United States patents and other publications

2    identified on the first page of the '100 Patent as "References Cited." I understand those patent

3    and publications to be the patents and publications that the United States Patent and Trademark

4    Office considered during the prosecution of the application. I have also reviewed the definitions

5    of certain terms as found in the general and technical dictionaries and other books cited by the

6    parties. I have also reviewed the definitions for the terms defined by Samsung Electronics and

7    Wistron Corporation in Exhibit G to the Joint Claim Construction Statement, dated April 21,

8    2008, which was filed in the action pending in the United States District Court for the Northern

9    District of California, Case No. C-07-4748 VRW.

10   **III.    LEVEL OF SKILL IN THE ART**

11       6.    Based on my reading of the patent specification and claims, I believe that one of

12   ordinary skill in the art at the time of the invention of the '273 and '100 patents would have had a

13   Bachelors of Science in Electrical Engineering or Computer Science and at least 2 years of work

14   experience in the field of computer architecture or computer hardware and software design.

15   Alternatively, a person of ordinary skill in the art can be a person holding a Master of Science

16   degree in Electrical Engineering or Computer Science who has pursued a course of study relating

17   to computer architecture or computer hardware and software design.

18   **IV.    TECHNICAL BACKGROUND PERTINENT TO THE '273 AND '100 PATENTS**

19       7.    Although the intricacies of computers are vast, it becomes easier to gain an

20   understanding of computers by conceptualizing them at a high level and then working down to

21   more detailed levels of complexity as required to understand specific aspects of their design. One

22   such high level view is shown in Exhibit B to this declaration. Exhibit B illustrates that a

23   computer can be thought of as being composed of a central processing unit ("CPU"), a memory,

24   and an input/output or "I/O" unit. These three basic components are connected together by a

25   common set of wires called a "bus." The CPU is in charge of the entire computer system and it

26   controls and directs its operation. The memory contains computer programs composed of sets of

27   instructions for the CPU to execute and computer data for the CPU to manipulate. The I/O unit

28

-4-

1    allows the CPU to communicate with the Input/Output devices, such as the keyboard, printer and

2    computer monitor.  The instructions and data that are transferred between the CPU and the

3    memory are transferred via a "processor bus."

4        8.    A computer operates by executing computer programs made up of a large number

5    of computer instructions.  In particular, the CPU reads the program's instructions from the

6    memory and performs the commands specified by the instructions.  The CPU does this

7    sequentially by requesting one instruction at a time from a specific location in the memory.

8    These requests are made over the bus.  The memory locates the instruction at the specified

9    location and returns it back over the bus to the CPU.  The CPU then examines the instruction and

10   performs the desired operation.  After completing the instruction, the CPU will then read the next

11   instruction in memory and start to execute it.  The CPU continues this process until all the

12   instructions in the program have been executed.

13       9.    Exhibit C shows an exemplary illustration of a seven instruction program residing

14   in memory that deducts the amount of checks written from a checking account and notifies the

15   user if the checking account balance goes below zero.  The CPU reads each instruction from this

16   program sequentially, one after the other starting at the first instruction, unless the CPU performs

17   an instruction that commands it to change the order of reading.  For example, in Exhibit C, the

18   first instruction commands the CPU to read the current checking account balance from memory.

19   The CPU does this and then sequentially reads the next instruction that says to determine if there

20   are any more checks to be processed.  If there are checks, the CPU continues to read and execute

21   the third instruction.  If there are no more checks to process, the CPU then redirects its attention

22   to start reading instructions starting at instruction 7.  Instruction 7 indicates that the program has

23   completed so the computer can begin to work on another program.

24       10.   Although it may seem as though a single CPU can execute many programs

25   simultaneously, it can only actually execute one instruction at a time.  Therefore, if the user is

26   downloading a file from the Internet while at the same time editing a file using a word processing

27   program, the CPU must have a means for quickly jumping back and forth between the two

28   different programs.  Because the program doing the downloading is not aware of the text editing

-5-

1    program and vice versa, "interrupts" are used to allow one program to interrupt or temporarily

2    halt the execution of another program.  An interrupt is a digital signal input to the CPU that

3    instructs the CPU to stop reading instructions from one program and to start reading instructions

4    from another program.  An interrupt is generated due to an event such as the receipt of data by a

5    modem, a key being typed at the keyboard, or possibly the failure of a component of the computer

6    system.

7        11.    As illustrated in Exhibit D, when the CPU receives an interrupt, it immediately

8    halts what it is doing and starts executing a special program called an interrupt routine designed

9    to respond to the interrupting condition.  In the example shown in Exhibit D, the checking

10    account balancing program is interrupted after it executes the third instruction.  In this case, the

11    user has typed a key on the keyboard.  The CPU then begins to execute the interrupt routine by

12    reading the data code for the key that was typed and saving it in a queue of typed keys for later.  It

13    then returns control back to the checking account program.  Once the checking account program

14    resumes execution, it continues on as though nothing has happened and it does not realize that it

15    has ever been interrupted.  At some later time, a program will examine the queue of typed keys

16    and begin to process them.  Each time a key is pressed, an interrupt is generated causing an

17    interrupt routine to be executed.  This happens at such great speed that the user is never aware

18    that interrupts are occurring and that one program is being delayed because an interrupt routine is

19    periodically taking small increments of the CPU's time.

20        12.    Further interaction that affects the behavior of a computer comes from the

21    Input/Output (I/O) system.  There are many types of I/O devices.  For example, the keyboard

22    controller provides communication with the computer's keyboard.  The keyboard I/O is germane

23    to the litigation at hand, so details of its operation will now be presented in more depth.

24        13.    In addition to the actual, plastic housing and the plastic keys, a computer keyboard

25    is comprised of a keyboard matrix and microprocessor circuitry such as that shown in Exhibit E,

26    which is Figure 7 of the '273 patent.  In order to determine exactly which key has been pressed,

27    the keyboard microprocessor circuitry sends signals to the keyboard matrix and then receives

28    back a response dependent on which key, if any, has been depressed.

14.    The keyboard matrix is composed of a matrix of switches such as that shown in Exhibit F. There is one electrical switch per key such that when a key is depressed, the switch is connected and when the key is released the switch is disconnected. Exhibit F illustrates that one wire per row and column is connected to a keyboard microprocessor to perform the detection process. The keyboard microprocessor sets the column lines and then reads back the row lines.

15.    The process for detecting a key is to scan each column line and determine if a key in a selected column has been pressed by reading out the row lines. Exhibit G illustrates how this process works. In this example, a key at row 1, column 1 is being pressed. In step 1, the microprocessor sets the column 0 wire to logic "1" and all other column wires to logic "0." The keyboard microprocessor then reads the row wires. When there is no connection between the active column line and a row line, the row line will read out as a "0." In step 1, none of the keys in column 0 are pressed; therefore all the row lines remain at logic "0." When the keyboard microprocessor reads the row lines and sees that they are all at logic "0", it determines that no keys are being pressed in this column and then proceeds to the next step.

16.    In step 2, the microprocessor changes the values of the column wires such that only column 1 has a logic "1" value and all the other columns have a logic "0" value. Then, the keyboard microprocessor again reads out the row lines and detects that the value associated with row 1 is found to be set to logic "1." The keyboard microprocessor now determines that the switch at row 1, column 1 is closed, indicating that a user is pressing the key associated with this switch. The keyboard microprocessor then sends a code to the CPU to indicate that a key has been pressed. After it has done this, it will continue to scan the keyboard by performing step 3, which sets the column 2 line to "1" and all other lines to "0." It then reads the row lines to see that no switches in column 2 are pressed. In step 4, the keyboard microprocessor then performs the same function on column 3 and also sees that no switches are pressed. The keyboard microprocessor then repeats the process starting again at column 0 looking for the user to release the current key and press a new key.

17.    The process that the keyboard microprocessor is performing is to scan each column successively looking for closed switches and reporting their value back to the CPU when

-7-

1    one is found.  Because the keyboard microprocessor performs a scan of each column to find

2    which key or keys have been pressed, the values that correspond to the pressed keys are called

3    "scan codes."  Once one or more pressed keys have been detected and one or more scan codes

4    generated, the keyboard microprocessor will then activate an interrupt line to notify the CPU that

5    a key has been pressed.  The CPU will then execute an interrupt routine, which will request the

6    scan codes.  The scan codes are transferred to the CPU, which places them in a queue of recently

7    typed characters that are eventually passed on to the application program.

8    18.    As discussed in relation to Exhibit B, the computer memory holds the contents of

9    the program to be executed.  In modern computer systems, the memory is composed of one or

10   more memory modules which are comprised of integrated circuits such as dynamic random

11   access memory (DRAM) chips and their associated logic for communicating with the computer

12   system.  These memory modules connect together on the bus for communication to the CPU.  The

13   primary bus in the computer system is called the System Bus and is comprised of three other

14   parts: an address bus, data bus and control lines.    The address bus specifies which location the

15   CPU would like to access.  It is not uncommon for modern computer systems to employ 28 or

16   more address lines in the address bus for accessing 256 million or more memory locations.  The

17   data bus provides the path for transferring the data between memory module and the CPU.  The

18   data bus is typically composed of 8, 16, 32, 64 or more signal lines. The control lines indicate the

19   operation to take place on the system bus.

20   19.    In higher performance and more modern computer systems, the memory is

21   connected to the CPU by interposing a memory controller unit (MCU) between the memory

22   modules and the CPU as illustrated in the upper part of Exhibit H.   The memory controller

23   provides an interface to the memory modules and generates the timing for the control signals

24   needed to access the data in the memories.  A more detailed diagram illustrating the memory

25   control unit as it connects to the memory modules MU0, MU1, MU2 …MU7 is shown in the

26   lower part of Exhibit H which is Figure 1 from the '100 patent.  The system bus (12) shown on

27   the left, connects to the CPU and I/O devices on the system bus as was illustrated in the block

28   diagram in the upper part of Exhibit H.  Figure 1 of the '100 patent in the lower part of Exhibit H

-8-

1    illustrates that the memory controller connects to the memory units through the memory bus

2    composed of a combined address and data bus and a set of control lines.

3    **V.    BACKGROUND PERTINENT TO THE '273 PATENT**

4        20.    As previously discussed, when a user presses a key on the keyboard, the keyboard

5    microprocessor detects it and interrupts the main computer to indicate that a key has been

6    pressed. A problem that the computer must face is to determine which one of the multiple

7    running programs should be notified of the key press so the key can be correctly handled.

8    Normally this is easily decided by passing the data code associated with the pressed key or key

9    combination to the program that the user is currently using. However, modern computer systems

10   allow the user to send keyboard commands to programs that may not be active at the time of the

11   command. For example, on an IBM computer system, if the user types a TAB key while holding

12   down the ALT key, the operating system, the controlling program for the computer, will produce

13   a window offering the user to switch to another active program. This key combination is sent to

14   the operating system program even though the user is interacting with another program.

15       21.    A single key or a multiple key combination that substitutes for a more complex set

16   of keystrokes or mouse commands is called a "hot key." Some hot keys are used in multiple

17   programs, with one program using it for one purpose, and another using it for another purpose. It

18   sometimes can occur that a user may type a hot key intended for one program, but it is

19   erroneously detected and acted on by another program that recognizes the same hot key but

20   performs a different function upon detecting it.

21       22.    The inventors of the '273 patent recognized that such a situation was possible and

22   developed an innovative solution to the problem. Their invention involved adding a key to the

23   standard IBM PC keyboard to be used only by new programs that want to use a hot key

24   combination. This key is now commonly found on many modern personal computer systems and

25   it is usually labeled as "Fn." The Fn key operates such that when it is pressed along with a

26   conventional key on the keyboard, a unique interrupt is generated different from the interrupt

27   normally used to indicate a key has been pressed. This interrupt is sent to the computer system.

28

1   This unique interrupt causes the computer to start to execute a unique interrupt handling routine

2   to deal with the hot key. This interrupt handling routine examines which conventional key was

3   pressed along with the Fn key and performs the function associated with the selected hot key.

4         23.    This invention works with all existing programs and any new programs without

5   interference. All new programs that are aware of the Fn key plus conventional key hot key

6   combination can use it without interfering with programs previously written to use older hot key

7   combinations. The interrupt generated by the combination of the Fn key and a conventional key

8   is different from the normal key press interrupt, so it will not be detected by older programs.

9   Programs designed before the development of the Fn key will therefore not know that the new

10  key combination was pressed, so new programs that use the Fn key cannot interfere with older

11  programs.

12        24.    One of the inventive aspects of the '273 patent is the use of the keyboard controller

13  to generate a second interrupt signal on a second interrupt signal line when a special key sequence

14  including a non-conventional key is activated. The use of the keyboard controller to generate the

15  second interrupt in lieu of the single interrupt distinguishes the activation of a conventional key

16  from the activation of a special key sequence and helps to resolve the problem associated with

17  using only one single interrupt as discussed in the background section of the '273 patent. ('273

18  patent, Col. 1 1. 56 – Col. 2 1. 9).

19  **VI.    AN UNDERSTANDING OF THE CLAIM TERMS OF THE '273 PATENT**

20        25.    The claims of the '273 patent cover a system that provides additional functionality

21  in an ISA-compatible computer. This functionality is provided when certain key combinations

22  are pressed. Although I understand the language of the claim itself determines the bounds of

23  invention, I will use Exhibits I through M, which are reproductions of Figures 5, 6 and 7 from the

24  '273 patent, to illustrate the basic principles of the patent. These exhibits illustrate one way to

25  implement the invention as embodied in the claims and it is not meant to limit the interpretation

26  of the claims to be only what is shown in these exhibits.

27        26.    Exhibit I, which is Figure 5 of the '273 patent, illustrates the first limitation of

28

-10-

1  claim 1 which is a keyboard having alphanumeric and function keys. In addition, this keyboard

2  has the previously discussed additional function key "Fn."

3       27.     Exhibit J, which is Figure 7 of the '273 patent, illustrates how the keyboard

4  controller of claim 1 and 5 is connected or coupled to the keyboard that monitors when a key is

5  pressed. Claim 1 and 5 disclose that the keyboard controller provides two interrupt signal lines

6  that connect to the ISA-compatible computer. Exhibit J highlights in this exemplary illustration

7  the keyboard controller and two interrupt lines labeled IRQ1 and IRQ15 provided from the

8  keyboard controller. The claims do not limit the interrupts to be exactly the specific interrupt

9  signal lines shown in Exhibit J. A personal computer system has many interrupt signal lines used

10  for a variety of purposes. One of ordinary skill in the art would understand that any two interrupt

11  signal lines produced by the keyboard controller would satisfy the two interrupt line requirement

12  of claim 1.

13       28.     In claim 1, the keyboard controller must be responsive to any of the conventional

14  keys to activate a first interrupt signal to the ISA-compatible computer on the first interrupt signal

15  line. In addition, the keyboard controller must be responsive to an activation of the additional

16  function key along with one of the conventional alphanumeric keys to generate a second interrupt

17  signal to the ISA-compatible computer on the second interrupt signal line. These requirements

18  are illustrated in Exhibit K, which is a modified version of Figure 7 of the '273 patent that

19  includes additional details of the keyboard and keyboard controller described in the patent

20  specification but not included in Figure 7. ('273 patent, col. 7, ll. 32-40).

21       29.     As illustrated in Exhibit K and discussed in the patent, the keyboard controller is

22  responsive to an activation of at least one of the conventional keys, such as the A key, to activate

23  a first interrupt signal, shown as the IRQ1 signal. The keyboard controller also is responsive to

24  an activation of the additional function key in combination with at least one of the conventional

25  alphanumeric keys, such as the Fn key in combination with the R key, to activate a second

26  interrupt signal, such as the IRQ15 signal. ('273 patent, col. 7, l. 51 – col. 8, l. 8).

27       30.     Due to the activation of the first interrupt signal, claim 1 specifies that a

28  conventional interrupt handling routine be executed to read the scan code from the keyboard.

1   Using Figure 6 of the '273 patent, Exhibit L highlights the keyboard interrupt service routine

2   executed by the CPU and the transfer of the scan code to the CPU that, in this embodiment,

3   comes from the keyboard controller.

4        31.    Exhibit M illustrates the final element of claim 1. Due to the activation of the

5   second interrupt signal, claim 1 specifies that a second non-conventional interrupt handling

6   routine is to be executed to identify which activated alphanumeric key pressed along with the

7   additional function key and to then perform a predetermined function based on the identified

8   alphanumeric function key. In Exhibit M, the second interrupt line is IRQ15. However, claim 1

9   does not specify the interrupt line to use and one of ordinary skill in the art would know that it is

10  not required that IRQ15 be used as the second interrupt line.

11       32.    There are a number of terms and phrases at issue that need to be defined in more

12  detail to come to a thorough understanding of the claims of the '273 patent. These terms and

13  phrases are:

14           (1)   Data scan code and scan code

15           (2)   First interrupt signal

16           (3)   Second Interrupt Signal

17           (4)   Second Interrupt Signal Line

18           (5)   Indexes or Indexing

19           (6)   Indexes a first memory location pointer

20           (7)   Indexes a second memory location pointer

21           (8)   Indexing one of plurality of memory locations

22           (9)   Program

23           (10)  Special Routine

24           (11)  Combination

25           (12)  Non-conventional function key [additional function key]

26       33.    Each of these terms and phrases is discussed in light of the preamble and

27  individual claim elements of the claims.

28

-12-

## A.   Data scan code

34.   The third element of claim 1 reads as follows:

> a first conventional interrupt handling routine within said ISA-compatible computer responsive to said first interrupt signal from said keyboard controller to input **data scan codes** from said keyboard; and ('273 patent, col. 13 ll. 58-61).

Also portions of the first and second elements of claim 5 reads as follows:

> said keyboard generating a **scan code** in response to an activation of at least one of said keys, said **scan code** varying depending upon which of said keys is activated;  ('273 patent, col. 14 ll. 28-32).
>
> …
>
> said keyboard controller generating a first interrupt signal on said first interrupt signal line upon receipt of a **scan code** corresponding to one of said conventional keys ('273 patent, col. 14 l. 36-39).

One of ordinary skill in the art would understand that these claim elements specify that the keyboard generates a scan code due to an activation of one or more keys.  Once the keyboard controller recognizes that one or keys has been activated, it activates a first interrupt signal to the ISA-compatible computer.  When the ISA-compatible computer receives the first interrupt signal, it must stop executing the program that it was working on and start to execute the first conventional interrupt handling routine.  Furthermore, the claim indicates and the specification describes that the first conventional interrupt handling routine is a first interrupt handling routine that responds to the first interrupt signal from the keyboard controller by inputting data scan codes originating at the keyboard. ('273 patent, col. 2 ll. 59-63; col. 5 ll. 10-31; Figures 2, 3 and 6).

35.   Each time a key or combination of keys is pressed or released on an ISA-compatible computer keyboard, a value, called a scan code, is generated.  One of ordinary skill in the art would understand from the specification that a data scan code is a code number that the keyboard generates whenever a key is depressed or released, said code number created by a pairing of a row signal and a column signal in a keyboard matrix.  ('273 patent, col. 2 ll. 59-63; col. 4 ll. 12-30; col. 5 ll. 21-31; col. 7 l. 51 – col. 8 l. 46; Figures 2-3, 6-9).  The scan code appears in different forms as the code travels though the computer system but it always

-13-

1     corresponds to a key or key combination. When a keyboard row and column matrix is scanned

2     and the keyboard microprocessor determines that one or more keys are pressed, a value is created

3     based on the activated row and column lines uniquely identifying which key or key combination

4     has been pressed. This value is one form of scan code. Before the scan code is read by the first

5     interrupt routine, the value obtained from the row and column scan may be converted into another

6     value from a set of standard set of scan codes commonly understood by software programs. This

7     converted value is another form of the scan code since it also uniquely identifies which key or key

8     combination has been pressed. Furthermore, the IBM PC standard architecture defines three

9     different sets of scan codes that can be used to provide which particular key or key combination

10     has been pressed. Each of these sets provides a unique encoding of scan codes for particular key

11     presses. Therefore, each key has many scan codes associated with it. Some of the scan codes are

12     internally generated in the keyboard and keyboard controller as a key is being serviced and other

13     forms are due to the selection of which particular set the programmer chooses to use for a

14     particular application program. Accordingly, scan codes are not limited to the three sets of

15     standard scan codes defined by IBM.

16         36.     Mr. Peter Norton, a respected authority on the design and operation of the IBM

17     PC, in his book "Inside the IBM PC" confirms my understanding that there are many numerical

18     values corresponding to a scan code. The relevant pages of this book are attached as Exhibit N.

19         37.     On page 218, Peter Norton says:

20             The keys are assigned an identifying number, called a scan code,
and that's what the keyboard makes note of–that key number such-

21             and-such has been pressed. You'll see what the identifying scan
code numbers are for the standard PC keyboard in Figure 14-1.

22             (Exhibit N, page 218).

23         38.     Figure 14-1, shown on page 219, shows a drawing of a keyboard with a unique

24     number associated with each key. (Exhibit N, page 219). Figure 14-1 is labeled "Keyboard and

25     scan codes." As stated in the second sentence of the text cited above, the numbers shown in

26     Figure 14-1 are what Mr. Norton is calling the scan codes. The scan code values identified by

27     Mr. Norton are not any of the Standard IBM Scan Code sets. The scan codes, which Mr. Norton

28     called out in Figure 14-1, are numbers which uniquely identify individual keys of the keyboard.

1    They may be used as an internal form of scan code but they eventually must be converted to a

2    standard scan code set understood by the system. Mr. Norton's chosen scan code set is not a

3    standard set. This confirms my understanding that scan codes may take other forms in addition to

4    the Standard IBM Scan Codes sets. I agree with Mr. Norton that a key on the keyboard has a

5    scan code that uniquely identifies the key but the scan code need not be one of the Standard IBM

6    Scan Codes.

7        39.     Furthermore, a scan code can take different representations as it passes through a

8    particular computer system. This process is illustrated in the Phoenix 80286 Advanced ROM

9    BIOS, Vol. 1: CBIOS and Vol. 2: ABIOS reference manuals; relevant pages provided as Exhibits

10   O and P, respectively. The Phoenix 80286 Advanced ROM BIOS reference manuals explain how

11   to use the Phoenix BIOS for the IBM 80286 PS/2 computer in the late 1980s. Volume 1 describes

12   how the Phoenix BIOS operates using IBM AT type BIOS commands. Volume 2 describes how

13   the Phoenix BIOS operates with PS/2 type BIOS commands. Both IBM AT type and PS/2 type

14   computer systems are ISA-Compatible computer systems.

15       40.     On page 8-4 of the Phoenix 80286 Advanced ROM BIOS, Vol. 1: CBIOS

16   reference manual, a diagram is provided to show how a keyboard scan code is transmitted from a

17   key press to the keyboard controller and from the keyboard controller to the system. (Exhibit O,

18   Page 8-4). The diagram shows that the scan code before it enters the 8042 Keyboard Controller is

19   called a "Keyboard Make/Break Scan Code" as illustrated in the circle shown at the top of the

20   page. This form of scan code enters the 8042 Keyboard Controller, is translated, and then

21   emerges as the "Make/Break System Scan Code." The diagram on Page 8-4 illustrates that the

22   8042 Keyboard Controller translates the Keyboard Make/Break Scan Code into the Make/Break

23   System Scan Code. This is confirmed on page 8-5 of the same manual in the description of Step

24   1 which reads "8042 Keyboard Controller translates keyboard make or break scan codes into

25   make or break System Scan Codes." (Exhibit O, Page 8-5). The diagram on page 8-4 and the text

26   on page 8-5 confirms that each key press in an ISA-Compatible computer system is represented in

27   at least two forms of scan code: a Keyboard Make/Break Scan Code and a Make/Break System

28   Scan Code. A key press is not identified with one single Standard IBM Scan Code.

41.    The Phoenix 80286 Advanced ROM BIOS, Vol. 2: ABIOS illustrates this translation process even more clearly.  Page 10-5 illustrates a diagram showing how a keyboard scan code is transmitted from a key press to the keyboard controller and from the keyboard controller to the system.  (Exhibit P, page 10-5).  Again, this diagram illustrates that the keyboard generates a "Keyboard Make/Break Scan Code" which is then translated by the 8042 Keyboard Controller to a "Make/Break System Scan Code."  Page 10-5 explains on the right of the diagram that the "keyboard scan codes are not understandable to the system." (Exhibit P, page 10-5).  It further says "the 8042 keyboard controller chip must translate all keyboard scan codes into 'system scan codes.'"  Because the keyboard scan codes are not understandable to the system, they can only be an intermediate form of scan code.  Also, since the 8042 keyboard controller translates keyboard scan codes into understandable system scan codes, there must be at least two forms of scan codes in this ISA-Compatible computer system.

**B.    First Interrupt Signal**

42.    The second and third elements of claim 1 reads as follows:

> Claim 1, 2nd element: said keyboard controller responsive to an activation of at least one of said conventional keys to activate a **first interrupt signal** to said ISA-compatible computer on said first interrupt signal line, (Col. 13 ll. 48-52)

> Claim 1, 3rd element: a first conventional interrupt handling routine within said ISA-compatible computer responsive to said **first interrupt signal** from said keyboard controller to input data scan codes from said keyboard; (Col. 13 ll. 58-61)

The second element of claim 5 reads in part:

> Claim 5, 2nd element: said keyboard controller generating a **first interrupt signal** on said first interrupt signal line upon receipt of a scan code corresponding to one of said conventional keys, ('273 patent, col. 14 l. 36-39).

43.    The identified claim elements of claims 1 and 5 define a first interrupt signal carried on a first interrupt signal line.  One of ordinary skill in the art would understand that a signal is a small quantity of information that can be transmitted from one point to another in many ways.  For example, a signal may be transmitted on a wire shared by other signals or it can be

-16-

1    transmitted on a wire by itself.  It could also be transmitted through the air as in the case of a

2    radio signal.  One of ordinary skill in the art would understand that a line, however, is a wire that

3    can be used to transmit a signal.  Therefore, the first interrupt signal is a signal devoid of the

4    medium for carrying the signal.  As described in the claim and supported in the specification, the

5    first interrupt signal is a signal activated by the keyboard controller in response to the activation

6    of one of the conventional keys for interrupting the computer.  ('273 patent Col. 2 ll. 51-55; col. 4

7    ll. 24-49; col. 7 ll. 51-64; col. 8 ll. 9-23; col. 8 l. 65 – col. 9 l. 2; col. 12 ll. 9-20; col. 13 ll. 14-28)

8        44.    The specification shows the use of the IRQ1 signal as the interrupt signal to be

9    used as the first interrupt signal and one of ordinary skill in the art knows that IRQ1 is this the

10   interrupt signal that is generated by the keyboard controller when a key is depressed or released in

11   a ISA-Compatible computer.  In order for a computer system to be ISA-compatible, it would need

12   to use the IRQ1 signal as first interrupt, therefore it is only proper for the first interrupt signal to

13   be construed as IRQ1.

14       **C.    Second Interrupt Signal and Second Interrupt Signal Line**

15       45.    The second claim element of claim 1 describes the second interrupt signal line and

16   the second interrupt signal as follows:

17           Claim 1, 2nd element: said keyboard controller responsive to an
             activation of said additional function key in combination with at
18           least one of said conventional alphanumeric keys to generate a
             **second interrupt signal** to said ISA-compatible computer on said
19           **second interrupt signal line**  ('273 patent Col. 13 ll. 52-57)

20   The second claim element of claim 5 likewise describes the second interrupt signal line and the

21   second interrupt signal as follows:

22           Claim 5, 2nd element: said keyboard controller generating a **second
             interrupt signal** on said **second interrupt signal line** upon receipt
23           of a scan code corresponding to said non-conventional function
             key, said ISA-compatible computer programmed to execute at least
24           one special routine upon receipt of said **second interrupt signal**.
             ('273 patent Col. 14 ll. 42-48)
25
     One of ordinary skill in the art would understand that this means that the second interrupt signal is
26
     generated by the keyboard controller in response to the activation of the additional function key in
27
     combination with at least one of the conventional alphanumeric keys for interrupting the
28

1  computer in the case of claim 1 and in response to the receipt of a scan code corresponding to said

2  non-conventional function key in the case of claim 5. There is no restriction placed in the claim

3  element on what signal may be used to provide the second interrupt signal. In one embodiment,

4  the signal IRQ15 is used as one example, but one of ordinary skill in the art would not be so

5  restricted to use only that signal or any other IRQ signal. The second interrupt signal can be any

6  interrupt signal, which can be generated as described in the claim element. One of ordinary skill

7  in the art would understand that other such interrupts that could be used as the second interrupt

8  signal include IRQ2-IRQ14, SMI and NMI. Also, like the first interrupt signal line, one of

9  ordinary skill in the art would understand that the second interrupt signal line is an electrical line

10  from the keyboard controller for transmitting the second interrupt signal to the ISA-compatible

11  computer and that is not restricted by the claim or the specification for dedicated use. The second

12  interrupt signal line can be used for other purposes such as carrying other interrupt signals at

13  other times. Therefore, one of ordinary skill would understand that the second interrupt signal

14  can be construed to be any interrupt other than IRQ1. Furthermore, one of ordinary skill in the art

15  would understand that the second interrupt line should be construed to be a second, separate

16  signal line from the keyboard controller connected to the ISA-compatible computer for

17  transmitting the second interrupt signal. One of ordinary skill in the art would understand that the

18  second interrupt signal line need not be dedicated to only transmitting the second interrupt signal

19  but could be used at other times and in other ways to carry other signals. There is nothing in the

20  claims or the specification to limit its use to only carrying the second interrupt signal.

21       **D.**       **Indexes or Indexing, Indexes a First Memory Location Pointer, Indexing a**

22  **Second Memory Location Pointer, Indexing One of a Plurality of Memory Locations**

23       46.     Claim 4 of the '273 patent reads as follows:

24       Claim 4: The system for providing a built-in function as defined in
claim 1, further comprising a central processing unit that **indexes a**

25  **first memory location pointer** in response to said first interrupt
signal, said central processing unit further **indexing a second**

26  **memory location pointer** in response to said second interrupt
signal. ('273 patent, Col. 14 ll. 16-21).

27

28  Claim 7 of the '273 patent reads as follows:

1

2

3

> Claim 7: The system for servicing keyboard interrupts as defined in claim 6, further comprising a Central Processing Unit coupled to said interrupt controller, said Central Processing Unit **indexing one of a plurality of memory locations**, said memory location depending upon said interrupt vector. ('273 patent, Col. 14 ll. 55-60).

4

5

6

7

8

9

10

11

Claim 4 describes the central processing unit is to index a first or second memory location pointer based on the interrupt signal received. One of ordinary skill in the art understands that a memory location pointer is a value held in memory that indicates the location of the start of the first or second interrupt handling routine. For example, if the first interrupt handling routine started at location 3498 in memory, then the first memory location pointer would be the value 3498 and it would reside somewhere in memory. The specification for the '273 patent discusses the specifics of how the memory location pointers are located in memory and this method of locating the memory location pointer is made more explicit in claim 7.

12

13

14

15

16

17

18

19

20

21

22

23

47.    Claim 7 is based on claim 6 and covers the process of locating the start of the interrupt handling routine. Once the CPU receives the interrupt vector from the interrupt controller, it uses it to index a memory location that corresponds to the start of the interrupt handling routine. Exhibit R illustrates that in the exemplary embodiment, the CPU uses the interrupt vector to select or access a memory location pointer to the start of the interrupt routine. . As illustrated in Exhibit R, the value of the interrupt vector received by the CPU from the interrupt controller is multiplied by 4 to compute the exact location of the pointer to the interrupt handling routine. So, for example, Exhibit Q illustrates that if the interrupt vector were equal to 9, the location 9 x 4 = 36 would be read to find the pointer to the start of the interrupt handling routine. The location 36 is represented in hexadecimal as 24H. ('273 patent Col. 5 ll. 1-16; Col. 6 ll. 50-60). Therefore, one of ordinary skill in the art would understand that "indexes" or "indexing" to simply mean selects or accesses.

24

25

26

27

28

48.    Based on this same logic, it follows that "Indexes a First Memory Location Pointer" to mean to select or access an identifier that corresponds to the start of the first conventional interrupt handling routine. Likewise, it follows that "Indexing a Second Memory Location Pointer" means to select or access an identifier that corresponds to the start of the

1    second non-conventional interrupt handling routine. It also follows by the same reasoning that

2    "indexing one of a plurality of memory locations" as it is used in claim 7 means to utilize an

3    interrupt vector to access a memory location corresponding to an interrupt vector.

4    **E.    Program, Special Routine**

5    49.    The second claim element of Claim 5 reads as follows:

6         said ISA-compatible computer programmed to execute a **program**
          to input said scan code in response to said first interrupt signal, said
7         keyboard controller generating a second interrupt signal on said
          second interrupt signal line upon receipt of a scan code
8         corresponding to said non-conventional function key, said ISA-
          compatible computer programmed to execute at least one **special**
9         **routine** upon receipt of said second interrupt signal. ('273 patent,
          col. 14 ll. 39-48)
10

11    Portions of this claim element are the same as claim 1 and to the extent that the same

12    terms are used in the same way, I understand that it should be interpreted the same way. One

13    difference is that a program is executed in response to the first interrupt signal, whereas in claim 1

14    a first conventional interrupt handling routine is executed in response to the first interrupt signal.

15    To one of ordinary skill in the art, the word "program" can generally be substituted for the word

16    "routine" without modifying the meaning of the sentence. Therefore, to help clarify the precise

17    meaning of program in context, it is necessary to see what limitations are placed on the term in

18    the claim. The claim specifies that the program in the second claim element of claim 5 is "to

19    input said scan code in response to said first interrupt signal." ('273 patent, Col. 14 ll. 40-42).

20    Therefore, to one of ordinary skill in the art, program in the second element of claim 5 should be

21    interpreted to mean a handling routine that causes the computer to receive keyboard scan codes

22    from the keyboard controller. ('273 patent, Col. 2 ll. 59-63, Col. 5 ll. 10-31; Col. 7 ll. 51-64;

23    Figures 2,3 and 6)

24    50.    Claim 5 also specifies that the ISA-compatible computer is to execute a special

25    routine upon receipt of the second interrupt signal. Because the word "special routine" is used in

26    the claim as opposed to "second non-conventional interrupt handling routine" as is found in claim

27    1, one of ordinary skill in the art would understand that this term in claim 5 should not be

28    interpreted to necessarily be a routine which handles non-conventional interrupts. The different

-20-

wording means that a special routine is a handling routine that causes the computer to perform a special function upon receipt of the second interrupt signal. The special function can be handling a non-conventional interrupt or any other operation that might be immediately performed, such as dimming the screen, adjusting the sound or shutting down the computer. One of ordinary skill in the art would understand that the special routine need not be executed "only" upon receipt of the second interrupt signal. For example, the special routine could be either the SMI handler or NMI handler, which could be executed as a result of inputs from peripheral devices other than the keyboard. Therefore, one of ordinary skill in the art would understand that the special routine should be understood to simply be a routine that is executed upon receipt of the second interrupt signal.

### F.    [In] Combination

51.    The second claim element of claim 1 indicates the conditions for generating the second interrupt signal when it says:

> Claim 1, 2[nd] element: activation of said additional function key in **combination** with at least one of said conventional alphanumeric keys to generate a second interrupt signal ('273 patent Col. 13 ll. 53-56)

The second claim element of claim 1 indicates that the additional function key must be pressed "in combination with at least one of said conventional alphanumeric keys." This does not imply, and one of ordinary skill in the art would not understand, that this means that there must be some ordered sequence of pressing the additional function key and one or more conventional alphanumeric keys. The claim does not require that the additional function key must be pressed first and a conventional alphanumeric key must be pressed second or a conventional alphanumeric key must be pressed first and the additional function key must be pressed second. It also surely does not require that the two keys be pressed simultaneously at the same time. Such an operation would be virtually impossible to perform. The specification teaches that the additional function key should be pressed "in conjunction" with at least one of the alphanumeric keys. ('273 patent, col. 7 ll. 1-7). One of ordinary skill in the art would not understand this to imply any type of ordered sequence or to be at the same time. The term in "combination" means

exactly what it says; to press the additional function key and a conventional alphanumeric key in such an order so that at some point, both keys are being depressed. This term has no other special meaning. Therefore, to one of ordinary skill in the art, the term "combination" has no specially meaning outside of its ordinary meaning.

**G.    Non-conventional function key [additional function key]**

52.    The first and second claim element of claim 1 uses the term additional function key as follows:

> Claim 1, 1st element: a keyboard having a set of conventional alphanumeric and function keys and further having at least one **additional function key**; ('273 patent, Col. 13 ll. 40-42)

> Claim 1, 2nd element: keyboard controller connected to said keyboard to monitor said conventional keys and said **additional function key** to detect when at least one of said keys is activated, said keyboard controller having first and second interrupt signal lines connected to said ISA-compatible computer, said keyboard controller responsive to an activation of at least one of said conventional keys to activate a first interrupt signal to said ISA-compatible computer on said first interrupt signal line, said keyboard controller responsive to an activation of said **additional function key** in combination with at least one of said conventional alphanumeric keys to generate a second interrupt signal to said ISA-compatible computer on said second interrupt signal line; ('273 patent, Col. 13 ll. 43-57)

It also uses the term non-conventional function key in claim 5 as follows:

> a keyboard having a plurality of keys including conventional alphanumeric keys, conventional symbol keys, conventional function keys and conventional cursor control keys, said keyboard further including at least one **non-conventional function key**, said keyboard generating a scan code in response to an activation of at least one of said keys, said scan code varying depending upon which of said keys is activated; and

> a keyboard controller coupled to said keyboard, said keyboard controller further coupled to said ISA-compatible computer by first and second interrupt signal lines, said keyboard controller generating a first interrupt signal on said first interrupt signal line upon receipt of a scan code corresponding to one of said conventional keys, said ISA-compatible computer programmed to execute a program to input said scan code in response to said first interrupt signal, said keyboard controller generating a second interrupt signal on said second interrupt signal line upon receipt of a scan code corresponding to said **non-conventional function key**, said ISA-compatible computer programmed to execute at least one special routine upon receipt of said second interrupt signal. ('273 patent Col. 14, ll. 24-48)

-22-

53.    To one of ordinary skill in the art as read in the specification and claims 1 and 5, the term "additional function key" and "non-conventional function key" have the same meaning in that they are used in the same way to do the same thing. The meaning of these terms is clear from statement of the terms themselves and their usage in the claims. The "additional function key" and "non-conventional function key" are simply keys on the keyboard that are not found on a standard IBM compatible keyboard. They are function keys in addition to the normal function keys and they are non-conventional because they are not conventionally found on a standard keyboard. These terms are self-defining in that there is no better way to describe the terms than the terms themselves. As one of ordinary skill in the art would immediately understand the meaning of the terms "additional function key" and "non-conventional function key" based on the terms themselves, there is no need for further definition and therefore, these terms should be given their plain and ordinary meaning.

## V.    BACKGROUND PERTINENT TO THE '100 PATENT

54.    As technology progresses, memory modules can be made more cheaply, hold more data and operate faster. However, it is conventionally the case that memory controller units are designed to operate with a single type of memory module at a particular speed. It is desirable to be able to add newer memory modules to existing computer systems without redesigning the memory controller interface. However, a problem occurs that if the memory controller is designed only to operate with memory modules that communicate at a fixed speed, the memory controller is not be able to take advantage of the more modern, higher speed memory modules. ('100 patent, Col. 2 ll. 23-34).

55.    The '100 patent solves this problem by introducing a system where the memory controller is designed to work with memory modules that operate at a variety of speeds. It does this by receiving an indication of the speed of the memory module. It then uses this information to provide the proper access timing for accessing the data elements at the appropriate speed for the current memory module. By relying on the information of the appropriate speed, the memory controller can provide the necessary access timing to most efficiently communicate with the

-23-

1   memory module.

2         56.    The '100 patent discloses a memory controller which communicates with at least

3   one memory module using a variety of control lines.  In an embodiment shown in the '100 Patent,

4   one control line in particular is the AHCMATCH* control line generated in the memory module

5   and read by the memory controller.  When the memory controller wishes to access data from the

6   memory module, it first provides a valid set of address lines.  Each of the connected memory

7   modules examines the address to determine if any one of them holds the requested data.  The

8   memory module which holds the requested data will provide an indication that it possesses the

9   required data by activating its MATCHED* line.  ('100 patent, Col. 4 ll. 58-63, '100 patent, Col.

10   8 ll. 13-15).  At the same time that the memory module is activating its MATCHED* line, it will

11   also provide the AHCMATCH* line in either the high or low state.  ('100 patent, Col. 8 ll. 15-

12   21).  If AHCMATCH* is provided high (nonasserted), this indicates to the memory controller

13   that the memory module can operate at full speed and no delay in the data transmission is

14   necessary.  ('100 patent, Col. 8 ll. 29-31).  However, if the AHCMATCH* signal is provided to

15   the memory controller in the low state (asserted), this indicates that the DRAMs in the memory

16   module operate more slowly so the memory controller must allocate an additional clock delay to

17   allow the data between the memory controller and the selected memory module to be transferred

18   correctly.  ('100 patent, Col. 8 ll. 23-29).  Because of the design of the memory controller which

19   can receive the indication of the speed of the memory module and generate the access timing of

20   the memory access accordingly, the system incorporating the teachings of the '100 patent is able

21   to accommodate different memory modules of different types or varying speeds.

22  **VI.    AN UNDERSTANDING OF THE CLAIM TERMS OF THE '100 PATENT**

23         57.    The claims of the '100 patent cover a memory system with at least one memory

24   module and a memory controller.  The memory controller is configured to receive an indication

25   of access speed of at least one memory module, and to provide, during access of the memory

26   module, an appropriate access timing commensurate with the received indication of access speed.

27         58.    I will use Exhibits S and T, which are Figures 1 and 4 from the '100 patent, to

28

1  illustrate the basic principles of claim 1. These exhibits illustrate one way to implement the

2  invention described in claim 1 and it is not meant to limit the interpretation of claim 1 to only

3  what is shown in these exhibits.

4       59.    As illustrated in Exhibit S, which shows Figure 1 of the '100 patent, the first

5  limitation of claim 1 requires at least one memory module. As previously discussed, the at least

6  one memory module is shown in Exhibit S labeled as MU0, MU1, MU2, ... MU7. As can be

7  seen in Exhibit S, the at least one memory module is connected to a memory controller unit via a

8  common bus connection. Claim 1 also discloses a memory controller unit configured to receive

9  an indication of access speed of at least one of the memory modules. Exhibit T, which shows

10  Figure 4 of the '100 patent, shows control line connections between the memory controller unit

11  and each memory unit. As previously discussed, the AHCMATCH* is provided from the

12  memory module to the memory controller unit to indicate to the memory controller unit the speed

13  of the DRAMs in the memory module. When the memory controller unit performs a memory

14  access, it uses this indication of the access speed to generate the access timing of the transfer

15  commensurate with the speed of the memory module. In particular, the embodiment discussed in

16  the '100 patent, discloses using this indication of the DRAM access speed to potentially lengthen

17  the timing of the access signals of the DRAM to accommodate slower components.

18       60.    There are a number of terms and phrases at issue that need to be defined in more

19  detail to come to a thorough understanding of the claims. These terms and phrases are

20       (1)   Memory Controller Unit

21       (2)   Configured to receive

22       (3)   To provide

23       (4)   Indication of access speed

24       (5)   Access timing

25       (6)   Commensurate with

26  Each of these terms and phrases is discussed in light of the individual claims in which they are

27  used.

28

**H.     Memory Controller Unit**

61.     The term memory controller unit is used in the following claim elements of the following claims:

> Claim 1, 2[nd] element: a **memory controller unit** configured to receive an indication of access speed of said at least one memory module, and to provide, during access of said at least one memory module, an appropriate access timing commensurate with said received indication of access speed. ('100 patent, col. 11 ll. 48-53)

> Claim 2:  The memory system according to claim 1, wherein: said at least one memory module comprises a plurality of memory modules, said **memory controller unit** being further configured to select a selected one of said plurality of memory modules, to receive said indication of access speed of said selected one of said plurality of memory modules, and to provide, during access of said selected one of said plurality of memory modules, an appropriate access timing commensurate with said received indication of access speed.  ('100 patent, col. 12 ll. 1-10)

> Claim 3: The memory system according to claim 1, wherein: said memory controller unit is further configured to receive an indication of memory type of said at least one memory module. ('100 patent, col. 12 ll. 11-15)

> Claim 4, 2[nd] element: a **memory controller unit** configured to receive a memory access request from said CPU via said system bus, said **memory controller unit** being operatively coupled to one of more memory modules via a memory bus, said **memory controller unit** being configured to receive an indication of access speed of said at least one memory module, and to provide, during access of said at least one memory module in response to said memory access request, an appropriate access timing commensurate with said received indication of access speed. ('100 patent, col. 12 ll. 17-27)

> Claim 5. The computer system according to claim 4, wherein: said at least one memory module comprises a plurality of memory modules, said **memory controller unit** being further configured to select a selected one of said plurality of memory modules, to receive said indication of access speed of said selected one of said plurality of memory modules, and to provide, during access of said selected one of said plurality of memory modules in response to said memory access request, an appropriate access timing commensurate with said received indication of access speed.  ('100 patent, col. 12 ll. 28-38)

> Claim 6: The computer system according to claim 4, wherein: said **memory controller unit** is further configured to receive an indication of memory type of said at least one memory module.

> Claim 7: The memory system according to claim 1, wherein: said **memory controller unit** is configured to receive an indication of

-26-

access speed of said at least one memory module during an initialization of said memory system. ('100 patent, col. 12 ll. 39-42)

Claim 8: The computer system according to claim 4, wherein: said **memory controller unit** is to receive an indication of access speed of said at least one memory module from said CPU during an initialization of said memory system. ('100 patent, col. 12 ll. 43-46)

62.    Each of claims 1 - 8 is written in such a way as to provide the necessary structure and function of the memory controller. The memory controller needs to receive some indication of access speed of at least one memory module and then to provide, during access of at least one memory module, appropriate access timing based on the received indication of access speed.

63.    The indication specified in each of the claims is a very general term which can represent any form of data. This indication can take the form of a binary bit, a series of bits or it could be programming from the CPU. It is not limited to the AHCMATCH* signal disclosed in the embodiment in the patent. It can be any piece of data that can qualify as an indication. The memory controller unit needs to provide, during the access of at least one memory module, the appropriate access timing that would allow data to be correctly and reliably transferred between the memory controller unit and the memory module. This access timing must be commensurate with the received indication of access speed.

64.    The inventor teaches and the patent prosecutor made clear to the patent office that the memory controller cannot be the same circuitry as the CPU circuitry or any other circuitry which makes the memory request. For example, in a response filed on October 8, 2002 to an office action, Samsung explained the "memory controller unit" as:

That is, the memory controller according to the claimed aspect of the present invention receives the access speed information and, once the information is received, uses the same, during accessing of the memory, to adaptively control the access timing when fulfilling an access request from a memory access requestor, e.g., the CPU, an I/O device, etc., thus freeing the memory access requestor from being concerned with the access timing. (Lim Decl. Ex I, October 8, 2002 Amendment at pg. 6)

In this way, the inventor teaches that there must be memory controller circuitry separate from the circuitry that makes the actual memory request. The patent prosecutor also made clear that the

-27-

1   memory controller frees the memory access requestor from being concerned about access timing.

2       65.     Therefore, it is clear to one of ordinary skill in the art that the memory controller

3   unit is chip circuitry, other than the memory access requestor, that provides the access timing.

4   **I.      Configured to Receive**

5       66.     The term "Configured to Receive" is used in the following claim elements of the

6   following claims:

> Claim 1, 2nd element: a memory controller unit **configured to receive** an indication of access speed of said at least one memory module, and to provide, during access of said at least one memory module, an appropriate access timing commensurate with said received indication of access speed. ('100 patent, col. 11 ll. 48-53)
>
> Claim 3: The memory system according to claim 1, wherein: said memory controller unit is further **configured to receive** an indication of memory type of said at least one memory module. ('100 patent, col. 12 ll. 11-15)
>
> Claim 4, 2nd element: a memory controller unit **configured to receive** a memory access request from said CPU via said system bus, said memory controller unit being operatively coupled to one of more memory modules via a memory bus, said memory controller unit being **configured to receive** an indication of access speed of said at least one memory module, and to provide, during access of said at least one memory module in response to said memory access request, an appropriate access timing commensurate with said received indication of access speed. ('100 patent, col. 12 ll. 17-27)
>
> Claim 6. The computer system according to claim 4, wherein: said memory controller unit is further **configured to receive** an indication of memory type of said at least one memory module.
>
> Claim 7. The memory system according to claim 1, wherein: said memory controller unit is **configured to receive** an indication of access speed of said at least one memory module during an initialization of said memory system. ('100 patent, col. 12 ll. 39-42)

24      67.     The memory controller unit must be configured to receive an indication of the

25  access speed. The term "configured to receive" is completely clear to one of ordinary skill in the

26  art to mean exactly what it says.   The words need no additional explanation.  Configured to

27  receive means designed to receive.  In this case, the memory controller has been designed so as to

28  receive the indication of the access speed of the memory module.  As the words "configured to

-28-

1    receive" are completely clear on their face, one of ordinary skill would require no additional

2    definition to help to clarify the meaning.

3        68.    However, several dictionary definition strongly support the clear meaning of this

4    term. For example, the American Heritage Dictionary of the English Language defines

5    "configure" as:

6            Configure: To design, arrange, set up, or shape with a view to
             specific applications or uses. (The American Heritage Dictionary of
7            the English Language, Fourth Edition, Page 386, (2000)) (Lim
             Decl. Ex J.)
8
     The Random House Dictionary of the English Language defines "configure" as:
9
             Configure: To design or adapt to form a specific configuration or
10           for some specific purpose. (The Random House Dictionary of the
             English Language, Unabridged, Second Edition, Page 428, (1987))
11           (Lim Decl. Ex K.)

12       69.    In each of these dictionaries, the word "configure" is defined as "to design" in the

13   first definition and thus, "configured to receive" means "designed to receive."

14   **J.    To provide**

15       70.    The term "To provide" is used in the following claim elements of the following

16   claims:

17           Claim 1, 2nd element: a memory controller unit configured to
             receive an indication of access speed of said at least one memory
18           module, and **to provide**, during access of said at least one memory
             module, an appropriate access timing commensurate with said
19           received indication of access speed. ('100 patent, col. 11 ll. 48-53)

20           Claim 2. The memory system according to claim 1, wherein: said at
             least one memory module comprises a plurality of memory
21           modules, said memory controller unit being further configured to
             select a selected one of said plurality of memory modules, to
22           receive said indication of access speed of said selected one of said
             plurality of memory modules, and **to provide**, during access of said
23           selected one of said plurality of memory modules, an appropriate
             access timing commensurate with said received indication of access
24           speed. ('100 patent, col. 12 ll. 1-10)

25           claim 4, 2nd element: a memory controller unit configured to receive
             a memory access request from said CPU via said system bus, said
26           memory controller unit being operatively coupled to one of more
             memory modules via a memory bus, said memory controller unit
27           being configured to receive an indication of access speed of said at
             least one memory module, and **to provide**, during access of said
28           least one memory module in response to said memory access

-29-

request, an appropriate access timing commensurate with said received indication of access speed. ('100 patent, col. 12 ll. 17-27)

Claim 5. The computer system according to claim 4, wherein: said at least one memory module comprises a plurality of memory modules, said memory controller unit being further configured to select a selected one of said plurality of memory modules, to receive said indication of access speed of said selected one of said plurality of memory modules, and **to provide**, during access of said selected one of said plurality of memory modules in response to said memory access request, an appropriate access timing commensurate with said received indication of access speed. ('100 patent, col. 12 ll. 28-38)

71.    The term "to provide" in each of the claims in which it appears is also completely clear and requires no further interpretation. The term "to provide" quite simply means to generate so that the claims require generating the appropriate access timing for the memory module being accessed. The word "provide" is completely clear to one of ordinary skill in the art to tie together the generation of the signals used to provide the access timing from the memory controller with the reception of these same signals to the memory modules. In that the memory controller generates these signals, it "provides" them. The word is completely appropriate and clear. There is no need for any further interpretation to one of ordinary skill in the art.

**K.    Indication of Access Speed**

72.    The term "Indication of Access Speed" is used in the following claim elements of the following claims:

Claim 1, 2nd element: a memory controller unit configured to receive an **indication of access speed** of said at least one memory module, and to provide, during access of said at least one memory module, an appropriate access timing commensurate with said received **indication of access speed**. ('100 patent, col. 11 ll. 48-53)

Claim 2. The memory system according to claim 1, wherein: said at least one memory module comprises a plurality of memory modules, said memory controller unit being further configured to select a selected one of said plurality of memory modules, to receive said **indication of access speed** of said selected one of said plurality of memory modules, and to provide, during access of said selected one of said plurality of memory modules, an appropriate access timing commensurate with said received **indication of access speed**. ('100 patent, col. 12 ll. 1-10)

Claim 4. a memory controller unit configured to receive a memory access request from said CPU via said system bus, said memory

-30-

controller unit being operatively coupled to one of more memory modules via a memory bus, said memory controller unit being configured to receive an **indication of access speed** of said at least one memory module, and to provide, during access of said at least one memory module in response to said memory access request, an appropriate access timing commensurate with said received **indication of access speed**. ('100 patent, col. 12 ll. 17-27)

Claim 5. The computer system according to claim 4, wherein: said at least one memory module comprises a plurality of memory modules, said memory controller unit being further configured to select a selected one of said plurality of memory modules, to receive said **indication of access speed** of said selected one of said plurality of memory modules, and to provide, during access of said selected one of said plurality of memory modules in response to said memory access request, an appropriate access timing commensurate with said received **indication of access speed**. ('100 patent, col. 12 ll. 28-38)

Claim 7. The memory system according to claim 1, wherein: said memory controller unit is configured to receive an **indication of access speed** of said at least one memory module during an initialization of said memory system. ('100 patent, col. 12 ll. 39-42)

Claim 8. The computer system according to claim 4, wherein: said memory controller unit is to receive an **indication of access speed** of said at least one memory module from said CPU during an initialization of said memory system. ('100 patent, col. 12 ll. 43-46)

73.    The construction of "indication of access speed" is illuminated by the specification that provides:

"The AHCMATCH* signal is output from the matched MU to the MCU 14; the assertion of AHCMATCH* being caused by the generation of MATCHED* and also a MU jumper or switch which indicates that DRAMs having a specified speed are installed. AHCMATCH* is a status signal to the MCU 14 which indicates that the MU is adding one half of a MEMCLK cycle to the memory access to accommodate the timing requirements of the DRAMs. For example, if faster access DRAMs are installed the jumper may not be set and AHCMATCH* is therefore not asserted. ('100 Patent, Col. 8, lines 22-31.)

This portion of the specification describes an embodiment of the system. In the embodiment of the system, an AHCMATCH* signal is shown and described. The AHCMATCH* signal is provided over a wire in the embodiment and conveys data that can have a value of "0" or "1." The AHCMATCH* signal is not asserted when faster access DRAMs are installed (indicating

-31-

1    DRAMs with faster read/write access speeds) and is asserted when slower access DRAMs are

2    installed so that the AHCMATCH* signal indicates the read/write speed of the memory module.

3         74.    This embodiment provides one example of how the memory controller receives an

4    indication of access speed of at least one memory module.  However, in the claim, this indication

5    need only be some type of computer information provided to the memory controller.  The claims

6    do not specify that the indication needs to come from the memory module.  The indication only

7    needs to provide information about the access speed of the memory module.  As the word

8    "indication" is very broad, in the context of computer memory systems, an indication would be

9    understood to be any type of data.  This data could be in the form of a signal such as that

10   described in the embodiment.  It could also be multiple signals encoded to provide the required

11   indication.  It could also be digital data passed on a common bus to the memory controller.  It

12   could also be data received via a computer program and stored in the memory controller in a

13   register.  Any of these forms one of ordinary skill in the art would recognize as an "indication of

14   access speed."

15        75.    One of ordinary skill in the art would recognize that the "access speed" of a

16   memory module is the rate at which a memory item can be read from or written to the memory

17   module.  For example, if one million bytes of data can be read or written to a memory module

18   every second, then one of ordinary skill in the art would say that the access speed is "one

19   megabyte/second."  Hence the access speed of a memory module is simply the rate or speed at

20   which memory items can be read or written to the memory module

21        76.    Hence, because an indication is any form of data which provides the necessary

22   information and the access speed is the speed at which data is read from or written to memory,

23   one of ordinary skill in the art would construe "indication of access speed" to be "data that

24   identifies the read/write speed of the memory module."

25   **L.**    **Access timing**

26        77.    The term "Access Timing" is used in the following claim elements of the

27   following claims:

28          Claim 1, 2nd Element: a memory controller unit configured to

-32-

receive an indication of access speed of said at least one memory
module, and to provide, during access of said at least one memory
module, an appropriate **access timing** commensurate with said
received indication of access speed.  ('100 patent, col. 11 ll. 48-53)

Claim 2: The memory system according to claim 1, wherein: said at
least one memory module comprises a plurality of memory
modules, said memory controller unit being further configured to
select a selected one of said plurality of memory modules, to
receive said indication of access speed of said selected one of said
plurality of memory modules, and to provide, during access of said
selected one of said plurality of memory modules, an appropriate
**access timing** commensurate with said received indication of
access speed.  ('100 patent, col. 12 ll. 1-10)

Claim 4, 2nd element: a memory controller unit configured to
receive a memory access request from said CPU via said system
bus, said memory controller unit being operatively coupled to one
of more memory modules via a memory bus, said memory
controller unit being configured to receive an indication of access
speed of said at least one memory module, and to provide, during
access of said at least one memory module in response to said
memory access request, an appropriate **access timing**
commensurate with said received indication of access speed.  ('100
patent, col. 12 ll. 17-27)

Claim 5: The computer system according to claim 4, wherein: said
at least one memory module comprises a plurality of memory
modules, said memory controller unit being further configured to
select a selected one of said plurality of memory modules, to
receive said indication of access speed of said selected one of said
plurality of memory modules, and to provide, during access of said
selected one of said plurality of memory modules in response to
said memory access request, an appropriate **access timing**
commensurate with said received indication of access speed.  ('100
patent, col. 12 ll. 28-38)

78.    In claim 1 of the '100 patent, the memory controller must provide the necessary

access timing commensurate with the received indication of the access speed of the memory

module.  One of ordinary skill in the art would understand that the access timing is simply the

timing of the signals which control the access of data between the memory controller and memory

module.  A memory module must have specific signals which operate with specific timing to

perform a reliably correct data transfer.  The primary task of the memory controller is to provide

these signals with this specific timing.  For example, in most modern computer systems, the

DRAM memory chips expect a Column Address Strobe (CAS) followed by one or more Row

Address Strobes (RAS).  The memory controller supplies these signals and does so with very

-33-

1    specific timing requirements. If the memory controller were to activate the control signals out of

2    order or were not to provide these control signals for a sufficient period of time, the memory

3    modules containing the DRAM chips would not correctly supply or receive the data and the

4    memory system would not operate correctly. Only by following very specific timing

5    requirements dictated by the manufacturers of the DRAMs in the memory modules, will the

6    memory system operate correctly.

7        79.    The specification supports this understanding. For example, Figures 5-12 in the

8    '100 Patent are timing diagrams that show memory access signal timing for different read/write

9    operations. ('100 Patent, Col. 3 ll. 34-56). Thus, Figures 5-12 of the '100 patent show the access

10   timing for various memory access signals for different memory access types or a refresh

11   operation. Note that, in each of the timing diagrams for each of the different memory access

12   types or a refresh operation, the memory clock signal, MEMCLOCK, has a fixed period so that

13   the rate of the memory clock signal in the '100 patent does not change.

14       80.    For example, Figure 5 of the '100 patent, shown in Exhibit U, illustrates the timing

15   of the access signals for a double-word read type memory access. In the double-word read type

16   memory access, the RAS* signal (which is one of the memory access signals) has a timing which

17   is 3 clock cycles wide (from MEMCLK 2 to MEMCLK 5). This 3 clock cycle wide timing of

18   the RAS* signal accommodates the access speed of the memory module for one type of memory

19   access. In contrast, Figure 7 of the '100 patent, shown in Exhibit V, illustrates the timing of the

20   access signals for a consecutive quad-word read type memory access. In the consecutive quad-

21   word read type memory access, the RAS* signal has a timing of 5 clock cycles wide (from

22   MEMCLK 2 to MEMCLK 7) so in this case, the RAS* signal has a different timing (5

23   MEMCLK cycles) that accommodates the access speed of the memory module for a different

24   type of memory access.

25       81.    In the claims of the '100 patent, once the memory controller receives its indication

26   of the access speed of the memory module, it is then able to provide the appropriate access

27   timing of the control signals commensurate with this received indication of the access timing.

28   Because the access timing is the specific timing of the signals which control the memory transfer

-34-

between the memory controller and the memory module, it is clear to one of ordinary skill in the art that "access timing should be construed to be "timing of a signal used to control the read/write access of the memory module."

**M.     Commensurate with**

82.     The term "Commensurate with" is used in the following claim elements of the following claims:

> Claim 1, 2nd element: a memory controller unit configured to receive an indication of access speed of said at least one memory module, and to provide, during access of said at least one memory module, an appropriate access timing **commensurate with** said received indication of access speed. ('100 patent, col. 11 ll. 48-53)

> Claim 2: The memory system according to claim 1, wherein: said at least one memory module comprises a plurality of memory modules, said memory controller unit being further configured to select a selected one of said plurality of memory modules, to receive said indication of access speed of said selected one of said plurality of memory modules, and to provide, during access of said selected one of said plurality of memory modules, an appropriate access timing **commensurate with** said received indication of access speed. ('100 patent, col. 12 ll. 1-10)

> Claim 4, 2nd element: a memory controller unit configured to receive a memory access request from said CPU via said system bus, said memory controller unit being operatively coupled to one of more memory modules via a memory bus, said memory controller unit being configured to receive an indication of access speed of said at least one memory module, and to provide, during access of said at least one memory module in response to said memory access request, an appropriate access timing **commensurate with** said received indication of access speed. ('100 patent, col. 12 ll. 17-27)

> Claim 5: The computer system according to claim 4, wherein: said at least one memory module comprises a plurality of memory modules, said memory controller unit being further configured to select a selected one of said plurality of memory modules, to receive said indication of access speed of said selected one of said plurality of memory modules, and to provide, during access of said selected one of said plurality of memory modules in response to said memory access request, an appropriate access timing **commensurate with** said received indication of access speed. ('100 patent, col. 12 ll. 28-38)

83.     In claims 1, 2, 4 and 5 of the '100 patent, the access timing must be commensurate with the received indication of the access speed of the memory module. This means that the

-35-

1    access timing provided by the memory controller must take into account the access speed of the

2    memory module and only generate access signals with the appropriate timing compatible with

3    this allowed access speed.

4        84.    For example, assume that a memory controller receives an indication that the

5    memory modules can read and write data at a maximum speed of 1 megabyte per second. The

6    memory module must then be sure to only generate control signals with an access timing that

7    reads or write data at a rate of at most 1 megabyte per second. Attempting to read or write data at

8    a higher rate than this will cause the data to not transfer reliably and the memory system will fail.

9    Therefore, to use an appropriate access timing commensurate with the received indication of

10   access speed means to employ an access timing that will operate correctly for the declared speed

11   of the memory module. Hence, one of ordinary skill would construe the term "commensurate

12   with" in this context to mean to accommodate the timing requirements of the memory module.

13       I declare under the penalty of perjury under the laws of the United States of America that

14   the foregoing is true and correct. This declaration is executed on this 9th day of June, 2008, at

15   Cincinnati, Ohio.

16

17                                          DR. ROBERT G. WEDIG

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DR. ROBERT G. WEDIG IN SUPPORT OF SAMSUNG ELECTRONICS CO., LTD.'S
OPENING CLAIM CONSTRUCTION BRIEF/CASE NO. C 07-4748 VRW