# EXHIBIT C

## Programming Example – No Interrrupt Routine

CPU fetches each instruction sequentially from the program unless an instruction commands the CPU to change the order of fetching.

Checking Account Program

01  Fetch Checking_Balance
02  If No More Checks to Be Processed Go to Line 7
03  Read Next Check_Amount From Memory
04  Checking_Balance = Checking_Balance – Check_Amount
05  If Checking_Balance ≥ 0 Go to Line 2
06  Print Message "Insufficient Funds to Cash Check"
07  Quit Program

Exhibit C