# EXHIBIT D

# Programming Example – With Interrupt Routine

- User types a key, causing an interrupt.
- Program is interrupted after line 3 and the CPU starts to execute the interrupt routine.
- Interrupt routine fetches the data code of the typed key and saves it in a queue of typed keys.
- CPU returns back to the main routine and fetches and starts to execute line 4.

Checking Account Program

01 Fetch Checking_Balance
02 If No More Checks to Be Processed Go to Line 7
03 Read Next Check_Amount From Memory

**INTERRUPT**

04 Checking_Balance = Checking_Balance – Check_Amount
05 If Checking_Balance ≥ 0 Go to Line 2
06 Print Message "Insufficient Funds to Cash Check"
07 Quit Program

**INTERRUPT ROUTINE**

A Save CPU data of interrupted program
B Fetch data code of typed character on the keyboard
C Put key in queue of typed keys
D Return data saved from interrupted program to CPU
E Return to the interrupted program

Exhibit D