# EXHIBIT E



'273 Patent, Figure 7 – Keyboard Block Diagram