# EXHIBIT J

# '273 Patent, Figure 7 – First and Second Interrupt Signal Lines

What is claimed is:

1. A system for providing a built-in function in an ISA-compatible computer in response to activation of a selected combination of user activated keys, comprising: . . .

a keyboard controller connected to said keyboard to monitor said conventional keys and said additional function key to detect when at least one of said keys is activated, said keyboard controller having first and second interrupt signal lines connected to said ISA-compatible computer, said keyboard controller responsive to an activation of at least one of said conventional keys to activate a first interrupt signal to said ISA-compatible computer on said first interrupt signal line, said keyboard controller responsive to an activation of said additional function key in combination with at least one of said conventional alphanumeric keys to generate a second interrupt signal to said ISA-compatible computer on said second interrupt signal line;



Figure 7

Exhibit J