# EXHIBIT L

## '273 Patent, Figure 6 – Activation of First Interrupt Signal

What is claimed is:

1. A system for providing a built-in function in an ISA-compatible computer in response to activation of a selected combination of user activated keys, comprising: ....

a first conventional interrupt handling routine within said ISA-compatible computer responsive to said first interrupt signal from said keyboard controller to input data scan codes from said keyboard; and



Figure 6

Exhibit L