# EXHIBIT M

## '273 Patent, Figure 6 – Activation of Second Interrupt Signal

What is claimed is:

1. A system for providing a built-in function in an ISA-compatible computer in response to activation of a selected combination of user activated keys, comprising: . . .

a second non-conventional interrupt handling routine within said ISA-compatible computer responsive to said second interrupt signal from said keyboard controller to input an identification of said activated alphanumeric key and to perform a predetermined function selected by said identified alphanumeric key.



Figure 6

Exhibit M