# EXHIBIT N

# Peter Norton: Inside the IBM PC, 1986

Brady
The classic, definitive work on the IBM PC—
now fully revised and enlarged by the world's leading
expert on IBM microcomputers
PETER NORTON
INSIDE THE
IBM
PC
Access to Advanced Features and Programming
REVISED AND ENLARGED

Inside the IBM PC, Revised and Enlarged

Copyright © 1986 by Brady Communications Company, Inc.
All rights reserved
including the right of reproduction
in whole or in part in any form

A Brady Book
Published by Prentice Hall Press
A Division of Simon & Schuster, Inc.

Gulf + Western Building
One Gulf + Western Plaza
New York, NY 10023

PRENTICE HALL PRESS is a trademark of Simon & Schuster, Inc.

Library of Congress Cataloging in Publication Data

Norton, Peter, 1943-
Inside the IBM PC.

Bibliography, p. 361
Includes index.
1. IBM microcomputers. I. Title.
QA76.8.I2594N67 1985 004.165 85 25562
ISBN 0-89303-583-1 (paper edition)
ISBN 0-13-467325-5 (book/disk)

Printed in the United States of America

86 87 88 89 90 91 92 93 94 95 96 5 6 7 8 9 10

Exhibit N

# Peter Norton: Inside the IBM PC, 1986

Here is what happens when you or I press a key on our computer's keyboard: the keyboard recognizes that we've pressed one of the keys and makes a note of it. (The keys are assigned an identifying number, called a scan code, and that's what the keyboard makes a note of—that key number such-and-such has been pressed. You'll see what the identifying scan code numbers are for the standard PC keyboard in Figure 14-1.)

relationship between the keyboard and our computers (and the computer's built-in ROM-BIOS programs).

Here is what happens when you or I press a key on our computer's keyboard: the keyboard recognizes that we've pressed one of the keys and makes a note of it. (The keys are assigned an identifying number, called a scan code, and that's what the keyboard makes a note of—that key number such-and-such has been pressed. You'll see what the identifying scan code numbers are for the standard PC keyboard in Figure 14-1.)

After the keyboard has made a note of the fact that we've pressed a key, it tells the computer that something has happened—it doesn't even say what, it just says that *something* has happened on the keyboard. That's done in the form of a hardware interrupt. The keyboard circuitry gives our computer's microprocessor an interrupt using the particular interrupt number that's assigned to the keyboard, interrupt number 9. That interrupt simply tells the computer that there has been a keyboard action. Interrupts, as we learned in Chapter 6, cause the microprocessor to put aside what it was doing and jump to an ***interrupt-handling program***; in this case; one that is an integral part of the PC's ROM-BIOS software.

At that point, the ROM-BIOS's keyboard interrupt handler swings into action, and finds out just what took place on the keyboard. It does that by sending a command to the keyboard to report what happened. The keyboard responds by telling the ROM-BIOS which key was pressed. (The command and the reply work through the PC's ***ports***, which we also discussed in Chapter 6. The ROM-BIOS issues its command by sending a command code out to a port address that the keyboard responds to. The keyboard

Inside the IBM PC, p. 218

Exhibit N

# Peter Norton: Inside the IBM PC, 1986

Figure 14-1. Keyboard keys and scan codes.

Inside the IBM PC, p. 219

Exhibit N