# EXHIBIT O



Phoenix 80286 Advanced ROM BIOS; Vol. 1: CBIOS



Phoenix
80286
Advanced
ROM BIOS

IBM* PS/2 - Compatible

Technical Reference

## Abstract

### Description

The Phoenix 80286 Advanced ROM BIOS consists of a set of ROM-based services and a power-on self test routine that tests the proper operation of every system component every time a system is turned on. Each service supports one type of peripheral or system board device.

### ABIOS/CBIOS design difference

Phoenix's Advanced ROM BIOS consists of two parts: the CBIOS and the ABIOS. The Phoenix 80286 Advanced ROM BIOS™ (IBM* PS/2*-compatible) serves to insulate the operating system from direct manipulation of system hardware. The differences between the CBIOS and the ABIOS portions of the Phoenix 80286 Advanced ROM BIOS lie in the kind of operating systems each is designed to support.

- ABIOS is designed specifically to support multitasking operating systems (e.g. MS* OS/2) that execute exclusively in the Intel 80286 processor's real mode, exclusively in protected mode, or bimodally — switching between real and protected modes.
- CBIOS is designed to support single-tasking operating systems (e.g. MS-DOS*) that execute exclusively in the Intel 80286 processor's real mode.

### Enhancements for version 1.02

Version 1.02 enhancements include:

- Support for the CHIPS/250™ chip set, including ROM shadowing and initializing chip registers as specified by manufacturers.
- BIOS allows direct engineering control in a hardware test environment, used in conjunction with the Phoenix Reference Diskette.
- Weitek 1167 math coprocessor support is available.
- enhanced feature control.
- end user control of F1 key requirement when keyboard, diskette, or video fail during POST, allowing end user control of configuration for nonstandard systems.

Exhibit O

Phoenix 80286 Advanced ROM BIOS; Vol. 1: CBIOS

*Phoenix*

**Phoenix
80286
Advanced
ROM BIOS**

IBM PS 2 - Compatible

Technical Reference

**Copyright**

Second edition, revised January, 1989

Copyright © 1987-1989 by Phoenix Technologies Ltd. All rights reserved. Except for use in review, the reproduction of this work by any electronic, mechanical, or other means now known or hereafter invented (including xerography, photocopying, and recording), or the utilization of any form of this work in any information storage and retrieval system is forbidden without the express written permission of Phoenix Technologies Ltd., 846 University Avenue, Norwood, MA 02062-3950.

Printed in U.S.A.

Exhibit O

Phoenix 80286 Advanced ROM BIOS; Vol. 1: CBIOS

```
                                                    [Keyboard]
                                                         |
                                                         v
                                              Keyboard
                                              Make/Break
                                              Scan Codes
                                                         |
                                                         v
                                              ┌──────────────┐
                                              │    8042      │
                                              │  Keyboard    │
                                              │  Controller  │
                                              └──────────────┘
                                                         |
                                                         v
                                              Make/Break
                                              System
                                              Scan Code
                                                         |
                                                         v
                    ┌──────────────┐          ┌──────────────┐
                    │   Shift/     │          │              │
                    │   Toggle     │ <------> │   INT 09h    │
                    │   State      │          │              │
                    │   Flags      │          └──────────────┘
                    └──────────────┘                    ^
                                                         |
                                                         v
                                              16-Bit
                                              Character
                                              Codes
                                                         |
                                                         v
                                              ┌──────────────┐            Internal
                                              │   INT 16h    │  <------>  Function
                                              └──────────────┘            Requests
                                                         |
                                                         v
                                              84-Key
                                              Filter ?
                                                         |
                                                         v
                                              ┌──────────────┐
                                              │    DOS       │
                                              │     or       │
                                              │ Applications │
                                              │   Software   │
                                              └──────────────┘

    └──────── Step III. ────────┘  └──── Step II. ────┘  └──── Step I. ────┘
```

Phoenix 80286 Advanced ROM BIOS Technical
Reference, Vol. 1: CBIOS, January 1989, page 8-4

Exhibit O

Phoenix 80286 Advanced ROM BIOS; Vol. 1: CBIOS

**Step I.**

8042 Keyboard Controller translates keyboard make or break scan codes into make or break System Scan Codes. 8042 System Scan Codes are the only codes the INT 09h keyboard service can interpret.

**Step II.**

INT 09h accepts the System Scan Codes placed at Port 60h by the 8042 Keyboard Controller and processes each code as follows:

1. System Scan Codes which correspond to the keyboard shift or toggle keys (Shift, Alt, Ctrl, Caps Lock, Num Lock or, Scroll Lock) cause INT 09h to update the Shift/Toggle data variables located in segment 40h of system RAM.

2. System Scan Codes corresponding to non-shift/toggle keys are first compared to the Shift/Toggle state data to see if the shift or toggle of the Character Code corresponding to that key should be generated. For example, the Character Code for a shifted "A" key is different from the one for an unshifted "a" key. If no shift/toggle state data applies, then INT 09h generates the unshifted Character Code for that key. All Character Codes occupy one word and are placed by INT 09h into a 16-word keyboard buffer.

3. Some combinations of Shift and Toggle keys (such as Ctrl/Break) and of Shift keys and non-shift keys (such as Ctrl/Alt/Del) are interpreted by INT 09h as a request for internal function services.

**Step III.**

When invoked by the operating system or by a software application, INT 16h acts on the contents of the 16-word Keyboard Character Code buffer. If desired, character codes can be filtered for compatibility with application software that accepts only those character codes generated by 84-key keyboards.