# EXHIBIT P





Phoenix 80286 Advanced ROM BIOS; Vol. 2: ABIOS

**Phoenix 80286 Advanced ROM BIOS**
IBM® PS/2®-Compatible
Vol. 2: ABIOS

Technical Reference

## Abstract

### Description

The Phoenix 80286 Advanced ROM BIOS consists of a set of ROM-based services and a power-on self test routine that tests the proper operation of every system component every time a system is turned on. Each service supports one type of peripheral or system board device.

### ABIOS/CBIOS design difference

Phoenix's Advanced ROM BIOS consists of two parts: the CBIOS and the ABIOS. The Phoenix 80286 Advanced ROM BIOS™ (IBM® PS/2®-compatible) serves to insulate the operating system from direct manipulation of system hardware. The differences between the CBIOS and the ABIOS portions of the Phoenix 80286 Advanced ROM BIOS lie in the kind of operating systems each is designed to support.

- ABIOS is designed specifically to support multitasking operating systems (e.g. IBM OS/2™) that execute exclusively in the Intel 80286 processor's real mode, exclusively in protected mode, or bimodally — switching between real and protected modes.
- CBIOS is designed to support single-tasking operating systems (e.g. MS-DOS®) that execute exclusively in the Intel® 80286 processor's real mode.

### Enhancements for version 1.02

Version 1.02 enhancements include:

- support for the C&T CHIPS/250 chip set, including ROM shadowing and initializing chip registers as specified by manufacturers.
- BIOS allows direct engineering control in a hardware test environment, used in conjunction with the Phoenix Reference Diskette.
- Weitek coprocessor support is available.
- Intel 82385 Cache Controller support is available.
- enhanced feature control.
- end user control of F1 key requirement when keyboard, diskette, or video fail during POST, allowing end user control of configurator for nonstandard systems.

Phoenix 80286 Advanced ROM BIOS; Vol. 2: ABIOS

Phoenix
80286
Advanced
ROM BIOS

IBM® PS/2™-Compatible

Vol. 2: ABIOS

Technical Reference

## Copyright

Second edition, revised January, 1989

Copyright © 1987-1989 by Phoenix Technologies Ltd. All rights reserved. Except for use in review, the reproduction of this work by any electronic, mechanical, or other means now known or hereafter invented (including xerography, photocopying, and recording), or the utilization of any form of this work in any information storage and retrieval system is forbidden without the express written permission of Phoenix Technologies Ltd., 846 University Avenue, Norwood, MA 02062-3950.

Printed in U.S.A.

Exhibit P



Phoenix 80286 Advanced ROM BIOS, Vol. 2: ABIOS, January 1989, page 10-5