# EXHIBIT Q



'273 Patent, Figure 4 – IRQ1 is Not Passed on the ISA Bus