# EXHIBIT R

# '273 Patent, Figure 6 - Interrupt Vector

6. The system for servicing keyboard interrupts as defined in claim 5, further comprising an interrupt controller coupled to said keyboard controller, said interrupt controller generating one of a plurality of interrupt vectors, said vector depending upon said interrupt signal.

7. The system for servicing keyboard interrupts as defined in claim 6, further comprising a Central Processing Unit coupled to said interrupt controller, said Central Processing Unit indexing one of a plurality of memory locations, said memory location depending upon said interrupt vector.



Figure 6

Exhibit R