**EXHIBIT S**



Figure 1 of the '100 patent

FIG. 1