# EXHIBIT T



FIG. 4

Figure 4 of the '100 patent