# EXHIBIT V



Figure 7 of the '100 patent

FIG. 7