UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

VAUGHN R. WALKER
United States District Chief Judge

DATE:   June 10, 2008

COURTROOM DEPUTY: Cora Klein          Court Reporter:     Debbie Pas

CASE NO.  C 07-4748   VRW

TITLE:   Wistron Corp v Samsung Electronics Co

COUNSEL FOR PLAINTIFF:                COUNSEL FOR DEFENDANT:
Harold Davis, Christy LaPierre        Sal Lim

Peter Wied of Paul Hastings - counsel for Quanta


PROCEEDINGS:
    **Telephone conference re discovery dispute re**
    1. Third-party information
    2. Inventorship details


RESULTS:
    The Court heard argument from counsel.
    A further telephone conference has been scheduled for June 13, 2008 at 3:00 p.m.
    on the following issues:
    1. Wistron's third-party subpoena
    2. Further discussions re inventorhip details
    3. Production of Quanta's privilege documents
    4. 30 (b)(6) depositions
    5. Samsung's failure to provide responsive information to Wistron's interog no. 13.
    6. Reduction of expert reports of Drs Meyer and Wetig.

Wistron shall furnish the court the third-party subpoena and a list of the documents in the privilege log.
Samsung shall supplement it's response to interog. no. 1 and shall response to interog. no. 13.