# Exhibit 3

**Davis, Harold H. Jr.**

| | |
|---|---|
| **From:** | Davis, Harold H. Jr. |
| **Sent:** | Monday, May 12, 2008 11:11 PM |
| **To:** | 'Lim, Sal'; Day, Elizabeth |
| **Cc:** | Bettinger, Michael; Walker, Timothy |
| **Subject:** | Wistron v. Samsung - Witnesses for 30(b)(6) deposition notices |

Elizabeth:

As requested, here is a list of Wistron's expected witnesses for the various 30(b)(6) topics. As you can see, Wistron intends to produce five (5) witnesses to respond to the 66 30(b)(6) topics [It is my understanding that Samsung has withdrawn topics 19, 20 per our meet-and-confer on Wistron's objections to Samsung's 30(b)(6) notices to Wistron].

Each witness will be provided for a maximum of 10 hours of deposition time [since English-Chinese interpretation is required], not including breaks as per the Court's case management order, the Federal Rules, and the parties' previous agreement. Wistron will only provide each witness to testify regarding all of their designated topics at one time. The witnesses not be recalled on separate days unless it is a continuation from a recess in the previous day testimony.

Per your request, we will be providing Brian Chong and Stone Shih first as they are testifying on what may broadly be categorized as "financial" topics. It is our understanding that you have requested these witnesses to testify before May 31 to accommodate Samsung counsel's schedule.

Wistron will provide its witnesses for deposition at the Sherwood Hotel in Taipei, ROC as requested by Samsung. Please let us know by **Thursday**, the name of the court reporter, videographer (if any), and interpreter Samsung has retained for the depositions. Also, if you know, please let us know which conference room at the Sherwood you have reserved and what time you would like to begin each day (9:00 AM, 9:30 AM, or 10:00 AM).

We expect Samsung to reciprocate the courtesies that we have shown them regarding party depositions, namely, a] providing Samsung witnesses in a location in Seoul selected by Wistron (or in the United States if mutually agreeable), b] disclosing which witnesses will testify on which topics on behalf of the corporation at least two weeks prior to the deposition.

## A. Technical topics

| Topic # | Witness |
|---|---|
| 1 | Jin Tsao |
| 2 | Jin Tsao |
| 3 | Jin Tsao |
| 4 | Jin Tsao |
| 5 | Jeff Lee |
| 6 | Jin Tsao; Jeff Lee |
| 7 | Jin Tsao |
| 8 | Jeff Lee |
| 9 | Jeff Lee |
| 10 | Scott Lin |
| 11 | Scott Lin |
| 12 | Scott Lin |
| 13 | Scott Lin |
| 14 | Brian Chong |
| 15 | Brian Chong |

## B. General subjects

| Topic # | Witness |
|---|---|

| | |
|---|---|
| 1 | Brian Chong |
| 2 | Brian Chong |
| 3 | Brian Chong |
| 4 | Brian Chong |
| 5 | Brian Chong |
| 6 | Brian Chong |
| 7 | Brian Chong |
| 8 | Brian Chong |
| 9 | Brian Chong |
| 10 | Brian Chong |
| 11 | Brian Chong |
| 12 | Brian Chong |
| 13 | Brian Chong |
| 14 | Brian Chong |
| 15 | Brian Chong |
| 16 | Brian Chong |
| 17 | Brian Chong |
| 18 | Brian Chong |
| 19 | NO WITNESS - TOPIC WITHDRAWN |
| 20 | NO WITNESS - TOPIC WITHDRAWN |
| 21 | Stone Shih |
| 22 | Stone Shih |
| 23 | Stone Shih |
| 24 | Brian Chong |
| 25 | Brian Chong |
| 26 | Brian Chong |
| 27 | Jin Tsao |
| 28 | Scott Lin |
| 29 | Jeff Lee |
| 30 | Jin Tsao |
| 31 | Scott Lin |
| 32 | Jin Tsao; Jeff Lee |
| 33 | Jin Tsao |
| 34 | Scott Lin |
| 35 | Jeff Lee |
| 36 | Brian Chong |
| 37 | Brian Chong |
| 38 | Brian Chong |
| 39 | Brian Chong |
| 40 | Brian Chong |
| 41 | Brian Chong |
| 42 | Brian Chong |
| 43 | Brian Chong |
| 44 | Brian Chong |
| 45 | Brian Chong |
| 46 | Brian Chong |
| 47 | Brian Chong |
| 48 | Brian Chong |
| 49 | Brian Chong |
| 50 | Brian Chong |
| 51 | Brian Chong |

| | |
|---|---|
| 52 | Brian Chong |
| 53 | Stone Shih |

_____

Harold H. Davis, Jr. Esq.
**K&L Gates**
55 Second St., Suite 1700
San Francisco, CA 94105
(415) 249.1008
(415) 882.8220 (fax)
harold.davis@klgates.com
www.klgates.com

**Tracking:** | **Recipient** | **Read**
--- | --- | ---
 | 'Lim, Sal' |
 | Day, Elizabeth |
 | Bettinger, Michael | Read: 05/13/2008 8:18 AM
 | Walker, Timothy |
 | Dhillon, Jas | Read: 05/12/2008 11:15 PM
 | Chen, Howard (SF) | Read: 05/13/2008 5:23 AM
 | LaPierre, Christy V. | Read: 05/13/2008 7:15 AM
 | Williams, Cathy J. | Read: 05/13/2008 8:26 AM