# Exhibit 4

## Davis, Harold H. Jr.

| | |
|---|---|
| **From:** | Davis, Harold H. Jr. |
| **Sent:** | Tuesday, May 13, 2008 4:43 PM |
| **To:** | 'Day, Elizabeth'; Lim, Sal |
| **Cc:** | Bettinger, Michael; Walker, Timothy; Fowler, Mark |
| **Subject:** | RE: Wistron v. Samsung - Witnesses for 30(b)(6) deposition notices |

Elizabeth:

I'm not sure how you arrived at 30 hours of deposition time. The fact is that we are producing five **(5)** witnesses. Samsung will get 10 hours with each witness - that's 50 hours of time. Samsung might not be pleased that it cannot have unlimited time to depose Wistron, but 50 hours for a single party over 8 days is hardly "unreasonable." If there is some additional reasonable time (an hour or so) that is needed and warranted, then we can address the issue at that time. The Federal Rules are pretty clear about limitations of depositions, and we agreed to additional time beyond 7 hours per witness (up to 10 hours) only due to translation needs. Samsung's overly broad, and indeed "unreasonable" sixty-six different topics are the cause of this situation, not any action by Wistron. Despite Samsung's "intent", this deposition will only last for 10 hours per witness for a total of 50 hours. If Samsung feels that it needs additional time, beyond the 50 hours allotted, then it will need to seek relief from the Court.

_____

Harold H. Davis, Jr. Esq.
**K&L Gates**
55 Second St., Suite 1700
San Francisco, CA 94105
(415) 249.1008
(415) 882.8220 (fax)
harold.davis@klgates.com
www.klgates.com

_____

**From:** Day, Elizabeth [mailto:Elizabeth.Day@dlapiper.com]
**Sent:** Tuesday, May 13, 2008 3:03 PM
**To:** Davis, Harold H. Jr.; Lim, Sal
**Cc:** Bettinger, Michael; Walker, Timothy; Fowler, Mark
**Subject:** RE: Wistron v. Samsung - Witnesses for 30(b)(6) deposition notices

Hal:

Thanks for providing this information.

With respect to Samsung's deposition notice on technical topics, it appears that Wistron is limiting Samsung to about 30 hours of deposition time. As there are 15 topics covering three different patents and 48 different Wistron notebook projects, this short amount of time is unreasonable. As you know, the case management order signed by Judge Walker provides that the parties should be given a reasonable amount to time to conduct rule 30(b)(6) depositions. Samsung will proceed with this deposition in an efficient manner, but if Samsung is not finished with its examination of Wistron's witnesses after the arbitrary time limit set by Wistron, Samsung intends to continue with the deposition until it is completed.

Of course, Samsung will return the same courtesy when it is Wistron's turn to take Samsung's deposition in Korea. Please let us know if you have any questions or concerns.

**From:** Davis, Harold H. Jr. [mailto:Harold.Davis@klgates.com]
**Sent:** Monday, May 12, 2008 11:11 PM
**To:** Lim, Sal; Day, Elizabeth
**Cc:** Bettinger, Michael; Walker, Timothy
**Subject:** Wistron v. Samsung - Witnesses for 30(b)(6) deposition notices

Elizabeth:

As requested, here is a list of Wistron's expected witnesses for the various 30(b)(6) topics. As you can see, Wistron intends to produce five (5) witnesses to respond to the 66 30(b)(6) topics [It is my understanding that Samsung has withdrawn topics 19, 20 per our meet-and-confer on Wistron's objections to Samsung's 30(b)(6) notices to Wistron].

Each witness will be provided for a maximum of 10 hours of deposition time [since English-Chinese interpretation is required], not including breaks as per the Court's case management order, the Federal Rules, and the parties' previous agreement. Wistron will only provide each witness to testify regarding all of their designated topics at one time. The witnesses not be recalled on separate days unless it is a continuation from a recess in the previous day testimony.

Per your request, we will be providing Brian Chong and Stone Shih first as they are testifying on what may broadly be categorized as "financial" topics. It is our understanding that you have requested these witnesses to testify before May 31 to accommodate Samsung counsel's schedule.

Wistron will provide its witnesses for deposition at the Sherwood Hotel in Taipei, ROC as requested by Samsung. Please let us know by **Thursday**, the name of the court reporter, videographer (if any), and interpreter Samsung has retained for the depositions. Also, if you know, please let us know which conference room at the Sherwood you have reserved and what time you would like to begin each day (9:00 AM, 9:30 AM, or 10:00 AM).

We expect Samsung to reciprocate the courtesies that we have shown them regarding party depositions, namely, a] providing Samsung witnesses in a location in Seoul selected by Wistron (or in the United States if mutually agreeable), b] disclosing which witnesses will testify on which topics on behalf of the corporation at least two weeks prior to the deposition.

### A. Technical topics

| Topic # | Witness |
|---|---|
| 1 | Jin Tsao |
| 2 | Jin Tsao |
| 3 | Jin Tsao |
| 4 | Jin Tsao |
| 5 | Jeff Lee |
| 6 | Jin Tsao; Jeff Lee |
| 7 | Jin Tsao |
| 8 | Jeff Lee |
| 9 | Jeff Lee |
| 10 | Scott Lin |
| 11 | Scott Lin |
| 12 | Scott Lin |
| 13 | Scott Lin |
| 14 | Brian Chong |
| 15 | Brian Chong |

### B. General subjects

| Topic # | Witness |
|---|---|
| 1 | Brian Chong |
| 2 | Brian Chong |
| 3 | Brian Chong |
| 4 | Brian Chong |
| 5 | Brian Chong |
| 6 | Brian Chong |
| 7 | Brian Chong |
| 8 | Brian Chong |
| 9 | Brian Chong |
| 10 | Brian Chong |
| 11 | Brian Chong |
| 12 | Brian Chong |
| 13 | Brian Chong |
| 14 | Brian Chong |
| 15 | Brian Chong |
| 16 | Brian Chong |
| 17 | Brian Chong |
| 18 | Brian Chong |
| 19 | NO WITNESS - TOPIC WITHDRAWN |
| 20 | NO WITNESS - TOPIC WITHDRAWN |
| 21 | Stone Shih |
| 22 | Stone Shih |
| 23 | Stone Shih |
| 24 | Brian Chong |
| 25 | Brian Chong |
| 26 | Brian Chong |
| 27 | Jin Tsao |
| 28 | Scott Lin |
| 29 | Jeff Lee |
| 30 | Jin Tsao |
| 31 | Scott Lin |
| 32 | Jin Tsao; Jeff Lee |
| 33 | Jin Tsao |
| 34 | Scott Lin |
| 35 | Jeff Lee |
| 36 | Brian Chong |
| 37 | Brian Chong |
| 38 | Brian Chong |
| 39 | Brian Chong |
| 40 | Brian Chong |
| 41 | Brian Chong |
| 42 | Brian Chong |
| 43 | Brian Chong |
| 44 | Brian Chong |
| 45 | Brian Chong |
| 46 | Brian Chong |
| 47 | Brian Chong |
| 48 | Brian Chong |
| 49 | Brian Chong |
| 50 | Brian Chong |
| 51 | Brian Chong |
| 52 | Brian Chong |
| 53 | Stone Shih |

―――――――――――――――――――――――
Harold H. Davis, Jr. Esq.
**K&L Gates**
55 Second St., Suite 1700
San Francisco, CA 94105
(415) 249.1008
(415) 882.8220 (fax)
harold.davis@klgates.com
www.klgates.com

This electronic message contains information from the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Harold.Davis@klgates.com.

Please consider the environment before printing this email.

―――――――――――――――――――――――――――――――――――――――――――――――――――

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message. To contact our email administrator directly, send to postmaster@dlapiper.com

Thank you.

―――――――――――――――――――――――――――――――――――――――――――――――――――

06/12/2008