# Exhibit 6

# [Filed Under Seal via Hand Delivery]