# Exhibit 7

# [Filed Under Seal via Hand Delivery]