# Exhibit 8

# [Filed Under Seal via Hand Delivery]