**K&L | GATES**

Kirkpatrick & Lockhart Preston Gates Ellis LLP
55 Second Street
Suite 1700
San Francisco, CA  94105-3493

T 415.882.8200     www.klgates.com

**June 12, 2008**

Harold.Davis@klgates.com

**VIA E-MAIL and Hand Delivery**

Judge Vaughn R. Walker
U.S. District Court, Northern District of California
450 Golden Gate Avenue, 17th Floor, Courtroom 6
San Francisco, CA 94102

Re:     *Wistron Corp. v. Samsung Electronics Co., Ltd.*, Case No. C 07-04748 VRW

Dear Judge Walker:

This letter is sent on behalf of all the parties in the above referenced litigation.  The parties appreciate the time that the Court has invested in these outstanding disputes and are pleased to announce that they have reached an agreement on a deposition protocol as set forth below.

On Friday, June 13, 2008, the Court ordered the parties to submit an agreed protocol for further deposition discovery.  On Monday, June 16, 2008, Lead Counsel for Wistron, Michael Bettinger, and counsel for Samsung, Elizabeth Day and Sal Lim met and conferred and agreed upon a protocol for the remaining depositions in the above referenced case:

1. Counsel defending and taking the depositions will refrain from all unnecessary and inappropriate hand and face gestures toward the deponent;

2. Responsive documents will be produced prior to the start of the deposition;

3. The parties will agree upon a mutually convenient day in Taiwan to complete the 30(b)(6) depositions of Wistron representatives Jin Tsao, Jeff Lee, and Scott Lin. Samsung will have 2 hours with each witness to complete the deposition;

4. Subject to Samsung's objections and further discussions during the meet and confer process, the parties have agreed that Samsung will produce a witness for Topics 6, 7, 12, 17 and 18 of Wistron's 30(b)(6) notice.  Wistron shall have the same amount of time afforded to Samsung, no more than approximately 56 hours.

Judge Walker
June 16, 2008
Page 2

Respectfully Submitted,

| **K&L GATES LLP** | **DLA Piper LLP** |
|---|---|
| /s/ Michael J. Bettinger /s/ | /s/ Sal Lim /s/ |