UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE:**   June 13, 2008

**COURTROOM DEPUTY:** Cora Klein          **Court Reporter:**    Debra Pas

**CASE NO.**  C 07-4748  VRW

**TITLE:**    Wistron Corporation v Samsung Electronics Co.

**COUNSEL FOR PLAINTIFF:**                **COUNSEL FOR DEFENDANT:**
Harold Davis, Christy LaPierre            Sal Lim

Peter Weid counsel for Quanta


**PROCEEDINGS:**
    Further Discovery Hearing (telephonic) held.


**RESULTS:**
    All further deposition re discovery shall be halted until further order by the court.

    All further depositions shall be taken only by Mark Fowler for Samsung and Michael Bettinger for Wistron without the participation of any other lawyer or paralegal.

    The parties shall submit an agreed protocol for further deposition discovery by noon Monday, June 16, 2008.