K&L|GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
55 Second Street
Suite 1700
San Francisco, CA 94105-3493

T 415.882.8200    www.klgates.com

June 17, 2008

christy.lapierre@klgates.com

**VIA E-FILING**
**VIA HAND DELIVERY**

The Honorable Vaughn R. Walker
U.S. District Court, Northern District of California
450 Golden Gate Avenue
17th Floor, Courtroom 6
San Francisco, CA 94102

Re:   *Wistron Corporation v. Samsung Electronics Co., Ltd.*
      Case No. C 07-04748 VRW

Dear Judge Walker:

1.   **Relevant Portions of Samsung's Privilege Log**
     Wistron is submitting the relevant portions of Samsung's privilege log, entitled, "Samsung's First Amended Privilege Log," dated June 12, 2008. The privilege log entries at issue are 857 and 987.


Very truly yours,

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Christy V. La Pierre

Wistron Corp v. Samsung Electronics Co., Ltd.
Samsung's Privilege Log

AC = Attorney/Client
WP = Work Product

# Wistron Corp. v. Samsung Electronics Co., Ltd.
## Case No. C 07-04748 (VRW)
### Samsung's First Amended Privilege Log

| Doc No. | Date | Author | Recipient | CC | Description | Privilege |
|---|---|---|---|---|---|---|
| 1 | 10/25/2000 | William Geary, Esq./Samsung Electronics (Assistant General Patent Counsel) | Byeong-Sung Cho/Samsung Electronics (Manager, Intellectual Property Team; Digital Media Research Center); Charles Donohoe, Esq./Samsung Electronics (General Patent Counsel); Min-Hyung Chung/Samsung Electronics (Senior Manager; Patent Group); Jae Ho Heo/Samsung Electronics (Senior Manager Legal & IP Team); Chung-Hwan Kim/Samsung Electronics (Manager; Legal & IP Team) | | Email re Inventec litigation | A/C |
| 2 | 3/10/1999 | William Geary, Esq./Samsung Electronics (Assistant General Patent Counsel) | Byeong-Sung Cho/Samsung Electronics (Manager; Intellectual Property Team; Digital Media Research Center) | | Memorandum re Inventec licensing negotiations | A/C |
| 3 | 3/8/1999 | Byeong-Sung Cho/Samsung Electronics (Manager; Intellectual Property Team; Digital Media Research Center) | William Geary, Esq./Samsung Electronics (Assistant General Patent Counsel) | | Memorandum re Inventec licensing negotiations | A/C |
| 4 | 2/24/1999 | Jay Wu/Inventec Corp. (Senior Manager, Legal Affairs Div.) | Min-Hyung Chung/Samsung Electronics (Senior Manager, Patent Group) | | Letter re Samsung Computer Patents | A/C |
| 5 | 1/26/2001 | William Geary, Esq./Samsung Electronics (Assistant General Patent Counsel) | Byeong-Sung Cho/Samsung Electronics (Manager; Intellectual Property Team; Digital Media Research Center) | | Email re licensing discussions | A/C |
| 6 | No Date | Sang Been Lee/Samsung Electronics (Manager; Corporate Technical Operations; Intellectual Assets Management Team; Patent Technology Group 2) | Mark Fowler, Esq./ Gray Cary Ware & Freidenrich LLP | | Product analysis | A/C |
| 7 | 1/26/1994 | Jerry T. Sewell, Esq./Knobbe, Martens, Olson & Bear | Lane O. Kagey/AST Research, Inc. | Jonathan B. Ortick, Esq./AST Research, Inc. (Senior Patent Counsel) | Letter re patents and applications identifying Charles F. Raasch as an Inventor | A/C |
| 8 | 12/1/1994 | Jerry T. Sewell, Esq./Knobbe, Martens, Olson & Bear | Jonathan B. Ortick, Esq./AST Research, Inc. (Senior Patent Counsel) | | Letter re status of '273 Patent Application including legal advisement | A/C |
| 9 | 9/1/1994 | Jerry T. Sewell, Esq./Knobbe, Martens, Olson & Bear | Jonathan B. Ortick, Esq./AST Research, Inc. (Senior Patent Counsel) | | Letter re status of '273 Patent Application including legal advisement | A/C |
| 10 | 6/23/1993 | Jerry T. Sewell, Esq./Knobbe, Martens, Olson & Bear | Randall G. Wick, Esq./AST Research, Inc. (Asst. General Counsel) | | Fax re status of applications of Charles Raasch including legal analysis | A/C |
| 11 | 6/17/1993 | Jerry T. Sewell, Esq./AST Research, Inc. (Asst. General Counsel) | Jerry T. Sewell, Esq./Knobbe, Martens, Olson & Bear | | Letter re draft response to Charles Raasch's request for status information and legal advisement | A/C |
| 12 | 5/25/1993 | Jerry T. Sewell, Esq./Knobbe, Martens, Olson & Bear | Randall G. Wick, Esq./AST Research, Inc. (Asst. General Counsel) | | Letter re status of '273 Patent Application including legal advisement | A/C |
| 13 | 5/19/1993 | Randall G. Wick, Esq./AST Research, Inc. (Asst. General Counsel) | Jerry T. Sewell, Esq./Knobbe, Martens, Olson & Bear | | Letter re status of '273 Patent Application regarding legal advisement | A/C |
| 14 | 5/12/1994 | Jerry T. Sewell, Esq./Knobbe, Martens, Olson & Bear | Jonathan B. Ortick, Esq./AST Research, Inc. (Senior Patent Counsel) | | Letter re status of '273 Patent Application including legal advisement | A/C |
| 15 | 3/19/1993 | Jerry T. Sewell, Esq./Knobbe, Martens, Olson & Bear | Randall G. Wick, Esq./AST Research, Inc. (Asst. General Counsel) | | Letter re progress and status of '273 Patent Application including legal analysis and advisement | A/C |
| 16 | 3/16/1994 | Sam Bethune/Knobbe, Martens, Olson & Bear (Assistant to Jerry T. Sewell, Esq.) | Jonathan B. Ortick, Esq./AST Research, Inc. (Senior Patent Counsel) | | Letter re status of '273 Patent Application including legal advisement | A/C |
| 17 | 1/21/1994 | Jerry T. Sewell, Esq./Knobbe, Martens, Olson & Bear | Janice P. Sutton/Sommerville & Rushton | Jonathan B. Ortick, Esq./AST Research, Inc. (Senior Patent Counsel); International Department/Knobbe, Martens, Olson & Bear | Letter re prosecution of European Patent Application including legal advisement | A/C |
| 18 | 1/28/1994 | Jerry T. Sewell, Esq./Knobbe, Martens, Olson & Bear | Jonathan B. Ortick, Esq./AST Research, Inc. (Senior Patent Counsel) | | Fax re Letter from Jerry Sewell to Lane O. Kagey at AST Research, Inc. relating research on patents and applications identifying Charles F. Raasch as an inventor | A/C |

20972889_3.XLS
6/12/2008

1

Wistron Corp v. Samsung Electronics Co., Ltd.
Samsung's Privilege Log

A/C = Attorney-Client
WP = Work Product

| Doc. No. | Date | Author | Recipient | Description | Privilege |
|---|---|---|---|---|---|
| 841 | 2/7/2000 | Michael H. Shanahan | Dong-Ho Lee, Samsung Electronics, Ltd. | Communication from outside patent counsel, Michael Shanahan to Samsung in-house patent counsel, Dong-Ho Lee, cc: outside patent counsel, Hyuk-Hoo Kwon, regarding App. Ser. No. 08/092,628 | A/C |
| 842 | 10/22/1999 | Michael H. Shanahan | Dong-Ho Lee, Samsung Electronics, Ltd. | Communication from outside patent counsel, Michael Shanahan to Samsung in-house patent counsel, Dong-Ho Lee regarding App. Ser. No. 08/092,628 | A/C |
| 843 | 8/26/1993 | Koryo Int'l Patent & Law Office | File | Handwritten notes on communication from United States Patent and Trademark Office regarding App. Ser. No. 08/092,628 | A/C |
| 844 | 10/28/1994 | Harry F. Smith, Esq., Perman & Green | File | Handwritten notes on communication from United States Patent and Trademark Office to Kenneth Milik regarding U.S. Patent Application 08/092,628 | A/C |
| 845 | 11/4/1994 | Harry F. Smith, Esq., Perman & Green | File | Handwritten notes on communication from United States Patent and Trademark Office to Kenneth Milik regarding App. Ser. No. 08/092,628 | A/C |
| 846 | 11/14/1994 | Kenneth L. Milik, Wang Laboratories, Inc. | Harry F. Smith, Esq., Perman & Green | Communication from Kenneth Milik to outside patent counsel, Harry F. Smith, Esq. regarding App. Ser. No. 08/092,628 enclosing communications from Markealana Salamone to Kenneth Milik; Kenneth Milik to Harry Smith; Harry Smith to Kenneth Milik; Harry Smith to Cathy J. DeLuca; Cathy DeLuca to Ron Paglierani; Ron Paglierani to Harry Smith; and Harry Smith to Ron Paglierani all regarding App. Ser. No. 08/092,628 | A/C |
| 847 | 7/15/1993 | Harry F. Smith, Esq., Perman & Green | Commissioner of Patents and Trademarks | Draft of communication from outside patent counsel, Harry F. Smith, Esq. to Commissioner of Patents and Trademarks App. Ser. No. 08/092,628 | A/C |
| 848 | 8/2/1995 | Harry F. Smith, Esq., Perman & Green | Commissioner of Patents and Trademarks | Draft of communication from outside patent counsel, Harry F. Smith, Esq. to Commissioner of Patents and Trademarks of draft office action response regarding App. Ser. No. 08/092,628 | A/C |
| 849 | 8/17/1999 | Dong-Ho Lee, Samsung Electronics Co., Ltd. | Michael H. Shanahan | Facsimile coverletter enclosing communication from Samsung in-house patent counsel, Dong-Ho Lee to outside patent counsel, Michael Shanahan regarding App. Ser. No. 08/092,628 | A/C |
| 850 | 10/22/1999 | Michael H. Shanahan | Dong-Ho Lee, Samsung Electronics Co., Ltd. | Communication from outside patent counsel, Michael Shanahan to Samsung in-house patent counsel, Dong-Ho Lee regarding App. Ser. No. 08/092,628 | A/C |
| 851 | 6/16/1996 | Chang Hyun Yim, Hana Int'l Patent & Law Office | File | C.H.Y. coverletter to File enclosing communication from paralegal Maryann Stenson on behalf of outside patent counsel, Michael H. Shanahan to outside patent counsel, Chang Hyun Yim regarding Decision on Appeal for App. Ser. No. 08/092,628 | A/C |
| 852 | 6/21/1999 | Hyuk-Soo Kwon, Hana Int'l Patent & Law Office | Banner & Witcoff, LTD. Cc: Dong-Ho Lee, Samsung Electronics | Communication from outside patent counsel, Hyuk-Soo Kwon to outside patent counsel, Banner & Witcoff, Ltd. Regarding App. Ser. No. 08/092,628 | A/C |
| 853 | 2/7/2000 | Michael H. Shanahan | Dong-Ho Lee, Samsung Electronics Co., Ltd. cc: Hyuk-Soo Kwon, Hana International | Communication from outside patent counsel, Michael Shanahan to Samsung in-house patent counsel, Dong-Ho Lee, cc: outside patent counsel, Hyuk-Soo Kwon, regarding U.S. Patent Application 08/092,628; communication from outside patent counsel, Michael Shanahan to Samsung in-house patent counsel, Dong-Ho Lee | A/C |
| 854 | 11/4/1994 | Kenneth L. Milik, Wang Laboratories, Inc. | Harry F. Smith, Esq., Perman & Green | Communication from Kenneth Milik to outside patent counsel, Harry F. Smith, Esq. regarding U.S. Patent Application 08/092,628, enclosing communications from Markealana Salamone to Kenneth Milik; Kenneth Milik to Harry Smith, Esq.; Harry Smith, Esq. to Kenneth Milik; Harry Smith, Esq. to Cathy J. DeLuca | A/C |
| 855 | 2/6/1995 | Kenneth L. Milik, Wang Laboratories, Inc. | Commissioner of Patents and Trademarks | Draft communication from Kenneth Milik to the Commissioner of Patents and Trademarks regarding office action response for App. Ser. No. 08/092,628 | A/C |
| 856 | | Kenneth L. Milik, Wang Laboratories, Inc. | Commissioner of Patents and Trademarks | Draft communication from Kenneth Milik to the Commissioner of Patents and Trademarks regarding draft of office action response for App. Ser. No. 08/092,628 | A/C |
| 857 | 11/3/1987 | Edward Mann | Wang Laboratories, Inc., Patent Department | Invention disclosure statement of Edward Mann regarding Multiple Mode Memory Module | A/C |

20972889_3.XLS
6/12/2008

47

Wistron Corp v. Samsung Electronics Co., Ltd.
Samsung's Privilege Log

A/C = Attorney/Client
WP = Work Product

| Doc No. | Date | Author | Recipient | CC | Description | Privilege |
|---|---|---|---|---|---|---|
| 975 | 7/12/2007 | Dong Ho Lee/Samsung Electronics Senior Manager of Intellectual Property Team | Yong-Tae Lee, Esq./Samsung Electronics (Vice President and Attorney) | | Email enclosing pre-filing investigation report. | A/C, W/P |
| 976 | 7/13/2007 | Dong Ho Lee/Samsung Electronics Senior Manager of Intellectual Property Team | Yong-Tae Lee, Esq./Samsung Electronics (Vice President and Attorney) | | Email enclosing pre-filing investigation report regarding '273, '275, and '100 patents. | A/C, W/P |
| 977 | 7/12/2007 | Dong Ho Lee/Samsung Electronics Senior Manager of Intellectual Property Team | Yong-Tae Lee, Esq./Samsung Electronics (Vice President and Attorney) | | Email enclosing pre-filing investigation report regarding '273, '275, and '100 patents. | A/C, W/P |
| 978 | 7/12/2007 | Dong Ho Lee/Samsung Electronics Senior Manager of Intellectual Property Team | Yong-Tae Lee, Esq./Samsung Electronics (Vice President and Attorney) | | Email enclosing pre-filing investigation report. | A/C, W/P |
| 979 | 7/12/2007 | Dong Ho Lee/Samsung Electronics Senior Manager of Intellectual Property Team | Yong-Tae Lee, Esq./Samsung Electronics (Vice President and Attorney) | | Email enclosing pre-filing investigation report regarding '273, '275, and '100 patents. | A/C, W/P |
| 980 | 7/12/2007 | Dong Ho Lee/Samsung Electronics Senior Manager of Intellectual Property Team | Yong-Tae Lee, Esq./Samsung Electronics (Vice President and Attorney) | | Email enclosing pre-filing investigation report regarding '273, '275, and '100 patents. | A/C, W/P |
| 981 | 8/22/2007 | Tae Yoon Kim, Esq./Samsung Electronics Co. | Yong-Tae Lee, Esq./Samsung Electronics (Vice President and Attorney) | | Email regarding analysis of Wistron patent. | A/C, W/P |
| 982 | 8/22/2007 | Tae Yoon Kim, Esq./Samsung Electronics Co. | Yong-Tae Lee, Esq./Samsung Electronics (Vice President and Attorney) | | Email regarding pre-filing investigation. | A/C, W/P |
| 983 | 8/22/2007 | Sung Hun Kim/ Advanced Development Group, Samsung Electronics Co. | Yong-Tae Lee, Esq./Samsung Electronics (Vice President and Attorney) | | Email regarding pre-filing investigation. | A/C, W/P |
| 984 | 8/7/2007 | Sung Hun Kim/ Advanced Development Group, Samsung Electronics Co. | Yong-Tae Lee, Esq./Samsung Electronics (Vice President and Attorney) | | Email regarding pre-filing investigation. | A/C, W/P |
| 985 | 7/16/2007 | Sung Hun Kim/ Advanced Development Group, Samsung Electronics Co. | Yong-Tae Lee, Esq./Samsung Electronics (Vice President and Attorney) | | Email enclosing pre-filing investigation report. | A/C, W/P |
| 986 | 9/17/2007 | Dong Ho Lee/Samsung Electronics Senior Manager of Intellectual Property Team | Yong-Tae Lee, Esq./Samsung Electronics (Vice President and Attorney) | | Email enclosing analysis of Wistron patents. | A/C, W/P |
| 987 | 11/9/1994 | Roy Tanikawa; Hien Le | AST Research, Inc., Legal Department | | Invention disclosure statement of Roy Tanikawa and Hien Le regarding power charger. | A/C |

20972869_3.XLS
6/12/2008

59