IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WISTRON CORPORATION, a Taiwan corporation,** | **No   C 07-4748 VRW** |
| Plaintiff and Counterclaim Defendant, | **ORDER** |
| v | |
| **SAMSUNG ELECTRONICS CO, a Republic of Korea corporation,** | |
| Defendant and Counterclaim Plaintiff, | |
| v | |
| **WISTRON INFOCOMM (TEXAS) CORPORATION,** | |
| Counterclaim Defendant. | |

In response to Wistron's interrogatory number one, Samsung has withheld two documents on the basis of attorney client privilege. Doc #67 Exh B. Wistron objected (see Doc ##39, 54, 62, 67) and has provided the court with the relevant portions of Samsung's first amended privilege log. Doc #71.

1   After reviewing the privilege log, the court finds that
2 the withheld documents are invention disclosure statements and,
3 accordingly, are not protected by the attorney-client privilege.
4   Samsung is ordered to produce forthwith privilege log
5 entries 857 and 987.

7   IT IS SO ORDERED.

```
                          _____
                          VAUGHN R WALKER
                          United States District Chief Judge
```