1  MARK D. FOWLER, Bar No. 124235
   mark.fowler@dlapiper.com
2  ELIZABETH DAY, Bar No. 177125
   elizabeth.day@dlapiper.com
3  TIMOTHY LOHSE, Bar No. 177230
   timothy.lohse@dlapiper.com
4  SAL LIM, Bar No. 211836
   sal.lim@dlapiper.com
5  GREGORY J. LUNDELL, Bar No. 234941
   greg.lundell@dlapiper.com
6  ERIK R. FUEHRER, Bar No. 252578
   erik.fuehrer@dlapiper.com
7  DLA PIPER US LLP
   2000 University Avenue
8  East Palo Alto, CA  94303-2214
   Tel:  650.833.2000
9  Fax: 650.833.2001

10 Attorneys for Defendant and Counterclaim-Plaintiff
   SAMSUNG ELECTRONICS CO., LTD.

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION, a Taiwan corporation,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation<br><br>    Defendant and Counter-Plaintiff. | CASE NO.  C-07-4748 VRW<br><br>**DEFENDANT AND COUNTERCLAIM-PLAINTIFF SAMSUNG ELECTRONICS CO., LTD.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:      Sept. 11, 2008<br>Time:     2:30 PM<br>Courtroom: 6, 17th Floor<br>Judge:    Vaughn R. Walker |
| SAMSUNG ELECTRONICS CO., LTD.,<br><br>    Counterclaim-Plaintiff,<br><br>v.<br><br>WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION,<br><br>    Counterclaim-Defendants. | |

-1-

1  Pursuant to Civil Local Rules 7-11 and 79-5(d), Samsung Electronics Co., Ltd.
2  ("Samsung") hereby requests an order to file under seal:

3      (1)    Samsung's Motion for Leave to Amend its Counterclaims to Add Additional Party;
4      (2)    Exhibit I to the Declaration of Erik Fuehrer in Support of Samsung's Motion for
5          Leave to Amend its Counterclaims to Add Additional Party (June 11, 2008 letter
6          from Elizabeth Day to Michael Bettinger); and
7      (3)    Exhibit J to the Declaration of Erik Fuehrer in Support of Samsung's Motion for
8          Leave to Amend its Counterclaims to Add Additional Party (excerpts from the
9          deposition of Wistron Federal Rule of Civil Procedure 30(b)(6) designee, Stone
10         Shih).

11  Samsung must seek leave to file item 3 under seal because it constitutes material designated by Wistron Corp. ("Wistron") as "Confidential - Attorneys' Eyes Only" under the Protective Order in this case. (Declaration of Erik Fuehrer in Support of Samsung's Administrative Motion to File Certain Materials Under Seal, ¶ 3.) On June 19, 2008, Samsung attempted to contact Michael Bettinger, lead trial counsel for Wistron, seeking a stipulation to Samsung's filing of this request for administrative relief. (Declaration of Erik Fuehrer in Support of Samsung's Administrative Motion to File Certain Materials Under Seal, ¶ 4.) To date, Samsung has not received a response from Wistron's counsel. (Declaration of Erik Fuehrer in Support of Samsung's Administrative Motion to File Certain Materials Under Seal, ¶ 4.)

Samsung must seek leave to file item 2 under seal because it contains references to the deposition of Wistron Federal Rule of Civil Procedure 30(b)(6) designee, Stone Shih, which Wistron has designated as Confidential – Attorneys' Eyes Only." (Declaration of Erik Fuehrer in Support of Samsung's Administrative Motion to File Certain Materials Under Seal, ¶ 2.)

Samsung must seek leave to file item 1 under seal because it contains references to and relies upon the deposition testimony of Wistron's Federal Rule of Civil Procedure 30(b)(6) designee, Stone Shih, which Wistron has designated as Confidential – Attorneys' Eyes Only." (Declaration of Erik Fuehrer in Support of Samsung's Administrative Motion to File Certain Materials Under Seal, ¶ 2.)

1  A redacted version of Samsung's Motion for Leave to Amend its Counterclaims to Add
2  Additional Party will be filed in the public record.
3  Dated: June 20, 2008

DLA PIPER US LLP

By /s/ Mark Fowler
    MARK FOWLER

Attorneys for Defendant and Counterclaim-Plaintiff SAMSUNG ELECTRONICS CO., LTD