MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
ELIZABETH DAY, Bar No. 177125
elizabeth.day@dlapiper.com
TIMOTHY LOHSE, Bar No. 177230
timothy.lohse@dlapiper.com
SAL LIM, Bar No. 211836
sal.lim@dlapiper.com
GREGORY J. LUNDELL, Bar No. 234941
greg.lundell@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counterclaim-Plaintiff
SAMSUNG ELECTRONICS CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION, a Taiwan corporation,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation<br><br>Defendant and Counter-Plaintiff. | CASE NO. C-07-4748 VRW<br><br>**DECLARATION OF ERIK FUEHRER IN SUPPORT OF DEFENDANT AND COUNTERCLAIM-PLAINTIFF SAMSUNG ELECTRONICS CO., LTD'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:      Sept. 11, 2008<br>Time:      2:30 PM<br>Courtroom: 6, 17th Floor<br>Judge:     Vaughn R. Walker |
| SAMSUNG ELECTRONICS CO., LTD.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION,<br><br>Counterclaim-Defendants. | |

-1-

I, Erik Fuehrer, hereby declare and state as follows:

1. I am an attorney with the law firm of DLA Piper US LLP, attorneys of record for Defendant and Counter-Plaintiff Samsung Electronics Co., Ltd. ("Samsung"). I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify thereto.

2. Exhibits I and J of my Declaration in Support of Samsung's Motion for Leave to Amend its Counterclaims to Add an Additional Party, contain information that Plaintiff and Counter-defendant Wistron Corp. ("Wistron") has designated as confidential and proprietary business information under the Protective Order in this case.

3. Samsung's Motion for Leave to Amend its Counterclaims contains excerpts from Exhibits I and J that Wistron has designated as containing confidential and proprietary business information.

4. On June 19, 2008, Samsung attempted to contact Mr. Bettinger, via telephone, regarding Wistron's response to Ms. Day's June 11, 2008 letter and left a voicemail when Mr. Bettinger did not answer. To this date, Samsung has not received a response from Wistron regarding Samsung's voicemail.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 20, 2008

DLA PIPER US LLP

By _____
ERIK FUEHRER
Attorneys for Defendant and Counterclaim-Plaintiff
Samsung Electronics Co., Ltd.