MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
ELIZABETH DAY, Bar No. 177125
elizabeth.day@dlapiper.com
TIMOTHY LOHSE, Bar No. 177230
timothy.lohse@dlapiper.com
SAL LIM, Bar No. 211836
sal.lim@dlapiper.com
GREGORY J. LUNDELL, Bar No. 234941
greg.lundell@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counterclaim-Plaintiff
SAMSUNG ELECTRONICS CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION, a Taiwan corporation,<br><br>   Plaintiff and Counter-Defendant,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation<br><br>   Defendant and Counter-Plaintiff. | CASE NO. C-07-4748 VRW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SAMSUNG ELECTRONICS CO., LTD'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:        Sept. 11, 2008<br>Time:       2:30 P.M.<br>Courtroom: 6, 17th Floor<br>Judge:      Vaughn R. Walker |
| SAMSUNG ELECTRONICS CO., LTD.,<br><br>   Counterclaim-Plaintiff,<br><br>v.<br><br>WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION,<br><br>   Counterclaim-Defendants. | |

-1-

1      After consideration of the miscellaneous administrative request of Defendant and
2  Counterclaim-Plaintiff Samsung Electronics Co., Ltd. ("Samsung") to file under seal: (1)
3  Samsung's Motion for Leave to Amend its Counterclaims to Add Additional Party; (2) Exhibit I
4  to the Declaration of Erik Fuehrer in Support of Samsung's Motion for Leave to Amend its
5  Counterclaims to Add Additional Party; and (3) Exhibit J to the Declaration of Erik Fuehrer in
6  Support of Samsung's Motion for Leave to Amend its Counterclaims to Add Additional Party,
7  Samsung's request is hereby GRANTED.

    IT IS HEREBY ORDERED THAT the above materials shall be filed under seal, with Samsung submitting redacted versions for inclusion in the public record.

Dated: _____, 2008

_____
VAUGHN R. WALKER
United States District Court Judge

DLA Piper US LLP
East Palo Alto

WEST\21450423.1

-2-

[PROPOSED] ORDER GRANTING SAMSUNG'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL, CASE NO. C-07-4748 VRW