1  MARK D. FOWLER, Bar No. 124235
   mark.fowler@dlapiper.com
2  ELIZABETH DAY, Bar No. 177125
   elizabeth.day@dlapiper.com
3  TIMOTHY LOHSE, Bar No. 177230
   timothy.lohse@dlapiper.com
4  SAL LIM, Bar No. 211836
   sal.lim@dlapiper.com
5  GREGORY J. LUNDELL, Bar No. 234941
   greg.lundell@dlapiper.com
6  ERIK R. FUEHRER, Bar No. 252578
   erik.fuehrer@dlapiper.com
7  DLA PIPER US LLP
   2000 University Avenue
8  East Palo Alto, CA  94303-2214
   Tel:  650.833.2000
9  Fax:  650.833.2001

10 Attorneys for Defendant and Counterclaim-Plaintiff
   SAMSUNG ELECTRONICS CO., LTD.
11

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14               SAN FRANCISCO DIVISION

15
   WISTRON CORPORATION, a Taiwan          CASE NO.  C-07-4748 VRW
16 corporation
                                          DEFENDANT AND COUNTERCLAIM-
17         Plaintiff and Counter-         PLAINTIFF SAMSUNG
           Defendant,                     ELECTRONICS CO., LTD.'S MOTION
18                                        FOR LEAVE TO AMEND
        v.                                COUNTERCLAIMS TO ADD
19                                        ADDITIONAL PARTY;
   SAMSUNG ELECTRONICS CO., LTD., a       MEMORANDUM OF POINTS AND
20 Republic of Korea corporation          AUTHORITIES  [FILED UNDER SEAL]

21         Defendant and Counter-         Date:      Sept. 11, 2008
           Plaintiff.                     Time:      2:30 PM
22                                        Courtroom: 6, 17th Floor
                                          Judge:     Vaughn R. Walker
23 SAMSUNG ELECTRONICS CO., LTD.,

24         Counterclaim-Plaintiff,

25      v.

26 WISTRON CORPORATION, and
   WISTRON INFOCOMM (TEXAS)
27 CORPORATION,

28         Counterclaim-Defendants.