| | |
|---|---|
| 1 | MARK D. FOWLER, Bar No. 124235 |
| | mark.fowler@dlapiper.com |
| 2 | ELIZABETH DAY, Bar No. 177125 |
| | elizabeth.day@dlapiper.com |
| 3 | TIMOTHY LOHSE, Bar No. 177230 |
| | timothy.lohse@dlapiper.com |
| 4 | SAL LIM, Bar No. 211836 |
| | sal.lim@dlapiper.com |
| 5 | GREGORY J. LUNDELL, Bar No. 234941 |
| | greg.lundell@dlapiper.com |
| 6 | ERIK R. FUEHRER, Bar No. 252578 |
| | erik.fuehrer@dlapiper.com |
| 7 | DLA PIPER US LLP |
| | 2000 University Avenue |
| 8 | East Palo Alto, CA 94303-2214 |
| | Tel: 650.833.2000 |
| 9 | Fax: 650.833.2001 |
| 10 | Attorneys for Defendant and Counterclaim-Plaintiff |
| | SAMSUNG ELECTRONICS CO., LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION, a Taiwan corporation, | CASE NO. C-07-4748 VRW |
| Plaintiff and Counter-Defendant, | **DECLARATION OF ERIK FUEHRER IN SUPPORT OF SAMSUNG'S MOTION FOR LEAVE TO AMEND COUNTERCLAIMS TO ADD ADDITIONAL PARTY** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation, | Date: Sept. 11, 2008 |
| | Time: 2:30 PM |
| Defendant and Counter-Plaintiff. | Courtroom: 6, 17th Floor |
| | Judge: Vaughn R. Walker |
| SAMSUNG ELECTRONICS CO., LTD., | |
| Counterclaim-Plaintiff, | |
| v. | |
| WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION, | |
| Counterclaim-Defendants. | |

I, Erik Fuehrer, declare as follows:

1. I am an attorney with the law firm of DLA Piper US LLP, counsel for Samsung Electronics Co., Ltd. ("Samsung"). I have personal knowledge of the facts stated herein and if called as a witness, could and would competently testify hereto.

2. A true and correct copy of Samsung's Proposed Answer and Second Amended Counterclaims is attached hereto as Exhibit A.

3. A true and correct copy of Wistron Corporation's September 14, 2007 Complaint for Declaratory Judgment of Non-Infringement and Invalidity of Patent Nos. 5,333,273, 5,625,275 and 6,523,100 is attached hereto as Exhibit B.

4. A true and correct copy of Samsung's September 21, 2007 Answer to Complaint for Declaratory Judgment and Counterclaims for Patent Infringement is attached hereto as Exhibit C.

5. A true and correct copy of Samsung's September 24, 2007 Answer to Complaint for Declaratory Judgment and Amended Counterclaims for Patent Infringement is attached hereto as Exhibit D.

6. A true and correct copy of the December 13, 2007 Joint Case Management Statement and Order is attached hereto as Exhibit E.

7. A true and correct copy of the December 13, 2007 Pretrial Order (Civil) is attached hereto as Exhibit F.

8. A true and correct copy of the December 13, 2007 Civil Pretrial Minutes for Samsung and Wistron Corporation and Wistron InfoComm (Texas) Corporation's (collectively "Wistron") Initial Case Management Conference is attached hereto as Exhibit G.

9. A true and correct copy of the May 1, 2008 Civil Pretrial Minutes for Samsung and Wistron's Case Management Conference is attached hereto as Exhibit H.

10. A true and correct copy of excerpts from the deposition transcript of Stone Shih, Wistron's Federal Rule of Civil Procedure 30(b)(6) designee, is attached hereto as Exhibit I.

11. A true and correct copy of Elizabeth Day's June 11, 2008 letter to Michael Bettinger, lead trial counsel for Wistron, regarding Wistron's stipulating to Samsung amending its

-2-

1  counterclaims to include Wistron InfoComm Technology (America) Corp. as a counterclaim-
2  defendant is attached hereto as Exhibit J. To date, Wistron's counsel has not responded to Ms.
3  Day's June 11, 2008 letter.

4      12.    On June 19, 2008, Samsung attempted to contact Mr. Bettinger, via telephone,
5  regarding Wistron's response to Ms. Day's June 11, 2008 letter and left a voicemail when Mr.
6  Bettinger did not answer. To this date, Samsung has not received a response from Wistron
7  regarding Samsung's voicemail.

8      I declare under penalty of perjury under the Laws of the United States of America that the
9  foregoing is true and correct. This declaration is executed in East Palo Alto, California.

Dated: June 20, 2008

DLA PIPER US LLP

By _____
ERIK FUEHRER

Attorneys for Defendant and Counterclaim-
Plaintiff
Samsung Electronics Co., Ltd.