# EXHIBIT A

1   MARK D. FOWLER, Bar No. 124235
    mark.fowler@dlapiper.com
2   ELIZABETH DAY, Bar No. 177125
    elizabeth.day@dlapiper.com
3   TIMOTHY LOHSE, Bar No. 177230
    timothy.lohse@dlapiper.com
4   SAL LIM, Bar No. 211836
    sal.lim@dlapiper.com
5   GREGORY J. LUNDELL, Bar No. 234941
    greg.lundell@dlapiper.com
6   ERIK R. FUEHRER, Bar No. 252578
    erik.fuehrer@dlapiper.com
7   DLA PIPER US LLP
    2000 University Avenue
8   East Palo Alto, CA 94303-2214
    Tel: 650.833.2000
9   Fax: 650.833.2001

10  Attorneys for Defendant and Counterclaim-Plaintiff
    SAMSUNG ELECTRONICS CO., LTD.

11

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14                SAN FRANCISCO DIVISION

15

16  WISTRON CORPORATION, a Taiwan          CASE NO. C-07-4748 VRW
    corporation
17                                         **ANSWER TO COMPLAINT FOR
                 Plaintiff and Counter-    DECLARATORY JUDGMENT; SECOND
18               Defendant,                AMENDED COUNTERCLAIMS FOR
                                           PATENT INFRINGEMENT**
19      v.
20  SAMSUNG ELECTRONICS CO., LTD., a       **DEMAND FOR A JURY TRIAL**
    Republic of Korea corporation
21
                 Defendant and Counter-
22               Plaintiff.                **CERTIFICATION OF INTERESTED
                                           ENTITIES OR PARTIES**

23  SAMSUNG ELECTRONICS CO., LTD.,

24               Counterclaim-Plaintiff,

25      v.

26  WISTRON CORPORATION, and
    WISTRON INFOCOMM (TEXAS)
27  CORPORATION,

28               Counterclaim-Defendants.

1    Plaintiff Samsung Electronics Co., Ltd. ("Samsung") hereby answers Wistron

2  Corporation's ("Wistron Corp.") Complaint for Declaratory Judgment of Non-Infringement and

3  Invalidity of U.S. Patent Nos. 5,333,273, 5,625,275 and 6,523,100 (the "Complaint") in

4  numbered paragraphs corresponding to the numbered paragraphs of the Complaint, and submits

5  Counterclaims for patent infringement against Wistron Corp. and Wistron InfoComm (Texas)

6  Corporation ("Wistron InfoComm").

7                          **SAMSUNG'S ANSWER**

8                             **JURISDICTION**

9        1.    Samsung admits jurisdiction exists under 28 U.S.C. §§ 2201 and 2202. Samsung

10  admits the Complaint seeks the declaratory relief alleged in paragraph 1 of the Complaint.

11  Samsung denies the remaining allegations of paragraph 1 of the Complaint, and specifically

12  denies that Wistron is entitled to the declaratory relief sought by paragraph 1.

13       2.    Samsung admits that this Court has jurisdiction to hear the Complaint pursuant to

14  28 U.S.C. §§ 1331 and 1338(a).

15                              **VENUE**

16       3.    Samsung admits venue is proper to this District. Samsung denies venue is proper

17  in this District under 28 U.S.C. § 1400(a). Samsung admits Samsung Semiconductor, Inc. is

18  headquartered and has its principal place of business in this District. Samsung admits that a

19  substantial part of the events that give rise to the action occurred in this District. Samsung denies

20  the remaining allegations of paragraph 3.

21                    **INTRA-DISTRICT ASSIGNMENT**

22       4.    Samsung denies the applicability of Civil L.R. 3-11. Samsung otherwise admits

23  the allegations of paragraph 4 of the Complaint.

24                            **THE PARTIES**

25       5.    Samsung is without sufficient information or belief to admit or deny this paragraph

26  and, on that basis, denies the allegations of this paragraph.

27       6.    Samsung admits the first sentence of paragraph 6 of the Complaint. Samsung

28  admits Samsung Semiconductor, Inc. is a corporation organized and existing under the laws of

-2-

1    California, with its headquarters and principal place of business in San Jose, California.  Samsung

2    denies the remaining allegations of paragraph 6 of the Complaint.

3                          **GENERAL ALLEGATIONS**

4        7.    Deny.

5        8.    Samsung admits U.S. Patent No. 5,333,273 (the "'273 Patent") was found valid

6    and infringed in the case entitled *Samsung Electronics Co., Ltd. v. Quanta Computer, et al.*, No.

7    3:00-CV-04524 VRW (the "Quanta case").  Samsung admits Samsung referred Wistron to that

8    case.  Samsung lacks sufficient information and belief sufficient to admit or deny whether

9    "Wistron, in good faith, received the pleadings and rulings in the *Quanta* case," and, on this basis,

10   denies those allegations.  Samsung denies the remaining allegations of paragraph 8 of the

11   Complaint.

12       9.    Samsung admits it contends Wistron infringes U.S. Patent Nos. 5,625,275 and

13   6,523,100.  Samsung admits discussing with Wistron that patent litigation is expensive.  Samsung

14   denies the remaining allegations of paragraph 9 of the Complaint.

15       10.   Samsung admits it advised Wistron of the possibility Samsung would file a patent

16   infringement suit against Wistron for Wistron's infringement of Samsung's patents absent a

17   satisfactory resolution of Samsung's claims against Wistron.  Samsung denies the remaining

18   allegations of paragraph 10 of the Complaint.

19       11.   Samsung denies the Travelmate PC manufactured by Wistron does not infringe

20   any valid claim of the patents-in-suit.  Samsung admits Wistron seeks declaratory judgment as

21   alleged in the Complaint, but denies that Wistron is entitled to the relief it seeks.  Samsung denies

22   the remaining allegations of paragraph 11 of the Complaint.

23                          **CLAIM FOR RELIEF**

24       12.   Samsung answers with, and incorporates by reference, the answers of paragraphs 1

25   through 11, above.

26       13.   Admit.

27   ///

28   ///

DLA PIPER US LLP
EAST PALO ALTO

WEST\21448867.2

-3-

SAMSUNG'S ANSWER AND SECOND AMENDED COUNTERCLAIMS FOR PATENT INFRINGEMENT;
CASE NO. C-07-4748 VRW

### SAMSUNG'S SECOND AMENDED COUNTERCLAIM FOR INFRINGEMENT OF U.S. PATENT NOS. 5,333,273, 5,625,275 AND 6,523,100

Counterclaim-Plaintiff Samsung alleges as follows:

### JURISDICTION

1.      This action arises under the patent laws of the United States, 35 U.S.C. § 1 *et seq.* This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1332, 1338(a), and 1367.

### VENUE

2.      Venue is proper in this judicial district under 28 U.S.C. §§ 1391(d) and 1400(b).

### INTRA-DISTRICT ASSIGNMENT

3.      Pursuant to Civil L.R. 3-2(c), this case is appropriate for assignment on a district-wide basis because this is an Intellectual Property Action.  Pursuant to Civil L.R. 3-12, this case is related to the case entitled *Samsung Electronics Co., Ltd. v. Quanta Computer, et al.*, No. 3:00-CV-04524 VRW, which was assigned to Chief Judge Vaughn R. Walker.

### PARTIES

4.      Counterclaim-Plaintiff Samsung is a corporation organized and existing under the laws of the Republic of Korea with its principal place of business in the Republic of Korea. Samsung is in the business of, among other things, designing, manufacturing and selling notebook computers.

5.      Samsung alleges on information and belief that Counterclaim-Defendant Wistron Corp. is organized and existing under the laws of the Republic of China (Taiwan) with its principal place of business located in Hsichih, Taiwan.  Samsung alleges on information and belief that Wistron Corp. is an Original Design Manufacturing ("ODM") company that designs, develops and manufactures electronic products for customers to sell under their own brand name. Samsung alleges on information and belief that Wistron manufactured notebook personal computers are sold throughout the United States.

6.      Samsung alleges on information and belief that Counterclaim-Defendant Wistron InfoComm is organized and existing under the laws of the State of Texas with its principal place

-4-

1    of business located at 4051 Freeport Parkway, Suite 200, Grapevine, Texas, 76051.  Samsung

2    alleges on information and belief that Wistron InfoComm is engaged in the sale, service,

3    maintenance, repair, or importation into the United States of electronics products, including

4    notebook personal computers, manufactured by Wistron Corp.

5         7.    Samsung alleges on information and belief that Counterclaim-Defendant Wistron

6    InfoComm Technology (America) Corp. ("WITX") is organized and existing under the laws of

7    the State of Texas with its principal place of business located at 800 Parker Square Ste. 285a,

8    Flower Mound, Texas, 75028.  Samsung alleges on information and belief that WITX is engaged

9    in the sale, service, maintenance, repair, or importation into the United States of electronics

10   products, including notebook personal computers, manufactured by Wistron Corp.

11                              **THE PATENTS-IN-SUIT**

12        8.    On July 26, 1994, United States Patent No. 5,333,273 (the "'273 Patent"), entitled

13   "Protected Hot Key Function For Microprocessor-Based Computer System," was duly and legally

14   issued by the United States Patent and Trademark Office ("USPTO") to Charles F. Raasch et al.,

15   who assigned their rights in the '273 Patent to AST Research, Inc.  AST assigned its rights in the

16   '273 Patent to Samsung on December 23, 1998.  Samsung is the owner of the entire right, title

17   and interest in and to the '273 Patent.  A true and correct copy of the '273 Patent is attached

18   hereto as Exhibit A.

19        9.    On April 29, 1997, United States Patent No. 5,625,275 (the "'275 Patent"), entitled

20   "Power Supply Which Provides a Variable Charging Current to a Battery in a Portable Computer

21   System," was duly and legally issued by the USPTO to Roy Tanikawa, et al., who assigned their

22   rights in the '275 Patent to AST Research, Inc. on May 16, 1995.  AST Research, Inc. assigned its

23   rights in the '275 Patent to Samsung Electronics America, Inc. on March 8, 2002.  Samsung

24   America, Inc. assigned its rights in the '275 Patent to Counterclaim-Plaintiff and Third-Party

25   Plaintiff, Samsung Electronics Co., Ltd. on March 26, 2002.  Samsung is the owner of the entire

26   right, title and interest in and to the '275 Patent.  A true and correct copy of the '275 Patent is

27   attached hereto as Exhibit B.

28        10.   On February 18, 2003, United States Patent No. 6,523,100 (the "'100 Patent"),

DLA PIPER US LLP
EAST PALO ALTO

WEST\21448867.2

1   entitled "Multiple Mode Memory Module," was duly and legally issued by the USPTO to Edward

2   D. Mann who assigned his rights in the '100 Patent to Wang Laboratories, Inc. on March 5, 1989.

3   On August 29, 1997, Wang Laboratories, Inc. assigned its rights in the '100 Patent to Samsung.

4   Samsung is the owner of the entire right, title and interest in and to the '100 Patent.  A true and

5   correct copy of the '100 Patent is attached hereto as Exhibit C.

## NOTICE OF INFRINGEMENT

7       11.    On August 7, 2006, Samsung gave Wistron Corp. actual notice that Wistron Corp.

8   was infringing the Patents-In-Suit.

## FIRST CLAIM FOR RELIEF

### (PATENT INFRINGEMENT OF THE '273 PATENT
### AGAINST ALL DEFENDANTS)
### (35 U.S.C. § 271)

12      12.    Samsung incorporates the allegations set forth above in paragraphs 1 through 11.

13      13.    Samsung alleges on information and belief that Wistron Corp., Wistron

14  InfoComm, and WITX have infringed and continue to infringe, have induced and continue to

15  induce others to infringe, and/or have committed and continue to commit acts of contributory

16  infringement of, one or more claims of the '273 Patent by importing, making, using, selling

17  and/or offering for sale in the United States and this District computer notebook products and

18  components thereof that embody the inventions of the '273 Patent.  Such infringing activities

19  violate 35 U.S.C. § 271.

20      14.    Upon information and belief, Samsung alleges that Wistron Corp. Wistron

21  InfoComm, and WITX's infringement has been and continues to be intentional and willful.

22      15.    As a consequence of Wistron Corp., Wistron InfoComm, and WITX's infringing

23  activities, Samsung has suffered monetary damages in an amount not yet determined, and

24  Samsung will continue to suffer harm (including irreparable harm) in the future unless and until

25  Wistron Corp., Wistron InfoComm, and WITX's infringing activities are enjoined by this Court.

26      16.    Wistron Corp., Wistron InfoComm, and WITX's infringement of the '273 Patent

27  makes this an "exceptional" case within the meaning of 35 U.S.C. § 285.

28  /////

1     **SECOND CLAIM FOR RELIEF**

2     **(PATENT INFRINGEMENT OF THE '275 PATENT
      AGAINST ALL DEFENDANTS)**
3     **(35 U.S.C. § 271)**

4          17.    Samsung incorporates the allegations set forth above in paragraphs 1 through 16.

5          18.    Samsung alleges on information and belief that Wistron Corp., Wistron

6     InfoComm, and WITX have infringed and continue to infringe, have induced and continue to

7     induce others to infringe, and/or have committed and continue to commit acts of contributory

8     infringement of, one or more claims of the '275 Patent by importing, making, using, selling

9     and/or offering for sale in the United States and this District computer notebook products and

10    components thereof that embody the inventions of the '275 Patent.  Such infringing activities

11    violate 35 U.S.C. § 271.

12         19.    Upon information and belief, Samsung alleges that Wistron Corp., Wistron

13    InfoComm, and WITX's infringement has been and continues to be intentional and willful.

14         20.    As a consequence of Wistron Corp., Wistron InfoComm, and WITX's infringing

15    activities, Samsung has suffered monetary damages in an amount not yet determined, and

16    Samsung will continue to suffer harm (including irreparable harm) in the future unless and until

17    Wistron Corp., Wistron InfoComm, and WITX's infringing activities are enjoined by this Court.

18         21.    Wistron Corp., Wistron InfoComm, and WITX's infringement of the '275 Patent

19    makes this an "exceptional" case within the meaning of 35 U.S.C. § 285.

20    **THIRD CLAIM FOR RELIEF**

21    **(PATENT INFRINGEMENT OF THE '100 PATENT
      AGAINST ALL DEFENDANTS)**
22    **(35 U.S.C. § 271)**

23         22.    Samsung incorporates the allegations set forth above in paragraphs 1 through 21.

24         23.    Samsung alleges on information and belief that Wistron Corp., Wistron

25    InfoComm, and WITX have infringed and continue to infringe, have induced and continue to

26    induce others to infringe, and/or have committed and continue to commit acts of contributory

27    infringement of, one or more claims of the '100 Patent by importing, making, using, selling

28    and/or offering for sale in the United States and this District computer notebook products and

DLA PIPER US LLP
EAST PALO ALTO

WEST\21448867.2

SAMSUNG'S ANSWER AND SECOND AMENDED COUNTERCLAIMS FOR PATENT INFRINGEMENT;
CASE NO. C-07-4748 VRW

1   components thereof that embody the inventions of the '100 Patent. Such infringing activities

2   violate 35 U.S.C. § 271.

3        24.    Upon information and belief, Samsung alleges that Wistron Corp., Wistron

4   InfoComm, and WITX's infringement has been and continues to be intentional and willful.

5        25.    As a consequence of Wistron Corp., Wistron InfoComm, and WITX's infringing

6   activities, Samsung has suffered monetary damages in an amount not yet determined, and

7   Samsung will continue to suffer harm (including irreparable harm) in the future unless and until

8   Wistron Corp. and Wistron InfoComm's infringing activities are enjoined by this Court.

9        26.    Wistron Corp., Wistron InfoComm, and WITX's infringement of the '100 Patent

10   makes this an "exceptional" case within the meaning of 35 U.S.C. § 285.

11                     **PRAYER FOR RELIEF**

12        WHEREFORE, Samsung prays for judgment against Wistron as follows:

13        1.    That Wistron Corp.'s Complaint be dismissed with prejudice and that Wistron

14   Corp. recover nothing thereon;

15        2.    That each of the Defendants be declared and adjudged to have infringed, induced

16   others to infringe and/or committed acts of contributory infringement of the Patents-In-Suit, that

17   Samsung should be entitled to all rights of recovery thereunder, and that such patents are valid

18   and enforceable;

19        3.    That each of the Defendants' officers, agents, servants, employees, and attorneys,

20   and all those persons acting or attempting to act in concert or participation with them or acting on

21   their behalf, be immediately, preliminarily and permanently enjoined and restrained from

22   infringement of the Patents-In-Suit;

23        4.    That each of the Defendants be ordered to account for and pay to Samsung all

24   damages caused to Samsung by reason of each of their infringement of the Patents-In-Suit

25   pursuant to 35 U.S.C. § 284, including any enhanced damages;

26        5.    That Samsung be granted pre-judgment and post-judgment interest on the damages

27   caused to it by reason of each of the Defendants' infringement of the Patents-In-Suit;

28        6.    That this be declared an "exceptional case" pursuant to 35 U.S.C. § 285 and that

-8-

1    each of the Defendants be ordered to pay Samsung's attorney fees and costs, and interest thereon

2    at a legal rate; and

3         7.    That the Court grant such other and further relief as the Court deems just and

4    proper under the circumstances.

5                          **DEMAND FOR JURY TRIAL**

6         Samsung demands trial by jury for all so triable pursuant to Fed. R. Civ. Pro. 38(b) and

7    Civil L.R. 3-6(a).

8

9    Dated:  June 20, 2008

10                                        DLA PIPER US LLP

11                                   By _____

12                                        MARK FOWLER
                                          Attorneys for Defendant and Counterclaim-
                                          Plaintiff
13                                        SAMSUNG ELECTRONICS CO., LTD

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATION OF INTERESTED ENTITIES OR PARTIES

2       Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

3 named parties, there is no such interest to report.

4 Dated:  June 20, 2008

5                                          DLA PIPER US LLP

6                               By _____

7                                  MARK FOWLER
                               Attorneys for Defendant and Counter-Plaintiff

8                                SAMSUNG ELECTRONICS CO., LTD

DLA PIPER US LLP
EAST PALO ALTO

WEST\21448867.2

**EXHIBIT A**

# United States Patent [19]

## Raasch et al.

US005333273A

[11] Patent Number: 5,333,273

[45] Date of Patent: Jul. 26, 1994

[54] **PROTECTED HOT KEY FUNCTION FOR MICROPROCESSOR-BASED COMPUTER SYSTEM**

[75] Inventors: Charles F. Raasch, El Toro; Michael K. Goodman, Tustin, both of Calif.

[73] Assignee: AST Research, Inc., Irvine, Calif.

[21] Appl. No.: 939,583

[22] Filed: Sep. 3, 1992

### Related U.S. Application Data

[63] Continuation of Ser. No. 611,292, Nov. 9, 1990.

[51] Int. Cl.⁵ ............................................. G06F 13/24
[52] U.S. Cl. ............................... 395/275; 364/709.09
[58] Field of Search .................. 395/275; 364/709.09, 364/709.12

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,200,913 | 4/1980 | Kuhar et al. | 364/900 |
| 4,319,326 | 3/1982 | Uchida | 364/900 |
| 4,355,941 | 6/1982 | Moyroud et al. | 354/15 |
| 4,424,576 | 1/1984 | Lang et al. | 364/900 |
| 4,460,957 | 7/1984 | Eggebrecht et al. | 364/200 |
| 4,484,826 | 11/1984 | Horn et al. | 364/900 |
| 4,695,945 | 9/1987 | Irwin | 364/200 |
| 4,710,869 | 12/1987 | Enokizono | 314/709.9 |
| 4,749,354 | 6/1988 | Kerman | 434/321 |
| 4,768,149 | 8/1988 | Konopik | 364/200 |
| 5,038,279 | 8/1991 | Bertram | 364/200 |
| 5,056,057 | 10/1991 | Johnson et al. | 364/900 |
| 5,058,001 | 10/1991 | Cox et al. | 364/200 |

#### OTHER PUBLICATIONS

*WD76C10, WD76C10LP System Controller for 80386SX,*

*80286 Desktop and Portable Compatible,* Western Digital Corporation, 1990.

*WD76C30 Peripheral Controller/Interrupt Multiplexer/Clock Generator,* Western Digital Corporation, 1990.

*Primary Examiner*—Dale M. Shaw
*Assistant Examiner*—C. Shin
*Attorney, Agent, or Firm*—Knobbe, Martens, Olson & Bear

[57] **ABSTRACT**

An ISA-compatible computer system includes an additional function key on its keyboard. The additional function key does not have a defined function for conventional ISA-standard computers. When a conventional alphanumeric key or function key is activated on the keyboard, the computer system is interrupted using IRQ1 and the key information is communicated to the computer system so that the computer system can respond in a conventional manner using a conventional keyboard interrupt handling routine. When the additional function key and an alphanumeric key are activated in combination, a second interrupt different from the IRQ1 interrupt is activated (e.g., IRQ15). The computer system responds to the second interrupt by inputting an identification of the activated alphanumeric key and performing a selected predetermined function in response thereto. The handling of the second interrupt is performed by a separate interrupt handling routine within the computer system so that conventional terminate and stay resident (TSR) programs that intercept conventional keyboard inputs cannot readily intercept keyboard input initiated by the additional function key.

**7 Claims, 11 Drawing Sheets**



Case 3:07-cv-04748-VRW    Document 79-2    Filed 06/20/2008    Page 14 of 71



*FIG. 1*



FIG. 2



FIG. 3



*FIG. 4*







FIG. 5

210



FIG. 6



*FIG. 7*



FIG.8



*FIG. 9*



FIG. 10



FIG. 11

5,333,273

1

### PROTECTED HOT KEY FUNCTION FOR MICROPROCESSOR-BASED COMPUTER SYSTEM

This application is a continuation of application Ser. No. 07/611,292, filed Nov. 9, 1990.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention is in the field of microprocessor-based computer systems, and, more particularly, is in the field of computer systems based upon the Industry Standard Architecture (ISA) utilizing the Intel 80x86 microprocessors and equivalents.

2. Description of the Related Art

The Industry Standard Architecture (ISA) was developed by IBM Corporation for use in its AT-type computers and defines an architectural environment for computers that utilize an Intel 80x86 microprocessor, such as the Intel 80286, the Intel 80386, the Intel 80386SX, and the like. A large number of computer systems have been developed that are ISA compatible, and an extensive quantity of software has been written to operate on ISA-compatible computer systems. Such software includes applications programs such as spreadsheets, computer automated drafting programs, word processing programs, games, and the like; software development programs, such as assemblers, compilers for higher level languages, and the like; and network and communications programs.

Another category of programs that have been developed to enhance the user-friendliness of ISA-compatible computer systems are the so-called terminate and stay resident (TSR) programs. These programs are loaded into a computer system prior to loading and running an application program and provide a number of useful functions that can be utilized while the computer system is running the application program. Generally, the TSR program runs in the background and does not interfere with the normal operation of the application program. An exemplary TSR program may include a number of so-called "hot keys" which enable the TSR program to be temporarily brought to the foreground so that the user can interact with the TSR program. For example, the user can activate a particular key combination, such as the Control (Ctrl) key and one of the alphanumeric keys to call up a TSR calendar program and review appointments, and the like. Different hot key combinations can call up different functions provided by the TSR program such as a memo function to save data to be utilized in another applications program. Other TSR programs may include keyboard enhancements (e.g., to control the cursor speed), video enhancements, and so on.

One of the potential problems with the utilization of hot keys to control TSR programs is that the hot keys of one TSR program may interfere with the hot keys of another TSR program such that loading of the second TSR program effectively disables the first TSR program. A worst case can occur when a hot key combination of a TSR program conflicts with an operational key combination of an applications program so that the TSR program is activated when the user actually wanted to perform one of the functions of the applications program. Although many TSR programs provide the ability to assign different hot key functions to attempt to avoid such conflicts, it is not always possible to avoid all

2

such conflicts, particularly if the user runs a number of different applications programs and TSR programs. Furthermore, many computer users are not sufficiently sophisticated that they can anticipate the conflicts between the TSR programs and the applications programs so that they can make the appropriate hot key assignments. Thus, a need exists for hot key functions than cannot conflict with other users.

### SUMMARY OF THE INVENTION

The present invention is an improved system for implementing a plurality of hot keys for performing functions independently of an applications program. The system includes an independent function key on the keyboard that is not provided on a conventional ISA-type computer system. When the independent function key is activated along with one of the conventional keys on the keyboard, an interrupt is generated to the computer system to activate an interrupt handling routine in place of the current applications program. The interrupt handling routine determines which of the conventional keys was activated to determine which function the user has requested and then activates that function. When the requested function is concluded, the applications program resumes operation. The interrupt handling routine is entirely independent of the conventional keyboard interrupt handling routine utilized by typical TSR programs and thus the use of such TSR programs will not interfere with or supplant the functions provided by the present invention. Further, the present invention will not interfere with the operation of any conventional applications program designed for operation on a conventional ISA-compatible computer systems since the independent function key is not available on such systems. Thus, a manufacturer can provide the independent function key and provide hot key functions that operate in response to the independent function key that can operate without any interference from or without interfering with an applications program or a TSR program.

One aspect of the present invention is a system for providing a built-in function in an ISA-compatible computer in response to the activation of a selected combination of user activated keys. The invention comprises a keyboard having a set of conventional alphanumeric and function keys and further having at least one additional function key. A keyboard controller is connected to the keyboard to monitor the activation of the conventional keys and the additional function key. The keyboard controller is responsive to the activation of the conventional keys to activate a first interrupt to the ISA-compatible computer. The keyboard controller is responsive to the activation of the additional function key in combination with at least one of the conventional alphanumeric keys to generate a second interrupt to the ISA-compatible computer. The ISA-compatible computer system includes a first conventional interrupt handling routine that is responsive to the first interrupt from the keyboard controller to input data scan codes from the keyboard, and includes a second non-conventional interrupt handling routine that is responsive to the second interrupt from the keyboard controller to input an identification of the activated alphanumeric key and to perform a predetermined function selected by the identified alphanumeric key.

3

5,333,273

4

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates a block diagram of a portion of an exemplary conventional ISA-compatible computer system 100 showing the principal components of the system.

FIG. 2 is a partial block diagram and pictorial illustration of the communication of keyboard scan code information from the keyboard controller.

FIG. 3 is a partial block diagram and pictorial illustration similar to FIG. 2 showing the communication of keyboard scan code information from the keyboard controller and further showing the effect of a TSR program that intercepts the keyboard interrupt.

FIG. 4 is a block diagram of a first embodiment of the present invention.

FIG. 5 illustrates a keyboard that includes the extra function key in accordance with the present invention.

FIG. 6 is a partial block diagram and pictorial illustration similar to FIG. 3 showing the communication of keyboard scan code information from the keyboard controller and further showing the effect of the function key and function key service routine in accordance with the present invention.

FIG. 7 is a partial block diagram of a keyboard in accordance with the present invention showing the control microprocessor and the keyboard matrix.

FIG. 8 is a flow chart illustrating the operation of the microprocessor in the keyboard controller of the present invention.

FIG. 9 is a block diagram of an alternative embodiment of the present invention which utilizes an integrated circuit system controller as an interface between the keyboard controller and the microprocessor.

FIG. 10 is a partial block diagram of the alternative embodiment of FIG. 9 showing additional detail of the interconnection between the system controller and the keyboard controller.

FIG. 11 illustrates timing diagrams of the communication between the system controller and the keyboard controller of FIG. 10.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. 1 illustrates a block diagram of a portion of an exemplary conventional ISA-compatible computer system 100 showing the principal components of the system. The architecture of ISA-compatible computer systems is well known and will not be described in detail herein. The system 100 includes a microprocessor or central processing unit (CPU) 110 which is preferably an Intel ® 80286 microprocessor, such as the 80286, the 80386, the 80386SX, or the like. The embodiments will be described herein with respect to the Intel 80386SX microprocessor.

The microprocessor 110 communicates with other components of the system 100 via a local processor bus 114. For example, the illustrated system includes a random access read/write memory (RAM) 120, a math coprocessor 122, a memory refresh controller 124, clock and timer circuits 126, a keyboard controller 128, an interrupt controller 130, a DMA controller 132, interface circuitry 134 and a read only memory (ROM) 138 which communicate with the microprocessor 110 via the processor bus 114. The interrupt controller 130, the DMA controller 132 and the interface circuitry 134 provide communications between the processor bus 114 and an ISA bus 140. (As discussed above, the ISA (In-

dustry Standard Architecture) bus is often referred to as the AT-bus.) The ISA bus 114 includes a plurality of address, data and control lines that provide communication to and from peripheral device controller that are connected to the ISA bus 114.

The keyboard controller 128 is connected to a keyboard 150 via a plurality of signal lines 152. (Multiple signal lines are shown herein as a single line with an oblique slash across it.) As further illustrated in FIG. 1, the keyboard controller 128 is interconnected with the interrupt controller 130 via at least one signal line 154. The keyboard 150 operates in a known conventional manner to repeatedly scan a plurality of contact switches associated with the keys on the keyboard to determine if one or more contact switches is open or closed. When an open contact switch is closed by depressing a key or a closed contact switch is opened by releasing a key, the keyboard 150 generates a scan code which is communicated to the keyboard controller 128 via the signal lines 152. In the ISA compatible computer systems, a different scan code is generated when a contact switch is closed than when the contact switch is open.

The communication of keyboard scan code information from the keyboard controller 128 to the microprocessor 110 is illustrated pictorially in FIG. 2. The keyboard controller 128 stores the scan codes received from the keyboard 150 and generates an interrupt signal to the interrupt controller 130 via the signal line 154. The interrupt controller 130 has a plurality of interrupt request lines IRQ0 through IRQ15 that can be connected to devices that communicate with the microprocessor 110 on an interrupt basis. In the ISA-compatible computers, the interrupt signal from the keyboard controller 128 is communicated to the interrupt controller 130 via the IRQ1 signal line which has the second highest priority. The interrupt controller 130 receives the IRQ1 interrupt signal along with interrupt signals from other devices, such as peripheral device controllers on the ISA bus 140, and generates an interrupt to the microprocessor 110 via dedicated signal lines that form part of the processor bus 114. When the microprocessor 110 acknowledges the interrupt generated by the interrupt controller 130 and enables the interrupt controller 130, the interrupt controller 130 generates an interrupt vector that is communicated to the microprocessor 110 via data lines within the processor bus 114. The interrupt vector generated by the interrupt controller 130 encodes the source of the interrupt to the interrupting device currently having the highest priority. The interrupt controller 130 is programmable and is initialized with a vector for each of the interrupt inputs. In the ISA compatible computers, the highest priority interrupt corresponding to IRQ0 is assigned an interrupt vector value of 08H (referred to as INT 08H), and the keyboard interrupt is assigned the interrupt vector value of 09H (INT 09H). The "H" following a number is used to indicate a hexadecimal number in a conventional manner. The interrupt requests IRQ2 through IRQ7 are assigned the interrupt vector values of 0AH (INT 0AH) through 0FH (INT 0FH), and the interrupt requests IRQ8 through IRQ16 are assigned the interrupt vector values of 70H through 77H (INT 70H through INT 77H). Thus, when the interrupt from the keyboard controller 128 has the highest priority, the interrupt controller 130 transmits an interrupt vector having a value of 09H to the microprocessor 110.

5,333,273

| 5 | 6 |

The microprocessor 110 utilizes the interrupt vector received from the interrupt controller 130 as an index to an interrupt vector table that begins at location 0H in its RAM 120. (Although the 80386SX microprocessor utilizes segment and offset addresses in the format xxxx:yyyy, the addresses will be discussed herein as absolute addresses in bytes from the lowest address in memory.) In ISA compatible computer systems, the interrupt vector table includes four bytes of data for each interrupt vector. For example, the interrupt vector for the keyboard interrupt is located at address 24H and includes a four-byte pointer to the segment and offset of a memory location where the interrupt service routine for the keyboard is located. The keyboard interrupt service routine may be located in the RAM 120 or it may be located in the ROM 138. Generally, the keyboard interrupt service routine for the keyboard is provided as a basic operating function of the computer system 100 and is stored in the ROM 138 as part of the Basic Input/Output System (BIOS) of the computer system. As part of the keyboard interrupt service routine, the microprocessor 110 is caused to enable the keyboard controller 128 onto the processor bus 114 to communicate the keyboard scan codes from the keyboard controller to the microprocessor 110. The microprocessor 110 converts the scan code into an ASCII character that represents the alphanumeric key depressed by the user or performs a function determined by the depressed character (e.g., changing a subsequent character from lowercase to uppercase because the shift key is depressed).

Referring now to FIG. 3, the operation of a conventional hot key program will be briefly explained. As set forth above, the pointer to the keyboard service is located at address 24H in the RAM 120. Generally, the pointer is stored in the RAM 120 as part of the initialization of the computer system 100 when first powered up or when reset. As set forth above, the pointer at the RAM address 24H is typically directed to a location in the ROM 138; however, since the pointer is in the RAM 120 and it can be changed after initialization. A TSR program that provides hot key functions takes advantage of the alterability of the pointer at the RAM address 24H. When the TSR program is initially run, it loads a program in the RAM 120 that performs the hot key functions in response to the activation of a hot key combination by the user. The program is labeled as "HOT KEY PROGRAM" in FIG. 3. After loading the hot key program, the pointer to the ROM BIOS keyboard interrupt service routine is replaced with a pointer to the hot key program. Thereafter, when the keyboard interrupt request signal (IRQ1) is activated, the modified pointer at the RAM address 24H causes the microprocessor 110 to execute the hot key program in the RAM 120. The first thing a typical hot key program does is to input the scan code data from the keyboard controller 128 and compare the scan code data to the hot key combinations. If a hot key combination occurs, the hot key program executes a series of instructions associated with the detected combination. If the scan code data is not associated with a hot key combination, the hot key program typically invokes the conventional keyboard interrupt handling routine in BIOS which operates on the scan code data in a conventional manner. Thus, as illustrated in FIG. 3, the hot key program stores the pointer originally located in RAM address 24H to provide a path to the ROM BIOS keyboard interrupt handling routine.

As discussed above, one of the problems with conventional hot key programs is that the hot key combinations may conflict with key combinations used by applications programs. The ability to replace the pointer at the RAM location 24H means that a first hot key program can be superseded by a second hot key program which replaces the pointer to the first hot key program with a pointer to the second hot key program. Thus, although the user may assume that the first hot key program is still fully operational, the second hot key program may partially disable the first hot key program. A conventional ISA compatible computer system does not include any means for precluding the first hot key program from being compromised by subsequent hot key programs.

The present invention is illustrated in FIG. 4 in connection with a computer system 200 wherein like numbers indicate elements corresponding to the elements of the computer system 100 of FIG. 1. The present invention provides an improved hot key function that cannot be disabled by conventional hot key programs. The present invention hot key function is preferably built into a computer system 200 by a manufacturer and is initialized when the computer system 200 is powered up or reset. In a conventional ISA compatible computer system 100 of FIG. 1, the keyboard 150 has twelve function keys identified as F1, F2 . . . F11, and F12. One element of the present invention is the addition of a thirteenth function key Fn on an improved keyboard 210, shown in more detail in FIG. 5. Since the thirteenth function key Fn is not on a conventional keyboard, presently available applications programs and hot key programs will not include provisions for operating on scan codes from the function key Fn.

The computer system 200 illustrated in FIG. 4 is similar to the conventional ISA compatible computer system 100 illustrated in FIG. 1; however, an improved keyboard controller 220 is responsive to scan codes generated by the activation of the thirteenth function key Fn on the keyboard 210 to generate an interrupt request signal IRQ15 on an interrupt request signal line 222 to the interrupt controller 130. The IRQ15 signal line is typically not used on conventional ISA compatible computer systems and is thus available for use with the thirteenth function key Fn.

FIG. 6 pictorially illustrates the operation of the present invention. FIG. 6 is similar to FIG. 2; however, the IRQ15 signal line 222 is included to signal the interrupt controller 130 that the Fn key on the keyboard 210 has been activated. The interrupt controller 130 responds to the activation of the IRQ15 signal line 222 by interrupting the microprocessor 110 as before. When the microprocessor 110 responds to the interrupt controller 130, the interrupt controller 130 communicates an interrupt vector having a value of 77H to the microprocessor 110 to indicate that IRQ15 is active and has the current highest priority. The microprocessor 110 uses the value of 77H as an index and accesses location 1DCH (i.e., 77H ×4) in the RAM 120 to obtain a pointer to the Fn service routine in the RAM 120. The Fn service routine in the RAM 120 can be loaded during initialization of the computer system 200. Alternatively, the Fn service routine can be provided as part of the BIOS in the ROM 138 as illustrated in dashed lines in FIG. 6.

When the Fn service routine is activated, the keyboard controller 220 is interrogated by the microprocessor 110 to obtain the function desired by the user.

7

5,333,273

8

Although the thirteenth function key Fn can be used alone to specify a particular function in a manner similar to the function keys F1 through F12, in the preferred embodiment described herein, the thirteenth function key Fn is activated in conjunction with one of the alphanumeric keys to specify one of a plurality of predetermined functions. For example, the combination of the Fn key and the "A" key can cause the Fn service routine to perform one predetermined function and the combination of the Fn key and the "B" key can cause the Fn service routine to perform a different predetermined function. Thus, the first activity of the Fn service routine is to cause the microprocessor 110 to input the keyboard scan code from the keyboard controller 220 and perform the function associated with the scan code. For example, in the preferred embodiment, the "A", "B", "D", "E" and "R" keys are used in combination with the Fn key to control video modes of the computer system 200.

Since the IRQ15 interrupt signal line 222 is activated rather than the IRQ1 signal line 154, the conventional keyboard service routine is not activated. Thus, the conventional keyboard service routine does not have to be modified to accommodate the thirteenth function key Fn. Furthermore, since the pointer to the Fn service routine is located at address 1DCH in the RAM 120, conventional TSR programs will not affect the operation of the Fn service routine since such programs modify only the pointer at address 24H. Thus, such TSR programs can continue to be used without interference with the Fn service routine.

As illustrated in FIG. 7, in preferred embodiments of the present invention, the keyboard controller 220 and the keyboard 210 are combined as a single unit such as in a laptop computer system, or the like. The keyboard controller 220 is controlled by an internal keyboard microprocessor 250 that generates column output signals to the keyboard 210 which, as described above, is a matrix of contact switches (not shown) which are electrically arranged in rows and columns. When a switch is activated (i.e., closed) by depressing the respective key on the keyboard 210, the column line (not shown) for that switch is electrically connected to the row line (not shown) for that switch. When a column signal is communicated to a closed switch via its column line, the column signal is communicated to the row line. The keyboard microprocessor 250 can thereby determine whether a switch is closed by sequentially activating the column outputs and reading the row inputs to detect whether one of the row lines is active.

When the keyboard microprocessor 250 detects an active row signal, it uses the row signal and the currently active column signal to uniquely identify which of the keys on the keyboard 210 is depressed. The key is identified with a scan code in a conventional manner. If the key is not the thirteenth function key Fn, the scan codes caused by depressing and releasing the key are stored by the keyboard microprocessor 250. The keyboard microprocessor 250 in the keyboard controller 130 activates the IRQ1 signal line 154 and, when the system microprocessor 110 responds, communicates the scan codes to the system microprocessor 110 via the processor bus 114. The system microprocessor 110 handles the scan codes in a conventional manner.

In contrast to the foregoing, when the keyboard microprocessor 250 detects the activation of the thirteenth function key Fn, it waits for the activation of an alphanumeric key. It then activates the IRQ15 signal line 222

rather than the IRQ1 signal line 154. When the system microprocessor 110 responds to the interrupt, the scan code for the alphanumeric key is communicated to the system microprocessor 110. Since the system microprocessor 110 is executing the Fn service routine in response to the IRQ15 signal, the system microprocessor 110 performs an Fn service routine associated with the alphanumeric key.

The foregoing is summarized in a flow diagram in FIG. 8. In an activity block 300, the keyboard microprocessor 250 scans the columns until it detects a key change as indicated by an inactive row becoming active or an active row becoming inactive. In a decision block 304, the row and column of the changed key are checked to determine whether the Fn function key has been activated. If not, the keyboard microprocessor 250 executes an activity block 308 wherein it sets (i.e., activates) the IRQ1 signal line, and, when the system microprocessor 110 responds, communicates the scan code to the system microprocessor 100 as indicated in an activity block 312. The system microprocessor 110 utilizes the scan code in a conventional manner.

Returning to the decision block 304, if the Fn function key is active, the keyboard microprocessor 350 again scans the columns until a key change occurs as indicated in an activity block 320. (The activity block 320 can of course utilize a scanning subroutine in common with the activity block 300.) When a key change is detected, the keyboard microprocessor 250 first determines whether the Fn function key is still active in a decision block 324. If not, the user has not activated an alphanumeric key while the Fn function key is active or has completed the Fn functions, and the keyboard microprocessor 250 returns to the activity block 300. If the Fn function key is still active, the keyboard microprocessor 250 activates the IRQ15 signal line in an activity block 328, and, when the system microprocessor 110 responds, the keyboard microprocessor 250 outputs the scan code for the alphanumeric key to the system microprocessor 110 in an activity block 332. The system microprocessor 110 then performs the Fn function associated with the activated alphanumeric key. The keyboard microprocessor continues to scan the columns and activate the IRQ15 signal until the Fn function key becomes inactive.

FIG. 9 illustrates an alternative embodiment of the present invention when implemented in a computer system 400 that utilizes the Intel 80386SX microprocessor 410 having a RAM 412 and a ROM 414 connected to a processor bus 416. A coprocessor (not shown) may also be included, as before. The system of FIG. 9 includes a commercially available computer system chip set available from Western Digital Corporation of Irvine, Calif. Such a chip set comprises a WD76C10 system controller integrated circuit 420, a WD76C20 hard disk drive and floppy disk drive controller integrated circuit (DISK CONTROLLER) 422, and a WD76C30 peripheral controller and interrupt multiplexer integrated circuit (I/O CONTROLLER AND INTERRUPT MUX) 424. In this embodiment, the IRQ15 signal is provided as an output of the system controller on a line 426 and is connected as an input to the I/O controller and interrupt multiplexer 424.

A keyboard controller 430 is connected to the system controller 420 and the I/O controller and interrupt multiplexer 424. A keyboard 432 is connected to the keyboard controller 430. The keyboard controller 430

9

provides an IRQ1 output signal on a line 432 and an IRQ12 output signal on a line 434.

Briefly, the three Western Digital integrated circuits 420, 422, 424 combine a number of functions previously implemented in a plurality of smaller integrated circuits to communicate with an Intel 80386SX microprocessor 410. In particular, with respect to present invention, the system controller integrated circuit 420 controls communication between the keyboard controller 430 and the microprocessor 410. Further, the I/O controller and interrupt multiplexer 424 multiplexes the IRQ15 output signal from the system controller 420 and interrupts from other sources (e.g., the keyboard controller 430) and provides a multiplexed interrupt signal to the system controller 420 on a pair of INTMUX signal lines 436. The system controller 420 includes an internal interrupt controller (not shown) that responds to interrupts by interrupting the microprocessor 410 and transferring interrupt vectors to the microprocessor 410 as was discussed above for the interrupt controller 130 in FIG. 4.

The operation of the system controller 420 is fully described in WD75C10, WD76C10, WD76C10LP System Controller for 80386SX, 80286, Desktop and Portable Compatibles, an advanced information data sheet published by Western Digital Corporation on Sep. 21, 1990. Rather than communicating directly with the microprocessor 410, the keyboard controller 430 communicates through the system controller 420. This is illustrated in more detail in FIG. 10. As illustrated, the keyboard controller communicates to the system controller 420 via an eight-bit data bus 440 comprising data signals RAD0 through RAD7. The system controller 420 controls the direction of transfer of data between the system controller 420 and the keyboard controller 420 via an XIOR (I/O read) line 442 and an XIOW (I/O write) line 444. The keyboard controller 430 is responsive to the signals on the XIOR line 442 and the XIOW line 444 when an 8042CS signal on a line 446 is active to indicate a command to the keyboard controller 430. The 8042CS signal on the line 446 is generated by the disk controller 422 (FIG. 9) when the disk controller 422 decodes an I/O address corresponding to the address of the keyboard controller 430.

Asynchronous communication between the system controller 420 and the keyboard controller 430 is provided by a first eight-bit register 450 and a second eight-bit register 452 which have their respective inputs connected to the eight-bit data bus 440. The data on the eight-bit data bus 440 is transferred to the first register 450 when a write signal (W0) on a signal line 460 becomes active. The W0 write signal is generated by an AND-gate 462 when the system controller 430 activates its PCUW0 signal on a line 464 connected to a first input to the AND-gate 462 and the XIOW signal on the line 444 is active on a second input to the AND-gate 462. Similarly, the data on the bus 440 is transferred to the second register 452 when a write signal (W1) on a signal line 470 becomes active. The W1 write signal is generated by an AND-gate 472 when the system controller 430 activates its PCUW1 signal on a line 474 connected to a first input to the AND-gate 472 and the XIOW signal on the line 444 is active on a second input to the AND-gate 472.

Of the eight outputs of the first register 450, one output pertains to the present invention. A signal on output bit 3 of the first register 450 is a local request acknowledge (LCLACK) signal that is provided on a

10

signal line 480. As discussed below, the LCLACK signal is used by the system controller 430 as a handshake signal with the keyboard controller 420.

Of the eight outputs of the second register 452, one output pertains to the present invention. A signal on output bit 2 of the second register 452 is a set interrupt (SETINT) signal that is provided on a signal line 482. As discussed below, the SETINT signal is used to cause the system controller 420 to generate the IRQ15 signal.

An eight-to-one multiplexer (8:1 MUX) 490 is also provided to initiate communications from the keyboard controller 420 to the system controller 430. The 8:1 MUX 490 has eight inputs, one of which is connected to the SETINT signal on the signal line 482 and the other of which is connected to a local request (LCLREQ) signal on a signal line 492 which is connected to an output of the keyboard controller 430. The 8:1 MUX 490 is controlled by three multiplexer control lines MXCTL0, MXCTL1 and MXCTL2 (labeled as 494, 495, 496, respectively). The output of the 8:1 MUX 490 is a signal PCUIN on signal line 498 which is connected to the PCUIN input of the system controller 420. The system controller 420 continuously polls the inputs to the 8:1 MUX 490 by applying a sequential 3-bit binary signal to the three multiplexer lines 494–496. When the three multiplexer control lines have a binary value of 010, for example, the LCLREQ signal is communicated to the system controller 420, and when the three multiplexer control lines have a binary value of 111, for example, the SETINT signal is communicated to the system controller 420. The system controller 420 advantageously utilizes this polling method so that eight signals can be communicated to the system controller 420 from external devices using only the single PCUIN signal line 498. Additional multiplexers (not shown) can also be controlled by the same multiplexer control signals to multiplex other input signals to the system controller 430.

The keyboard controller 430 communicates to the system controller 420 utilizing a communications protocol defined for the Western Digital system controller 420. Briefly, the keyboard controller 430 initiates communication by activating the LCLREQ signal on the signal line 492 as indicated at 500 in the timing diagrams of FIG. 11. As discussed above, the system controller 430 polls the 8:1 MUX 490, and when the LCLREQ signal is active, the system controller 420 responds by outputting a value on the bus 440 and activating the PCUW0 signal and the XIOW signal to generate an active W0 signal on the line 460. The output value includes a logical one in the bit 3 position to activate the LCLACK signal on the line 480, as indicated at 502 in FIG. 11, to indicate to the keyboard controller 430 that the request has been acknowledged and that the keyboard controller should send data to the system controller 430. The system controller 430 activates the LCLACK signal only after it has requested the microprocessor 410 (FIG. 9) to hold by activating the conventional HOLD signal, as indicated at 504 in FIG. 11, and has received an active hold acknowledge (HLDA) signal from the microprocessor 410, as indicated at 506 in FIG. 11. The HOLD and HLDA signals are well-known signals and are not shown in the block diagram in FIG. 9.

As further illustrated in FIG. 11, when the keyboard controller 420 receives the active LCLACK signal, it has control of the bus 440, and it places data on the bus 440, as indicated at 520 in FIG. 11, to indicate whether

5,333,273

| 11 | 12 |

it wants to send subsequent data to the system controller 430 or to receive subsequent data from the system controller and to further indicate the type of data to be sent or received. The most significant bit of the bus (bit 7) is the direction bit, with a one in bit 7 indicating that the subsequent data is to be transferred from the system controller 420 to the keyboard controller 430 and a zero in bit 7 indicating the transfer of data from the keyboard controller 430 to the system controller 430. The next six most significant bits (bits 6, 5, 4, 3, 2 and 1) define an operation code (OPCODE) that determines the type of operation to be performed by the system controller 430. For example, with respect to the present invention applying an opcode of 110000 to bits 6-1 of the bus 440 with the direction bit set to a zero causes the system controller 420 to read two bytes of data from the keyboard controller 430 and store the data in an internal register (referred to herein as the bulletin board register) that can be accessed by the microprocessor 410 on I/O address C072 using conventional I/O read operations. After placing the data on the bus 440, the keyboard controller 430 deactivates the LCLREQ signal, as indicated at 522 to indicate that the direction and opcode data is available to the system controller 420.

Continuing to refer to FIG. 11 and continuing to discuss the transfer of data to the bulletin board register, when the system controller 420 has received the data on the bus 440, it activates the XIOR signal on the line 442, as shown at 530, to indicate to the keyboard controller 430 that the data has been received. The keyboard controller 430 responds by changing the data on the data bus 440 to the most significant byte of data to be stored in the bulletin board register, as indicated at 540, and thereafter deactivating the LCLREQ signal, as indicated at 542, to indicate to the system controller 420 that the data is ready. The system controller 420 responds by transferring the data on the bus 440 to the most significant byte of the bulletin board register and activating the XIOR signal, as indicated at 544, to indicate that the data has been transferred. Thereafter, the keyboard controller 430 changes the data on the bus 440 to the least significant byte of data, as indicated at 550, and again activates the LCLREQ signal to indicate to the system controller 420 that the data is ready, as indicated at 552. The system controller 420 transfers the data to the least significant byte of the bulletin board register and activates the XIOR signal, as indicated at 554, to indicate that the data has been transferred. Thereafter, the keyboard controller 430 deactivates the LCLREQ signal, as indicated at 560, and the system controller 420 deactivates the LCLACK signal, as indicated at 562, and deactivates the HOLD signal, as indicated at 564, so that the microprocessor 410 can deactivate the HLDA signal, as indicated at 566, and resume operation.

Continuing to refer to FIG. 11, if the system controller 420 is to transfer data to the keyboard controller 430, when the keyboard controller 430 first deactivates the LCLREQ signal at 522, the system controller 420 places the most significant byte of data on the bus 440 at 540 and after the data has had sufficient time to stabilize activates the XIOW signal line, as indicated in dashed lines at 570, to cause the keyboard controller 430 to transfer the data from the bus 440. Thereafter, the keyboard controller 430 activates the LCLREQ signal at 542 to indicate that it has transferred the first byte of data. The system controller 420 then changes the data on bus 440 to the least significant byte of data, as

indicated at 550, and activates the XIOW signal line, as indicated in dashed lines at 572, to cause the keyboard controller 430 to transfer the least significant byte of data from the bus 440. The keyboard controller 430 acknowledges acceptance of the least significant byte by deactivating the LCLREQ signal at 552, and the remainder of the handshaking concludes as described above.

The just described procedure is used by the keyboard controller 430 to transfer conventional keyboard scan codes to the microprocessor 410. It first transfers the scan code to the bulletin board register in the system controller 420, as described above. It then activates the IRQ1 interrupt line to the I/O controller and interrupt multiplexer 424 (FIG. 9) which interrupts the microprocessor 410 and causes it to execute the conventional keyboard handling routine, as discussed above. The microprocessor 410 reads the bulletin board register in the system controller 420 and receives the scan code stored therein.

If the Fn function key and an alphanumeric key are activated, the operation of the keyboard controller 430 and the system controller 420 is different. After the keyboard controller 430 determines that the Fn function key is active and after it determines the scan code of the alphanumeric key that has been pressed along with the Fn function key, the keyboard controller 430 transfers the scan code of the alphanumeric key to the bulletin board register, as described above. Thereafter, instead of activating IRQ1, the keyboard controller 430 utilizes the system controller 430 to indirectly generate the IRQ15 signal.

In order to generate the IRQ15 signal, the keyboard controller 430 initiates a data transfer to the keyboard controller 430 from the system controller 420 by applying data to the bus 440 with the direction bit set to a one. The opcode portion of the data on the bus 440 is set to 001111 to cause the system controller 420 to transfer the contents of register location 7872 to the keyboard controller 430. The keyboard controller 430 sets bit 2 in the data received from the system controller 420 and transfers the data back to the system controller 420 to be stored in register location 7872. The new data in register location 7872 is identical to the old data except that bit 2 is now set. The system controller 420 activates the XIOW signal with the PCMW1 signal active to transfer the data from the register location 7872 to the second register 452 (FIG. 30). This is a built in function of the system controller 420 available from Western Digital Corporation. Since bit 2 of the data transferred to the second register 452 is set, the SETINT signal on the line 482 becomes active, and, when the 8:1 MUX 490 is polled by the multiplexer control lines 494–496, the PCUIN signal on the line 498 becomes active when the multiplexer control lines 494–496 have a binary value of 010.

After transmitting the data to the register location 7872, the keyboard controller 430 again reads the register location 7872 and clears bit 2 in the received data. It then transmits the modified data back to the system controller 420 which in turn outputs the data to the second register 452 to thereby deactivate the SETINT signal on the line 482.

The system controller 420 is configured to map the PCUIN line to a non-maskable interrupt (NMI) output when the multiplexer control lines 494–496 have a binary value of 010. Rather than communicating the NMI output to the microprocessor 410, in the present inven-

5,333,273

13

tion, the NMI output of the system controller is connected to the IRQ15 signal line 426 and is thus provided as the IRQ15 input of the I/O controller and interrupt multiplexer 424. When the SETINT signal on the line 482 is activated and then deactivated, the IRQ15 signal on the line 426 is likewise activated and deactivated. The I/O controller and interrupt multiplexer 424 communicates the active interrupt back to the system controller 420 via the INTMUX signal lines 436. The system controller 420 responds to the multiplexed interrupt, interrupts the microprocessor 410 and transfers the vector corresponding to IRQ15 to the microprocessor 410, as discussed above for the previous embodiment. The microprocessor 410 executes the interrupt service routine dedicated to handling IRQ15, reads the scan code data stored in the system controller 420 and executes the function associated with the scan code. Thus, as discussed above with respect to the first embodiment, the handling of the IRQ15 function is entirely independent of the conventional keyboard handling via IRQ1 and cannot be compromised by conventional TSR programs or the like.

The indirect generation of the IRQ15 signal described above enables the present embodiment of the invention to utilize existing I/O pins on the Western Digital integrated circuits and reduces the number of pins required on the keyboard controller.

Although described above in connection with the two preferred embodiments, one skilled in the art will appreciate that the present invention can be implemented in other embodiments while remaining within the scope of the present invention as defined in the appended claims.

What is claimed is:

1. A system for providing a built-in function in an ISA-compatible computer in response to activation of a selected combination of user activated keys, comprising:

a keyboard having a set of conventional alphanumeric and function keys and further having at least one additional function key;

a keyboard controller connected to said keyboard to monitor said conventional keys and said additional function key to detect when at least one of said keys is activated, said keyboard controller having first and second interrupt signal lines connected to said ISA-compatible computer, said keyboard controller responsive to an activation of at least one of said conventional keys to activate a first interrupt signal to said ISA-compatible computer on said first interrupt signal line, said keyboard controller responsive to an activation of said additional function key in combination with at least one of said conventional alphanumeric keys to generate a second interrupt signal to said ISA-compatible computer on said second interrupt signal line;

a first conventional interrupt handling routine within said ISA-compatible computer responsive to said first interrupt signal from said keyboard controller to input data scan codes from said keyboard; and

14

a second non-conventional interrupt handling routine within said ISA-compatible computer responsive to said second interrupt signal from said keyboard controller to input an identification of said activated alphanumeric key and to perform a predetermined function selected by said identified alphanumeric key.

2. The system for providing a built-in function as defined in claim 1, wherein said second non-conventional interrupt handling routine resides in random access memory.

3. The system for providing a built-in function as defined in claim 1, wherein said second non-conventional interrupt handling routine resides in read only memory.

4. The system for providing a built-in function as defined in claim 1, further comprising a central processing unit that indexes a first memory location pointer in response to said first interrupt signal, said central processing unit further indexing a second memory location pointer in response to said second interrupt signal.

5. A system for servicing keyboard interrupts in an ISA-compatible computer, comprising:

a keyboard having a plurality of keys including conventional alphanumeric keys, conventional symbol keys, conventional function keys and conventional cursor control keys, said keyboard further including at least one non-conventional function key, said keyboard generating a scan code in response to an activation of at least one of said keys, said scan code varying depending upon which of said keys is activated; and

a keyboard controller coupled to said keyboard, said keyboard controller further coupled to said ISA-compatible computer by first and second interrupt signal lines, said keyboard controller generating a first interrupt signal on said first interrupt signal line upon receipt of a scan code corresponding to one of said conventional keys, said ISA-compatible computer programmed to execute a program to input said scan code in response to said first interrupt signal, said keyboard controller generating a second interrupt signal on said second interrupt signal line upon receipt of a scan code corresponding to said non-conventional function key, said ISA-compatible computer programmed to execute at least one special routine upon receipt of said second interrupt signal.

6. The system for servicing keyboard interrupts as defined in claim 5, further comprising an interrupt controller coupled to said keyboard controller, said interrupt controller generating one of a plurality of interrupt vectors, said vector depending upon said interrupt signal.

7. The system for servicing keyboard interrupts as defined in claim 6, further comprising a Central Processing Unit coupled to said interrupt controller, said Central Processing Unit indexing one of a plurality of memory locations, said memory location depending upon said interrupt vector.

* * * * *

# EXHIBIT B



US005625275A

## United States Patent [19]

### Tanikawa et al.

[11] Patent Number: 5,625,275

[45] Date of Patent: Apr. 29, 1997

[54] **POWER SUPPLY WHICH PROVIDES A VARIABLE CHARGING CURRENT TO A BATTERY IN A PORTABLE COMPUTER SYSTEM**

[75] Inventors: Roy Tanikawa, Irvine; Hien Le, Garden Grove, both of Calif.

[73] Assignee: AST Research, Inc., Irvine, Calif.

[21] Appl. No.: 449,534

[22] Filed: May 24, 1995

[51] Int. Cl.⁶ ............................................. H02J 7/00
[52] U.S. Cl. .............................................. 320/32; 320/22
[58] Field of Search ...................... 320/30, 31, 32,
320/33, 21, 22, 23

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,239,495 | 8/1993 | Nanno et al. | 364/707 |
| 5,349,282 | 9/1994 | McClure | 320/32 |
| 5,465,039 | 11/1995 | Narita et al. | 320/32 |

Primary Examiner—Peter S. Wong
Assistant Examiner—Patrick B. Law

Attorney, Agent, or Firm—Knobbe, Martens, Olson & Bear, LLP

[57] **ABSTRACT**

A power supply for a rechargeable battery in a portable computer system is disclosed which adjusts the level of charging current depending upon the current drawn by the portable computer system. The power supply includes an AC adapter which supplies input current for operating the computer system and for charging the battery. Sensors are connected to the AC adapter, the battery, and an output of the power supply to detect the level of input current from the AC adapter, the level of charging current supplied to the battery, and the output voltage level of the power supply. A controller is connected to each of the sensors and monitors the input current level, the charging current level, and the output voltage level. The controller generates a control signal which indicates whether any one of the levels has exceeded a respective predetermined maximum value. A charging current control circuit is connected to the controller and to the battery and controls current flow between the AC adapter and the battery based upon the control signal generated by the controller. When the computer draws less current, the battery charging current is increased accordingly, thus using all of the power output from the AC adapter.

**16 Claims, 2 Drawing Sheets**





*FIG. 1*



FIG. 2

5,625,275

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# POWER SUPPLY WHICH PROVIDES A VARIABLE CHARGING CURRENT TO A BATTERY IN A PORTABLE COMPUTER SYSTEM

## FIELD OF THE INVENTION

The invention relates to battery chargers and, in particular, to a system for charging a rechargeable battery in a portable computer.

## BACKGROUND OF THE INVENTION

Portable or laptop computers are commonly provided with rechargeable batteries which power the computer when conventional power outlets are not available. An AC adapter is also typically provided to power the computer when the user does have access to an outlet. The AC adapter further provides power to a battery charging power supply which recharges the batteries.

In most portable computer systems, the power supply supplies two levels of battery charging current: one level when the computer system is off and a second when the computer system is on. To ensure that there is always sufficient current available for charging the battery when the computer system is also drawing current, the level of charging current output by the battery charger must be selected in accordance with the maximum current which could be drawn by the system. Thus, the AC adapter must be designed for the situation in which the computer is using maximum power and the battery requires charging. Because the adapter is designed for this "worst case" situation, the size of the AC adapter is often larger than necessary for typical operation where the computer is not drawing the maximum current and the balance of power available from the AC adapter is wasted.

Alternatively, some systems utilize a constant current AC adapter to charge the battery and power the computer. The output of the AC adapter is directly connected to the battery and to the DC/DC power supply which powers the computer system. In this manner, the battery charging power supply is eliminated and all of the current from the adapter that is not used by the computer system is available to charge the battery. However, in this configuration, the output voltage of the adapter is clamped to the battery voltage and the output capabilities of the adapter are significantly reduced. For example, if the AC adapter was rated at 20 Volts with a constant current of 1 amp, the output power of the adapter would be 20 Watts. If a 10 Volt battery was connected to the output of the adapter, the output capacity of the adapter would be reduced by half to 10 Watts.

## SUMMARY OF THE INVENTION

The present invention provides a power supply for a rechargeable battery that adjusts the battery charging current depending upon the current drawn by the portable computer system at any given time. The power supply includes a regulator controller which monitors the output current and output voltage of the battery to provide over voltage and short circuit protection. The controller further monitors the level of input current being drawn by the computer system. When the computer draws less current, the battery charging current is increased accordingly, thus efficiently using all of the available power output from the AC adapter. Conversely, when the current drawn by the computer system is above a threshold value at which battery charging is not feasible, the regulator does not direct any charging current to the battery.

The invention provides a power supply for recharging a battery in a portable computer system. The power supply comprises an AC adapter which supplies input current for operating the computer system and for charging the battery. A first sensor is connected to the AC adapter which detects the level of input current from the AC adapter being drawn by the computer system. A second sensor is connected to the battery which detects the level of charging current supplied to the battery. A third sensor is connected to an output of the power supply which detects the output voltage level of the power supply. A controller is connected to each of the sensors and monitors the input current level, the charging current level, and the output voltage level. The controller generates a control signal which indicates whether any one of the levels has exceeded a respective predetermined maximum value. A charging current control circuit is connected to the controller and to the battery and controls current flow between the AC adapter and the battery based upon the control signal generated by the controller. The first sensor may comprise a resistor connected between the AC adapter and a DC/DC converter which supplies operating power for the computer system. The second sensor may comprise a resistor connected between the battery and a ground reference. The third sensor may comprise a resistor connected to the output of the power supply. The charging current control circuit may include a transistor connected to the AC adapter and to the battery, wherein the transistor is biased on and off in accordance with the control signal generated by the controller to control current flow between the AC adapter and the battery. The power supply may further comprise a filter connected between the charging current control circuit and the battery which filters the charging current supplied to the battery.

Another aspect of the invention is a regulator for controlling current flow between an AC adapter and a battery in a portable computer system. The regulator comprises a controller connected to the AC adapter, the battery, and an output of the regulator to monitor a first input signal indicative of an input current level supplied by the AC adapter, a second input signal indicative of a charging current level supplied to the battery, and a third input signal indicative of an output voltage of the regulator. The controller generates an output signal which indicates whether any of the input signals has exceeded a respective predetermined maximum value. A charging current control circuit is connected to the controller and to the battery and supplies current from the AC adapter to charge the battery when the output signal from the controller indicates that none of the input signals are above the respective predetermined maximum values. The charging current control circuit may include a transistor connected between the AC adapter and the battery, wherein the transistor is biased on and off in accordance with the output signal generated by the controller to control current flow between the AC adapter and the battery. The regulator may further comprise a driving circuit connected between the controller and the charging current control circuit for driving the transistor. The regulator may also comprise a filter connected between the charging current control circuit and the battery which filters the charging current supplied to the battery.

Another aspect of the invention is a power supply for recharging a battery in a portable computer system. The power supply comprises an AC adapter which supplies input current for operating the computer system and for charging the battery. An input current sensing circuit is connected to the AC adapter which detects the level of input current from the AC adapter and generates a voltage indicative of the

5,625,275

3

input current level. A charging current sensing circuit is connected to the battery which detects the level of charging current supplied to the battery and generates a voltage indicative of the charging current level. An output voltage sensing circuit is connected to an output of the power supply which detects a voltage indicative of an output voltage level of the power supply. A controller is connected to each of the sensing circuits and compares the input current level, the charging current level, and the output voltage level with a respective predetermined maximum value. The controller generates a control signal which indicates whether any one of the levels has exceeded the respective predetermined maximum value. A charging current control circuit is connected to the controller and to the battery and controls current flow between the AC adapter and the battery based upon the control signal generated by the controller. The input current sensing circuit may include a resistor connected between the AC adapter and a DC/DC converter which supplies operating power for the computer system. The charging current sensing circuit may include a resistor connected between the battery and a ground reference which senses a voltage proportional to the charging current. The output voltage sensing circuit may include a resistor connected to the output of the power supply.

Yet another aspect of the invention is a method of regulating the amount of charging current supplied to a rechargeable battery by a regulator in a portable computer system including an AC adapter which supplies input current for operating the computer system and for charging the battery. The method comprises the steps of sensing the level of input current supplied by the AC adapter; sensing the level of charging current supplied to the battery; sensing the level of an output voltage of the regulator; monitoring the input current level, the charging current level, and the output voltage level; generating a control signal which indicates whether any one of the levels has exceeded a predetermined maximum value; and controlling current flow between the AC adapter and the battery based upon the control signal.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of a battery charging system in accordance with the present invention;

FIG. 2 is a schematic diagram of the system of FIG. 1.

DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 illustrates a block diagram of a power supply 10 constructed in accordance with the present invention. The power supply 10 supplies charging current to a rechargeable battery 12 which may be used, for example, in a portable or laptop computer system. The computer system includes a constant voltage AC adapter 14 which may comprise a AC/DC adapter connectable to a standard wall socket or a car adapter connectable to a power source, such as a cigarette lighter, in an automobile. The AC adapter 14 is connected to a main DC/DC power supply 16 along line 18. The DC/DC power supply 16 operates in a conventional manner to provide power for operating various components in the portable computer system.

The power supply 10 includes a pulse-width modulated (PWM) switching regulator 20 which operates conventionally to adjust the pulse width output therefrom in accordance with the level of the input control signals $I_{OUT}$, $V_{OUT}$, and $I_{IN}$. In particular, the regulator 20 monitors the battery charging current ($I_{OUT}$) and the output voltage ($V_{OUT}$) to provide over voltage and short circuit protection. As the

4

level of the signals $I_{OUT}$ and $V_{OUT}$ increases, the pulse width output by the regulator 20 at O is narrowed and less charging current per cycle is supplied to the battery 12. When either of these control signals is above a predetermined threshold value, the regulator output is disabled so that no charging current is supplied to the battery 12.

In accordance with the present invention, the regulator further monitors the system input current ($I_{IN}$) supplied by the AC adapter 14 and controls the charging current supplied to the battery 12 accordingly. If the current drawn by the computer system is below a predetermined threshold value above which battery charging is not feasible, the battery charging current is increased accordingly so as to efficiently use all of the available power output from the AC adapter 14. However, if the current drawn by the computer system is above the threshold value, the regulator output is disabled and no charging current is directed to the battery 12.

The PWM regulator comprises a controller 20 and a charging current control circuit which includes a driving circuit 21, a MOSFET 22, a diode 26, an inductor 28, and a capacitor 32, and output voltage gain circuitry 33. The output O of the regulator controller 20 is connected to the gate of the MOSFET 22 by way of the driving circuit 21. The drain of the MOSFET 22 is connected to the AC adapter output line 18 and the source of the MOSFET 22 is connected to a common node 24. The diode 26 is connected between the common node 24 and a ground reference. The inductor 28 is connected between the common node 24 and a common node 30 and the capacitor 32 is connected between the common node 30 and the ground reference. The positive terminal of the battery 12 is connected to the common node 30, while the negative terminal of the battery is connected to a common return line 34. The output voltage gain circuitry 33 is connected between the capacitor 32 and the regulator controller 20.

The power supply further includes a charging current sensor comprising a resistor 36 connected between the common return line 34 and the ground reference. The common return line 34 is also connected to the positive terminal of an output current amplifier 40. The negative terminal of the amplifier 40 is connected to output current gain circuitry 41. The voltage across the resistor 36 is amplified by the output current amplifier 40 and gain control circuitry 41 to generate an output signal which is indicative of the battery charging current. An input current sensor comprising a resistor 42 is connected in series between the AC adapter 14 and the DC/DC power supply 16. One end of the current sensing resistor 42 is connected to input current conversion circuitry 43. The conversion circuitry 43 is connected to the positive terminal of an input current amplifier 44 which amplifies the voltage across the resistor 42 and generates an output signal which is indicative of the current being drawn by the computer system.

The amplitude-scaled output signals proportional to the input and output current which are generated by the input and output current amplifiers are effectively OR'ed by a peak detector 45 such that the higher level signal is input to the regulator controller 20 at $IN_2$. The regulator controller 20 further monitors the output voltage by detecting the voltage across an output voltage sensor comprising a capacitor 32. The output voltage is scaled by the output voltage gain circuitry 33 and input to the controller 20 via a signal line 46 connected to the regulator controller 20 at $IN_1$.

As described above, the controller operates in a conventional manner such that the width of the pulses output by the controller at O is controlled by the signals input at $IN_1$ and

5,625,275

**5**

$IN_2$. When any parameter exceeds a predetermined threshold value, the regulator output is disabled such that the MOSFET 22 is biased off by the driving circuit 21 and no current from the adapter 14 flows through the MOSFET 22 to the battery 12. If all of the monitored current and voltage parameters are below their predetermined maximum values, the regulator output O is enabled and the pulse width output by the regulator output O is controlled by the regulator controller 20 is controlled in accordance with the level of the input control signals to provide the proper amount of charging current to the battery. Specifically, when the regulator controller output is enabled, the MOSFET 22 is biased on by the driving circuit 21 during each regulator cycle and any current output by the AC adapter 14 which is not being used by the system is supplied to battery 12. In this manner, the current output by the AC adapter 14 which is not being used by other components in the computer system is available for use in charging the battery 12 and the efficiency of the AC adapter is maximized.

FIG. 2 illustrates a more detailed diagram of one embodiment of the power supply of the present invention. The regulator controller 20 preferably comprises an integrated circuit (IC) such as the TL594 Pulse-Width Modulation Control Circuit manufactured by Texas Instruments of Dallas, Tex. The IC includes an internal oscillator preferably operating at a frequency of 200 KHz, and has 2 inputs $IN_1$ and $IN_2$, and 2 outputs $O_1$ and $O_2$.

As described above, an input current sensing resistor 42 is connected between the AC adapter 14 and the main DC/DC power-supply 16. Thus, the current through the resistor 42 represents the total current being drawn by the system. Components 50-68 serve to convert the current through the resistor 42 to a desired voltage level. At one end of the input current sensing resistor 42, the adapter output line 18 is connected to the positive input terminal of an amplifier 50. The opposite end of the resistor 42 is connected to a common signal line 52. A 4.7KΩ resistor 54 is connected between the negative voltage supply terminal of the amplifier 50 and the ground reference and a Zener diode 56 is connected between the resistor 54 and the common signal line 52. A capacitor 58 is connected between the common signal line 52 and the ground reference. A 100Ω resistor 60 is connected between the common signal line and the negative input terminal of the amplifier 50. As the positive and negative input terminals of the amplifier 50 are, by definition, virtually the same when the amplifier is operational, the voltage across the resistor 60 is virtually the same as the voltage across the resistor 42.

The output of the amplifier 50 is connected to the gate of a MOSFET 62. The source of the MOSFET 62 is connected between the resistor 60 and the negative input terminal of the amplifier 50, while the drain of the MOSFET 62 is connected to a 3.9 KΩ resistor 64. A 10 μF capacitor 66 and a 5.49KΩ resistor 68 are each connected between the resistor 64 and the ground reference. In operation, the current through the resistor 60 is output through the operational amplifier 50 to bias the gate of a MOSFET 62 on. The current then flows through the drain of the MOSFET 62 and through resistors 64 and 68. Because the current through the resistor 68 is the same as the current through the resistor 60 and the voltage across the resistor 60 approximately equals the voltage across the resistor 42, it follows that the voltage across the resistor 68 is proportional to the voltage across the resistor 42, and therefore is proportional to the current through the resistor 42. Thus, the voltage at the positive input terminal of the amplifier 44 is proportional to the current being drawn by the system.

The positive input terminal of the input current amplifier 44 is connected to a common node 72 between the resistor

**6**

64 and the resistor and capacitor 66, 68. The output of the amplifier 44 is connected to the anode of a diode 74 while the cathode of the diode 74 is connected to an input $IN_2$ of the regulator controller 20 via a signal line 76. The negative input terminal of the amplifier 44 is also connected to the signal line 76.

As set forth above, the return line 34 is connected to the positive terminal of the amplifier 40. The negative input terminal of the amplifier 40 is connected to a common signal line 80. A 1KΩ resistor 82 is connected between the common signal line 80 and the ground reference. A 39KΩ resistor 84 and a 0.33 μF capacitor 86 are each connected between the common signal line 80 and the regulator controller input signal line 76. A 15KΩ resistor 88 is connected between the regulator controller input signal line 76 and the ground reference. The output of the amplifier 40 is connected to the regulator controller input signal line 76 through a diode 89. The output current sensing resistor 36 is connected to the positive input terminal of the output current amplifier 40 via the signal line 34 and senses a voltage proportional to the battery charging current. The amplifier 40 acts to amplify the voltage across the resistor 36 by a gain factor as provided by the resistors 82 and 84.

The amplifiers 40 and 44 are preferably provided on a single IC chip, such as the LM358 Low Power Dual Operational Amplifier manufactured by National Semiconductor of Santa Clara, Calif. The amplifiers 40 and 44, in combination with diodes 74 and 89, function as an effective OR gate which inputs the highest of the two signals output by the amplifiers to the regulator controller input at $IN_2$ via signal line 76. As set forth above, a voltage proportional to the battery charging current is input to the amplifier 40, while a voltage proportional to the current being drawn by the system is input to the amplifier 44. When the voltage output of one amplifier is higher than the other, the diode associated with the lower level signal is biased off by the higher level signal and the higher level signal is input to the regulator controller 20 at $IN_2$ through its associated diode. For example, if the voltage output of the amplifier 44 was 3 V and the output of the amplifier 40 was 2 V, a 3 V signal would be input to the regulator controller 20 at $IN_2$.

The regulator controller 20 continuously monitors the input signals at $IN_1$ and $IN_2$ and controls the pulse width of the signal output at 0 in accordance therewith. The control signal at $IN_1$ is monitored to detect if either the system input current or the battery charging current exceeds a predetermined maximum value. In particular, the voltage proportional to the system input current is monitored to ensure that the input current is limited to the rated current level of the AC adapter 14. The voltage proportional to the battery charging current is also monitored to provide short circuit protection and limit the battery charging current in the event that the output were to short to ground. Preferably, the regulator limits the system input current to 1.8 amps and the battery charging current to 3.5 amps. The regulator controller 20 further monitors the output voltage across the capacitor 32 at $IN_1$ to prevent the output voltage from rising above a predetermined level in the event that the battery is removed from the power supply. Preferably, the regulator ensures that the output voltage does not exceed 15 volts.

The regulator controller 20 compares the signals input at inputs $IN$ and $IN_2$ with the internal 5 V reference signal. The values of the resistors 42, 60, and 68 are selected based on the rated maximum current of the AC adapter 14 such that when the AC adapter current reaches the maximum, the voltage across the resistor 68 is 5 V. As set forth above, the resistors 42, 60, and 68 preferably have values of 0.05Ω,

5,625,275

7

100Ω and 5.49KΩ respectively. Thus, when the input current is 1.8 Amps, the voltage across the resistor 68 will equal 1.8×0.05/100×5.49K=5 volts. Similarly, the values of the resistors 82 and 84 are chosen to provide a gain which will amplify the voltage across the resistor 36 to 5 V when the maximum battery current is reached. Preferably, the resistors provide a gain factor of 40. Thus, when the maximum battery current of 2.5 amps is reached, the voltage across the resistor 36 will be 0.13 volts and the amplifier 40 will amplify this voltage to 5 volts. In a similar manner, output voltage gain circuitry 33 comprises a 0.0022 μF capacitor 124, a 20KΩ resistor 126, and a 10KΩ resistor 128 which will attenuate the output voltage to 5 V when a maximum voltage level of 15V is reached across the capacitor 32.

When any parameter exceeds the 5 V reference signal, the regulator output is disabled such that the MOSFET 22 is biased off by the driving circuit 21 and no current from the adapter 14 flows through the MOSFET 22 to the battery 12. If all of the monitored current and voltage parameters are below their predetermined maximum values, the regulator output O is enabled and the pulse width output by the regulator controller 20 is controlled in accordance with the level of the input control signals to provide the proper amount of charging current to the battery. Specifically, when the output voltage sensed across the capacitor 32 increases, the pulses output from the regulator are narrowed so that less charging current per cycle is supplied to the battery. Similarly, if the voltage signals proportional to the system input current through the resistor 42 or output current through the resistor 36 increase, less charging current is supplied to the battery 12 by shortening the pulses output by the regulator at O. On the other hand, when any of these control voltages decrease, the output pulse width is widened to provide more charging current per cycle to the battery 12.

Components 90 through 120 act as a driver for the MOSFET 22 as well known to those skilled in the art. When either input to the regulator controller 20 reaches or exceeds 5 V, the output level at O₁ or O₂ is high and the driving circuit 21 subsequently biases the MOSFET 22 off to prevent current output by the AC adapter 74 from reaching the battery 12. Conversely, when the controller inputs are below their respective levels, the output at O₁ or O₂ is low and the driving circuit 21 subsequently biases the MOSFET 22 on during each cycle to conduct current from the AC adapter signal line 18 to the battery 12.

Specifically, the outputs O₁ and O₂ of the regulator controller 20 are connected to the gate of a MOSFET 90. The source of the MOSFET 90 is connected to the ground reference, while the drain is connected to a 33Ω resistor 92. The resistor 92 is connected to a 470Ω resistor 94 via a common signal line 96. A diode 100 is connected between the resistor 94 and AC adapter signal line 18. The base of a BJT 102 is connected to the common signal line 96 and the emitter is connected to a common node 104. A diode 106 is connected between the common node 104 and the signal line 96. A 4.7KΩ resistor 110 is connected at one end to the common node 104 and at the other end to the gate of the MOSFET 22 by a signal line 112.

The drain of the MOSFET 22 is connected to the AC adapter signal line 18 and the source is connected to a common signal line 114. A 0.1 μF capacitor 116 is connected between the common signal line 114 and the collector of the BJT 102. A 4.7KΩ resistor 118 is connected between a common node 119 and the common signal line 114 and a 0.331 μF capacitor 120 is connected between the common nodes 104 and 119. The common node 119 is further connected to the signal line 112 via a signal line 122.

8

When the controller output level is high, the gate to source voltage of the MOSFET 90 is greater than the threshold voltage and the MOSFET is biased on. When the MOSFET 90 is biased on, current from the AC adapter 14 is conducted through the diode 100 and the resistor 94 and directed through the resistor 92 and the MOSFET 90 to the ground reference. Thus, the current at the base of the BJT 102 is below the threshold level and the BJT 102 is biased off. When the BJT 102 is off, the MOSFET 22 is also biased off since the gate to source voltage of the MOSFET is below the threshold. When the MOSFET 22 is off, the diode 26 conducts and the inductor 28 discharges current stored therein through the diode and the capacitor 32. Current is also stored in the capacitor 116 when the MOSFET 22 is off.

Conversely, when the regulator controller output level is low, the gate to source voltage of the MOSFET 90 is below the threshold and the MOSFET is biased off. When the MOSFET 90 is off, some of the current from the AC adapter conducted by the diode 100 and resistor 94 is diverted to the base of the BJT 102 since the MOSFET 90 and the diode 92 are effectively open circuits, thereby raising the base current above the threshold so that the BJT 102 conducts and its collector current biases the MOSFET 22 on. When the MOSFET 22 is on, the diode 26 does not conduct and the current from the AC adapter not being used by the system flows through the drain and source of the MOSFET and into the inductor 28 and capacitor 32. Thus, as those skilled in the art will appreciate, the inductor 28 and capacitor 32 act in a conventional manner to filter the charging current supplied to the battery 12.

Additionally, when MOSFET 22 is turned on, the charge stored by the capacitor 116 is discharged through the BJT 102. The stored charge also serves to turn the diode 100 off so that no current from the AC adapter 14 is conducted by the diode 100. The capacitor 120 and resistor 110 act as a voltage dropping resistor which turns the MOSFET 22 off with a negative voltage when the capacitor 120 is charged to ensure that the maximum gate to source breakdown voltage of the MOSFET 22 is not exceeded.

Thus, when the input current, charging current, and output voltage parameters are below their respective maximum values, the power supply of the present invention operates to supply current from the AC adapter which is not being used by the system to the battery to charge the battery. In this manner, when the current drawn by the computer system is less than the maximum, the remainder of the current which can be output by the AC adapter is utilized to charge the battery. This maximizes the efficiency of the AC adapter and reduces the size of the adapter.

Although the preferred embodiment of the present invention has been described and illustrated above, those skilled in the art will appreciate that various changes and modifications to the present invention do not depart from the spirit of the invention. For example, other specific implementations of the circuitry in FIG. 1 and FIG. 2 may be used to the current and voltage sensors or the regulator. Accordingly, the scope of the present invention is limited only by the scope of the following appended claims.

We claim:

1. A power supply for recharging a battery in a portable computer system from a conventional AC adapter, said power supply comprising:

a conventional AC adapter which supplies input current, said input current comprising a system current for operating said computer system and a charging current for charging said battery, said AC adapter having a substantially constant DC

5,625,275

9

output voltage across first and second terminals of said AC adapter, said AC adapter supplying said input current via said first and second terminals;

a first sensor connected to measure a level of said input current supplied by said AC adapter to said computer system and to said battery, said input current having a first maximum limit;

a second sensor connected to measure a level of said charging current supplied to said battery, said charging current having a second maximum limit;

a third sensor connected to measure an output voltage level of said battery, said output voltage level having a third maximum limit;

a controller connected to said first, second and third sensors, wherein said controller monitors said input current level, said charging current level, and said output voltage level and generates a control signal responsive to said input current level, said charging current level and said output voltage level; and

a charging current control circuit connected to receive said control signal from said controller, said control circuit further being connected between said AC adapter and said battery to control charging current flow between said AC adapter and said battery based upon said control signal generated by said controller, said controller generating said control signal to cause said control circuit to block charging current flow when at least one of said input current level, said charging current level and said output voltage level exceeds its respective maximum limit, said controller generating said control signal to cause said control circuit to provide charging current at a variable level when all of said input current level, said charging current level and said output voltage level are less than said respective maximum limits, said variable charging current level controlled to cause said input current level to be maintained approximately at said first maximum limit as long as said second maximum limit and said third maximum limit are not exceeded.

2. The power supply of claim 1, wherein said first sensor comprises a resistor connected between said AC adapter and a DC/DC converter which supplies operating power for said computer system.

3. The power supply of claim 1, wherein said second sensor comprises a resistor connected between said battery and a ground reference.

4. The power supply of claim 1, wherein said third sensor comprises a resistor connected to said output of said power supply.

5. The power supply of claim 1, wherein said charging current control circuit includes a transistor connected to said AC adapter and to said battery, wherein said transistor is biased on and off in accordance with said control signal generated by said controller to control current flow between said AC adapter and said battery.

6. The power supply of claim 1, further comprising a filter connected between said charging current control circuit and said battery which filters said charging current supplied to said battery.

7. A regulator for controlling charging current flow between a conventional AC adapter and a battery in a portable computer system, wherein said AC adapter provides an input current which comprises a charging current provided to said battery and a system current provided to electronic components of said portable computer system, said regulator comprising:

10

a controller connected to said AC adapter, said battery, and an output of said regulator to monitor a first input signal indicative of a level of said input current supplied by said AC adapter, to monitor a second input signal indicative of a level of said charging current supplied to said battery, and to monitor a third input signal indicative of an output voltage of said regulator, wherein said controller generates a control signal responsive to said first, second and third input signals, said control signal having a first inactive state when any one of said first, second and third input signals exceeds a respective first, second and third limit value, said control signal having a second variable active state when none of said first, second and third input signals exceed said respective first, second and third limit values; and

a charging current control circuit connected to said controller and to said battery and responsive to said control signal from said controller, wherein said charging current control circuit supplies said charging current from said AC adapter to charge said battery when said control signal from said controller has said variable active state, said controller varying said active state to cause said first input level to be maintained approximately at said first limit value regardless of changes of said system current provided to said electronics in said portable computer system as long as said second input signal and said third input signal are below said respective second limit value and third limit value.

8. The regulator of claim 7, wherein said charging current control circuit includes a transistor connected between said AC adapter and to said battery, wherein said transistor is biased on and off in accordance with said output signal generated by said controller to control current flow between said AC adapter and said battery.

9. The regulator of claim 8, further comprising a driving circuit connected between said controller and said charging current control circuit for driving said transistor.

10. The regulator of claim 7, further comprising a filter connected between said charging current control circuit and said battery which filters said charging current supplied to said battery.

11. A power supply for recharging a battery in a portable computer system, said power supply comprising:

a conventional AC adapter which supplies input current, said input current comprising a system current for operating said computer system and comprising a charging current for charging said battery, said input current having a total input current level comprising an approximate sum of said system current and said charging current;

an input current sensing circuit connected to said AC adapter which detects a level of said total input current from said AC adapter;

a charging current sensing circuit connected to said battery which detects a level of said charging current supplied to said battery;

an output voltage sensing circuit connected to an output of said power supply which detects an output voltage level of said power supply;

a controller connected to said sensing circuits, wherein said controller compares said input current level, said charging current level, and said output voltage level with respective predetermined maximum values and generates a control signal responsive to differences between said input current level, said charging current

5,625,275

11

level and said output voltage level and said respective predetermined maximum values; and

a charging current control circuit connected to said controller and to said battery, wherein said control circuit controls current flow between said AC adapter and said battery in response to said control signal generated by said controller, said control signal controlled by said controller to cause said charging current level to have a magnitude approximately equal to a difference between said predetermined maximum level for said input current level and an amount of current being supplied to said computer system as long as none of said input current level, said charging current level and said output voltage level exceed said respective predetermined maximum values.

12. The power supply of claim 11, wherein said input current sensing circuit includes a resistor connected between said AC adapter and a DC/DC converter which supplies operating power for said computer system.

13. The power supply of claim 11, wherein said charging current sensing circuit includes a resistor connected between said battery and a ground reference which senses a voltage proportional to said charging current.

14. The power supply of claim 11, wherein said output voltage sensing circuit includes a resistor connected to said output of said power supply.

15. A method of regulating the amount of charging current supplied to a rechargeable battery by a regulator in a portable computer system, wherein said computer system includes a conventional AC adapter which supplies input current, said input current including a system current for operating said computer system and a charging current for charging said battery, said method comprising the steps of:

sensing a level of said input current supplied by said AC adapter;

sensing a level of said charging current supplied to said battery;

sensing a level of an output voltage of said regulator;

comparing said input current level with a maximum input current level, comparing said charging current level

12

with a maximum charging current level, and comparing said output voltage level with a maximum output voltage level;

generating a control signal responsive to results of said comparing steps; and

controlling charging current flow from said AC adapter to said battery based upon said control signal, said control signal adjusted in response to changes in said system current to cause said charging current to have a level selected to maintain said input current level approximately equal to said maximum input current level as long as said charging current level is less than said maximum charging current level and said output voltage level is less than said maximum output voltage level.

16. A power supply for recharging a battery in a portable computer system, said power supply comprising:

a conventional AC adapter which supplies input current which includes a system current for operating said computer system and which includes a charging current for charging said battery;

a sensor which detects the level of said input current provided by said AC adapter;

a controller connected to said sensor which generates a control signal responsive to a difference between said detected input current level and a predetermined maximum input current level; and

a charging current control circuit connected to receive said control signal from said controller and connected between said AC adapter and said battery to control charging current flow between said AC adapter and said battery based upon said control signal generated by said controller, said controller and said control circuit operating to maintain said charging current flow at a level such that said input current level is maintained at approximately said maximum input current level until said battery is fully charged.

* * * * *

**EXHIBIT C**

US006523100B2

(12) **United States Patent**
Mann

(10) Patent No.: **US 6,523,100 B2**
(45) Date of Patent: **Feb. 18, 2003**

(54) **MULTIPLE MODE MEMORY MODULE**

(75) Inventor: **Edward D. Mann**, Methuen, MA (US)

(73) Assignee: **Samsung Electronics Co., Ltd.**, Kyungki-do (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/400,131**

(22) Filed: **Sep. 21, 1999**

(65) **Prior Publication Data**

US 2002/0144049 A1 Oct. 3, 2002

**Related U.S. Application Data**

(60) Continuation of application No. 08/092,628, filed on Jul. 15, 1993, now Pat. No. 6,021,477, which is a continuation of application No. 07/786,827, filed on Oct. 31, 1991, now Pat. No. 5,261,073, which is a division of application No. 07/348,318, filed on May 5, 1989.

(51) Int. Cl.[7] .......................................... **G06F 13/14**
(52) U.S. Cl. ............................... **711/167**; 711/154
(58) Field of Search ........................ 711/1, 104, 105, 711/154, 156, 167

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,872,452 A | 3/1975 | Stoops | 340/173 |
| 4,001,790 A | 1/1977 | Barlow | 340/172.5 |
| 4,281,392 A | 7/1981 | Grants et al. | 364/900 |
| 4,725,945 A * | 2/1988 | Kronstadt et al. | 364/200 |
| 4,744,025 A | 5/1988 | Lipcon et al. | 364/200 |
| 4,751,671 A | 6/1988 | Babetski et al. | 364/900 |
| 4,780,916 A | 11/1988 | Sutton | 4/543 |
| 4,787,060 A | 11/1988 | Boudreau et al. | 364/200 |
| 5,261,073 A | 11/1993 | Mann | 395/425 |
| 5,513,331 A * | 4/1996 | Pawlowski et al. | 395/401 |
| 6,021,477 A | 2/2000 | Mann | 711/167 |

OTHER PUBLICATIONS

U.S. Patent application No. 09/401,335 filed by Mann on Sep. 21, 1999, patent No. assigned as 6,282,060, was to be issued on Aug. 28, 2001 (this application has never been issued).

* cited by examiner

*Primary Examiner*—Kevin L Ellis
(74) *Attorney, Agent, or Firm*—Robert E. Bushnell, Esq.

(57) **ABSTRACT**

A memory unit 18 includes a bus 16 which couples the memory unit to a memory control unit 14. The memory unit includes a latch for receiving and storing an address from the bus, a first memory plane for storing information units associated with an odd address, a second memory plane for storing information units associated with an even address, an input latch for receiving from the bus an information unit associated with a received address and output latches for storing, prior to transmission to the bus, a stored information unit associated with a received address. The memory unit further includes logic, responsive to a state of a first bus signal line, for enabling the output latches to (a) simultaneously transmit to the bus an information unit from both the first and the second memory planes, or (b) sequentially transmit to the bus an information unit from one of the memory planes followed by an information unit from the other one of the memory planes.

**8 Claims, 20 Drawing Sheets**





*FIG. 1*



FIG. 2a



FIG. 2b



*FIG. 2C*



FIG. 3a



FIG. 3b



FIG. 3c

**U.S. Patent**     Feb. 18, 2003     Sheet 8 of 20     US 6,523,100 B2



*FIG. 3*



*FIG. 4*



FIG. 5



FIG. 6



FIG. 6a



FIG. 6b



FIG. 7



*FIG. 8*



FIG. 9



*FIG. 10*



FIG. 11



FIG. 12





FIG. 13c

US 6,523,100 B2

1

# MULTIPLE MODE MEMORY MODULE

This application is a continuation of U.S. patent Ser. No. 08/092,628, filed Jul. 15, 1993, now U.S. Pat. No. 6,021, 477; which in turn is a continuation of U.S. patent Ser. No. 07/786,327, filed Oct. 31, 1991, which issued Nov. 9, 1993 as U.S. Pat. No. 5,261,073; which in turn is a divisional application of U.S. patent Ser. No. 07/348,318, filed May 5, 1989.

## FIELD OF THE INVENTION

This invention relates generally to a memory module for an information processing system and, in particular, to a memory module having selectable operating modes including a selectable data bus width and a selectable memory device control signal generation.

## BACKGROUND OF THE INVENTION

A memory module for an information processing system typically includes a substrate, such as a printed circuit board, a plurality of memory device integrated circuits, such as dynamic random access memories (DRAMS), and associated logic for generating memory timing and control signals, latching data, etc. One or more of the memory modules are coupled to a system bus of an information processing system and provide storage of data and instructions for one or more central processing units (CPUs) which are also coupled to the system bus. In some systems the memory module(s) may be coupled to the system bus via a memory bus and a memory control unit (MCU), the MCU being interposed between the system bus and the memory bus.

The system bus normally includes a data bus having a predetermined number of signal lines for defining a width of the bus. For example, a data bus may have 8, 16, 32, 64 or more signal lines for conveying an equal number of data bits. Modern, high performance systems are generally characterized by a data bus width of 64 bits (double-word) or 128 bits (quad-word).

The system bus normally also includes an address bus for defining data storage address locations within the memory module(s). The number of signal lines which comprise the address bus is directly related to the number of address storage locations which may be directly addressed by the the bus. For example, 20 address signal lines can directly address approximately one million address locations. Modern systems may have 28 or more address signal lines. For some system bus architectures the address bus is provided as a discrete bus while for other types of systems the address bus is time shared, or multiplexed, with all or a portion of the data bus. For these latter type of systems the multiplexed signal lines can convey an address during a first portion of a system bus cycle and convey data relating to the address during a second portion of the system bus cycle.

The system bus typically also includes a number of control signal lines such as memory read and write strobes, clock and bus cycle timing signal lines, etc.

Conventional practice in the design and manufacture of memory modules is to provide a module suitable for use with only one system bus or memory bus configuration. That is, the memory module is designed to accommodate a fixed data bus width, such as 64 or 128 bits. It can be appreciated that if a manufacturer of information processing systems provides different types of systems having different data bus widths that a memory module having a fixed bus width would not be useable in two or more different types of systems.

2

Also, DRAM devices are available in a number of operating configurations including page mode and static column mode. During a conventional page mode access cycle a row address is applied to the device, a row address strobe (RAS*) signal is asserted, a column address is applied and a column address strobe (CAS*) signal is asserted such that a particular address location within the DRAM is selected. The device is repetitively accessed in the page mode by incrementing the column address and reasserting CAS* without incurring the overhead of also changing the row address and reasserting RAS*. Thus, a conventional page mode type of DRAM page mode operation includes repetitive assertions of CAS*.

In a static column type of device the DRAM includes circuitry which detects transitions of the column address signals. With this type of device the requirement of repetitively asserting CAS* is eliminated in that applying a new column address, with CAS* remaining asserted, is sufficient to initiate a device read or write access cycle to the selected address. In general, static column operation results in a faster access cycle in that set-up and hold times associated with CAS* are eliminated.

As can be appreciated, these two types of DRAM devices have differing timing and control signal generation requirements which generally preclude conventional memory modules from operating with both types of devices. That is, conventional memory modules are typically designed to work with one type of device or the other. In that DRAM devices are in great demand and adequate supplies of a given type of device are not always readily available, it can be seen that a memory module having the ability to operate with more than one type of DRAM device without modification is a desirable feature.

## SUMMARY OF THE INVENTION

The foregoing and other problems are overcome and other advantages are realized by a memory unit, constructed and operated in accordance with the invention, for storing information units and being interconnected during operation with a memory control unit. The memory unit includes a bus coupling the memory unit to the memory control unit by a plurality of signal lines. The memory unit further includes a latch for receiving and storing an address from the bus, a first memory plane for storing information units associated with an odd address, a second memory plane for storing information units associated with an even address, an input latch for receiving from the bus an information unit associated with a received address and output latches for storing, prior to transmission to the bus, a stored information unit associated with a received address. The memory unit further includes logic, responsive to a state of a first bus signal line, for enabling the output latches to (a) simultaneously transmit to the bus, an information unit from both the first and the second memory planes, or (b) sequentially transmit to the bus an information unit from one of the memory planes followed by an information unit from the other one of the memory planes.

Each of the memory planes further has an associated counter for storing and incrementing a portion of a column address, the counters being responsive to a bus signal asserted by the memory control unit. Up to 256 double-word write accesses or up to 128 quad-word read accesses can be achieved by supplying an initial address and thereafter toggling the bus signal to increment the counters. For page mode type of DRAMs toggling the bus signal also results in a deassertion and a reassertion of the CAS signal. For static

US 6,523,100 B2

| 3 | 4 |

column type of DRAMs the transition of the address counter outputs is sufficient to cause the DRAMs to begin a new access cycle.

The memory unit of the invention furthermore provides status signals to the memory control unit including a match signal to indicate that a particular memory unit lies within a range of addresses associated with a provided address and a signal which indicates, when asserted, that static column type of DRAMs are installed upon the memory unit asserting the match signal.

BRIEF DESCRIPTION OF THE DRAWING

The above set forth and other features of the invention are made, more apparent in the ensuing Detailed Description of the Invention when read in conjunction with the attached Drawing, wherein:

FIG. 1 is a block diagram of a portion of an information processing system showing a MCU coupled to a number of MUs via a MEMBUS;

FIG. 2a shows in greater detail one embodiment of the MEMBUS of FIG. 1;

FIG. 2b shows in greater detail a second embodiment of the MEMBUS of FIG. 1;

FIG. 2c is a block diagram partly in schematic form, which shows in greater detail the control and timing block 26;

FIG. 3 shows the relative orientation of FIGS. 3a and 3b;

FIGS. 3a, 3b and 3c are each a portion of a simplified block diagram of the MU of the invention;

FIG. 4 shows in greater detail certain signals of the MU control bus which is a part of the MEMBUS;

FIG. 5 shows the signal timing for a double-word MU read operation;

FIG. 6 shows the signal timing for a quad-word MU read operation;

FIG. 6a shows an octal-word read cycle for a double-word width system;

FIG. 6b shows a quad-word read cycle for a double-word width system;

FIG. 7 shows the signal timing for a consecutive quad-word MU read operation;

FIG. 8 shows the signal timing for a byte write operation;

FIG. 9 shows the signal timing for a word/double-word write operation;

FIG. 10 shows the signal timing for a consecutive double-word write operation;

FIG. 11 shows the signal timing for a refresh operation;

FIG. 12 shows the signal timing for a refresh operation including a correction; and

FIGS. 13a, 13b and 13c are timing diagrams which illustrate the operation of certain signal lines in different configurations of systems.

DETAILED DESCRIPTION OF THE INVENTION

Referring first to FIG. 1 there is shown in block diagram form a portion of an information processing system 10. System 10 includes a system bus 12 which couples together a number of bus connections including a memory control unit (MCU) 14. Other bus connections, such as a CPU (not shown) provide data to the MCU 14 to be written to memory and also receive data read from memory. Coupled to MCU 14 via a memory bus (MEMBUS) 16 are one or more

memory units (MUs) 18. For example, in the illustrated embodiment up to eight MUs 18 (MU0–MU7) can be coupled to the MCU 14 via the MEMBUS 16. MEMBUS 16 can be seen to comprise two groups of signal lines including a control bus 20 and a data/address bus 22.

Referring to FIG. 2a there is shown the memory bus 16 in greater detail. The control bus 20 can be seen to comprise a plurality of signal lines which are sourced by, for example, a memory interface state machine 24 on the MCU 14. The memory interface state machine 24 is responsive to a memory access type opcode which is generated by a bus connection and which is sent over the system bus 12 to the MCU 14. The opcode defines a particular type of memory access such as a double-word read, a quad-word read, or a word or double-word write. The memory interface state machine 24 decodes the opcode and provides the necessary sequence of control signals to the MUs 18. A control and timing logic block 26 on the MU 18 receives the control bus 20 signals and, in synchronism with a memory clock (MEMCLK), generates a plurality of internal timing signals for the MU 18. The MU 18 can be further seen to include an odd double-word memory plane 28 and an even double-word memory plane 30. Planes 28 and 30 are each comprised of a plurality of memory devices which are preferably DRAMS. In the illustrated embodiment each of the planes 28 and 30 is differentiated into an upper and a lower half, each half having eight megabytes of storage organized as one megabyte by 78 bits. Sixty-four of the bits comprise a data double-word and the remaining 14 bits are error detection and correction (ECC) syndrome bits. A memory address is provided to the planes 28 and 30 from the MCU 14 via a memory address driver 32 which is controlled by a drive address (DRVADR) signal generated by the memory interface state machine 24. It should be noted that in this embodiment of the invention that the address bits are time multiplexed with a portion of the data bus 22. The address is latched in the MU 18 by an address input latch 34 and is provided to two address logic blocks 36 and 38, block 36 being associated with the odd double-word plane 28 and block 38 being associated with the even double-word plane 30. At a subsequent time in the memory access cycle the memory interface state machine 24, for a write type of memory access, generates a drive data signal (DRVDAT) which drives, via a driver 39, the contents of an internal data path to the MEMBUS data/address bus 22. It should be noted that for the illustrated embodiment of the invention that a single write cycle may be up to 64 data bits (double-word) in width (plus ECC syndrome bits) while a single read access cycle may be up to 128 bits (quad-word) in width. During a write type of access the data driven to MDB0 <00:77> is received by a data input latch 40 and is provided therefrom to one of the planes 28 and 30 while a write strobe (WSTB) signal is gated to the proper plane for writing. During a memory read type of access the data outputs from the planes 28 and/or 30 are provided to a data output latch 42 which drives the data/address bus 22. The data is received by a latch 44 on the MCU 14 and is provided therefrom to the internal MCU 14 data path. The MU 18 also includes a unit select logic block 46 which decodes a portion of the address input to determine whether a particular MU 18 is selected by (matches) the provided address. The unit select logic block 46 returns a signal MATCH* to the MCU 14 if a MATCH condition is detected.

FIG. 2b illustrates the MU 18 in use with a MCU 14' which employs a single 78-bit data/address bus 22. Thus, for this type of MCU 14' both the write and the read data paths are of equal width. In accordance with one aspect of the

US 6,523,100 B2

5

invention the MU 18 includes an additional data latch 48 which is employed to multiplex the data output of the odd double-word plane 28 onto the MDB0 (00:77) bus 22. The operation of latch 48 is controlled by the control and timing block 26, as are the other latches and logic previously described, which in turn is responsive to particular ones of the control bus 20 signals as will be described.

It can be seen that the MU 18 provides either a first data bus width or a second data bus width which is twice that of the first width. Thus, the MU 18 can be employed with at least the two types of MCU 14 and 14' without requiring circuit changes to be made to the MU 18.

Referring now to the block diagrams of FIGS. 2c, 3a and 3b there is shown the MU 18 in greater detail. Specifically there is shown in FIG. 2c the control and timing block 26 in greater detail and in FIGS. 3a and 3b the internal address and data paths and also the board address match logic. In FIG. 3a it can be seen the MDB0 <00:77> bus is coupled to the address input latch 34 which can further be seen is comprised of a buffer 34a and latch 34b. During the address portion of the memory bus cycle 28 bits of address are applied on the MDB0 signal lines and are latched by latch 34b for application to the even double-word address logic 38 and the odd double-word address logic 36. The odd double-word address logic 36 can be seen to include a counter 36a and a row and column select multiplexer 36b. The even double-word address logic 38 is comprised of an adder 38a, a counter 38b and a row and column select logic 38c. Counters 36a and 38b are each an eight-bit counter which are preloaded with eight bits of the latched column address (LA(20–27)). Counters 36a and 38b each have an input (INCADDR) for incrementing the counter value by a value of one for accessing consecutive double-words from their respective memory planes. The adder 38 is provided for initially preincrementing the even double-word column address by a value of one when an ADD signal, LA.28=1, is asserted. This preincrement is accomplished when a starting memory address begins from the odd double-word plane. It should be noted that two bits of the latched address (LA28 and LA29) are not applied directly to the memories. Bit 29 is applied to the control block 26 and selects within a memory plane the even or odd word while bit 28 is employed for selecting either the even or the odd memory planes 28 and 30 for access.

By example, and assuming that an initial address refers to the even word plane, LA.<26–29> may equal 0100$_{(2)}$. This results in the least significant four bits of each of the counters 36a and 38b being loaded with a value of 0001$_{(2)}$, it being remembered that bits LA 28 and 29 are not applied to the counters. Thus, both planes 28 and 30 are provided with an address having LSBs of 0001$_{(2)}$. If the access is a multiple quad-word read access, both planes retrieve data from the provided address. After a first memory read access the counters 36a and 38b are both incremented by the assertion of INCADDR such that both have a value of 0010$_{(2)}$ for accessing the next consecutive double-word.

However, if LA28 of the initial address points to the odd double-word plane 28, such as an address of 0110$_{(2)}$, both counters will again have an initial value of 0001$_{(2)}$. In this case of starting an access from the odd double-word plane, the adder 38a first adds a one to the even memory plane 30 column address before the address is stored in counter 38b such that the even double-word plane counter 38b does not fall behind the odd plane counter 36a. That is, the odd double-word plane is accessed at address 0001$_{(2)}$ while the even double-word plane is initially accessed at address 0010$_{(2)}$. After incrementing both counters 36a and 38b the

6

next odd plane address from counter 36a is 0010 while the next even plane address from counter 38b is 0011$_{(2)}$.

The multiplexers 36b and 38c each apply two sets of 11 bits of address to the DRAM double-word memory planes 28 and 30 which, in conjunction with the appropriate RAS* and CAS* signals, are strobed into the memories for selecting a particular address location. The assertion of the RAM COL* signal switches the output of multiplexers 36b and 38c from the row address to the column address provided by the counters 36a and 38b, respectively. It should be realized that ten of these eleven address bits are strobed directly into the one megabyte DRAMs and that in other embodiments of the invention that more or less than this number of bits are provided depending on the density of the individual memory devices. For example, if four megabyte DRAMs are employed all eleven of the address bits are used.

Data input latch 40 is employed during memory write cycles and is a 64 data bit, plus 14 ECC syndrome bit width latch, the outputs of which are applied to the data input terminals of the memory devices of the two memory planes 28 and 30.

Each of the double-word memory planes 28 and 30 has a data output latch associated therewith, namely the 78-bit latches L4 42a and L6 42b. Latches L4 42a and L6 42b are employed when the MU 18 is utilized with the MCU 14 of FIG. 2a for simultaneously providing up to 128 bits, or one quad-word of data, for memory read cycles. Each of the latches L4 42a and L6 42b has an associated 78-bit output driver 50 and 52, respectively, coupled to an output thereof for driving the MDB0 and MDB1 buses, respectively.

In accordance with one aspect of the invention the odd double-word memory plane 28 further has the 78-bit latch L5 48 coupled to its output, the latch 48 having an output coupled to the input of the even double-word memory plane driver 50. Thus, for those types of applications which employ a 64 bit, as opposed to a 128 bit, memory data bus the latch 48 is utilized to multiplex the output of the odd double-word memory plane 28 on to the MDB0 <00:77> bus.

The MU 18 further includes a memory logic array (MLA) 54 which is utilized to determine if a particular bus address selects the MU 18 for a read or write cycle. A base address input is compared to a portion of the address from buffer 34a. If the address is determined to be within a range of addresses which correspond to a particular MU 18 an output of a comparator 56 asserts the MATCH* signal which is provided on the memory bus 16 to the MU 14. The MLA 54 further functions to provide a base address output to a next consecutive MU 18 in a manner which is disclosed in copending patent application Ser. No. 07/179,162, filed Apr. 8, 1988.

FIG. 4 shows in greater detail the memory control bus 20 of FIG. 2a and FIG. 2b. The function of the various signals shown in FIG. 4 are better understood by also referring to the timing diagrams of FIGS. 5–12 which show a variety of memory access types.

The MEMCLOCK* signal is provided from the MCU 14 to the MU 18 and establishes a reference clock signal for the MU 18. The CLOSE* signal captures and latches the address appearing on MDB0<02:31> at the beginning of a memory operation. As can be seen in FIG. 5, the CLOSE signal is asserted when the memory address is set up on MDB0 at the beginning of a memory access cycle. CLOSE remains asserted until the end of the memory access cycle. DTOUT* and DTIN* are provided from the MCU 14 and convey a four bit code to the MU 18. The four bit code provided by the DTOUT* and DTIN* signals are employed

US 6,523,100 B2

7

during read and write operations and is used by the MU 18 to enable the MU 18 buffers and other circuitry for writing to the MU 18 or for reading from the MU 18. Table 1 illustrates the use of DTOUT* and DTIN* in conjunction with other signals.

TABLE 1

DESCRIPTION OF DTOUT* AND DTIN*

| DTOUT* | DTIN* | QDBS* | BWD* | LA28 | |
|---|---|---|---|---|---|
| 0 | X | 0 | 1 | 0 | Enables latch & driver outputs (42a & 50) to send data to MCU for memory reads |
| 0 | X | 0 | 1 | 1 | Enables latch & driver outputs (42b & 52) to send read data to MCU for memory reads |
| 0 | X | 0 | 0 | X | Enables latch & driver outputs (42a & 50 & 42b & 52) to read send data to MCU for memory reads |
| 0 | 0 | 1 | X | X | Enables latch & driver outputs (48 & 50) to send read data to MCU for memory reads |
| 0 | 1 | 1 | X | X | Enables latch & driver outputs (42a & 50) to send read data to MCU for memory reads |
| 1 | 0 | X | X | X | Enables buffer & latch outputs (34a & 40) to drive data into MU array for writes |
| 1 | 1 | X | X | X | No buffer or latch outputs enabled |

The row address strobe (RAS*) signal is generated by the MCU 14 and is provided via the control and timing block 26 to the memory devices on the MU 18 to strobe in the row address provided from the multiplexers 36b and 38c. The column address strobe (CAS*) is generated by the MCU 14 for both read and write access cycles. It should be noted that if the memory unit has static column type DRAMs that CAS* remains asserted during multiple memory access cycles. A write strobe (WRSTB*) is generated by the MCU 14 for write-type access cycles and is provided, as can be seen in FIG. 8, substantially coincidentally with the provision of write data on the memory bus 16.

The control bus 20 includes a BWD* signal and a BDWD* signal. As can be seen in FIGS. 5–12, the BWD* signal is utilized for all memory accesses of a double-word or greater in width. The BDWD* signal is used for all memory accesses which are a quad-word in width. BDW* and BDWD* control, via the control and timing block 26, which of the memory planes 28 receive RAS*, CAS* and WRSTRB*. For a byte or word write cycle (FIGS. 8 and 9) neither BDW* or BDWD* is generated, the memory plane section being accomplished by LA<29>. For a double-word operation LA<29> is ignored and BDW* and LA<28> control the memory plane selection. For an operation greater than a double-word, LA 29 and LA 28 are ignored and

8

BWD* and BDWD* control memory plane selection. For this case LA 28 controls the proper sequencing of the planes.

A refresh (RFRSH*) signal is periodically generated by the MCU 14 in order to initiate a refresh cycle on the MU 18. As can be seen in FIG. 11, the refresh cycle is performed as a read operation, having both RAS* and CAS* asserted, which enables the MCU 14 to read the data at the refresh location and to perform error "sniffing" and correction if necessary. In FIG. 12 it can be seen that the refresh cycle indicated a bit is in error and that corrected data is written back to the MU 18 during the time that the WSTRB* signal is asserted.

The MATCHED* signal is returned to the MCU 14 only by the MU 18 which generates a matched condition with the MCU 14 provided address. Furthermore, a STATMATCH* signal is provided back the MCU 14 simultaneously with the provision of the MATCHED* signal only for those MU 18s which employ static column DRAMs. The STATMATCH* signal can be utilized by the MCU 14 to modify its internal timing in that the STATMATCH* signal being asserted generally indicates that a faster memory access is possible.

The AHCMATCH* signal is output from the matched MU to the MCU 14; the assertion of AHCMATCH* being caused by the generation of MATCHED* and also a MU jumper or switch which indicates that DRAMs having a specified speed are installed. AHCMATCH* is a status signal to the MCU 14 which indicates that the MU is adding one half of a MEMCLK cycle to the memory access to accommodate the timing requirements of the DRAMs. For example, if faster access DRAMs are installed the jumper may not be set and AHCMATCH* is therefore not asserted.

As was previously discussed, page mode DRAMs are characterized as requiring multiple assertion of CAS* in order to accomplish consecutive memory accesses. In accordance with one aspect of the invention the NEXT* signal is utilized for page mode DRAMs in order to cause successive assertions of the CAS* signal. It should be remembered that the counters 38b and 36a can also be incremented by NEXT* between accesses in order to increment the column address. Therefore, the assertion of the NEXT* signal is employed for multiple read and write type of accesses for page mode DRAMs as well as for static-column DRAMs. However, the assertion of NEXT*, for static column DRAMs, increments the address but does not affect CAS*.

The Next Enable (NEXTENA*) signal is employed, when asserted, to enable the gating of the NEXT* signal onto the MU 18. The NEXTENA* signal can be hard wired on the control bus 20 to either an enabling or a disabling logic state. The assertion of NEXTENA* indicates that the MU 18 is coupled to an MCU which generates the signal NEXT* to perform multiple memory accesses.

Further in accordance with the invention there is provided a quad data bus (QDBS*) signal which specifies to the MU 18 whether the MEMBUS 16 is a double-word (64 bit) or a quad-word (128 bit) type bus. As with the NEXTENA* signal the QDBS* signal can be tied to a logic signal on the MEMBUS 16. When the QDBS* signal is asserted the MU 18 is notified that it is installed in a quad-word bus type of system. When the QDBS* signal is not asserted the MU 18 is notified that it is installed in a double-word bus type of system and that latch LS 48 is required to multiplex the odd double-word plane 28 output onto the MDB0 bus.

As can be seen in FIG. 2c the NEXTENA* signal enables the generation of an ENABLECAS* signal via gate 62, F/F 64 and gate 66. The output of F/F 64 is a registered NEXT* (RNEXT*) signal. The ENABLECAS* signal is asserted

9

when NEXT* is asserted by the MCU 14 in conjunction with the NEXTENA* signal and also when the MU 18 provides a signal STATCOL which indicates that static column DRAMS are not installed. The ENABLECAS* signal is provided to a Memory Array Control (MAC) block 68 for enabling the assertion of certain CAS<0:7> signals to the memory planes 28 and 30. If STATCOL indicates that static column DRAMs are installed ENABLECAS* is generated and the transitions of the address inputs to the DRAMs, provided from counters 36a and 38b via multiplexers 36b and 38c, provide the required DRAM activation to access a next column address. The assertion of RAS* by the MCU 14 further initiates the assertion of certain ones of the RAS<0:7>* memory strobes which initiate the memory access cycle. At the end of a particular RAS* cycle a signal RASEND is asserted by MAC 68 to gate 70 which, regardless of the state of ENABLECAS*, generates the INCADDR signal to counters 36a and 38b. If NEXTENA* is asserted the INCADDR signal is generated from RNXT*. FIGS. 13a, 13b and 13c are timing diagrams which illustrate the operation of these signal lines in different configurations of systems. Specifically, FIG. 13a shows a double-word width data bus system having page mode DRAMs and a maximum operation size of an octal-word read. FIG. 13b illustrates a quad-word width data bus system having static column DRAMs. FIG. 13c illustrates a quad-word width data bus system having page mode DRAMs. In these three FIGS. 13a–13c it should be noted that the terminal rising edge of the increment address (INCADDR) signal is a don't care state in that the operation has already ended.

MAC 68 includes a number of Control Bus 20 inputs including WRST1*, BWD*, BDWD*, DTIN* and DTOUT*. The state of these signals is decoded by the MAC 68 for generating the required ones of the memory strobe signals. A portion of the MAC 68 is a Latch Control 72 which decodes certain of the input signals for generating various latch controlling outputs, including L4CONT, L5CONT and L6CONT. By example, if QDBS* is asserted then L5CONT is not generated, QDBS* indicating that the MU 18 is installed in a quad-word wide MEMBUS 16 system. Conversely, if QDBS* is not asserted then L5CONT is generated for multiplexing the odd double-word memory plane output to the even double-word bus, namely MDB0<00:77>. The MAC 68 also controls the generation of the ADD signal to adder 38a to initially add a one to the even double-word counter 38b as previously described.

It can be appreciated that inasmuch as counters 36a and 38b are both eight bit counters that the operation of Control Bus 20 in conjunction with Control and Timing Block 26 enables up to 128 consecutive quad-word read cycles or up to 256 consecutive double-word write cycles. These consecutive read or write accesses are accomplished by providing the initial address and thereafter repetitively asserting the NEXT* signal from the MCU 14.

Referring to FIG. 5 there is shown the operation of the Control Bus 20 and certain MU 18 and MCU 14 signals for a double-word read cycle. The MEMCLOCK signal provides a reference clock, cycles of which are shown numbered consecutively. At the beginning of the read cycle the address from MCU 14 is stable at the rising edge of MEMCLOCK 2 and the CLOSE1* and RAS1* signals are asserted. The BWD* signal is also asserted for indicating that a double-word operation is in progress. A row address is provided by the appropriate multiplexer 36b or 38c and at rising edge of MEMCLOCK3 the row address is strobed into the DRAMs by the RAM RAS1* signal. The multiplexer thereafter switches to the column address provided from the

10

associated counter 36a or 38b and RAM CAS* is generated at MEMCLOCK4 for strobing into the addressed DRAMs the column address. At MEMCLOCK5 the MCU 14 asserts DTOUT* to enable output drivers etc., thereby enabling the MU 18 output data path, including the appropriate data latch. Data read from the addressed memory plane is driven to the appropriate MDB bus 22. During MEMCLOCK6 the MCU 14 latches the data and at the end of MEMCLOCK6 CLOSE* is deasserted, thereby terminating the MCU 14 access.

FIG. 6 illustrates a quad-word read cycle wherein the QD bus is used, this cycle being similar in operation to the double-word read of FIG. 5. However, both the MDB0 and MDB1 buses are employed. Also, it can be seen that the DBWD* signal is asserted coincidentally with BWD* for indicating that both double-word memory planes 28 and 30 are being accessed. The diagram of FIG. 6 illustrates the quad-word MEMBUS 16 configuration, the QDBS* signal (not shown) being asserted from the backplane. If the double-word MEMBUS 16' of FIG. 2b is employed the latch L5 48 is employed to provide the odd memory plane double-word to MDB0 in the MEMCLOCK8. Of course, the deassertion of the CLOSE* is delayed until the end of MEMCLOCK 8 in order to accommodate the additional time required to transfer the odd memory plane double-word to the MCU 14. FIG. 6a illustrates an octal-word read cycle and FIG. 6b a quad-word read for the double-word width bus case. The RCLOSE* signal is a registered CLOSE* signal.

FIG. 7 illustrates two consecutive quad-word read operations, it being realized that up to 128 quad-word reads may be accomplished in such manner. The memory access proceeds up to MEMCLOCK5 in a manner as previously described. At MEMCLOCK5 the NEXT* signal is asserted to indicate that a second quad-word read cycle is desired. The rising edge of NEXT* at MEMCLOCK6 causes the generation of the INCADDR signal thereby incrementing the column address counters 36a and 38b. If static column type DRAMs are installed RAM CAS* remains asserted and the change of state of the column address initiates the next DRAM access cycle. If page mode type DRAMs are installed RAM CAS* is deasserted, as indicated in dashed outline, for one MEMCLOCK cycle after which RAM CAS* is once more asserted to initiate the second DRAM access. DTOUT* is asserted a second time in order to retrieve the second quad-word of data. If more than two quad-words of data are required each quad-word is accessed by the assertion of NEXT* with an assertion of DTOUT*.

FIG. 8 illustrates a byte write operation. This type of write operation is achieved by initially performing a word or a double-word read of the memory plane having the byte to be written, merging within the MCU 14 the byte into the word or double-word and writing back the merged word or double-word to the memory plane. This portion of the cycle is accomplished from MEMCLOCK1 to MEMCLOCK7. At MEMCLOCK7 DTIN* is asserted and at MEMCLOCK8 WRSTRB* is asserted. The double-word containing the newly merged byte of data is also driven to MDB0<00:77> at MEMCLOCK8. It can be noted that RAM CAS* remains asserted throughout this read-modify-write type of access.

FIG. 9 illustrates a word or a double-word type of write cycle. BWD* is not asserted for a word write cycle but is asserted, as shown in dashed outline, at MEMCLOCK2 for the double-word case.

FIG. 10 illustrates a consecutive double-word write access. A first double-word is driven to MDB0<00:77>

US 6,523,100 B2

11

during MEMCLOCK4 in conjunction with WRSTB*. This first double-word is stored in either the odd or even memory plane depending on the state of the address (LA 28) driven during MEMCLOCK2 and MEMCLOCK3. A second double-word is driven at MEMCLOCK6 along with WRSTRB* and the second double-word is stored in the memory plane not previously written. NEXT* is asserted at MEMCLOCK7, the rising edge of which at MEMCLOCK8 causes the column address to increment via counters 36a and 38b. The third and fourth double-words are driven, along with an associated WRSTB*, during MEMCLOCK8-12 for storage within the memory planes. Both BWD* and BDWD* are asserted at MEMCLOCK2 and DTIN* is asserted at MEMCLOCK3. If an additional double-word write access were required NEXT* would be reasserted at MEMCLOCK11 with CLOSE*, RAS* and DTIN* remaining asserted.

FIG. 11 illustrates a refresh operation which is periodically initiated by the MCU 14 for refreshing the DRAMs. The refresh operation is performed as a word or double-word read operation similar to that of FIG. 5. The word or double-word of data, including ECC syndrome bits, which is read from the refreshed location is processed by error detection and correction circuitry within the MCU 18 to detect and correct single bit errors or to detect multiple bit errors. During a refresh cycle the RFRSH* signal is asserted by the MCU 14 in conjunction with CLOSE*, RAS* and BWD*. FIG. 11 shows the case where no errors are detected.

FIG. 12 illustrates a refresh operation wherein a bit of the word or double-word is found to be in error. As can be readily seen, the operation of this refresh cycle during MEMCLOCK1-8 is identical to that of FIG. 11. But if a bit is in error the error is corrected by the MCU 14 and a word or double-word write cycle is initiated at MEMCLOCK8 in order to write the corrected word or double-word back into the memory location from which it was read. This MCU 14 initiated write cycle can be seen to be identical to that of FIG. 9 with BWD* asserted.

While the invention has been particularly shown and described with respect to a preferred embodiment thereof, it will be understood by those skilled in the art that changes in form and details may be made therein without departing from the scope and spirit of the invention.

What is claimed is:

1. A memory system, comprising:

at least one memory module; and

a memory controller unit configured to receive an indication of access speed of said at least one memory module, and to provide, during access of said at least one memory module, an appropriate access timing commensurate with said received indication of access speed.

12

2. The memory system according to claim 1, wherein:

said at least one memory module comprises a plurality of memory modules, said memory controller unit being further configured to select a selected one of said plurality of memory modules, to receive said indication of access speed of said selected one of said plurality of memory modules, and to provide, during access of said selected one of said plurality of memory modules, an appropriate access timing commensurate with said received indication of access speed.

3. The memory system according to claim 1, wherein:

said memory controller unit is further configured to receive an indication of memory type of said at least one memory module.

4. A computer system, comprising:

a CPU operatively coupled to a system bus; and

a memory controller unit configured to receive a memory access request from said CPU via said system bus, said memory controller unit being operatively coupled to one of more memory modules via a memory bus, said memory controller unit being configured to receive an indication of access speed of said at least one memory module, and to provide, during access of said at least one memory module in response to said memory access request, an appropriate access timing commensurate with said received indication of access speed.

5. The computer system according to claim 4, wherein:

said at least one memory module comprises a plurality of memory modules, said memory controller unit being further configured to select a selected one of said plurality of memory modules, to receive said indication of access speed of said selected one of said plurality of memory modules, and to provide, during access of said selected one of said plurality of memory modules in response to said memory access request, an appropriate access timing commensurate with said received indication of access speed.

6. The computer system according to claim 4, wherein:

said memory controller unit is further configured to receive an indication of memory type of said at least one memory module.

7. The memory system according to claim 1, wherein:

said memory controller unit is configured to receive an indication of access speed of said at least one memory module during an initialization of said memory system.

8. The computer system according to claim 4, wherein:

said memory controller unit is to receive an indication of access speed of said at least one memory module from said CPU during an initialization of said memory system.

* * * * *

## UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.     : 6,523,100 B2                                      Page 1 of 2
DATED          : February 18, 2003
INVENTOR(S)    : Edward D. Mann

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Title page,
Item [57], **ABSTRACT,**
Please replace the **Abstract** to read as follows:
--      A memory control unit is coupled during use to a system bus for receiving
memory addresses therefrom.  The memory control unit is further coupled during use to
one or more memory units by a second bus that includes a plurality of signal lines for
transmitting, during a memory access cycle, a memory address to the one or more
memory units.  Each of the one or more memory units includes a plurality of
semiconductor memory devices having a plurality of addressable memory storage
locations.  The memory control unit further includes circuitry that is coupled to and
responsive to a signal asserted by one of the memory units.  The asserted signal
indicates an access speed of the selected memory unit.  The memory control unit
specifies a duration of a memory access so as to make the duration of the memory
access cycle compatible with the indicated access speed of at least the semiconductor
memory devices of the selected memory unit. --

Columns 2 and 3,
SUMMARY OF THE INVENTION,
Please replace the existing text from column 2, line 37 through column 3, line 10, with
the following:
        The foregoing and other problems are overcome and other advantages are
realized by a memory system, constructed and operated in accordance with the
invention, for storing information units and being interconnected during operation
with a memory controller unit.  The memory controller unit is configured to receive an
indication of access speed of the memory module, and to provide, during access of the
memory module, an appropriate access timing commensurate with the received
indication of access speed.
        Additionally, the invention contemplates a computer system with a CPU
operatively coupled to a system bus and a memory controller unit configured to receive
a memory access request from the CPU via the system bus.  The memory controller unit
is operatively coupled to one or more memory access speed of the memory module, and
to provide, during access of the memory module in responsive to the memory access

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.      : 6,523,100 B2                                    Page 2 of 2
DATED           : February 18, 2003
INVENTOR(S)     : Edward D. Mann

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Columns 2 and 3 cont'd,

request, an appropriate access timing commensurate with the indication of access speed
received. --

Signed and Sealed this

Eighth Day of July, 2003

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*