# EXHIBIT G

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

**VAUGHN R. WALKER**
United States District Chief Judge

Date : December 13, 2007

**C07-4748  VRW**      **Wistron Corporation** v **Samsung Electronics Company Ltd**

Attorneys : For Plaintiff(s):   Mark Fowler, M. Elizabeth Day, Sal Lim

For Defendant(s):   Michael Bettinger, Christy LaPierre

Deputy Clerk: Cora Klein                                     Reporter: not reported

PROCEEDINGS:

Initial Case Management Conference - Held

Further Case Management Conference: 5/1/2008 @ 3:30 p.m.

SCHEDULE:

Fact Discovery Cutoff: 8/15/08

Hearing on Summary Judgment Motion/Claim Construction: 8/7/2008 at 2:30 PM

DISPOSITIVE MOTIONS HEARING:   9/25/2008 at 2:30 PM
File Motion:                              Opposition:                       Reply:

PRETRIAL CONFERENCE:   10/30/2008 at 3:30 pm (including motions in limine)

JURY SELECTION: 11/25/2008 at 9:00 AM

TRIAL DATE:   12/1/2008 at 8:30 AM        (Jury/Court - 10 days)

Order to be prepared by:     Plntf_____   Deft_____   Court_x_