# EXHIBIT H

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL PRETRIAL MINUTES</u>

VAUGHN R. WALKER
United States District Chief Judge

Date : May 1, 2008

<u>C 07-4748 VRW</u>      <u>Wistron Corporation</u> v <u>Samsung Electronics Co Ltd</u>

Attorneys : For Plaintiff(s):   Michael Bettinger, Harold Davis

For Defendant(s):   Mark Fowler, Sal Lim

Deputy Clerk: Cora Klein              Reporter: not reported

PROCEEDINGS:

Case Management Conference - Held

Designation of Experts/Reports:  8/21/2008

DISPOSITIVE MOTIONS HEARING:  September 25, 2008 at 2:30 PM

File Motion: 8/28/08      Opposition: 9/10/08      Reply: 9/15/08

Notes:   Patent '275 - 3 claim terms
         Patent '100 - 6 claim terms
         Patent '273 - 8-12 claim terms