1  MARK D. FOWLER, Bar No. 124235
   mark.fowler@dlapiper.com
2  ELIZABETH DAY, Bar No. 177125
   elizabeth.day@dlapiper.com
3  TIMOTHY LOHSE, Bar No. 177230
   timothy.lohse@dlapiper.com
4  SAL LIM, Bar No. 211836
   sal.lim@dlapiper.com
5  GREGORY J. LUNDELL, Bar No. 234941
   greg.lundell@dlapiper.com
6  ERIK R. FUEHRER, Bar No. 252578
   erik.fuehrer@dlapiper.com
7  DLA PIPER US LLP
   2000 University Avenue
8  East Palo Alto, CA  94303-2214
   Tel: 650.833.2000
9  Fax: 650.833.2001

10 Attorneys for Defendant and Counterclaim-Plaintiff
   SAMSUNG ELECTRONICS CO., LTD.

11

12                       UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14                           SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16  WISTRON CORPORATION, a Taiwan corporation | CASE NO. C-07-4748 VRW |
| 17           Plaintiff and Counter-Defendant, | **[PROPOSED] ORDER GRANTING SAMSUNG ELECTRONICS CO., LTD.'S MOTION FOR LEAVE TO AMEND ITS COUNTERCLAIMS TO ADD ADDITIONAL PARTY** |
| 18  v. | |
| 19  SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation | Date:      Sept. 11, 2008<br>Time:      2:30 PM<br>Courtroom: 6, 17th Floor<br>Judge:     Vaughn R. Walker |
| 20           Defendant and Counter-Plaintiff. | |
| 21 | |
| 22 | |
| 23  SAMSUNG ELECTRONICS CO., LTD., | |
| 24           Counterclaim-Plaintiff, | |
| 25  v. | |
| 26  WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION, | |
| 27 | |
| 28           Counterclaim-Defendants. | |

-1-

1       Having considered the papers submitted and arguments presented in support of and in
2   opposition to Defendant/Counter-Plaintiff Samsung Electronics Co., Ltd.'s ("Samsung") Motion
3   for Leave to Amend Its Counterclaims to Add Additional Party, IT IS HEREBY ORDERED
4   THAT Samsung's motion is GRANTED.
5       Samsung's Answer and Second Amended Counterclaims, attached as Exhibit A to the
6   Declaration of Erik Fuehrer in Support of Motion to Amend Counterclaims, will be filed
7   accordingly.
8       IT IS SO ORDERED.

9   Dated: _____, 2008

                                                                                       VAUGHN R. WALKER
                                                                                       United States District Court Judge