1  MICHAEL J. BETTINGER (STATE BAR NO. 122196)
   michael.bettinger@klgates.com
2  TIMOTHY P. WALKER, PHD (STATE BAR NO. 105001)
   timothy.walker@klgates.com
3  HAROLD H. DAVIS, JR. (STATE BAR NO. 235552)
4  harold.davis@klgates.com
   **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
5  55 Second Street, Suite 1700
   San Francisco, California  94105-3493
6  Telephone: 415.882.8200
7  Facsimile: 415.882.8220

8  Attorneys for Plaintiff and Counter-claim Defendants
   WISTRON CORPORATION and
9  WISTRON INFOCOMM (TEXAS)
   CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION,<br>   a Taiwan corporation,<br><br>        Plaintiff and Counter-Defendant,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>   a Republic of Korea corporation,<br><br>        Defendant and Counter-Plaintiff | Case No. C 07-04748 VRW<br><br>**DECLARATION OF HAROLD H. DAVIS, JR. IN SUPPORT OF WISTRON CORPORATION AND WISTRON INFOCOMM'S RESPONSIVE CLAIM CONSTRUCTION BRIEF** |
| SAMSUNG ELECTRONICS CO., LTD.,<br><br>        Counterclaim-Plaintiff<br>vs.<br><br>WISTRON CORPORATION, and<br>WISTRON INFOCOMM (TEXAS)<br>CORPORATION<br>        Counterclaim-Defendants | |

I, Harold H. Davis, do hereby declare as follows:

1. I am an attorney duly licensed to practice before the courts in the State of California, am admitted to this Court, and am a member of the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP, attorneys of record herein for Plaintiffs and Counterclaim-Defendants Wistron Corporation and Wistron Infocomm (Texas) Corporation. I am personally familiar with the facts set forth herein and could and would competently testify to them if required to do so. I am submitting this declaration in support of Wistron and Wistron Infocomm's Responsive Claim Construction Brief.

2. Attached as Exhibit 1 to this declaration is a true and correct copy of the Court's May 12, 2005 Claim Construction Order.

3. Attached as Exhibit 2 to this declaration is a true and correct copy a June 23, 2004 Claim Construction Order by Judge Rainey from the United States District Court for the Southern District of Texas

4. Attached as Exhibit 3 to this declaration is a true and correct copy of excerpts from the extrinsic evidence dictionaries and materials cited by Wistron in the Joint Claim Construction Statement for the '273 patent.

5. Attached as Exhibit 4 to this declaration is a true and correct copy of excerpts from the deposition of Dr. Robert Wedig taken on May 19, 2008.

6. Attached as Exhibit 5 to this declaration is a true and correct copy of excerpts from the deposition of Dr. Robert Wedig taken on September 11, 2002.

7. Attached as Exhibit 6 to this declaration is a true and correct copy of Dr. Robert Wedig's October 11, 2002 declaration.

8. Attached as Exhibit 7 to this declaration is a true and correct copy of Dr. Robert Wedig's February 25, 2005 declaration in the Samsung v. Quanta case, Case No 00-4524.

9. Attached as Exhibit 8 to this declaration is a true and correct copy of excerpts of the file history for the '273 patent.

10. Attached as Exhibit 9 to this declaration are true and correct copies of excerpts from the extrinsic evidence dictionaries and materials cited by Wistron in the Joint Claim Construction Statement for the '275 patent.

1. 11. Attached as Exhibit 10 to this declaration is a true and correct copy of excerpts from the deposition of Dr. Robert Colwell taken on May, 20, 2008.

2. 12. Attached as Exhibit 11 to this declaration is a true and correct copy of excerpts of the file history for the '275 patent.

3. 13. Attached as Exhibit 12 are true and correct copies of excerpts from the extrinsic evidence dictionaries and materials cited by Wistron in the Joint Claim Construction Statements for the '100 patent.

4. 14. Attached as Exhibit 13 to this declaration is a true and correct copy of excerpts of the file history for the '100 patent.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 23rd day of June, 2008, at San Francisco, California.

/s/ Hal Davis /s/

_____

Harold H. Davis