# EXHIBIT 3

**Microsoft**

OVER
**10,000**
ENTRIES

# Microsoft
# Computer Dictionary
## Fifth Edition

- *Fully updated with the latest technologies, terms, and acronyms*
- *Easy to read, expertly illustrated*
- *Definitive coverage of hardware, software, the Internet, and more!*

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary.--5th ed.
     p. cm.
  ISBN 0-7356-1495-4
  1. Computers--Dictionaries.   2. Microcomputers--Dictionaries.

  AQ76.5. M52267   2002
  004'.03--dc21                                              200219714

Printed and bound in the United States of America.

2 3 4 5 6 7 8 9    QWT    7 6 5 4 3 2

Distributed in Canada by H.B. Fenn and Company Ltd.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to *mspinput@microsoft.com*.

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode, BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic, DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye, IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:** Alex Blanton
**Project Editor:** Sandra Haynes

Body Part No. X08-41929

ment such as a headpiece and goggles. *Also called:* image-based rendering. *See also* imaging, virtual reality.

**IMO** *n.* Acronym for **in my opinion**. A shorthand phrase used often in e-mail and Internet news and discussion groups to indicate an author's admission that a statement he or she has just made is a matter of judgment rather than fact. *See also* IMHO.

**impact printer** *n.* A printer, such as a wire-pin dot-matrix printer or a daisy-wheel printer, that drives an inked ribbon mechanically against the paper to form marks. *See also* daisy-wheel printer, dot-matrix printer. *Compare* nonimpact printer.

**impedance** *n.* Opposition to the flow of alternating current. Impedance has two aspects: resistance, which impedes both direct and alternating current and is always greater than zero; and reactance, which impedes alternating current only, varies with frequency, and can be positive or negative. *See also* resistance.

**implementor** *n.* In role-playing games, the administrator, coder, or developer of the game. *Also called:* Imp. *See also* role-playing game.

**import** *vb.* To bring information from one system or program into another. The system or program receiving the data must somehow support the internal format or structure of the data. Conventions such as the TIFF (Tagged Image File Format) and PICT formats (for graphics files) make importing easier. *See also* PICT, TIFF. *Compare* export.

**IMT-2000** *n.* *See* International Mobile Telecommunications for the Year 2000.

**inactive window** *n.* In an environment capable of displaying multiple on-screen windows, any window other than the one currently being used for work. An inactive window can be partially or entirely hidden behind another window, and it remains inactive until the user selects it. *Compare* active window.

**in-band signaling** *n.* Transmission within the voice or data-handling frequencies of a communication channel.

**in-betweening** *n.* *See* tween.

**Inbox** *n.* In many e-mail applications, the default mailbox where the program stores incoming messages. *See also* e-mail, mailbox. *Compare* Outbox.

**incident light** *n.* The light that strikes a surface in computer graphics. *See also* illuminance.

**in-circuit emulator** *n.* *See* ICE (definition 2).

**INCLUDE directive** *n.* A statement within a source-code file that causes another source-code file to be read in at that spot, either during compilation or during execution. It enables a programmer to break up a program into smaller files and enables multiple programs to use the same files.

**inclusive OR** *n.* *See* OR.

**increment¹** *n.* A scalar or unit amount by which the value of an object such as a number, a pointer within an array, or a screen position designation is increased. *Compare* decrement¹.

**increment²** *vb.* To increase a number by a given amount. For example, if a variable has the value 10 and is incremented successively by 2, it takes the values 12, 14, 16, 18, and so on. *Compare* decrement².

**incumbent local exchange carrier** *n.* *See* ILEC.

**indent¹** *n.* **1.** Displacement of the left or right edge of a block of text in relation to the margin or to other blocks of text. **2.** Displacement of the beginning of the first line of a paragraph relative to the other lines in the paragraph. *Compare* hanging indent.

**indent²** *vb.* To displace the left or right edge of a text item, such as a block or a line, relative to the margin or to another text item.

**Indeo** *n.* A codec technology developed by Intel for compressing digital video files. *See also* codec. *Compare* MPEG.

**independent content provider** *n.* A business or organization that supplies information to an online information service, such as America Online, for resale to the information service's customers. *See also* online information service.

**independent software vendor** *n.* A third-party software developer; an individual or an organization that independently creates computer software. *Acronym:* ISV.

**index¹** *n.* **1.** A listing of keywords and associated data that point to the location of more comprehensive information, such as files and records on a disk or record keys in a database. **2.** In programming, a scalar value that allows direct access into a multi-element data structure such as an array without the need for a sequential search through the collection of elements. *See also* array, element (definition 1), hash, list.

**index²** *vb.* **1.** In data storage and retrieval, to create and use a list or table that contains reference information

pointing to stored data. **2.** In a database, to find data by using keys such as words or field names to locate records. **3.** In indexed file storage, to find files stored on disk by using an index of file locations (addresses). **4.** In programming and information processing, to locate information stored in a table by adding an offset amount, called the index, to the base address of the table.

**indexed address** *n.* The location in memory of a particular item of data within a collection of items, such as an entry in a table. An indexed address is calculated by starting with a base address and adding to it a value stored in a register called an index register.

**indexed search** *n.* A search for an item of data that uses an index to reduce the amount of time required.

**indexed sequential access method** *n.* A scheme for decreasing the time necessary to locate a data record within a large database, given a key value that identifies the record. A smaller index file is used to store the keys along with pointers that locate the corresponding records in the large main database file. Given a key, first the index file is searched for the key and then the associated pointer is used to access the remaining data of the record in the main file. *Acronym:* ISAM.

**index hole** *n.* The small, round hole near the large, round spindle opening at the center of a 5.25-inch floppy disk. The index hole marks the location of the first data sector, enabling a computer to synchronize its read/write operations with the disk's rotation.

**Indexing Service Query Language** *n.* A query language available in addition to SQL for the Indexing Service in Windows 2000. Formerly known as Index Server, its original function was to index the content of Internet Information Services (IIS) Web servers. Indexing Service now creates indexed catalogs for the contents and properties of both file systems and virtual Webs.

**index mark** *n.* **1.** A magnetic indicator signal placed on a soft-sectored disk during formatting to mark the logical start of each track. **2.** A visual information locator, such as a line, on a microfiche.

**indicator** *n.* A dial or light that displays information about the status of a device, such as a light connected to a disk drive that glows when the disk is being accessed.

**indirect address** *n. See* relative address.

**inductance** *n.* The ability to store energy in the form of a magnetic field. Any length of wire has some inductance, and coiling the wire, especially around a ferromagnetic core, increases the inductance. The unit of inductance is the henry. *Compare* capacitance, induction.

**induction** *n.* The creation of a voltage or current in a material by means of electric or magnetic fields, as in the secondary winding of a transformer when exposed to the changing magnetic field caused by an alternating current in the primary winding. *See also* impedance. *Compare* inductance.

**Inductor** *n.* A component designed to have a specific amount of inductance. An inductor passes direct current but impedes alternating current to a degree dependent on its frequency. An inductor usually consists of a length of wire coiled in a cylindrical or toroidal (doughnut-shaped) form, sometimes with a ferromagnetic core. See the illustration. *Also called:* choke.



**Inductor.** *One of several kinds of inductors.*

**Industry Standard Architecture** *n. See* ISA.

**INET** *n.* **1.** Short for Internet. **2.** An annual conference held by the Internet Society.

**.inf** *n.* The file extension for device information files, those files containing scripts used to control hardware operations.

**Infection** *n.* The presence of a virus or Trojan horse in a computer system. *See also* Trojan horse, virus, worm.

**infer** *vb.* To formulate a conclusion based on specific information, either by applying the rules of formal logic or by generalizing from a set of observations. For example, from the facts that canaries are birds and birds have feathers, one can infer (draw the inference) that canaries have feathers.

**Inference engine** *n.* The processing portion of an expert system. It matches input propositions with facts and rules contained in a knowledge base and then derives a conclusion, on which the expert system then acts.

**Inference programming** *n.* A method of programming (as in Prolog) in which programs yield results based on

270

nications. The addition of SBC's Internet customer base made Prodigy the third largest ISP in the United States.

**Prodigy Information Service** *n.* An online information service founded by IBM and Sears. Like its competitors America Online and CompuServe, Prodigy offers access to databases and file libraries, online chat, special interest groups, e-mail, and Internet connectivity. *Also called:* Prodigy.

**product** *n.* **1.** An operator in the relational algebra used in database management that, when applied to two existing relations (tables), results in the creation of a new table containing all possible ordered concatenations (combinations) of tuples (rows) from the first relation with tuples from the second. The number of rows in the resulting relation is the product of the number of rows in the two source relations. *Also called:* Cartesian product. *Compare* inner join. **2.** In mathematics, the result of multiplying two or more numbers. **3.** In the most general sense, an entity conceived and developed for the purpose of competing in a commercial market. Although computers are products, the term is more commonly applied to software, peripherals, and accessories in the computing arena.

**production system** *n.* In expert systems, an approach to problem solving based on an "IF this, THEN that" approach that uses a set of rules, a database of information, and a "rule interpreter" to match premises with facts and form a conclusion. Production systems are also known as rule-based systems or inference systems. *See also* expert system.

**Professional Graphics Adapter** *n.* A video adapter introduced by IBM, primarily for CAD applications. The Professional Graphics Adapter is capable of displaying 256 colors, with a horizontal resolution of 640 pixels and a vertical resolution of 480 pixels. *Acronym:* PGA.

**Professional Graphics Display** *n.* An analog display introduced by IBM, intended for use with their Professional Graphics Adapter. *See also* Professional Graphics Adapter.

**profile$^1$** *n.* *See* user profile.

**profile$^2$** *vb.* To analyze a program to determine how much time is spent in different parts of the program during execution.

**profiler** *n.* A diagnostic tool for analyzing the run-time behavior of programs.

**Profiles for Open Systems Internetworking Technology** *n.* *See* POSIT.

**program$^1$** *n.* A sequence of instructions that can be executed by a computer. The term can refer to the original source code or to the executable (machine language) version. *Also called:* software. *See also* program creation, routine, statement.

**program$^2$** *vb.* To create a computer program, a set of instructions that a computer or other device executes to perform a series of actions or a particular type of work.

**program button** *n.* On a handheld device, a navigation control that is pressed to launch an application. *Also called:* application button.

**program card** *n.* *See* PC Card, ROM card.

**program cartridge** *n.* *See* ROM cartridge.

**program comprehension tool** *n.* A software engineering tool that facilitates the process of understanding the structure and/or functionality of computer applications. *Acronym:* PCT. *Also called:* software exploration tool.

**program counter** *n.* A register (small, high-speed memory circuit within a microprocessor) that contains the address (location) of the instruction to be executed next in the program sequence.

**program creation** *n.* The process of producing an executable file. Traditionally, program creation comprises three steps: (1) compiling the high-level source code into assembly language source code; (2) assembling the assembly language source code into machine-code object files; and (3) linking the machine-code object files with various data files, run-time files, and library files into an executable file. Some compilers go directly from high-level source to machine-code object, and some integrated development environments compress all three steps into a single command. *See also* assembler, compiler (definition 2), linker, program.

**program encapsulation** *n.* A method of dealing with programs with Year 2000 problems that entailed modifying the data with which a program worked. The input data is modified to reflect a parallel date in the past that the program can handle. When output is generated, that data is changed again, to reflect the correct date. The program itself remains unchanged.

**program file** *n.* A disk file that contains the executable portions of a computer program. Depending on its size and

**scalable** *adj.* Of or relating to the characteristic of a piece of hardware or software or a network that makes it possible for it to expand—or shrink—to meet future needs and circumstances. For example, a scalable network allows the network administrator to add many additional nodes without the need to redesign the basic system.

**scalable font** *n.* Any font that can be scaled to produce characters in varying sizes. Examples of scalable fonts are screen fonts in a graphical user interface, stroke fonts (such as Courier) and outline fonts common to most PostScript printers, TrueType fonts, and the method for screen font definition used in Macintosh System 7. In contrast, most text-based interfaces and printing devices (such as daisy-wheel printers) offer text in only one size. *See also* outline font, PostScript font, screen font, stroke font, TrueType.

**scalable parallel processing** *n.* Multiprocessing architectures in which additional processors and additional users can easily be added without excessive increases in complexity and loss of performance. *Acronym:* SPP.

**Scalable Processor Architecture** *n. See* SPARC.

**Scalable Vector Graphics** *n. See* SVG.

**scalar** *n.* A factor, coefficient, or variable consisting of a single value (as opposed to a record, an array, or some other complex data structure). *Compare* vector.

**scalar data type** *n.* A data type defined as having a predictable and enumerable sequence of values that can be compared for greater-than/less-than relationships. Scalar data types include integers, characters, user-defined enumerated data types, and (in most implementations) Boolean values. Some debate exists as to whether or not floating-point numbers can be considered a scalar data type; although they can be ordered, enumeration is often questionable because of rounding and conversion errors. *See also* Boolean expression, enumerated data type, floating-point number.

**scalar processor** *n.* A processor designed for high-speed computation of scalar values. A scalar value can be represented by a single number.

**scalar variable** *n. See* scalar.

**scale$^1$** *n.* A horizontal or vertical line on a graph that shows minimum, maximum, and interval values for the data plotted.

**scale$^2$** *vb.* **1.** To enlarge or reduce a graphic display, such as a drawing or a proportional character font, by adjusting its size proportionally. **2.** To alter the way in which values are represented so as to bring them into a different range—for example, to change linear feet to quarter inches on a blueprint drawing of a house. **3.** In programming, to determine the number of digits occupied by fixed-point or floating-point numbers. *See also* fixed-point notation, floating-point number.

**scaling** *n.* In computer graphics, the process of enlarging or reducing a graphical image—scaling a font to a desired size or scaling a model created with a CAD program, for example. *See also* CAD.

**scan** *vb.* **1.** In television and computer display technologies, to move an electron beam across the inner surface of the screen, one line at a time, to light the phosphors that create a displayed image. **2.** In facsimile and other optical technologies, to move a light-sensitive device across an image-bearing surface such as a page of text, converting the light and dark areas on the surface to binary digits that can be interpreted by a computer.

**scan code** *n.* A code number transmitted to an IBM or compatible computer whenever a key is pressed or released. Each key on the keyboard has a unique scan code. This code is not the same as the ASCII code for the letter, number, or symbol shown on the key; it is a special identifier for the key itself and is always the same for a particular key. When a key is pressed, the scan code is transmitted to the computer, where a portion of the ROM BIOS (read-only memory basic input/output system) dedicated to the keyboard translates the scan code into its ASCII equivalent. Because a single key can generate more than one character (lowercase *a* and uppercase *A*, for example), the ROM BIOS also keeps track of the status of keys that change the keyboard state, such as the Shift key, and takes them into account when translating a scan code. *Compare* key code.

**scan head** *n.* An optical device found in scanners and fax machines that moves across the subject being scanned, converts light and dark areas to electrical signals, and sends those signals to the scanning system for processing.

**scan line** *n.* **1.** One of many horizontal lines of a graphics display screen, such as a television or raster-scan monitor. **2.** A single row of pixels read by a scanning device.

**scanner** *n.* An optical input device that uses light-sensing equipment to capture an image on paper or some other subject. The image is translated into a digital signal that can then be manipulated by optical character recognition




**Cambridge Advanced Learner's Dictionary**



We publish dictionaries for people learning English all over the world.
Find out more...

Resources

Activities
Top 40 words
Word of the day
Data for Language Researchers
About the corpus



Many more resources are available from Cambridge ELT.



Search

## Definition

**combine**  Show phonetics
verb
**1** [I or T] to (cause to) exist together, or join together to make a single thing or group:
   *None of us has much money so let's combine what we've got.*
   *Sickness, **combined with** (= together with) terrible weather, contrived to ruin the trip.*
   *The two countries combined **against** their common enemy.*
   *[+ to infinitive] These normally harmless substances combine **to** form a highly poisonous gas.*

**2** [T] If someone combines two or more qualities, they possess both of those qualities:
   *As a writer, he combined wit **and/with** passion.*

**3** [T] to do two activities at the same time:
   *She manages to successfully combine family life **and/with** a career.*

**combine**  Show phonetics
group noun [C]
a group of people or organizations acting together in business:
   *They had earlier that year established a newspaper combine.*

**combination**  Show phonetics
noun
**1** [C or U] a mixture obtained when two or more things are combined:
   *Strawberries and cream - a perfect combination.*
   *A combination of tiredness and boredom caused me to fall asleep.*
   *This drug can be safely used **in** combination **with** other medicines.*

    *Her experience and energy are a **winning combination** (= a successful mixture) in business.*

**2** [C] SPECIALIZED an arrangement in a different order:
    *From the letters X Y Z, we can get three combinations of two letters: XY, XZ, and YZ.*

**3** [C] a set of letters or numbers in a particular order which can be used to open some types of locks:
    *a combination **lock***

(from Cambridge Advanced Learner's Dictionary)



Want more? Subscribe to Cambridge Dictionaries Online Extra for audio pronunciations, thesaurus, extra example sentences, and much more!
Find out more…

© Cambridge University Press 2008.   Privacy Policy   Accessibility   Terms of use

1065115768

The first and last word in dictionaries