EXHIBIT 4

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                SAN FRANCISCO DIVISION

 4    WISTRON CORPORATION, a Taiwan
      corporation,
 5
              Plaintiff and
 6            Counter-Defendant,
      vs.                              No. C-07-4748 VRW
 7
      SAMSUNG ELECTRONICS CO., LTD., a
 8    Republic of Korea corporation,

 9            Defendant and
              Counter-Plaintiff.
10    _____/
      SAMSUNG ELECTRONICS CO., LTD.,
11
              Counterclaim-Plaintiff,
12
      vs.
13
      WISTRON CORPORATION, and WISTRON
14    INFOCOMM (TEXAS) CORPORATION,

15            Counterclaim-Defendants.
      _____/
16
                 DEPOSITION OF ROBERT G. WEDIG, PH.D.
17
18    DATE:            May 19, 2008

19    TIME:            9:35 a.m.

20

21    LOCATION:        KIRKPATRICK & LOCKHART PRESTON
                       GATES ELLIS LLP
22                     55 Second Street
                       San Francisco, California
23
      REPORTED BY:     Brenda L. Marshall
24                     Certified Shorthand Reporter
                       License Number 6939
25
```

Page 1

# Golden Gate Reporting

APPEARANCES

For the Plaintiff and Counterclaim-Defendants:
    KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
    BY:  TIMOTHY P. WALKER, PH.D., ESQ.
        CHRIS CHOU, ESQ.
    55 Second Street, Suite 1700
    San Francisco, California  94105-3493
    (415) 882-8000

For the Defendant and Counterclaim-Plaintiff:

    DLA PIPER US LLP
    BY:  SAL LIM, ESQ.
        TIMOTHY W. LOHSE, ESQ.
    2000 University Avenue
    East Palo Alto, California  94303-2215
    (650) 833-2055

Also Present:
    MATTHEW CHAVEZ, VIDEOGRAPHER

Page 2

---

INDEX

EXAMINATION BY

    MR. WALKER                                          5

EXHIBITS

Plaintiff's Exhibits:
1   Curriculum Vitae of Robert G. Wedig,
    Ph.D.                                              17

2   Declaration of Dr. Robert G. Wedig in
    Support of Plaintiff Samsung Electronics
    Co., Ltd.'s Proposed Claim Construction            29

3   Supplemental Declaration of Dr. Robert G.
    Wedig In Support of Plaintiff Samsung
    Electronic Co., Ltd.'s Objections to
    Report and Recommendation on Claim
    Construction                                       31

4   Declaration of Dr. Robert G. Wedig in
    Support of Plaintiff Samsung Electronics
    Co., Ltd.'s Claim Construction Brief               34

5   Declaration of Dr. Robert Wedig in Support
    of Defendant Samsung Electronics' Proposed
    Claim Construction                                 36

6   Declaration of Dr. Robert G. Wedig in
    Opposition to Defendants' Motion to
    Reconsider Claim Construction                      38

7   Declaration of Robert G. Wedig in Support
    of Samsung's Opposition to Aruma's Amended
    Motion for Summary Judgment of
    Non-Infringement of U.S. Patent
    No. 5,588,054                                      41

8   United States Patent No. 5,333,273                51

9   Joint Claim Construction and Prehearing
    Statement                                         102

10  United States Patent 6,523,100                   174
    (Exhibits attached to the transcript.)

Page 3

---

THE VIDEOGRAPHER:  We're going on the
record.  Today's date is May 19th, 2008.  We're
beginning the deposition of Dr. Robert Wedig.  The
time on the monitor is 9:35 A.M.  This is tape No. 1
in Volume I, and it's the "Wistron Corp. vs. Samsung
Electronics."

    We are at Kirkpatrick & Lockhart, 55 Second
Street, San Francisco, California.  My name is
Matthew Chavez.  I'm a notary public in the state of
California, and I'm contracted by Golden Gate
Reporting.  Today's court reporter is Brenda
Marshall, working for Golden Gate Reporting.

    Would all people present please state your
name and whom you represent.

    MR. WALKER:  Timothy Walker for Wistron,
with Kirkpatrick & Lockhart Preston Gates Ellis.
Also with me is Chris Chou of the same firm.

    MR. LIM:  I'm Sal Lim with DLA Piper.  I
represent Samsung Electronics.  And with me is Tim
Lohse, also with DLA Piper.

    THE VIDEOGRAPHER:  Would the court reporter
please swear in the witness, and we may begin.

///

Page 4

---

        ROBERT G. WEDIG, PH.D.,
called as a witness by the Plaintiff, who, having
been duly sworn by me, was examined and testified as
hereinafter set forth.
            --oOo--

    EXAMINATION BY COUNSEL FOR THE PLAINTIFF
BY MR. WALKER:
    Q.  State your name for the record, please.
    A.  My name is Dr. Robert G. Wedig.
    Q.  Should I address you as Dr. Wedig?
    A.  That would be good.
    Q.  Do you understand that you are testifying
here as an expert on behalf of Samsung?
    A.  Yes, I understand that.
    Q.  And do you understand that -- well, what do
you understand to be the -- the nature of the
testimony you're about to give?
    A.  I believe I'm going to testify in relation
to certain terms that are going to be construed by
the court related to two patents, what I call the
'273 patent and the '100 patent.  I don't have
memorized the complete patent numbers of those two.
    Q.  Do you understand you're appearing here, I
think, by stipulation.  We don't have a -- I guess
there was a deposition notice that was sent out, and

Page 5

2 (Pages 2 to 5)

## Golden Gate Reporting

1  Q. Do you know approximately how many hours
2  you've put in so far?
3  A. No. I don't know.
4  Q. Have you been sending Samsung invoices on a
5  regular basis for this matter?
6  A. I can only think of one invoice that I've
7  provided so far in this matter.
8  Q. Do you remember the approximate amount of
9  that invoice?
10  A. I don't recall. It might have been
11  somewhere around 40,000. It's just a ballpark
12  figure.
13  Q. Do you remember about when you sent that?
14  A. At the start of -- near the start of May. I
15  mean, it was actually a few days into May. Might
16  have been -- I don't recall. May 3rd or 4th or
17  something like that.
18  Q. Okay. What work have you done on this
19  matter?
20  A. Well, everything that we've discussed so
21  far. Reviewing all of the documents related to my
22  past testimony, related to the Markman hearing. I've
23  also reviewed Wistron code that has been produced to
24  try and begin to understand how it operates as it
25  relates to the patents that are in the suit.

Page 46

1  Q. Okay. So other than reviewing the
2  documents, as you've testified about, and reviewing
3  the Wistron code, is there anything else you've done
4  for this assignment?
5  A. Well, the meetings with the attorneys to get
6  ready for this deposition. That's all I can think
7  of.
8  Q. Okay. Did you have any -- how many times
9  have you met with Samsung's attorneys for this
10  matter?
11  A. For this matter, in total? Well, it's a
12  little difficult to say what a meeting is. And let
13  me explain. That if I review the code, I have to do
14  that at their offices. That's part of the agreement,
15  I guess. And so I go into their offices, and so I --
16  you know, I will see either Mr. Lim or Mr. Lohse, and
17  I will be working on that. So I don't know if you
18  call that a meeting or not.
19       If you're -- if you're referring to simply
20  sitting down and discussing, you know, the issues in
21  depth, if that's what you mean by a meeting, that's
22  what I'll call a meeting, four or five times.
23  Something like that.
24  Q. About how often have you gone to the offices
25  of Samsung's attorneys to review Wistron code?

Page 47

1  A. I don't recall. Somewhere around maybe a
2  dozen times. In that magnitude. Could be more,
3  could be less.
4  Q. Is there a typical block of time that you
5  used to review Wistron code?
6  A. I don't understand the question. A typical
7  block of time? I mean --
8  Q. Typical length of time. Do you go for an
9  afternoon?
10  A. Oh.
11  Q. Do you go for a day?
12  A. I see.
13  Q. Do you go for two hours?
14  A. No. It really depends on my schedule. You
15  know, if I go in the morning, I may stay the entire
16  day, but sometimes I only come in the afternoon. I
17  mean, I -- typically, once I arrive, I'll stay there
18  for the rest of the workday, but it's -- it really
19  depends on my schedule and other things. There's no
20  fixed -- there's no fixed block of time in that
21  sense.
22  Q. Can you estimate about how many hours you
23  spent reviewing Wistron code?
24  A. No. I don't know.
25  Q. For purposes of this proceeding, how would

Page 48

1  you describe your applicable expertise?
2  A. I believe that I am an expert as it relates
3  to matters in these two patents.
4  Q. How would you describe the -- is there any
5  description you can give to the -- or a name you can
6  give to the expertise you feel you are applying to
7  these two patents?
8  A. Well, I believe I'm -- I believe I'm using
9  the expertise that's required of computers. My
10  training is as a computer architect, and I believe
11  that these are what you might call system-level
12  patents in that they relate to the operation within a
13  computer system. And so I'm applying that training
14  to be able to evaluate what these patents are saying
15  and how to properly interpret them.
16       So I believe I have sufficient knowledge of
17  keyboards and keyboard controllers and of memory
18  systems and memory system communication, and, you
19  know, I've read the patent, and they're completely
20  clear to me. I'm now applying that -- the knowledge
21  that I've gained in my -- in my career. And like I
22  said, I read the patents, and it's clear as to what
23  they're saying. So I'm utilizing all of that in
24  order to -- in order to evaluate -- evaluate the
25  patents.

Page 49

13 (Pages 46 to 49)

1    Q. What is computer architecture?
2    A. Computer architecture is the study of
3 computers at what I'll call the system level, the --
4 there's a -- in any -- in any area of computer study,
5 there's going to be overlap from one -- one specialty
6 to the other. You know, there has to be in order to
7 be able to allow one person to speak and work with
8 another.
9        The -- the central focus of computer
10 architecture is what I'll call the hardware/software
11 interface. A computer architect will design and
12 optimize instruction sets so that it allows the
13 software person to write programs that operate on the
14 computer, and it allows the hardware person to design
15 hardware to execute and perform those instructions.
16       So an architect, as I said, is kind of
17 focussed on that interface between hardware and
18 software, and it means that an architect is -- has to
19 be very knowledgeable of how the software wants to
20 use the computer and what type of hardware it takes
21 in order to be able to provide the capabilities that
22 the software people would like.
23       MR. WALKER: This might be the time to --
24 let's mark as Exhibit Wedig 8 a copy of what appears
25 to be the U.S. patent No. 5,333,273.

Page 50

1       (Plaintiff's Exhibit No. 8 was marked
2       for identification.)
3 BY MR. WALKER:
4    Q. Just look through Exhibit -- look at what
5 has been marked as Exhibit 8, and tell me if you
6 recognize it.
7    A. Yes. I recognize it.
8    Q. Yes. What is it?
9    A. This is a copy of the Raasch patent --
10 patent, patent 5,333,273.
11   Q. This is what we've been calling the '273
12 patent?
13   A. Yes. That's correct.
14   Q. How does this patent relate to computer
15 architecture?
16   A. Well, this patent discusses a -- an
17 invention which helps to avoid interference between
18 programs that utilize hot keys. And so it discusses
19 a hardware system that would be used by the
20 programmers in order to be able to make sure that you
21 don't have one program interfere with another.
22       And so it relates directly to computer
23 architecture in that it -- in that it provides
24 hardware facilities in order to -- in order to make
25 software work more efficiently and more -- more

Page 51

1 correctly.
2    Q. Is it fair to say that computer architecture
3 relates to how parts of a computer are arranged and
4 connected?
5       MR. LIM: Objection. Vague.
6       THE WITNESS: It is a fairly vague wording.
7 It would be -- I would say that's just kind of one
8 piece of computer architecture. I mean, it
9 wouldn't -- computer architecture is a fairly broad
10 area, and it involves the way in which components are
11 connected, but there's a lot to computer
12 architecture. So that's one small part of it.
13 BY MR. WALKER:
14   Q. If that's a small part of it, besides the
15 explanation you gave about the interface between
16 hardware and software, are there other parts of
17 computer architecture that come to your mind?
18   A. Oh, yes. Many, many parts of it.
19   Q. Tell me one more.
20   A. One more would be, for example, cache
21 design. Would you like me to elaborate on that?
22   Q. No. Let's just get a list of some of the
23 things that are involved in computer architecture.
24   A. Oh, gee. Construction set design, memory
25 system design, processor to processor communication,

Page 52

1 interrupt handling, DMA.
2    Q. I'm sorry. What was that?
3    A. I'm sorry. DMA. Direct memory access.
4 That's what DMA stands for is direct memory access.
5 Register design, ALU design, the control system.
6    Q. I'm sorry. ALU?
7    A. ALU. Arithmetic logic unit design. The
8 overall control portion of the processor, that would
9 involve -- that could include microcode, super scaler
10 design. Gee, I could -- there's many books on this.
11 There's -- it's a vast area. I can keep going on
12 with them. Gee, how many things can I name? IO
13 interfaces. Let's see. Bus design. There's --
14 there's probably 20 or 30 more things.
15   Q. Okay. There are some figures in the patent;
16 I'm interested in having you take a look at those.
17 Just to facilitate this, I -- I don't know that we
18 have to mark these as a separate set of exhibits.
19 I've taken the liberty of making a separate copy of
20 some of the diagrams just so you can easily put the
21 figures next to each other and compare them, if you
22 like --
23   A. Okay.
24   Q. -- instead of having to flip through the --
25 flip through the patent. If you like, you can just

Page 53

14 (Pages 50 to 53)

## Golden Gate Reporting

1 verify that those are correct copies of the -- and
2 they aren't all the figures. They're just the
3 figures that were for purposes of these questions
4 that I'm going to be asking about. Okay?
5     A. I only see -- I only see figure 5 missing.
6 It appears that you have all the other figures.
7     Q. There's maybe a figure 11 or something in
8 there.
9     A. Oh.
10     Q. I might have left it out. I feel like I
11 left out two.
12     A. Okay.
13     Q. Okay. And so those look like the figures
14 out of the patent?
15     A. Yes.
16     Q. Okay.
17     A. They do.
18     Q. So comparing figure 1 to figure 2, and feel
19 free, in answering these questions, to refer to
20 the -- to the patent and its description of these
21 figures, my question is whether figure 1 and figure 2
22 depict the same computer architecture.
23         MR. LIM: Objection. Vague.
24         THE WITNESS: Well, I'm not sure that your
25 question is actually well formed because, you know,

Page 54

1 architectural design.
2     Q. Okay. And so why can figure 1 be fairly
3 described as representing an architectural design and
4 figure 2 cannot?
5     A. Because figure 1 shows a block-level diagram
6 of hardware for implementing a particular kind of
7 computer system. Figure 2 shows portions of a
8 computer system in operation, and it's more of a
9 demonstration of how various components in the
10 computer are being used, and it doesn't really show
11 any type of design. It shows the use of specific
12 hardware as it's being used -- as it's being executed
13 or as it's performing its operation within a
14 particular design.
15         MR. WALKER: Could you just read that back
16 for me so I can be sure I get it down.
17         (Record read as requested.)
18 BY MR. WALKER:
19     Q. With respect to figure 2, what portions of
20 figure 2 -- and again, if part of this is based on
21 the description in the text of the patent, let me
22 know that also, but what makes you think -- what
23 makes you say that figure 2 represents -- I believe
24 the words were demonstration of how a portion of the
25 system is working?

Page 56

1 computer architecture is, as I said, an entire field
2 of study. So it doesn't really make sense to say do
3 these diagrams show the same computer architecture.
4 It's kind of like saying do these two diagrams show
5 the same field of study. Is that what you mean to
6 really ask?
7 BY MR. WALKER:
8     Q. No. I guess my -- well, maybe I should ask
9 for clarification on your definition of computer
10 architecture. In your view, computer architecture is
11 a field of study?
12     A. Yeah. It's an entire -- that's the best way
13 I can put it. It's an entire area of the study of
14 computers at a certain level, the system level, as I
15 said, related to the design of computer systems
16 generally at the system level.
17     Q. Are computer designs sometimes referred to
18 as architectural designs?
19     A. Yes, they are. Yes.
20     Q. And does figure 1, for example, reflect what
21 one could fairly refer to as an architectural design?
22     A. Yes. That's correct.
23     Q. Okay. And does figure 2 represent a
24 different architectural design than figure 1?
25     A. Figure 2 doesn't really represent any

Page 55

1     A. Well, first of all, the patent does
2 basically say the same thing that I just said. In
3 column 3, at line 7, it gives a description of figure
4 2 from 7 to 9, and it says that figure 2 is a partial
5 block diagram.
6         So, as I said earlier, it's just parts of a
7 design and pictorial illustration of the
8 communication of keyboard scan code information from
9 the keyboard controller.
10         So the description of the patent is, I
11 believe, exactly in line with what I said earlier,
12 that figure 2 was really just showing a part of the
13 block diagram, which is shown more completely in
14 figure 1, and it's annotated with additional
15 illustration to show its operation of those -- of
16 that partial block diagram as it's used within the
17 computer system.
18     Q. Okay. And just to be clear, what part of
19 figure 2 is the additional illustration of operation?
20     A. It would be the words that indicate -- that,
21 say "Interrupt Vector" and the words that say "Scan
22 Code," the line that comes from the box 110 that goes
23 down to a box that says "Pointer to Service Routine"
24 and the word "Index," parentheses, "09 X 4," closed
25 parentheses, the labeling that is to the right of the

Page 57

15 (Pages 54 to 57)

# Golden Gate Reporting

1 word "architecture" gets thrown around a lot, and
2 you'd have to be clear as to what you're referring
3 to. I referred earlier about how there's different
4 levels of architecture. There's one where you can
5 implement an architectural design without any
6 hardware whatsoever, and that's where you describe
7 the instruction set. And then the next is where you
8 show an architectural design at a block level. Okay.
9     Now, as I said earlier, and I specifically
10 said it this way, that two different block diagrams
11 labeled with the same boxes but connected differently
12 could implement the same architecture, and I didn't
13 say architectural design.
14     What I meant to -- what I was meaning in
15 there is that they can both implement the same
16 higher-level architecture, and they can do that by
17 providing this different connectivity, as your
18 hypothetical supposes, but, in fact, at the lower
19 level, at the block-level diagram, it would be fair
20 to say that the block-level architectural design is
21 different, even though they're implementing the same
22 higher-level architectural design.
23     So that's where maybe the confusion was. We
24 have to be careful about -- in using the terms --
25 what level we're talking about. Because the word

Page 66

1 "architecture," as I said, it's -- people use it for
2 a lot of different things, and you have to understand
3 what level you're talking about.
4     Q. So if we look at the figures -- let's
5 compare -- let's first take a look at figure 3, and
6 first, let's check and see if I understood your
7 comments about figure 2. Would you say that figure
8 3, like figure 2, is -- illustrates portions of a
9 design and additional illustration of how it
10 operates?
11     A. Yes. I would say that's accurate to within
12 the general description that you gave it, yes.
13     Q. Let's take a look at Exhibit -- I'm sorry --
14 figure 4.
15     A. Okay.
16     Q. And again, this is -- all these figures are
17 for the '273 patent. Is figure 4 a -- can figure 4
18 be fairly described as an architectural design?
19     A. Yes, it can.
20     Q. And is it the same architectural design as
21 that depicted in figure 1?
22     A. No, it's not.
23     Q. And what is the difference?
24     A. Well, the difference is subtle but
25 significant. The difference is there is an

Page 67

1 additional interrupt line that goes from the keyboard
2 controller to the interrupt controller, and that's
3 the only difference that I see.
4     Q. Now, I note that --
5     A. I'm sorry. There was another --
6     Q. I'm sorry. Go ahead.
7     A. There is an additional key on the keyboard
8 marked Fn in figure 4 that's not found in figure 1.
9     Q. Would it be fair to call those architectural
10 differences between figure 1 and figure 4?
11     A. Yes, it would. I knew all those years of
12 looking at HIGHLIGHTS pictures was going to come in
13 handy at some point.
14     Q. So I note that the -- that the lines labeled
15 "IRQ1" and "IRQ15" and "152" have arrows. What's
16 your understanding of what those arrows mean?
17     A. The arrows -- my understanding would be that
18 those arrows -- and just to be -- to be clear, we're
19 talking about straight-line arrows that go from one
20 box to the other.
21     Q. Well, IRQ 15 has some bends in it.
22     A. I'm sorry. You're right. It does. But I'm
23 simply trying to distinguish it from the arrow, for
24 example, off to the left where it's labeling 100 in
25 figure 1 and then there's the label 200 in figure 4;

Page 68

1 we're not talking about those arrows?
2     Q. Correct.
3     A. So the arrows labeled "152," "154," and the
4 additional one in figure 4, "222," the purpose of the
5 arrow is generally to show the direction of travel of
6 the information.
7     Q. There's a slash through the line labeled
8 "152." What does that denote?
9     A. That generally denotes that there is
10 multiple wires or multiple bits or multiple pieces of
11 information that are transmitted and parallel. It's
12 common to also, when putting a slash like that, to
13 put a number to indicate the number of wires or the
14 number of bits that can be transferred and parallel.
15 This one didn't happen to choose to do that. But the
16 slash alone indicates that there is a -- more than a
17 single -- more than a single wire or more than, you
18 know, a single bit of information traveling at one
19 time.
20     Q. Okay. There's a -- I don't know quite how
21 to describe this thing, but do you see the word
22 "processor bus" or the --
23     A. Yes.
24     Q. -- phrase "processor bus," a portion of the
25 figure labeled 114?

Page 69

18 (Pages 66 to 69)

**Golden Gate Reporting**

1  representation. Because I understand the, I'll say,
2  fact line that's connected between interrupt
3  controller and CPU and also connected from keyboard
4  controller to CPU to be a portion of the processor
5  bus but not the entirety of it. It's simply showing
6  that the information from the interrupt controller to
7  the CPU would -- would be the interrupt vector, and
8  that would pass between the two on the processor bus.
9      Also shows that -- and I think you need
10  to -- I think you need to read the text and -- in
11  order to see all this in more detail, but it also
12  shows that the scan code travels from the keyboard
13  controller to the CPU, again, with that fat wire or
14  that fat line that is actually, again, showing that
15  that travels on the bus, on the processor bus, but
16  it's -- we're not trying to illustrate the entirety
17  of the processor bus. We're just trying to
18  illustrate that you have a set of information, some
19  information, that goes from the keyboard controller
20  to the CPU and from the interrupt controller to the
21  CPU, and it's not trying to be true to the complete
22  hardware design that was shown in figure 4.
23      Q. Going back to the -- in figure 6, the
24  interrupt line, the interrupt line that's shown as a
25  separate wire -- what you said was a separate wire --

Page 74

1      I can look up the description of figure 4 --
2  give me a moment, I'll do that -- but I simply
3  believe they were not talking about the illustration
4  of how this operated when it came to figure 4. So,
5  therefore, it simply wasn't necessary to illustrate
6  it because they weren't providing an example, and
7  they didn't need that level of detail. But if you
8  give me a minute, I'll review that.
9      Q. Okay.
10     A. Yes. If you, again, look at column 6, at
11  line 16, and you go down to, well, approximately line
12  21, it describes -- at figure 4, it says -- it says,
13  quote, the present invention is illustrated in figure
14  4 in connection with computer system wherein like
15  numbers indicate elements corresponding to the
16  elements of the computer system 100 of figure 1.
17  Present invention provides an improved hot key
18  program that cannot be disabled by conventional hot
19  key programs.
20     And so figure 4 simply meant to show this
21  higher-level block diagram, and it wasn't until we
22  got into the illustration of how it was used that the
23  actual interrupt signal was important to illustrate.
24     But I think one of ordinary skill would
25  recognize that the interrupt signal is still present

Page 76

1      A. Yes.
2      Q. -- and that is not shown in figure 4, is
3  there something about figure 4 or the description of
4  the patent of figures 4 and 6 that tells you that
5  that is just a level of detail not reached by figure
6  4?
7      A. I'd have to go to the -- I'd have to check
8  the spec.
9      Q. Go ahead.
10     A. Okay. It doesn't refer to the -- it does
11  not refer to that line specifically. You notice, of
12  course, it's also not labeled with a number. But if
13  you look in column 6 --
14     Q. All right.
15     A. -- at line 50 --
16     Q. Okay.
17     A. -- it says, "The interrupt controller 130
18  responds to the activation of the IRQ15 signal line
19  222 by interrupting the microprocessor 110 as
20  before."
21     And so I think one of ordinary skill
22  recognizes that the way an interrupt controller
23  interrupts a microprocessor is by using an interrupt
24  line, and so this is where that line becomes
25  relevant.

Page 75

1  in the design of figure 4, it's simply not
2  illustrated because its level of detail does not need
3  it for the purposes of that figure.
4      Q. And why is it one with ordinary skill would
5  understand that the interrupt is sent on a -- on a
6  different line than the processor bus?
7      A. Well, because this -- if you go back to the
8  beginning of the specification -- let me see if I can
9  find it -- you read the very first -- in the first
10  column, column 1, starting at line 17, it says, "The
11  Industry Standard Architecture was developed by IBM
12  Corporation for use in its AT-type computers and
13  defines an architectural environment for computers
14  that utilize an Intel 80x86 microprocessor, such as
15  the Intel 80286, the Intel 80386, the Intel 80386SX,
16  and the like."
17     And so one of ordinary skill understands
18  that what is being discussed here is a computer
19  system that works within the family of -- of the IBM
20  AT-type computers, that is, the -- what's called the
21  industry standard architecture.
22     And one of ordinary skill recognizes that
23  the particular design of the Intel processors is such
24  that it accepts a single input line into the
25  microprocessor chip, which is labeled "INT" in

Page 77

20 (Pages 74 to 77)

**Golden Gate Reporting**

1  Intel's documentation.
2      And so the way that any Intel chip is -- the
3  way that any Intel chip receives an interrupt, even
4  into today, is by receiving this singular signal
5  called INT in order to notify it that an interrupt
6  has occurred --
7      Q. So --
8      A. -- which -- I'm sorry, just to finish that
9  off -- which is not passed on the bus. I mean,
10  that's not the way -- that's not the way the Intel
11  processor is designed. It does not pass -- it does
12  not pass the information on the bus. It does it via
13  a single wire called INT.
14      Q. Let's talk a little bit about that
15  processor, then. Is the -- are these Intel -- the
16  listed Intel processors here -- let's get some
17  terminology straight, first of all. Are these
18  examples of CPUs?
19      A. Well, they're kind of more than CPUs. I
20  think I prefer to call them processors. Because a
21  CPU you would interpret to just be the central
22  processing unit. That would be -- that's what CPU
23  stands for. That would be -- in my mind, it would
24  only be the -- the actual portion of the chip that
25  performs the computation based on the instructions

Page 78

1  something as a port, but that's not a term I would
2  normally use with these particular processors.
3      Q. What -- what do you call places where the
4  processor connects to other things?
5      A. I would call it the bus.
6      Q. No. I mean the places on the chip.
7      A. Oh. Oh. Oh. Oh. Well, the pins -- okay.
8  You could -- I guess you could call that a port. I
9  mean, I would normally just call that the pin.
10      Q. Okay. Do these Intel processors have more
11  than one pin?
12      A. Yes, they do. They have many, many pins.
13      Q. Is there, according to the Intel
14  description, one pin that is assigned to receive
15  interrupts?
16      A. Yes. That's correct.
17      Q. And is that the only signal that that pin is
18  assigned to receive?
19      A. Oh, I don't know. Depends on the chip. I'd
20  have to look at this documentation again to be sure.
21  My gut feel is that yes, that's its only purpose.
22  But it -- it could be shared with another purpose. I
23  just don't recall without looking at the
24  documentation.
25      Q. Is that the only pin that receives a -- do

Page 80

1  that were provided to the -- to the processor,
2  whereas the -- if we were to use the word "processor"
3  to mean the entire chip, that would also include the
4  caches, the -- could include the memory interface,
5  could include the IO interface, you know, everything
6  else to support the CPU.
7      Q. Are -- is it fair to call these Intel chips
8  controllers?
9      A. Technically, no. The word "controller"
10  generally means that you have peripherals and user
11  memory on board the chip. So I don't think that one
12  of ordinary skill would normally call these
13  particular Intel chips controllers. There are
14  different kinds of Intel chips that are controllers,
15  but not these. These are meant to be the main
16  processor in larger computer systems. Controllers
17  tend to operate with smaller -- smaller type of
18  applications.
19      Q. These listed Intel processors, do they have
20  a single port that is -- let me step back.
21      These Intel processors, do they have
22  features called ports?
23      A. Not that I'm aware of. No. That term is
24  normally used with controllers. If you read the
25  documentation, they may, at some point, describe

Page 79

1  you remember what that pin is called in the Intel
2  documentation that receives the interim?
3      A. Yeah. It's called INT.
4      Q. Is that the only -- is the INT pin the only
5  pin that receives interrupts of any kind?
6      A. No, it's not.
7      Q. What other pins on the Intel processors are
8  assigned to receive interrupts?
9      A. There's also NMI. There's also SMI. And I
10  believe -- well, the -- there's another source of --
11  no. Those are the only ones that have specific pins
12  that I'm aware of. SMI, NMI and INT.
13      Q. And on these Intel processors, do you recall
14  that the NMI pin is described as being able to
15  receive anything other than the NMI interrupt?
16      A. Well, that's kind of a tautology. If you
17  toggle the NMI pin, you're providing an NMI
18  interrupt, by definition. So maybe I didn't
19  understand your question. Because it sounds as
20  though you can't possibly receive anything but an NMI
21  interrupt if you -- if that's the pin that you
22  toggle.
23      Q. When you say "toggle," what do you mean?
24      A. I'm sorry. Activate, meaning that you
25  either take it high to low or low to high, meaning

Page 81

21 (Pages 78 to 81)

## Golden Gate Reporting

1  that you -- you indicate that you wanted to activate
2  that particular pin.
3       Q. So is it fair to say that the NMI pin only
4  responds to two states?
5       A. As does every pin on a chip. That's
6  correct.
7       Q. And is it fair to say that the -- when you
8  say the NMI, when you toggle the pin -- I guess what
9  I'm trying to get at is whether or not the interrupt
10  signal is represented as a -- as anything -- is
11  represented by a code any more complicated than a
12  binary high-low.
13       A. No. That's all it is. All you have to do
14  is indicate whether you want to activate that
15  interrupt line or not. That's your only two choices.
16  So you have a -- every -- every signal on the
17  computer, of course, is a binary signal.
18       On that particular pin, on the NMI pin, the
19  only thing you're indicating between the two choices
20  is whether you want to activate NMI or not.
21       Q. And when it's active, does that mean the
22  interrupt is being asserted?
23       A. That's correct.
24       Q. Does the INT pin also work the same way,
25  that it toggles back and forth between high and low?

Page 82

1  question about figures 1, 2, and 3 of the '273
2  patent. You'll agree that none of those figures
3  illustrate IRQ15; is that right?
4       A. That's correct. None of them -- none of
5  them show IRQ15 in any of the three drawings.
6       Q. Okay. And IRQ15 is -- is also using the
7  patent at least as an example of the second
8  interrupt; correct?
9       A. As -- yeah. As an example as one of the --
10  one of the possible second interrupt signals, yes.
11       Q. Okay. Figures 4 and 6 do illustrate IRQ15;
12  correct?
13       A. That's correct.
14       Q. So does that make the -- I guess my question
15  is, is that feature alone sufficient to make the
16  architecture design shown in figure 4 different from
17  the architecture design shown in figure 1?
18       MR. LIM: Objection. Vague.
19       THE WITNESS: Well, in a sense, IRQ15 did
20  exist in figure 1. I mean, it just wasn't shown.
21  But the thing that makes it architecturally different
22  is not what is shown in the figure but what is -- the
23  way it -- the way it's actually used in the
24  discussion.
25       So just to try and help -- to help clarify,

Page 84

1  A. That's correct.
2       Q. And when the -- when -- when the pin is
3  high, that means the interrupt is asserted?
4       A. It depends on whether it's an active high or
5  an active low signal.
6       Q. But one or other is asserted, and the
7  other one -- and then the opposite is not asserted?
8       A. That's correct.
9       Q. And the SMI pin, does that work the same
10  way?
11       A. Yes. Also, one way is active, one way is
12  not.
13       MR. WALKER: Why don't we break for lunch.
14       MR. LIM: Sounds good.
15       THE VIDEOGRAPHER: Off the record. The time
16  is 12:21.
17       (Luncheon recess taken at 12:21 p.m.)
18       --oOo--
19  MAY 19, 2008     AFTERNOON SESSION     1:30 P.M.
20  EXAMINATION BY COUNSEL FOR THE PLAINTIFF'S (RESUMED)
21       THE VIDEOGRAPHER: Okay. We're back on the
22  record. The time is 1:30.
23  BY MR. WALKER:
24       Q. Okay. I'd like to have you take a look at
25  figures 1, 2, and 3 again of the -- or ask you a

Page 83

1  IRQ15 existed, and so what was shown in figure 1, you
2  know, gave that particular architecture,
3  architectural design, had an IRQ15. What is
4  different is the way IRQ15 was used in the invention,
5  and that's what makes it architecturally different.
6  BY MR. WALKER:
7       Q. And what is the difference in use that makes
8  it architecturally different?
9       A. The difference -- and again, we're just
10  talking about -- we're just talking about the
11  embodiment. We're not talking about the patent,
12  we're not talking about the actual claims, just to
13  have that clear. The difference is that when you
14  press a hot key combination, IRQ15 is activated in
15  the -- as described in the specification. That did
16  not happen before the invention of the '273 patent.
17       Q. Is it your testimony that -- well, let's
18  step back.
19       Figure 4, the IRQ15 shown on figure 4,
20  that's actually a signal line, isn't it?
21       A. That's correct.
22       Q. And it's a separate signal line; correct?
23       A. That's correct.
24       Q. And both figure 4 and figure 1 illustrate an
25  IRQ1 signal line; correct?

Page 85

22 (Pages 82 to 85)

1      A.  That's correct.
2      Q.  And so the difference between figure 4 and
3  figure 1 is not a matter of detail as to signal lines
4  for interrupts, is it?
5      A.  I'm not sure I understand your question.
6  Because -- and to a certain extent, it is a matter of
7  detail, but a certain extent, it's not.  So I guess I
8  can't -- I can't really answer that question yes or
9  no.
10      Q.  Well, are you saying there is no
11  architectural difference between figure 1 and figure
12  4?
13      A.  There is.
14      Q.  And what is that architectural difference?
15      A.  Okay.  So just to make sure we're all clear,
16  when we talk about architectural difference, we're
17  talking about the system as described in the
18  specification related to figure 1 versus the system
19  as described in the specification related to figure
20  4.  Is that -- is that the way you want it?
21      Q.  Well, you're the witness.  I --
22      A.  Well --
23      Q.  All I do is ask you the questions.
24      A.  And I'm just trying to answer the questions
25  that you ask.

Page 86

1      MR. LIM:  Well, I guess he's trying to
2  clarify what the question is so he can --
3      MR. WALKER:  Okay.
4      MR. LIM:  -- and you instructed him earlier
5  to say, hey, if you understand -- you don't
6  understand my questions, feel free to ask for
7  clarification.
8      MR. WALKER:  That's fair enough.  That's
9  fair enough.  I didn't understand him to be asking me
10  for clarification.
11      MR. LIM:  Right.  Okay.
12      THE WITNESS:  Okay.  No.  That's what I
13  meant.  I'm looking for clarification.
14  BY MR. WALKER:
15      Q.  Okay.  Well, let me ask it a different way,
16  then.  Figure 4 illustrates two signal lines for two
17  different interrupts, and figure 1 only illustrates a
18  single line for an interrupt; correct?
19      A.  And -- yes.  That's what is shown in figure
20  1 versus figure 4, yes.
21      Q.  And my question is just whether that
22  difference alone is sufficient to say that figure 4
23  and figure 1 are showing two different architectures.
24      A.  And the problem I'm having is that figure 1 --
25  if I -- if you're limiting me only to this picture --

Page 87

1  are you limiting it to only the picture without the
2  discussion in the specification?
3      Q.  Let's do that, and let's see --
4      A.  Okay.
5      Q.  -- see if that makes a difference.  Let's --
6  let's limit it just to the picture.
7      A.  Okay.  In which case my interpretation, only
8  looking at the picture, without any discussion, and
9  if I -- and also was not including all of my
10  knowledge of how IBM ISA-compatible computers
11  operate, if I made the assumption that all
12  we have is a single interrupt IRQ1 line going to the
13  interrupt controller and there is no other IRQ
14  signals going to it because that's the only one
15  that's shown, whereas in 4, I have two IRQ signals,
16  IRQ1, IRQ15 going into a controller, then if that
17  were, in fact, the system that you're proposing or
18  the system that we're looking at and we're limiting
19  it only to that, then that would be an architectural
20  difference.
21      Q.  So let's put in some of your knowledge of
22  this.
23      A.  Okay.
24      Q.  As you said -- well, I guess you said that
25  IRQ15 existed before the invention of this patent;

Page 88

1  correct?
2      A.  That's correct.
3      Q.  And was IRQ15 sent in prior -- let me ask it
4  this way.
5          In prior IRQ systems to the patent, was
6  IRQ15 asserted on a dedicated wire to an interrupt
7  controller?
8      A.  Depends on the particular implementation of
9  the computer system.  When you say "a dedicated
10  wire," you could have chosen to implement your
11  ISA-compatible computer that way or not.  So there's
12  no single answer to that.
13      Q.  Are you aware of examples where IRQ -- prior
14  computer systems where IRQ15 was asserted on a line
15  separate from IRQ1?
16      A.  Yes, I am.
17      Q.  Is there a name for that example you have?
18      A.  The original IBM PC, the XT, the AT.  Each
19  of those had separate IRQ1 and IRQ15 signal lines.
20      Q.  Were there also IRQ -- there's an IRQ2,
21  IRQ3, IRQ4, so on, all the way up through IRQ15 --
22      A.  That's correct.
23      Q.  -- computer systems?
24      A.  Yes.  That's correct.
25      Q.  And in that example, was there a provision

Page 89

23 (Pages 86 to 89)

| | |
|---|---|
| 1  for asserting each of those interrupts on a separate | 1    Q. Okay. And which -- which corresponds to |
| 2  line, physical line? | 2  which? |
| 3    A. In the particular IBM systems that I just | 3    A. Well, it's -- they're both together. I |
| 4  referred to? | 4  mean, you can't -- there's not a one for oneness. |
| 5    Q. Yes. | 5    Q. So you're saying that what's illustrated in |
| 6    A. Yes, there was. | 6  figure 4 as a box called "Keyboard Controller" and a |
| 7    Q. And all of those lines went into an | 7  box called "Keyboard" with lines 152 between them is |
| 8  interrupt controller? | 8  being illustrated in figure 7 as a box called |
| 9    A. Yes. That's correct. | 9  "Microprocessor" and a box called "Keyboard |
| 10    Q. Okay. Let's move to figure 7. | 10  Matrix" -- |
| 11    A. Okay. | 11      MR. LIM: Objection. Misstates prior |
| 12    Q. And comparing figure 7 to -- start with | 12  testimony. |
| 13  figure 4. Is what's illustrated in figure 7 | 13      MR. WALKER: I'm not quite done. |
| 14  architecturally different from what's illustrated in | 14      MR. LIM: Okay. |
| 15  figure 4? | 15  BY MR. WALKER: |
| 16    A. Again, we are talking about only -- are we | 16    Q. -- with the row inputs, with the feature |
| 17  now, once again, limiting ourselves to looking at the | 17  called row inputs, and the unlabeled feature at the |
| 18  pictures itself without referring to the text or any | 18  bottom there that seems to be connecting the two |
| 19  of my knowledge of one skill of the art? | 19  boxes? Am I understanding that correctly? |
| 20    Q. Let's start with just the pictures. | 20    A. I'm saying that -- yes. That -- if I can |
| 21    A. Okay. | 21  restate it the way I stated it before -- |
| 22    Q. Are the two pictures, just by themselves, | 22    Q. Sure. |
| 23  architecturally different? | 23    A. -- that the boxes marked "Keyboard |
| 24    A. Okay. Well, to a certain extent, that one | 24  Controller" and "Keyboard" in figure 4, those taken |
| 25  has more -- one has more components than the other, | 25  together is the same structure and provides the same |
| Page 90 | Page 92 |

| | |
|---|---|
| 1  then the answer is yes. | 1  functionality as what is shown over on figure 7. |
| 2    Q. Let's take into account what the patent | 2    Q. And is figure 7 architecturally the same as |
| 3  discloses about what's going on in figure 7 and | 3  what's shown in keyboard 4 as keyboard controller and |
| 4  figure 4. | 4  keyboard? |
| 5    A. Okay. | 5    A. To the extent that the -- it operates the |
| 6    Q. Is figure 7 architecturally different from, | 6  same way and user sees the same interface and the |
| 7  say, the corresponding part of -- let me back up a | 7  software operates the same way, yes, it's the same. |
| 8  minute. | 8    Q. So your testimony is that these are the same |
| 9    A. Okay. | 9  architectural designs, figure 7 and figure 4, with |
| 10    Q. Figure 7 -- I think you'll agree figure 7 | 10  respect to keyboard controller and keyboard in figure |
| 11  does not illustrate as many things as figure 4; | 11  4? |
| 12  correct? | 12    A. Yes. As I -- as I explained, this |
| 13    A. That's correct. | 13  particular use of the word "architectural," meaning |
| 14    Q. Does figure 7 illustrate, in your view, a | 14  that it has the same interface, it has the same |
| 15  portion of figure 4? | 15  reaction, it operates the same way to the software. |
| 16    A. It illustrates an equivalent portion of | 16  So it's invisible, as to which one you use, to the |
| 17  figure 4. I mean, yes. So equivalent -- it shows | 17  user software. |
| 18  equivalent structure with equivalent functionality, | 18    Q. And is there a use of the word |
| 19  yes. | 19  "architectural" that would mean that these are |
| 20    Q. Okay. And what part of figure 4 is the | 20  different architectural designs for keyboard |
| 21  equivalent portion to figure 7? | 21  controller and keyboard -- |
| 22    A. Well, the part that's marked "Keyboard" and | 22    A. Well, if you take it down to a low enough |
| 23  "Keyboard Controller" would be the same -- provide | 23  level, that is, that there is, you know, an actual |
| 24  the equivalent structure as what is shown as | 24  physical difference, that the -- the transistor |
| 25  microprocessor and keyboard matrix in figure 7. | 25  layout of what's shown in figure 4 of handling the |
| Page 91 | Page 93 |

24 (Pages 90 to 93)

## Golden Gate Reporting

1 screen key, which I believe shares it with the break
2 key. What else? I forget. It's a few of the
3 offbeat keys, the ones that you would not normally
4 use, but, nevertheless, are on the keyboard and are
5 standard -- standard keys in the IBM -- IBM PC.
6     Q. I'm sorry. Maybe I'm not understanding, or
7 maybe you didn't understand my question --
8     A. Okay.
9     Q. -- but I just want to understand your
10 answer. So the forward slash key --
11     A. Uh-huh.
12     Q. -- are you saying that that -- that the scan
13 code -- the system scan code for the forward slash
14 key --
15     A. On the keypad.
16     Q. On the keypad.
17     A. On the keypad. There's a special forward
18 slash key at the very top center of the keypad, I
19 believe.
20     Q. And that corresponds to -- and that is the
21 same as another key or what --
22     A. Okay. No. And I'm sorry. I didn't explain
23 that clearly.
24         What happens is when you press the forward
25 slash key at the top center of the keypad, you will

Page 118

1 indicate that that would be possible but not
2 required. It talks about that the keyboard
3 microprocessor needs to detect the activation of the
4 Fn key, and that could be done by receiving a scan
5 code, but it's not -- it's not necessarily required.
6     So I'm saying that the patent, I believe,
7 teaches the possibility of it, but it doesn't teach
8 the requirement for it.
9     Q. Take a look at the patent at column 7, lines
10 51 to 55.
11     A. 51.
12     Q. That first sentence there in that paragraph
13 beginning, "When the keyboard microprocessor detects
14 an active row signal, it uses the row signal and the
15 currently active column signal to uniquely identify
16 which of the keys on the keyboard is depressed," do
17 you see that?
18     A. I do.
19     Q. Then it says the key is identified with a
20 scan code in a conventional manner.
21     A. Right. I see that.
22     Q. Is that -- can you explain how that
23 disclosure is consistent with scan code -- or a form
24 of scan code that assigns nonunique numbers to keys?
25     A. Well, it says right there, it's done in the

Page 120

1 get one scan code.
2     Q. Okay.
3     A. If you hold down the shift button and press
4 that same key, you'll get a different scan code. And
5 that is within the IBM standard. I think it's in
6 code set 3 that it does that. That is one example.
7     And the others, as I said, the print screen,
8 a break, and there's a few others, a handful of
9 others, that when you hold down the shift or
10 sometimes the num lock key, you will get one scan
11 code when the shift is not pressed and a different
12 scan code when the shift is pressed. And again, this
13 all falls within, I believe, your request that this
14 is all just talking about IBM standard scan codes.
15     Q. Does the patent, the '273 patent, give an
16 example of scan code for the special function key?
17     A. Does it propose a numeric value? Is that
18 what you're asking?
19     Q. Does it teach that the function key, the
20 special function key itself, have a scan code?
21     A. I have to look that up.
22     Q. Okay. Go ahead.
23     A. Okay. I don't see the exact words. I says
24 that the Fn key is associated with a scan code.
25 There's various sentences in here which would

Page 119

1 conventional manner. The conventional manner, as I
2 interpret this, is the way that -- the way that IBM
3 personal computers operate, and that is one of
4 ordinary skill would know the conventional manner and
5 which keys are related or assigned to scan codes.
6     So one of ordinary skill recognizes that
7 there are three different sets of scan codes so that
8 the actual numeric value associated with a keypress
9 is going to depend upon which scan set is active at
10 this time.
11     So if I, for example, press the A key, the
12 value -- the actual scan code created is going to be
13 different if it were scan set 1 versus scan set 2
14 versus scan set 3.
15     Q. Well, maybe I misunderstood your earlier --
16     A. Let me finish. And that -- that is standard
17 within the IBM PC. So that is -- fits within my
18 understanding of the conventional manner.
19     Q. Maybe I misunderstood your earlier
20 testimony. I thought you told me that there is --
21 that there are examples in -- described in IBM
22 manuals where, in a single form of scan code,
23 different keys have the same scan code.
24     A. That, too. Yes. That's right. I wasn't
25 talking about that right now, that situation, but

Page 121

31 (Pages 118 to 121)

## Golden Gate Reporting

1  that is also true. And with it -- I believe I said
2  it was within scan code set 3. Even within that scan
3  code set, within the standard, depending upon whether
4  you hold the shift key down or not, you will receive
5  different scan codes for certain keys. I gave you
6  the examples of the forward slash and print screen
7  and break, I believe it is.
8      Q. Right. And my question is whether the
9  disclosure -- so you would just say that that's
10  conventional?
11     A. It's -- it's within the standard. In fact,
12  if you -- if I were to write a -- I'm sorry. If I
13  were to design an IBM PC and I want it to operate
14  correctly and I want to be able to utilize and run my
15  other software that's been written for it, I would
16  have to do exactly that. I've got to follow that
17  standard.
18      And so it's clearly within the conventional
19  manner because it's not something I choose to do,
20  it's something that I have to do in order to follow
21  the standard.
22     Q. Maybe I'm still missing something here, I
23  misunderstood some earlier part of your testimony.
24     A. Okay.
25     Q. Within the three -- what you call system

Page 122

---

1  therefore, the statement each key on the keyboard has
2  a unique scan code is not true. However, it is one
3  to many in the sense that one key can generate many
4  scan codes. It is not many to one. It is not that
5  many keys will generate the same scan code.
6      Q. Okay. Thank you for clarifying that.
7      A. Okay. I would like to take a break at some
8  time.
9      Q. Oh. Sure. I'm sorry. Yeah. That's fine.
10  Yeah. It's time for a break. Sure.
11      THE VIDEOGRAPHER: Off the record. The time
12  is 2:42. This is the end of tape No. 2.
13      (Recess taken.)
14      THE VIDEOGRAPHER: We're back on the record.
15  The time is 2:51, and this is the beginning of tape
16  No. 3.
17  BY MR. WALKER:
18      Q. Okay. So let's move in the claim
19  construction statement, which is Wedig 9, let's move
20  on in Exhibit E to first interrupt signal. Do you
21  have that?
22      A. Yes, I do.
23      Q. Okay. And my first question is, what, in
24  your view, is wrong with Wistron's proposal?
25      A. The main problem I have with Wistron's

Page 124

---

1  scan code --
2      A. Sets.
3      Q. -- sets, within any one of those sets, is
4  there a scan code number that corresponds to -- is
5  there the same number corresponding to two different
6  keys? So if you press one of the keys, you get
7  number X, you press the other key, you also get
8  number X?
9      A. No. That's not the case. And I'm sorry if
10  you were asking that question earlier and if -- I may
11  have misunderstood it, but it is not the case that
12  you press one key, A versus Q, that that would cause
13  the same scan code.
14      However, I was explaining -- and again, I
15  apologize if I misunderstood your question, but I was
16  explaining that by hitting a single key, you could
17  generate one of two different scan codes, depending
18  upon the mode you're in or the set that you operate
19  in.
20      Also, within a given set, you could generate
21  multiple different scan codes, depending upon whether
22  certain other keys are being pressed at the same
23  time.
24      So there's clearly not a one to one, and
25  that was my point. There's not a one for one so,

Page 123

---

1  proposal is that the wording at least implies that
2  the IRQ1 is in some way related or necessitates the
3  use of the ISA bus, and I think that this has
4  already -- been already discussed in previous cases,
5  and Judge Walker already found that the ISA bus is
6  not needed.
7      And so to the extent that if Wistron and I
8  see this both in the actual construction and the
9  intrinsic evidence that's being -- going to be relied
10  upon, that it appears as though Wistron is going
11  to -- going to -- going to say that if this
12  construction is accepted that this means that somehow
13  IRQ1 requires the use of the ISA bus.
14      And so I think that that simply is
15  misleading. It's incorrect because it's not
16  necessary to have the ISA bus. This has already been
17  discussed extensively in previous cases, and so I
18  think it's just more clear to say -- simply say IRQ1
19  because that's really all you need in order to
20  satisfy the -- what really is meant by first
21  interrupt signal.
22      Q. Well, let's suppose I design a computer
23  system --
24      A. Okay.
25      Q. -- that's not ISA compliant, doesn't use an

Page 125

32 (Pages 122 to 125)

1   ISA bus, as you say, and --
2      A.  Is that your definition of non-ISA
3   compliant?
4      Q.  Not necessarily.
5      A.  Okay.
6      Q.  Actually, what I'm getting at is quite
7   different.  I've got a signal in my system that I
8   call IRQ1.
9      A.  Okay.
10     Q.  And my question is, does that arbitrary
11  signal that I call IRQ1 meet Samsung's proposed
12  construction?
13     A.  That's not the intention, no.  It would not
14  meet it.  Remember that the claim -- the claim
15  says -- in claim 1 says in an ISA-compatible system,
16  a system for providing a built-in function in an
17  ISA-compatible computer.
18       And so your -- as you stated in your
19  hypothetical, you said you do not have an
20  ISA-compliant system, and you happened to choose this
21  signal called IRQ1.  Now, first of all, I don't
22  believe that the intention is that that particular
23  signal would satisfy first interrupt signal, but even
24  in the broadest interpretation, if someone tried to
25  argue that it did, your system would still fail

Page 126

1   proposed constructions and supporting evidence.
2      A.  Okay.  I've reviewed them.
3      Q.  What's wrong with Wistron's proposed
4   construction?
5      A.  In this case, it's simply not what the court
6   decided before.  The court specifically said that the
7   second interrupt signal was any interrupt other than
8   IRQ1, and I think that that was adequate.  I don't
9   see any reason for changing the court's previous
10  construction to provide, I think, no -- no benefit.
11  It simply changes it.  It doesn't in any way add more
12  meaning to it, and it's different.
13       So I think we're asking the court to go
14  against its previous decision for no good reason.
15     Q.  Are there interrupts that aren't signals?
16     A.  Not that I can think of.  No.  So that's why
17  I think the word "interrupt signal" is, in a sense,
18  redundant.  Like I said, it's different.  It's just
19  different than what the court previously said.
20       So you want to -- I think it looks as though
21  Wistron wants to add additional language, which is
22  redundant, unnecessary, and it -- it simply is --
23  forces the court to reconsider what it did before and
24  make changes to its previous construction for, as I
25  said, I think, no good reason whatsoever.

Page 128

1   infringement because it would not be an
2   ISA-compatible computer system.
3       And so I think that those words,
4   ISA-compatible computer system, helps to give the
5   better meaning to IRQ1, meaning the IRQ1 that's found
6   in an ISA-compatible computer system.
7      Q.  Well, is there something wrong with
8   proposing a construction, whether it's these exact
9   words Wistron is proposing or not, that gives a
10  little context to IRQ1, just as you've described?
11     A.  And as I said, my only problem with it is
12  that I feel as though Wistron is going to argue that
13  this IRQ1 interrupt signal would need to be operating
14  in conjunction with the ISA bus.  If, in fact, that's
15  not the case, then I would have to reconsider.
16       But I see that using that as your intrinsic
17  evidence references to the ISA bus.  So it seems to
18  me that that is going to be what -- what you're going
19  to -- what you're going to rely on, and that's what
20  you're going to, therefore, tie the IRQ1 to, to the
21  ISA bus, and I believe that that is improper.
22     Q.  Let's move on to second interrupt signal,
23  page 7 of Exhibit E to Wedig 9.
24     A.  Okay.
25     Q.  Just let me know when you've reviewed the

Page 127

1      Q.  Let's go back to how the IRQs -- the IRQ
2   interrupts generally -- I guess there's -- are there
3   16 of them in the old IBM PCs?
4      A.  Yes.  Although IRQ2 is -- can't generally be
5   used because it is -- it's used -- the IRQ2 is really
6   used as tying one interrupt controller to another.
7   So, in a sense, there's really only 15.
8      Q.  And they're numbered starting with IRQ0?
9      A.  Yes, they are.  And it has to do with the
10  binary numbering, the way it works.
11     Q.  And if I understood your earlier testimony,
12  there are examples where the -- each of these IRQs is
13  carried on a separate wire; is that correct?
14     A.  In the original IBM PC actual schematic
15  design that we talked about earlier, the PC, the XT,
16  the AT, they are on separate wires.
17     Q.  Where they're on separate wires, do they
18  operate in the way that we discussed with respect to
19  INT and SMI and NMI where the -- where the interrupt
20  is asserted by either a high or low state in the --
21  on the -- on the -- on the line and not asserted by
22  the opposite state on the line?
23     A.  In the simplest explanation, what you're
24  saying is true, although, it -- if this becomes
25  relevant, I think I should point out that it's

Page 129

33 (Pages 126 to 129)

**Golden Gate Reporting**

1 actually possible to program the interrupt controller
2 such that you can detect whether the interrupt is at
3 a particular state, as you just suggested, or you can
4 also program it to detect a transition that is going
5 from low to high or high to low.
6         And either one of those, depending upon how
7 you program the interrupt controller, will determine
8 whether it acknowledges or whether it recognizes an
9 interrupt or not.
10        So what you just stated is one way, which is
11 called level sensitive, and level sensitive means
12 that it depends on the particular value. And so that
13 is a legitimate way to do it. I just wanted to point
14 out that there's also edge sensitive, and if it
15 becomes relevant, we can talk about that, too.
16        Q. Are there other implementations of the IR --
17 of that set of 16 IRQs, IRQ signals, where all of
18 them or some of them -- let's say some of them are
19 put on a shared wire and are represented by a more
20 complex code than a simple two-value code?
21        A. Well, it always uses a two-value code
22 because everything is done in terms of binary values.
23 So -- but I think I know what you're getting at. And
24 there is something called serial IRQ, and serial --
25 serial IRQ puts all of the -- all of the IRQ

Page 130

1 ordinary skill would understand could be the case.
2        Q. What do you mean by one interrupt signal
3 line can be used for multiple purposes?
4        A. What I mean is that it is possible to use
5 one interrupt signal line and use it, for example,
6 for determining whether a data byte has come in from
7 the network or determine that the printer has printed
8 the last byte of data.
9        So you can use one signal line -- one
10 interrupt, and it can tell you three different
11 things, and you receive the interrupt, and then you
12 go out and you -- knowing that this interrupt can be
13 caused by two different -- for two different reasons,
14 you go and you check to see, well, what was the
15 purpose of this interrupt, why did it occur.
16        So that's what I mean by it, that one
17 interrupt can be used for different purposes. It
18 simply requires the software to go out and determine,
19 when the interrupt occurs, why did the interrupt
20 occur.
21        Q. But you're not aware of any examples of
22 lines that carry interrupts and carry noninterrupt
23 signals?
24        A. I'd have to go back and check the serial IRQ
25 standard. I'm not sure of all the information that's

Page 132

1 interrupts onto one signal line and, through an
2 encoding mechanism, indicates exactly which interrupt
3 should be active at any given time.
4        Q. Let's move on to second interrupt signal
5 line, page 9 of Exhibit E. Wedig 9.
6        A. Okay.
7        Q. Give you a moment to review the two proposed
8 constructions.
9        A. Sure. Okay.
10        Q. See the difference is Wistron is proposing
11 that the second separate signal line be dedicated to
12 the interrupt? Do you agree with that?
13        A. Yes. I see that. That appears to be the
14 only difference.
15        Q. And what is wrong with that?
16        A. I don't see any requirement in the
17 specification for the second interrupt signal line to
18 be dedicated only to that purpose. There's no
19 discussion -- there's no discussion of that. There's
20 no suggestion. There's no necessity for that in --
21 in the specification.
22        And, in fact, one of ordinary skill will
23 understand that one interrupt -- one interrupt signal
24 line can be used for multiple different purposes.
25        So I think it's counter to what one of

Page 131

1 in that.
2        Secondly, I'm not -- I don't recall about,
3 for example, the low pin count bus called the LPC
4 bus. I believe that also can encode interrupt
5 information into the bytes of the -- of that
6 particular bus.
7        So I believe there are -- I mean, I believe
8 there are situations where there are wires that carry
9 information other than interrupts. That's not
10 exactly what I was talking about before. I was
11 talking about using one interrupt for multiple
12 different purposes.
13        But answering your question now, I believe
14 there are situations where an interrupt line can be
15 used for other purposes, one at one time for an
16 interrupt and another time for other things. And the
17 LPC bus is the one thing that comes to my mind right
18 now.
19        Q. And is any -- any of that cited in the joint
20 claim construction statement?
21        A. No, it's not. But this also reminds me of
22 other reasons it doesn't need to be dedicated is that
23 the -- it could also have used the NMI line and the
24 SMI line for indicating the second -- the second
25 interrupt signal, and they can have other purposes,

Page 133

34 (Pages 130 to 133)

## Golden Gate Reporting

1  also. In fact, they commonly do have other purposes
2  in a computer system. And there's nothing in the
3  patent that would forbid you from doing that. The
4  invention would still work as -- as required if you
5  utilize the SMI line or the NMI line for providing
6  the second interrupt.
7      Q. Does the patent call out anywhere using the
8  NMI line to carry the second interrupt?
9      A. It utilizes part of the NMI generation logic
10 in the second embodiment, but then it ultimately
11 takes the final created signal and transfers it over
12 to IRQ15.
13     So the answer to your question is strictly
14 no, it does not show using the NMI line for
15 generating the second interrupt signal; however, it
16 does utilize part of the logic for generating the NMI
17 in the process of generating the IRQ15.
18     Q. And does the patent teach using the SMI line
19 to carry the second interrupt?
20     A. No. It doesn't teach that. However, it's
21 an interrupt like any other interrupt, and it could
22 be used, and there's nothing in the claims that would
23 limit you from doing that.
24     Q. Is the second interrupt signal line a
25 physical line?

Page 134

1      A. Physical as opposed to, say, a radio signal
2  or something like that? Is --
3      Q. I'm just trying to figure out what --
4      A. I don't know what the alternative to
5  physical is.
6      Q. I don't know either, but you're -- I've had
7  enough experts, they know more than I do about these
8  things, so I just have to ask.
9      A. I believe it's a wire to some extent. So to
10 the extent that a wire is physical, yes. I don't --
11 I don't envision it to be a radio signal or anything
12 like that. I hadn't thought of it that way.
13     Q. Does the patent teach any interrupt signal
14 line that carries more than one interrupt signal?
15     A. Does it teach a signal line that carries
16 more than one interrupt signal?
17     Q. An interrupt signal line.
18     A. An interrupt signal line that carries more
19 than one interrupt signal.
20     Q. Right. So you -- you mentioned serial IRQ.
21     A. Correct.
22     Q. And I'm just wondering if the patent -- if
23 there's some part of the patent that -- that
24 discloses something like that in your mind.
25     A. The patent does not specifically teach

Page 135

1  serial IRQ, for example. What the patent does
2  teach -- and I can find it in here. Let me find it,
3  to be sure, first of all, before I speak.
4      Okay. If you look in column 6, line 42, it
5  says, "The IRQ15 signal line is typically not used on
6  conventional ISA-compatible computer systems and is
7  thus available for use with the thirteenth function
8  key Fn."
9      Well, what I -- what I read in that is that
10 you have IRQ15. It's not typically used, but it
11 doesn't say that it can't be used. I mean, it
12 doesn't say that it's not used, and it doesn't say
13 that -- that you can't use it if it's already being
14 used for something else.
15     So I think that the prosecutor specifically
16 put in the typically not used in order to make clear
17 that sharing the use of that IRQ15 for two different
18 purposes would be possible. It's just that you might
19 want to use that one because it's not commonly used.
20     Q. So it's your testimony that that -- that
21 that sentence means that the IRQ15 signal line can
22 carry something other than IRQ15 on it?
23     A. No. That's not what I meant, and that's not
24 what I was trying to imply before. What I meant was
25 that IRQ15 can have multiple different purposes. It

Page 136

1  would still act as IRQ15, but it could provide the
2  second interrupt signal line, it could also act as
3  the interrupt for determining when the modem has
4  finished transmitting data or when the -- or when a
5  block of data has been received from the network, or
6  something like that.
7      It still acts as IRQ15, but it has multiple
8  purposes. It's not dedicated to only providing the
9  second interrupt signal line.
10     Q. You're aware in the prosecution's history
11 that the applicant amended the claim in response to
12 an examiner's rejection to add the limitation that
13 the second interrupt signal is carried on the -- on a
14 separate signal line?
15     A. Yes. I'm aware of that.
16     Q. And you think using the available IRQ15
17 signal line for the second interrupt and also using
18 that same signal line for other interrupts is
19 consistent with that amendment?
20     A. Yes, I do. Because in that amendment -- we
21 can look it up, if you'd like, but in that amendment,
22 as I recall, what was being distinguished was from a
23 system that only used an IRQ1, and it was
24 interpreting keystrokes. In fact, the entire
25 purpose, the main reason for the invention is to use

Page 137

35 (Pages 134 to 137)

1  something other than IRQ1 to provide hot keys.
2      And so I understood that the prosecutor was
3  simply making clear to the examiner that it's
4  necessary to use a different interrupt than IRQ1. I
5  don't believe the prosecutor was saying that that
6  other interrupt --
7      Q. You say "the prosecutor." You mean the
8  examiner?
9      A. I'm -- let me start over. I believe that
10  the prosecutor was telling the examiner that the
11  intention is to use a different interrupt other than
12  IRQ1. I don't believe that the prosecutor was
13  telling the examiner that that second interrupt
14  couldn't be used for other purposes also, simply that
15  it had to be different than IRQ1 and that is what I
16  think Samsung construction says. It doesn't have to
17  be a second separate signal line from the keyboard
18  controller for transmitting the second interrupt
19  signal. That's -- so Samsung has that in its
20  construction.
21      The word "separate," I think, incorporates
22  that language that the prosecutor made clear to the
23  examiner. Never -- never did it say in that
24  discussion, in that office action or in response to
25  the office action, that it needed to be dedicated.

Page 138

1  architecturally, at the high level, it's not a
2  difference.
3      In terms of the detailed implementation and,
4  therefore, at this lower level architectural
5  description, it is a difference.
6      Q. Would you say that using a dedicated line, a
7  dedicated interrupt signal line for the second
8  interrupt signal, is different architecture from
9  using any -- the signal line that carries the second
10  interrupt signal and other signals?
11      MR. LIM: Objection. Vague.
12      THE WITNESS: I think the answer is the same
13  as I gave for the last answer. To the extent that
14  the user sees no difference, architecturally, at
15  the -- at the hardware/software interface level, it's
16  not different, there's no architectural difference.
17  At a lower-level implementation level, which is a
18  different level of the architecture, it is obviously
19  a difference.
20  BY MR. WALKER:
21      Q. Okay. Let's move on to indexes or indexing,
22  and there are actually a series of -- just so you
23  understand my questions, and if this is a problem, we
24  can -- we can go into as much detail as you want here
25  or as much detail as you think is necessary --

Page 140

1      Q. Again, going back to your reference to the
2  serial IRQ, is that -- was that developed in the
3  1990 -- 1990 or before time frame?
4      A. I don't know. I don't recall.
5      Q. Are you aware of examples from the 1990 time
6  frame of an interrupt signal line that carries more
7  than one interrupt signal?
8      A. I am aware. I am aware of examples of an
9  interrupt signal line that is used for more than one
10  purpose, not that it carries multiple different
11  interrupts.
12      So to answer your question strictly, no, I'm
13  not aware of 1990 time frame of a -- of an interrupt
14  line carrying different interrupts. But I am aware
15  of an interrupt line, 1990 time frame, that is used
16  for multiple different purposes.
17      Q. Is using two separate interrupt lines for
18  the first and second interrupt signals -- I know I
19  said that wrong. Let me start over again.
20      Is using two separate interrupt signal lines
21  for the first and second interrupt signals different
22  computer architecture from putting both interrupt
23  signals on the same signal line?
24      A. It is not a difference to the level of the
25  user. The user would not see a difference. So,

Page 139

1      A. Okay.
2      Q. -- but as indicated on page 14 of Exhibit E,
3  that's Wedig 9, in the column there under "Indexes Or
4  Indexing," there's a star and a footnote, (Reading)
5  Wistron contends that references 5 through 8 be
6  construed together in different contexts, as the key
7  term at issue is index.
8      A. I'm sorry. I see the star, but I don't see
9  the footnote.
10      Q. Oh. It's still in the same column. It's
11  still in the column there.
12      A. Oh.
13      Q. It's just at the end of the column there.
14      A. Oh, I see. I see. Yeah.
15      Q. So to save some time here, I was just going
16  to ask you some questions in terms of indexes or
17  indexing, but we can talk about the specific phrases
18  that are enumerated later, as you find necessary.
19      A. Okay.
20      Q. You know, feel free to -- you know, if you
21  think that context is important --
22      A. Sure.
23      Q. -- we can get into that.
24      So take a look at the two proposed
25  constructions here on indexes -- or indexing, and let

Page 141

36 (Pages 138 to 141)

1  me know when you've looked at them.
2  A. Okay. I'm ready.
3  Q. My first question is, is Wistron's proposed
4  construction a use of the word indexes that you're
5  familiar with?
6  A. Yes, it is.
7  Q. Just looking at the -- we can look at the --
8  feel free to look at the patent yourself, if you
9  like --
10  A. Sure.
11  Q. -- but I'm just going to read off the column
12  here for -- under "Intrinsic Evidence" for Samsung's
13  proposed construction and supporting evidence.
14  A. Uh-huh.
15  Q. They cite the specification column 5, lines
16  1 through 16, "The microprocessor 110 utilizes the
17  interrupt vector received from the interrupt
18  controller 130 as an index."
19  A. Uh-huh.
20  Q. And my question is whether or not, as an
21  index, or whether or not that portion of the
22  sentence, means to you that the -- that the
23  microprocessor is using the interrupt vector as an
24  offset.
25  A. Not specifically, no. No, it's not.

Page 142

1  Q. Okay. Why not?
2  A. Well, because what it's using it as is it's
3  using it as a -- as a value for selecting a location,
4  and it's not an offset because you do not take the
5  value of the -- you do not take the value of the
6  interrupt vector in order to select the location.
7  You take -- what you do -- what you
8  literally do is you take the index, and you multiply
9  it times 4 -- I'm sorry. You don't take the index.
10  Say that again. You take the interrupt vector, and
11  you multiply that times 4 in order to fetch or access
12  the location.
13  So -- so that index is not -- not an offset.
14  The interrupt vector is not an offset. It is -- it's
15  simply a starting point for determining what -- what
16  location to fetch or to access.
17  Q. Let's look at the parenthetical that follows
18  that sentence. (Reading) Although the 80386SX
19  microprocessor utilizes segment and offset addresses
20  in the format xxx.yyy. Do you see that?
21  A. Yes, I do.
22  Q. Explain what segment and offset addresses
23  are.
24  A. Segment and offset addresses are the way in
25  which the memory system translates instruction memory

Page 143

1  request into absolute memory request. So when a --
2  when an instruction wants to fetch data, and this is
3  only in real mode, by the way, what it does is to
4  provide simply what's called an offset value. And
5  the offset value is shown here as the yyyy, and that
6  is the number between zero and approximately 65,000.
7  And it uses an implied segment value, and it
8  adds the two together in order to determine an
9  absolute memory location of actually fetching the
10  data for the instruction.
11  And so to an instruction, to a program, it
12  views the memory in terms of segments and offsets.
13  So programmers, when writing code in real mode, only
14  know to talk to the memory in terms of specifying
15  segments and offsets. Okay.
16  In a -- the reason this parenthetical is
17  here is because the interrupt controller, the
18  interrupt vector table, and the microprocessor, when
19  operating in interrupts, with interrupts, does not
20  operate in that mode, it does not utilize the segment
21  offset technique. That's only for programs.
22  What it literally does is go out to the
23  absolute memory location, and it fetches the absolute
24  memory location. So that's why they're saying that
25  although the 80386SX utilizes this mechanism, we're

Page 144

1  going to talk about absolute addresses because that
2  segment offset concept is really just a programming
3  concept, it's not -- it is not really the way the
4  memory system is physically utilized or physically
5  accessed when dealing at this level.
6  That's -- I annotated that, or I added to it
7  somewhat, but that's basically what it's saying
8  inside that parenthetical.
9  Q. So I would be incorrect to interpret that
10  parenthetical as saying that to simplify the
11  discussion patent, I'm going to pretend -- or I'm
12  going to discuss memory accessing as though I was
13  referring to absolute addresses and just leave out
14  the fact that we're doing offsets?
15  A. I -- I think you have it correct. We're
16  going to leave that out because it's not relevant to
17  this discussion because we're only dealing in terms
18  of absolute addresses when dealing in the interrupt
19  system. We're going to leave out segments and
20  offsets because that's only a programming concept.
21  That's only something that is used by the
22  instructions for -- for having programs determine
23  where data is found. It's not a concept that's used,
24  it's not hardware that's used by the interrupt
25  system.

Page 145

37 (Pages 142 to 145)

**Golden Gate Reporting**

1  Q. I'm going backwards, and I'm saying, well,
2  if indexes means selects or accesses, does that mean
3  accesses means indexes? And then, in the sentence
4  here, I'm saying, well, the microprocessor 110 uses
5  the value of 77H as an index, and then could I
6  substitute the word indexes location 1DCH there?
7     Does that make sense to you?
8  A. Yeah. It does. Sure. It uses it as an
9  index, and so -- I mean, I think they're simply
10  trying to make it clear that they're using this as
11  a -- as a selection. They're using this as the means
12  for determining what to access. And so they have it
13  both as a noun, they go -- they use it as an index,
14  which is a noun form, then they go and it accesses.
15     So it says it holds it as something to be
16  accessed, and then they perform that access. I think
17  the sentence makes perfect sense to me.
18  Q. But it's your testimony that the way they're
19  doing the access is different than using an offset?
20  A. Absolutely. And it says it right there. It
21  says that they're taking that number, and they're
22  multiplying it times 4. That's not an offset. That
23  is a -- that is taking a number, and it's multiplying
24  it times 4. An offset is adding something. In fact,
25  I believe that's exactly what Wistron's construction

Page 154

1  says, to locate the information table by adding an
2  offset amount. And there's no addition going on;
3  it's multiplication going on.
4  Q. Isn't multiplication a form of addition?
5  A. No. I'm sorry. Not at all. Multiplication
6  is fundamentally different. If I would have -- if I
7  were to add 5 and 2, I get a very different answer
8  from multiplying 5 and 2.
9  Q. But isn't 5 times 2 just 5 plus 5?
10  A. Yes. But it's not -- it's not the same
11  thing. I mean, it's also 5 times -- 5 times 5 is 5
12  plus 5 plus 5 plus 5, and that's not a simple
13  addition. And so you're not -- you can't just add
14  one offset. Do you want to try and substitute for
15  this -- if you wanted to try to have your
16  construction make some sense to me, you have to, say,
17  locate something in that table by adding an offset
18  amount four times.
19  Q. I didn't see any citation by Samsung to any
20  dictionary definition that supports its proposed
21  construction of indexes or indexing. Are you aware
22  of any?
23  A. No, I'm not. I will remind you that I
24  believe this is exactly what the court previously
25  selected for its definition of indexes or indexing.

Page 155

1  I think it's perfectly valid. I don't see why it
2  should be changed. I don't -- I didn't -- I didn't
3  state in any of my answers to you in reliance on any
4  dictionary definitions. I think that it's pretty
5  clear within the specification that was cited within
6  the -- within the intrinsic evidence itself.
7  Q. Let's go to page 16, which is -- indexes a
8  first memory location pointer, and just take a look
9  at the two constructions there.
10  A. Okay. I see that.
11  Q. All right. And my question is, in Samsung's
12  proposed construction, what is meant by selects or
13  identifies -- I'm sorry -- selects or accesses an
14  identifier?
15  A. Yes. That is -- I really -- I think that
16  Samsung -- and I support this -- did not want to use
17  part of the word being defined in the definition. I
18  think it only made sense.
19     And so they say an identifier. I believe
20  that that really is the same thing as the first
21  memory location pointer. They want to say that it's
22  -- that it is something, it's an entity that
23  corresponds to the start of the first conventional
24  interrupt handling routine. That's really saying the
25  same thing as selects or accesses a first memory

Page 156

1  location point.
2  Q. Is the identifier a number?
3  A. Sure. It's a pointer. I mean, it's a --
4  every pointer is a number. It's a number that
5  identifies the location of the first conventional
6  interrupt handling routine.
7  Q. And in selecting -- so if the identifier is
8  a number, what does that number represent?
9  A. That number represents the address of where
10  you would find the first conventional interrupt
11  handling routine. For example, if the first
12  interrupt handling routine existed at, say, location
13  250, then the identifier I'm referring to here is the
14  number 250 because it's the location where you find
15  the first interrupt handling routine.
16  Q. With respect to -- and I understand you're
17  not agreeing to this particular -- you're not
18  agreeing with our -- with Wistron's proposed
19  definition here, I'm not -- not asking you to do
20  that, but --
21  A. Okay.
22  Q. -- you did indicate that you were familiar
23  with a use of the word "indexes" to refer to using an
24  offset in memory.
25  A. That's correct.

Page 157

40 (Pages 154 to 157)

## Golden Gate Reporting

1    Q. In that usage, is it possible to have an
2  offset equal to zero?
3    A. Yes. Sure. But I'd like to clarify that,
4  also, explain my thinking on that, is that the
5  definition of indexing that Wistron relies on for
6  extrinsic definition is the one that I was thinking
7  about, which is related to -- which is what you would
8  use in a programming sense. In fact, the Microsoft
9  computer dictionary says in programming and
10  information processing.
11        And so the definition of indexing that I
12  was -- had in mind was one related to programming and
13  not the kind of word -- not the one you would use in
14  relation to doing this type of hardware-based
15  accessing, this hardware-based indexing, which --
16  which is just an access or a selection.
17        So indexing in this sense, when used in an
18  interrupt system, doesn't have that meaning that
19  Wistron proposes because it's really reserved for
20  programming and information processing.
21    Q. And to your mind, this -- this claim
22  language isn't referring to programming and
23  information processing?
24    A. No. It's not. It is not -- it is not
25  used -- it is not referring to identifying something

Page 158

1    A. Okay.
2    Q. -- program. Just take a moment to review
3  the proposed constructions.
4    A. Okay.
5    Q. Okay. What is wrong with Wistron's
6  proposal?
7    A. Well, I disagree with the definition of
8  program because I believe that that proposed
9  construction implies the possibility that Wistron
10  would -- could choose to find prior art that
11  identifies a random set of instructions, not even a
12  set of instructions, but it says a series of
13  instructions, which could include an instruction from
14  one routine here, an instruction from another routine
15  there, and -- you know, and choose, arbitrarily,
16  different instructions and put them together in a
17  series and call that a program. And I -- I don't
18  think that's appropriate. And it's not even the
19  definition that Microsoft proposed.
20        So it's not as though you chose to use the
21  definition of program that Microsoft suggested. You
22  chose to -- you chose a definition to be a series
23  of -- to perform a series of instructions to input
24  the scan code, and I think that you cannot
25  arbitrarily choose instructions from different places

Page 160

1  in a table in a user's program; it is trying to
2  select a -- trying to select something, in this case,
3  a first memory location pointer, a second location --
4  memory location pointer, and it's not being done in
5  software.
6        We are not executing instructions in order
7  to -- in order to perform the indexing operation; we
8  are utilizing hardware. There is hardware logic that
9  is doing that. It's not being done in software; it's
10  being done in hardware.
11    Q. This indexing isn't being done as part of
12  executing a software instruction?
13    A. No. It's not. It's being done as -- in
14  order to enter an interrupt routine. When an
15  interrupt occurs and it's recognized by the CPU,
16  hardware within the CPU performs the operation of
17  fetching the pointer to the surface routine and then
18  transferring control to the start of the interrupt
19  service routine. There are no instructions executed
20  in the process of doing that. It's all done in
21  hardware.
22        Once you begin to execute the interrupt
23  routine, of course there's software there, but now
24  the whole indexing process has completed.
25    Q. Okay. Let's move to page 22 --

Page 159

1  in order to perform that function.
2        I believe that the program needs to be what
3  Samsung says, a handling routine, which is, you know,
4  a complete set of code that has a task to do, which
5  is causing the computer to receive the keyboard scan
6  code from the keyboard controller.
7        So the bottom line is that I think that
8  Wistron did -- first of all, did not even choose
9  Microsoft's definition.
10        Second of all, I believe that the
11  construction that they did choose allows you to
12  choose random instructions in different places that
13  don't operate together.
14        And, finally, I will note that this again is
15  construction that parties agreed to in the past, and
16  the court approved it, and the court had no problem
17  with this definition of -- that Samsung provided
18  previously, and I don't see any reason it should be
19  changed now.
20    Q. I don't understand how you conclude that
21  Wistron's proposed construction implies a -- if I
22  heard you right -- a random series of instructions.
23    A. Well, you say a series of instructions. I'm
24  not sure why you changed it from Microsoft's
25  definition of a sequence of instructions. To me, a

Page 161

41 (Pages 158 to 161)

## Golden Gate Reporting

1  point you to, which does imply that a scan code other
2  than the conventional key is sent. If you give me a
3  moment, I'll find it.
4      If you read in column 6, and it's referring
5  to figure 4 and figure 5, and I'm looking at --
6  starting at line 30, it says, "Since the thirteenth
7  function key Fn is not on a conventional keyboard,
8  presently available applications programs and hot key
9  programs will not include provisions for operating on
10 scan codes from the function key Fn." Okay. I'm
11 sorry. That's not -- it does indicate that there are
12 scan codes coming from the Fn key. Sorry. But
13 that's not the exact one I was thinking of. Huh.
14 I'm sorry. I can't find it in there.
15     Well, I'm sorry, I can't find it right now,
16 but I remember seeing that.
17     In any case, I think one of ordinary skill
18 understands in reading -- at least in reading claim 5
19 that it doesn't have to operate -- it's not
20 restricted to the embodiment. Claim 5 specifically
21 says that you send a scan code that corresponds to
22 the nonconventional function key, and I think it
23 would be overly restrictive to assume that that means
24 that you have to send a scan code of a -- you know,
25 of the specific conventional key that follows the Fn

Page 166

1      So it's different -- it's still different.
2  Because when you hit the hot key sequence, you get a
3  different interrupt, and so, therefore, you go to a
4  routine for servicing that second interrupt.
5      A program that was written to only respond
6  to the first interrupt will never see the second
7  interrupt and, therefore, will not respond and will
8  not do what it says. So you won't have the
9  interference. That is exactly the point of the '273
10 patent.
11     Q. Maybe I missed something there, but I -- I
12 guess this issue of interference is bothering me a
13 little bit. If you've got a routine that can respond
14 to either interrupt, is it your view that that kind
15 of routine is not vulnerable to interference?
16     A. Oh, so maybe I understood -- maybe I
17 misunderstood your mind set. Maybe I misunderstood
18 what you were thinking. I was thinking that you
19 have -- you have the first interrupt, you go to one
20 routine, you have the second interrupt, you go to a
21 different routine. Are you envisioning that you go
22 to the same routine?
23     Q. No. I'm thinking that -- I -- I think
24 special interrupt means it's a different routine
25 that -- than the routines that are called by the

Page 168

1  key. You just have to send some scan code that
2  corresponds to the Fn key.
3      Q. In your view, why does the claim use the
4  term "special routine" to describe the routine?
5      A. Because it's a routine that is related to
6  the -- to the hot key. I mean, it -- it needs to be
7  a routine that functions for the hot key. But I
8  don't believe the word "special" implies exclusivity.
9  I think it means that you -- you do not go to
10 multiple different routines. Like, for example, you
11 wouldn't, say, upon hitting the hot key at one time
12 you go to one routine and hitting the same hot key --
13 hot key sequence you would go to a different routine
14 at a different time. You need to go consistently to
15 this special routine.
16     Q. Well, if the second interrupt in the Fn key
17 can be used to call any routine, why -- I guess how
18 is the -- how is the use of the special interrupt
19 different from using the first interrupt?
20     A. I'm sorry. I'm not sure I'm completely
21 understanding your question because it's still
22 different in that the -- any programs that are
23 written to only look at the first interrupt would not
24 accidentally respond to a hot key sequence that now
25 generates the second interrupt.

Page 167

1  first interrupt. I don't know why they would call it
2  a special routine or why the patent would call it a
3  special routine if -- if it's just a routine that is
4  available with the first interrupt.
5      A. I think I agree with you. I think it is a
6  different routine. It's a different routine, I
7  agree. I didn't mean to imply otherwise. I'm only
8  saying that that other routine doesn't have to be
9  exclusive to only executing upon receiving that
10 second interrupt. It could be for yet a third
11 interrupt, for example. We talk about IRQ1, and as
12 an example we talked about IRQ15, possibly it's also
13 used for IRQ12, and I don't think that deviates from
14 the spirit of the patent.
15     Q. But not IRQ1?
16     A. No. Not IRQ1.
17     Q. Go to page 29.
18     A. Okay.
19     Q. Take a look at the two proposed
20 construction --
21     A. Okay.
22     Q. -- proposals simultaneously. What's wrong
23 with simultaneously?
24     A. Well, the word "simultaneous," in my book,
25 means to do things at the exact same time. Normally,

Page 169

43 (Pages 166 to 169)

**Golden Gate Reporting**

1  I think of simultaneous as meaning at the exact
2  instant of time two things happen. And so if we were
3  to, for example, use the word -- the proposed
4  construction in the -- in the claim language -- well,
5  first of all, I'd have to convert it from an adverb
6  into a noun, but let me do that.
7      It says a system -- I'm now looking at the
8  left side of page 29, and I'm reading column 13, line
9  38, it says a system for providing a built-in
10  function in an ISA-compatible computer in response to
11  activation of a selected -- what -- simultaneous
12  activation of user-activated keys.
13     Is that -- is that a fair substitution from
14  what I think I believe I understand Wistron's
15  construction to be? I mean, I hope that is. I don't
16  know if you want to answer that or not. But I'm
17  assuming that's what you meant, is that a
18  simultaneous operation or activation. And that makes
19  no sense to me because, to me, that means that you
20  have to take the two keys and go simultaneously, at
21  the exact same time, at the exact instant of time,
22  you have to depress them.
23     Q. To you, simultaneous doesn't include
24  pressing one key, and then, while that key is still
25  depressed, pressing another key?

Page 170

1  A. No. Because if I -- if I were to say -- ask
2  you to -- I mean, again, if you were to ask me to
3  simultaneously press two keys, I would attempt to
4  press them at the exact same time. If you said to
5  press them sequentially, then I could do one then the
6  other, but, to me, the word "simultaneous" means at
7  the identical time, at the exact same instance of
8  time.
9     Q. Well, let's just work through some
10  possibilities here --
11     A. Okay.
12     Q. -- and see what -- what you understand the
13  scope of combination to mean. If the Fn key is
14  pressed and then released and then another key is
15  pressed and then released, is the Fn key being
16  activated in combination with the second key?
17     A. No.
18     Q. If the Fn key is pressed and remains pressed
19  and then a second key is pressed, is that activating
20  the keys in combination?
21     A. Yes.
22     Q. You just don't like the word "simultaneous"
23  to describe that second scenario?
24     A. Well, I'm also looking at the dictionary
25  definition that you utilized where I think it appears

Page 171

1  to be at least part of your support for that
2  definition. It says two -- two activities at the
3  same time, which I think supports my understanding of
4  what Wistron means by "simultaneous."
5     Now, maybe -- maybe you have a different
6  intention for what you mean by simultaneous, but,
7  again, I -- my -- you know, my understanding of the
8  word "simultaneous" means at the same time, and,
9  therefore, performing the act at the same time, so
10  pressing two keys such that each are being depressed
11  at the same time, in other words, simultaneously.
12     Q. Let's go to page 31, nonconventional
13  function key, additional function key. Wistron
14  proposes that that additional function key means an
15  additional function key other than a conventional
16  function key. What's wrong with that proposal?
17     A. Well, first of all, I believe that in the
18  past, the parties have agreed that this doesn't need
19  construction. No. I'm sorry. In this particular
20  case, the court says it doesn't need construction
21  and -- because the court thought that this was plain
22  on its face.
23     And I agree with the court, that the most
24  concise way of wording it, which, to me, is the most
25  clear, is to simply to say nonconventional function

Page 172

1  key.
2     I think what Wistron has to say here is
3  essentially saying the same thing but not adding any
4  additional meaning to it and not in any way
5  clarifying what it means, and I think that's the only
6  purpose of a construction is to take a term that may
7  not be absolutely clear on its face and to make it
8  clear.
9     And so to say, as Wistron proposes, an
10  additional function key other than a conventional
11  function key is really just saying in other words
12  what is already clear, that it's a nonconventional
13  function key.
14     So I simply feel that the words on their
15  face are clear, the court previously said that it was
16  clear, and so I, in a sense, side with the court,
17  that this was already clear. I don't see any reason
18  for having to construe it and say it differently than
19  what is already perfectly clear in the words
20  themselves.
21     MR. WALKER: Why don't we take a break.
22  We'll move on to the -- the other patents when we
23  come back.
24     THE VIDEOGRAPHER: We're going off the
25  record. The time is 4:21, and this is the end of

Page 173

44 (Pages 170 to 173)

## Golden Gate Reporting

1  do would be to define it in a way which defines the
2  term and then allow the pat- -- the rest of the
3  patent to do its job; that is, allow the rest of the
4  patent to provide whatever additional limitations or
5  functionality or capabilities that are indicated in
6  the claim itself, and it doesn't make sense to put
7  that limitation or functionality into the definition,
8  and, in fact, it's going to appear later in the claim
9  anyway.
10     Q. Well, going to that point, the claim
11  language says that the memory controller unit is
12  configured to provide, during access of said at least
13  one memory module, an appropriate access timing, and
14  Samsung's proposed construction says that the defined
15  memory controller unit provides the access timing.
16     Do you see that?
17     A. Yes, I do.
18     Q. And would the same logic apply to that
19  portion of Samsung's definition?
20     A. Yeah. Possibly so. It's -- it's somewhat
21  redundant.
22     Q. Go ahead.
23     A. Yeah. It appears somewhat redundant, but it
24  does help to -- it helps to clarify what the memory
25  controller is supposed to do.

Page 178

1  requires that. That's a limitation that Wistron has
2  added that is -- is not in the claim, and it would
3  not be what one of ordinary skill would understand to
4  be the fundamental characteristic of a memory
5  controller. This is not something that you would get
6  from, say, the general knowledge of one of ordinary
7  skill.
8     And also, the intrinsic evidence that
9  Wistron cites, I believe, is even incorrect. That
10  is, Wistron cites column 2, 37 to 62, which, if
11  you -- unfortunately, you did not include it in the
12  copy you gave me, but there is a correction notice.
13     Q. Oh.
14     A. Should be after the last page, I believe.
15  That correction notice that talks about how that
16  specific section that you identified has been
17  corrected and replaced in the actual patent.
18     Q. Okay.
19     A. So if you -- if you had included that, you
20  would see that that discussion doesn't imply that the
21  indication of access speed needs to be done on each
22  access.
23     Q. Well, what about the -- let's go to column 8
24  of the patent --
25     A. Okay.

Page 180

1     Q. Do you disagree, based on the claim
2  language, definitions aside, that the memory
3  controller unit provides an appropriate access timing
4  during each access of the memory module?
5     A. Okay. Let me make sure I understand your
6  question. Does it provide the necessary access
7  timing during each access?
8     Q. Yes.
9     A. Is that your question?
10     Q. Yes.
11     A. I -- I believe that -- I want to be
12  absolutely clear on this -- that, yes, it does
13  provide the appropriate access timing on each access,
14  if I understood your question correctly. I believe
15  that it does provide the appropriate access timing as
16  part of its functionality.
17     Q. On each access?
18     A. On each access. That's correct.
19     Q. Referring to Wistron's proposed
20  construction, Wistron is proposing that the defined
21  controller receives an indication of access speed on
22  each access. Do you agree or disagree with that?
23     A. I disagree with that.
24     Q. Why?
25     A. Because there's nothing in the claim that

Page 179

1     Q. -- and let's look at the discussion of the
2  MATCHED signal and AHCMATCH, I guess asterisk, I
3  don't know if I have to include the asterisk or not,
4  and then MATCHED star, call it that, I'll call it
5  MATCHED star --
6     A. That's fine. That's fine.
7     Q. -- and AHCMATCH star --
8     A. Okay.
9     Q. -- from about line 14 -- 13 or 14 down to
10  line 32 there. Just read that through, if you would,
11  please.
12     A. Okay.
13     Q. Let me know when you're done.
14     A. Okay. I've read it.
15     Q. All right. Does the signaling there include
16  a description of the memory controller unit receiving
17  an indication of access speed on each access of the
18  memory unit?
19     A. This particular embodiment demonstrates it
20  operating that way, but that's not what the claim
21  says. The claim is broader than that. I believe the
22  claim would cover this situation, but I believe that
23  in the construction that Wistron proposes, it's
24  limiting it to only this embodiment or something
25  similar to it, and that's not what the claim says.

Page 181

46 (Pages 178 to 181)

**Golden Gate Reporting**

1  So I don't understand how it is that this
2  state of this signal line that Wistron proposes in
3  any way represents the memory clock rate information.
4  It really has nothing to do with the clock rate
5  information; it has to do with the access speed.
6  Q. All right. Now let's move on to access
7  timing.
8  A. Okay.
9  Q. On page 17 of Exhibit 9, take a look at the
10  two constructions, and let me know when you've
11  finished.
12  A. Okay.
13  Q. What's wrong with Wistron's proposal?
14  A. I think the best I can read this, the best I
15  can understand what Wistron is saying, I believe -- I
16  believe he may have confused the words "access
17  timing" with "access time." The access time for a
18  memory access is how much time it takes to access the
19  data. The access timing that's being discussed -- or
20  that's being used in the claim is the protocol, or it
21  is the sequence of signals that are used in order to
22  access the data.
23  And so we're talking about the sequence of
24  doing a RAS, that's R-A-S, signal, followed by a CAS,
25  C-A-S, signal, and the timing associated with that.

Page 194

1  How long does the RAS stay high, and how much time is
2  between the RAS and the CAS, how much time do you
3  provide for the CAS, how long do you wait from one
4  CAS to the next CAS, that's the access timing.
5  It really is not the same thing as, and it's
6  not even terribly related to, the access time, which
7  is the amount of time it takes to access one element.
8  And so that's what I believe Wistron is
9  proposing here, a period of time used to access
10  memory. That's really the access time; it's not at
11  all the access timing.
12  And then to say access timing is different
13  from access speed, well, yes, that's true, but I --
14  it seems to me that you're reinforcing that you think
15  that the word "access timing" is access time because
16  if, in fact, I read it as access time is different
17  from access speed, well, yeah, because access time is
18  one over access speed.
19  And so that's what I interpret it -- you
20  have your -- you know, construction doesn't
21  completely make sense to me for the word because in
22  this situation, we're not even really in the same
23  ballpark, we're not even talking about the same
24  thing. I believe that Samsung is talking about the
25  proper definition, that is, as I said, the protocol

Page 195

1  for transmitting data, whereas Wistron is really
2  defining the word "access time."
3  Q. Well, isn't the word -- isn't Samsung
4  defining timing as timing?
5  A. They are using the word "timing" in order to
6  help clarify the entire definition of the word
7  "access." In fact, I remember talking about this
8  with Samsung when they were proposing it, we were
9  trying to think of some other word for timing. And,
10  unfortunately, the word "time" is so fundamental in
11  the English language that if you start to say
12  something like the temporal stuff, or something like
13  that, it just doesn't make sense.
14  So we were unable to try to generate a word
15  other than timing. So we had to use the word
16  "timing," but then we went on to explain what
17  particular timing was.
18  Q. Well, can't the timing that you described
19  be -- be defined in terms of time periods between
20  signals?
21  A. No. Because the time period between
22  signals -- maybe it could be -- yes, you could
23  probably define it that way. I mean, that's going in
24  the right direction, but that's not what Wistron
25  said. Wistron said "a period of time used to access

Page 196

1  memory."
2  If you had said a period of time -- various
3  periods of time between the different control signals
4  which act to access memory, then we -- we at least
5  would be in the same ballpark together.
6  What I see Wistron proposing is -- is not
7  related to the control signals at all but related to
8  the time it takes to actually access the memory.
9  Q. All right. Let's move on to page 20,
10  commensurate -- commensurate width. Take a look at
11  the two proposed constructions, let me know when
12  you're done.
13  A. Okay. I'm ready.
14  Q. What's wrong with Wistron's proposed
15  construction?
16  A. The final construction says, "Corresponding
17  in size." Read alone, I think the word "size" could
18  be interpreted to mean physical size, the amount of
19  mass, the amount of weight, the number of bits. And
20  I don't know if that's what you meant, but, in fact,
21  there has nothing -- this -- the claims in which it's
22  used really has nothing to do with the number of bits
23  that are accessed at any given time; it has to do
24  with the relationship between.
25  Commensurate with kind of really means to --

Page 197

50 (Pages 194 to 197)

**Golden Gate Reporting**

1 as Samsung says -- to accommodate the timing
2 requirements of the memory module. It is not that
3 you're trying to correlate the size of the transfer.
4 And, in fact, when you see the definition, it says
5 corresponding in size or degree.
6     And so it seems as though the definition
7 understands that this word could mean having some
8 correlation with some physical magnitude; that is,
9 you know, the size of something, the weight of it,
10 the -- you know, the amount of mass, or it could have
11 to do with the degree of it, the -- kind of how --
12 you know, what you have in terms of some magnitude
13 which is not physical; that is, how much power or how
14 much, you know, emotion something would have,
15 something that you can't measure as a -- as a
16 physical quantity.
17     So by using the word "corresponding in
18 size," I think that Wistron has -- has missed -- is
19 misleading in that. It really has nothing to do with
20 size; it has to do with -- it has to do with a value.
21     And so I think -- that's why I think that
22 it's more appropriate to be more exact, as Samsung
23 has, to -- say, to accommodate the timing
24 requirements of the memory module.
25     Q. Is Samsung's proposed definition met if a

Page 198

1     Q. I understand that.
2     A. Okay. Yeah.
3     Q. I'm talking about a -- a computer with
4 multiple memory units --
5     A. Okay.
6     Q. -- and the memory units, in general, have
7 different access speeds.
8     A. Okay. So different memory -- in this
9 situation, different memory modules have different
10 access speeds within one computer system?
11     Q. That's correct.
12     A. Yes.
13     Q. And I'm asking if the Samsung proposal is
14 met if the controller uses a single access timing to
15 access all the memory units, despite the fact that
16 the memory units have different access speeds.
17     A. Right. I think that since it says that you
18 simply have to have the -- an appropriate access
19 timing that is commensurate with the received
20 indication of access speed, so, based on your
21 received indication of access speed, as long as you
22 have a timing that is appropriate for that received
23 indication, then you've satisfied the claim, which
24 means that given the particular scenario you're
25 talking about, if the -- whatever indication you get

Page 200

1 single access timing is used to access memory units
2 having different access speeds?
3     A. Oh, that's a mouthful. I'm sorry. You're
4 going to have to ask that one again. You want to
5 break it down a little bit?
6     Q. Well, I'm just trying to understand what
7 accommodate means.
8     A. Okay.
9     Q. And if -- you said before -- I think you
10 agreed with me before that the -- that the patent is
11 premised on memory units having different access
12 speeds.
13     A. That the memory controller can accommodate
14 memory units of different access speeds. Yes. I
15 mean, it's possible that, of course, you could have
16 all your memory units having the same access speed
17 from one particular installation to another. It's
18 not -- it's not required.
19     Just so we're clear on this, it's not
20 required that different memory modules have different
21 access speeds. They could all have the same access
22 speed and then a different installed computer, a
23 different particular model, could have a different
24 set of memory modules with different access speed,
25 all of which are the same. Okay? We agree on that?

Page 199

1 back, whatever speed it tells you to run at, if you
2 treat all those memory modules the same way, then you
3 will still have satisfied this claim.
4     Q. Is that consistent with the idea that the
5 memory controller unit is adapting to the varying
6 access speeds of the memory units?
7     A. Yes. Adapting -- as I said, adapting at
8 a -- say, at a design time or at a manufacturing
9 time, you've adapted in the sense that you're able to
10 handle the worst case scenario, the worst case -- the
11 slowest memory unit in that system.
12     Q. But you agree that -- that it is one of the
13 goals of the patent -- of the claimed invention to
14 have a memory controller unit that adapts to
15 different types and/or speeds of memory devices?
16     A. Are you taking that from the specification?
17 I mean, I believe it is -- it is a goal to be able to
18 adapt to the -- the memory units based on the
19 indication that you get back of the access speed.
20     MR. WALKER: I'm done.
21     MR. LIM: All right.
22     MR. WALKER: Thank you.
23     THE WITNESS: Thank you.
24     MR. WALKER: Do you have any questions? I
25 doubt it.

Page 201

51 (Pages 198 to 201)

**Golden Gate Reporting**

1    as Samsung says -- to accommodate the timing
2    requirements of the memory module. It is not that
3    you're trying to correlate the size of the transfer.
4    And, in fact, when you see the definition, it says
5    corresponding in size or degree.
6        And so it seems as though the definition
7    understands that this word could mean having some
8    correlation with some physical magnitude; that is,
9    you know, the size of something, the weight of it,
10   the -- you know, the amount of mass, or it could have
11   to do with the degree of it, the -- kind of how --
12   you know, what you have in terms of some magnitude
13   which is not physical; that is, how much power or how
14   much, you know, emotion something would have,
15   something that you can't measure as a -- as a
16   physical quantity.
17       So by using the word "corresponding in
18   size," I think that Wistron has -- has missed -- is
19   misleading in that. It really has nothing to do with
20   size; it has to do with -- it has to do with a value.
21       And so I think -- that's why I think that
22   it's more appropriate to be more exact, as Samsung
23   has, to -- say, to accommodate the timing
24   requirements of the memory module.
25       Q. Is Samsung's proposed definition met if a

Page 198

1        Q. I understand that.
2        A. Okay. Yeah.
3        Q. I'm talking about a -- a computer with
4    multiple memory units --
5        A. Okay.
6        Q. -- and the memory units, in general, have
7    different access speeds.
8        A. Okay. So different memory -- in this
9    situation, different memory modules have different
10   access speeds within one computer system?
11       Q. That's correct.
12       A. Yes.
13       Q. And I'm asking if the Samsung proposal is
14   met if the controller uses a single access timing to
15   access all the memory units, despite the fact that
16   the memory units have different access speeds.
17       A. Right. I think that since it says that you
18   simply have to have the -- an appropriate access
19   timing that is commensurate with the received
20   indication of access speed, so, based on your
21   received indication of access speed, as long as you
22   have a timing that is appropriate for that received
23   indication, then you've satisfied the claim, which
24   means that given the particular scenario you're
25   talking about, if the -- whatever indication you get

Page 200

1    single access timing is used to access memory units
2    having different access speeds?
3        A. Oh, that's a mouthful. I'm sorry. You're
4    going to have to ask that one again. You want to
5    break it down a little bit?
6        Q. Well, I'm just trying to understand what
7    accommodate means.
8        A. Okay.
9        Q. And if -- you said before -- I think you
10   agreed with me before that the -- that the patent is
11   premised on memory units having different access
12   speeds.
13       A. That the memory controller can accommodate
14   memory units of different access speeds. Yes. I
15   mean, it's possible that, of course, you could have
16   all your memory units having the same access speed
17   from one particular installation to another. It's
18   not -- it's not required.
19       Just so we're clear on this, it's not
20   required that different memory modules have different
21   access speeds. They could all have the same access
22   speed and then a different installed computer, a
23   different particular model, could have a different
24   set of memory modules with different access speed,
25   all of which are the same. Okay? We agree on that?

Page 199

1    back, whatever speed it tells you to run at, if you
2    treat all those memory modules the same way, then you
3    will still have satisfied this claim.
4        Q. Is that consistent with the idea that the
5    memory controller unit is adapting to the varying
6    access speeds of the memory units?
7        A. Yes. Adapting -- as I said, adapting at
8    a -- say, at a design time or at a manufacturing
9    time, you've adapted in the sense that you're able to
10   handle the worst case scenario, the worst case -- the
11   slowest memory unit in that system.
12       Q. But you agree that -- that it is one of the
13   goals of the patent -- of the claimed invention to
14   have a memory controller unit that adapts to
15   different types and/or speeds of memory devices?
16       A. Are you taking that from the specification?
17   I mean, I believe it is -- it is a goal to be able to
18   adapt to the -- the memory units based on the
19   indication that you get back of the access speed.
20       MR. WALKER: I'm done.
21       MR. LIM: All right.
22       MR. WALKER: Thank you.
23       THE WITNESS: Thank you.
24       MR. WALKER: Do you have any questions? I
25   doubt it.

Page 201

**51 (Pages 198 to 201)**