# EXHIBIT 5

DEPOSITION OF DR. ROBERT G. WEDIG

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
 2                      HOUSTON DIVISION
 3
    SAMSUNG ELECTRONICS, CO, LTD., )
 4        Plaintiff,               )
                                   )
 5  VS.                            )Case No. H-01-0071
                                   )
 6  INVENTEC CORPORATION, INVENTEC )
    (USA) CORPORATION, AND         )
 7  INVENTEC MANUFACTURING         )
    (NORTH AMERICA) CORPORATION,   )
 8        Defendants.              )
 9
              - - - - - - - - - - - - - - - - - - - -
10
11              UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
12                      HOUSTON DIVISION
13  SAMSUNG ELECTRONICS, CO., LTD.,)
              Plaintiff,           )
14                                 )
    VS.                            )Case No. H-01-0175
15                                 )
    ARIMA COMPUTER CORPORATION     )
16  ANDARIMA COMPUTER (TEXAS)      )
    CORPORATION                    )
17        Defendants.              )
18
19
          ******************************************
20
                   VIDEOTAPED DEPOSITION OF
21                  ROBERT G. WEDIG, Ph.D.
                   TAKEN SEPTEMBER 11, 2002
22                       VOLUME 1
23        ******************************************
24
25
```

SEC 3154810

DEPOSITION OF DR. ROBERT G. WEDIG

### Page 2

1  VIDEOTAPED DEPOSITION of ROBERT G. WEDIG, Ph.D.,
2  produced as a witness at the instance of the
3  Defendants, and duly sworn, was taken in the
4  above-styled and numbered cause on the 9th day of
5  September, 2002, from 8:40 a.m. to 6:00 p.m., before
6  Christine Knepler, CSR, CRR in and for the State of
7  Texas, reported by machine shorthand method, at the
8  offices of Gray Cary Ware & Freidenrich, LLP, 1221
9  South MoPac Expressway, Suite 400, Austin, Texas,
10 pursuant to provisions stated on the record or
11 attached hereto.

### Page 3

APPEARANCES

FOR THE PLAINTIFF:
Mr. Alan D. Albright
GRAY CARY WARE & FREIDENRICH, LLP
1221 South MoPac Expressway, Suite 400
Austin, Texas 78746-6875

FOR THE DEFENDANT INVENTEC CORPORATION:
Mr. Keith A. Rutherford
WONG, CABELLO, LUTSCH, RUTHERFORD & BRUCCULERI, P.C.
20333 SH 249, Suite 600
Houston, Texas 77070

- AND -

Mr. Philip Bruns
GIBBS & BRUNS, L.L.P
1100 Louisiana, Suite 5300
Houston, Texas 77002

FOR THE DEFENDANT ARIMA CORPORATION.
Mr. Dan C. Hu
Mr. Mark J. Rozman
TROP, PRUNER & HU, P.C.
8554 Katy Freeway, Suite 100
Houston, Texas 77024

- AND -

Mr. Lee L. Kaplan
SMYSER KAPLAN & VESELKA, L.L.P.
Bank of America Center
700 Louisiana, Suite 2300
Houston, Texas 77002

ALSO PRESENT:
Mr. Pete Resendez, Video Technician
M. Ray Mercer, Ph.D., P.E.

### Page 4

INDEX

Appearances.................... 3

ROBERT G. WEDIG, Ph.D.
  Examination By Mr. Kaplan........ 5
  Examination By Mr. Rutherford ... 117
Changes and Signature............ 292
Reporter's Certificate........... 294

EXHIBITS

| NO | DESCRIPTION | PAGE |
|----|-------------|------|
| 1  | Amended Notice of Deposition | 5 |
| 2  | Deposition Notice | 5 |
| 3  | Curriculum Vitae | 5 |
| 4  | '273 Patent | 33 |
| 5  | 8/30/02 Letter to Defense Counsel from Albright | 118 |
| 6  | Wedig Draft Report | 119 |
| 7  | Samsung Claim Construction | 146 |
| 8  | '054 Patent | 210 |
| 9  | 9/4/02 Letter to Defense Counsel from Albright | 217 |
| 10 | Quanta, Compal Claim Construction | 219 |
| 11 | E-mail | 270 |
| 12 | Hand-drawn Diagram | 288 |

VIDEOTAPES

Videotape No. 1 ............. 5
Videotape No. 2 ............. 90
Videotape No. 3 ............. 171
Videotape No. 4 ............. 250

### Page 5

1   (Exhibits 1 through 3 were marked)
2       THE VIDEOGRAPHER: One moment, please.
3   Today is September the 11th, 2002. We're on record at
4   8:50 a.m.
5       This is the deposition of
6   Robert G. Wedig in the case styled Samsung Electronics
7   Company, Ltd. versus Inventec Corporation, et al., in
8   the U.S. District Court for the Southern District of
9   Texas, Houston Division, CA No. H-01-0071, and in the
10  case styled Samsung Electronics Company, Ltd. versus
11  Arima Computer Corporation and Arima Computer (Texas)
12  Corporation, CA No. H-01-0175.
13      The attorneys will now state their
14  appearances.
15      MR. KAPLAN: My name is Lee Kaplan,
16  Smyser, Kaplan & Veselka. Attorney for the Arima
17  defendants.
18      MR. HU: Dan Hu, Trop, Pruner & Hu for
19  Arima.
20      MR. ALBRIGHT: Alan Albright for
21  Samsung.
22      MR. RUTHERFORD: Keith Rutherford with
23  Wong-Cabello for Inventec Corporation.
24      MR. BRUNS: And Philip Bruns from
25  Gibbs & Bruns also for Inventec.

SEC 3154811

DEPOSITION OF DR. ROBERT G. WEDIG

Page 54

1  Q  Now, this is part of the specification of
2  the patent. Why don't you take a moment to read it.
3  A  (Witness complies.) 16 through 24?
4  Q  Yes, sir.
5     MR. ALBRIGHT: Do you have a copy of
6  the patent for me? Thanks.
7     MR. KAPLAN: You're going to carry this
8  too far, this feigned ignorance.
9  A  Yes. I've read it.
10 Q  Okay. Does that conflict at all with this
11 new definition that Samsung has provided for a data
12 scan code?
13 A  No, it does not.
14 Q  Okay. How is it possible to generate a data
15 scan cord from a -- data scan code from a particular
16 combination of keys?
17 A  That is possible by -- as taught in the
18 specification by pressing the Fn key along with a --
19 another conventional key.
20 Q  Now, if you press the nonconventional Fn
21 key --
22 A  Uh-huh.
23 Q  -- and also an alphanumeric key, will you
24 get just one scan code?
25 A  Well, you've limited it a little bit more

Page 55

1  than what I just said.
2  Q  Well --
3  A  So I --
4  Q  -- I'd like you to answer my question
5  first.
6  A  Okay. I'm sorry. Could you ask the
7  question again?
8  Q  Okay. If you press a nonconventional
9  function key --
10 A  Uh-huh.
11 Q  -- and an alphanumeric key, will you get
12 just one scan code?
13 A  As taught by the specification, yes.
14 Q  Okay. Where is that taught by the
15 specification?
16 A  Two places.
17 Q  Okay. Where?
18 A  If you look at Figure 8 and also the text
19 that is associated with Figure 8, which starts in
20 Column 8, approximately Line 9 and ends at Line 46, I
21 believe that supports it.
22 Q  Where in Lines 8 through 46 does it support
23 the idea that a combination of the nonconventional
24 function key and alphanumeric key will give you a
25 single scan code?

Page 56

1  A  It's -- it's in the entirety of the
2  paragraph that starts at approximately Line 23 when it
3  talks about pressing an alphanumeric key at the same
4  time that an Fn key is being held down.
5  Q  Now, what it actually says - and we're at
6  roughly Line -- beginning Line 36 - in that event,
7  that is, when the alphanumeric key is -- when the --
8  I'm sorry. Let's start over.
9     In Column 8, Line 36, what the
10 specification explains is that if this nonconventional
11 function key is still active, then the keyboard
12 microprocessor activates the IRQ15 signal, and it goes
13 on to say that it outputs the scan code for the
14 alphanumeric key. Is that correct?
15 A  Yes. That's what the words say.
16 Q  And then subsequently the subsystem
17 microprocessor performs the Fn function associated
18 with the activated alphanumeric key.
19 A  That's correct.
20 Q  Right?
21 A  That's what it says.
22 Q  So is that, in Figure 8, the only place that
23 you can point to in the specification where a data
24 scan code is created by a particular combination of
25 keys?

Page 57

1  A  Well, it would assist me to look at a draft
2  declaration that I have to see if I cite anything
3  else.
4  Q  Okay. Is that something in your files?
5  A  Yes, it is.
6  Q  All right.
7     MR. ALBRIGHT: It's something y'all
8  have. We -- Keith has copies of it.
9  Q  All right. Well, we may return to that,
10 then.
11 A  Okay.
12 Q  Is it true that if an alphanumeric key is
13 pressed by itself, the scan code itself will be the
14 same as the scan code produced when the
15 nonconventional function key and the alphanumeric key
16 are pressed?
17 A  That's -- it's not exactly clear.
18 Q  Why not?
19 A  Because it appears -- I think that it -- it
20 could be different.
21 Q  Isn't it true that the scan code for a
22 particular alphanumeric key is the same regardless of
23 whether it is pressed in conjunction with a
24 nonconventional function key? Without regard to
25 where --

SEC 3154824

15 (Pages 54 to 57)

Page 58

1   A   Uh-huh.
2   Q   -- that scan code may be sent or what signal
3   may come out of that, the scan code is the same?
4   A   No. That's actually not true.
5   Q   Okay. So it's your testimony that if
6   somebody just presses the A key --
7   A   Uh-huh.
8   Q   -- the scan code for that is different from
9   the scan code that is produced when somebody presses
10  the nonconventional function key and the A key.
11  A   Yes.
12  Q   How is it different?
13  A   Well, when you're holding down the Fn key
14  the -- you have a switch closure, that is, the Fn key
15  switch is activated. Upon pressing the A key, that
16  activates a second switch closure. And so when
17  scanning the keyboard you will then have -- you will
18  then read a different value back than -- than if the A
19  key had been pressed by itself.
20  Q   Where is --
21  A   So, in fact -- excuse me.
22  Q   Go ahead.
23  A   So, in fact, upon scanning, the code that's
24  returned is different.
25  Q   Where in the specification, or anywhere in

Page 59

1   the patent, is there support for that?
2   A   Okay. If you look in Column 4, starting
3   Line 6, going down to Line 24, it discusses what I'm
4   talking about.
5   Q   Column 4, Line 26 through Line what?
6   A   I'm sorry. Column 4, Line 6 through
7   Line 24.
8   Q   I see -- and perhaps you can explain it to
9   me -- no place in that section that indicates there are
10  different scan codes activated when pressing an
11  alphanumeric key versus the scan code that's activated
12  when the nonconventional function key is -- is, say,
13  still depressed or active --
14  A   Uh-huh.
15  Q   -- and the alphanumeric key is pressed.
16      There's only a discussion about a
17  contact switch, but nothing about the nonconventional
18  function key. Am I right?
19  A   The words nonconventional function key do
20  not appear in that paragraph. That's correct.
21  Q   Are you relying on the last sentence in that
22  passage that you talked about, that a different --
23  quote, a different scan code is generated when a
24  contact switch is closed and when the contact switch
25  is open?

Page 60

1   A   I'm not only relying on that, no.
2   Q   Okay. Where is there some other portion in
3   this passage in Column 4, Lines 6 through 24, that you
4   think supports the idea a different scan code is
5   generated when the nonconventional function key is
6   activated and a particular alphanumeric key is pressed
7   versus just pressing the alphanumeric key?
8   A   Well, the entirety of the paragraph teaches
9   it. But in order to help narrow it a little bit I --
10  the primary discussion starts on Line 12.
11  Q   And does that not relate to just whether or
12  not a particular key has been pressed or released?
13  A   Well, I'm sorry.
14  Q   I'm talking about the passage that you're
15  referring me to.
16  A   Yes. Isn't that what we're talking about?
17  Q   I'm talking about the question of
18  combinations of keys and whether the combination
19  results in a different scan code from the pressing of
20  the single alphanumeric key.
21  A   That's right. And this says that it
22  operates in a conventional manner to repeatedly scan a
23  plurality of contact switches.
24  Q   And --
25  A   So it is -- so it is scanning multiple

Page 61

1   contact switches.
2   Q   And, in fact, isn't it true that if the
3   alphanumeric key is not being depressed, or if it's
4   being -- your finger is coming up off the key, you'll
5   get a different scan code than you got when the
6   alphanumeric key was depressed?
7   A   That's true.
8   Q   And that's what this is referring to, isn't
9   it?
10  A   No, it's not. It's not -- I mean, yes, that
11  sentence is in there and it -- that is included in
12  that discussion. But that's not the only thing it's
13  talking about.
14  Q   Doesn't Column 8, Line 35 through 41,
15  contradict what you've just said, by referring to the
16  keyboard processor outputting the scan code for the
17  alphanumeric key and then subsequently performing the
18  Fn function associated with the alphanumeric key?
19  A   You know, I don't believe it does.
20  Q   Which person in the discussion about
21  changing this definition of data scan code pointed out
22  that some of the notebook computers in these
23  lawsuits --
24  A   Uh-huh.
25  Q   -- had particular arrangements or schematics

DEPOSITION OF DR. ROBERT G. WEDIG

Page 62

1 or functions?
2    MR. ALBRIGHT: Objection, form.
3    A   Which of the notebooks in -- computers in
4 this action had particular -- I'm sorry?
5    Q   No.
6    A   Read that back --
7    Q   When y'all got together and decided to
8 change the definition, okay --
9    A   Yes.
10   Q   -- I think you've told me you can't recall
11 who suggested changing it.
12   A   Uh-huh.
13   Q   Is that right?
14   A   I said I had an input to it.
15   Q   I -- I understand that. But I asked you who
16 suggested it first or who brought it up and you told
17 me you couldn't recall.
18   A   Correct.
19   Q   Am I correct?
20   A   That's correct.
21   Q   Okay. Which of the people at the discussion
22 first mentioned the configuration of any of the
23 defendants' computers?
24   A   Well, that's assuming that that was brought
25 up in the discussion.

Page 63

1    Q   You told me you had that information at the
2 time. Right?
3    A   That -- that information was known.
4 Correct.
5    Q   Okay. Now, which person brought that up in
6 this discussion? Or is it your sworn testimony that
7 nobody even mentioned it?
8    MR. ALBRIGHT: Objection, form.
9    A   I don't recall whether that was an issue or
10 not.
11   Q   Okay. Are you telling me that nobody
12 mentioned it?
13   MR. ALBRIGHT: Objection, form.
14   A   No. I'm not telling you that.
15   Q   Okay. So it might have been mentioned --
16   A   Uh-huh.
17   Q   -- that is, the configuration or arrangement
18 of some of the defendants' computers at the time y'all
19 decided or discussed changing the definition of data
20 scan code, but you simply don't recall one way or the
21 other. Is that right?
22   A   That's correct.
23   Q   Okay.
24   A   It wasn't relevant to what I was -- to -- to
25 the decision being made.

Page 64

1    MR. KAPLAN: Object to the last part of
2 the answer as nonresponsive.
3    Q   You are aware, of course, that changing this
4 definition gives Samsung a little bit more of a leg up
5 in trying to argue infringement in this case.
6    MR. ALBRIGHT: Objection, form.
7    Q   Aren't you?
8    MR. ALBRIGHT: Objection, form.
9    A   It could be considered broader. So --
10   Q   Sure.
11   A   -- I guess what you're saying is true.
12   Q   And you know for a fact that changing this
13 definition is critical to Samsung's infringement
14 arguments in these notebook computer cases, don't
15 you?
16   MR. ALBRIGHT: Objection --
17   A   No. I do not know that.
18   MR. ALBRIGHT: Objection, form.
19 Objection, scope.
20   Q   Well, let me ask you if this definition of
21 data scan code is correct or incorrect -- I'm sorry,
22 of scan code.
23       Quote, a code number transmitted to an
24 IBM or compatible computer whenever a key is pressed
25 or released. Each key on the keyboard has a unique

Page 65

1 scan code. This code is not the same as the -- looks
2 like it says ASCII, A-S-C-I-I -- code for the letter,
3 number or symbol shown on the key. It is a special
4 identifier for the key itself and is always the same
5 for a particular key.
6       When a key is pressed, the scan code is
7 transmitted to the computer where a portion of the ROM
8 BIOS, read-only memory basic input/output system,
9 dedicated to the keyboard translates the scan code
10 into its ASCII equivalent.
11      Because a single key can generate more
12 than one character, paren, lower case A and upper case
13 A, for example, close paren, the ROM BIOS also keeps
14 track of the status of keys that change the keyboard
15 state, such as the shift key, and takes them into
16 account when translating a scan code, close quote.
17      Is that a correct definition?
18   A   That's as -- correct as far as it goes,
19 yes.
20   Q   Are you telling me that it's wrong because
21 it's incomplete?
22   A   Yes.
23   Q   Okay. And is the Microsoft Press Computer
24 Dictionary something that you recognize as
25 authoritative?

SEC 3154826

Page 66

1  A  Yes, I do.
2  Q  Okay. Is this something that you have in
3  your files, a portion of the Microsoft Press Computer
4  Dictionary?
5  A  Yes. I do have portions of it.
6  Q  Have you discussed this definition with
7  anybody from Gray-Cary or -- or Samsung in the course
8  of this case?
9  A  That particular definition --
10 Q  Right.
11 A  -- out of that dictionary?
12 Q  Right.
13 A  I don't recall discussing it, no.
14 Q  Okay. Do you recall reviewing this
15 definition?
16 A  I think I've seen it, yes.
17 Q  Okay. Did you, when you read it, alert
18 anybody at Gray-Cary -- well, let me ask you, who
19 obtained this -- this excerpt from the Microsoft Press
20 Computer Dictionary? Is that something that you
21 located in your research or that they gave to you?
22 A  It was given to me. But I don't even know
23 whether -- I don't know who generated it -- I mean, I
24 don't know whether they initially found it or not.
25 Q  Well, regardless of who initially found it,

Page 67

1  the Gray-Cary lawyers are the one who gave it to you.
2  Is that right?
3  A  Yes.
4  Q  And is that something that y'all discussed
5  in your various sessions over the last two weeks
6  leading up to this deposition?
7  A  Did we discuss this definition?
8  Q  Right.
9  A  No.
10 Q  Okay. Now --
11     MR. ALBRIGHT: Mr. Kaplan, I've -- I've
12 got to take a break.
13     MR. KAPLAN: Fine. Let's take a
14 break.
15     MR. ALBRIGHT: Thanks.
16     THE VIDEOGRAPHER: 10:15. We're off
17 the record.
18     (Recess from 10:15 to 10:52)
19     THE VIDEOGRAPHER: One moment, please.
20 10:52. We're back on record.
21 Q  Doctor Wedig, we've been testifying --
22 you've been testifying about the meaning of the term
23 scan code in the context of the '273 patent.
24     Now, I'm assuming, but I want to
25 confirm with you, that that definition is something

Page 68

1  that you think is the same as the ordinary definition
2  used in the industry at that time, which is to say
3  around 1990 when the -- when the initial application
4  was filed.
5  A  I think it's generally consistent, yes.
6  Q  Okay. And there's nothing about the context
7  of this patent that makes that definition different.
8  A  No.
9  Q  Okay. Is there any difference in your mind
10 between the term data scan code which is used in
11 Claim 1 and scan code which is used in Claim 5?
12 A  Well, I know that every word is supposed to
13 have meaning in the claim. So the inventors must have
14 meant something different.
15 Q  Do you have any idea what the difference is,
16 if you think there's a difference?
17 A  No. I don't have anything in mind.
18 Q  Is a scan code data?
19 A  Yes.
20 Q  Okay. Are row and column signals different
21 from a scan code?
22 A  There -- there's not a one-for-one
23 correspondence.
24 Q  They're -- I mean they're different.
25 Right? You do something with row and column signals

Page 69

1  to end up with a data scan code?
2  A  No. That's not exactly correct.
3  Q  All right. What -- what is the distinction
4  between row and column signals and a scan code?
5  A  Well, row and column signals are also data.
6  And it's one representation of a scan code.
7  Q  But it is not a scan code. Is that -- is
8  that right, if I'm understanding you correctly?
9  A  Well, as I said, there's not a one-to-one
10 correspondence between the definition of scan code and
11 the row and column signals.
12 Q  In the '273 patent row and column signals do
13 not equate to a scan code. Is that right?
14 A  They're not the same thing.
15 Q  Okay. And I think I understand some earlier
16 testimony you gave, but I want to be sure that it's
17 your position that the actual scan code that is
18 created when the Fn -- when the nonconventional Fn key
19 is depressed along with an alphanumeric key, and let's
20 just take A --
21 A  Uh-huh.
22 Q  -- is different from the scan code which is
23 produced when only the alphanumeric key A is
24 depressed.
25 A  That's correct.

```
 1        I, ROBERT G. WEDIG, Ph.D., have read the
 2   foregoing deposition and hereby affix my signature
 3   that same is true and correct, except as noted above.
 4
 5
 6
 7        _____
 8              ROBERT G. WEDIG, Ph.D.
 9
10
11
12
13   THE STATE OF California       )
14   COUNTY OF Santa Clara         )
15                 Before me, Yvette Renee Killingham, Notary Public
16   on this day personally appeared ROBERT G. WEDIG,
17   Ph.D., known to me (or proved to me under oath or
     through satisfactory evidence (California Driver's License)) to be the person whose name is
18   subscribed to the foregoing instrument and
     acknowledged to me that they executed the same for the
     purposes and consideration therein expressed.
19
                 Given under my hand and seal of office
20   this 9th day of October, 2002.
21
22                   _____
                     NOTARY PUBLIC IN AND FOR
23                   THE STATE OF California
                     County of Santa Clara
24
25
```

SEC 3154908

UNITED-WOMACK REPORTING- A LEGALINK COMPANY 713-426-0400