EXHIBIT 8

RECEIVED
APR 23 1992

G          PATENT

ASTRP.149A

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicants | : | Charles F. Raasch, et al. | ) |
| Serial No. | : | 07/611,292 | ) |
| Filed | : | November 9, 1990 | ) |
| For | : | PROTECTED HOT KEY FUNCTION FOR MICROPROCESSOR-BASED COMPUTER SYSTEM | ) ) ) |
| Examiner | : | Christopher B. Shin | ) ) |

Group Art Unit 2308

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, on 4/14/92

Jerry A. Sewell, Reg. #61,567

## AMENDMENT

Honorable Commissioner of
   Patents and Trademarks
Washington, D.C.  20231

Dear Sir:

In response to the Office Action mailed on January 14, 1992, please make the following amendments to the above-identified application.

IN THE SPECIFICATION:

At page 6, line 34, after "signal lines", please delete "128" and substitute --152--.

IN THE CLAIMS:

Please amend Claim 1 as follows:

1.    (Amended) A system for providing a built-in function in an ISA-compatible computer in response to [the] activation of a selected combination of user activated keys, comprising:

a keyboard having a set of conventional alphanumeric and function keys and further having at least one additional ~~function key;~~

-1-

SEC-W 00000154

Serial No. : 07/611,282
Filed : November 9, 1990

a keyboard controller connected to said keyboard to monitor [the activation of] said conventional keys and said additional function key <u>to detect when at least one of said keys is activated</u>, said keyboard controller responsive to [the] <u>an</u> activation <u>of at least one</u> of said conventional keys to activate a first interrupt to said ISA-compatible computer, said keyboard controller responsive to [the] <u>an</u> activation of said additional function key in combination with at least one of said conventional alphanumeric keys to generate a second interrupt to said ISA-compatible computer; and

a first conventional interrupt handling routine within said ISA-compatible computer responsive to said first interrupt from said keyboard controller to input data scan codes from said keyboard, and a second non-conventional interrupt handling routine within said ISA-compatible computer responsive to said second interrupt from said keyboard controller to input an identification of said activated alphanumeric key and to perform a predetermined function selected by said identified alphanumeric key.

Please add the following new claims:

2.    The system for providing a built-in function as defined in Claim 1, wherein said second non-conventional interrupt handling routine resides in random access memory.

3.    The system for providing a built-in function as defined in Claim 1, wherein said second non-conventional interrupt handling routine resides in read only memory.

4.    The system for providing a built-in function as defined in Claim 1, further comprising a central processing unit that indexes a first memory location pointer in response to said first interrupt, said central processing unit further indexing a second memory location pointer in response to said second interrupt.

-2-

SEC-W 00000155

Serial No.  :  07/611,282
Filed       :  November 9, 1990

5.    A system for servicing keyboard interrupts in an ISA-compatible computer, comprising:

a keyboard having a plurality of keys including conventional alphanumeric keys, conventional symbol keys, conventional function keys and conventional cursor control keys, said keyboard further including at least one non-conventional function key, said keyboard generating a scan code in response to an activation of at least one of said keys, said scan code varying depending upon which of said keys is activated; and

a keyboard controller coupled to said keyboard, said keyboard controller generating a first interrupt signal upon receipt of a scan code corresponding to one of said conventional keys, said keyboard controller generating a second interrupt signal distinct from said first interrupt signal upon receipt of a scan code corresponding to said non-conventional function key, said ISA-compatible computer programmed to execute at least one special routine upon receipt of said second interrupt signal.

6.    The system for servicing keyboard interrupts as defined in Claim 5, further comprising an interrupt controller coupled to said keyboard controller, said interrupt controller generating one of a plurality of interrupt vectors, said vector depending upon said interrupt signal.

7.    The system for servicing keyboard interrupts as defined in Claim 6, further comprising a Central Processing Unit coupled to said interrupt controller, said Central Processing Unit indexing one of a plurality of memory locations, said memory location depending upon said interrupt vector.

-3-

SEC-W 00000156

Serial No.  :  07/611,282
Filed       :  November 9, 1990

## REMARKS

The foregoing amendment to Claim 1 is responsive to the Office Action mailed on January 14, 1992.

### Discussion of Amendment to the Specification

A minor inadvertent labelling error has been corrected at page 6, line 34, where the signal lines should have been designated --152--, as shown in the figures, rather than "128".

### Discussion of the 35 U.S.C. § 112 Rejection

The Examiner rejected Claim 1 under 35 U.S.C. § 112 as being indefinite.  The Examiner stated, "In line 2, 'activation' lacks proper and clear antecedent basis."  Also, "In line 8, 'activation of said conventional keys' lacks proper and clear antecedent basis."  Additionally, "In line 13, 'activation of said additional function key' lacks proper and clear antecedent basis."

Claim 1 has been amended to introduce "an activation" of one of the conventional keys and "an activation" of the additional function keys.  In addition, Claim 1 has been amended to clarify that the keyboard controller monitors the keys to detect when at least one of said keys is activated, thus putting the activation of the keys in the proper context.

Applicants respectfully submit that the foregoing amendments to Claim 1 are fully responsive to the rejection under 35 U.S.C. § 112, and Applicants respectfully request the Examiner to withdraw the rejection.

### The First § 103 Rejection

The Examiner has rejected Claim 1 under 35 U.S.C. § 103 as being unpatentable over the prior art discussed in the disclosure in view of U.S. Patent No. 4,319,326 to Uchida.  The Examiner states, "it would have been obvious at the time the invention was

-4-

SEC-W 00000157

Serial No.  :  07/611,282
Filed       :  November 9, 1990

made to a person having ordinary skill in the art to generate interrupts by activating combinations of keys to generate more than one interrupt (i.e., second, third ...)."

Applicants respectfully point out that the claimed invention does not merely generate more than one interrupt. Rather, the invention adds a non-conventional function key which generates a non-conventional interrupt which is distinct from and fundamentally different from the conventional interrupt.

In order to truly appreciate the novel and nonobvious distinction of the claimed invention over the prior art it is important to note that the claimed invention is in the ISA-compatible computer environment. Moreover, it is important to understand that the prior art ISA-compatible computer environment is limited with respect to the servicing of interrupts generated by keystrokes.

The specification of the present application, at pages 7-8, in conjunction with Figure 2, describes the keyboard interrupt servicing of the conventional ISA-compatible computer. Referring to Figure 2, no matter what key is pressed on the keyboard 150, the keyboard controller 128 always generates the interrupt signal IRQ1 on the line 154. In the conventional ISA system, IRQ1 is the only interrupt which the controller can generate in response to a keystroke.

The interrupt controller 130 always responds to an IRQ1 signal by generating the interrupt vector described as 09H in the specification at page 7, line 34. The interrupt vector 09H always causes the CPU to look to the pointer value at memory location described as 24H at page 8, line 18. Consequently, no matter what key, or function key, or combination thereof, is pressed, the computer will always end up at the service routine pointed to by the value at location 24H.

-5-

SEC-W 00000158

Serial No.  :  07/611,282
Filed       :  November 9, 1990

Accordingly, the conventional ISA-compatible computer architecture is extremely limiting. Adding and activating a new function key in the conventional ISA-compatible environment would still inescapably generate the one and only interrupt available, which leads to the service routine to which the value at 24H points. As discussed in the specification, this service routine can readily be modified by terminate and stay resident (TSR) programs to defeat any attempt to provide a protected hot key. Thus, although an initial TSR program may redirect the interrupt service routine to a hot key program that responds in a particular manner to a particular key combination, a later installed TSR program may again redirect the interrupt service routine to a second hot key program that responds differently to the same particular key combination. As a result, it is not possible for a manufacturer to preinstall a hot key program that cannot be overridden by a TSR program. What is needed and not available in the prior art is the ability to provide a different hot key service routine that cannot be readily modified by conventional TSR programs.

The present invention overcomes the failings of the prior art by providing an inventive system comprising a keyboard controller which can react in two different ways to keystrokes, providing a first interrupt when conventional keys are activated and providing a second interrupt when a non-conventional function key is activated. Additionally, the invention provides two interrupt handling routines rather than one so that changes to the first interrupt handling routine for conventional keys do not affect the distinct interrupt handling routine for the non-conventional

-6-

SEC-W 00000159

Serial No.  :  07/611,282
Filed       :  November 9, 1990

function key.   Claim 1 has been amended to more clearly and
distinctly claim these inventive features. For example, amended
Claim 1 recites:

> ... said keyboard controller responsive to an activation
> of at least one of said conventional keys to activate a
> first interrupt ... said keyboard controller responsive
> to an activation of said additional function key ... to
> generate a second interrupt.

Furthermore, amended Claim 1 recites:

> ... a first conventional interrupt handling routine ...
> responsive to said first interrupt ... and a second non-
> conventional interrupt handling routine ... responsive to
> said second interrupt.

It is clear that the claimed invention does not merely generate
multiple interrupts.  Rather, the claimed invention generates at
least one non-conventional interrupt fundamentally different from
the interrupt generated in the prior art, thus overcoming the
restrictive features of the prior art.

In view of the foregoing, Applicants respectfully request the
Examiner to withdraw the § 103 rejection of Claim 1 based upon the
Uchida patent.

The Second § 103 Rejection

The Examiner also rejected Claim 1 under 35 U.S.C. § 103 as
being unpatentable over U.S. Patent No. 4,484,826 to Horn, et al.,
in view of the Uchida patent.  The Examiner states "Horn reference
teaches the well known prior art limitation of the interrupt
generation upon activation of the conventional keys."

The remarks regarding the first § 103 rejection apply here as
well.  The Horn, et al., patent does not teach any of the features
of Claim 1 not found in the Uchida patent as discussed above.
Applicants respectfully submit that Claim 1 is patentably

-7-

SEC-W 00000160

Serial No.   :  07/611,282
Filed        :  November 9, 1990

distinguished over the Horn, et al., patent in combination with the Uchida patent.

In view of the foregoing remarks, Applicants respectfully submit that Claim 1, as amended herein, is patentably distinguished over the disclosed prior art as well as the Horn, et al., patent and the Uchida patent, or any combination thereof.  Applicants respectfully request allowance of Claim 1.

Discussion of New Claims 2-7

Applicants have additionally added Claims 2-7 to further point out the subject matter which Applicants regard as their invention. New Claims 2-4 depend from Claim 1 and further define the invention defined in Claim 1.  In view of the allowability of amended Claim 1, Applicants respectfully submit that new Claims 2-4 are also allowable, and Applicants respectfully request allowance of Claims 2-4.

New Claim 5 is an independent claim that defines the patentably distinct features discussed above with respect to Claim 1.  Applicants respectfully submit that Claim 5 is patentably distinguished over the cited references, and Applicants respectfully request allowance of new Claim 5.

Claims 6 and 7 depend from Claim 5 and further define the invention defined in Claim 5.  In view of the allowability of Claim 5, Applicants respectfully submit that Claims 6 and 7 are likewise allowable, and Applicants respectfully request allowance of Claims 6 and 7.

Discussion of Notice of Draftsman's Review

Applicants acknowledge the Notice of Draftsman's Review and the objections set forth therein.  Applicants will respond to the rejections by filing formal drawings at such time as this application is allowed.

-8-

SEC-W 00000161

Serial No.  :  07/611,282
Filed       :  November 9, 1990

Summary

    In view of the foregoing amendments, Applicants respectfully submit that the above-identified application is in condition for allowance with Claims 1-7.  Applicants respectfully request the Examiner to pass this application to the issue process.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR

Dated: *APRIL 14, 1992*  By: *Jerry T. Sewell*
Jerry T. Sewell
Registration No. 31,567
620 Newport Center Drive
Sixteenth Floor
Newport Beach, CA  92660
(714) 760-0404

ABB-1243
920414/4

-9-

SEC-W 00000162





STRP.149A

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant   :   Charles F. Raasch, et al.

Serial No.  :   07/611,292        939583

Filed       :   November 9, 1990

For         :   PROTECTED HOT KEY FUNCTION
                FOR MICROPROCESSOR-BASED
                COMPUTER SYSTEM

Examiner    :   Christopher B. Shin

Group Art Unit 2308

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, on 8/4/92

Jerry T. Sewell, Reg. #31,567

AMENDMENT IN RESPONSE TO FINAL OFFICE ACTION

Honorable Commissioner of
    Patents and Trademarks
Washington, D.C.  20231

Dear Sir:

In response to the Final Office Action mailed on June 4, 1992, please amend the above-identified patent application as follows:

IN THE CLAIMS:

1.   (Twice Amended)   A system for providing a built-in function in an ISA-compatible computer in response to activation of a selected combination of user activated keys, comprising:

a keyboard having a set of conventional alphanumeric and function keys and further having at least one additional function key;

a keyboard controller connected to said keyboard to monitor said conventional keys and said additional function key to detect when at least one of said keys is activated, said keyboard controller having first and second interrupt signal lines connected to said ISA-compatible computer, said keyboard controller responsive to an activation of

-1-



WIS 0111306

Serial No. :  07/611,292
Filed      :  November 9, 1990

at least one of said conventional keys to activate
a first interrupt signal to said ISA-compatible
computer on said first interrupt signal line, said
keyboard controller responsive to an activation of
said additional function key in combination with at
least one of said conventional alphanumeric keys to
generate a second interrupt signal to said ISA-
compatible computer on said second interrupt signal
line; [and]

a first conventional interrupt handling
routine within said ISA-compatible computer
responsive to said first interrupt signal from said
keyboard controller to input data scan codes from
said keyboard[,]; and

a second non-conventional interrupt handling
routine within said ISA-compatible computer
responsive to said second interrupt signal from
said keyboard controller to input an identification
of said activated alphanumeric key and to perform a
predetermined function selected by said identified
alphanumeric key.

4.  (Amended) The system for providing a built-in
function as defined in Claim 1, further comprising a
central processing unit that indexes a first memory
location pointer in response to said first interrupt
signal, said central processing unit further indexing a
second memory location pointer in response to said second
interrupt signal.

5.  (Amended) A system for servicing keyboard
interrupts in an ISA-compatible computer, comprising:

a keyboard having a plurality of keys
including conventional alphanumeric keys,
conventional symbol keys, conventional function

-2-

WIS 0111307

Serial No. : 07/611,292
Filed    : November 9, 1990

keys and conventional cursor control keys, said keyboard further including at least one non-conventional function key, said keyboard generating a scan code in response to an activation of at least one of said keys, said scan code varying depending upon which of said keys is activated; and

a keyboard controller coupled to said keyboard, <u>said keyboard controller further coupled to said ISA-compatible computer by first and second interrupt signal lines,</u> said keyboard controller generating a first interrupt signal <u>on said first interrupt signal line</u> upon receipt of a scan code corresponding to one of said conventional keys, ~~said keyboard~~ controller generating a second interrupt signal **[distinct from said first interrupt signal]** <u>on said second interrupt signal line</u> upon receipt of a scan code corresponding to said non-conventional function key, said ISA-compatible computer programmed to execute at least one special routine upon receipt of said second interrupt signal.

<u>REMARKS</u>

The foregoing amendments to Claims 1, 4 and 5 are responsive to the Final Office Action mailed on June 4, 1992. In the Office Action, the Examiner rejected Claims 1-7 under 35 U.S.C. § 103 as being unpatentable over U.S. Patent No. 5,056,057 to Johnson, et al. The Examiner also rejected Claims 1-7 under 35 U.S.C. § 103 as being unpatentable over U.S. Patent No. 4,319,326 to Uchida. The Examiner further rejected Claims 1-7 under 35 U.S.C. § 103 as being unpatentable over U.S. Patent No. 4,484,826 to Horn, et al. Applicants respectfully traverse the Examiner's rejections in view of the foregoing amendments and the following remarks.

-3-

WIS 0111308

Serial No.  :  07/611,292
Filed       :  November 9, 1990

    In view of the Examiner's initial comments in Section 2 of the
Office Action, it appears that Claims 1 and 5 may not be
sufficiently clear in defining the two interrupt signals as being
two separate physical entities on two separate signal lines to
distinguish the generation of multiple interrupts on the same
signal line. Claims 1 and 5 have been amended to more clearly
define first and second interrupt signal lines. Claims 1 and 5
have been further amended to clarify that activation of one or more
of the conventional keys on the keyboard causes the first interrupt
signal line to be generated, and that activation of the function
key causes the second interrupt signal to be generated. Applicants
respectfully submit that these amendments to Claims 1 and 5 are
fully responsive to the Examiner's initial comments. In view of
the amendments and the foregoing and following remarks, the
Examiner is respectfully requested to withdraw the rejection of the
claims under 35 U.S.C. § 103 based on the cited references.

    The Johnson, et al., patent does not disclose or suggest
Applicants' invention as presently claimed. In particular, the
Johnson, et al., patent is exemplary of the prior art having the
problem solved by Applicants' claimed invention. The Johnson,
et al., patent discloses multiple TSRs, each of which effectively
breaks the link to a previously loaded TSR or the link to the
conventional BIOS interrupt handling routine. The Johnson, et al.,
patent does not disclose the use of a second interrupt signal
linked to a second non-conventional interrupt handling routine as
defined in Claims 1 and 5. As discussed in the application and in
the previous amendment, the structure of the presently claimed
invention provides the advantage that TSRs that may adversely
affect the operation of the routines linked to the conventional
interrupt signal do not affect the routines linked to the non-
conventional interrupt signal.

    The Uchida patent does not disclose or suggest Applicants'
invention as presently claimed. The Uchida patent discloses the

-4-

WIS 0111309

Serial No.  :  07/611,292
Filed       :  November 9, 1990

transmission of data between a plurality of electronic cash registers (ECRs) and a consolidator unit. The flow chart in Figure 4 of the Uchida patent includes steps 44, 48, 51, 57 and 59 labeled as "INTERRUPT." However, the fact that the Uchida patent may use interrupts in a data communications context does not preclude the patentability of Claims 1 and 5 of the present application which uniquely define an ISA-compatible computer system having a first conventional interrupt signal line from the keyboard controller to the computer and a second non-conventional interrupt signal line from the keyboard controller to the computer. As discussed above, this structure provides unique operational advantages in the PC environment. Neither the structure nor the advantages of Applicants' claimed invention are suggested by the Uchida patent.

The Horn, et al., patent discloses an interactive word processing system that inserts spaces in response to a function key. In the previous Office Action, the Examiner stated that the Horn, et al., patent discloses interrupt generation upon activation of the conventional keys. As discussed above, the generation of an interrupt upon activation of conventional keys does not make the claimed invention non-novel or obvious. Applicants' invention, as defined in Claims 1 and 5, is the generation of a first interrupt signal on a first interrupt signal line in response to the activation of conventional keys, and the generation of a second interrupt signal on a second line in response to the activation of an additional non-conventional function key. The claimed invention is not disclosed or suggested by the Horn, et al., patent.

In view of the amendments to Claims 1 and 5 and the foregoing remarks, Applicants respectfully submit that Claims 1 and 5 are patentably distinguished over the cited references, and Applicants respectfully request allowance of Claims 1 and 5.

Claims 2-4 depend from Claim 1 and further define the invention defined in Claim 1. (Claim 4 has been amended for

-5-

WIS 0111310

Serial No.  :  07/611,292
Filed       :  November 9, 1990

consistency with amended Claim 1.)  In view of the allowability of amended Claim 1, Applicants respectfully submit that Claims 2-4 are likewise allowable.

    Claim 6 depends from Claim 5, and Claim 7 depends from Claim 6.  Claims 6 and 7 further define the invention defined in Claim 5. In view of the allowability of amended Claim 5, Applicants respectfully submit that Claims 6 and 7 are likewise allowable. Applicants respectfully request allowance of Claims 6 and 7.

<u>Summary</u>

    Claims 1-7 are pending in this application.  Independent Claims 1 and 5 and dependent Claim 4 have been amended herein as discussed above.  Dependent Claims 2, 3, 6 and 7 remain as previously filed.  In view of the amendments and the foregoing discussion, Applicants respectfully submit that Claims 1-7 are now in condition for allowance, and Applicants respectfully request allowance of Claims 1-7.

    If there is any further impediment to the allowance of this application, the Examiner is respectfully requested to call the undersigned at (714) 760-0404.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR

Dated: *AUGUST 4, 1992*    By: *Jerry T. Sewell*

Jerry T. Sewell
Registration No. 31,567
620 Newport Center Drive
Sixteenth Floor
Newport Beach, CA  92660
(714) 760-0404

JTS-3869
920804/1

-6-

WIS 0111311