EXHIBIT 9


amazon.com
Privacy Information

20% of your stay is on us.
Book Now
Sheraton
MEMBER OF STARWOOD PREFERRED GUEST

Ads by Google

Self Publ
and Se

Learn more
the benefits
publishing th
BookSurg

www.BookSurg

Bartleby.com
Great Books Online
Search
Dictionary

Home | Subjects | Titles | Authors | Encyclopedia | Dictionary | Thesaurus | Quotations | English Usage

Reference > American Heritage® > Dictionary

‹ Bloch, Konrad Emil    Block, Herbert Lawrence ›

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

The American Heritage® Dictionary of the English Language: Fourth Edition. 2000.

# block

PRONUNCIATION: blŏk

NOUN: **1a.** A solid piece of a hard substance, such as wood, having one or more flat sides. **b.** Such a piece used as a construction member or as a support. **c.** Such a piece upon which chopping or cutting is done: *a butcher's block.* **d.** Such a piece upon which persons are beheaded. **e.** One of a set of small wooden or plastic pieces, such as a cube, bar, or cylinder, used as a building toy. **f.** *Printing* A large amount of text. **g.** *Sports* A starting block. **2.** A stand from which articles are displayed and sold at an auction: *Many priceless antiques went on the block.* **3.** A mold or form on which an item is shaped or displayed: *a hat block.* **4.** A substance, such as wood or stone, that has been prepared for engraving. **5a.** A pulley or a system of pulleys set in a casing. **b.** An engine block. **6.** A bloc. **7.** A set of like items, such as shares of stock, sold or handled as a unit. **8.** A group of four or more unseparated postage stamps forming a rectangle. **9.** *Canadian* A group of townships in an unsurveyed area. **10a.** A usually rectangular section of a city or town bounded on each side by consecutive streets. **b.** A segment of a street bounded by consecutive cross streets and including its buildings and inhabitants. **11.** A large building divided into separate units, such as apartments. **12.** A length of railroad track controlled by signals. **13.** The act of obstructing. **14.** Something that obstructs; an obstacle. **15a.** *Sports* An act of bodily obstruction, as of a player or ball. **b.** *Football* Legal interference with an opposing player to clear the path of the ball carrier. **16.** *Medicine* Interruption, especially obstruction, of a normal physiological function: *nerve block.* **17.** *Psychology* A sudden cessation of speech or a thought process without an immediate observable cause, sometimes considered a consequence of repression. Also called *mental block.* **18.** *Slang* The human head: *threatened to knock my block off.* **19.** A blockhead.

VERB: Inflected forms: **blocked, block·ing, blocks**

20% of your stay is on us
Book Now
Sheraton
MEMBER OF STARWOOD PREFERRED GUEST

TRANSITIVE VERB: **1.** To shape into a block or blocks. **2.** To support, strengthen, or retain in place by means of a block. **3.** To shape, mold, or form with or on a block: *block a hat.* **4a.** To stop or impede the passage of or movement through; obstruct: *block traffic.* **b.** To shut out from view: *a curtain blocking the stage.* **c.** To stop the passage of (a motion or bill) in a legislative assembly. **5.** To indicate broadly without great detail; sketch. Often used with *out: block out a plan of action; block out stage movements.* **6.** *Sports* To impede the movement of (an opponent or the ball) by physical interference. **7.** *Medicine* To interrupt the proper functioning of (a nervous, muscular, or other physiological process), especially by the use of anesthesia. **8.** *Psychology* To fail to remember. **9.** To run (trains) on a block system.

INTRANSITIVE VERB: **1.** *Sports* To obstruct the movement of an opponent. **2.** To suffer a mental block. Often used with *on: I blocked on his name.*

PHRASAL VERB: **block out 1.** To cover over so as to be illegible: *block out sensitive information from a document before releasing it.* **2.** To repress (a traumatic event, for example) from conscious memory.

IDIOMS: **go on the block** To be offered for sale. **out of the blocks** From a starting position, as in a race or contest: *The company has in the past been slow out of the blocks to adapt to consumer tastes.* **put on the block** To offer for sale.

ETYMOLOGY: Middle English *blok*, from Old French *bloc*, from Middle Dutch.

OTHER FORMS: **block'er** —NOUN

SYNONYMS: *block*, *hide*[1], *obscure*, *obstruct*, *screen*, *shroud* These verbs mean to cut off from sight: *a tree that blocked the view; a road hidden by brush; mist that obscured the mountain peak; skyscrapers obstructing the sky; a fence that screens the alley; a face shrouded by a heavy veil.* See also synonyms at **hinder**[1], **obstacle**.

The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

‹ Bloch, Konrad Emil Block, Herbert Lawrence ›

Google [ ] Search

Click here to shop the Bartleby Bookstore.

Welcome · Press · Advertising · Linking · Terms of Use · © 2008 Bartleby.com

Harry Potter
amazon.com
Privacy Information

20% of your stay is on us.
Book Now
Sheraton
MEMBER OF STARWOOD PREFERRED GUEST






-Sleek, swivel design
st popular music form

Also Visit: | Unabridged | Encyclopedia Britannica | Visual NEW | ESL: | Learner's | for Kids:

Dictionary Thesaurus Spanish/English Medical

Merriam-Webster OnLine

Home
Visit Our Sites
Premium Services
Downloads
Word of the Day
Word Games
Open Dictionary
Spelling Bee Hive
Word for the Wise
Online Store
Help
About Us

# block

Entries 1 to 10 of 25. Next 10

block[1,noun]
block[2,verb]
Block
block and tackle
block diagram
block grant
block letter
block party
block plane
building block

Main Entry: ²**block**
Function: *verb*
Date: 1580

*transitive verb*
**1 a :** to make unsuitable for passage or progress by obstruction
**b** *archaic* **:** BLOCKADE **c :** to hinder the passage, progress, or accomplishment of by or as if by interposing an obstruction **d :** to shut off from view <forest canopy *blocking* the sun> **e :** to interfere usually legitimately with (as an opponent) in various games or sports **f :** to prevent normal functioning or action of **g :** to restrict the exchange of (as currency or checks)
**2 :** to mark or indicate the outline or chief lines of <*block* out a design> <*block* in a sketched figure>
**3 :** to shape on, with, or as if with a block <*block* a hat>
**4 :** to secure, support, or provide with a block
**5 :** to work out or chart the movements of (as stage performers) —often used with *out*
**6 :** to make (two or more lines of writing or type) flush at the left or at both left and right
*intransitive verb*
**:** to block an opponent in sports

**synonyms** see HINDER
— **block·er** *noun*

Physician-reviewed articles on **block** on **Healthline**.
1. **Retinal vessel occlusion (1 image)**
Retinal vein occlusion, Retinal artery occlusion. Retinal...

Visually explore **block** HealthMaps on **Healthline**:

1. **Obstruction**
2. **Pseudo-Obstruction Of Gastrointestinal Tract**

**Learn more about "block"** and related topics at **Britannica.com**

**Find Jobs in Your City**

Sponsored Links

**Totally Free Tax Return**
Prepare Free. Print Free. E-File Free.
**TaxPreparerOnline.com**

**Pronunciation Symbols**

MOVIES DELIVERED
TO YOUR DOOR
• Over 80,000 titles
• In-store exchange
• No due dates
• Free shipping
Sta

Products Premium Services Company Info Contact Us Advertising Info P

© 2007-2008 Merriam-Webster, Incorporated



VIEW BAS

AskOxford.com
Oxford Dictionaries Passionate about language

SEARCH
Entire AskOxford Site

HOME · SHOP · EDUCATION · PRESS ROOM · CONTACT US ·
ASK THE EXPERTS · BETTER WRITING · WORLD OF WORDS · GAMES ·
GLOBAL ENGLISH · FOREIGN LANGUAGES

SELECT VIEW
You are currently in the UK view

## Compact Oxford English Dictionary

Oxford English

- Ask The Exp
- Better Writin
- World of Wo
- Games
- Global Engli
- Foreign Lan

**variable**

• **adjective 1** not consistent or having a fixed pattern; liable to vary. **2** able to be changed or adapted. **3** Mathematics (of a quantity) able to assume different numerical values.

• **noun 1** a variable element, feature, or quantity. **2** Astronomy a star whose brightness changes, either regularly or irregularly. **3** (**variables**) the region of light, variable winds to the north of the NE trade winds or (in the southern hemisphere) between the SE trade winds and the westerlies.

— DERIVATIVES **variability** noun **variably** adverb.

→ AskOxford Shc
→ External Web L
→ OUP Website
→ Children's Dict
→ ELT Dictionarie
→ Oxford Online

Perform another search of the Compact Oxford English Dictionary

**About this dictionary**
The *Compact Oxford English Dictionary of Current English* contains 145,000 words, phrases, and definitions.
Find out more about Oxford's range of English dictionaries
Sign up for the AskOxford Word of the Day

Search the Little Oxford Dictionary of Quotations
Search the Concise Dictionary of First Names

Shorter Oxford English Dictionary

PRIVACY POLICY AND LEGAL NOTICE Content and Graphics © Copyright Oxford University Press, 2008. All rights reserved.

OXFORD
UNIVERSITY PRESS





amazon.com
Privacy Information

20% of your stay is on us.
Book Now
Sheraton
MEMBER OF STARWOOD PREFERRED GUEST

Ads by Google

Publish Print On Demand

We've got connections. publish through BookSurge Amazon Group

www.BookSurge

Bartleby.com
Great Books Online
Search
Dictionary

Home | Subjects | Titles | Authors | Encyclopedia | Dictionary | Thesaurus | Quotations | English Usage

Reference > American Heritage® > Dictionary

< inactivate inadequacy >

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

The American Heritage® Dictionary of the English Language: Fourth Edition. 2000.

# inactive

SYLLABICATION: in·ac·tive

PRONUNCIATION: ĭn-ăk'tĭv

ADJECTIVE: **1.** Not active or tending to be active. **2a.** Not functioning or operating; out of use: *inactive machinery.* **b.** Not being in continuous use or operation: *an inactive brokerage account.* **3.** Retired from duty or service. **4.** *Chemistry* Not readily participating in chemical reactions; inert. **5.** *Biology* Marked by the absence or reduction of activity, such as the ability to cause infection. **6.** *Medicine* Quiescent. Used especially of a disease. **7.** *Physics* Showing no optical activity in polarized light.

OTHER FORMS: **in·ac'tive·ly** —ADVERB
**in'ac·tiv'i·ty, in·ac'tive·ness** —NOUN

SYNONYMS: *inactive, idle, inert, passive, dormant, torpid, supine* These adjectives mean not involved in or disposed to movement or activity. *Inactive* simply indicates absence of activity: *retired but not inactive; an inactive factory. Idle* refers to persons who are not doing anything or are not busy: *employees idle because of the strike.* It also refers to what is not in use or operation: *idle machinery. Inert* describes things powerless to move themselves or to produce a desired effect; applied to persons, it implies lethargy or sluggishness, especially of mind or spirit: *"The Honorable Mrs. Jamieson . . . was fat and inert, and very much at the mercy of her old servants"* (Elizabeth C. Gaskell). *Passive* implies being reactive instead of proactive: *"in an hour like this, when the mind has a passive sensibility, but no active strength"* (Nathaniel Hawthorne). *Dormant* refers principally to a state of suspended activity but often implies the possibility of renewal: *dormant feelings of affection. Torpid* suggests sluggishness or apathy: *"It is a man's own fault, it is from want of use, if his mind grows torpid in old age"* (Samuel Johnson). *Supine* implies abject lack of will: *"No other colony showed such supine, selfish*

20% of your stay is on us
Book Now
Sheraton
MEMBER OF STARWOOD PREFERRED GUEST

*helplessness in allowing her own border citizens to be mercilessly harried"* (Theodore Roosevelt).

The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

‹ inactivate inadequacy ›

Google [ ] Search

Click here to shop the Bartleby Bookstore.

Welcome · Press · Advertising · Linking · Terms of Use · © 2008 Bartleby.com






Merriam-Webster

Merriam-Webster OnLine

Also Visit: | Unabridged | Encyclopedia Britannica | Visual NEW ESL: | Learner's for Kids:

Dictionary Thesaurus Spanish/English Medical

Home
Visit Our Sites
Premium Services
Downloads
Word of the Day
Word Games
Open Dictionary
Spelling Bee Hive
Word for the Wise
Online Store
Help
About Us

# inactive

One entry found.

inactive

Main Entry: **in·ac·tive**
Pronunciation: \(ˌ)i-ˈnak-tiv\
Function: *adjective*
Date: 1664

: not active: as **a** (1) : SEDENTARY (2) : INDOLENT, SLUGGISH **b** (1) : being out of use (2) : relating to or being members of the armed forces who are not performing or available for military duties (3) *of a disease* : QUIESCENT **c** (1) : chemically inert (2) : optically neutral in polarized light **d** : biologically inert especially because of the loss of some quality (as infectivity or antigenicity)
— **in·ac·tive·ly** *adverb*
— **in·ac·tiv·i·ty** \-ˌnak-ˈti-və-tē\ *noun*

**synonyms** INACTIVE, IDLE, INERT, PASSIVE, SUPINE mean not engaged in work or activity. INACTIVE applies to anyone or anything not in action or in operation or at work <on *inactive* status as an astronaut> <*inactive* accounts>. IDLE applies to persons that are not busy or occupied or to their powers or their implements <workers were *idle* in the fields>. INERT as applied to things implies powerlessness to move or to affect other things; as applied to persons it suggests an inherent or habitual indisposition to activity <*inert* ingredients in drugs> <an *inert* citizenry>. PASSIVE implies immobility or lack of normally expected response to an external force or influence and often suggests deliberate submissiveness or self-control <*passive* resistance>. SUPINE applies only to persons and commonly implies abjectness or indolence <a *supine* willingness to play the fool>.

Learn more about "inactive" and related topics at Britannica.com

Find Jobs in Your City

Pronunciation Symbols



Products   Premium Services   Company Info   Contact Us   Advertising Info   P

© 2007-2008 Merriam-Webster, Incorporated