EXHIBIT 10

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4   WISTRON CORPORATION, a Taiwan
     corporation,
 5
          Plaintiff and
 6        Counter-Defendant,
     vs.                                  No. C-07-4748 VRW
 7
     SAMSUNG ELECTRONICS CO., LTD., a
 8   Republic of Korea corporation,
 9        Defendant and
          Counter-Plaintiff.
10   _____/
     SAMSUNG ELECTRONICS CO., LTD.,
11
          Counterclaim-Plaintiff,
12
     vs.
13
     WISTRON CORPORATION, and WISTRON
14   INFOCOMM (TEXAS) CORPORATION,
15        Counterclaim-Defendants.
     _____/
16
              DEPOSITION OF BOB COLWELL, PH.D.
17
18   DATE:           May 20, 2008
19   TIME:           9:31 a.m.
20
21   LOCATION:       KIRKPATRICK & LOCKHART PRESTON
                     GATES ELLIS LLP
22                   55 Second Street
                     San Francisco, California 94105
23
24   REPORTED BY:    Brenda L. Marshall
                     Certified Shorthand Reporter
25                   License Number 6939
```

Page 1

## Page 2

```
 1              APPEARANCES
 2
 3  For the Plaintiff and Counterclaim-Defendants:
 4      KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
        BY: TIMOTHY P. WALKER, PH.D., ESQ.
 5      55 Second Street, Suite 1700
        San Francisco, California  94105-3493
 6      (415) 882-8000
 7  For the Defendant and Counterclaim-Plaintiff:
 8      DLA PIPER US LLP
        BY: SAL LIM, ESQ.
 9          GREG LUNDELL, ESQ.
        2000 University Avenue
10      East Palo Alto, California  94303-2215
        (650) 833-2055
11
    Also Present:
12
        MATTHEW CHAVEZ, VIDEOGRAPHER
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1              I N D E X
 2
    EXAMINATION BY
 3
        MR. WALKER              5
 4
 5
 6
 7       E X H I B I T S
 8  Plaintiff's Exhibits:
    1   Curriculum Vitae of Robert P. Colwell    7
 9
    2   United States Patent No. 5,625,275      14
10
    3   Joint Claim Construction and Prehearing
11      Statement                               43
12
13
14
15  (Exhibits attached to the transcript.)
```

## Page 4

```
 1       THE VIDEOGRAPHER:  We're going on the
 2  record.  Today's date is May 20th, 2008.  We're
 3  beginning the deposition of Bob Colwell.  The time on
 4  the video monitor is 9:31 A.M.  This is tape No. 1
 5  and video No. 1 and is going to be in the case
 6  "Wistron Corporation vs. Samsung Electronics," case
 7  No. C-07-04748 JSW.
 8       We are at Kirkpatrick Lockhart, 55 Second
 9  Street, San Francisco, California.  My name is
10  Matthew Chavez.  I'm a notary public in the state of
11  California, and I'm contracted by Golden Gate
12  Reporting.  Today's court reporter is Brenda
13  Marshall, working for Golden Gate Reporting.
14       Would all people present please state their
15  name and whom they represent.
16       MR. WALKER:  Timothy Walker, Kirkpatrick &
17  Lockhart, Preston Gates Ellis, represent Wistron.
18       MR. LIM:  Sal Lim from DLA Piper.  I
19  represent Samsung Electronics.  With me is my
20  colleague, Greg Lundell, also from DLA Piper.
21       THE VIDEOGRAPHER:  Thank you.  Would the
22  court reporter please swear in the witness, and we
23  may begin.
24
25  ///
```

## Page 5

```
 1              BOB COLWELL, PH.D.,
 2  called as a witness by the Plaintiff, who, having
 3  been duly sworn by me, was examined and testified as
 4  hereinafter set forth.
 5              --oOo--
 6       EXAMINATION BY COUNSEL FOR THE PLAINTIFF
 7  BY MR. WALKER:
 8       Q.  Please state your name.
 9       A.  Bob Colwell.
10       Q.  You understand you're testifying here as an
11  expert on behalf of Samsung?
12       A.  Yes.
13       Q.  What do you understand the topic of your
14  testimony today to be?
15       A.  The preparation for the claim construction
16  part of the dispute between those two companies.
17       Q.  Okay.  Do you have an understanding which
18  patent we're talking about?
19       A.  I think so.
20       Q.  Is it U.S. patent No. 5,625,275?
21       A.  That's the one.
22       Q.  And I'll refer to that as the '275 patent, .
23  if that's all right with you.
24       A.  Yes.
25       Q.  Have you drafted any reports with respect to
```

#### Page 26

1  to negative. Benjamin Franklin stuck us with that.
2  The current -- the electrical current actually goes
3  the other way.
4      Q. The electrons flow the other way?
5      A. The electrons flow the other way. So -- but
6  if that's the electric current, then -- the source of
7  permanent confusion for all time.
8         But, anyway, electrical engineers view
9  current as flowing from plus to minus, and so in this
10 circuit, the current is flowing from line 18 down
11 through transistor 22, left to right, through coil
12 28, and then north to south through battery 12.
13     Q. Okay. And then when the -- that's when the
14 transistor 22 is biased on?
15     A. When it's on, right.
16     Q. When it's biased off, could you just explain
17 that again? I'm sorry. I didn't follow.
18     A. Sure. Once you've turned 22 off --
19     Q. Yes.
20     A. -- and assuming that it has charged up that
21 coil with the magnetic field --
22     Q. Yes.
23     A. -- the magnetic field, the role of an
24 inductor is to resist changes in current, and so as
25 the current starts to fall, the magnetic field starts

#### Page 27

1  to fall, which induces current. So it tries to
2  maintain the coil --
3      Q. Right.
4      A. -- the coil current as long as it -- as long
5  as it has a field to do so. Once the field has
6  completely collapsed, of course, that's the end of
7  the game, and current stops flowing there.
8      Q. So even after the transistor 22 is turned
9  off, there continues a current from -- from coil 28
10 into the battery?
11     A. Correct.
12     Q. And then that current is slowly ramping
13 down, I suppose, over time?
14     A. Well, I wouldn't necessarily use the word
15 "slowly," but it does fall per the physics of the --
16 and the values of the components.
17     Q. Let's go to column 1 of the '275 patent.
18 And under "Summary of the Invention," first sentence
19 there reads, "The present invention provides a power
20 supply for a rechargeable battery that adjusts the
21 battery charging current depending upon the current
22 drawn by the portable computer system at any given
23 time."
24        In construing the disputed terms here, is it
25 your view that your constructions are consistent with

#### Page 28

1  that sentence?
2      A. Yes.
3      Q. The -- so the next sentence says, "The power
4  supply includes a regulator controller which monitors
5  the output current and output voltage of the battery
6  to provide over voltage and short circuit
7  protection."
8         Do the -- well, what's meant by "voltage and
9  short circuit protection"?
10     A. Well, it says "over voltage."
11     Q. Oh. Yes. I'm sorry. "Over voltage and
12 short circuit protection."
13     A. Well, short circuit protection is the easy
14 one. You can cause certain batteries to explode if
15 you short their outputs, put a very low impedance
16 across their outputs. Because what they'll try to do
17 is that will look like a very low resistance to them,
18 and it will try to establish the voltage that the
19 battery is rated at and cross that resistance. And
20 the relationship is E equals IR, voltage equals
21 current times resistance. So if resistance is really
22 low, you're going to have to have a huge current to
23 let the voltage be what it's trying to be.
24        The point is that that much energy
25 transferred over a very short time could cause a

#### Page 29

1  battery explosion, and you really don't want that in
2  a laptop sitting on someone's legs.
3         So it's -- it's efficacious to sense the
4  amount of current being drawn from the battery, and
5  if it exceeds a certain level, you would assume that
6  that's a short of some sort, a mechanical
7  malfunction, for example, and -- and open the
8  circuit, cause it to -- you know, to open so that the
9  battery is relieved of that load.
10        The over voltage reference is, again,
11 certain batteries don't react well to too large of a
12 voltage impressed on them from the outside during the
13 act of charging. It causes them to overheat. And
14 some batteries produce hydrogen gas, which then
15 outvents, and in the presence of a spark, or
16 something, you can see where that would go.
17        So it's a good idea for a rechargeable
18 circuit. In fact, in some ways, it's required, for
19 example, by Underwriters Labs, that you anticipate
20 these problems in the design of your recharger and
21 account for them properly.
22     Q. All right. The next sentence says, "The
23 controller further monitors the level of input
24 current being drawn by the computer system." And can
25 you explain what -- what your interpretation is of

**Page 30**

1 that.
2   A. Yes. In the same sense as we have laptops
3 in this room, each of which presumably has a battery
4 in it, you, as a user of that computer, are trying to
5 use it while it's plugged into the wall. So you're
6 absolutely counting on the thing you plugged into the
7 wall to keep your computer alive; you want that above
8 all else. If you can also do it, you would also like
9 it to be recharging your battery as you sit there
10 because that corresponds to how most people use
11 portable devices like that.
12      But there is a priority. They -- there's
13 no -- there's no pretension that those two things are
14 equal, that the battery charging is just as important
15 as keeping the machine alive. Keeping the machine
16 running and giving it as much current as it needs is
17 much more important. Because that would just imply
18 that the battery takes longer, and that's a tradeoff
19 you'd probably be willing to make if the alternative
20 is crashing your machine now and then.
21   Q. All right. And the next sentence says,
22 "When the computer draws less current, the battery
23 charging current is increased accordingly, thus
24 efficiently using all of the available power output
25 from the AC adapter." Do you see that sentence?

**Page 31**

1   A. Yes, I do.
2   Q. Do you feel that your constructions of the
3 disputed terms is consistent with that sentence?
4   A. Yes.
5   Q. The last sentence says, "Conversely, when
6 the current drawn by the computer system is above a
7 threshold value at which battery charging is not
8 feasible, the regulator does not direct any charging
9 current to the battery." Do you feel that your
10 constructions of the disputed terms is consistent
11 with that sentence?
12   A. Yes.
13   Q. Let's take a look at figure 1. My question
14 pertains to figure 1, but you're free to look at the
15 text, if you like, but I'm wondering if you see a
16 label on figure 1 for V out.
17   A. I don't see one at the moment.
18   Q. Let's turn to column 3 of the patent, and
19 I'll direct your attention to the discussion that
20 starts at line 61 and continues down to the bottom of
21 the column there and carries over to the top of
22 column 4 there. But you'll see some mention there of
23 I out and V out, and based on that discussion, let me
24 know if you can tell me where in figure 1 V out is.
25   A. Oh, yes. Based on this discussion, I think

**Page 32**

1 what was intended, figure 1 shows a marking called I
2 out on line 34 --
3   Q. Yes.
4   A. -- but, in reality, the battery current is
5 intended to flow mostly through resistor 36. Very
6 little of it, in fact, a negligible amount of it,
7 actually goes over to amplifier 40. So what I out is
8 actually doing is flowing down through 36, thus
9 causing a voltage to be -- to appear across 36. And
10 I believe note 34 shown in this figure is actually
11 what would reasonably be called V out.
12   Q. So that V out is really the voltage across
13 that resistor 36, in a sense?
14   A. Correct. Which corresponds to the amount of
15 current flowing through 36.
16   Q. And you would say the voltage of 34 is --
17 would correspond to V out because, by convention, the
18 ground, which is the other end of -- of resistor 36,
19 is conventionally called zero?
20   A. That's correct. What -- the other thing not
21 shown in figure 1 is the AC adapter appears to have
22 only one lead coming out of it, and electrically,
23 that doesn't make sense. Implied is the other lead
24 goes to ground directly, and so the return current
25 would flow to this ground -- this invisible ground

**Page 33**

1 wire and end up back at the AC adapter.
2   Q. Okay. So, again, just so I'm going to have
3 a context for when we -- when we get into the
4 disputed terms, can you just, using figure 1 -- and
5 again, if you want to refer to text in the patent or
6 something, feel free to, but I'm wondering if you can
7 just walk me through how figure 1 works.
8   A. Sure. The AC adapter box 14 is the thing
9 converting the high voltage from the wall down to
10 something we can use in this. In various places in
11 the text, it also reports that that's -- they've
12 added some extra circuit into that that produces a DC
13 output. So a couple of diodes is all that's needed
14 to achieve that.
15      The current from the AC adapter -- now, this
16 is the total combined input current from the AC
17 adapter -- is now going to flow through resistor 42
18 in this picture, thus inducing a voltage across it,
19 in the same way we just discussed with resistor 36.
20      Box 43 is monitoring that induced voltage.
21 And by -- the higher the voltage, the more current
22 can be inferred to be passing through resistor 42.
23 Knowing the amount of current through 42 tells you
24 the amount of power you're drawing from the AC
25 adapter. And in the design of that AC adapter, there

**Page 62**

   Under those conditions -- by the way, duty cycles are normally measured in percentages. So if it's up half the time and down half the time, it's called 50 percent duty cycle. You would expect to see, you know, duty cycles 80, 90 percent, 95 percent, meaning the transistor is on almost the entire cycle and just low some of it. So -- so during, you know, an hour of solid charging with the system off, you would tend to see that transistor on a lot.

   Q. Okay. And when -- and in that situation, when the transistor is on a lot, again, let's compare the amount of current flowing into the battery after 28, when the -- when the transistor is on versus when it's off. Just -- first of all, which is bigger?

   A. I'm sorry. I didn't quite catch that question.

   Q. Is the current, after 28, into the battery, higher or lower when the duty cycle is on?

   MR. LIM: Objection. Vague.
BY MR. WALKER:
   Q. Versus when it's off.
   A. You don't speak of duty cycles being on or off. I don't -- do you mean the transistor?
   Q. I'm sorry. When the transistor is on.

**Page 63**

   A. And you're asking me when -- I'm sorry. I can't --
   Q. I'm still trying to get at -- maybe let's try it a different way to do this. I'm still trying to understand, because I feel like I still don't understand, exactly what this buck converter is doing. Because, conceptually, the problem I'm having is that the -- it seems to me that if the -- you know, just naively seems to me that if -- if transistor 22 is spending some time on and some time off, unless -- unless the buck converter is doing something, and you said it's a DC to DC converter, I'm not completely sure what aspects of the current are being converted across the buck converter here, but it seems to me that -- I guess I don't understand why 22 isn't directly connected to the battery rather than going first through the buck converter. What would be the difference in how the circuit would operate if you did that?
   A. You -- in principle, there are -- there exists simple power supplies for which that might be attempted. The problem here is that this battery can exhibit a fairly large voltage difference when it's depleted from when it's full, and it has that problem of if it's really depleted -- when it's -- when it's

**Page 64**

approaching full, you still have to supply it with -- if you hope to fill remaining -- the remaining charge, you have to be supplying it enough of a voltage addition to what its native voltage is to force current into it.

   It can't be the same voltage. It has to be that plus, you know, half a volt or a volt or some amount like that. But you don't want to supply it 20 extra volts because you'll fry the battery.

   So the problem is as the battery's voltage is really low, if you -- if you were to supply it with a fixed voltage, which is what you would see if the transistor connected directly to it, the differential would be much bigger, and because the battery is depleted, it would -- it would be a huge in-rush current and no means of controlling it.

   Q. Let me ask this: As the transistor 22 turns on and off, in effect, does that cause a voltage drop across coil 28?
   A. There is a periodic voltage potential across 28 in both phases, both the on phase of the duty cycle and the off phase.
   Q. All right. And is it that -- is it that voltage change across 28 that helps protect the battery from this problem you're describing?

**Page 65**

   A. You can look at it that way. It's -- don't -- don't overlook the contribution of capacitor 32 here. That -- that part needs to be there. That could -- because what that's doing is it's smoothing these periodic changes in current and voltage.

   A battery doesn't really want to see a lot of ripple in either its voltage or its current. It's much happier with fairly steady-state current-end voltage. And the job of a capacitor is to absorb energy surges in both directions. If the voltage at 30 tried to go up a lot, instead, current would be diverted into the capacitor, and it would just charge it up higher. And so that would -- that would hold node 30 fixed.

   Likewise, if 30 tried to drop a lot, the capacitor would begin sourcing current and thus smoothing out the effect of, you know, momentary changes in voltage or current.

   So it's actually the combination of coil 28 and capacitor 32 that accomplished this current conversion. In electronic circuits, currents and voltages are, of course, deeply related, but when you analyze circuits, you tend to analyze coils in terms of their current, not in terms of their voltage, and

17 (Pages 62 to 65)

**Page 66**

1  you tend to analyze capacitors for voltage not
2  current. It's just sort of the convention that makes
3  it easier to see what's going on.
4      Q. Okay. And so let me ask, again, just a
5  basic kind of naive question. What's the difference
6  in characteristics of the current coming from line 18
7  into 22 and the -- and the current that the battery
8  is seeing after 28?
9      A. I don't think -- let me check something. So
10 figure 1 does not -- it leaves unspoken one
11 consideration, which is to what extent the output of
12 AC adapter 14 has been filtered. The simplest
13 possible AC adapter that would still put out a DC
14 output would just have a pair of diodes tied
15 together, which would produce a train of half sign
16 wave, you know -- you know, that's what it would look
17 like is a train of half sign waves.
18     Yeah, it's DC because it's always in the
19 same direction, but it's not a constant voltage, and
20 so the convention is to put a capacitor on that that
21 would operate the same way we just described. And in
22 figure 2, you can see one, No. 58.
23     So, again, this is a -- just, you know, an
24 embodiment of the patent --
25     Q. Right.

**Page 67**

1      A. -- but that's very common technology in
2  power supplies. You would -- you would almost
3  universally see a capacitor there.
4      Q. Okay.
5      A. If that capacitor is there, then what you're
6  going to see on line 18 is a reasonably steady DC
7  voltage level with some amount of ripple on top of it
8  that's based on the value of that capacitor and
9  certain other electrical characteristics of a
10 circuit. But, by and large, it's a -- it's a
11 reasonably steady DC voltage.
12     Now, you asked to compare that to where?
13     Q. After -- well, my original question was
14 after -- after coil 28.
15     A. For example, node 30?
16     Q. Yes. Sure.
17     A. On node 30, you would expect to see a
18 relatively stable DC voltage that would roughly track
19 the charged state of the battery and with some amount
20 of ripple within acceptable limits, and those limits
21 would be arrived at by judicious selection of the
22 value of capacitor 32 and whatever -- there may be
23 parts that -- additional components not shown in this
24 diagram.
25     Q. Okay. And as long as the battery is not

**Page 68**

1  fully charged, the voltage at 30 would be lower than
2  the -- than the voltage at line 18?
3      A. It depends. For example, if this battery --
4  we're not just charging this battery for no reason;
5  we intend to use it sometimes, and occasionally it
6  will have to power up 16. In that circumstance,
7  transistor 22 will turn on, the DC current will flow
8  back through -- out of the battery, back through 28,
9  in the other direction, northwards through the
10 transistor and then into 16, and under those
11 circumstances, the DC values at 30 and 18 will look
12 very similar to each other.
13     Q. Well, let's worry about when the battery is
14 not charged and the thing is plugged into the wall
15 and there's enough current flowing from the wall to
16 take care of the computer system.
17     A. So the charging scenario?
18     Q. The charging scenario, yes.
19     A. Okay.
20     Q. So my question again was, is the voltage at
21 line 18 higher than the voltage at node 30?
22     A. On an instantaneous basis -- see, because of
23 the ripple, we'd have to sort of measure it to see,
24 because there's different amounts of ripple on 18
25 relative to 30. So, on an instantaneous basis,

**Page 69**

1  depending on how those ripples line up, they're going
2  to change the relative voltage, which I think is what
3  you're asking.
4      Q. Well, let's look at an average, then. Is it
5  common to -- when you've got a varying voltage like
6  that, there are ways to average those?
7      A. You can.
8      Q. There are conventional ways to average
9  those; right?
10     A. You can.
11     Q. What's a conventional way to average those
12 ripples?
13     A. You can ask root means square, for example.
14     Q. All right. So root means square voltage at
15 18 compared to root means square voltage at 30?
16     A. You would expect to see, on average, some DC
17 offset across 28.
18     Q. And a DC offset meaning what?
19     A. Oh, since you've averaged both of these, you
20 would expect to see a voltage differential between
21 them, on average.
22     Q. Right. And which is higher?
23     A. The higher end would be the supply end.
24     Q. 18. Line 18.
25     A. 18.