EXHIBIT 12





Ads by Goo

**Learn Au**

**Recordi**

Learn mus
production in
end record
studios by
engineer

www.audiorecor
ol.com



Home | Subjects | Titles | Authors | Encyclopedia | Dictionary | Thesaurus | Quotations | English Usage

Reference > American Heritage® > Dictionary

‹ configurationism                                    confine ›

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

The American Heritage® Dictionary of the English Language: Fourth Edition.  2000.

# configure

SYLLABICATION: con·fig·ure

PRONUNCIATION:   kən-fĭg′yər

TRANSITIVE VERB:   Inflected forms: **con·fig·ured, con·fig·ur·ing, con·fig·ures**
To design, arrange, set up, or shape with a view to specific applications or uses: *a military vehicle that was configured for rough terrain; configured the computer by setting the system's parameters.*

ETYMOLOGY:   Middle English *configuren*, from Old French *configurer*, from Latin *cōnfigūrāre : com-*, com- + *figūrāre*, to form (from *figūra*, shape; see **dheigh-** in Appendix I).

The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

‹ configurationism                                    confine ›

Google▾ [            ] [ Search ]

Click here to shop the Bartleby Bookstore.

Welcome · Press · Advertising · Linking · Terms of Use · © 2008 Bartleby.com





 

VIEW BAS

SEARCH [                    ]

Entire AskOxford Site

HOME · SHOP · EDUCATION · PRESS ROOM · CONTACT US ·
ASK THE EXPERTS · BETTER WRITING · WORLD OF WORDS · GAMES ·
GLOBAL ENGLISH · FOREIGN LANGUAGES

SELECT
VIEW
You are currently in the UK view

## Compact Oxford English Dictionary



### configure

· **verb 1** arrange in a particular configuration. **2** arrange or order (a computer system) so as to fit it for a designated task.

— DERIVATIVES **configurable** adjective.

— ORIGIN Latin *configurare* 'shape after a pattern'; related to FIGURE.

Perform another search of the Compact Oxford English Dictionary

● **Ask The Exp**
● **Better Writin**
● **World of Wo**
● **Games**
● **Global Engli**
● **Foreign Lan**

→ **AskOxford Sho**
→ **External Web L**
→ **OUP Website**
→ **Children's Dict**
→ **ELT Dictionarie**
→ **Oxford Online**

**About this dictionary**
The *Compact Oxford English Dictionary of Current English* contains 145,000 words, phrases, and definitions.
Find out more about Oxford's range of English dictionaries
Sign up for the AskOxford Word of the Day

Search the Little Oxford Dictionary of Quotations
Search the Concise Dictionary of First Names

Shorter
Oxford English Dictionary

PRIVACY POLICY AND LEGAL NOTICE Content and Graphics © Copyright Oxford University Press, 2008. All rights reserved.



**OXFORD**
UNIVERSITY PRESS




Ads by Google

**Learn Au**
**Recordi**

Learn mu:
production in
end record
studios by
engineer

www.audiorecor
ol.com



Home | Subjects | Titles | Authors        | Encyclopedia | Dictionary | Thesaurus | Quotations | English Usage

Reference > American Heritage® > Dictionary

‹ proverbial                                                    provided ›

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

The American Heritage® Dictionary of the English Language: Fourth Edition. 2000.

# provide

SYLLABICATION: pro·vide

PRONUNCIATION: prə-vīd′

VERB: Inflected forms: **pro·vid·ed, pro·vid·ing, pro·vides**

TRANSITIVE VERB: **1.** To furnish; supply: *provide food and shelter for a family.* **2.** To make available; afford: *a room that provides ample sunlight through French windows.* **3.** To set down as a stipulation: *an agreement that provides deadlines for completion of the work.* **4.** *Archaic* To make ready ahead of time; prepare.

INTRANSITIVE VERB: **1.** To take measures in preparation: *provided for the common defense of the states in time of war.* **2.** To supply means of subsistence: *She provides for her family by working in a hospital.* **3.** To make a stipulation or condition: *The Constitution provides for a bicameral legislature.*

ETYMOLOGY: Middle English *providen,* from Latin *prōvidēre,* to provide for : *prō-,* forward; see pro-¹ + *vidēre,* to see; see **weid-** in Appendix I.



The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

‹ proverbial                                                    provided ›

Google [          ]  Search

Click here to shop the Bartleby Bookstore.

VIEW BAS

 

AskOxford.com
Oxford Dictionaries    Passionate about language

SEARCH

Entire AskOxford Site

HOME · SHOP · EDUCATION · PRESS ROOM · CONTACT US ·
ASK THE EXPERTS · BETTER WRITING · WORLD OF WORDS · GAMES ·
GLOBAL ENGLISH · FOREIGN LANGUAGES

SELECT
VIEW
You are currently in the UK view

## Compact Oxford English Dictionary



**provide**

 • **verb 1** make available for use; supply. **2 (provide with)**
equip or supply (someone) with. **3 (provide for)** make
adequate preparation or arrangements for. **4** stipulate in a will
or other legal document.

— DERIVATIVES **provider** noun.

— ORIGIN Latin *providere* 'foresee, attend to'.

Perform another search of the Compact Oxford English
Dictionary

● **Ask The Exp**
● **Better Writin**
● **World of Wo**
● **Games**
● **Global Engli**
● **Foreign Lan**

→ **AskOxford Sho**
→ **External Web L**
→ **OUP Website**
→ **Children's Dict**
→ **ELT Dictionarie**
→ **Oxford Online**

**About this dictionary**
The *Compact Oxford English Dictionary of Current English*
contains 145,000 words, phrases, and definitions.
Find out more about Oxford's range of English dictionaries
Sign up for the AskOxford Word of the Day

Search the Little Oxford Dictionary of Quotations
Search the Concise Dictionary of First Names

Shorter
Oxford English Dictionary

PRIVACY POLICY AND
LEGAL NOTICE Content
and Graphics ©
Copyright Oxford
University Press, 2008. All
rights reserved.



**OXFORD**
UNIVERSITY PRESS




Ads by Google

Is science ri
Evolution is t
origin of all li
Expelled: No
Intelligence
Allowed
www.Expelledthe


20% m
of you
laugh
are on

Book No

Sher
MEMBER OF STA
PREFERRED



❮ speechwriter                                                    speedball ❯

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

The American Heritage® Dictionary of the English Language: Fourth Edition. 2000.

# speed

PRONUNCIATION:  ◁ spēd

NOUN: **1.** *Physics* The rate or a measure of the rate of motion, especially: **a.** Distance traveled divided by the time of travel. **b.** The limit of this quotient as the time of travel becomes vanishingly small; the first derivative of distance with respect to time. **c.** The magnitude of a velocity. **2.** Swiftness of action. **3a.** The act of moving rapidly. **b.** The state of being in rapid motion; rapidity. **4.** A transmission gear or set of gears in a motor vehicle. **5a.** A numerical expression of the sensitivity of a photographic film, plate, or paper to light. **b.** The capacity of a lens to accumulate light at an appropriate aperture. **c.** The length of time required or permitted for a camera shutter to open and admit light. **6.** *Slang* A stimulant drug, especially amphetamine or methamphetamine. **7.** *Slang* One that suits or appeals to a person's inclinations, skills, or character: *Living in a large city is not my speed.* **8.** *Archaic* Prosperity; luck.

VERB: Inflected forms: **sped** ( ◁ spĕd) or **speed·ed**, **speed·ing**, **speeds**

TRANSITIVE VERB: **1.** To cause to go, move, or proceed quickly; hasten. **2.** To increase the speed or rate of; accelerate: *speed up a car; sped production.* **3.** To wish Godspeed to. **4.** To further, promote, or expedite (a legal action, for example). **5.** *Archaic* To help to succeed or prosper; aid.

INTRANSITIVE VERB: **1a.** To go, move, or proceed quickly: *sped to the rescue.* **b.** To drive at a speed exceeding a legal limit: *was speeding on the freeway.* **2.** To pass quickly: *The days sped by. The months have sped along.* **3.** To move, work, or happen at a faster rate; accelerate: *His pulse speeded up.* **4.** *Archaic* **a.** To prove successful; prosper. **b.** To get along in a specified manner; fare.

IDIOM: **up to speed 1a.** Operating at maximum speed. **b.** Producing something or performing at an acceptable rate or level. **2.** *Informal* Fully informed

of or conversant with: *I'm not up to speed on these issues yet.*

ETYMOLOGY: Middle English *spede,* from Old English *spēd,* success, swiftness. See **spē-** in Appendix I.

SYNONYMS: *speed, hurry, hasten, quicken, accelerate, precipitate* These verbs mean to proceed or cause to proceed rapidly or more rapidly. *Speed* refers to swift motion or action: *The train sped through the countryside. Postal workers labored overtime to speed delivery of the holiday mail. Hurry* implies a markedly faster rate than usual, often with concomitant confusion or commotion: *Hurry, or you'll miss the plane! Don't let anyone hurry you into making a decision. Hasten* suggests urgency and often eager or rash swiftness: *My doctor hastened to reassure me that the tests were negative. His off-color jokes only hastened his dismissal. Quicken* and especially *accelerate* refer to increase in rate of activity, growth, or progress: *The skater's breathing quickened as he neared the end of his routine. The runner quickened her pace as she drew near the finish line. The economic expansion has continued but is no longer accelerating. Heat greatly accelerates the deterioration of perishable foods. Precipitate* implies causing something to happen abruptly or prematurely: *Mention of the issue precipitated an angry outburst during the meeting.* See also synonyms at **haste.**

WORD HISTORY: We learn from the fable of the tortoise and the hare that the race is not always to the swift, but etymology teaches us that speed and success are closely related. The Old English word *spēd,* from which our word *speed* is descended, originally meant "prosperity, successful outcome, ability, or quickness." A corresponding verb, *spēdan,* in Modern English the verb *speed,* meant "to succeed, prosper, or achieve a goal"; and an adjective, *spēdig,* the ancestor of our word *speedy,* meant "wealthy, powerful." Except for archaic uses the words today relate only to the general sense of "velocity." The meaning "success" is retained chiefly in the compound *Godspeed,* a noun formed from the phrase meaning "May God cause you to prosper."

The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

‹ speechwriter                                                          speedball ›

Google [ ] Search

Click here to shop the Bartleby Bookstore.

Welcome · Press · Advertising · Linking · Terms of Use · © 2008 Bartleby.com



20% of your stay is on us.
Book Now
Sheraton
MEMBER OF STARWOOD PREFERRED GUEST

 

VIEW BAS

SEARCH

Entire AskOxford Site

SELECT VIEW
You are currently in the UK view

## Compact Oxford English Dictionary



### timing

• **noun 1** the choice, judgement, or control of when something should be done. **2** a particular time when something happens.

● **Ask The Exp**
● **Better Writin**
● **World of Wo**
● **Games**
● **Global Engli**
● **Foreign Lan**

Perform another search of the Compact Oxford English Dictionary

→ **AskOxford Sho**
→ **External Web L**
→ **OUP Website**
→ **Children's Dict**
→ **ELT Dictionarie**
→ **Oxford Online**

**About this dictionary**
The *Compact Oxford English Dictionary of Current English* contains 145,000 words, phrases, and definitions.
Find out more about Oxford's range of English dictionaries
Sign up for the AskOxford Word of the Day

Search the Little Oxford Dictionary of Quotations
Search the Concise Dictionary of First Names

Shorter
Oxford English Dictionary

PRIVACY POLICY AND LEGAL NOTICE Content and Graphics © Copyright Oxford University Press, 2008. All rights reserved.

OXFORD
UNIVERSITY PRESS




Ads by Google

**Performance Measurement**
Learn how to u:
performance
management t
your business..
www.work.com

**Call Center Be
Practice**
Improve Conta:
Center Perform
Implement Suc
FCR Programs
www.enkata.cor



Home | Subjects | Titles | Authors        | Encyclopedia | Dictionary | Thesaurus | Quotations | English Usage

Reference > American Heritage® > Dictionary

❮ commensurable                                                    comment ❯



CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

The American Heritage® Dictionary of the English Language: Fourth Edition.  2000.

# commensurate

**SYLLABICATION:**  com·men·su·rate

**PRONUNCIATION:**  kə-mĕn′sər-ĭt, -shər-

**ADJECTIVE:**  **1.** Of the same size, extent, or duration as another. **2.** Corresponding in size or degree; proportionate: *a salary commensurate with my performance.* **3.** Measurable by a common standard; commensurable.

**ETYMOLOGY:**  Late Latin *commēnsūrātus* : Latin *com-*, com- + *mēnsūrātus* (from past participle of *mēnsūrāre*, to measure, from Latin *mēnsūra*, measure; see measure).

**OTHER FORMS:**  **com·men′su·rate·ly** —ADVERB
**com·men′su·ra′tion** —NOUN

The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

❮ commensurable                                                    comment ❯

Google™ [                    ]  [ Search ]

Click here to shop the Bartleby Bookstore.

 

VIEW BAS

SEARCH

Entire AskOxford Site 

HOME · SHOP · EDUCATION · PRESS ROOM · CONTACT US ·
ASK THE EXPERTS · BETTER WRITING · WORLD OF WORDS · GAMES ·
GLOBAL ENGLISH · FOREIGN LANGUAGES

SELECT
VIEW
You are currently in the UK view

## Compact Oxford English Dictionary



● **Ask The Exp**
● **Better Writin**
● **World of Wo**
● **Games**
● **Global Engli**
● **Foreign Lan**

**commensurate**

/kəmenshərət, -syoorət/

• **adjective** corresponding in size or degree; in proportion.

— DERIVATIVES **commensurately** adverb.

→ **AskOxford Sho**
→ **External Web L**
→ **OUP Website**
→ **Children's Dict**
→ **ELT Dictionarie**
→ **Oxford Online**

Perform another search of the Compact Oxford English
Dictionary

**About this dictionary**
The *Compact Oxford English Dictionary of Current English*
contains 145,000 words, phrases, and definitions.
Find out more about Oxford's range of English dictionaries
Sign up for the AskOxford Word of the Day

Search the Little Oxford Dictionary of Quotations
Search the Concise Dictionary of First Names

Shorter
Oxford English Dictionary

PRIVACY POLICY AND
LEGAL NOTICE Content
and Graphics ©
Copyright Oxford
University Press, 2008. All
rights reserved.

OXFORD
UNIVERSITY PRESS



# Mobile Intel® 945 Express Chipset Family

## Datasheet

*July 2007*

Document Number: 309219-005



## 10.2.7    DDR2 On Die Termination

On die termination (ODT) is a feature that allows a DRAM to turn on/off internal termination resistance for each DQ, DQS/DQS# and DM signal for x8 configurations via the ODT control pin. The ODT feature is designed to improve signal integrity of the memory channel by allowing the DRAM controller to independently turn on/off termination resistance for any or all DRAM devices.

The ODT feature is designed to improve signal integrity of the memory channel by allowing the termination resistance for the DQ, DM, DQS, and DQS# signals to be located inside the DRAM devices themselves instead of on the motherboard. The (G)MCH drives out the required ODT signals, based on memory configuration and which rank is being written to or read from, to the DRAM devices on a targeted SO-DIMM rank to enable or disable their termination resistance.

ODT operation follows these general rules:

WRITE

- Chipset: ODT off
- DRAM:
  - If one slot populated but has two ranks, turn on termination in the written rank.
  - If one slot/one rank, turn on that rank's termination.

READ

- Chipset: ODT on
- DRAM: ODT off

Table 34 details the ODT values supported by the Mobile Intel 945GM/GME/PM/GMS, 943/940GML and Intel 945GT Express Chipsets.

**Table 34.    ODT Settings Supported by the Mobile Intel 945GM/GME/PM/GMS/GU, 943/940GML and Intel 945GT Express Chipsets**

| Express Chipset | Supported DDR2-Speeds per Chipset | ODT Options Required by the Intel® DDR2 JEDEC Specification Addendum | ODT Setting Supported per Each Chipset Memory Configuration |
|---|---|---|---|
| Ultra Mobile Intel® 945GU | 400 | 50, 75, 150 | 150  (Dual Channel) 75 (Single Channel) |
| Mobile Intel® 945GM/GME | 400, 533, 667 | | |
| Intel® 945GT | 400, 533, 667 | | |
| Mobile Intel® 945PM | 400, 533, 667 | | |
| Mobile Intel® 945GMS | 400, 533 | | |
| Mobile Intel® 943/940GML | 400, 533 | | |

## 10.2.8    DRAM Power Management

The Mobile Intel 945GM/GME/PM/GMS/GU, 943/940GML and Intel 945GT Express Chipsets implement extensive support for power management on the SDRAM interface through Clock Enable (CKE) signals. (G)MCH drives 4 CKE pins (2 per channel) to perform the power management operations.

**NT256T64UH4B0FN / NT512T64UH8B0FN / NT1GT64U8HB0BN**
**NT256T64UH4B0CN / NT512T64UH8B0CN / NT1GT64U8HB0AN**
**256MB: 32M x 64 / 512MB: 64M x 64 / 1GB: 128M x 64**
**PC2-4200 / PC2-5300 / PC-6400 Unbuffered DDR2 SO-DIMM**

## 200 pin Unbuffered DDR2 SO-DIMM
Based on DDR2-533/667/800 32Mx16/64Mx8 SDRAM B-Die

## Features

• Performance:

|  | PC2-4200 | PC2-5300 | PC2-6400 | PC2-6400 | Unit |
|---|---|---|---|---|---|
| Speed Sort | -37B | -3C | -25D | -25C |  |
| DIMM CAS Latency | 4 | 5 | 6 | 5 |  |
| fck – Clock Freqency | 266 | 333 | 400 | 400 | MHz |
| tck – Clock Cycle | 3.75 | 3 | 2.5 | 2.5 | ns |
| fDQ – DQ Burst Freqency | 533 | 667 | 800 | 800 | MHz |

• 200-Pin Small Outline Dual In-Line Memory Module (SO-DIMM)
• 32Mx64 and 64Mx64 Unbuffered DDR2 SO-DIMM based on
  32Mx16 DDR2 SDRAM B-Die devices.
• 128Mx64 Unbuffered DDR2 SO-DIMM based on 64Mx8 DDR2
  SDRAM B-Die devices.
• Intended for 266MHz, 333MHz, and 400MHz applications
• Inputs and outputs are SSTL-18 compatible
• $V_{DD} = V_{DDQ} = 1.8V \pm 0.1V$
• SDRAMs have 4 internal banks for concurrent operation
• Differential clock inputs
• Data is read or written on both clock edges
• DRAM DLL aligns DQ and DQS transitions with clock transitions.
• Address and control signals are fully synchronous to positive
  clock edge
• Programmable Operation:
  - DIMM $\overline{CAS}$ Latency: 3, 4, 5 (-37B/-3C/-25C)
  - DIMM $\overline{CAS}$ Latency: 4, 5, 6 (-25D)

- Burst Type: Sequential or Interleave
  - Burst Length: 4, 8
  - Operation: Burst Read and Write
• Auto Refresh (CBR) and Self Refresh Modes
• Automatic and controlled precharge commands
• 13/10/1 Addressing (256MB)
  13/10/2 Addressing (512MB)
  14/10/2 Addressing (1GB)
• 7.8 μs Max. Average Periodic Refresh Interval
• Serial Presence Detect
• Gold contacts
• SDRAMs in 84-ball BGA Package (256MB & 512MB)
• SDRAMs in 60-ball BGA Package (1GB)
• RoHS compliance
• Halogen free (p/n list in page 2)

## Description

NT256T64UH4B0FN, NT512T64UH8B0FN, NT1GT64U8HB0BN, NT256T64UH4B0CN, NT512T64UH8B0CN, and NT1GT64U8HB0AN

are unbuffered 200-Pin Double Data Rate 2 (DDR2) Synchronous DRAM Small Outline Dual In-Line Memory Module (SO-DIMM),

organized as one rank of 32x64 (256MB), two ranks of 64x64 (512MB), and two ranks of 128x64(1GB) high-speed memory array. Modules

use four 32Mx16 (256MB) and eight 32Mx16 (512MB) 84-ball BGA packaged devices. Modules use sixteen 64Mx8 (1GB) 60-ball BGA

packaged devices. These DIMMs are manufactured using raw cards developed for broad industry use as reference designs. The use of

these common design files minimizes electrical variation between suppliers. All NANYA DDR2 SDRAM DIMMs provide a high-performance,

flexible 8-byte interface in a space-saving footprint.

The DIMM is intended for use in applications operating of 266MHz/333MHz/400MHz clock speeds and achieves high-speed data transfer

rates of 533MHz/667MHz/800MHz. Prior to any access operation, the device $\overline{CAS}$ latency and burst/length/operation type must be

programmed into the DIMM by address inputs A0-A13 and I/O inputs BA0 and BA1 using the mode register set cycle.

The DIMM uses serial presence-detect implemented via a serial EEPROM using a standard IIC protocol. The first 128 bytes of serial PD

data are programmed and locked during module assembly. The remaining 128 bytes are available for use by the customer.

© NANYA TECHNOLOGY CORPORATION
NANYA reserves the right to change products and specifications without notice.



# Samsung High-performance SDRAM for Main Memory

DDR2 and DDR3 Deliver High Bandwidth with Low Power
Consumption for Servers, Desktops and Portables



# Advanced Samsung Memory for Computing Applications

## First to Market with Advanced SDRAM

Double Date Rate SDRAM is today's standard for high-performance servers, desktops and portable PCs. Samsung has led the industry with cutting-edge SDRAM, being the first to introduce DDR in 1997, DDR2 in 2001 and DDR3 in 2005. Based on the JEDEC standard, Samsung's high-performance main memory solutions take advantage of the company's leadership in engineering and advanced semiconductor process technology.

## Twice the Bandwidth

Samsung offers the industry's largest selection of fully validated advanced SDRAM, including both today's standard, DDR2, and next-generation DDR3 products. DDR3 memory will provide at least twice the bandwidth of DDR2, with data transfer rates at up to 1.6Gb/s and eventually beyond. This will enable much-improved 3D graphics, which will directly benefit users of the new Windows Vista operating system.

## Lower Power Consumption

DDR3 also improves the efficiency of multi-threaded operations, enhancing the performance of today's new multi-core systems. DDR3 not only allows for higher system performance, but it also uses only 1.5V of power compared to DDR2's 1.8V, thereby extending battery life by approximately 20 minutes. To further enhance performance per watt, DDR3 can also make use of an on-die heat sensor for improved thermal management.

### Key Features of DDR2 and DDR3

|  | DDR2 | DDR3 |
|---|---|---|
| Data Rate | 400 - 800 Mbps | 800 - 1600 Mbps |
| System Assumption | 2 slots (4 loads) | 2 slots (4 loads) |
| Vdd/Vddq | 1.8V ± 0.1V | 1.5V ± 0.075V |
| Interface | SSTL_18 | SSTL_15 |
| Package | 60 BGA for x4/x8<br>84 BGA for x16 | 78 BGA for x4/x8<br>96 BGA for x16 |
| Source Sync. | Bi-directional DQS<br>(single/diff. option) | Bi-directional DQS<br>(differential default) |
| Burst Length | BL = 4, 8 (4 bits prefetch) | BL = 4, 8 (8 bits prefetch) |
| # of Banks | 512Mb: 4 banks<br>1Gb/2Gb: 8 banks | 512Mb/1Gb/2Gb/4Gb/8Gb:<br>8 banks |
| CL/tRCD/tRP | ~15/15/15 ns | ~12/12/12 ns |
| Reset | No | Yes |
| ODT | Yes | Yes |
| Driver Calibration | Off-Chip Driver calibration | Self calibration with ZQ pin |







# Table of Contents

## Samsung DDR2 for Servers                4

Fully Buffered and Registered DIMMs Support Maximum
Bandwidth and Fast Data Access

## Samsung DDR2 for High-performance Desktops  6

High-bandwidth DRAM Delivers Greater Speed, Uses Less Power

## Samsung DDR2 for Portable PCs            8

Power, Performance and Improved Battery Life for Notebooks and Portables

## Samsung DDR3 SDRAM                       10

Next-Generation Memory Will Reach 1.6Gb/second

### Double Data Rate SDRAM Migration





*High-bandwidth Samsung DDR3 SDRAM will provide a performance growth path for tomorrow's desktops, notebooks and server. For example, a dual-channel, 128-bit, 1.6Gb/second DDR3 memory subsystem offers bandwidth in excess of 25GB/second.*

# Samsung DDR2 for Servers

**Fully Buffered and Registered DIMMs Support Maximum Bandwidth and Fast Data Access**



**Samsung's broad line of high-density memory modules delivers the ultimate in computing power, flexibility and performance for servers.**



## DDR2 Features Optimize Server Performance

The need for increased server performance is unrelenting, thus DDR2 SDRAM has taken its place as the high-density standard for server main memory. Its advanced architecture gives DDR2 a host of advantages over earlier standards, such as faster speeds, better signal integrity, lower power consumption and better thermal characteristics. With the industry's broadest product selection, Samsung offers DDR2 as both registered and fully buffered modules in densities up to 8GB and in a range of speeds and configurations to support the needs of performance-conscious users.

Many of DDR2's key features are optimal for servers. For example, DDR2's higher-density memory capabilities produce 20% higher peak bandwidth and support twice the data transfer rate of DDR333. Another DDR2 advantage is increased memory support because DDR2 allows up to four modules per channel compared to three with DDR. In addition, the 38% lower power consumption and reduced heat of DDR2 are ideal for blade and rack servers where air flow may be limited.

## FB DIMMs for Maximum Density

In addition to DDR2 registered DIMMs for servers, Samsung is offering Fully Buffered DIMMs (FBDIMMs) so servers can benefit from the highest possible memory density and bandwidth. Servers equipped with FB-DIMMs can get up to 16 gigabytes per channel of total system memory. This advanced server memory architecture buffers the DRAM data pins from the channel and uses point-to-point links to eliminate the need for a stub bus. The buffers and repeaters help reduce the motherboard routing area. This architecture requires one-third fewer pins than registered DIMMs and also delivers excellent throughput and low latency. The FBDIMM architecture increases the memory channels to provide up to 21.2GB/second of memory bandwidth.

## Powerful New RAS Features

With system reliability so essential in servers as they take on an ever-greater workload, the FB DIMM architecture helps deliver exceptional reliability. Most notable is a silent data error rate of one per 100 years or less, enabled by a robust CRC scheme that protects both commands and data.

Also boosting reliability are features such as transient bit-error detection and retry and "bit-lane fail-over correction." This enables the server board to shut down a bad data path on the fly. Optional bit widths and CRC coverage will be applicable to a wide range of server applications.

## Highly Integrated Samsung DDR2 Components Enable Maximum-density Modules



*Playing an important role in achieving maximum-density DDR2 DIMMs for servers is Samsung's monolithic 1GB chip. Modules based on these highly integrated components enable up to 64GB of server memory density in DDR2 FBDIMMs.*









## DDR2 SDRAM Fully Buffered Modules

| Density | Org | Speed (Mbps) | Part Number | Rank | Composition |
|---------|-----|--------------|-------------|------|-------------|
| 512MB | 64Mx72 | 533/667 | M395T6553EZ4 | 1 | (64Mx8)*9 |
| 1GB | 128Mx72 | 533/667 | M395T2953EZ4 | 2 | (64Mx8)*18 |
| 2GB | 256Mx72 | 533/667 | M395T5750EZ4 | 2 | (128Mx4)*36 |
| 4GB | 512Mx72 | 533/667 | M395T5160CZ4 | 2 | (256Mx4)*36 |

## DDR2 SDRAM Registered Modules

| Density | Org | Speed (Mbps) | Part Number | Rank | Composition |
|---------|-----|--------------|-------------|------|-------------|
| 512MB | 64Mx72 | 400/533/667/800 | M393T6553EZ3** | 1 | (64M x8)*9 |
| 1GB | 128Mx72 | 400/533/667/800 | M393T2950EZ3** | 1 | (128M x4)*18 |
| 1GB | 128Mx72 | 400/533/667/800 | M393T2953EZ3** | 2 | (64M x8)*18 |
| 2GB | 256Mx72 | 400/533/667/800 | M393T5750EZ3** | 2 | (128M x4)*36 |
| 2GB | 256Mx72 | 400/533/667/800 | M393T5660CZ3** | 1 | (256M x4)*18 |
| 2GB | 256Mx72 | 400/533/667/800 | M393T5663CZ3** | 2 | (128M x8)*18 |
| 4GB | 512Mx72 | 400/533/667/800 | M393T5160CZ3** | 2 | (256Mx4)*36 |

All parts lead free    ** includes parity register products

Samsung's lower-power DDR2 DIMMs produce less heat, making them ideal for blade and rack servers.

### World's Highest-Capacity Server Memory

Samsung's most dense FB DIMM offering is an 8GB memory module that is the world's highest-capacity server memory solution.  The module includes 32 2Gb devices based on 80nm technology, plus an Advanced Memory Buffer (AMB) that allows the memory modules to be daisy chained together across a two-way, point-to-point serial bus. The AMB also increases the data transfer speed between memory and CPUs, directly communicating with a memory controller chip.

Whether for single- or dual-core processors or as add-on memory, Samsung's large portfolio of the fully validated DDR2 products meets any needs for advanced server memory.



# Samsung DDR2 for High-performance Desktops

## High-bandwidth DRAM Delivers Greater Speed, Uses Less Power



**Samsung offers the industry's broadest selection of unbuffered DDR2 DIMMs for desktops, available in densities from 256MB to 2GB.**

### Advanced PCs and Workstations Depend on DDR2 SDRAM

DDR2 is today's high-bandwidth memory standard, supporting the threaded applications, improved graphics and multitasking found on the most advanced PCs and workstations. Compared to previous memory solutions, this JEDEC memory standard also has better signal integrity, lower power consumption, and better thermal characteristics.  In addition, the improved speed and density of DDR2 memory is ideal for the dual-core systems that are growing in popularity, where this horsepower can be used for demanding tasks like multiprocessing and manipulating large video or image files.

Samsung offers the industry's broadest selection of unbuffered DDR2 DIMMs for desktops, available in densities from 256MB to 2GB. Advanced memory modules from Samsung are built using cutting-edge manufacturing, with Samsung the first to mass produce 1Gb DDR2 on 60nm-class process technology, which increases production efficiency by 40% over 80nm processes.  Samsung's 60nm DDR2 is available in 512MB, 1GB and 2GB densities in speeds from 400-800Mbps.

Besides having high density, Samsung DDR2 also has high frequency, which is enabled by the company's FBGA packaging technology. Samsung delivers fully validated parts and has the infrastructure in place to help system designers take advantage of today's fastest memory solutions. As the PC industry transitions to Windows Vista – with minimum DRAM requirements of 1GB – Samsung's broad, high-volume line of DDR2 solutions will enable PCs to get the most from this new operating system.

### Special Features

Samsung DDR2 DIMMs adhere to JEDEC's DDR2 specifications by adding core functions that include: off-chip-driver calibration to maintain optimal driver strength; on-die termination for maximum signal integrity; and posted CAS, a command control method to enhance bus efficiency. Samsung's DDR2 DIMMs feature a 4-bit pre-fetch scheme that delivers twice the external bandwidth of DDR memory for the same internal frequency.  As a result, advanced desktops can support better media playback and 3D graphics performance.



## DDR Speed Migration



*DDR2 is today's highest-bandwidth memory technology in volume production, representing an evolution from earlier technologies such as SDR and DDR. Its speed and performance support threaded applications, improved graphics and multitasking.  DDR2 is ideal for dual-core desktops that depend upon advanced memory capabilities and for PCs using Windows Vista.*







## DDR vs. DDR2 Comparison Chart

| Category | DDR | DDR2 | DDR2 Benefits |
|----------|-----|------|---------------|
| Data Rate | 200~400Mbps | 400-800Mbps | Higher system performance |
| Voltage | 2.5V, 2.6V @ 400Mbps | 1.8V | Lower power consumption + better thermal characteristics —> faster speeds and higher capacities |
| Termination | On motherboard | On Die | Better signal integrity, Board real estate savings |
| Chip Package | TSOP | FBGA | Better electrical characteristics |
| Pins/DIMM | 184-pin DIMM | 240-pin DIMM | Support for differential strobes —> Better margins, higher frequencies |

## Samsung DDR2 Unbuffered DIMMs

| Density | Org | Speed (Mbps) | Part Number | Base Composition | Package |
|---------|-----|--------------|-------------|------------------|---------|
| 256MB | 32Mx64 | 400/533/667/800 | M378T3354EZ3 | 512Mb (32Mx16) | Lead-free |
| 512MB | 64Mx64 | 400/533/667/800 | M378T6553EZ3 | 512Mb (16Mx8) | Lead-free |
| 1GB | 128Mx64 | 400/533/667/800 | M378T2953EZ3 | 512Mb (64Mx8) | Lead-free |
| 1GB | 128Mx64 | 400/533/667/800 | M378T2863DZ3 | 1Gb (128Mx8) | Lead-free |
| 2GB | 256Mx64 | 400/533/667/800 | M378T5663DZ3 | 1Gb (128Mx8) | Lead-free |

For more information on Samsung's DDR2 memory technology, visit the Samsung website:

www.samsung.com/us/Products/Semiconductor

**With Samsung DDR2 memory, next-generation desktops can support better media playback and 3D graphics performance.**

# Samsung DDR2 for Portable PCs

**Power, Performance and Improved Battery Life for Notebooks and Portables**



**Samsung DDR2 SODIMMs are available in densities from 256MB to 2GB and feature speeds up to 800Mb/second.**

### Low Power and High Speed for Notebook PCs

DDR2 SDRAM SODIMMs from Samsung deliver significant benefits to portable PC makers. These include a space-saving form factor, low power consumption, improved thermal characteristics, and high bandwidth.

Resulting in greater performance per watt and improved battery life compared to other memory standards, Samsung DDR2 SODIMMs are available in densities from 256MB to 2GB and feature speeds up to 800Mb/second.

### Broadest Selection of DDR2

Samsung DDR2 modules for portable PCs are part of the industry's broadest selection of DDR2 SDRAM solutions that include high-performance memory for today's most advanced mobile, desktop and server systems.

Samsung's DDR2 SODIMMs are based on the company's monolithic component technology and manufactured using its exacting process technology, which currently goes down to 60nm. FBGA packaging technology enables high frequency.

### Advanced Features

Samsung DDR2 SODIMMs adhere to JEDEC's DDR2 specifications by adding core functions that include: off-chip-driver calibration to maintain optimal driver strength; on-die termination for maximum signal integrity; and posted CAS, a command control method to enhance bus efficiency. Samsung's DDR2 SODIMMs feature a 4-bit pre-fetch scheme that delivers more than twice the external bandwidth of DDR memory for the same internal frequency.

### Lower Voltage Improved Battery Life

Samsung's DDR2 modules for portable computers require up to 65% less voltage than DDR400, thus improving battery life. In one test, a notebook PC equipped with Samsung DDR2 memory lasted close to 10% longer before requiring recharging. With portable PCs in broad use among corporate users, the extended battery life can improve mobility and thus productivity. In addition, the increased performance per watt of Samsung DDR2 SODIMMs better supports high-end capabilities in the latest portables. In fact, DDR2 is an important element for the latest chipsets and processors aimed at the portable PC market.



## Power Savings for Portables



1GB DDR2 SODIMM

62.6% reduction

| DDR-400 | DDR2-533 | DDR2-667 | DDR2-800 |
| 9.29 | 3.47 | 3.96 | 4.92 |

*Samsung DDR2 SODIMMs are ideal for portable PCs, with 62.6% less power consumption than DDR. With its lower standby and operating power requirements, DDR2 helps improve battery life while it also supports threaded applications, improved graphics and multitasking.*







## DDR vs. DDR2 Comparison Chart

| Category | DDR | DDR2 | DDR2 Benefits |
|---|---|---|---|
| Data Rate | 200~400Mbps | 400-800Mbps | Higher system performance |
| Voltage | 2.5V, 2.6V @ 400Mbps | 1.8V | Lower power consumption + better thermal characteristics —> faster speeds and higher capacities |
| Termination | On motherboard | On Die | Better signal integrity, Board real estate savings |
| Chip Package | TSOP | FBGA | Better electrical characteristics |
| Pins/DIMM | 184-pin DIMM | 240-pin DIMM | Support for differential strobes —> Better margins, higher frequencies |

## Samsung DDR2 SODIMMs

| Density | Org | Speed | Part Number | Component Composition | Comments |
|---|---|---|---|---|---|
| 256MB | 32Mx64 | 400/533/667/800 | M470T3354EZ3 | (32Mx16)*4 | Lead-free |
| 512MB | 64Mx64 | 400/533/667/800 | M470T6554EZ3 | (32Mx16)*8 | Lead-free |
| 1GB | 128Mx64 | 400/533/667/800 | M470T2953EZ3 | (64Mx8)*16 | Lead-free |
| 2GB | 256Mx64 | 400/533/667/800 | M470T5663CZ3 | (128Mx8)*16 | Lead-free |

All parts 200 pins, 8K/64ms refresh, FBGA package, 1.8V

## Vista Notebooks Need More Memory

The many advantages of DDR2 for portables are particularly evident when it comes to the Windows Vista operating system, which relies on advanced memory technology to make the computing experience more informative, intuitive and helpful. For example, new breakthrough features like SuperFetch work with the memory subsystem to give PCs powerful memory optimization capabilities to boost system responsiveness. In addition, Vista supports optional new memory hardware developed specifically for notebooks and portables.

**Samsung DDR2 SODIMMs deliver greater performance per watt and improved battery life compared to other memory standards.**

# Samsung DDR3 SDRAM
## Next-Generation Memory Will Reach 1.6Gb/second



**Samsung DDR3 Unbuffered DIMMs are available in densities from 512MB to 2GB and DDR3 component densities are 1Gb to 2Gb.**

### Massive Bandwidth and Low Power Consumption

Tomorrow's main memory standard, Samsung DDR3, continues the performance increases and architectural improvements seen in the preceding generations of advanced computer memory. Based on the JEDEC specifications, Samsung DDR3 delivers extremely high bandwidth, with data rates currently up to 1.6Gb/s, while consuming less power than DDR2, at 1.5V. Chips contain an On-Die Thermal Sensor to facilitate system-level thermal management. Dual-gate transistors help reduce current leakage.

### Better Signal Control

Samsung DDR3 modules offer better signal control than DDR2 resulting from DQ shielding, self OCD and a fly-by command/address/control bus with on-DIMM termination. DDR3's increased performance coupled with lower power requirements can benefit desktops, notebooks and servers alike. For example, one test showed that an 800MHz DDR3 SODIMM consumes approximately 30% less power than an equivalent DDR2 module when both perform the same task.

### Easiest Transition Yet

With double data rate SDRAM now moving into its third generation, the transition to DDR3 is expected to be the easiest one yet for designers. In February 2005, Samsung was the first supplier to unveil a DDR3 chip. Samsung is now offering samples quantities of components and modules. Analysts are predicting the DDR3 transition will begin in 2007.

### Advanced Memory for New High-Performance Systems

Higher bandwidth at lower power consumption makes Samsung DDR3 SDRAM ideal for the most performance-hungry hardware. For example, some graphics card suppliers are already adopting GDDR3/GDDR4 because they can support the fastest transfer rates of huge amounts of data. With a latency of only 12 nanoseconds, DDR3 is an ideal memory solution in network applications where frequent random access occurs.



## DDR3 vs. DDR2 SODIMM Power Estimate

*Conditions: 55% page hits, 60% reads, 2pcs, 1-rank SODIMM/2Ch*



*DDR3 not only allows for higher system performance but it also uses only 1.5V of power compared to the 1.8V that DDR2 consumes, thereby extending battery life up to 20 minutes. To further minimize power drain, DDR3 can make use of an on-die heat sensor for improved thermal management.*







## Samsung DDR3 Products

### DDR3 SDRAM Unbuffered Modules

| Density | Org | Speed (Mbps) | Part Number | Rank | Composition | Package |
|---------|-----|--------------|-------------|------|-------------|---------|
| 512MB | 64Mx64 | 800/1066/1333 | M378B6474CZ0 | 1 | 1Gb(64M x16)*4 | RoHS |
| 1GB | 128Mx64 | 800/1066/1333 | M378B2873CZ0 | 1 | 1Gb(128M x8)*8 | RoHS |
| 2GB | 256Mx64 | 800/1066/1333 | M378B5673CZ0 | 2 | 1Gb(128M x8)*16 | RoHS |

### DDR3 SDRAM Components

| Density | Org | Speed (Mbps) | Part Number | Package | Package Dimension |
|---------|-----|--------------|-------------|---------|-------------------|
| 1Gb | 256M x4 | 800/1066/1333 | K4B1G0446C | 94ball FBGA | 11x18mm |
| 1Gb | 128M x8 | 800/1066/1333 | K4B1G0846C | 94ball FBGA | 11x18mm |
| 1Gb | 64M x16 | 800/1066/1333 | K4B1G1646C | 112ball FBGA | 11x18mm |

Voltage: 1.5V

**Samsung DDR3 is the optimal memory for the new generation of powerful, feature-rich computers that use dual- or multi-core processors.**

### High-density Memory Needed for Windows Vista

For main memory, DDR3 is expected to become the memory of choice to accompany the growing market for dual- and multi-core processors and other high-performance products. In a PC industry that is now in transition to Windows Vista, there is a well-documented need for enhanced memory and graphics support to enable rich new feature sets that improve the overall user experience. Samsung DDR3 SDRAM is the optimal memory for this new generation of powerful hardware. Whether installed in new-generation PCs, high-performance workstations or servers,

Samsung DDR3 delivers the unbeatable combination of high bandwidth and density with lower power consumption.

### Key Improvements in DDR3

**Higher Performance with Lower Power Consumption**

- Date rates per pin up to 1600Mbps
- 1.5V VDD & VDDQ to reduce power consumption
- DQ shielding, self calibration and fly-by topology for better signal control
- Thermal sensor inside DRAM for system-level thermal management



**Samsung Semiconductor
Sales Offices**

WEST

Headquarters

3655 North First St.
San Jose, CA 95134
(408) 544-4000

Southwest Technology Center

3351 Michelson Dr.
Suite 250
Irvine, CA  92612
(949) 975-7000

CENTRAL

North Central Sales

2895 Greenspoint Parkway Suite 150
Hoffman Estates, IL  60169
(847) 882-1188

8000 Regency Parkway
Suite 585
Cary, NC  27511
(919) 380-8483

South Central Sales

11044 Research Blvd.
Suite A425
Austin  TX 78759
(512) 342-1904

14643 Dallas Parkway
Suite 320
Dallas, TX  75254
(972) 385—1114

20445 SH 249
Suite 490
Houston, TX  77070
(281) 376-2191

EAST

North East Sales

20 Burlington Mall Rd.   Suite 230
Burlington, MA   01803
(781) 238-6110

300 Westage Business Center
Suite 295
Fishkill, NY 12524
(845) 897-7777

South East Sales

11330 Lakefield Dr.
Bldg. 2, Suite 200
Duluth, GA  30097
(678) 775-3255

LATIN AMERICA

Samsung Semiconductor Mexico

Carretera Base Aerea
5850 Edificio 10
La Mora, Zapopan
Jalisco 45100, Mexico
011-52(33) 3836-6090

**Samsung Semiconductor, Inc.**

3655 North First St., San Jose, CA 95134-1713
TEL: 408-544-4000  FAX: 408-544-4950
www.usa.samsungsemi.com

The appearance of all products, dates, figures, diagrams and tables are subject to change at any time
without notice.

© 2007 Samsung Semiconductor, Inc. is a registered trademark of Samsung Electronics Co. Ltd.
All other names and brands may be claimed as the property of others.

BR-07-SDRAM-001  Printed 5/07

Library of Congress Cataloging in Publication Data

Christie, Linda Gail.
   The encyclopedia of microcomputer terminology.

   "A Spectrum Book."
   1. Microcomputers—Dictionaries.    I. Christie,
John (date).    II. Title.
QA76.15.C468   1984          001.64′03′21          84-2055
ISBN 0-13-276098-3
ISBN 0-13-276080-0 (pbk.)

---

## To P. M. Fielding

---

© 1984 by Prentice-Hall, Inc., Englewood Cliffs, New Jersey 07632.
All rights reserved. No part of this book may be reproduced in any form
or by any means without permission in writing from the publisher.
A Spectrum Book. Printed in the United States of America.

10  9  8  7  6  5  4  3  2  1

ISBN 0-13-276098-3

ISBN 0-13-276080-0 {PBK.}

Editorial/production supervision by Elizabeth Torjussen
Cover design © 1984 by Jeannette Jacobs
Manufacturing buyer: Joyce Levatino

This book is available at a special discount when ordered in
bulk quantities. Contact Prentice-Hall, Inc., General
Publishing Division, Special Sales, Englewood Cliffs, N.J. 07632.

Prentice-Hall International, Inc., *London*
Prentice-Hall of Australia Pty. Limited, *Sydney*
Prentice-Hall Canada Inc., *Toronto*
Prentice-Hall of India Private Limited, *New Delhi*
Prentice-Hall of Japan, Inc., *Tokyo*
Prentice-Hall of Southeast Asia Pte. Ltd., *Singapore*
Whitehall Books Limited, *Wellington, New Zealand*
Editora Prentice-Hall do Brasil Ltda., *Rio de Janeiro*

unused, such as when the CPU is decoding an instruction or doing register-to-register operations. This permits the CPU to run full speed while I/O occurs.

**ACCESS, DIRECT**: *See* access, random.

**ACCESS, DIRECT MEMORY (DMA)**: A technique for connecting to and communicating (interfacing) with fast computer peripherals; for example, disk drive units. The DMA is the superhighway for microcomputer input and output of information. DMA provides a method for transferring data between a device and memory without the aid of the computer processor (CPU). The DMA machine generates signals necessary for controlling both the memory bus (line) and I/O bus. *See also* access, burst DMA and access, cycle-steal DMA.

**ACCESS, IMMEDIATE**: Refers to an almost instantaneous transfer of information. Often immediate access devices are directly connected to each other; for example, a register (counter) directly connected to an arithmetic unit. Synonymous with zero access and instantaneous access.

**ACCESS, PARALLEL**: The process of transferring information to or from a storage (memory) device where an entire byte is transferred at the same time. For example, in an 8-bit microcomputer, a single byte of information (character) consisting of 8 bits (binary zeroes and ones) travels simultaneously through 8 wires (in parallel). Also known as simultaneous access. Contrast with serial access.

**ACCESS, RANDOM**: An information storage or retrieval process that allows the processor to go directly to the memory location without reading all the data between the last information accessed and the information sought. Examples of random access memory devices are hard disks, floppy disks, and internal memory (RAM and ROM). Contrast with access, sequential.

**ACCESS, SEQUENTIAL**: An information retrieval or storage process that scans memory from a given location to the next adjacent location and so on; for example cassette tape. Contrast with access, random.

**ACCESS, SERIAL**: The process of transferring information to or from a storage device in a sequential manner. Each bit (zero and one) travels down one wire in single file or bit-by-bit. Contrast with access, parallel.

**ACCESS TIME**: Also called write time, read time, and waiting time. The interval between the time information is requested and it is received (read time). Also refers to the interval between sending information to storage (memory) and the time storage is completed (write time). Also, the time required by the central processing unit to transmit or receive a byte or block of information to or from memory. Access time is often used as a means of rating computer and storage peripheral (tapes and disks) performance, much as cars may be rated by horsepower.

**AC CIRCUIT BREAKER**: An electrical device that under normal operating conditions is used to both close and interrupt an AC power circuit; and under faulty or emergency conditions, used to interrupt (trip) an AC circuit. For example, if a device shorts out, the surge of excessive current trips the circuit breaker. Unlike a fuse, the circuit breaker can be reset without replacing any parts. Circuit breakers protect equipment and operators from electrical damage.

**AC COUPLING**: *See* coupling, AC.

**ACCUMULATOR (ACC)**: A storage device (register or counter) that temporarily retains numbers (memory addresses, arithmetic solutions, indexes, or operation instructions) for the microprocessor to use. These numbers tell the

UNIVERSITY OF WASHINGTON LIBRARY SEATTLE

# FOREWORD

Amazing and exciting, confusing and frustrating, and, above all else, an undeniable presence in our lives. Love them or hate them, computers are entering everyone's life. On the desk, in the car, and across the counter at the bank, computers are performing certain tasks for people thousands of times more quickly and efficiently than the best of human minds. And yet, even though these devices are encountered daily, most people are still unfamiliar with how they work and with the basic terminology used in the computer industry. All of a sudden, due to the rapid advancements in technology, "bits" and "bytes," "hardware" and "software," are terms that must be understood by all of us so that we may function more effectively in the business world, in scientific activities, in academic studies, and in discussions with our school-age children.

Unfortunately, the proliferating literature dealing with computers often assumes that the reader is familiar with the various terms used in the field. Anyone uncertain of their meanings can quickly get lost in the maze of jargon and buzzwords employed by more experienced computer users.

This dictionary has been compiled in an effort to provide brief but precise definitions for those terms most commonly encountered in the computer industry today. Wherever possible, technical terms have been avoided so that the definitions might be easily read and understood. Where a proper understanding of a term depends upon the comprehension of another term, the reader is directed to it by a cross-reference, set in small capital letters. The main goal of the compilers of this work has been to provide newcomers to the computer field with definitions for those terms they are most likely to read or hear. This work is also intended to provide a quick reference for those terms

iii

Copyright © 1983 by Simon & Schuster, Inc.

All rights reserved
including the right of reproduction
in whole or in part in any form

Published by New World Dictionaries/Simon and Schuster
A Division of Simon & Schuster, Inc.
Simon & Schuster Building
Rockefeller Center
1230 Avenue of the Americas
New York, New York 10020

*Dictionary Editorial Offices: New World Dictionaries,
850 Euclid Avenue, Cleveland, Ohio 44114*

SIMON AND SCHUSTER, TREE OF KNOWLEDGE, WEBSTER'S NEW WORLD and colophons are trademarks of Simon & Schuster, Inc.

Manufactured in the United States

10  9  8  7  6  5  4  3  2  1

0-671-46866-9

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's new world dictionary of computer terms.

1. Computers—Dictionaries. 2. Electronic data processing—Dictionaries.  I. Darcy, Laura.  II. Boston, Louise.  III. Title: New world dictionary of computer terms.
QA76.15.W37   1983    001.64'03'21        83-9415

**access** **1** to store data in, or retrieve it from, storage **2** the ability to so store or retrieve data

**access arm** a mechanism that supports and positions one or more READ–WRITE HEADS on a disk

**access mechanism** the mechanism that supports the access arms on a disk drive and moves them in unison over the disk recording surface

**access method** a programming technique for storing and retrieving data between main memory and an input/output device

**accessory** a peripheral device, such as a disk drive

**access time** **1** the length of time required to store or retrieve data between main memory and an external storage device: access time for data stored on disk is calculated by taking the sum of the SEEK TIME and ROTATIONAL DELAY time and is used in predicting the amount of time a given application will need to access a file. The access time for data stored on tape depends on the physical location of the data on the tape, since a specific record can only be accessed by first accessing all the data that precedes it in the file **2** the length of time required to access a word in main memory

**accumulator** a register in the ALU used for arithmetic operations and for loading and storing data between the CPU and main memory; for example, the accumulator performs an add operation by adding an incoming number to its contents and replacing its contents with the sum

**accumulator register** ACCUMULATOR

**accuracy** the degree to which the result of an arithmetic operation is free from error: for example, a three-digit number that is correctly computed is accurate, whereas a four-digit num-

---

ber that is incorrectly computed is inaccurate but has greater precision Compare PRECISION

**accuracy control character** a COMMUNICATIONS CONTROL CHARACTER indicating that an error in data transmission has occurred, that the data sent is to be disregarded, or that the data cannot be represented on the receiving device

**ACK** clipped form of ACKNOWLEDGE CHARACTER

**acknowledge character** **1** a COMMUNICATIONS CONTROL CHARACTER transmitted by the receiving device to the sending device to indicate that the data sent has been received correctly **2** ACCURACY CONTROL CHARACTER

**acknowledgment** in data communications, the transmission of acknowledge characters from the receiving device to the sending device, indicating that the data sent has been received correctly

**ACM** abbreviation for ASSOCIATION FOR COMPUTING MACHINERY an association formed to advance the development of information processing as a science and to promote the exchange of information among professionals and the public

**acoustic coupler** a type of modem that provides the communication between a remote terminal and the computer by converting data into a sequence of tones and transmitting the tones over standard telephone lines. The tones are reconverted to binary digits by a modem at the receiving station: the acoustic coupler is connected by inserting a standard telephone handset into two rubber cups that are attached directly to the terminal or to a separate modem

**acronym** a word formed from the first (or first few) letters of each of a group of words: for ex-