1  MICHAEL J. BETTINGER (STATE BAR NO. 122196)
   TIMOTHY P. WALKER, PHD (STATE BAR NO. 105001)
2  HAROLD H. DAVIS, JR. (STATE BAR NO. 235552)
3     mike.bettinger@klgates.com
      timothy.walker@klgates.com
4     harold.davis@klgates.com
   K&L GATES
5  55 Second Street, Suite 1700
   San Francisco, CA 94105-3493
6  Telephone: (415) 882-8200
7  Facsimile: (415) 882-8220

8  Attorneys for Plaintiff and Counter-Defendant
   WISTRON CORPORATION and
9  Counter-Defendant WISTRON
   INFOCOMM (TEXAS) CORPORATION
10

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN FRANCISCO DIVISION
14

| | |
|---|---|
| 15  WISTRON CORPORATION,<br><br>16         Plaintiff and Counter-Defendant,<br><br>17    vs.<br><br>18  SAMSUNG ELECTRONICS CO., LTD.,<br><br>19         Defendant and Counter-Plaintiff<br>20<br><br>21<br>    SAMSUNG ELECTRONICS CO., LTD.,<br>22<br>           Counter-Plaintiff,<br>23    vs.<br><br>24  WISTRON CORPORATION, and<br>25  WISTRON INFOCOMM (TEXAS)<br>    CORPORATION<br>26<br>           Counter-Defendants.<br>27 | Case No. C 07-04748 VRW<br><br>**[PROPOSED] ORDER GRANTING WISTRON CORPORATION AND WISTRON INFOCOMM (TEXAS) CORPORATION'S MOTION TO STRIKE DR. WEDIG'S TESTIMONY AND EXTRINSIC EVIDENCE NOT DISCLOSED PER PATENT L.R. 4-2**<br><br>Claim Construction Hearing:<br>Date: August 7, 2008<br>Time: 2:30 p.m.<br>Dept: 6<br>Judge: Hon. Vaughn R. Walker |

28

[PROPOSED] ORDER GRANTING WISTRON'S                1
MOTION TO STRIKE DR. WEDIG'S
TESTIMONY AND EXTRINSIC EVIDENCE
NOT DISCLOSED PER PATENT L.R. 4-2
Case No. C07-04748-VRW

1. Having considered Plaintiff and Counter-Defendants Wistron Corporation and Wistron Infocomm (Texas) Corporation's (collectively, "Wistron") Motion to Strike Dr. Wedig's Testimony and Extrinsic Evidence Not Disclosed Per Patent L.R. 4-2, the supporting and opposing papers, all other relevant pleadings and papers filed in this action, and the arguments of counsel,

IT IS HEREBY ORDERED that Wistron's Motion to Strike Dr. Wedig's Testimony and Extrinsic Evidence Not Disclosed Per Patent L.R. 4-2, is **GRANTED**.

**IT IS SO ORDERED.**

DATED: _____, 2008

_____
The Honorable Vaughn R. Walker

[PROPOSED] ORDER GRANTING WISTRON'S
MOTION TO STRIKE DR. WEDIG'S
TESTIMONY AND EXTRINSIC EVIDENCE
NOT DISCLOSED PER PATENT L.R. 4-2
Case No. C07-04748-VRW

2