MICHAEL J. BETTINGER (STATE BAR NO. 122196)
TIMOTHY P. WALKER, PHD (STATE BAR NO. 105001)
HAROLD H. DAVIS, JR. (STATE BAR NO. 235552)
  mike.bettinger@klgates.com
  timothy.walker@klgates.com
  harold.davis@klgates.com
K&L GATES
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Plaintiff and Counter-Defendant
WISTRON CORPORATION and
Counter-Defendant WISTRON
INFOCOMM (TEXAS) CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION,<br><br>    Plaintiff and Counter-Defendant,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>    Defendant and Counter-Plaintiff<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>    Counter-Plaintiff,<br>vs.<br><br>WISTRON CORPORATION, and<br>WISTRON INFOCOMM (TEXAS)<br>CORPORATION<br><br>    Counter-Defendants. | Case No. C 07-04748 VRW<br><br>**DECLARATION OF CHRISTY V. LA PIERRE IN SUPPORT OF WISTRON CORPORATION AND WISTRON INFOCOMM (TEXAS) CORPORATION'S MOTION TO STRIKE DR. WEDIG'S TESTIMONY AND EXTRINSIC EVIDENCE NOT DISCLOSED PER PATENT L.R. 4-2**<br><br>Claim Construction Hearing:<br>Date: August 7, 2008<br>Time: 2:30 p.m.<br>Dept: 6<br>Judge: Hon. Vaughn R. Walker |

DECLARATION OF CHRISTY V. LA PIERRE IN SUPPORT
OF WISTRON'S MOTION TO STRIKE DR. WEDIG'S
TESTIMONY AND EXTRINSIC EVIDENCE
NOT DISCLOSED PER PATENT L.R. 4-2
Case No. C07-04748-VRW

1

I, Christy V. La Pierre, declare as follows:

1. I am an attorney employed by the law firm of Kirkpatrick and Lockhart Preston Gates Ellis LLP, counsel for Plaintiff and Counter-Defendants Wistron Corporation and Wistron Infocomm (Texas) Corporation (collectively, "Wistron"), in the above-entitled action. I am familiar with the matters set forth in this declaration based upon my own personal knowledge and upon my review of the files maintained for this case. If called as a witness, I could and would competently testify to the following facts.

2. On April 21, 2008, Wistron and Defendant and Counter-Plaintiff Samsung Electronics Co., Ltd., ("Samsung") submitted their Joint Claim Construction and Prehearing Statement ("JCCS") to the Court [Dkt. #43].

3. As part of the JCCS, Samsung cited three dictionary references as extrinsic evidence:

(1) The American Heritage Dictionary of the English Language, Third Edition, p. 395 (1992) *See* Exhibit G [Dkt. #43] at **configured to receive**;

(2) The American Heritage Dictionary of the English Language, Fourth Edition, p. 386 (2000) *See* Exhibit G [Dkt. #43] at **configured to receive**; and

(3) The Random House Dictionary of the English Language, Unabridged, Second Edition, p. 428 (1987) *See* Exhibit G [Dkt. #43] at **configured to receive**.

4. Samsung did not exchange copies of these references or identify them by production number as required by Patent L.R. 4-2.

5. On April 21, 2008, Samsung did however produce two dictionary references, which they cited as extrinsic evidence in the JCCS: (1) Microsoft Press Computer Dictionary, pg. 194, (1991); and (2) Merriam Webster's Collegiate Dictionary, Tenth Edition, 1996.

6. Additionally, Samsung recently filed its opening claim construction brief [Dkt. #56] and the Declaration of Dr. Robert G. Wedig in support of Samsung's claim construction brief [Dkt. #59].

7. The brief and declaration cite extrinsic evidence that was <u>not</u> identified or exchanged per Patent L.R. 4-2.

I declare under penalty of perjury under the laws of the United States of America that the

DECLARATION OF CHRISTY V. LA PIERRE IN SUPPORT
OF WISTRON'S MOTION TO STRIKE DR. WEDIG'S
TESTIMONY AND EXTRINSIC EVIDENCE
NOT DISCLOSED PER PATENT L.R. 4-2
Case No. C07-04748-VRW

2

1  foregoing is true and correct. Executed on June 23, 2008, at San Francisco, California.

*[signature]*

Christy V. La Pierre

DECLARATION OF CHRISTY V. LA PIERRE IN SUPPORT
OF WISTRON'S MOTION TO STRIKE DR. WEDIG'S            3
TESTIMONY AND EXTRINSIC EVIDENCE
NOT DISCLOSED PER PATENT L.R. 4-2
Case No. C07-04748-VRW