IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISTRON CORPORATION, a Taiwan corporation,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v<br><br>SAMSUNG ELECTRONICS CO, a Republic of Korea corporation,<br><br>    Defendant and Counterclaim Plaintiff,<br><br>    v<br><br>WISTRON INFOCOMM (TEXAS) CORPORATION,<br><br>    Counterclaim Defendant. | No   C 07-4748 VRW<br><br>ORDER |

         On June 18, 2008, the court ordered Samsung to produce to Wistron two documents that Samsung had withheld on the basis of attorney client privilege. Doc #72. On June 23, 2008, Samsung requested leave to file a motion for reconsideration on the ground

1  that the question whether the documents are privileged was never
2  properly briefed.  Doc #81.
3      Wistron shall file either a response or a statement of
4  non-opposition to Samsung's motion by 5pm on June 25, 2008.
5      Samsung shall file under seal copies of the two disputed
6  documents, also by 5pm on June 25, 2008.

10      IT IS SO ORDERED.

13  VAUGHN R WALKER
    United States District Chief Judge