1  MICHAEL J. BETTINGER (STATE BAR No. 122196)
   TIMOTHY P. WALKER, PHD (STATE BAR No. 105001)
2  HAROLD H. DAVIS, JR. (STATE BAR No.  235552)
     mike.bettinger@klgates.com
3    timothy.walker@klgates.com
     harold.davis@klgates.com
4  K&L GATES
5  55 Second Street, Suite 1700
   San Francisco, CA 94105-3493
6  Telephone: (415) 882-8200
7  Facsimile: (415) 882-8220

8  Attorneys for Plaintiff and Counter-Defendant
   WISTRON CORPORATION and
9  Counter-Defendant WISTRON
   INFOCOMM (TEXAS) CORPORATION
10

11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
                     SAN FRANCISCO DIVISION
14

15  WISTRON CORPORATION,
                                            Case No. C 07-04748 VRW
16           Plaintiff and Counter-Defendant,
                                            **DECLARATION OF CHRISTY V. LA**
17  vs.                                     **PIERRE IN SUPPORT OF WISTRON**
                                            **CORPORATION AND WISTRON**
18  SAMSUNG ELECTRONICS CO., LTD.,          **INFOCOMM (TEXAS) CORPORATION'S**
                                            **OPPOSITION TO SAMSUNG**
19           Defendant and Counter-Plaintiff **ELECTRONICS CO. LTD.'S MOTION**
                                            **FOR LEAVE TO FILE A MOTION FOR**
20                                          **RECONSIDERATION UNDER L.R. 7-9**

21
    SAMSUNG ELECTRONICS CO., LTD.,
22
             Counter-Plaintiff,
23  vs.

24
    WISTRON CORPORATION, and
25  WISTRON INFOCOMM (TEXAS)
    CORPORATION
26
             Counter-Defendants.
27

28
    DECLARATION OF CHRISTY V. LA PIERRE IN SUPPORT          1
    OF WISTRON'S OPPOSITION TO SAMSUNG'S
    MOTION FOR LEAVE TO FILE A MOTION FOR
    RECONSIDERATION UNDER L.R. 7-9.
    Case No. C07-04748-VRW

I, Christy V. La Pierre, declare as follows:

1.      I am an attorney employed by the law firm of Kirkpatrick and Lockhart Preston Gates Ellis LLP, counsel for Plaintiff and Counter-Defendants Wistron Corporation and Wistron Infocomm (Texas) Corporation (collectively, "Wistron"), in the above-entitled action. I am familiar with the matters set forth in this declaration based upon my own personal knowledge and upon my review of the files maintained for this case. If called as a witness, I could and would competently testify to the following facts.

2.      On June 12, 2008, Defendant and Counter-Plaintiff Samsung Electronics Co., Ltd., ("Samsung") supplemented its answer to Wistron's Interrogatory No. 1.

3.      Samsung's response to this interrogatory regarding the details of conception, reduction to practice, and development of the inventions asserted in the patents-in-suit, cited to items 857 and 987 on its privilege log.

4.      These entries were Invention Disclosure Statements ("IDS").

5.      Document no. 857 is an Invention Disclosure Statement submitted by Edward Mann to Wang Laboratories, Inc., Patent Department and document no. 987 is an Invention Disclosure Statement submitted by Roy Tanikawa and Hien Le to AST Research, Inc., Legal Department.

6.      On June 12, 2008, Wistron submitted a letter to the Court stating that the entries on the privilege log identifying the IDSs should be disclosed because the privilege log did not show that the documents were privileged, and that they presumably only contained factual information [Dkt. #62].

7.      On June 13, 2008, the parties had a hearing with Judge Walker on (a) discovery protocol; (b) the production of third party documents; and (c) Samsung's response to Wistron's Interrogatory No. 1.

8.      On June 16, 2008, the Court ordered Wistron to produce the privilege log in order to consider Wistron's contentions from its June 12, 2008 letter to the Court [Dkt. #69].

9.      On June 17, 2008, Wistron produced Samsung's privilege log [Dkt. #71].

1    10.    On June 18, 2008, the Court ordered Samsung to produce the IDSs that Samsung had

2  withheld on the basis of attorney client privilege [Dkt. #72].

3    I declare under penalty of perjury under the laws of the United States of America that the

4  foregoing is true and correct. Executed on June 25, 2008, at San Francisco, California.

5

6

7                                    Christy V. La Pierre

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28