MICHAEL J. BETTINGER (STATE BAR NO. 122196)
TIMOTHY P. WALKER, PHD (STATE BAR NO. 105001)
HAROLD H. DAVIS, JR. (STATE BAR NO. 235552)
  mike.bettinger@klgates.com
  timothy.walker@klgates.com
  harold.davis@klgates.com
K&L GATES
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Plaintiff and Counter-Defendant
WISTRON CORPORATION and
Counter-Defendant WISTRON
INFOCOMM (TEXAS) CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION,<br><br>    Plaintiff and Counter-Defendant,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>    Defendant and Counter-Plaintiff | Case No. C 07-04748 VRW<br><br>**[PROPOSED] ORDER GRANTING WISTRON CORPORATION AND WISTRON INFOCOMM (TEXAS) CORPORATION'S OPPOSITION TO SAMSUNG ELECTRONICS CO. LTD.'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION UNDER L.R. 7-9** |
| SAMSUNG ELECTRONICS CO., LTD.,<br><br>    Counter-Plaintiff,<br><br>vs.<br><br>WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION<br><br>    Counter-Defendants. | |

[PROPOSED] ORDER GRANTING WISTRON'S
OPPOSITION TO SAMSUNG'S
MOTION FOR LEAVE TO FILE A MOTION FOR
RECONSIDERATION UNDER L.R. 7-9.
Case No. C07-04748-VRW

1

1  Having considered Plaintiff and Counter-Defendants Wistron Corporation and Wistron
2  Infocomm (Texas) Corporation's (collectively, "Wistron") Opposition to Defendant and Counter-
3  Plaintiff Samsung Electronics Co., Ltd.'s, ("Samsung") Motion For Leave to File A Motion For
4  Reconsideration Under L.R. 7-9, the supporting and opposing papers, all other relevant pleadings
5  and papers filed in this action, and the arguments of counsel,

6  IT IS HEREBY ORDERED that Wistron's Opposition to Samsung's Motion For Leave to
7  File A Motion For Reconsideration Under L.R. 7-9, is **GRANTED**.

8  **IT IS SO ORDERED.**

10
11  DATED: _____, 2008     _____
                                            The Honorable Vaughn R. Walker

[PROPOSED] ORDER GRANTING WISTRON'S         2
OPPOSITION TO SAMSUNG'S
MOTION FOR LEAVE TO FILE A MOTION FOR
RECONSIDERATION UNDER L.R. 7-9.
Case No. C07-04748-VRW