MICHAEL J. BETTINGER (STATE BAR NO. 122196)
TIMOTHY P. WALKER, PHD (STATE BAR NO. 105001)
HAROLD H. DAVIS, JR. (STATE BAR NO. 235552)
   mike.bettinger@klgates.com
   timothy.walker@klgates.com
   harold.davis@klgates.com
K&L GATES
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Plaintiff and Counter-Defendant
WISTRON CORPORATION and
Counter-Defendant WISTRON
INFOCOMM (TEXAS) CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION,<br><br>Plaintiff and Counter-Defendant,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>Defendant and Counter-Plaintiff<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>Counter-Plaintiff,<br><br>vs.<br><br>WISTRON CORPORATION, and<br>WISTRON INFOCOMM (TEXAS)<br>CORPORATION<br><br>Counter-Defendants. | Case No. C 07-04748 VRW<br><br>**WISTRON CORPORATION AND WISTRON INFOCOMM (TEXAS) CORPORATION'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |

    Pursuant to Civil Local Rules 7-11 and 79-5(d), Plaintiff and Counter-Defendants Wistron Corporation and Wistron Infocomm (Texas) Corporation (collectively, "Wistron") hereby requests an order to file under seal:

(1)     Exhibit A to Wistron's Opposition to Samsung's Motion For Leave To File A Motion For Reconsideration Under L.R. 7-9 (Invention Disclosure Statement for the '273 patent).

    Wistron must seek leave to file item 1 under seal because it constitutes material designated as "Confidential – Attorneys' Eyes Only" by Defendant and Counter-Plaintiff Samsung Electronics Co., Ltd. ("Samsung"). (Declaration of Christy V. La Pierre in Support of Wistron's Miscellaneous Administrative Request To File Documents Under Seal, ¶ 2).

DATED: June 25, 2008

K&L GATES

By _____ for
Michael J. Bettinger
Timothy P. Walker
Harold H. Davis, Jr.
Attorneys for Plaintiff and Counter-Defendant
WISTRON CORPORATION and Counter-Defendant WISTRON INFOCOMM (TEXAS) CORPORATION