MICHAEL J. BETTINGER (STATE BAR NO. 122196)
TIMOTHY P. WALKER, PHD (STATE BAR NO. 105001)
HAROLD H. DAVIS, JR. (STATE BAR NO. 235552)
  mike.bettinger@klgates.com
  timothy.walker@klgates.com
  harold.davis@klgates.com
K&L GATES
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Plaintiff and Counter-Defendant
WISTRON CORPORATION and
Counter-Defendant WISTRON
INFOCOMM (TEXAS) CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION,<br><br>    Plaintiff and Counter-Defendant,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>    Defendant and Counter-Plaintiff<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>    Counter-Plaintiff,<br><br>vs.<br><br>WISTRON CORPORATION, and<br>WISTRON INFOCOMM (TEXAS)<br>CORPORATION<br><br>    Counter-Defendants. | Case No. C 07-04748 VRW<br><br>**DECLARATION OF CHRISTY V. LA PIERRE IN SUPPORT OF WISTRON CORPORATION AND WISTRON INFOCOMM (TEXAS) CORPORATION'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |

DECLARATION OF CHRISTY V. LA PIERRE
IN SUPPORT OF WISTRON'S
MISCELLANEOUS ADMINISTRATIVE REQUEST
TO FILE DOCUMENTS UNDER SEAL

Case No. C07-04748-VRW

1

I, Christy V. La Pierre, declare as follows:

1. I am an attorney employed by the law firm of Kirkpatrick and Lockhart Preston Gates Ellis LLP, counsel for Plaintiff and Counter-Defendants Wistron Corporation and Wistron Infocomm (Texas) Corporation (collectively, "Wistron"), in the above-entitled action. I am familiar with the matters set forth in this declaration based upon my own personal knowledge and upon my review of the files maintained for this case. If called as a witness, I could and would competently testify to the following facts.

2. Wistron must seek leave to file item 1 under seal because it constitutes material designated as "Confidential – Attorneys' Eyes Only" by Defendant and Counter-Plaintiff Samsung Electronics Co., Ltd. ("Samsung").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 25, 2008, at San Francisco, California.

Christy V. La Pierre

DECLARATION OF CHRISTY V. LA PIERRE
IN SUPPORT OF WISTRON'S
MISCELLANEOUS ADMINISTRATIVE REQUEST
TO FILE DOCUMENTS UNDER SEAL

2

Case No. C07-04748-VRW