1  MICHAEL J. BETTINGER (STATE BAR NO. 122196)
   TIMOTHY P. WALKER, PHD (STATE BAR No. 105001)
2  HAROLD H. DAVIS, JR. (STATE BAR NO. 235552)
     mike.bettinger@klgates.com
3    timothy.walker@klgates.com
     harold.davis@klgates.com
4  K&L GATES
5  55 Second Street, Suite 1700
   San Francisco, CA 94105-3493
6  Telephone: (415) 882-8200
7  Facsimile: (415) 882-8220

8  Attorneys for Plaintiff and Counter-Defendant
   WISTRON CORPORATION and
9  Counter-Defendant WISTRON
   INFOCOMM (TEXAS) CORPORATION
10

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                         SAN FRANCISCO DIVISION
14

| | |
|---|---|
| WISTRON CORPORATION,<br><br>  Plaintiff and Counter-Defendant,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>  Defendant and Counter-Plaintiff | Case No. C 07-04748 VRW<br><br>**[PROPOSED] ORDER GRANTING WISTRON CORPORATION AND WISTRON INFOCOMM (TEXAS) CORPORATION'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |
| SAMSUNG ELECTRONICS CO., LTD.,<br><br>  Counter-Plaintiff,<br>  vs.<br><br>WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION<br><br>  Counter-Defendants. | |

1    After consideration of the miscellaneous administrative request of Plaintiff and Counter-
2 Defendants Wistron Corporation and Wistron Infocomm (Texas) Corporation's (collectively,
3 "Wistron") to file under seal: (1) Exhibit A to Wistron's Opposition to Samsung's Motion For Leave
4 To File A Motion For Reconsideration Under L.R. 7-9 (Invention Disclosure Statement for the '273
5 patent), Wistron's request is hereby GRANTED.

   IT IS HEREBY ORDERED that the above materials shall be filed under seal.

   **IT IS SO ORDERED.**

   DATED: _____, 2008                    _____
                                                  The Honorable Vaughn R. Walker