MICHAEL J. BETTINGER (STATE BAR NO. 122196)
TIMOTHY P. WALKER, PHD (STATE BAR NO. 105001)
HAROLD H. DAVIS, JR. (STATE BAR NO. 235552)
  mike.bettinger@klgates.com
  timothy.walker@klgates.com
  harold.davis@klgates.com
K&L GATES
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Plaintiff and Counter-Defendant
WISTRON CORPORATION and
Counter-Defendant WISTRON
INFOCOMM (TEXAS) CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION,<br><br>    Plaintiff and Counter-Defendant,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>    Defendant and Counter-Plaintiff<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>    Counter-Plaintiff,<br><br>vs.<br><br>WISTRON CORPORATION, and<br>WISTRON INFOCOMM (TEXAS)<br>CORPORATION<br><br>    Counter-Defendants. | Case No. C 07-04748 VRW<br><br>[PROPOSED] **ORDER GRANTING WISTRON CORPORATION AND WISTRON INFOCOMM (TEXAS) CORPORATION'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |

[PROPOSED] ORDER GRANTING WISTRON'S
MISCELLANEOUS ADMINISTRATIVE REQUEST
TO FILE DOCUMENTS UNDER SEAL
Case No. C07-04748-VRW

1

1   After consideration of the miscellaneous administrative request of Plaintiff and Counter-
2   Defendants Wistron Corporation and Wistron Infocomm (Texas) Corporation's (collectively,
3   "Wistron") to file under seal: (1) Exhibit A to Wistron's Opposition to Samsung's Motion For Leave
4   To File A Motion For Reconsideration Under L.R. 7-9 (Invention Disclosure Statement for the '273
5   patent), Wistron's request is hereby GRANTED.

   IT IS HEREBY ORDERED that the above materials shall be filed under seal.

   **IT IS SO ORDERED.**

   DATED: __July 1,_____, 2008



[PROPOSED] ORDER GRANTING WISTRON'S
MISCELLANEOUS ADMINISTRATIVE REQUEST
TO FILE DOCUMENTS UNDER SEAL
Case No. C07-04748-VRW

2