IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WISTRON CORPORATION,

    Plaintiff,

  v.

SAMSUNG ELECTRONICS CO., LTD.,

    Defendant.

No. C 07-4748 VRW

**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD;

YOU ARE NOTIFIED THAT the Court has rescheduled the Claim Construction hearing and Samsung's Motion for Leave to Amend Counterclaims To Add Additional Party to <u>September 10, 2008 at 10:00 a.m.</u>  Please report to Courtroom 6, on the 17th floor, 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: July 7, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*

Courtroom Deputy Clerk to
Chief Judge Vaughn R Walker

email: cora_delfin-klein@cand.uscourts.gov