IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WISTRON CORPORATION,

    Plaintiff,

  v.

SAMSUNG ELECTRONICS CO. LTD.,

    Defendant.
_____/

No. C 07-4748 VRW

**SECOND CLERK'S NOTICE** CONTINUING HEARING

TO ALL PARTIES AND COUNSEL OF RECORD:

The new hearing date for the Claims Construction, Wistron's Motion to Strike Dr Wedig's Testimony and Extrinsic Evidence not disclosed per Patent LR 4-2 and Samsung's Motion for Leave to Amend Counterclaims to Add Party has been set for September 17, 2008 at 10:00 AM. Please report to Courtroom 6, on the 17th floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: July 10, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

By: _Cora Klein_
Courtroom Deputy Clerk to
Chief Judge Vaughn R Walker

email: cora_delfin-klein@cand.uscourts.gov