MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
ELIZABETH DAY, Bar No. 177125
elizabeth.day@dlapiper.com
TIMOTHY LOHSE, Bar No. 177230
timothy.lohse@dlapiper.com
SAL LIM, Bar No. 211836
sal.lim@dlapiper.com
GREGORY J. LUNDELL, Bar No. 234941
greg.lundell@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counterclaim-Plaintiff
SAMSUNG ELECTRONICS CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION, a Taiwan corporation,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation,<br><br>Defendant and Counter-Plaintiff.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION,<br><br>Counterclaim-Defendants. | CASE NO. C-07-4748 VRW<br><br>**DECLARATION OF M. ELIZABETH DAY IN SUPPORT OF SAMSUNG ELECTRONICS CO., LTD.'S OPPOSITION TO MOTION TO STRIKE DR. WEDIG'S TESTIMONY AND EXTRINSIC EVIDENCE NOT DISCLOSED PER PATENT L.R. 4-2**<br><br>Date: September 17, 2008<br>Time: 10:00 A.M.<br>Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |

DLA PIPER US LLP
EAST PALO ALTO

WEST\21463677.2

DECLARATION OF M. ELIZABETH DAY ISO OPPOSITION TO MOTION TO STRIKE
CASE NO. C-07-4748 VRW

I, M. Elizabeth Day, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court and am a partner with the law firm of DLA Piper US LLP, counsel for Samsung Electronics Co., Ltd. ("Samsung"). I have personal knowledge of the facts stated herein and if called as a witness, could and would competently testify hereto.

2. A true and correct copy of Samsung's March 31, 2008 Preliminary Proposed Constructions and Extrinsic Evidence pursuant to Patent L.R. 4-2 is attached hereto as Exhibit A.

3. On March 31, 2008, Samsung produced copies of the dictionary pages containing the definition of "configure."

4. Excerpts of "Inside the IBM PC" by Richard Norton are publicly available and were produced and relied upon by Defendant Compal Electronics in prior litigation involving the '273 patent.

5. The Phoenix 82086 BIOS was previously produced by Samsung to Wistron on January 8, 2008.

6. A true and correct copy of this Court's citation to the Phoenix 82086 BIOS in its May, 2005 Markman order is attached hereto as Exhibit B.

7. On April 7, 2008, Sal Lim, counsel for Samsung, proposed that the parties postpone expert depositions regarding claim construction until after each party served expert declarations. On April 10, 2008, Harold Davis, counsel for Wistron, rejected this proposal.

I declare under penalty of perjury under the Laws of the United States of America that the foregoing is true and correct. This declaration is executed in East Palo Alto, California.

Dated: July 10, 2008

_____
M. ELIZABETH DAY
Attorney for Defendant and Counterclaim-Plaintiff
Samsung Electronics Co., Ltd.