# EXHIBIT A

1   MARK D. FOWLER, Bar No. 124235
    mark.fowler@dlapiper.com
2   ELIZABETH DAY, Bar No. 177125
    elizabeth.day@dlapiper.com
3   TIMOTHY LOHSE, Bar No. 177230
    timothy.lohse@dlapiper.com
4   SAL LIM, Bar No. 211836
    sal.lim@dlapiper.com
5   GREGORY J. LUNDELL, Bar No. 234941
    greg.lundell@dlapiper.com
6   BRIAN P. WIKNER, Bar No. 244292
    brian.wikner@dlapiper.com
7   DLA PIPER US LLP
    2000 University Avenue
8   East Palo Alto, CA  94303-2214
    Tel:  650.833.2000
9   Fax:  650.833.2001

10  Attorneys for Defendant and Counter-Plaintiff
    SAMSUNG ELECTRONICS CO., LTD.

11

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15

16  WISTRON CORPORATION, a Taiwan          CASE NO.  C-07-4748 VRW
    corporation,
17                                         SAMSUNG'S PRELIMINARY
                Plaintiff and Counter-     PROPOSED CLAIM CONSTRUCTIONS
18              Defendant,                 AND EXTRINSIC EVIDENCE
                                           [PATENT L.R. 4-2]
18      v.

19
    SAMSUNG ELECTRONICS CO., LTD., a
20  Republic of Korea corporation,

21              Defendant and
                Counterclaim-Plaintiff.
22

23  SAMSUNG ELECTRONICS CO., LTD.,

24              Counterclaim-Plaintiff,

25      v.

26  WISTRON CORPORATION, and
    WISTRON INFOCOMM (TEXAS)
27  CORPORATION,

28              Counterclaim-Defendants.

DLA PIPER US LLP
EAST PALO ALTO

1    Pursuant to Patent Local Rule 4-2, Samsung Electronics Co., Ltd. ("Samsung") hereby

2  serves its Preliminary Claim Constructions and Extrinsic Evidence.

3    Samsung's proposed claim constructions are based upon information and documents

4  presently available to Samsung.  Samsung reserves the right to amend, modify or supplement its

5  proposed claim constructions based upon subsequently obtained information or documents, and

6  based upon Wistron's Preliminary Claim Constructions and Extrinsic Evidence.

7    Samsung's proposed constructions of the presently asserted claims of each of the patents-

8  in-suit are set out in chart form in the attached Exhibits A-C.  For U.S. Patent No. 5,333,273 (the

9  "'273 Patent"), a large number of the claim terms identified in Wistron's Amended Proposed

10  Terms And Elements For Construction dated March 17, 2008 ("Wistron's Proposed Terms") have

11  been previously construed by this Court in *Samsung Electronics Co., Ltd. v. Quanta Computer,*

12  *Inc., et al.*, No. 00-CV-04524 (VRW) and thus need not be further construed.  Likewise, there is

13  no need to construe the remaining claim terms identified in Wistron's Amended Proposed Terms

14  And Elements For Construction because Magistrate Judge Johnson and Judge Rainey have

15  previously adopted constructions for most of them in *Samsung Electronics Co., Ltd. v. Inventec*

16  *Corp., et al.*, No. H-01-0071 (S.D. Tex.) and *Samsung Electronics Co., Ltd. v. Arima Corp., et al.*,

17  No. H-01-0075 (S.D. Tex.).  The constructions previously adopted by this Court and by the Texas

18  Court are listed in Exhibit A and should be again adopted in this case.  As to the two terms that

19  have not been previously construed by either this Court or the Texas Court, Samsung believes

20  that no construction is needed and that these terms should be given their plain meaning.

21    For U.S. Patent No. 5,625,275 (the "'275 Patent") and U.S. Patent No. 6,523,100 (the

22  "'100 Patent"), Samsung's proposed claim constructions are based upon an interpretation of the

23  claims as they would be interpreted by one skilled in the art in light of the specification, including

24  other claims, the prosecution history, and the prior art.

25    In Exhibits A-C, Samsung has also identified extrinsic evidence that supports its proposed

26  claim constructions.  A copy of each item of extrinsic evidence is provided in accordance with

27  Patent Local Rule 4-2(b).

28

1  Pursuant to Patent Local Rule 4-2(b), the following is a brief description of the substance

2  of the testimony that Samsung may offer in support of its proposed claim constructions:

3  For the '273 Patent, Samsung anticipates presenting expert testimony regarding the

4  following topics: (1) the level of ordinary skill in the art with respect to the invention claimed in

5  the '273 Patent; (2) how a person skilled in the art would interpret each word or phrase construed

6  by Samsung in Exhibit A in light of the specification, prosecution history and prior art; and (3) a

7  technical overview of (a) computer systems of the type disclosed in the '273 Patent having a

8  plurality of hotkeys for performing functions independently of an applications program, including

9  its functions and benefits, and (b) the principal components of the computer system, and their

10  functions, including but not limited to the microprocessor (i.e., the CPU), the interrupt controller,

11  the keyboard and the keyboard controller, the random access memory ("RAM"), the read only

12  memory ("ROM"), and the basic input/output system ("BIOS").

13  For the '275 Patent, Samsung anticipates presenting expert testimony regarding the

14  following topics: (1) the level of ordinary skill in the art with respect to the invention claimed in

15  the '275 Patent; (2) how a person skilled in the art would interpret each word or phrase construed

16  by Samsung in Exhibit B in light of the specification, prosecution history and prior art; and (3) a

17  technical overview of (a) a battery charging system in portable computer systems of the type

18  disclosed in the '275 Patent and its function and benefits; (b) a power supply which provides a

19  variable charging current to a battery in a portable computer system; and (c) the components of

20  the computer system, and their functions, which are part of the battery charging system, including

21  the power supplies of the computer system, the battery charger chip, the current and voltage

22  sensors, and other circuitry for controlling the battery charging current.

23  For the '100 Patent, Samsung anticipates presenting expert testimony regarding the

24  following topics: (1) the level of ordinary skill in the art with respect to the invention claimed in

25  the '100 Patent; (2) how a person skilled in the art would interpret each word or phrase construed

26  by Samsung in Exhibit C in light of the specification, prosecution history and prior art; and (3) a

27  technical overview of the structure and operation of memory systems in computer systems of the

28  type disclosed in the '100 Patent, including the operation and structure of the memory controller

1  unit for receiving an indication of access speed from memory modules and for providing an

2  appropriate access timing commensurate with the indication of access speed.

3          Pursuant to Rule 4-3(d), Samsung will provide a summary of each opinion to be offered

4  by each expert in sufficient detail to permit a meaningful deposition of that expert as part of the

5  Joint Claim Construction and Pre-hearing Statement no later than 60 days after service of

6  defendants' Preliminary Invalidity Contentions.

7

8  Dated:  March 31, 2008

9                                                      DLA PIPER US LLP

10                                                     By

11                                                        SAL LIM
                                                          Attorneys for Defendant and Counter-Plaintiff
12                                                        SAMSUNG ELECTRONICS CO., LTD.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

| U.S. PATENT NO. 5,333,273 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| 1. A system for providing a built-in function in an ISA-compatible computer in response to activation of a selected combination of user activated keys, comprising: | This Court has previously adopted a construction for "ISA-compatible computer," which is a computer that can handle ISA standard defined interrupts. | |
| a keyboard having a set of conventional alphanumeric and function keys and further having at least one additional function key; | The Texas Court has previously adopted a construction for "Keyboard," which is an input apparatus containing internal circuitry to output or generate data scan codes.<br><br>The Texas Court has previously adopted a construction for "Conventional Alphanumeric Keys," which are keys that correspond to the letters of an alphabet, the decimal digits, and punctuation symbols. | "Alphanumeric" – pertaining to a character set that contains both letters and digits, but usually some other characters such as punctuation symbols. Dictionary of Computer, Data Processing, and Telecommunications, Rosenberg, p. 15 (1984); IEEE Standard Dictionary of Electrical and Electronics Terms, Third Ed., p. 31 (1984); IEEE Standard Dictionary of Electrical and Electronics Terms, Fifth Ed., p. 27 (1993);<br><br>"Alphanumeric" pertaining to letters of the alphabet, decimal digits, control characters, special characters and the space character. Microsoft Press Computer Dictionary, p. 13 (1991); IEEE Standard Dictionary of Electrical and Electronics Terms, Fifth Ed., p. 27 (1993); IEEE Standard Dictionary of Electrical and Electronics Terms, Sixth Ed., p. 24 (1996). |

1

| U.S. PATENT NO. 5,333,273 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| | The Texas Court has previously adopted a construction for "Conventional Function Keys," which are keys identified as F1, F2…F11, and F12.<br><br>This Court has previously determined that no construction is needed for "Additional Function Key," and that this claim term should be given its plain meaning. | |
| a keyboard controller connected to said keyboard to monitor said conventional keys and said additional function key to detect when at least one of said keys is activated, | This Court has previously adopted a construction for "Keyboard Controller," which is a component, electronically or functionally distinct from the keyboard, that activates interrupt signals in response to receipt of data scan codes from the keyboard and, upon request, transmits the data scan codes to the computer. | |
| said keyboard controller having first and second interrupt signal lines connected to said ISA-compatible computer, | The Texas Court has previously adopted a construction for "First Interrupt Signal Line," which is a signal line from the Keyboard Controller connected to the ISA-Compatible Computer for | |

2

EMI/7228413.1

| U.S. PATENT NO. 5,333,273 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| | transmitting the First Interrupt Signal.<br><br>The Texas Court has previously adopted a construction for "Second Interrupt Signal Line," which is a second, separate signal line from the Keyboard Controller connected to the ISA-Compatible Computer for transmitting the Second Interrupt Signal. | |
| said keyboard controller responsive to an activation of at least one of said conventional keys to activate a first interrupt signal to said ISA-compatible computer on said first interrupt signal line, | The Texas Court has previously adopted a construction for "First Interrupt Signal," which means IRQ1. | Dictionary definition:<br>"Interrupt" - the suspension of a process to handle an event external to the process. IEEE Standard Dictionary of Electrical and Electronics Terms, Fifth Ed., p. 677 (1993). |
| said keyboard controller responsive to an activation of said additional function key in combination with at least one of said conventional alphanumeric keys to generate a second interrupt signal to said ISA-compatible computer on said second interrupt signal line; | "Combination" – plain meaning, no construction is needed.<br><br>This Court has previously adopted a construction for "Second Interrupt Signal," which means any interrupt, other than IRQ1. | |

3

EM/728413.1

| U.S. PATENT NO. 5,333,273 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| a first conventional interrupt handling routine within said ISA-compatible computer responsive to said first interrupt signal from said keyboard controller to input data scan codes from said keyboard; and | The Texas Court has previously adopted a construction for "first conventional interrupt handling routine," which is a first interrupt handling routine that responds to the first interrupt signal from the keyboard controller by inputting data scan codes originating at the keyboard.

This Court has previously adopted a construction for "data scan code," which is a code number that the keyboard generates whenever a key is depressed or released, said code number created by converting a pair of a row signal and a column signal in the keyboard matrix. | Dictionary definition:
"scan code" – a code number transmitted to an IBM or compatible computer whenever a key is pressed or released. Microsoft Press Computer Dictionary, pp. 306-307 (1991). |
| a second non-conventional interrupt handling routine within said ISA-compatible computer responsive to said second interrupt signal from said keyboard controller to input an identification of said activated alphanumeric key and to perform a predetermined | The Texas Court has previously adopted a construction for "second non-conventional interrupt handling routine," which means a second interrupt handling routine, which, in response to the second interrupt signal inputs an identification of said activated alphanumeric key, | |

EM7228413.1

| U.S. PATENT NO. 5,333,273 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| function selected by said identified alphanumeric key. | and performs a predetermined function selected by the alphanumeric key.<br><br>"Identification of said activated alphanumeric key" – plain meaning, no construction is needed. | |
| 2. The system for providing a built-in function as defined in claim 1, wherein said second non-conventional interrupt handling routine resides in random access memory. | | |
| 3. The system for providing a built-in function as defined in claim 1, wherein said second non-conventional interrupt handling routine resides in read only memory. | | |
| 4. The system for providing a built-in function as defined in claim 1, further comprising a central processing unit that indexes a first memory location | The Texas Court has previously adopted a construction for "Indexes or indexing," which means selects or accesses. | Dictionary definition:<br>"indexing" – In data storage and retrieval, the creation and use of a list or table that contains reference information pointing to stored data, much as a book index contains entries and page numbers pointing to information in the book. In programming |

5

EM7229413.1

| U.S. PATENT NO. 5,333,273 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| pointer in response to said first interrupt signal, said central processing unit further indexing a second memory location pointer in response to said second interrupt signal. | This Court has previously adopted a construction for "Indexes a first memory location pointer," which means selects or accesses an identifier that corresponds to the start of the first conventional interrupt handling routine.<br><br>This Court has previously adopted a construction for "Indexing a second memory location pointer," which means selects or accesses an identifier that corresponds to the start of the second non-conventional interrupt handling routine. | and information processing, the use of an index (offset) address that, with a main (base) address, is used to locate information stored in a table. Microsoft Press Computer Dictionary, Second Edition, p. 209 (1994). |
| 5. A system for servicing keyboard interrupts in an ISA-compatible computer, comprising: | "ISA-compatible computer," see Claim 1. | "ISA-compatible computer," see Claim 1. |
| a keyboard having a plurality of keys including conventional alphanumeric keys, conventional symbol keys, conventional function keys and conventional cursor control keys, | "conventional alphanumeric keys," see Claim 1.<br><br>The Texas Court has previously adopted a construction for "Conventional Symbol Keys," which means keys that | |

6

EM7228413.1

| U.S. PATENT NO. 5,333,273 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| | correspond to conventional symbols, such as @, $, %, ^, &, *. | |
| | "Conventional function keys," see Claim 1.<br><br>The Texas Court has previously adopted a construction for "Conventional Cursor Control Keys," which are keys identified as the "Home" key, the "End" key, and the "up, down, left and right arrow" keys. | "Cursor control" – the ability of a computer user to move the cursor to a specified location on the screen. Keys dedicated to cursor control include the left, right, up, and down arrow keys and certain other, such as Backspace, Home, and End. Microsoft Press Computer Dictionary, p. 13 (1991).<br><br>"cursor-movement keys" – the keys on the keyboard that move the cursor, also called cursor control keys. These keys include the four labeled with arrows, as well as the Home, PgUp, End, and PgDn keys. On a full-size keyboard, cursor movement keys are often found on the numeric keypad; laptops and notebooks often have separate cursor-movement keys. Novell's Dictionary of Networking, Dyson, p. 64 (1994). |
| said keyboard further including at least one non-conventional function key, | "Non-conventional function key," see "Additional function key" from claim 1. | |
| said keyboard generating a scan code in response to an activation of at least one of said keys, said scan code varying depending upon which of said keys is activated; and | "Scan Code," see "Data Scan Code" from Claim 1. | |
| a keyboard controller coupled to said keyboard, | "Keyboard controller," see Claim 1. | |

7

EM4722B413.1

| U.S. PATENT NO. 5,333,273 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| said keyboard controller further coupled to said ISA-compatible computer by first and second interrupt signal lines, | This Court has previously adopted a construction for "Coupled," which means joining or fastening one electronically or functionally discrete thing to another. | "Coupled circuit" is defined as "[a] network containing at least one element common to two meshes." "Coupling" in the context of "electric circuits" as "[t]he circuit element or elements, or the network, that may be considered common to the input mesh and the output mesh and through which energy may be transferred from one to the other." In the context of "data transmission," that dictionary defines "coupling" as "[t]he association of two or more circuits or systems in such a way that power or signal information may be transferred from one to the other." IEEE Standard Dictionary Of Electrical And Electronics Terms, p. 205 (3rd Ed. 1984).

The Dictionary Of Computing, p. 82 (Oxford Ed. 1983) states that "coupled" is "[a] rather vague term, used to indicate that systems which might operate separately are actually being used in some form of cooperative mode." Webster's 9th New Collegiate Dictionary, p. 298 (1985) defines "couple," "coupled," and "coupling," as relevant here, to mean "to fasten together; link," or "to bring (two electric circuits) into such close proximity as to permit mutual influence." The Dictionary Of Data Communications, p. 107 (2nd Ed. 1985) defines "coupled circuits" as "[t]wo or more circuits electrically connected so that they react on each other, leading to energy transfer." The Standard Dictionary Of Computers And Information Processing, p. 105 (2nd Ed. 1985) defines "coupling" as "[t]he means by which energy is transferred from one medium to another, for example an electrical network used to transfer an electrical signal from one circuit to another." |
| said keyboard controller generating a first interrupt | "First interrupt signal," see Claim 1. | |

8

| U.S. PATENT NO. 5,333,273 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| signal on said first interrupt signal line upon receipt of a scan code corresponding to one of said conventional keys, | "First interrupt signal line," see Claim 1. "Second interrupt signal line," see Claim 1. | |
| said ISA-compatible computer programmed to execute a program to input said scan code in response to said first interrupt signal, | The Texas Court has previously adopted a construction for "Program," which means a handling routine that causes the computer to receive keyboard scan codes from the keyboard controller. "To input said scan code" – plain meaning, no construction is needed. | |
| said keyboard controller generating a second interrupt signal on said second interrupt signal line upon receipt of a scan code corresponding to said non-conventional function key, | This Court has previously determined that no construction is needed for "Corresponding to said non-conventional function key," and that this claim term should be given its plain meaning. | Corresponding - related, accompanying.  Webster's Ninth New Collegiate Dictionary, p. 293 (1985) Corresponding - associated in a working or other relationship. The Random House Dictionary of the English Language, p. 455 (2nd Ed. 1987) |

9

EM\7228413.1

| U.S. PATENT NO. 5,333,273 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| said ISA-compatible computer programmed to execute at least one special routine upon receipt of said second interrupt signal. | The Texas Court has previously adopted a construction for "Special Routine," which is a routine that is executed upon receipt of the Second Interrupt Signal. | |
| 6. The system for servicing keyboard interrupts as defined in claim 5, further comprising an interrupt controller coupled to said keyboard controller, said interrupt controller generating one of a plurality of interrupt vectors, said vector depending upon said interrupt signal. | The Texas Court has previously adopted a construction for "Interrupt Controller," which is a device coupled to the Keyboard Controller that generates one of a number of Interrupt Vectors depending on the interrupt signal received.<br><br>The Texas Court has previously adopted a construction for "Interrupt Vector," which identifies a particular interrupt signal and also corresponds to an interrupt handling routine. | |
| 7. The system for servicing keyboard interrupts as defined in claim 6, further comprising a Central Processing Unit coupled to said interrupt controller, said Central Processing Unit indexing one of a plurality of memory locations, said memory | The Texas Court has previously adopted a construction for "Indexing one of a plurality of memory locations," which means to utilize an interrupt vector to access a memory location corresponding to the interrupt vector. | "indexing" – In data storage and retrieval, the creation and use of a list or table that contains reference information pointing to stored data, much as a book index contains entries and page numbers pointing to information in the book. In programming and information processing, the use of an index (offset) address that, with a main (base) address, is used to locate information stored in a table. Microsoft Press Computer Dictionary, Second Edition, p. 209 (1994). |

10

EMV728413.1

| U.S. PATENT NO. 5,333,273 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| location depending upon said interrupt vector. | | |

11

**EXHIBIT B**

| U.S. PATENT NO. 5,625,275 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| 1. A power supply for recharging a battery in a portable computer system from a conventional AC adapter, said power supply comprising: | | |
| a conventional AC adapter which supplies input current, said input current comprising a system current for operating said computer | | |
| system and a charging current for charging said battery, said AC adapter having a substantially constant DC output voltage across first and second terminals of said AC adapter, said AC adapter supplying said input current via said first and second terminals; | | |
| a first sensor connected to measure a level of said input current supplied by said AC adapter to said computer system and to said battery, said input current having a first maximum limit; | | |
| a second sensor connected to measure a level of said charging current supplied to said battery, said charging current having a second maximum limit; | | |
| a third sensor connected to measure an output voltage level of said battery, said output voltage level having a third maximum limit; | | |

EM7228429.1

| U.S. PATENT NO. 5,625,275 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| a controller connected to said first, second and third sensors, wherein said controller monitors said input current level, said charging current level, and said output voltage level and generates a control signal responsive to said input current level, said charging current level and said output voltage level; and | | |
| a charging current control circuit connected to receive said control signal from said controller, said control circuit further being connected between said AC adapter and said battery to control charging current flow between said AC adapter and said battery based upon said control signal generated by said controller, said controller generating said control signal to cause said control circuit to block charging current flow when at least one of said input current level, said charging current level and said output voltage level exceeds its respective maximum limit, said controller generating said control signal to cause said control circuit to provide charging current at a variable level when all of said input current level, said charging current level and said output voltage level are less than said respective maximum limits, said variable charging current level controlled to cause said input current level to be maintained approximately at said first maximum limit | "Block" means "the transistor is biased off." | |

| U.S. PATENT NO. 5,625,275 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| as long as said second maximum limit and said third maximum limit are not exceeded. | | |
| 2. The power supply of claim 1, wherein said first sensor comprises a resistor connected between said AC adapter and a DC/DC converter which supplies operating power for said computer system. | | |
| 3. The power supply of claim 1, wherein said second sensor comprises a resistor connected between said battery and a ground reference. | | |
| 4. The power supply of claim 1, wherein said third sensor comprises a resistor connected to said output of said power supply. | | |
| 5. The power supply of claim 1, wherein said charging current control circuit includes a transistor connected to said AC adapter and to said battery, wherein said transistor is biased on and off in accordance with said control signal generated by said controller to control current flow between said AC adapter and said battery. | | |
| 6. The power supply of claim 1, further comprising a filter connected between said charging current control circuit and said battery which filters said charging current supplied to said battery. | | |

3

EM7228429.1

| U.S. PATENT NO. 5,625,275 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| 7. A regulator for controlling charging current flow between a conventional AC adapter and a battery in a portable computer system, wherein said AC adapter provides an input current which comprises a charging current provided to said battery and a system current provided to electronic components of said portable computer system, said regulator comprising: | | |
| a controller connected to said AC adapter, said battery, and an output of said regulator to monitor a first input signal indicative of a level of said input current supplied by said AC adapter, to monitor a second input signal indicative of a level of said charging current supplied to said battery, and to monitor a third input signal indicative of an output voltage of said regulator, wherein said controller generates a control signal responsive to said first, second and third input signals, said control signal having a first inactive state when any one of said first, second and third input signals exceeds a respective first, second and third limit value, said control signal having a second variable active state when none of said first, second and third input levels exceed said respective first, second and third limit values; and | | |
| a charging current control circuit connected | | |

| U.S. PATENT NO. 5,625,275 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| to said controller and to said battery and responsive to said control signal from said controller, wherein said charging current control circuit supplies said charging current from said AC adapter to charge said battery when said control signal from said controller has said variable active state, said controller varying said active state to cause said first input level to be maintained approximately at said first limit value regardless of changes of said system current provided to said electronics in said portable computer system as long as said second input signal and said third input signal are below said respective second limit value and third limit value. | | |
| 8. The regulator of claim 7, wherein said charging current control circuit includes a transistor connected between said AC adapter and to said battery, wherein said transistor is biased on and off in accordance with said output signal generated by said controller to control current flow between said AC adapter and said battery. | | |
| 9. The regulator of claim 8, further comprising a driving circuit connected between said controller and said charging current control circuit for driving said transistor. | | |

5

EM7228429.1

| U.S. PATENT NO. 5,625,275 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| 10. The regulator of claim 7, further comprising a filter connected between said charging current control circuit and said battery which filters said charging current supplied to said battery. | | |
| 11. A power supply for recharging a battery in a portable computer system, said power supply comprising: | | |
| a conventional AC adapter which supplies input current, said input current comprising a system current for operating said computer system and comprising a charging current for charging said battery, said input current having a total input current level comprising an approximate sum of said system current and said charging current; | | |
| an input current sensing circuit connected to said AC adapter which detects a level of said total input current from said AC adapter; | | |
| a charging current sensing circuit connected to said battery which detects a level of said charging current supplied to said battery; | | |
| an output voltage sensing circuit connected to an output of said power supply which detects an output voltage level of said power supply; | | |

6

EM7228429.1

| U.S. PATENT NO. 5,625,275 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| a controller connected to said sensing circuits, wherein said controller compares said input current level, said charging current level, and said output voltage level with respective predetermined maximum values and generates a control signal responsive to differences between said input current level, said charging current level and said output voltage level and said respective predetermined maximum values; and | | |
| a charging current control circuit connected to said controller and to said battery, wherein said control circuit controls current flow between said AC adapter and said battery in response to said control signal generated by said controller, said control signal controlled by said controller to cause said charging current level to have a magnitude approximately equal to a difference between said predetermined maximum level for said input current level and an amount of current being supplied to said computer system as long as none of said input current level, said charging current level and said output voltage level exceed said respective predetermined maximum values. | | |
| 12. The power supply of claim 11, wherein said input current sensing circuit includes a | | |

7

EM7228429.1

| U.S. PATENT NO. 5,625,275 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| resistor connected between said AC adapter and a DC/DC converter which supplies operating power for said computer system. | | |
| 13. The power supply of claim 11, wherein said charging current sensing circuit includes a resistor connected between said battery and a ground reference which senses a voltage proportional to said charging current. | | |
| 14. The power supply of claim 11, wherein said output voltage sensing circuit includes a resistor connected to said output of said power supply. | | |
| 15. A method of regulating the amount of charging current supplied to a rechargeable battery by a regulator in a portable computer system, wherein said computer system includes a conventional AC adapter which supplies input current, said input current including a system current for operating said computer system and a charging current for charging said battery, said method comprising the steps of: | | |
| sensing a level of said input current supplied by said AC adapter; | | |
| sensing a level of said charging current supplied to said battery; | | |
| sensing a level of an output voltage of said regulator; | | |

8

EM7228429.1

| U.S. PATENT NO. 5,625,275 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| comparing said input current level with a maximum input current level, comparing said charging current level with a maximum charging current level, and comparing said output voltage level with a maximum output voltage level; | | |
| generating a control signal responsive to results of said comparing steps; and | | |
| controlling charging current flow from said AC adapter to said battery based upon said control signal, said control signal adjusted in response to changes in said system current to cause said charging current to have a level selected to maintain said input current level approximately equal to said maximum input current level as long as said charging current level is less than said maximum charging current level and said output voltage level is less than said maximum output voltage level. | | |
| 16. A power supply for recharging a battery in a portable computer system, said power supply comprising: | | |
| a conventional AC adapter which supplies input current which includes a system current for operating said computer system and which includes a charging current for charging said battery; | | |
| a sensor which detects the level of said input current provided by said AC adapter; | | |

9

EM7228429.1

| U.S. PATENT NO. 5,625,275 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| a controller connected to said sensor which generates a control signal responsive to a difference between said detected input current level and a predetermined maximum input current level; and | | |
| a charging current control circuit connected to receive said control signal from said controller and connected between said AC adapter and said battery to control charging current flow between said AC adapter and said battery based upon said control signal generated by said controller, said controller and said control circuit operating to maintain said charging current flow at a level such that said input current level is maintained, at approximately said maximum input current level until said battery is fully charged. | | |

10

EM7228429.1

**EXHIBIT B**

| U.S. PATENT NO. 5,625,275 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| 1. A power supply for recharging a battery in a portable computer system from a conventional AC adapter, said power supply comprising: | | |
| a conventional AC adapter which supplies input current, said input current comprising a system current for operating said computer | | |
| system and a charging current for charging said battery, said AC adapter having a substantially constant DC output voltage across first and second terminals of said AC adapter, said AC adapter supplying said input current via said first and second terminals; | | |
| a first sensor connected to measure a level of said input current supplied by said AC adapter to said computer system and to said battery, said input current having a first maximum limit; | | |
| a second sensor connected to measure a level of said charging current supplied to said battery, said charging current having a second maximum limit; | | |
| a third sensor connected to measure an output voltage level of said battery, said output voltage level having a third maximum limit; | | |

1

EM7228429.1

| U.S. PATENT NO. 5,625,275 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| a controller connected to said first, second and third sensors, wherein said controller monitors said input current level, said charging current level, and said output voltage level and generates a control signal responsive to said input current level, said charging current level and said output voltage level; and | | |
| a charging current control circuit connected to receive said control signal from said controller, said control circuit further being connected between said AC adapter and said battery to control charging current flow between said AC adapter and said battery based upon said control signal generated by said controller, said controller generating said control signal to cause said control circuit to block charging current flow when at least one of said input current level, said charging current level and said output voltage level exceeds its respective maximum limit, said controller generating said control signal to cause said control circuit to provide charging current at a variable level when all of said input current level, said charging current level and said output voltage level are less than said respective maximum limits, said variable charging current level controlled to cause said input current level to be maintained approximately at said first maximum limit | "Block" means "the transistor is biased off." | |

2

EM7228429.1

| U.S. PATENT NO. 5,625,275 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| as long as said second maximum limit and said third maximum limit are not exceeded. | | |
| 2. The power supply of claim 1, wherein said first sensor comprises a resistor connected between said AC adapter and a DC/DC converter which supplies operating power for said computer system. | | |
| 3. The power supply of claim 1, wherein said second sensor comprises a resistor connected between said battery and a ground reference. | | |
| 4. The power supply of claim 1, wherein said third sensor comprises a resistor connected to said output of said power supply. | | |
| 5. The power supply of claim 1, wherein said charging current control circuit includes a transistor connected to said AC adapter and to said battery, wherein said transistor is biased on and off in accordance with said control signal generated by said controller to control current flow between said AC adapter and said battery. | | |
| 6. The power supply of claim 1, further comprising a filter connected between said charging current control circuit and said battery which filters said charging current supplied to said battery. | | |

3

EMV7228429.1

| U.S. PATENT NO. 5,625,275 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| 7. A regulator for controlling charging current flow between a conventional AC adapter and a battery in a portable computer system, wherein said AC adapter provides an input current which comprises a charging current provided to said battery and a system current provided to electronic components of said portable computer system, said regulator comprising: | | |
| a controller connected to said AC adapter, said battery, and an output of said regulator to monitor a first input signal indicative of a level of said input current supplied by said AC adapter, to monitor a second input signal indicative of a level of said charging current supplied to said battery, and to monitor a third input signal indicative of an output voltage of said regulator, wherein said controller generates a control signal responsive to said first, second and third input signals, said control signal having a first inactive state when any one of said first, second and third input signals exceeds a respective first, second and third limit value, said control signal having a second variable active state when none of said first, second and third input levels exceed said respective first, second and third limit values; and | | |
| a charging current control circuit connected | | |

EM7228429.1

| U.S. PATENT NO. 5,625,275 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| to said controller and to said battery and responsive to said control signal from said controller, wherein said charging current control circuit supplies said charging current from said AC adapter to charge said battery when said control signal from said controller has said variable active state, said controller varying said active state to cause said first input level to be maintained approximately at said first limit value regardless of changes of said system current provided to said electronics in said portable computer system as long as said second input signal and said third input signal are below said respective second limit value and third limit value. | | |
| 8. The regulator of claim 7, wherein said charging current control circuit includes a transistor connected between said AC adapter and to said battery, wherein said transistor is biased on and off in accordance with said output signal generated by said controller to control current flow between said AC adapter and said battery. | | |
| 9. The regulator of claim 8, further comprising a driving circuit connected between said controller and said charging current control circuit for driving said transistor. | | |

5

EM\7228429.1

| U.S. PATENT NO. 5,625,275 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| 10. The regulator of claim 7, further comprising a filter connected between said charging current control circuit and said battery which filters said charging current supplied to said battery. | | |
| 11. A power supply for recharging a battery in a portable computer system, said power supply comprising: | | |
| a conventional AC adapter which supplies input current, said input current comprising a system current for operating said computer system and comprising a charging current for charging said battery, said input current having a total input current level comprising an approximate sum of said system current and said charging current; | | |
| an input current sensing circuit connected to said AC adapter which detects a level of said total input current from said AC adapter; | | |
| a charging current sensing circuit connected to said battery which detects a level of said charging current supplied to said battery; | | |
| an output voltage sensing circuit connected to an output of said power supply which detects an output voltage level of said power supply; | | |

6

EM7228429.1

| U.S. PATENT NO. 5,625,275 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| a controller connected to said sensing circuits, wherein said controller compares said input current level, said charging current level, and said output voltage level with respective predetermined maximum values and generates a control signal responsive to differences between said input current level, said charging current level and said output voltage level and said respective predetermined maximum values; and | | |
| a charging current control circuit connected to said controller and to said battery, wherein said control circuit controls current flow between said AC adapter and said battery in response to said control signal generated by said controller, said control signal controlled by said controller to cause said charging current level to have a magnitude approximately equal to a difference between said predetermined maximum level for said input current level and an amount of current being supplied to said computer system as long as none of said input current level, said charging current level and said output voltage level exceed said respective predetermined maximum values. | | |
| 12. The power supply of claim 11, wherein said input current sensing circuit includes a | | |

7

EM\7228429.1

| U.S. PATENT NO. 5,625,275 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| resistor connected between said AC adapter and a DC/DC converter which supplies operating power for said computer system. | | |
| 13. The power supply of claim 11, wherein said charging current sensing circuit includes a resistor connected between said battery and a ground reference which senses a voltage proportional to said charging current. | | |
| 14. The power supply of claim 11, wherein said output voltage sensing circuit includes a resistor connected to said output of said power supply. | | |
| 15. A method of regulating the amount of charging current supplied to a rechargeable battery by a regulator in a portable computer system, wherein said computer system includes a conventional AC adapter which supplies input current, said input current including a system current for operating said computer system and a charging current for charging said battery, said method comprising the steps of: | | |
| sensing a level of said input current supplied by said AC adapter; | | |
| sensing a level of said charging current supplied to said battery; | | |
| sensing a level of an output voltage of said regulator; | | |

8

EM7228429.1

| U.S. PATENT NO. 5,625,275 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| comparing said input current level with a maximum input current level, comparing said charging current level with a maximum charging current level, and comparing said output voltage level with a maximum output voltage level; | | |
| generating a control signal responsive to results of said comparing steps; and | | |
| controlling charging current flow from said AC adapter to said battery based upon said control signal, said control signal adjusted in response to changes in said system current to cause said charging current to have a level selected to maintain said input current level approximately equal to said maximum input current level as long as said charging current level is less than said maximum charging current level and said output voltage level is less than said maximum output voltage level. | | |
| 16. A power supply for recharging a battery in a portable computer system, said power supply comprising: | | |
| a conventional AC adapter which supplies input current which includes a system current for operating said computer system and which includes a charging current for charging said battery; | | |
| a sensor which detects the level of said input current provided by said AC adapter; | | |

9

BM7228429.1

| U.S. PATENT NO. 5,625,275 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| a controller connected to said sensor which generates a control signal responsive to a difference between said detected input current level and a predetermined maximum input current level; and | | |
| a charging current control circuit connected to receive said control signal from said controller and connected between said AC adapter and said battery to control charging current flow between said AC adapter and said battery based upon said control signal generated by said controller, said controller and said control circuit operating to maintain said charging current flow at a level such that said input current level is maintained at approximately said maximum input current level until said battery is fully charged. | | |

10

EM\7228429.1

**EXHIBIT C**

| U.S. PATENT NO. 6,523,100 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| 1. A memory system, comprising: | | |
| at least one memory module; and | | |
| a memory controller unit configured to receive an indication of access speed of said at least one memory module, and to provide, during access of said at least one memory module, an appropriate access timing commensurate with said received indication of access speed. | "memory controller unit" is chip circuitry, other than a memory access requestor, that provides the access timing.

"configured to receive" should be given its ordinary meaning, which is "designed to receive."

"indication of access speed" – plain meaning, no construction required.

"and to provide" – plain meaning, no construction required. | "configured to receive"

Dictionary Definitions:

configure: To design, arrange, set up, or shape with a view to specific applications or uses.  The American Heritage Dictionary of the English Language, Third Edition, p. 395 (1992).  The American Heritage Dictionary of the English Language, Fourth Edition, p. 386 (2000).

configure: To design or adapt to form a specific configuration or for some specific purpose.  The Random House Dictionary of the English Language, Unabridged, Second Edition, p. 428 (1987) |

1

EM7228427.1

| U.S. PATENT NO. 6,523,100 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| | "access timing" – plain meaning, no construction required. | |
| 2. The memory system according to claim 1, wherein: said at least one memory module comprises a plurality of memory modules, | | |
| said memory controller unit being further configured to select a selected one of said plurality of memory modules, to receive said indication of access speed of said selected one of said plurality of memory modules, and to provide, during access of said selected one of said plurality of memory modules, an appropriate access timing commensurate with said received indication of access speed. | "memory controller unit" - See Claim 1. | |
| 3. The memory system according to claim 1, wherein: said memory controller unit is further configured to receive an indication of memory type of said at least one memory module. | "memory controller unit" - See Claim 1.\n\n"configured to receive" - See Claim 1. | |
| 4. A computer system, comprising: | | |
| a CPU operatively coupled to a | | |

2

EM/7228427.1

| U.S. PATENT NO. 6,523,100 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| system bus; | | |
| and a memory controller unit configured to receive a memory access request from said CPU via said system bus, | "memory controller unit" - See Claim 1.  "configured to receive" - See Claim 1. | |
| said memory controller unit being operatively coupled to one of more memory modules via a memory bus, | "memory controller unit" - See Claim 1. | |
| said memory controller unit being configured to receive an indication of access speed of said at least one memory module, and to provide, during access of said at least one memory module in response to said memory access request, an appropriate access timing commensurate with said received indication of access speed. | "memory controller unit" - See Claim 1.  "configured to receive" - See Claim 1. | |
| 5. The computer system according to claim 4, wherein: said at least one memory module comprises a plurality of memory modules, | | |
| said memory controller unit being further configured to select a selected one of said plurality of memory modules, to receive said | "memory controller unit" - See Claim 1. | |

3

EM/7228427.1

| U.S. PATENT NO. 6,523,100 CLAIM LANGUAGE | SAMSUNG'S PRELIMINARY CLAIM CONSTRUCTIONS | EXTRINSIC EVIDENCE |
|---|---|---|
| indication of access speed of said selected one of said plurality of memory modules, and to provide, during access of said selected one of said plurality of memory modules in response to said memory access request, an appropriate access timing commensurate with said received indication of access speed. | | |
| 6. The computer system according to claim 4, wherein: said memory controller unit is further configured to receive an indication of memory type of said at least one memory module. | "memory controller unit" - See Claim 1.<br><br>"configured to receive"- See Claim 1. | |

4

EM\7228427.1

1   MARK D. FOWLER, Bar No. 124235
    mark.fowler@dlapiper.com
2   ELIZABETH DAY, Bar No. 177125
    elizabeth.day@dlapiper.com
3   TIMOTHY LOHSE, Bar No. 177230
    timothy.lohse@dlapiper.com
4   SAL LIM, Bar No. 211836
    sal.lim@dlapiper.com
5   GREGORY J. LUNDELL, Bar No. 234941
    greg.lundell@dlapiper.com
6   BRIAN P. WIKNER, Bar No. 244292
    brian.wikner@dlapiper.com
7   DLA PIPER US LLP
    2000 University Avenue
8   East Palo Alto, CA  94303-2214
    Tel:  650.833.2000
9   Fax:  650.833.2001

10  Attorneys for Defendant and Counter-Plaintiff
    SAMSUNG ELECTRONICS CO., LTD.

11

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14               SAN FRANCISCO DIVISION

15
    WISTRON CORPORATION, a Taiwan        CASE NO.  C-07-4748 VRW
16  corporation,
                                         **PROOF OF SERVICE**
17          Plaintiff and Counter-
            Defendant,
18
       v.
19
    SAMSUNG ELECTRONICS CO., LTD., a
20  Republic of Korea corporation,

21          Defendant and Counter-
            Plaintiff.
22

23  SAMSUNG ELECTRONICS CO., LTD.,

24          Counterclaim-Plaintiff,

25      v.

26  WISTRON CORPORATION, and
    WISTRON INFOCOMM (TEXAS)
27  CORPORATION,

28          Counterclaim-Defendants.

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 2000 University Avenue, East Palo Alto, California 94303-2214. On March 31, 2008, I served the within documents:

**SAMSUNG'S PRELIMINARY PROPOSED CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE [PATENT L.R. 4-2]**

☒     by causing such document to be transmitted by electronic mail to the office of the addressees.

MICHAEL J. BETTINGER, ESQ.
HAROLD H. DAVIS, JR., ESQ.
TIMOTHY WALKER, ESQ.
CATHERINE POPE, ESQ.
CATHY WILLIAMS, ESQ.
JULIA ALVAREZ, ESQ.
PERRY BROOKS, ESQ.
DINA DELAUTER, ESQ.
CHRISTY LA PIERRE, ESQ.
K&L GATES
55 SECOND STREET, SUITE 1700
SAN FRANCISCO, CA 94105
**E-mails:**
mike.betttinger@klgates.com
harold.davis@klgates.com
timothy.walker@klgates.com
catherine.pope@klgates.com
cathy.williams@klgates.com
julia.alvarez@klgates.com
perry.brooks@klgates.com
dina.delauter@klgates.com
christy.lapierre@klgates.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on March 31, 2008, at East Palo Alto, California.

*Khodosh*
ZOYA KHODOSH

DLA PIPER US LLP
EAST PALO ALTO

EM\7225327.1