# Exhibit D

# EXHIBIT D: AGREED UPON CLAIM TERMS FOR UNITED STATES PATENT 5,333,273

| REF # | CLAIM TERM | AGREED UPON CONSTRUCTION FOR CLAIM TERM |
|---|---|---|
| 1 | ISA-compatible computer | "a computer that can handle ISA standard defined interrupts. An ISA-compatible computer must be physically capable of handling all ISA standard defined interrupts." |
| 2 | conventional alphanumeric keys | "keys that correspond to the letters of an alphabet, the decimal digits, and punctuation symbols" |
| 3 | conventional function keys | "the function keys identified as F1 through F12" |
| 4 | conventional symbol keys | "keys that correspond to conventional symbols, such as @, $, %, ^, &, *." |
| 5 | conventional cursor control keys | "keys identified as the "Home" key, the "End" key, and the "up, down, left and right arrow" keys." |
| 6 | keyboard | "input apparatus containing internal circuitry to output or generate data scan codes" |
| 7 | keyboard controller | "a component, electronically or functionally distinct from the keyboard, that activates interrupt signals in response to receipt of data scan codes from the keyboard and, upon request, transmits the data scan codes to the computer" |
| 8 | coupled to | "joining or fastening one electronically or functionally discrete thing to another." |
| 9 | first interrupt signal line | "a signal line from the Keyboard Controller connected to the ISA-Compatible Computer for transmitting the First Interrupt Signal" |
| 10 | first conventional interrupt handling routine | "a first interrupt handling routine that responds to the first interrupt signal from the keyboard controller by inputting data scan codes originating at the keyboard" |
| 11 | second non-conventional interrupt handling routine | "a second interrupt handling routine, which, in response to the second interrupt signal inputs an identification of said activated alphanumeric key, and performs a predetermined function selected by the alphanumeric key." |

**EXHIBIT D: AGREED UPON CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

| REF # | CLAIM TERM | AGREED UPON CONSTRUCTION FOR CLAIM TERM |
|---|---|---|
| 12 | interrupt controller | "a device coupled to the Keyboard Controller that generates one of a number of Interrupt Vectors depending on the interrupt signal received" |
| 13 | interrupt vector | "identifies a particular interrupt signal and also corresponds to an interrupt handling routine" |