

Exhibit E

**EXHIBIT E:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| 1 | **data scan code and scan code**<br><br>'273 Patent, Claim 1:<br><br>at 13:61 ("a first conventional interrupt handling routine within said ISA-compatible computer responsive to said first interrupt signal from said keyboard controller to input **data scan codes** from said keyboard");<br><br>'273 Patent, Claim 5:<br><br>at 14:29 ("aid keyboard generating a **scan code** in response to an activation of at least one of said keys");<br><br>at 14:30-31 ("**scan code** varying depending upon which of said keys is activated"); 14:38 ("said keyboard controller generating a first interrupt signal on said first interrupt signal line upon receipt of | PROPOSED CONSTRUCTION: a code number that the keyboard generates whenever a key is depressed or released, said code number created by converting a paring of a row signal and a column signal in the keyboard matrix.<br><br>INTRINSIC EVIDENCE:<br><br>Specification:<br>col. 4:12-30 ("The keyboard 150 operates in a known conventional manner to repeatedly scan a plurality of contact switches associated with the keys on the keyboard to determine if one or more contact switches is open or closed. When an open contact switch is closed by depressing a key or a closed contact switch is opened by releasing a key, the keyboard 150 generates a scan code which is communicated to the keyboard controller 128 via the signal lines 152. In the ISA compatible computer systems, a different scan code is generated when a contact switch is closed than when the contact switch is open.  The communication of keyboard scan code information from the keyboard controller 128 to the microprocessor 110 is illustrated pictorially in FIG. 2. The keyboard controller 128 stores the scan codes received from the keyboard 150 and generates an interrupt signal to the interrupt controller 130 via the signal line 154."); and | PROPOSED CONSTRUCTION:  A code number that the keyboard generates whenever a key is depressed or released, said scan code number created by converting a pairing of a row signal and a column signal in the keyboard matrix.  Each key on the keyboard has a unique scan code.<br><br>DICTIONARY/TREATISE DEFINITION:<br><br>*Microsoft Computer Dictionary*, Fifth Edition, p. 464 (2002): "scan code" – "A code number transmitted to an IBM or compatible computer whenever a key is pressed or released. Each key on the keyboard has a unique scan code."<br><br>INTRINSIC EVIDENCE:<br><br>4:25-27 ("The communication of keyboard scan code information from the keyboard controller 128 to the microprocessor 110 is illustrated pictorially in Fig.2."); 4:18 ("the keyboard generates a scan code"); 4:12-21 ("The keyboard 150 operates in a known conventional manner to repeatedly scan a plurality of contact switches associated with the keys on the keyboard to determine if one or more contact switches is open or closed. When an open contact switch is closed by depressing a key or a closed contact switch is opened by releasing a key, the keyboard 150 |

**EXHIBIT E:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | a **scan code** corresponding to one of said conventional keys"); <br><br> at 14:41 ("said ISA-compatible computer programmed to execute a program to input said **scan code** in response to said first interrupt signal"); <br><br> at 14:44 ("said keyboard controller generating a second interrupt signal on said second interrupt signal line upon receipt of a **scan code** corresponding to said non-conventional function key") | col. 5:21-31 ("As part of the keyboard interrupt service routine, the microprocessor 110 is caused to enable the keyboard controller 128 onto the processor bus 114 to communicate the keyboard scan codes from the keyboard controller to the microprocessor 110."). <br><br> Figures: 2-3 and 6-9. <br><br> <u>EXTRINSIC EVIDENCE</u>: <br><br> Dr. Wedig will provide the following opinion: <br><br> Each time a key or combination of keys is pressed or released on an ISA-compatible computer keyboard, a value, called a scan code, is generated.  One of ordinary skill in the art would understand from the specification that a data scan code is a code that corresponds to a particular key or a particular key combination on the keyboard.  The scan code appears in different forms as the code travels though the computer system but it always corresponds to a key or key combination. | generates a scan code which is communicated to the keyboard controller 128 via the signal lines 152"); 7:51-55 ("When the keyboard microprocessor 250 detects an active row signal, it uses the row signal and the currently active column signal to uniquely identify which of the keys on the keyboard is depressed.  The key is identified with a scan code in a conventional manner."); Prosecution History SEC 014789 ("to truly appreciate the novel and non-obvious distinction of the claimed invention over the prior art, it is important to understand that the claimed invention is in the ISA-compatible computer environment"); *id.* at SEC 012021 ("the conventional ISA-compatible computer architecture is extremely limiting"); Prosecution History Examiner rejection at Paper No. 5. <br><br> <u>EXTRINSIC EVIDENCE</u>: <br><br> Summary of Expert Testimony:  Wistron may also offer expert testimony for this term.  Wistron's expert, Tony Clark, is expected to discuss why one of ordinary skill in the art would agree with Wistron's proposed construction, the nature of scan codes, that scan codes are not row and column signals, to rebut Samsung's expert witness opinions as appropriate and will explain the reasons why |

**EXHIBIT E:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | | | each key on the keyboard has a unique scan code. |

**EXHIBIT E:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| 2 | **first interrupt signal**<br><br>'273 Patent, Claim 1:<br><br>at 13:50-52 ("said keyboard controller responsive to an activation of at least one of said conventional keys to activate a **first interrupt signal** to said ISA-compatible computer on said **first interrupt signal line**");<br><br>at 13:58 ("a first conventional interrupt handling routine within said ISA-compatible computer responsive to said **first interrupt signal** from said keyboard controller to input data scan codes from said keyboard");<br><br>'273 Patent, Claim 4:<br><br>at 14:19 ("further comprising a central processing unit that indexes a first memory location pointer in response | PROPOSED CONSTRUCTION: IRQ1.<br><br>INTRINSIC EVIDENCE:<br><br>Specification:<br>col. 4:31-38 ("The interrupt controller 130 has a plurality of interrupt request lines IRQ0 through IRQ15 that can be connected to devices that communicate with the microprocessor 110 on an interrupt basis. In the ISA-compatible computers, the interrupt signal from the keyboard controller 128 is communicated to the interrupt controller 130 via the IRQ1 signal line which has the second highest priority.").<br><br>Figures: 1-4 and 6-9.<br><br>DICTIONARY/TREATISE DEFINITIONS:<br><br>"interrupt" – a request-for-attention signal that can be passed by either hardware or software to a computer's microprocessor. Microsoft Press Computer Dictionary, pg. 194, (1991).<br><br>EXTRINSIC EVIDENCE:<br><br>Dr. Wedig will provide the following opinion: | PROPOSED CONSTRUCTION:  The ISA standard IRQ1 interrupt signal<br><br>DICTIONARY/TREATISE DEFINITION:<br><br>INTRINSIC EVIDENCE:<br><br>3:65-4:5 ("The interrupt controller 130, the DMA controller 132 and the interface circuitry 134 provide communications between the processor bus 114 and an ISA bus 140 (As discussed above, the ISA (Industry Standard Architecture) bus is often referred to as the AT-bus.)  The ISA bus 114 includes a plurality of address, data and control lines that provide communications to and from peripheral device controller that are connected to the ISA bus.");  4:31-38 ("The interrupt controller 130 has a plurality of interrupt request lines IRQ0 through IRQ 15 that can be connected to devices that communicate with the microprocessor 110 on an interrupt basis.  In the ISA-compatible computers, the interrupt signal form the keyboard controller 128 is communicated to the interrupt controller 130 via the IRQ1 signal line which has the second highest priority.");  12:29-32 ("Thereafter, instead of activating IRQ1, the keyboard controller 430 utilizes the system controller 430 to indirectly |

**EXHIBIT E: DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | to said **first interrupt signal**,"); <br><br> '273 Patent, Claim 5: <br><br> at 14:37 ("said keyboard controller generating a **first interrupt signal** on said **first interrupt signal** line upon receipt of a scan code corresponding to one of said conventional keys"); <br><br> at 14:41-42 ("said ISA-compatible computer programmed to execute a program to input said scan code in response to said **first interrupt signal**") | One of ordinary skill in the art at the time of the patent would have understood that IRQ1 is used to notify the microprocessor that a conventional key on the keyboard is pressed. From the teaching of the patent, one of ordinary skill in the art would have understood that IRQ1 does not have be communicated on the ISA bus and instead could be communicated from the keyboard controller to the microprocessor in different manners as illustrated on figures 1-4, 6 and 9. | generate the IRQ15 signal"); 12:64-13:4("The system controller 420 is configured to map the PCUIN line to a non-maskable interrupt (NMI) output when the multiplexer control lines 494-496 have a binary value of 010. Rather that communicating the NMI output to the microprocessor 410, in the present invention, the NMI output of the system controller is connected to the IRQ15 signal line 426 and is thus provided as the IRQ 15 input of the I/O controller and interrupt multiplexer 424. When the SETINT signal on the line 482 is activated and then deactivated, the IRQ15 signal on the line 426 is likewise activated and deactivated"); Figs. 4, 6, 7, 8, 9; Prosecution History at SEC 014789 ("In the conventional ISA system, IRQ1 is the only interrupt which the controller can generate in response to a keystroke.") <br><br> EXTRINSIC EVIDENCE: <br><br> Summary of Expert Testimony: Wistron may also offer expert testimony for this term. Wistron's expert, Tony Clark is expected to discuss why one of ordinary skill in the art would agree with Wistron's proposed construction, the nature of a first interrupt signal, what one of ordinary skill in the art would consider a first interrupt signal, will rebut Samsung's expert witness opinions as |

**EXHIBIT E:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | | | appropriate and will explain the reasons why the first interrupt signal would be understood to mean the ISA standard IRQ1 interrupt signal. |

**EXHIBIT E:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| 3 | **second interrupt signal**<br><br>'273 Patent, Claim 1:<br><br>at 13:56-57 ("said keyboard controller responsive to an activation of said additional function key in combination with at least one of said conventional alphanumeric keys to generate a **second interrupt signal** to said ISA-compatible computer on said second interrupt signal line");<br><br>at 14:3 ("to said **second interrupt signal** from said keyboard controller to input an identification of said activated alphanumeric key and to perform a predetermined function selected by said identified alphanumeric key");<br><br>'273 Patent, Claim 4:<br><br>at 14:21 ("said central processing unit further indexing a second memory | PROPOSED CONSTRUCTION: any interrupt other than IRQ1.<br><br>INTRINSIC EVIDENCE:<br><br>Specification:<br>col. 6:35-45 ("The computer system 200 illustrated in FIG. 4 is similar to the conventional ISA compatible computer system 100 illustrated in FIG. 1; however, an improved keyboard controller 220 is responsive to scan codes generated by the activation of the thirteenth function key Fn on the keyboard 210 to generate an interrupt request signal IRQ15 on an interrupt request signal line 222 to the interrupt controller 130. The IRQ15 signal line is typically not used on conventional ISA compatible computer systems and is thus available for use with the thirteenth function key Fn.").<br><br>Figures: 4 and 6-9.<br><br>DICTIONARY/TREATISE DEFINITIONS:<br><br>"interrupt" – a request-for-attention signal that can be passed by either hardware or software to a computer's microprocessor. Microsoft Press Computer Dictionary, pg. 194, (1991). | PROPOSED CONSTRUCTION:  Any interrupt signal other than IRQ1 interrupt signal<br><br>DICTIONARY/TREATISE DEFINITION:<br><br><br><br>INTRINSIC EVIDENCE:<br>See Ref. # 2<br><br>EXTRINSIC EVIDENCE:<br><br>Summary of Expert Testimony:  Wistron may also offer expert testimony for this term. Wistron's expert, Tony Clark, is expected to discuss why one of ordinary skill in the art would agree with Wistron's proposed construction, the nature of a second interrupt signal, what one of ordinary skill in the art would consider a second interrupt signal, will rebut Samsung's expert witness opinions as appropriate and will explain the reasons why the second interrupt signal would be understood to mean any interrupt signal other than IRQ1 interrupt signal. |

**EXHIBIT E:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | location pointer in response to said **second interrupt signal**"); <br><br> '273 Patent, Claim 5: <br><br> at 14:43-44 ("said keyboard controller generating a **second interrupt signal** on said second interrupt signal line upon receipt of a scan code corresponding to said non-conventional function key"); <br><br> at 14:48 ("said ISA-compatible computer programmed to execute at least one special routine upon receipt of said **second interrupt signal**") | <u>EXTRINSIC EVIDENCE</u>: <br><br> Dr. Wedig will provide the following opinion: <br><br> The term "interrupt signal" is a generic engineering term that long pre-dates the filing of the application that led to the '273 patent. In one embodiment of the '273 patent, the signal IRQ15 is used as one example, but one of ordinary skill in the art would not be so restricted to use only that signal or any other IRQ signal.  The second interrupt signal can be any interrupt signal, which can be generated as described in the claim element. One of ordinary skill in the art at the time of the patent would have understood that other such interrupts that could be used as the second interrupt signal would have included IRQ2-IRQ14, SMI and NMI.  Moreover, because the term "interrupt signal" is a generic engineering term that describes a type of signal, and because of continuing advances in technology, one of ordinary skill in the art at the time of the patent would have understood that new interrupt signals could be developed in the future that also could be used as the second interrupt signal.  One such interrupt is SCI. | |

**EXHIBIT E: DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| 4 | **second interrupt signal line**<br><br>'273 Patent Claim 1:<br><br>at 13:46 ("said keyboard controller having first and **second interrupt signal lines** connected to said ISA-compatible computer,);<br><br>at 13:56-57 ("said keyboard controller responsive to an activation of said additional function key in combination with at least one of said conventional alphanumeric keys to generate a second interrupt signal to said ISA-compatible computer on said **second interrupt signal line**");<br><br>'273 Patent, Claim 5:<br><br>at 14:35-36 ("keyboard controller coupled to said keyboard, said keyboard controller further coupled to said ISA-compatible computer by first and | PROPOSED CONSTRUCTION: a second, separate signal line from the keyboard controller connected to the ISA-compatible computer for transmitting the second interrupt signal.<br><br>INTRINSIC EVIDENCE:<br><br>Specification:<br>col. 6:35-45 ("The computer system 200 illustrated in FIG. 4 is similar to the conventional ISA compatible computer system 100 illustrated in FIG. 1; however, an improved keyboard controller 220 is responsive to scan codes generated by the activation of the thirteenth function key Fn on the keyboard 210 to generate an interrupt request signal IRQ15 on an interrupt request signal line 222 to the interrupt controller 130. The IRQ15 signal line is typically not used on conventional ISA compatible computer systems and is thus available for use with the thirteenth function key Fn.").<br><br>Figures: 4 and 6-9.<br><br>EXTRINSIC EVIDENCE:<br><br>Dr. Wedig will provide the following opinion:<br><br>From the teaching of the patent, one of | PROPOSED CONSTRUCTION: A second, dedicated separate signal line from the keyboard controller connected to the ISA-compatible computer for transmitting the second interrupt signal<br><br>DICTIONARY/TREATISE DEFINITION:<br><br>INTRINSIC EVIDENCE:<br>Figs. 6, 7, 8, 9, 10; 4:38-43 ("The interrupt controller 130 receives the IRQ1 interrupt signal along with interrupt signals from other devices, such as peripheral device controllers on the ISA bus 140, and generates an interrupt to the microprocessor 110 via dedicated signal lines that form part of the processor bus 114."); 6:27-45 ("One element of the present invention is the addition of a thirteenth function key Fn on an improved keyboard 210, shown in more detail in FIG. 5. Since the thirteenth function key Fn is not on a conventional keyboard, presently available applications programs and hot key programs will not include provisions for operating on scan codes from the function key Fn. The computer system 200 illustrated in FIG. 4 is similar to the conventional ISA compatible computer system 100 illustrated in FIG. 1; |

**EXHIBIT E:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
|  | **second interrupt signal line**s"); at 14:44 ("said keyboard controller generating a second interrupt signal on said **second interrupt signal line** upon receipt of a scan code corresponding to said non-conventional function key") | ordinary skill in the art would have understood that the second interrupt signal line is separate from the first interrupt signal. One of ordinary skill in the art would not have understood that the second interrupt signal line has to be a dedicated signal line because the second interrupt signal could have been communicated on any of the unused IRQ lines, the NMI line or the SMI line.  At the time of the patent, it is well known that the NMI line and the SMI line could have been used for more than one function. | however, an improved keyboard controller 220 is responsive to scan codes generated by the activation of the thirteenth function key Fn on the keyboard 210 to generate an interrupt request signal IRQ15 on an interrupt request signal line 222 to the interrupt controller 130.  The IRQ15 signal line is typically not used on conventional ISA compatible computer systems and is thus available for use with the thirteenth function key Fn"); 13:14-17 ("The microprocessor 410 executes the interrupt service routine dedicated to handling IRQ15, reads the scan code data stored in the system controller 420 and executes the function associated with the scan code."); 7:20-22 ("Since the IRQ15 interrupt signal line 222 is activated rather than IRQ1 signal line 154, the conventional keyboard service routine is not activated.  Thus, the conventional keyboard service routine does not have to be modified to accommodate the thirteenth function key Fn"); 2:32-42 ("Further, the present invention will not interfere with the operation of any conventional applications program designed for operation on a conventional ISA-compatible computer systems since the independent function key is not available on such systems.  Thus, a manufacturer can provide the independent function key and provide hot key functions that operate in |

**EXHIBIT E:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | | | response to the independent function key that can operate without any interference from or without interfering with an applications program or a TSR program."); 7:68-8:8 ("It then activates the IRQ15 signal line 222 rather than IRQ1 signal line 154. *** Since the system microprocessor 110 is executing the Fn service routine in response to the IRQ15 signal, the system microprocessor 110 performs an Fn service routine associated with the alphanumeric key"); 8:43-46 ("The keyboard microprocessor continues to scan the columns and activate the IRQ15 signal until the Fn function key becomes inactive."); 12:29-32 ("thereafter, instead of activating IRQ1, the keyboard controller 430 utilizes the system controller 430 to indirectly generate the IRQ 15 signal."); 13:17-22 (Thus, as discussed above with respect to the first embodiment, the handling of the IRQ15 function is entirely independent of the conventional keyboard handling via IRQ1 and cannot be compromised by the conventional TSR programs or the like."); 13:23-27 ("The indirect generation of the IRQ15 signal line described above enables the present embodiment of the invention to utilize existing I/O pins on the Western Digital integrated circuits and reduces the number of pins required on the keyboard controller"); Prosecution History at SEC 001006 ("it |

**EXHIBIT E:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | | | appears that Claims 1 and 5 may not be sufficiently clear in defining the two interrupt signals as being two separate physical entities on two separate signal lines to distinguish the generation of multiple interrupts on the same signal line"); *id.* ("the presently claimed invention provides the advantage that TSRs that may adversely affect the operation of the routines linked to the conventional interrupt signal do not affect the routines linked to the non-conventional interrupt signal."); *id.* at SEC 001007 ("the present application which uniquely define an ISA-compatible computer system having a first conventional interrupt signal line from the keyboard controller to the computer and a second non-conventional interrupt signal line from the keyboard controller to the computer."). <br><br> EXTRINSIC EVIDENCE: <br><br> Summary of Expert Testimony:  Wistron may also offer expert testimony for this term. Wistron's expert, Tony Clark, is expected to discuss why one of ordinary skill in the art would agree with Wistron's proposed construction, the nature of a second interrupt signal line, what one of ordinary skill in the art would consider a second interrupt signal line, will rebut Samsung's expert witness opinions as appropriate and will explain the |

**EXHIBIT E:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | | | reasons why the second interrupt signal line would be understood to mean a second, dedicated separate signal line from the keyboard controller connected to the ISA-compatible computer for transmitting the second interrupt signal. |

**EXHIBIT E:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| 5 | **indexes or indexing***<br><br>'273 Patent Claim 4:<br><br>at 14:18 ("further comprising a central processing unit that **indexes** a first memory location pointer in response to said first interrupt signal"); 14:20 ("said central processing unit further **indexing** a second memory location pointer in response to said second interrupt signal");<br><br>*Wistron contends that references 5-8 are in may be construed together, in different contexts, as the key term at issue is "index" | PROPOSED CONSTRUCTION: selects or accesses.<br><br>INTRINSIC EVIDENCE:<br><br>Specification:<br>col. 5:1-16 ("The microprocessor 110 utilizes the interrupt vector received from the interrupt controller 130 as an index to an interrupt vector table that begins at location OH in its RAM 120. (Although the 80386SX microprocessor utilizes segment and offset addresses in the format xxxx:yyyy, the addresses will be discussed herein as absolute addresses in bytes from the lowest address in memory.) In ISA compatible computer systems, the interrupt vector table includes four bytes of data for each interrupt vector. For example, the interrupt vector for the keyboard interrupt is located at address 24H and includes a four-byte pointer to the segment and offset of a memory location where the interrupt service routine for the keyboard is located."); and<br><br>col. 6, lines 50-60 ("The interrupt controller 130 responds to the activation of the IRQ15 signal line 222 by interrupting the microprocessor 110 as before. When the microprocessor 110 responds to the interrupt | PROPOSED CONSTRUCTION:<br><br>To locate information in a table by adding an offset amount<br><br>DICTIONARY/TREATISE DEFINITION:<br><br>*Microsoft Computer Dictionary*, Fifth Edition, p. 270 (2002): "index" – "In programming and information processing, to locate information stored in a table by adding an offset amount, called the index, to the base address of the table."<br><br>INTRINSIC EVIDENCE:<br><br>5:1-14 ("The microprocessor 110 utilizes the interrupt vector received from the interrupt controller 130 as an index to an interrupt vector table that begins at location OH in its RAM 120.  (Although the 80386SX microprocessor utilizes segment and offset addresses in the format xxx:yyyy, the addresses will be discussed herein as absolute addresses in bytes from the lowest address in memory.)  in ISA compatible computer systems, the interrupt vector table includes four bytes of data for each interrupt vector. Fro example, the interrupt vector for the |

**EXHIBIT E: DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | | controller 130, the interrupt controller 130 communicates an interrupt vector having a value of 77H to the microprocessor 110 to indicate that IRQ15 is active and has the current highest priority. The microprocessor 110 uses the value of 77H as an index and accesses location 1DCH (i.e., 77H .times.4) in the RAM 120 to obtain a pointer to the Fn service routine in the RAM 120.").<br><br>Figures: 2, 3 and 6.<br><br>EXTRINSIC EVIDENCE:<br><br>Dr. Wedig will provide the following opinion:<br><br>In the context of claims 4 and 7, one of ordinary skill in the art at the time of the patent would have understood "indexes or indexing" to mean selects or accesses. | keyboard interrupt is located at address 24H and includes a four-byte pointer to the segment and offset of a memory location where the interrupt service routine for the keyboard is located."); 6:57-60 ("The microprocessor 110 uses the value of 77H as an index and accesses location 1DCH (i.e., 77H X4) in the RAM 120 to obtain a pointer to the Fn service routine in the RAM 120.")<br><br>EXTRINSIC EVIDENCE:<br><br>Summary of Expert Testimony: Wistron may also offer expert testimony for this term. Wistron's expert, Tony Clark, is expected to discuss why one of ordinary skill in the art would agree with Wistron's proposed construction, the nature of indexing, what one of ordinary skill in the art would consider indexing, will rebut Samsung's expert witness opinions as appropriate and will explain the reasons why indexing would be understood to mean adding an offset. |

**EXHIBIT E: DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| 6 | **indexes a first memory location pointer**<br><br>'273 Patent Claim 4:<br><br>at 14:18 ("further comprising a central processing unit that **indexes a first memory location pointer** in response to said first interrupt signal"); 14:20 ("said central processing unit further indexing a second memory location pointer in response to said second interrupt signal"); | PROPOSED CONSTRUCTION: selects or accesses an identifier that corresponds to the start of the first conventional interrupt handling routine.<br><br>INTRINSIC EVIDENCE:<br><br>Specification:<br>col. 5:1-16 (identified above in connection with "indexes and indexing")<br><br>Figures: 2, 3 and 6.<br><br>EXTRINSIC EVIDENCE:<br><br>Dr. Wedig will provide the following opinion:<br><br>To one of ordinary skill in the art, a memory location pointer is a value that indicates the location of a specific memory item such as data or a routine. A memory location pointer may reside in memory or it may reside in a temporary location outside the memory such as in the CPU. In claim 4, the first memory location pointer is an identifier that corresponds to the start of the first conventional interrupt handling routine. The claim does not specify the location of the first memory location. It only specifies that the CPU must index a first memory location | PROPOSED CONSTRUCTION:<br><br>adds an offset amount to a first memory location pointer<br><br>DICTIONARY/TREATISE DEFINITION:<br><br>*Microsoft Computer Dictionary*, Fifth Edition, p. 270 (2002): "index" – "In programming and information processing, to locate information stored in a table by adding an offset amount, called the index, to the base address of the table."<br><br>INTRINSIC EVIDENCE:<br><br>5:1-14 ("The microprocessor 110 utilizes the interrupt vector received from the interrupt controller 130 as an index to an interrupt vector table that begins at location OH in its RAM 120. (Although the 80386SX microprocessor utilizes segment and offset addresses in the format xxx:yyyy, the addresses will be discussed herein as absolute addresses in bytes from the lowest address in memory.) in ISA compatible computer systems, the interrupt vector table includes four bytes of data for each interrupt vector. Fro example, the interrupt vector for the |

**EXHIBIT E: DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

|  |  | pointer. To one of ordinary skill in the art, indexing the first memory location pointer, as it is used in the claim, means to select or access the first memory location pointer. The means for selecting or accessing the first memory pointer is not specified in the claim. Figure 2 illustrates that when the CPU receives an interrupt indicating that a conventional key has been pressed, the CPU will then access a memory pointer indicating where the interrupt service routine is located. ('273 patent, col. 5 ll. 1-16). However, this illustration is one example of how to index to the first memory location pointer and one of ordinary skill in the art would not limit the claim to covering only this method of indexing. For example, the first memory location pointer may be a fixed location in memory or a temporary storage location in the CPU. One of ordinary skill in the art would understand that indexing or locating the first memory location pointer in a fixed location or a temporary storage in the CPU would also be covered by the claim element. | keyboard interrupt is located at address 24H and includes a four-byte pointer to the segment and offset of a memory location where the interrupt service routine for the keyboard is located."); 6:57-60 ("The microprocessor 110 uses the value of 77H as an index and accesses location 1DCH (i.e., 77H X4) in the RAM 120 to obtain a pointer to the Fn service routine in the RAM 120.")<br><br>EXTRINSIC EVIDENCE:<br><br>Summary of Expert Testimony: Wistron may also offer expert testimony for this term. Wistron's expert, Tony Clark, is expected to discuss why one of ordinary skill in the art would agree with Wistron's proposed construction, the nature of indexing, what one of ordinary skill in the art would consider indexing, will rebut Samsung's expert witness opinions as appropriate and will explain the reasons why indexing would be understood to mean adding an offset. |
| --- | --- | --- | --- |

EXHIBIT E:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| 7 | **Indexing a second memory location**<br><br>'273 Patent Claim 4:<br><br>at 14:18 ("further comprising a central processing unit that indexes a first memory location pointer in response to said first interrupt signal"); 14:20 ("said central processing unit further **indexing a second memory location** pointer in response to said second interrupt signal"); | PROPOSED CONSTRUCTION: selects or accesses an identifier that corresponds to the start of the second non-conventional interrupt handling routine.<br><br>INTRINSIC EVIDENCE:<br><br>Specification:<br><br>col. 6, lines 50-60 (identified above in connection with "indexes and indexing").<br><br>Figures: 3 and 6.<br><br>EXTRINSIC EVIDENCE:<br><br>Dr. Wedig will provide the following opinion:<br><br>Like the first memory location pointer, the second memory location pointer is an identifier that corresponds to the start of the second non-conventional interrupt handling routine.  Figure 6 illustrates one embodiment that shows that when the CPU receives a second interrupt signal, it will then access a memory pointer that indicates where the Fn interrupt service routine is located.  The claim does not say how the indexing or accessing is to be carried out.  In particular, it specifically does not indicate that it is necessary to utilize | PROPOSED CONSTRUCTION:<br><br>adding an offset amount to a second memory location<br><br>DICTIONARY/TREATISE DEFINITION:<br><br>*Microsoft Computer Dictionary*, Fifth Edition, p. 270 (2002): "index" – "In programming and information processing, to locate information stored in a table by adding an offset amount, called the index, to the base address of the table."<br><br>INTRINSIC EVIDENCE:<br><br>5:1-14 ("The microprocessor 110 utilizes the interrupt vector received from the interrupt controller 130 as an index to an interrupt vector table that begins at location OH in its RAM 120.  (Although the 80386SX microprocessor utilizes segment and offset addresses in the format xxx:yyyy, the addresses will be discussed herein as absolute addresses in bytes from the lowest address in memory.)  in ISA compatible computer systems, the interrupt vector table includes four bytes of data for each interrupt vector.  Fro example, the interrupt vector for the |

**EXHIBIT E:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

| | | | |
|---|---|---|---|
| | | an interrupt vector to perform the indexing. Although such a vector is utilized in one embodiment, there is no such limitation called for in the claim and limiting the claim interpretation to require the use of an interrupt vector would be incorrect. For example, an interrupt vector does not need to be used at all.  The second memory location pointer may be a fixed location in memory or a temporary storage location in the CPU.  One of ordinary skill in the art would understand that indexing or locating the second memory location pointer in a fixed location or a temporary storage in the CPU would also be covered by the claim element. | keyboard interrupt is located at address 24H and includes a four-byte pointer to the segment and offset of a memory location where the interrupt service routine for the keyboard is located."); 6:57-60 ("The microprocessor 110 uses the value of 77H as an index and accesses location 1DCH (i.e., 77H X4) in the RAM 120 to obtain a pointer to the Fn service routine in the RAM 120.")<br><br>EXTRINSIC EVIDENCE:<br><br>Summary of Expert Testimony:  Wistron may also offer expert testimony for this term. Wistron's expert, Tony Clark, is expected to discuss why one of ordinary skill in the art would agree with Wistron's proposed construction, the nature of indexing, what one of ordinary skill in the art would consider indexing, will rebut Samsung's expert witness opinions as appropriate and will explain the reasons why indexing would be understood to mean adding an offset. |

**EXHIBIT E:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| 8 | **Indexing one of plurality of memory locations**<br><br>'273 Patent, Claim 7:<br><br>at 14:58 ("said Central Processing Unit **indexing one of a plurality of memory locations**") | PROPOSED CONSTRUCTION: to utilize an interrupt vector to access a memory location corresponding to an interrupt vector.<br><br>INTRINSIC EVIDENCE:<br><br>Claim:  7.<br><br>Specification:<br>Same as "indexes or indexing"<br><br>EXTRINSIC EVIDENCE:<br><br>Dr. Wedig will provide the following opinion:<br><br>Same as "indexes a first memory location pointer" except, unlike claim 4, claim 7 specifies that indexing is performed by utilizing an interrupt vector.  Accordingly, "indexing one of a plurality of memory locations" means "to utilize an interrupt vector to access a memory location corresponding to an interrupt vector." | PROPOSED CONSTRUCTION:<br><br>adding an offset amount to one of a plurality of memory locations<br><br>DICTIONARY/TREATISE DEFINITION:<br><br>*Microsoft Computer Dictionary*, Fifth Edition, p. 270 (2002): "index" – "In programming and information processing, to locate information stored in a table by adding an offset amount, called the index, to the base address of the table."<br><br>INTRINSIC EVIDENCE:<br><br>5:1-14 ("The microprocessor 110 utilizes the interrupt vector received from the interrupt controller 130 as an index to an interrupt vector table that begins at location OH in its RAM 120.  (Although the 80386SX microprocessor utilizes segment and offset addresses in the format xxx:yyyy, the addresses will be discussed herein as absolute addresses in bytes from the lowest address in memory.)  in ISA compatible computer systems, the interrupt vector table includes four bytes of data for each interrupt vector.  Fro example, the interrupt vector for the |

**EXHIBIT E:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

|  |  |  | keyboard interrupt is located at address 24H and includes a four-byte pointer to the segment and offset of a memory location where the interrupt service routine for the keyboard is located."); 6:57-60 ("The microprocessor 110 uses the value of 77H as an index and accesses location 1DCH (i.e., 77H X4) in the RAM 120 to obtain a pointer to the Fn service routine in the RAM 120.")  <br><br>EXTRINSIC EVIDENCE:  <br><br>Summary of Expert Testimony:  Wistron may also offer expert testimony for this term. Wistron's expert, Tony Clark, is expected to discuss why one of ordinary skill in the art would agree with Wistron's proposed construction, the nature of indexing, what one of ordinary skill in the art would consider indexing, will rebut Samsung's expert witness opinions as appropriate and will explain the reasons why indexing would be understood to mean adding an offset. |

**EXHIBIT E:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| 9 | **program**<br><br>'273 Patent, Claim 5:<br><br>at 14:40 ("said ISA-compatible computer programmed to execute a **program** to input said scan code in response to said first interrupt signal") | PROPOSED CONSTRUCTION: a handling routine that causes the computer to receive keyboard scan codes from the keyboard controller.<br><br>INTRINSIC EVIDENCE:<br><br>Specification:  col. 5, lines 10-25 ("For example, the interrupt vector for the keyboard interrupt is located at address 24H and includes a four-byte pointer to the segment and offset of a memory location where the interrupt service routine for the keyboard is located. The keyboard interrupt service routine may be located in the RAM 120 or it may be located in the ROM 138. Generally, the keyboard interrupt service routine for the keyboard is provided as a basic operating function of the computer system 100 and is stored in the ROM 138 as part of the Basic Input/Output System (BIOS) of the computer system. As part of the keyboard interrupt service routine, the microprocessor 110 is caused to enable the keyboard controller 128 onto the processor bus 114 to communicate the keyboard scan codes from the keyboard controller to the microprocessor 110."); and<br><br>col. 7, lines 55-63 ("If the key is not the thirteenth function key Fn, the scan codes caused by depressing and releasing the key | PROPOSED CONSTRUCTION:  To perform a series of instructions to input the scan code<br><br>DICTIONARY/TREATISE DEFINITION:<br>*Microsoft Computer Dictionary*, Fifth Edition, p. 424 (2002): "program" – "A sequence of instructions that can be executed by a computer."<br><br>INTRINSIC EVIDENCE:<br><br>7:68-8:8 ("It then activates the IRQ15 signal line 222 rather than IRQ1 signal line 154. When the system microprocessor 110 responds to the interrupt, the scan code for the alphanumeric key is communicated to the system microprocessor 110.  Since the system microprocessor 110 is executing the Fn service routine in response to the IRQ15 signal, the system microprocessor 110 performs an Fn service routine associated with the alphanumeric key"); 8:35-41 ("If the Fn function key is still active, the keyboard microprocessor 250 activates the IRQ15 signal in an activity block 328, and, when the system microprocessor 110 responds, the keyboard microprocessor 250 outputs the scan code for the alphanumeric key to the system microprocessor 110 in an activity block 332."); 13:14-17 ("The microprocessor 410 |

**EXHIBIT E:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | | are stored by the keyboard microprocessor 250. The keyboard microprocessor 250 in the keyboard controller 130 activates the IRQ1 signal line 154, and, when the system microprocessor 110 responds, communicates the scan codes to the system microprocessor 110 via the processor bus 114.")<br><br>Figures: 2, 3 and 6.<br><br>EXTRINSIC EVIDENCE:<br><br>Dr. Wedig will provide the following opinion:<br><br>In the context of claim 5, one of ordinary skill in the art would understand that a "program" means "a handling routine that causes the computer to receive keyboard scan codes from the keyboard controller." The function to be performed by the "program" is "to input said scan code," which means the computer is reading the scan code from the keyboard controller. | executes the interrupt service routine dedicated to handling IRQ15, reads the scan code data stored in the system controller 420 and executes the function associated with the scan code."); Fig. 8<br><br>EXTRINSIC EVIDENCE:<br><br>Summary of Expert Testimony:  Wistron may also offer expert testimony for this term. Wistron's expert, Tony Clark, is expected to discuss why one of ordinary skill in the art would agree with Wistron's proposed construction, the nature of program in this context, what one of ordinary skill in the art would consider program to be, will rebut Samsung's expert witness opinions and will explain the reasons why program would be understood to perform a series of instructions to input the scan code. |

**EXHIBIT E: DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| 10 | **special routine**<br><br>'273 Patent, Claim 5:<br><br>at 14:47 ("said ISA-compatible computer programmed to execute at least one **special routine** upon receipt of said second interrupt signal.") | PROPOSED CONSTRUCTION: a routine that is executed upon receipt of the second interrupt signal.<br><br>INTRINSIC EVIDENCE:<br><br>Specification: col. 6:46 – 7:19 ("FIG. 6 pictorially illustrates the operation of the present invention. FIG. 6 is similar to FIG. 2; however, the IRQ15 signal line 222 is included to signal the interrupt controller 130 that the Fn key on the keyboard 210 has been activated. The interrupt controller 130 responds to the activation of the IRQ15 signal line 222 by interrupting the microprocessor 110 as before. When the microprocessor 110 responds to the interrupt controller 130, the interrupt controller 130 communicates an interrupt vector having a value of 77H to the microprocessor 110 to indicate that IRQ15 is active and has the current highest priority. The microprocessor 110 uses the value of 77H as an index and accesses location 1DCH (i.e., 77H .times.4) in the RAM 120 to obtain a pointer to the Fn service routine in the RAM 120. The Fn service routine in the RAM 120 can be loaded during initialization of the computer system 200. Alternatively, the Fn service routine can be provided as part of the BIOS in the ROM 138 as illustrated in dashed | PROPOSED CONSTRUCTION: A routine that is only executed upon receipt of the second interrupt signal and the scan code corresponding to one of the conventional keys<br><br>DICTIONARY/TREATISE DEFINITION:<br><br><br>INTRINSIC EVIDENCE:<br><br>2:59-68 ("The ISA-compatible computer system includes a first conventional interrupt handling routine that is responsive to the first interrupt from the keyboard controller to input data scan codes from the keyboard, and includes a second non-conventional interrupt handling routine that is responsive to the second interrupt from the keyboard controller to input an identification of the activated alphanumeric key and to perform a predetermined function selected by the identified alphanumeric key."); 7:12-31 ("Thus, the first activity of the Fn service routine is to cause the microprocessor 110 to input the keyboard scan code from the keyboard controller 220 and perform the function associated with the scan code. For example, in the preferred embodiment, the "A", "B", "D", "E" and "R" keys are used in |

**EXHIBIT E:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | | lines in FIG. 6. When the Fn service routine is activated, the keyboard controller 220 is interrogated by the microprocessor 110 to obtain the function desired by the user. Although the thirteenth function key Fn can be used alone to specify a particular function in a manner similar to the function keys F1 through F12, in the preferred embodiment described herein, the thirteenth function key Fn is activated in conjunction with one of the alphanumeric keys to specify one of a plurality of predetermined functions. For example, the combination of the Fn key and the "A" key can cause the Fn service routine to perform one predetermined function and the combination of the Fn key and the "B" key can cause the Fn service routine to perform a different predetermined function. Thus, the first activity of the Fn service routine is to cause the microprocessor 110 to input the keyboard scan code from the keyboard controller 220 and perform the function associated with the scan code. For example, in the preferred embodiment, the "A", "B", "D", "E" and "R" keys are used in combination with the Fn key to control video modes of the computer system 200.") Figure: 6. EXTRINSIC EVIDENCE: | combination with the Fn key to control video modes of the computer system 200. Since the IRQ15 interrupt signal line 222 is activated rather than the IRQ1 signal line 154, the conventional keyboard service routine is not activated. Thus, the conventional keyboard service routine does not have to be modified to accommodate the thirteenth function key Fn. Furthermore, since the pointer to the Fn service routine is located at address 1DCH in the RAM 120, conventional TSR programs will not affect the operation of the Fn service routine since such programs modify only the pointer at address 24H. Thus, such TSR programs can continue to be used without interference with the Fn service routine."); 8:4-8 ("Since the system microprocessor 110 is executing the Fn service routine in response to the IRQ15 signal, the system microprocessor 110 performs an Fn service routine associated with the alphanumeric key."); 8:35-42 ("If the Fn function key is still active, the keyboard microprocessor activates the IRQ15 signal in an activity block 328, and, when the system microprocessor 110 responds, the keyboard microprocessor 250 outputs the scan code for the alphanumeric key to the system microprocessor 110 in an activity block 332. The system microprocessor 110 then performs the Fn function associated with the activated |

**EXHIBIT E:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | | Dr. Wedig will provide the following opinion:<br><br>One of ordinary skill in the art would understand from the specification that a special routine is executed upon receipt of the second interrupt signal, but not upon receipt of the first interrupt signal.  The special routine need not only be executed upon receipt of the second interrupt signal. | alphanumeric key."); 12:21-32("If the Fn function key and an alphanumeric key are activated, the operation of the keyboard controller 430 and the system controller 420 is different. After the keyboard controller 430 determines that the Fn function key is active and after it determines the scan code of the alphanumeric key that has been pressed along with the Fn function key, the keyboard controller 430 transfers the scan code of the alphanumeric key to the bulletin board register, as described above. Thereafter, instead of activating IRQ1, the keyboard controller 430 utilizes the system controller 430 to indirectly generate the IRQ15 signal."); 13:14-22 ("The microprocessor 410 executes the interrupt service routine dedicated to handling IRQ15, reads the scan code data stored in the system controller 420 and executes the function associated with the scan code. Thus, as discussed above with respect to the first embodiment, the handling of the IRQ15 function is entirely independent of the conventional keyboard handling via IRQ1 and cannot be compromised by conventional TSR programs or the like."); Fig. 8, Fig 9; Prosecution History at SEC 000998 ("The present invention overcomes the failings of the prior art by providing an inventive system comprising a keyboard controller which can react in two different |

**EXHIBIT E:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | | | ways to keystrokes, providing a first interrupt when conventional keys are activated <u>and</u> providing a second interrupt when a non-conventional function key is activated. Additionally, the invention provides two interrupt handling routines rather than one so that changes to the first interrupt handling routine for conventional keys do not affect the distinct interrupt handling routine for the non-conventional function key."); *id.* at SEC 001006 ("Claims 1 and 5 have been further amended to clarify that activation of one or more of the conventional keys on the keyboard causes the first interrupt signal line to be generated, and that activation of the function key causes the second interrupt signal to be generated."); *id.* at SEC 001007 ("Applicants' invention, as defined in claims 1 and 5, is the generation of a first interrupt signal on a first interrupt signal line in response to the activation of conventional keys, and the generation of a second interrupt signal on a second line in response to the activation of an additional non-conventional function key.")<br><br>EXTRINSIC EVIDENCE:<br><br>Summary of Expert Testimony:  Wistron may also offer expert testimony for this term. Wistron's expert, Tony Clark, is expected to discuss why one of ordinary skill in the art |

**EXHIBIT E:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | | | would agree with Wistron's proposed construction, the nature of special routine in the context of the claims, what one of ordinary skill in the art would consider a special routine to be, will rebut Samsung's expert witness opinions as appropriate and will explain the reasons why a special routine should mean a routine that is only executed upon receipt of the second interrupt signal. |

**EXHIBIT E:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| 11 | **combination**<br><br>'273 Patent, Claim 1:<br><br>at 13:38 ("A system for providing a built-in function in an ISA-compatible computer in response to activation of a selected **combination** of user activated keys");<br><br>at 13:54 ("said keyboard controller responsive to an activation of said additional function key in **combination** with at least one of said conventional alphanumeric keys to generate a second interrupt signal to said ISA-compatible computer on said second interrupt signal line") | PROPOSED CONSTRUCTION: plain meaning (no construction is needed).<br><br>INTRINSIC EVIDENCE:<br><br>Specification:  Col. 7:1-19 ("Although the thirteenth function key Fn can be used alone to specify a particular function in a manner similar to the function keys F1 through F12, in the preferred embodiment described herein, the thirteenth function key Fn is activated in conjunction with one of the alphanumeric keys to specify one of a plurality of predetermined functions. For example, the combination of the Fn key and the "A" key can cause the Fn service routine to perform one predetermined function and the combination of the Fn key and the "B" key can cause the Fn service routine to perform a different predetermined function. Thus, the first activity of the Fn service routine is to cause the microprocessor 110 to input the keyboard scan code from the keyboard controller 220 and perform the function associated with the scan code. For example, in the preferred embodiment, the "A", "B", "D", "E" and "R" keys are used in combination with the Fn key to control video modes of the computer system 200."); and | PROPOSED CONSTRUCTION: simultaneously<br><br>DICTIONARY/TREATISE DEFINITION:<br><br>*Cambridge Advanced Learner's Dictionary* (online version at dictionary.cambridge.org): "to do two activities at the same time"<br><br>INTRINSIC EVIDENCE:<br><br>Fig. 8; 7:65-8:46<br><br>EXTRINSIC EVIDENCE: |

**EXHIBIT E:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | | Col. 7:65-8:1 ("In contrast to the foregoing, when the keyboard microprocessor 250 detects the activation of the thirteenth function key Fn, it waits for the activation of an alphanumeric key. It then activates the IRQ15 signal line 222 rather than the IRQ1 signal line 154."). <br><br> EXTRINSIC EVIDENCE: <br><br> Dr. Wedig will provide the following opinion: <br><br> To one of skilled in the art, the plain meaning of "in combination with" is "in conjunction with."  In the context of the '273 patent, the thirteenth function key Fn can be used alone or in conjunction with another key to specify one of a plurality of predetermined functions. (See Col. 7:1-19.)  In the case where a key combination is used, the Fn key is activated before the second key.  (See Col. 7:65-8:1.)  It is not feasible to activate the Fn key simultaneously with the second key. | |

**EXHIBIT E:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| 12 | **non-conventional function key [additional function key]**<br><br>'273 Patent, Claim 5:<br><br>at 14:28 ("said keyboard further including at least one **non-conventional function key**");<br><br>at 14:45 ("said keyboard controller generating a second interrupt signal on said second interrupt signal line upon receipt of a scan code corresponding to said **non-conventional function key**")<br><br>'273 Patent, Claim 1:<br><br>at 13:42 ("a keyboard having a set of conventional alphanumeric and function keys and further having at least one **additional function key**");<br><br>at 13:44-45 ("keyboard controller connected to said keyboard to monitor said conventional keys and said | PROPOSED CONSTRUCTION: plain meaning (no construction is needed).<br><br>INTRINSIC EVIDENCE:<br><br>Specification:  col. 6:27-45 ("One element of the present invention is the addition of a thirteenth function key Fn on an improved keyboard 210, shown in more detail in FIG. 5. Since the thirteenth function key Fn is not on a conventional keyboard, presently available applications programs and hot key programs will not include provisions for operating on scan codes from the function key Fn."); and<br><br>col. 7, lines 1-19 ("Although the thirteenth function key Fn can be used alone to specify a particular function in a manner similar to the function keys F1 through F12, in the preferred embodiment described herein, the thirteenth function key Fn is activated in conjunction with one of the alphanumeric keys to specify one of a plurality of predetermined functions. For example, the combination of the Fn key and the "A" key can cause the Fn service routine to perform one predetermined function and the combination of the Fn key and the "B" key can cause the Fn service routine to perform a different predetermined function. Thus, the first activity of the Fn | PROPOSED CONSTRUCTION:  An additional function key other than a conventional function key.<br><br>DICTIONARY/TREATISE DEFINITION:<br><br>INTRINSIC EVIDENCE:<br><br>6:27 ("One element of the present invention is the addition of a thirteenth function key Fn on an improved keyboard 210, shown in more detail in FIG. 5.  Since the thirteenth function key Fn is not on a conventional keyboard, presently available applications programs and hot key programs will not include provisions for operating on scan codes from the function key Fn."); Figs. 4, 5, 6, 8, 9.<br><br>EXTRINSIC EVIDENCE:<br><br>Summary of Expert Testimony:  Wistron may also offer expert testimony for this term.  Wistron's expert, Tony Clark, is expected to discuss why one of ordinary skill in the art would agree with Wistron's proposed construction, the nature of a non-conventional / additional function key in the context of the claims, what one of ordinary skill in the art |

**EXHIBIT E: DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,333,273**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | **additional function key** to detect when at least one of said keys is activated"); at 13:53-54 (said keyboard controller responsive to an activation of said **additional function key** in combination with at least one of said conventional alphanumeric keys to generate a second interrupt signal to said ISA-compatible computer on said second interrupt signal line") | service routine is to cause the microprocessor 110 to input the keyboard scan code from the keyboard controller 220 and perform the function associated with the scan code. For example, in the preferred embodiment, the "A", "B", "D", "E" and "R" keys are used in combination with the Fn key to control video modes of the computer system 200."). Figure 5. EXTRINSIC EVIDENCE: Dr. Wedig will provide expert opinion regarding the plain meaning of this claim term. | would consider a special routine to be, will rebut Samsung's expert witness opinions as appropriate and will explain the reasons why a non-conventional / additional function key is a function key other than a conventional function key. |