Exhibit F

**EXHIBIT F: DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,625,275**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| 1 | **block**<br><br>'275 Patent, Claim 1:<br><br>At 9:28 ("said controller generating said control signal to cause said control circuit to **block** charging current flow when at least one of said input current level") | PROPOSED CONSTRUCTION: the transistor is biased off<br><br>INTRINSIC EVIDENCE:<br>'275 patent col. 2:25-30 ("The charging current control circuit may include a transistor connected to the AC adapter and to the battery, wherein the transistor is biased on and off in accordance with the control signal generated by the controller to control current flow between the AC adapter and the battery.");<br><br>col. 2:42-54 ("The controller generates an output signal which indicates whether any of the input signals has exceeded a respective predetermined maximum value. A charging current control circuit is connected to the controller and to the battery and supplies current from the AC adapter to charge the battery when the output signal from the controller indicates that none of the input signals are above the respective predetermined maximum values. The charging current control circuit may include a transistor connected between the AC adapter and the battery, wherein the transistor is biased on and off in accordance with the output signal generated by the controller to control current flow between the AC adapter and the battery."); | PROPOSED CONSTRUCTION: stop the flow of charging current<br><br>DICTIONARY/TREATISE DEFINITION:<br><br>*American Heritage Dictionary of the English Language,* Fourth Edition (2000): "block" – "To stop or impede the passage of or movement through." obstruct:<br><br>*Merriam-Webster Online dictionary*: "block" – "to prevent normal functioning or action of."<br><br>INTRINSIC EVIDENCE:<br><br>2:25-30 ("The charging current control circuit may include a transistor connected to the AC adapter and to the battery, wherein the transistor is biased on and off in accordance with the control signal generated by the controller to control current flow between the AC adapter and the battery."); 2:51-54 ("wherein the transistor is biased on and off in accordance with the output signal generated by the controller to control current flow between the AC adapter and the battery"); 4: 4-6 ("When either of these control signals is above a predetermined threshold value, the regulator output is disabled so that no charging current is |

**EXHIBIT F: DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,625,275**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | | col. 4:65- col. 5:5 ("As described above, the controller operates in a conventional manner such that the width of the pulses output by the controller at O is controlled by the signals input at $IN_1$ and $IN_2$. When any parameter exceeds a predetermined threshold value, the regulator output is disabled such that the MOSFET 22 is biased off by the driving circuit 21 and no current from the adapter 14 flows through the MOSFET 22 to the battery 12."); <br><br>col. 7:9-18 ("In a similar manner, output voltage gain circuitry 33 comprises a 0.0022 µF capacitor 124, a 20KΩ resistor 126, and a 10KΩ resistor 128 which will attenuate the output voltage to 5 V when a maximum voltage level of 15V is reached across the capacitor 32. When any parameter exceeds the 5 V reference signal, the regulator output is disabled such that the MOSFET 22 is biased off by the driving circuit 21 and no current from the adapter 14 flows through the MOSFET 22 to the battery 12."); <br><br>col. 7:36-40 ("When either input to the regulator controller 20 reaches or exceeds 5 V, the output level at O1 or O2 is high and the driving circuit 21 subsequently biases the MOSFET 22 off to prevent current output by | supplied to the battery."); 4:15-18 ("[I]f the current drawn by the computer system is above the threshold value, the regulator output is disabled and no charging current is directed to the battery 12."); 5: 1-5 ("When any parameter exceeds a predetermined threshold value, the regulator output is disabled such that the MOSFET 22 is biased off by the driving circuit 21 and no current from the adapter 14 flows through the MOSFET 22 to the battery 12."); 7:15-18 ("When any parameter exceeds the 5 V reference signal, the regulator output is disabled such that the MOSFET 22 is biased off by the driving circuit 21 and no current from the adapter 14 flows through the MOSFET 22 to the battery 12."); 7:36-41 ("When either input to the regulator controller 20 reaches or exceeds 5 V, the output level at $0_1$ or $0_2$ is high and the driving circuit 21 subsequently biases the MOSFET 22 off to prevent current output by the AC adapter 74 from reaching the battery 12."); Prosecution History at WIS 0111945 ("When the battery is charged and the maximum battery voltage is reached, the charging current to the battery is halted.") <br><br>EXTRINSIC EVIDENCE: <br><br>Summary of Expert Testimony: Wistron may also offer expert testimony for this term. |

**EXHIBIT F: DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,625,275**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | | the AC adapter 74 from reaching the battery 12.");<br><br>col. 9:50-56 ("5. The power supply of claim 1, wherein said charging current control circuit includes a transistor connected to said AC adapter and to said battery, wherein said transistor is biased on and off in accordance with said control signal generated by said controller to control current flow between said AC adapter and said battery."); and<br><br>col. 10:30-35 ("8. The regulator of claim 7, wherein said charging current control circuit includes a transistor connected between said AC adapter and to said battery, wherein said transistor is biased on and off in accordance with said output signal generated by said controller to control current flow between said AC adapter and said battery.")<br><br>DICTIONARY/TREATISE DEFINITIONS: None.<br><br>EXTRINSIC EVIDENCE:<br><br>Dr. Colwell will provide expert opinion that this term should be construed as "the transistor is biased off" based on the intrinsic evidence set forth above.<br><br>In addition, Dr. Colwell will provide expert | Wistron's expert, Tony Clark, is expected to discuss why one of ordinary skill in the art would agree with Wistron's proposed construction, the nature of how the disclosed technology "blocks", will rebut Samsung's expert witness opinions as appropriate and will explain the reasons why block means to "stop." |

**EXHIBIT F: DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,625,275**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | | opinion that this term should not be construed as to "stop the flow of charging current" | |

**EXHIBIT F: DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,625,275**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| 2 | **variable**<br><br>'275 Patent: Claim 1:<br><br>at 9:33 ("said controller generating said control signal to cause said control circuit to provide charging current at a **variable** level when all of said input current level");<br><br>at 9:36 ("said **variable** charging current level controlled to cause said input current level to be maintained approximately at said first maximum limit as long as said second maximum limit and said third maximum limit are not exceeded");<br><br>'275 Patent: Claim 7:<br><br>at 10:13 ("said control signal having a second **variable** active state when | PROPOSED CONSTRUCTION: plain meaning (no construction is needed).<br><br>INTRINSIC EVIDENCE:<br><br>Claims 1 and 7. Title of the patent.<br><br>Col. 1:54-67 ("The present invention provides a power supply for a rechargeable battery that adjusts the battery charging current depending upon the current drawn by the portable computer system at any given time. The power supply includes a regulator controller which monitors the output current and output voltage of the battery to provide over voltage and short circuit protection. The controller further monitors the level of input current being drawn by the computer system. When the computer draws less current, the battery charging current is increased accordingly, thus efficiently using all of the available power output from the AC adapter. Conversely, when the current drawn by the computer system is above a threshold value at which battery charging is not feasible, the regulator does not direct any charging current to the battery.")<br><br>Col. 2:34-60 ("Another aspect of the invention is a regulator for controlling | PROPOSED CONSTRUCTION: Adaptable<br><br>DICTIONARY/TREATISE DEFINITION:<br><br>*Compact Oxford English Dictionary*, Online Edition (askoxford.com): "variable" – "**1.** not consistent or having a fixed pattern; liable to vary. **2.** able to be changed or adapted."<br><br>INTRINSIC EVIDENCE:<br><br>1:54-68 ("The present invention provides a power supply for a rechargeable battery that adjusts the battery charging current depending upon the current drawn by the portable computer system at any given time. The power supply includes a regulator controller which monitors the output current and output voltage of the battery to provide over voltage and short circuit protection. The controller further monitors the level of input current being drawn by the computer system. When the computer draws less current, the battery charging current is increased accordingly, thus efficiently using all of the available power output from the AC adapter. Conversely, when the current drawn by the computer system is above a threshold value at which battery charging is not feasible, the regulator does not direct any charging current |

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | none of said first"); at 10:22 ("said controller has said **variable** active state") | current flow between an AC adapter and a battery in a portable computer system. The regulator comprises a controller connected to the AC adapter, the battery, and an output of the regulator to monitor a first input signal indicative of an input current level supplied by the AC adapter, a second input signal indicative of a charging current level supplied to the battery, and a third input signal indicative of an output voltage of the regulator. The controller generates an output signal which indicates whether any of the input signals has exceeded a respective predetermined maximum value. A charging current control circuit is connected to the controller and to the battery and supplies current from the AC adapter to charge the battery when the output signal from the controller indicates that none of the input signals are above the respective predetermined maximum values. The charging current control circuit may include a transistor connected between the AC adapter and the battery, wherein the transistor is biased on and off in accordance with the output signal generated by the controller to control current flow between the AC adapter and the battery. The regulator may further comprise a driving circuit connected between the controller and the charging current control circuit for driving | to the battery."); Abstract ("When the computer draws less current, the battery charging current is increased accordingly, thus using all of the power output from the AC adapter"); 4:10-17 ("If the current drawn by the computer system is below a predetermined threshold value above which battery charging is not feasible, the battery charging current is increased accordingly so as to efficiently use all of the available power output from the AC adapter 14. However, if the current drawn by the computer system is above the threshold value, the regulator output is disabled and no charging current is directed to the battery 12."); 5:10-17 ("Specifically, when the regulator controller output is enabled, the MOSFET 22 is biased on by the driving circuit 21 during each regulator cycle and any current output by the AC adapter 14 which is not being used by the system is supplied to battery 12. In this manner, the current output by the AC adapter 14 which is not being used by other components in the computer system is available for use in charging the battery 12 and the efficiency of the AC adapter is maximized."); 7:19-34 ("If all of the monitored current and voltage parameters are below their predetermined maximum values, the regulator output O is enabled and the pulse width output by the regulator controller |

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | | the transistor. The regulator may also comprise a filter connected between the charging current control circuit and the battery which filters the charging current supplied to the battery."). <br><br>DICTIONARY/TREATISE DEFINITIONS: <br><br>Merriam Webster's Collegiate Dictionary, Tenth Edition, 1996: "variable" – 1 a: able or apt to vary: subject to variation or changes <~winds> <~costs> b: fickle, inconstant  2: characterized by variations  3: having the characteristics of a variable. <br><br>EXTRINSIC EVIDENCE: <br>Dr. Colwell will provide expert opinion regarding the plain meaning of this claim term. <br><br>In addition, Dr. Colwell will provide expert opinion that this term should not be construed as "adaptable" | 20 is controlled in accordance with the level of the input control signals to provide the proper amount of charging current to the battery. Specifically, when the output voltage sensed across the capacitor 32 increases, the pulses output from the regulator are narrowed so that less charging current per cycle is supplied to the battery. Similarly, if the voltage signals proportional to the system input current through the resistor 42 or output current through the resistor 36 increase, less charging current is supplied to the battery 12 by shortening the pulses output by the regulator at O. On the other hand, when any of these control voltages decrease, the output pulse width is widened to provide more charging current per cycle to the battery 12."); 8:40-49 ("Thus, when the input current, charging current, and output voltage parameters are below their respective maximum values, the power supply of the present invention operates to supply current from the AC adapter which is not being used by the system to the battery to charge the battery. In this manner, when the current drawn by the computer system is less than the maximum, the remainder of the current which can be output by the AC adapter is utilized to charge the battery. This maximizes the efficiency of the AC adapter and reduces the size of the adapter."); Prosecution History |

**EXHIBIT F:  DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,625,275**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | | | at WIS 0111945 ("As the current requirements of the computer system increase, the amount of charging current provided to the battery is decreased to keep the input current at or below the maximum input current.  As the current requirements of the computer system decrease, the amount of the charging current provided to the battery is increased to keep the input current approximately equal to the maximum input current so that the maximum available current from the AC adapter is fully utilized until the battery is fully charged."); Prosecution History at WIS 0111946 ("The claims further clarify that the input current from the AC adapter is monitored and that the charging current to the battery is varied to control the charging current so that the input current is maintained at its predetermined maximum level until the battery is substantially charged….")<br><br>EXTRINSIC EVIDENCE:<br><br>Summary of Expert Testimony:  Wistron may also offer expert testimony for this term. Wistron's expert, Tony Clark, is expected to discuss why one of ordinary skill in the art would agree with Wistron's proposed construction, will rebut Samsung's expert witness opinions as appropriate and will explain the reasons why variable means |

**EXHIBIT F: DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,625,275**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | | | adaptable. |

**EXHIBIT F: DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,625,275**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| 3. | **first inactive state**<br><br>'275 Patent, Claim 7:<br><br>at 10:10 ("said control signal having a **first inactive state** when any one of said first, second and third input signals exceeds a respective first, second and third limit value") | PROPOSED CONSTRUCTION: the state in which the transistor is biased off<br><br>INTRINSIC EVIDENCE:<br><br>'275 patent col. 2:25-30 ("The charging current control circuit may include a transistor connected to the AC adapter and to the battery, wherein the transistor is biased on and off in accordance with the control signal generated by the controller to control current flow between the AC adapter and the battery.");<br><br>col. 2:42-54 ("The controller generates an output signal which indicates whether any of the input signals has exceeded a respective predetermined maximum value. A charging current control circuit is connected to the controller and to the battery and supplies current from the AC adapter to charge the battery when the output signal from the controller indicates that none of the input signals are above the respective predetermined maximum values. The charging current control circuit may include a transistor connected between the AC adapter and the battery, wherein the transistor is biased on and off in accordance with the output signal generated by the | PROPOSED CONSTRUCTION: The signal state that represents no charging current is flowing<br><br>DICTIONARY/TREATISE DEFINITION:<br><br>*American Heritage Dictionary* of the English Language, Fourth Edition (2000): "inactive" – "Not functioning or operating; out of use," and "Not being in continuous use or operation."<br><br>*Merriam-Webster Online dictionary*: "inactive" – "being out of use" and "applies to anyone or anything not in action or in operation or at work."<br><br>INTRINSIC EVIDENCE:<br><br>2:25-30 ("The charging current control circuit may include a transistor connected to the AC adapter and to the battery, wherein the transistor is biased on and off in accordance with the control signal generated by the controller to control current flow between the AC adapter and the battery."); 2:51-54 ("wherein the transistor is biased on and off in accordance with the output signal generated by the controller to control current flow between the AC adapter and the |

- 10 -

**EXHIBIT F: DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,625,275**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | | controller to control current flow between the AC adapter and the battery."); <br><br> col. 4:65- col. 5:5 ("As described above, the controller operates in a conventional manner such that the width of the pulses output by the controller at O is controlled by the signals input at $IN_1$ and $IN_2$. When any parameter exceeds a predetermined threshold value, the regulator output is disabled such that the MOSFET 22 is biased off by the driving circuit 21 and no current from the adapter 14 flows through the MOSFET 22 to the battery 12."); <br><br> col. 7:9-18 ("In a similar manner, output voltage gain circuitry 33 comprises a 0.0022 µF capacitor 124, a 20KΩ resistor 126, and a 10KΩ resistor 128 which will attenuate the output voltage to 5 V when a maximum voltage level of 15V is reached across the capacitor 32. When any parameter exceeds the 5 V reference signal, the regulator output is disabled such that the MOSFET 22 is biased off by the driving circuit 21 and no current from the adapter 14 flows through the MOSFET 22 to the battery 12."); <br><br> col. 7:36-40 ("When either input to the regulator controller 20 reaches or exceeds 5 V, the output level at O1 or O2 is high and | battery"); 4:4-6 ("When either of these control signals is above a predetermined threshold value, the regulator output is disabled so that no charging current is supplied to the battery."); 4:15-18 ("[I]f the current drawn by the computer system is above the threshold value, the regulator output is disabled and no charging current is directed to the battery 12."); 5: 1-5 ("When any parameter exceeds a predetermined threshold value, the regulator output is disabled such that the MOSFET 22 is biased off by the driving circuit 21 and no current from the adapter 14 flows through the MOSFET 22 to the battery 12."); 7:15-18 ("When any parameter exceeds the 5 V reference signal, the regulator output is disabled such that the MOSFET 22 is biased off by the driving circuit 21 and no current from the adapter 14 flows through the MOSFET 22 to the battery 12."); 7:36-41 ("When either input to the regulator controller 20 reaches or exceeds 5 V, the output level at $0_1$ or $0_2$ is high and the driving circuit 21 subsequently biases the MOSFET 22 off to prevent current output by the AC adapter 74 from reaching the battery 12.") <br><br> EXTRINSIC EVIDENCE: <br><br> Summary of Expert Testimony: Wistron |

**EXHIBIT F: DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,625,275**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | | the driving circuit 21 subsequently biases the MOSFET 22 off to prevent current output by the AC adapter 74 from reaching the battery 12."); <br><br> col. 9:50-56 ("5. The power supply of claim 1, wherein said charging current control circuit includes a transistor connected to said AC adapter and to said battery, wherein said transistor is biased on and off in accordance with said control signal generated by said controller to control current flow between said AC adapter and said battery."); <br><br> col. 10:30-35 ("8. The regulator of claim 7, wherein said charging current control circuit includes a transistor connected between said AC adapter and to said battery, wherein said transistor is biased on and off in accordance with said output signal generated by said controller to control current flow between said AC adapter and said battery.") <br><br> DICTIONARY/TREATISE DEFINITIONS: None. <br><br> EXTRINSIC EVIDENCE: <br><br> Dr. Colwell will provide expert opinion that this term should be construed as "the state in which the transistor is biased off" based on the intrinsic evidence set forth above. | may also offer expert testimony for this term. Wistron's expert, Tony Clark, is expected to discuss why one of ordinary skill in the art would agree with Wistron's proposed construction, the nature of states in the disclosed technology, will rebut Samsung's expert witness opinions as appropriate and will explain the reasons why first inactive state means the signal state that represents no charging current is flowing. |

**EXHIBIT F: DISPUTED CLAIM TERMS FOR UNITED STATES PATENT 5,625,275**

| REF # | CLAIM LANGUAGE | SAMSUNG'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE | WISTRON'S PROPOSED CONSTRUCTION AND SUPPORTING EVIDENCE |
|---|---|---|---|
| | | In addition, Dr. Colwell will provide expert opinion that this term should not be construed as "the signal state that represents no charging current is flowing" | |