| | |
|---|---|
| 1 | MARK D. FOWLER, Bar No. 124235 |
| | mark.fowler@dlapiper.com |
| 2 | ELIZABETH DAY, Bar No. 177125 |
| | elizabeth.day@dlapiper.com |
| 3 | TIMOTHY LOHSE, Bar No. 177230 |
| | timothy.lohse@dlapiper.com |
| 4 | SAL LIM, Bar No. 211836 |
| | sal.lim@dlapiper.com |
| 5 | GREGORY J. LUNDELL, Bar No. 234941 |
| | greg.lundell@dlapiper.com |
| 6 | |
| 7 | DLA PIPER US LLP |
| | 2000 University Avenue |
| | East Palo Alto, CA  94303-2214 |
| 8 | Tel:  650.833.2000 |
| | Fax:  650.833.2001 |
| 9 | |
| | Attorneys for Defendant and Counter-Plaintiff |
| 10 | SAMSUNG ELECTRONICS CO., LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION, a Taiwan corporation, | CASE NO.  C-07-4748 VRW |
| Plaintiff and Counter-Defendant, | **DECLARATION OF MARK FOWLER IN SUPPORT OF SAMSUNG ELECTRONIC CO., LTD.'S REPLY CLAIM CONSTRUCTION BRIEF** |
| v. | Claim Construction Hearing: |
| SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation, | Date: September 17, 2008 |
| | Time: 10:00 a.m. |
| Defendant and Counter-Plaintiff. | Courtroom: 6, 17th Floor |
| | Judge: Hon. Vaughn R. Walker |
| SAMSUNG ELECTRONICS CO., LTD., | |
| Counterclaim-Plaintiff, | |
| v. | |
| WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION, | |
| Counterclaim-Defendants. | |

I, Mark Fowler, declare:

1. I am a partner in the law firm of DLA Piper US LLP, attorneys of record in this action for Defendant and Counter-Plaintiff Samsung Electronics Co., Ltd. ("Samsung"). I am lead counsel for Samsung in this matter. I know the following of my personal knowledge and, if called as a witness, could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of United States Patent No. 6,021,477.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts, not previously provided to the Court by Wistron, from the deposition of Dr. Robert Wedig taken on May 19, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 10, 2008, at East Palo Alto, California.

_____
Mark Fowler