1  MARK D. FOWLER, Bar No. 124235
   mark.fowler@dlapiper.com
2  ELIZABETH DAY, Bar No. 177125
   elizabeth.day@dlapiper.com
3  TIMOTHY LOHSE, Bar No. 177230
   timothy.lohse@dlapiper.com
4  SAL LIM, Bar No. 211836
   sal.lim@dlapiper.com
5  GREGORY J. LUNDELL, Bar No. 234941
   greg.lundell@dlapiper.com
6
7  DLA PIPER US LLP
   2000 University Avenue
   East Palo Alto, CA  94303-2214
8  Tel:  650.833.2000
   Fax:  650.833.2001
9
   Attorneys for Defendant and Counter-Plaintiff
10 SAMSUNG ELECTRONICS CO., LTD.

11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14              SAN FRANCISCO DIVISION

15 | WISTRON CORPORATION, a Taiwan corporation, | CASE NO. C-07-4748 VRW

16 |                                            | **SAMSUNG ELECTRONIC CO., LTD.'S [PROPOSED] ORDER ON CLAIM CONSTRUCTION**
17 | Plaintiff and Counter-Defendant,           |

18 | v.                                         | Claim Construction Hearing:
                                                   Date:       September 17, 2008
19 | SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation, | Time:       10:00 a.m.
                                                   Courtroom:  6, 17th Floor
20 |                                            | Judge:      Hon. Vaughn R. Walker
21 | Defendant and Counter-Plaintiff.           |

22

23 SAMSUNG ELECTRONICS CO., LTD.,

24              Counterclaim-Plaintiff,

25 v.

26 WISTRON CORPORATION, and
   WISTRON INFOCOMM (TEXAS) CORPORATION,
27
28              Counterclaim-Defendants.

Having considered the positions of all parties, including briefs and oral arguments, and the evidence of record, the Court holds that the disputed claim terms and phrases are construed as follows:

1. **U.S. Patent No. 5,333,273.**

| Term/Phrase | Construction |
|---|---|
| "data scan code" or "scan code" | A code number that the keyboard generates whenever a key is depressed or released, said code number created by converting a pairing of a row signal and a column signal in the keyboard matrix. |
| "first interrupt signal" | IRQ1. |
| "second interrupt signal" | Any interrupt other than IRQ1. |
| "second interrupt signal line" | A second, separate signal line from the keyboard controller connected to the ISA-compatible computer for transmitting the second interrupt signal. |
| "non-conventional function key" or "additional function key" | Plain meaning (no construction is required). |
| "combination" | Plain meaning (no construction is required). |
| "program" | A handling routine that causes the computer to receive keyboard scan codes from the keyboard controller. |
| "special routine" | A routine that is executed upon receipt of the second interrupt signal. |
| "indexes" or "indexing" | Selects or accesses. |
| "indexes a first memory location pointer" | Selects or accesses an identifier that corresponds to the start of the first conventional interrupt handling routine. |

| Term/Phrase | Construction |
|---|---|
| "indexing a second memory location" | Selects or accesses an identifier that corresponds to the start of the second non-conventional interrupt handling routine. |
| "indexing one of plurality of memory locations" | To utilize an interrupt vector to access a memory location corresponding to an interrupt vector. |

2.  U.S. Patent No. 5,625,275.

| Term/Phrase | Construction |
|---|---|
| "block" | The transistor is biased off. |
| "variable" | Plain meaning (no construction is needed). |
| "first inactive state" | The state in which the transistor is biased off. |

3.  U.S. Patent No. 6,523,100.

| Term/Phrase | Construction |
|---|---|
| "memory controller unit" | Chip circuitry, other than a memory access requestor, that provides the access timing. |
| "configured to receive" | Plain meaning, which is "designed to receive." |
| "to provide" | Plain meaning (no construction is needed). |
| "indication of access speed" | Data that identifies the read/write speed of the memory module. |
| "access timing" | Timing of a signal used to control the read/write access of the memory module. |
| "commensurate (with)" | To accommodate the timing requirements of the memory module. |

The Court also adopts, for purposes of this case, each of the parties' agreed upon claim

1  constructions set forth in Exhibit D of the parties' Final Joint Claim Construction and Prehearing
2  Statement.
3      IT IS SO ORDERED.
4  Dated: _____, 2008

                                                     _____
The Honorable Vaughn R. Walker
Chief Judge, United States District Court