1  Basil P. Fthenakis, Esq. (Bar No. 088399)
   **TECHNOLOGY&INTELLECTUAL**
2  **PROPERTY STRATEGIES GROUP PC**
   1000 Elwell Court, Suite 150
3  Palo Alto, CA  94303
   Email: BFthenakis@TIPSGroup.com
4  Tel: 650.293.3350
   Fax: 800.822.7095
5

6

7  Attorneys for Defendant and Counter-Plaintiff
   SAMSUNG ELECTRONICS CO., LTD.
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

| | |
|---|---|
| WISTRON CORPORATION, a Taiwan corporation, | CASE NO.  C-07-4748 VRW |
| Plaintiff and Counter-Defendant, | **NOTICE OF LIMITED APPEARANCE OF BASIL FTHENAKIS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation, | |
| Defendant and Counter-Plaintiff. | |
| SAMSUNG ELECTRONICS CO., LTD., | |
| Counterclaim-Plaintiff, | |
| v. | |
| WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION, | |
| Counterclaim-Defendants. | |

-1-

1  PLEASE TAKE NOTICE that Basil Fthenakis hereby enters a limited appearance as
2  counsel for defendant and counter-plaintiff SAMSUNG ELECTRONICS CO., LTD. for the
3  purpose of handling third-party discovery and requests to be added to the service list.  Basil
4  Fthenakis' contact information is as follows:

Basil Fthenakis
Technology and Intellectual Property Strategies Group PC
1000 Elwell Court, Suite 150
Palo Alto, CA  94303
Tel: 650.293.3350
Fax: 800.822.7095
Email: bfthenakis@tipsgroup.com

Dated:  July 30, 2008
                                            By /s/ Basil Fthenakis
                                               BASIL FTHENAKIS
                                               Attorney for Defendant and Counter-Plaintiff
                                               SAMSUNG ELECTRONICS CO., LTD.