1  MARK D. FOWLER, Bar No. 124235
   mark.fowler@dlapiper.com
2  ELIZABETH DAY, Bar No. 177125
   elizabeth.day@dlapiper.com
3  TIMOTHY LOHSE, Bar No. 177230
   timothy.lohse@dlapiper.com
4  SAL LIM, Bar No. 211836
   sal.lim@dlapiper.com
5  GREGORY J. LUNDELL, Bar No. 234941
   greg.lundell@dlapiper.com
6  ERIK R. FUEHRER, Bar No. 252578
   erik.fuehrer@dlapiper.com
7  DLA PIPER US LLP
   2000 University Avenue
8  East Palo Alto, CA  94303-2214
   Tel:  650.833.2000
9  Fax: 650.833.2001

10 Attorneys for Defendant and Counterclaim-Plaintiff
   SAMSUNG ELECTRONICS CO., LTD.

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16  WISTRON CORPORATION, a Taiwan corporation, | CASE NO.  C-07-4748 VRW |
| 17              Plaintiff and Counter-Defendant, | **DECLARATION OF ERIK FUEHRER IN SUPPORT OF SAMSUNG ELECTRONICS CO., LTD.'S MOTION FOR RECONSIDERATION REGARDING DOCUMENT NOS. 857 AND 987** |
| 18  v. | |
| 19  SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation, | Date: September 11, 2008 Time: 2:30 pm Courtroom 6 Judge: Chief Judge Vaughn R. Walker |
| 20              Defendant and Counter-Plaintiff. | |
| 23  SAMSUNG ELECTRONICS CO., LTD., | |
| 24              Counterclaim-Plaintiff, | |
| 25  v. | |
| 26  WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION, | |
| 28              Counterclaim-Defendants. | |

DLA PIPER US LLP
EAST PALO ALTO

WEST\21485288.1

SAMSUNG'S MOTION FOR RECONSIDERATION
CASE NO. C-07-4748 VRW

1    I, Erik Fuehrer, declare as follows:

2    1.   I am an attorney at law duly licensed to practice before this Court and am an attorney with the law firm of DLA Piper US LLP, counsel for Samsung Electronics Co., Ltd. ("Samsung"). I have personal knowledge of the facts stated herein and if called as a witness, could and would competently testify hereto.

6    2.   A true and correct copy of excerpts from Samsung's July 3, 2008, Third Amended Privilege Log is attached hereto as Exhibit A.

I declare under penalty of perjury under the Laws of the United States of America that the foregoing is true and correct. This declaration is executed in East Palo Alto, California.

Dated: August 4, 2008

ERIK FUEHRER

Attorney for Defendant and Counterclaim-Plaintiff
Samsung Electronics Co., Ltd.