# EXHIBIT A

Wistron Corp v. Samsung Electronics Co., Ltd.
Samsung's Privilege Log

AC - Attorney Client
WP - Work Product

## Wistron Corp. v. Samsung Electronics Co., Ltd.
### Samsung's Third Amended Privilege Log

| Doc. No. | Date | Author | Recipient | CC | Description | Basis |
|---|---|---|---|---|---|---|
| 1 | 10/25/2000 | William Geary, Esq./Samsung Electronics (Assistant General Patent Counsel) | Byeong-Sung Cho/Samsung Electronics (Manager; Intellectual Property Team; Digital Media Research Center); Charles Donohoe, Esq./Samsung Electronics (General Patent Counsel); Min-Hyung Chung/Samsung Electronics (Head of Group; Intellectual Asset Management Group); Jae Ho Heo/Samsung Electronics (Senior Manager; Legal & IP Team); Chang-Hwan Kim/Samsung Electronics (Manager; Legal & IP Team) | | Email string regarding Samsung patent litigation with Inventec for the purpose of providing legal advice regarding licensing and litigation | AC |
| 2 | 3/10/1999 | William Geary, Esq./Samsung Electronics (Assistant General Patent Counsel) | Byeong-Sung Cho/Samsung Electronics (Manager; Intellectual Property Team; Digital Media Research Center) | | Memorandum regarding Inventec OEM information for the purpose of discussing negotiation strategy for a meeting with Inventec | AC |
| 3 | 3/9/1999 | Byeong-Sung Cho/Samsung Electronics (Manager; Intellectual Property Team; Digital Media Research Center) | William Geary, Esq./Samsung Electronics (Assistant General Patent Counsel) | | Memorandum regarding Inventec negotiations for the purpose of preparing a response to Inventec | AC |
| 4 | 2/24/1999 | Jay Wu/Inventec Corp. (Senior Manager; Legal Affairs Division) | Min-Hyung Chung/Samsung Electronics (Head of Group; Intellectual Asset Management Group) | Lou Bruccoleri/Compeq Computer Corp. (IP Licensing Counsel) | Redacted copy of letter regarding Samsung Computer Patents (SEC 31276/81), redactions are attorney handwritten notes analyzing letter | AC |
| 5 | 1/26/2001 | William Geary, Esq./Samsung Electronics (Assistant General Patent Counsel) | Byeong-Sung Cho/Samsung Electronics (Manager; Intellectual Property Team; Digital Media Research Center) | | Email string regarding PIC meeting for the purpose of providing legal advice regarding licensing negotiations with PIC | AC |
| 6 | No Date | Sang Beon Lee/Samsung Electronics (Manager; Corporate Technical Operations; Intellectual Assets Management Team; Patent Technology Group 2) | Mark Fowler, Esq./Gray Cary Ware & Freidenrich LLP | | Chart regarding Inventec, Quanta, Compal and Arima products for the purpose of providing product analysis | AC WP |
| 7 | 1/28/1994 | Jerry T. Sewell, Esq./Knobbe, Martens, Olson & Bear | Lane O. Kagey/AST Research, Inc. | Jonathan B. Orlick, Esq./AST Research, Inc. (Senior Patent Counsel) | Letter regarding U.S. and foreign patents and applications for the purpose of discussing relevant patents and applications for potential assignment | AC |
| 8 | 12/1/1994 | Jerry T. Sewell, Esq./Knobbe, Martens, Olson & Bear | Jonathan B. Orlick, Esq./AST Research, Inc. (Senior Counsel) | | Letter regarding 273 Patent for the purpose of providing the status of the patent and enclosing soft copies of the patent | AC |
| 9 | 9/1/1994 | Jerry T. Sewell, Esq./Knobbe, Martens, Olson & Bear | Jonathan B. Orlick, Esq./AST Research, Inc. (Senior Patent Counsel) | | Letter regarding 273 Patent for the purpose of providing the status of the patent and enclosing the patent grant | AC |
| 10 | 6/23/1993 | Jerry T. Sewell, Esq./Knobbe, Martens, Olson & Bear | Randall G. Wick, Esq./AST Research, Inc. (Assistant General Counsel) | | Facsimile attaching letter regarding status of patent applications for the purpose of providing legal advice regarding same | AC |
| 11 | 6/17/1993 | Randall G. Wick, Esq./AST Research, Inc. (Assistant General Counsel) | Jerry T. Sewell, Esq./Knobbe, Martens, Olson & Bear | | Letter regarding status of patent applications for the purpose of obtaining assistance in reviewing and revising draft of status letter | AC |
| 12 | 5/25/1993 | Randall G. Wick, Esq./AST Research, Inc. (Assistant General Counsel) | Jerry T. Sewell, Esq./Knobbe, Martens, Olson & Bear | | Letter regarding 292 and 283 Patent Applications regarding enclosing copies of the issue Fee Transmittal Letters and filed formal drawings | AC |
| 13 | 5/19/1993 | Randall G. Wick, Esq./AST Research, Inc. (Assistant General Counsel) | Jerry T. Sewell, Esq./Knobbe, Martens, Olson & Bear | | Letter regarding 292 and 283 Patent Applications regarding proceeding with the payment of the issue fee | AC |
| 14 | 5/12/1994 | Jerry T. Sewell, Esq./Knobbe, Martens, Olson & Bear | Jonathan B. Orlick, Esq./AST Research, Inc. (Senior Patent Counsel) | | Letter regarding 283 Patent Application regarding discussing notice of restricted abandonment | AC |
| 15 | 3/19/1993 | Jerry T. Sewell, Esq./Knobbe, Martens, Olson & Bear | Randall G. Wick, Esq./AST Research, Inc. (Assistant General Counsel) | | Letter regarding 292 and 283 Patent Applications for the purpose of providing the status of the patent and enclosing the Notice of Allowance | AC |
| 16 | 3/16/1994 | Sam Bethune/Knobbe, Martens, Olson & Bear (Assistant to Jerry T. Sewell, Esq.) | Jonathan B. Orlick, Esq./AST Research, Inc. (Senior Patent Counsel) | Jonathan B. Orlick, Esq./AST Research, Inc. (Senior Patent Counsel); International Department/Knobbe, Martens, Olson & Bear | Letter regarding 283 Patent Application for the purpose of discussing and revising formal drawings | AC |
| 17 | 1/21/1994 | Jerry T. Sewell, Esq./Knobbe, Martens, Olson & Bear | Janice P. Sutton/Sommerville & Rushton | | Letter regarding European Patent Application No. 92900159.0 regarding continuing prosecution of European patent application | AC |

21400308_1.XLS
7/5/2008

Waters Corp v. Samsung Electronics Co., Ltd.
Samsung's Privilege Log

A/C - Attorney Client
WP - Work Product

| Doc. No. | Date | Author | Recipient | CC | Description | Basis |
|---|---|---|---|---|---|---|
| 852 | 8/16/1999 | Dong-Ho Lee, Samsung Electronics Co., Ltd. | Hyuk Soo Kwon, Hana Int'l Patent & Law Office | | Letter from Samsung patent engineer, Dongho Lee, to outside patent counsel, Hyuk-Soo Kwon, communicating advice of outside counsel, Banner & Witcoff regarding App. Ser. No. 08/692,828 for the purpose of evaluating draft application. | A/C WP |
| 853 | 2/7/2000 | Michael H. Stranahan, Esq. | Dong-Ho Lee, Samsung Electronics Co., Ltd. | Hyuk-Soo Kwon, Hana International | Letter from outside patent counsel, Michael Stranahan to Samsung engineer, Dong-Ho Lee, cc: outside patent counsel, Hyuk-Soo Kwon, with attachments, regarding U.S. Patent Application 08/692,828; transmitting patent prosecution documents (with handwritten notes). | A/C WP |
| 854 | 11/4/1994 | Kenneth L. Milik, Wang Laboratories, Inc. | Harry F. Smith, Esq., Plerman & Green | | Letter from Kenneth Milik to outside patent counsel, Harry F. Smith, Esq. regarding U.S. Patent Application 08/022,828, enclosing letters from Marketview Sietemore to Kenneth Milik; Kenneth Milik to Harry Smith, Esq.; Harry Smith, Esq. to Kenneth Milik; Harry Smith, Esq. to Cathy J. DeLuce (with handwritten notes) for the purpose of discussing prosecution. | A/C WP |
| 855 | 2/6/1995 | Kenneth L. Milik, Wang Laboratories, Inc. | File | | Draft response to office action for App. Ser. No. 08/022,828 for the purpose prosecuting that patent application. | A/C WP |
| 856 | 7/15/1993 | Kenneth L. Milik, Wang Laboratories, Inc. | File | | Draft response to office action for App. Ser. No. 08/022,828 for the purpose prosecuting that patent application. | A/C WP |
| 857 | 11/3/1987 | Edward Mann | Wang Laboratories, Inc., Patent Department | | Invention disclosure statement of Edward Mann regarding multiple mode memory module invention for the purpose of describing invention to patent prosecution counsel in order to prepare draft patent application. | A/C |
| 858 | 1/24/2006 | Byeong-Sung Cho/Samsung Intellectual Property Team | James Hwang, Samsung Computer System Div. | | Email of communications between ByngSung Cho (IP team member acting under attorney direction) and various Samsung Computer Business Division employees for the purpose of evaluating mediation in Samsung/Inventec pending litigation. | A/C |
| 859 | 5/2/2005 | Hwang Yunkyung, Computer Division, Accounting Part | Byeong-Sung Cho, Samsung Intellectual Property Team | | Email of communications between ByngSung Cho (IP team member acting under attorney direction) and Samsung Computer Business Division accounting for the purpose of responding to an inquiry regarding taxation of settlement royalty payments. | A/C |
| 860 | 4/24/2006 | James Hwang, Samsung Computer System Div. | Byeong-Sung Cho, Samsung Intellectual Property Team; J.H. Kim/Samsung Electronics Co. | | Email inquiry from Samsung Computer Business Division employee to ByongSung Cho (IP team member acting under attorney direction) for the purpose of seeking legal advice regarding lump sum settlement royalty payment. | A/C |
| 861 | 5/24/2006 | Hwang Yunkyung, Samsung Accounting Part | Byeong-Sung Cho, Samsung Intellectual Property Team; James Hwang/ Samsung Electronics Co. | | Email communications between ByngSung Cho (IP team member acting under attorney direction) and Samsung Computer Business Division accounting for the purpose of determining and evaluating settlement royalty payments. | A/C |
| 862 | 3/20/2007 | Dong-Ho Lee/Senior Manager, IP Team, Digital Media Research Center | Yong-Tae Lee, Esq./Samsung Electronics (Vice President and Attorney); Dongho Lee, Senior Manager, IP Team, Richard Woo, Esq., In-house counsel; TaeYoon Kim, Patent Engineer; EynKyang Kim, Patent Engineer. | | Communication from Dong-Ho Lee, patent engineer, to supervising US attorney, Yong-Tae Lee, and cc: Richard Woo, Esq., for the purpose of reporting the results of patent licensing negotiations with potential licensees. | A/C WP |
| 863 | 8/13/2007 | Dong-Ho Lee/Senior Manager, IP Team, Digital Media Research Center | Yong-Tae Lee, Esq./Samsung Electronics (Vice President and Attorney); Dongho Lee, Senior Manager, IP Team; Richard Woo, Esq., In-house counsel; TaeYoon Kim, Patent Engineer; EynKyang Kim, Patent Engineer. | | Communication from Dong-Ho Lee, patent engineer, to supervising US attorney, Yong-Tae Lee, and cc: Richard Woo, Esq., for the purpose of reporting the results of patent licensing negotiations with a potential licensee. | A/C WP |
| 864 | 10/24/2007 | Tae-Yoon Lee, Esq./Patent Engineer, IP Team, Digital Media Research Center | Yong-Tae Lee, Esq./Samsung Electronics (Vice President and Attorney); Dongho Lee, Senior Manager, IP Team; Richard Woo, Esq., In-house counsel; TaeYoon Kim, Patent Engineer; EynKyong Kim, Patent Engineer; HyukJae Choi, Patent Engineer, and KiWoong Song, Patent Engineer. | | Email from TaeYoon Kim, patent engineer, to supervising US attorney, Yong-Tae Lee, and cc: Richard Woo, Esq., for the purpose of reporting the results of patent licensing negotiations with a potential licensee. | A/C WP |

Wistron Corp v. Samsung Electronics Co., Ltd.
Samsung's Privilege Log

A/C – Attorney Client
WP – Work Product

| Doc. No. | Date | Author | Recipient | CC: | Description | Basis |
|---|---|---|---|---|---|---|
| 982 | 8/22/2007 | Sung Hun Kim/ Advanced Development Group, Samsung Electronics Co. | Yong-Tae Lee, Esq./Samsung Electronics (Vice President and Attorney) | | Email exchange between IP Team member and Engineer of Computer Division regarding pre-filing investigation for the purpose of discussing technical aspects of a patent in furtherance of an analysis of a patent infringement. | A/C WP |
| 983 | 8/7/2007 | Sung Hun Kim/ Advanced Development Group, Samsung Electronics Co. | TaeYoon Kim, Patent Engineer, IP Team, Digital Media Research Center | | Email from an engineer of Computer Division to an IP Team member regarding pre-filing investigation for the purpose of responding to a technical inquiry in furtherance of an analysis of a patent infringement. | A/C WP |
| 984 | 7/19/2007 | Sung Hun Kim/ Advanced Development Group, Samsung Electronics Co. | TaeYoon Kim, Patent Engineer, IP Team, Digital Media Research Center | | Email from an engineer of Computer Division to an IP Team member regarding pre-filing investigation for the purpose of responding to a technical inquiry in furtherance of an analysis of a patent infringement. | A/C WP |
| 985 | 8/17/2007 | Dong Ho Lee/Samsung Electronics Senior Manager of Intellectual Property Team | TaeYoon Kim, Patent Engineer, IP Team, Digital Media Research Center | | E-mail from Dongho Lee (acting under attorney direction ) to TaeYoon Kim, both of IP Team, forwarding a report from IP litigation team announcing and counseling re a newly filed lawsuit for the purpose of rendering legal advice | A/C WP |
| 986 | 11/9/1994 | Roy Tanikawa; Han Le | AST Research, Inc., Legal Department | | Invention disclosure statement of Roy Tanikawa and Han Le regarding power charger invention for the purpose of describing invention to outside patent prosecution counsel in order to prepare draft patent application | A/C |
| 987 | Undated | Christine Jones, Jerry T. Sewell, Esq./Knobbe, Martens, Olson & Bear (Outside patent prosecution counsel) | File | Horace Telang; Stephen Olson; Gene Nelson, Esq. (Wang Laboratories in-house counsel) | Draft patent application regarding App. Ser. No. 07/848,318 for the purpose of preparing draft patent application for the same. | A/C |
| 988 | 11/4/1987 | Michael H. Sherwin (Chief Patent Counsel) | Edward D. Mann | | Memorandum regarding App. Ser. No. 07/848,318 for the purpose of preparing the patent application for the same. | A/C |
| 989 | 11/17/1987 | Wang Laboratories Patent Group; Gene Nelson, Esq. (Wang Laboratories in-house counsel) | File | Edward D. Mann | Memorandum regarding invention disclosure form, for the purpose of evaluating patenting of invention. | A/C WP |
| 990 | 12/5/1988 | Gene Nelson, Esq. (Wang Laboratories in-house counsel) | Mariastane Salamone | | Memorandum regarding App. Ser. No. 07/848,318 for the purpose of evaluating patenting of invention. | A/C |
| 991 | 12/5/1988 | Gene Nelson, Esq. (Wang Laboratories in-house counsel) | File | | Memorandum regarding subject matter of App. Ser. No. 07/848,318 for the purpose of evaluating patenting of invention. | A/C WP |
| 992 | 12/6/1988 | Gene Nelson, Esq. (Wang Laboratories in-house counsel) | Harry Smith, Esq. | | Letter regarding App. Ser. No. 07/848,318 for the purpose of evaluating patenting of invention. | A/C |
| 993 | 1/12/1989 | Gene Nelson, Esq. (Wang Laboratories in-house counsel) | File | | Memorandum regarding subject matter of App. Ser. No. 07/848,318 for the purpose of evaluating patenting of invention. | A/C WP |
| 994 | 1/23/1989 | Gene Nelson, Esq. (Wang Laboratories in-house counsel) | File | | Memorandum regarding subject matter of App. Ser. No. 07/848,318 with attachment, for the purpose of evaluating patenting of invention. | A/C WP |
| 995 | 2/21/1989 | Gene Nelson, Esq. (Wang Laboratories in-house counsel) | Harry Smith, Esq. | | Letter regarding App. Ser. No. 07/848,318 for the purpose of evaluating patenting of invention. | A/C |