1  Michael J. Bettinger (SBN 122196)
   michael.bettinger@klgates.com
2  Timothy P. Walker, Ph.D. (SBN 105001)
   timothy.walker@klgates.com
3  Harold H. Davis, Jr. (SBN 235552)
   harold.davis@klgates.com
4  Holly Hogan (SBN 238714)
   holly.hogan@klgates.com
5  **K&L GATES LLP**
   55 Second Street
6  Suite 1700
   San Francisco, California 94105-3493
7  Telephone: 415.882.8200
   Facsimile: 415.882.8220
8

9  Attorneys for Plaintiff and Counterclaim-
   Defendants WISTRON CORPORATION and
10 WISTRON INFOCOMM (TEXAS)
   CORPORATION
11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14                         **SAN FRANCISCO DIVISION**

15 | WISTRON CORPORATION, | Case No. C 07-04748 VRW |
|---|---|
16 | Plaintiff-Counter-Defendant, | **DECLARATION OF HAROLD H. DAVIS, JR. IN SUPPORT OF WISTRON CORPORATION AND WISTRON INFOCOMM (TEXAS) CORPORATION'S OPPOSITION TO MOTION FOR RECONSIDERATION** |
17 | vs. | |
18 | SAMSUNG ELECTRONICS CO., LTD., | |
19 | Defendant-Counter-Plaintiff. | [Assigned to Honorable Chief Judge Vaughn R. Walker] |
20 | | |
21 | | Date:        September 11, 2008 |
22 | | Time:        2:30 p.m. |
   | | Courtroom:   6 |
23 | SAMSUNG ELECTRONICS CO., LTD., | |
24 | Counterclaim-Plaintiff, | |
25 | vs. | |
26 | WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION, | |
27 | Counterclaim-Defendants. | |
28

RECYCLED PAPER

**DECLARATION OF HAROLD H. DAVIS, JR. IN SUPPORT OF OPPOSITION TO MOTION FOR RECONSIDERATION**
Case No.: C 07-04748 VRW

I, Harold H. Davis, Jr., declare as follows:

1. I am an attorney employed by the law firm of K&L Gates LLP, counsel for Plaintiff and Counter-Defendants Wistron Corporation and Wistron Infocomm (Texas) Corporation (collectively, "Wistron"), in the above-entitled action. I am familiar with the matters set forth in this declaration based upon my own personal knowledge and upon my review of the files maintained for this case. If called as a witness, I could and would competently testify to the following facts.

2. Attached hereto as Exhibit A is a true and correct copy of excerpted pages from the deposition Roy Tanikawa in the above-captioned matter on July 23, 2008.

3. Attached hereto as Exhibit B is a true and correct copy of a December 18, 1990 internal memorandum from Randall G. Wick to Wai Szeto produced in discovery in the above captioned matter by Samsung Electronics Co., Ltd. as document SEC011769, and a true and correct copy of a December 18, 1990 memorandum from Wai Szeto to Charles Raasch produced in the above captioned matter by Samsung Electronics Co., Ltd. as document SEC011770.

4. Attached hereto as Exhibit C is a true and correct copy of excerpted pages from the deposition of Don Ho Lee taken in the above captioned matter on July 4, 2008 and July 7, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 11, 2008, at San Francisco, California.

/s/ Harold H. Davis, Jr.
Harold H. Davis, Jr.

RECYCLED PAPER

DECLARATION OF HAROLD H. DAVIS, JR. IN SUPPORT OF OPPOSITION TO MOTION FOR RECONSIDERATION
Case No.: C 07-04748 VRW