# EXHIBIT – A

# DOCUMENTS UNDER SEAL