# EXHIBIT – B

## AST RESEARCH, INC.

### INTERNAL MEMORANDUM

To:        Wai Szeto

From:      Randall G. Wick, x7777

Date:      December 18, 1990

File:      AST 900925 and AST 901026

Subject:   Patent Filed for "Memory Mapped Keyboard Controller", Serial No. 612,810; and "Protected Hot Key for ISA-Compatible Computer System", Serial No. 611,292

           Filing Award For: Charles Raasch

   AST has a policy of making cash awards to individuals who are named as inventors when patent applications are filed (Patent Procedures Policy, 3/15/90). This is intended to give the individual inventors the incentive to report on their inventions and to reward the inventors for efforts in providing documents, editing writeups, etc. during the patenting process. AST is very concerned that inventors be encouraged to help with the process of obtaining patents, so that valuable inventions are promptly disclosed to the Legal Department, and legal protection is not sacrificed by failure to file patent applications. Another cash award will be made under the policy to the inventor if a patent is issued by a Patent Office for the patent applications.

   Please present the enclosed check to the inventor. I have also enclosed a memorandum for you to sign if you like, but you can feel free to prepare your own version. You can present the check personally, mail it, or present it in a group meeting at your discretion. The award check has been processed like a bonus, and therefore a copy of the Personnel Action Form will be sent to the individual's personnel file.

   If a patent issues, we will send out a check as with this memo, along with a letter of congratulations from Safi Qureshey. We will also order a plaque which is engraved with the first page of the patent, suitable for a group presentation.

Enclosures
    Patent Filing Check
    Suggested Transmittal Memorandum to Inventor

SEC011769

EXHIBIT


**AST RESEARCH INC.**

MEMORANDUM

Date:  December 18, 1990

To:       Charles Raasch

From:     Wai Szeto

Subject:  Patent Filed For "Memory Mapped Keyboard Controller",
          Serial No. 612,810; and "Protected Hot Key for
          ISA-Compatible Computer System", Serial No.
          611,292


Patent Filing Cash Award

   I have the pleasure of recognizing your efforts which lead to the filing of two patent applications for AST, and of making the cash award to you for your efforts.

   AST has a policy of paying cash awards to inventors who are listed on patent applications filed for AST.  This is to recognize the extraordinary efforts often needed to deal with patent office procedures and paperwork, and to further encourage inventors like yourself to submit invention reports to AST.  The enclosed check is your award in the amount of $4000 (for two applications) less usual withholding.

   There is the possibility of an additional award should the patent applications issue as patents.

   Since AST is interested in making additional patent filings, please continue submitting invention disclosure reports so that we can consider the filing of additional patent applications.


Enclosures
     Patent Filing Award


16215 Alton Parkway, P.O. Box 19658, Irvine, CA 92713-9658 • (714) 727-4141 • TLX 753699 ASTR UR • FAX (714) 727-9357

SEC011770