# EXHIBIT – C

# DOCUMENTS UNDER SEAL