1 Michael J. Bettinger (State Bar No. 122196)
michael.bettinger@klgates.com
2 Timothy P. Walker, PhD (State Bar No. 105001)
timothy.walker@klgates.com
3 Harold H. Davis, Jr. (State Bar No. 235552)
harold.davis@klgates.com
4 Holly Hogan (State Bar No. 238714)
holly.hogan@klgates.com
5 **K&L GATES LLP**
55 Second Street,
6 Suite 1700
San Francisco, California 94105-3493
7 Telephone: 415.882.8200
Facsimile: 415.882.8220
8
Attorneys for Plaintiff and Counterclaim-Defendants
9 WISTRON CORPORATION and
WISTRON INFOCOMM (TEXAS)
10 CORPORATION

11

12 **UNITED STATES DISTRICT COURT**

13 **NORTHERN DISTRICT OF CALIFORNIA**

14 **SAN FRANCISCO DIVISION**

15 WISTRON CORPORATION,                Case No. C 07-04748 VRW

16          Plaintiff-Counter-          **WISTRON CORPORATION AND**
            Defendant,                  **WISTRON INFOCOMM (TEXAS)**
17                                      **CORPORATION'S MISCELLANEOUS**
    vs.                                 **ADMINISTRATIVE REQUEST TO FILE**
18                                      **DOCUMENTS UNDER SEAL**
    SAMSUNG ELECTRONICS CO., LTD.,
19                                      [Assigned to Honorable Chief Judge Vaughn R.
            Defendant-Counter-          Walker]
20          Plaintiff.
                                        Date:          September 11, 2008
21                                      Time:          2:30 p.m.
                                        Courtroom:     6
22 SAMSUNG ELECTRONICS CO., LTD.,

23          Counterclaim-Plaintiff,

24    vs.

25 WISTRON CORPORATION, and WISTRON
    INFOCOMM (TEXAS) CORPORATION,
26
            Counterclaim-Defendant.
27

28

RECYCLED PAPER

MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL
Case No.: C 07-04748 VRW

Pursuant to Civil Local Rules 7-11 and 79-5(d), Plaintiff and Counter-Defendants Wistron Corporation and Wistron Infocomm (Texas) Corporation (collectively, "Wistron") hereby request an order to file under seal:

(1)    Exhibits A and C to the Declaration of Harold H. Davis, Jr. in support of Wistron's Opposition to Samsung's Motion for Reconsideration

Wistron must seek leave to file the foregoing exhibits under seal because the exhibits constitute deposition testimony designated as "Confidential" by Defendant and Counter-Plaintiff Samsung Electronics Co., Ltd. ("Samsung"). (Declaration of Holly Hogan in Support of Wistron's Miscellaneous Administrative Request to File Documents Under Seal, ¶ 2).

Dated:  August 11, 2008                              K&L GATES LLP


By:    /s/ Harold H. Davis, Jr.
       Michael J. Bettinger (SBN 122196)
       Timothy P. Walker, Ph.D. (SBN 105001)
       Harold H. Davis, Jr. (SBN 235552)
       Holly Hogan (SBN 238714)
       Attorneys for Plaintiff-Counterdefendants
       WISTRON CORPORATION, and
       WISTRON INFOCOMM (TEXAS)
       CORPORATION

RECYCLED PAPER

1

MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL
Case No.: C 07-04748 VRW