| | |
|---|---|
| 1 | |
| 2 | Michael J. Bettinger (SBN 122196) |
| 3 | michael.bettinger@klgates.com<br>Timothy P. Walker, Ph.D. (SBN 105001) |
| 4 | timothy.walker@klgates.com<br>Harold H. Davis, Jr. (SBN 235552) |
| 5 | Harold.davis@klgates.com<br>Holly Hogan (SBN 238714) |
| 6 | holly.hogan@klgates.com<br>**K&L GATES LLP** |
| 7 | 55 Second Street<br>Suite 1700 |
| 8 | San Francisco, California  94105-3493<br>Telephone: 415.882.8200 |
| 9 | Facsimile: 415.882.8220 |
| 10 | Attorneys for Plaintiff-Counterclaim-Defendants |
| 11 | WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WISTRON CORPORATION,<br><br>        Plaintiff-Counter-Defendant,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>        Defendant-Counter-Plaintiff.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>        Counterclaim-Plaintiff,<br><br>vs.<br><br>WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION,<br><br>        Counterclaim-Defendant. | Case No. C 07-04748 VRW<br><br>**DECLARATION OF HOLLY HOGAN IN SUPPORT OF WISTRON CORPORATION AND WISTRON INFOCOMM (TEXAS) CORPORATION'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>[Assigned to Honorable Chief Judge Vaughn R. Walker]<br><br>Date:           September 11, 2008<br>Time:          2:30 p.m.<br>Courtroom:  6 |

**RECYCLED PAPER**

**DECLARATION OF HOLLY HOGAN IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**
**Case No.: C 07-04748 VWR**

1  I, Holly Hogan, declare as follows:

2      1.    I am an attorney employed by the law firm of K&L LLP, counsel for Plaintiff and Counter-Defendants Wistron Corporation and Wistron Infocomm (Texas) Corporation (collectively, "Wistron"), in the above-entitled action. I am familiar with the matters set forth in this declaration based upon my own personal knowledge and upon my review of the files maintained for this case. If called as a witness, I could and would competently testify to the following facts.

    2.    Wistron must seek leave to file Exhibits A and C to the declaration of Harold H. Davis, Jr. in Support of Wistrons' Opposition to Samsungs' Motion for Reconsideration under seal because the documents contain material designated as "Confidential" by Defendant and Counter-Plaintiff Samsung Electronics Co., Ltd. ("Samsung").

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of August, 2008, at San Francisco, California.

                                          /s/ Holly Hogan
                                          Holly Hogan

1

RECYCLED PAPER

**DECLARATION OF HOLLY HOGAN IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**
Case No.: C 07-04748 VWR