1  MICHAEL J. BETTINGER (STATE BAR NO. 122196)
   michael.bettinger@klgates.com
2  TIMOTHY P. WALKER, PHD (STATE BAR NO. 105001)
   timothy.walker@klgates.com
3  HAROLD H. DAVIS, JR. (STATE BAR NO. 235552)
   harold.davis@klgates.com
4  HOLLY HOGAN (STATE BAR NO. 238714)
   holly.hogan@klgates.com
5  **K&L GATES LLP**
   55 Second Street, Suite 1700
6  San Francisco, California 94105-3493
   Telephone: 415.882.8200
7  Facsimile: 415.882.8220

8  Attorneys for Plaintiff and Counterclaim-Defendants
   WISTRON CORPORATION and
9  WISTRON INFOCOMM (TEXAS)
   CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION,<br><br>　　　　Plaintiff-Counter-Defendant,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>　　　　Defendant-Counter-Plaintiff.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>　　　　Counterclaim-Plaintiff,<br><br>vs.<br><br>WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION,<br><br>　　　　Counterclaim-Defendant. | Case No. C 07-04748 VRW<br><br>**[PROPOSED] ORDER GRANTING WISTRON CORPORATION AND WISTRON INFOCOMM (TEXAS) CORPORATION'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>[Assigned to Honorable Chief Judge Vaughn R. Walker]<br><br>Date:　　　September 11, 2008<br>Time:　　　2:30 p.m.<br>Courtroom:　6 |

RECYCLED PAPER

After consideration of the miscellaneous administrative request of Plaintiff and Counter-Defendants Wistron Corporation and Wistron Infocomm (Texas) Corporation's (collectively, "Wistron") to file under seal Exhibits A and C to the Declaration of Harold H. Davis, Jr. in Support of Wistron's Opposition to Samsung's Motion for Reconsideration, Wistron's request is hereby GRANTED.

IT IS HEREBY ORDERED that the above materials shall be filed under seal.

**IT IS SO ORDERED.**

DATED: _____, 2008

_____
The Honorable Vaughn R. Walker