1  MICHAEL J. BETTINGER (STATE BAR NO. 122196)
   michael.bettinger@klgates.com
2  TIMOTHY P. WALKER, PHD (STATE BAR NO. 105001)
   timothy.walker@klgates.com
3  HAROLD H. DAVIS, JR. (STATE BAR NO. 235552)
   harold.davis@klgates.com
4  HOLLY HOGAN (STATE BAR NO. 238714)
   holly.hogan@klgates.com
5  **K&L GATES LLP**
   55 Second Street, Suite 1700
6  San Francisco, California 94105-3493
   Telephone: 415.882.8200
7  Facsimile: 415.882.8220

8  Attorneys for Plaintiff and Counterclaim-Defendants
   WISTRON CORPORATION and
9  WISTRON INFOCOMM (TEXAS)
   CORPORATION
10

11             UNITED STATES DISTRICT COURT
12             NORTHERN DISTRICT OF CALIFORNIA
13                  SAN FRANCISCO DIVISION

14 | WISTRON CORPORATION, | Case No. C 07-04748 VRW |
15 | Plaintiff-Counter-Defendant, | [~~PROPOSED~~] ORDER GRANTING WISTRON CORPORATION AND WISTRON INFOCOMM (TEXAS) CORPORATION'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL |
16 | vs. | |
17 | SAMSUNG ELECTRONICS CO., LTD., | |
18 | Defendant-Counter-Plaintiff. | [Assigned to Honorable Chief Judge Vaughn R. Walker] |
19 | | |
20 | | Date:       September 11, 2008 |
21 | | Time:       2:30 p.m. |
   | | Courtroom:  6 |
22 | SAMSUNG ELECTRONICS CO., LTD., | |
23 | Counterclaim-Plaintiff, | |
24 | vs. | |
25 | WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION, | |
26 | Counterclaim-Defendant. | |
27
28

RECYCLED PAPER

[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL
Case No.: C 07-04748 VWR

1  After consideration of the miscellaneous administrative request of Plaintiff and Counter-
2  Defendants Wistron Corporation and Wistron Infocomm (Texas) Corporation's (collectively,
3  "Wistron") to file under seal Exhibits A and C to the Declaration of Harold H. Davis, Jr. in Support
4  of Wistron's Opposition to Samsung's Motion for Reconsideration, Wistron's request is hereby
5  GRANTED.
6  IT IS HEREBY ORDERED that the above materials shall be filed under seal.
7  **IT IS SO ORDERED.**

DATED: _____August 14_____, 2008



_____
The Honorable Judge Vaughn R Walker