| | |
|---|---|
| 1 | MARK D. FOWLER, Bar No. 124235 |
| | mark.fowler@dlapiper.com |
| 2 | ELIZABETH DAY, Bar No. 177125 |
| | elizabeth.day@dlapiper.com |
| 3 | TIMOTHY LOHSE, Bar No. 177230 |
| | timothy.lohse@dlapiper.com |
| 4 | SAL LIM, Bar No. 211836 |
| | sal.lim@dlapiper.com |
| 5 | GREGORY J. LUNDELL, Bar No. 234941 |
| | greg.lundell@dlapiper.com |
| 6 | ERIK R. FUEHRER, Bar No. 252578 |
| | erik.fuehrer@dlapiper.com |
| 7 | DLA PIPER US LLP |
| | 2000 University Avenue |
| 8 | East Palo Alto, CA 94303-2214 |
| | Tel: 650.833.2000 |
| 9 | Fax: 650.833.2001 |

Attorneys for Defendant and Counterclaim-Plaintiff
SAMSUNG ELECTRONICS CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION, a Taiwan corporation,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation,<br><br>Defendant and Counter-Plaintiff.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION,<br><br>Counterclaim-Defendants. | CASE NO. C-07-4748 VRW<br><br>**DEFENDANT AND COUNTERCLAIM-PLAINTIFF SAMSUNG ELECTRONICS CO., LTD.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**<br><br>Date: Noticed: Dec. 4, 2008<br>Requested: Sept. 17, 2008<br>Time: Noticed: 2:30 PM<br>Requested: 10:00 AM<br>Courtroom: 6, 17th Floor<br>Judge: Vaughn R. Walker |

1    Pursuant to Civil Local Rules 7-11 and 79-5(d), Samsung Electronics Co., Ltd.
2    ("Samsung") hereby requests an order to file under seal:
3        (1)    Samsung's Motion for Leave to Amend its Counterclaims to Add Wistron LLC;
4        (2)    Samsung's Motion to Shorten Time For Court To Hear Samsung's Motion to
5            Amend Counterclaims to Add Wistron LLC;
6        (3)    The Declaration of Erik Fuehrer in Support of Samsung's Motion to Shorten Time
7            For Court To Hear Samsung's Motion to Amend Counterclaims to Add Wistron
8            LLC and attached Exhibits A & B.
9        (4)    Exhibit J to the Declaration of Erik Fuehrer in Support of Samsung's Motion for
10           Leave to Amend its Counterclaims to Add Wistron LLC (August 7, 2008,
11           electronic communication from Samsung to Wistron regarding stipulation); and
12       (5)    Exhibit E to the Declaration of Erik Fuehrer in Support of Samsung's Motion for
13           Leave to Amend its Counterclaims to Add Wistron LLC (excerpts from the
14           deposition of Wistron InfoComm Technology (America) Corp.'s ("WITX")
15           Federal Rule of Civil Procedure 30(b)(6) designee, Sandy Peng).
16   Samsung must seek leave to file items (1) through (4) under seal because they contain
17   references to and/or rely upon the deposition testimony of WITX's Federal Rule of Civil
18   Procedure 30(b)(6) designee, Sandy Peng, which Wistron has designated as Confidential –
19   Attorneys' Eyes Only." (Declaration of Erik Fuehrer in Support of Samsung's Administrative
20   Motion to File Certain Materials Under Seal, ¶ 2.)
21   Samsung must seek leave to file item (5) under seal because it constitutes material
22   designated by Wistron Corp. ("Wistron") as "Confidential - Attorneys' Eyes Only" under the
23   Protective Order in this case. (Declaration of Erik Fuehrer in Support of Samsung's
24   Administrative Motion to File Certain Materials Under Seal, ¶ 3.)
25   On August 12, 2008, Samsung contacted Wistron's trial counsel, via e-mail, seeking a
26   stipulation to allow Samsung to file this request for administrative relief. (Declaration of Erik
27   Fuehrer in Support of Samsung's Administrative Motion to File Certain Materials Under Seal, ¶
28   4.) To date, Samsung has not received a response from Wistron's counsel. (Declaration of Erik

1  Fuehrer in Support of Samsung's Administrative Motion to File Certain Materials Under Seal, ¶
2  4-5.) On August 14, 2008, Samsung contacted Wistron's counsel, via telephone, but did not
3  receive a substantive response regarding Wistron's willingness to stipulate to filing this Motion
4  under seal.
5      A redacted version of Samsung's Motion for Leave to Amend its Counterclaims to Add
6  Wistron LLC; Samsung's Motion to Shorten Time For Court To Hear Samsung's Motion to
7  Amend Counterclaims to Add Wistron LLC; and the Declaration of Erik Fuehrer in Support of
8  Samsung's Motion to Shorten Time For Court To Hear Samsung's Motion to Amend
9  Counterclaims to Add Wistron LLC will be filed in the public record.
10 Dated: August 15, 2008

DLA PIPER US LLP

By _____
ERIK FUEHRER

Attorneys for Defendant and Counterclaim-Plaintiff SAMSUNG ELECTRONICS CO., LTD