1   MARK D. FOWLER, Bar No. 124235
    mark.fowler@dlapiper.com
2   ELIZABETH DAY, Bar No. 177125
    elizabeth.day@dlapiper.com
3   TIMOTHY LOHSE, Bar No. 177230
    timothy.lohse@dlapiper.com
4   SAL LIM, Bar No. 211836
    sal.lim@dlapiper.com
5   GREGORY J. LUNDELL, Bar No. 234941
    greg.lundell@dlapiper.com
6   ERIK R. FUEHRER, Bar No. 252578
    erik.fuehrer@dlapiper.com
7   DLA PIPER US LLP
    2000 University Avenue
8   East Palo Alto, CA  94303-2214
    Tel:  650.833.2000
9   Fax:  650.833.2001

10  Attorneys for Defendant and Counterclaim-Plaintiff
    SAMSUNG ELECTRONICS CO., LTD.
11

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14                SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16 WISTRON CORPORATION, a Taiwan corporation | CASE NO.  C-07-4748 VRW |
| 17        Plaintiff and Counter-Defendant, | **DECLARATION OF ERIK FUEHRER IN SUPPORT OF DEFENDANT AND COUNTERCLAIM-PLAINTIFF** |
| 18     v. | **SAMSUNG ELECTRONICS CO., LTD'S MISCELLANEOUS ADMINISTRATIVE** |
| 19 SAMSUNG ELECTRONICS CO., LTD., a | **REQUEST TO FILE DOCUMENTS UNDER SEAL** |
| 20 Republic of Korea corporation | |
| 21        Defendant and Counter-Plaintiff. | |
| 22 | |
| 23 SAMSUNG ELECTRONICS CO., LTD., | |
| 24       Counterclaim-Plaintiff, | |
| 25     v. | |
| 26 WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) | |
| 27 CORPORATION, | |
| 28       Counterclaim-Defendants. | |

1     I, Erik Fuehrer, hereby declare and state as follows:

2          1.     I am an attorney with the law firm of DLA Piper US LLP, attorneys of record for

3     Defendant and Counter-Plaintiff Samsung Electronics Co., Ltd. ("Samsung"). I have personal

4     knowledge of the facts stated herein and, if called as a witness, could and would competently

5     testify thereto.

6          2.     Samsung's Motion for Leave to Amend its Counterclaims to Add Wistron LLC;

7     Samsung's Motion to Shorten Time For Court To Hear Samsung's Motion to Amend

8     Counterclaims to Add Wistron LLC; The Declaration of Erik Fuehrer in Support of Samsung's

9     Motion to Shorten Time For Court To Hear Samsung's Motion to Amend Counterclaims to Add

10    Wistron LLC and attached Exhibits A & B; and Exhibit J to the Declaration of Erik Fuehrer in

11    Support of Samsung's Motion for Leave to Amend its Counterclaims to Add Wistron LLC

12    contain excerpts from or references to Exhibit E that Wistron has designated as containing

13    confidential and proprietary business information.

14         3.     Exhibit E, the transcript of a Rule 30(b)(6) deposition of WITX, of my Declaration

15    in Support of Samsung's Motion for Leave to Amend its Counterclaims to Add Wistron LLC,

16    contains information that Plaintiff and Counter-defendant Wistron Corp. ("Wistron") has

17    designated as confidential and proprietary business information under the Protective Order in this

18    case.

19         4.     On August 12, 2008, Samsung sent an electronic communication to Wistron's

20    counsel, regarding whether Wistron would stipulate to filing the motion under seal. To this date,

21    Samsung has not received a response from Wistron regarding Samsung's request.

22         5.     On August 14, 2008, Samsung contacted Wistron's counsel, Christy La Pierre,

23    regarding a stipulation but did not receive a substantive response.

24    ///

25    ///

26    ///

27    ///

28    ///

1     I declare under penalty of perjury under the Laws of the United States of America

2   that the foregoing is true and correct.  This declaration is executed in East Palo Alto, California.

3   Dated:  August 15, 2008

4                                           By _____

5                                               ERIK FUEHRER

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER US LLP
EAST PALO ALTO

WEST\21491897.1

DECL. ISO OF SAMSUNG'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO.  C-07-4748 VRW