MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
ELIZABETH DAY, Bar No. 177125
elizabeth.day@dlapiper.com
TIMOTHY LOHSE, Bar No. 177230
timothy.lohse@dlapiper.com
SAL LIM, Bar No. 211836
sal.lim@dlapiper.com
GREGORY J. LUNDELL, Bar No. 234941
greg.lundell@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counterclaim-Plaintiff
SAMSUNG ELECTRONICS CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION, a Taiwan corporation,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation<br><br>Defendant and Counter-Plaintiff.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION,<br><br>Counterclaim-Defendants. | CASE NO. C-07-4748 VRW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SAMSUNG ELECTRONICS CO., LTD'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |

-1-

1   After consideration of the miscellaneous administrative request of Defendant and
2   Counterclaim-Plaintiff Samsung Electronics Co., Ltd. ("Samsung") to file under seal: (1)
3   Samsung's Motion for Leave to Amend its Counterclaims to Add Wistron LLC; (2) Samsung's
4   Motion to Shorten Time For Court To Hear Samsung's Motion to Amend Counterclaims to Add
5   Wistron LLC; (3) The Declaration of Erik Fuehrer in Support of Samsung's Motion to Shorten
6   Time For Court To Hear Samsung's Motion to Amend Counterclaims to Add Wistron LLC and
7   attached Exhibits A & B; (4) Exhibit J to the Declaration of Erik Fuehrer in Support of
8   Samsung's Motion for Leave to Amend its Counterclaims to Add Wistron LLC; and (5) Exhibit E
9   to the Declaration of Erik Fuehrer in Support of Samsung's Motion for Leave to Amend its
10  Counterclaims to Add Wistron LLC, Samsung's request is hereby GRANTED.
11      IT IS HEREBY ORDERED THAT the above materials shall be filed under seal, with
12  Samsung submitting redacted versions for inclusion in the public record.

Dated: _____, 2008

_____
VAUGHN R. WALKER
United States District Court Judge

DLA PIPER US LLP
EAST PALO ALTO

WEST\21492595.1

-2-
[PROPOSED] ORDER GRANTING SAMSUNG'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO
FILE DOCUMENTS UNDER SEAL, CASE NO. C-07-4748 VRW