1  MARK D. FOWLER, Bar No. 124235
   mark.fowler@dlapiper.com
2  ELIZABETH DAY, Bar No. 177125
   elizabeth.day@dlapiper.com
3  TIMOTHY LOHSE, Bar No. 177230
   timothy.lohse@dlapiper.com
4  SAL LIM, Bar No. 211836
   sal.lim@dlapiper.com
5  GREGORY J. LUNDELL, Bar No. 234941
   greg.lundell@dlapiper.com
6  ERIK R. FUEHRER, Bar No. 252578
   erik.fuehrer@dlapiper.com
7  DLA PIPER US LLP
   2000 University Avenue
8  East Palo Alto, CA 94303-2214
   Tel: 650.833.2000
9  Fax: 650.833.2001

10 Attorneys for Defendant and Counterclaim-Plaintiff
   SAMSUNG ELECTRONICS CO., LTD.
11

## **FILED UNDER SEAL**

12                UNITED STATES DISTRICT COURT
13                NORTHERN DISTRICT OF CALIFORNIA
14                   SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16 WISTRON CORPORATION, a Taiwan corporation | CASE NO. C-07-4748 VRW |
| 17 Plaintiff and Counter-Defendant, | **SAMSUNG'S MOTION TO SHORTEN TIME FOR COURT TO HEAR SAMSUNG'S MOTION TO AMEND COUNTERCLAIMS TO ADD WISTRON LLC [FILED UNDER SEAL]** |
| 18 v. | |
| 19 SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation | Date: Noticed: Dec. 4, 2008 Requested: Sept. 17, 2008 |
| 20 | Time: Noticed: 2:30 PM Requested: 10:00 AM |
| 21 Defendant and Counter-Plaintiff. | Courtroom: 6, 17th Floor Judge: Vaughn R. Walker |
| 22 | |
| 23 SAMSUNG ELECTRONICS CO., LTD., | |
| 24 Counterclaim-Plaintiff, | |
| 25 v. | |
| 26 WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION, | |
| 27 | |
| 28 Counterclaim-Defendants. | |