MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
ELIZABETH DAY, Bar No. 177125
elizabeth.day@dlapiper.com
TIMOTHY LOHSE, Bar No. 177230
timothy.lohse@dlapiper.com
SAL LIM, Bar No. 211836
sal.lim@dlapiper.com
GREGORY J. LUNDELL, Bar No. 234941
greg.lundell@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counterclaim-Plaintiff
SAMSUNG ELECTRONICS CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION, a Taiwan corporation,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation<br><br>Defendant and Counter-Plaintiff. | CASE NO. C-07-4748 VRW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SAMSUNG ELECTRONICS CO., LTD'S MOTION TO SHORTEN TIME FOR COURT TO HEAR SAMSUNG'S MOTION TO AMEND ITS COUNTERCLAIMS TO ADD WISTRON LLC** |
| SAMSUNG ELECTRONICS CO., LTD.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION,<br><br>Counterclaim-Defendants. | |

-1-

1  After consideration of the motion to shorten time for the Court to hear Defendant and
2  Counterclaim-Plaintiff Samsung Electronics Co., Ltd. ("Samsung") motion to amend its
3  counterclaims to add Wistron LLC as a counterclaim-defendant, Samsung's request is hereby
4  GRANTED.
5      IT IS HEREBY ORDERED THAT Samsung's motion to amend its counterclaims to add
6  Wistron LLC is noticed for September 17, 2008, beginning at 10:00 a.m., located at 450 Golden
7  Gate Avenue, San Francisco, CA 94102.
8  Dated: _____, 2008
   
   _____
   VAUGHN R. WALKER
   United States District Court Judge