1  MARK D. FOWLER, Bar No. 124235
   mark.fowler@dlapiper.com
2  ELIZABETH DAY, Bar No. 177125
   elizabeth.day@dlapiper.com
3  TIMOTHY LOHSE, Bar No. 177230
   timothy.lohse@dlapiper.com
4  SAL LIM, Bar No. 211836
   sal.lim@dlapiper.com
5  GREGORY J. LUNDELL, Bar No. 234941
   greg.lundell@dlapiper.com
6  ERIK R. FUEHRER, Bar No. 252578
   erik.fuehrer@dlapiper.com
7  DLA PIPER US LLP
   2000 University Avenue
8  East Palo Alto, CA  94303-2214
   Tel:  650.833.2000
9  Fax:  650.833.2001

10 Attorneys for Defendant and Counterclaim-Plaintiff
   SAMSUNG ELECTRONICS CO., LTD.

11

**FILED UNDER SEAL**

12                UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

| | |
|---|---|
| 15  WISTRON CORPORATION, a Taiwan corporation | CASE NO.  C-07-4748 VRW |
| 16              Plaintiff and Counter-Defendant, | **DEFENDANT AND COUNTERCLAIM-PLAINTIFF SAMSUNG ELECS. CO., LTD.'S MOTION FOR LEAVE TO AMEND COUNTERCLAIMS TO ADD WISTRON LLC; MEMORANDUM OF POINTS AND AUTHORITIES [FILED UNDER SEAL]** |
| 17 | |
| 18      v. | |
| 19  SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation | |
| 20              Defendant and Counter-Plaintiff. | Date:      Noticed: Dec. 4, 2008 |
| 21 | Requested: Sept. 17, 2008 |
| 22 | Time:      Noticed: 2:30 PM |
| 23  SAMSUNG ELECTRONICS CO., LTD., | Requested: 10:00 AM |
| 24              Counterclaim-Plaintiff, | Courtroom:  6, 17th Floor |
| 25      v. | Judge      Vaughn R. Walker |
| 26  WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION, | |
| 27 | |
| 28              Counterclaim-Defendants. | |