1  MARK D. FOWLER, Bar No. 124235
   mark.fowler@dlapiper.com
2  ELIZABETH DAY, Bar No. 177125
   elizabeth.day@dlapiper.com
3  TIMOTHY LOHSE, Bar No. 177230
   timothy.lohse@dlapiper.com
4  SAL LIM, Bar No. 211836
   sal.lim@dlapiper.com
5  GREGORY J. LUNDELL, Bar No. 234941
   greg.lundell@dlapiper.com
6  ERIK R. FUEHRER, Bar No. 252578
   erik.fuehrer@dlapiper.com
7  DLA PIPER US LLP
   2000 University Avenue
8  East Palo Alto, CA  94303-2214
   Tel: 650.833.2000
9  Fax: 650.833.2001

10 Attorneys for Defendant and Counterclaim-Plaintiff
   SAMSUNG ELECTRONICS CO., LTD.
11

12                 UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

| | |
|---|---|
| WISTRON CORPORATION, a Taiwan corporation | CASE NO. C-07-4748 VRW |
| Plaintiff and Counter-Defendant, | **DECLARATION OF ERIK FUEHRER IN SUPPORT OF SAMSUNG'S MOTION FOR LEAVE TO AMEND COUNTERCLAIMS TO ADD WISTRON LLC AS AN ADDITIONAL PARTY** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation | |
| Defendant and Counter-Plaintiff. | |
| SAMSUNG ELECTRONICS CO., LTD., | |
| Counterclaim-Plaintiff, | |
| v. | |
| WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION, | |
| Counterclaim-Defendants. | |

-1-

I, Erik Fuehrer, declare as follows:

1. I am an attorney with the law firm of DLA Piper US LLP, counsel for Samsung Electronics Co., Ltd. ("Samsung"). I have personal knowledge of the facts stated herein and if called as a witness, could and would competently testify hereto.

2. A true and correct copy of Samsung's Proposed Answer and Third Amended Counterclaims is attached hereto as Exhibit A.

3. Samsung filed a motion to amend its counterclaims to add Wistron InfoComm Technology (America) Corp. ("WITX") as a counterclaim-defendant on June 20, 2008. The hearing for Samsung's motion to Amend its Counterclaims to Add an Additional party has been moved from its original noticed date of September 11, 2008, to September 17, 2008, by notice of the Court's clerk. Wistron's opposition is currently due on September 13, 2008.

4. A true and correct copy of Samsung and Wistron Corp.'s August 7, 2008, joint stipulation extending certain deadlines in the procedural schedule is attached hereto as Exhibit B.

5. A true and correct copy of Samsung's June 11, 2008, Third Set of Interrogatories to Wistron (Nos. 10 & 11) is attached hereto as Exhibit C.

6. A true and correct copy of Samsung's July 29, 2008, deposition notice to Wistron regarding shipping records is attached hereto as Exhibit D.

7. A true and correct copy of excerpts from the rough deposition transcript of Sandy Peng, WITX's Federal Rule of Civil Procedure 30(b)(6) designee, is attached hereto as Exhibit E.

8. A true and correct copy of the December 13, 2007, Joint Case Management Statement and Order is attached hereto as Exhibit F.

9. A true and correct copy of the December 14, 2007, Pretrial Order (Civil) is attached hereto as Exhibit G.

10. A true and correct copy of the December 13, 2007, Civil Pretrial Minutes for Samsung and Wistron Corporation and Wistron InfoComm (Texas) Corporation's (collectively "Wistron") Initial Case Management Conference is attached hereto as Exhibit H.

11. A true and correct copy of the May 1, 2008, Civil Pretrial Minutes for Samsung and Wistron's Case Management Conference is attached hereto as Exhibit I.

12. On August 8, 2008, Elizabeth Day, counsel for Samsung, sent an electronic communication to Michael Bettinger and Harold Davis, counsel for Wistron and WITX, requesting that Wistron stipulate to Samsung amending its counterclaims to include WITX and Wistron LLC as a counterclaim-defendants is attached hereto as Exhibit J. To date, Wistron's counsel has not responded to Ms. Day's August 8, 2008 e-mail.

13. A true and correct copy of excerpts from Wistron's July 10, 2008, Response to Samsung's Third Set of Interrogatories is attached as Exhibit K.

I declare under penalty of perjury under the Laws of the United States of America that the foregoing is true and correct. This declaration is executed in East Palo Alto, California.

Dated: August 15, 2008

By _____
ERIK FUEHRER