# EXHIBIT B

| | | |
|---|---|---|
| 1 | MARK D. FOWLER, Bar No. 124235<br>mark.fowler@dlapiper.com | MICHAEL J. BETTINGER Bar No. 122196 |
| 2 | ELIZABETH DAY, Bar No. 177125<br>elizabeth.day@dlapiper.com | michael.bettinger@klgates.com<br>TIMOTHY P. WALKER, PHD Bar |
| 3 | TIMOTHY LOHSE, Bar No. 177230<br>timothy.lohse@dlapiper.com | No. 105001<br>timothy.walker@klgates.com |
| 4 | SAL LIM, Bar No. 211836<br>sal.lim@dlapiper.com | HAROLD H. DAVIS, JR. Bar No. 235552 |
| 5 | GREGORY J. LUNDELL, Bar No. 234941<br>greg.lundell@dlapiper.com | harold.davis@klgates.com |
| 6 | | K&L GATES |
| 7 | DLA PIPER US LLP<br>2000 University Avenue | 55 Second Street, Suite 1700<br>San Francisco, California 94105-3493 |
| 8 | East Palo Alto, CA 94303-2214<br>Tel: 650.833.2000 | Telephone: 415.882.8200<br>Facsimile: 415.882.8220 |
| 9 | Fax: 650.833.2001 | |
| 10 | Attorneys for Defendant and Counter-Plaintiff<br>SAMSUNG ELECTRONICS CO., LTD. | Attorneys for Plaintiffs and Counter-Claim Defendants |
| 11 | | WISTRON CORPORATION and<br>WISTRON INFOCOMM |
| 12 | | (TEXAS)CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 16 | WISTRON CORPORATION, a Taiwan corporation, | CASE NO. C-07-4748 VRW |
| 17 | | **STIPULATION AND [PROPOSED]** |
| 18 | Plaintiff and Counter-Defendant, | **ORDER MODIFYING CASE SCHEDULE** |
| 19 | v. | |
| 20 | SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation, | |
| 21 | | |
| 22 | Defendant and Counter-Plaintiff. | Judge: Hon. Vaughn R. Walker |
| 23 | SAMSUNG ELECTRONICS CO., LTD., | |
| 24 | Counterclaim-Plaintiff, | |
| 25 | v. | |
| 26 | WISTRON CORPORATION, and<br>WISTRON INFOCOMM (TEXAS) | |
| 27 | CORPORATION, | |
| 28 | Counterclaim-Defendants. | |

DLA PIPER US LLP
EAST PALO ALTO

WEST\21473770.1
347269-000036

-1-
STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE;
CASE NO. C-07-4748 VRW

|   |   |
|---|---|
| 1 | On July 10, 2008, the Court reset the Claims Construction Hearing in the above captioned |
| 2 | case to September 17, 2088. The parties agree that it is necessary to adjust the dates for certain |
| 3 | upcoming scheduled events. In order to accommodate the change in dates, the parties to the |
| 4 | above captioned action submit this Stipulation and [Proposed] Order for the Court's |
| 5 | consideration. The parties request that the Court adopt the proposed dates identified below. |

### DISCOVERY

1. **The parties agree to the following modified dates to the existing discovery plan:**

   *a.   Deadlines for completion of discovery:*

   The parties have prepared the deadlines identified below, assuming a claim construction hearing is held on or about September 17, 2008.

   *b.   All discovery except for experts:*

   1. The parties agree that the cut-off for fact discovery should be September 26, 2008. The parties further agree that no additional written discovery (e.g., interrogatories, document requests, or requests for admission) may be served and that responses to all pending written discovery should be completed by August 15, 2008.

   *c.   Discovery from experts:*

   1. The parties agree that expert reports on the issues where the party bears the burden of proof should be served no later than October 3, 2008.
   2. The parties agree that rebuttal expert reports should be served no later than November 3, 2008.

### PATENT LOCAL RULES

1. **The parties propose no modification to the deadlines provided for in the Patent Local Rules (Pat. L.R. 2-1(a)(1)):**

   The parties shall follow the schedule identified below pursuant to the Patent Local Rules:

| PATENT LOCAL RULES DEADLINES ||
|---|---|
| **Due date:** | **Event:** |
| September 17, 2008 | Claims Construction Hearing |

DLA PIPER US LLP
EAST PALO ALTO

WEST\21473770.1
347269-000036

-2-
STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE;
CASE NO. C-07-4748 VRW

| PATENT LOCAL RULES DEADLINES | |
|---|---|
| 30 Days after service of Claim Construction ruling | Final Infringement Contentions. Patent L.R. 3-6(a) |
| 50 Days after service of Claim Construction ruling | Final Invalidity Contentions and Production of Willfulness Opinions. Patent L.R. 3-6(b), 3-8 |

2. **Claims Construction Pre-hearing Conference (Pat. L.R. 2-1(a)(5)):**

The parties agree that no Claims Construction Pre-hearing Conference is needed. To the extent the Court believes a Claim Construction Pre-hearing Conference is appropriate, the parties request that the hearing be scheduled for ten days prior to the hearing and are amenable to conducting any such conference telephonically.

## DISPOSITIVE MOTIONS

1. **The parties agree to the following modified dates dispositive motions:**

    1. The parties agree that the parties must notice and file any dispositive motions no later than November 6, 2008.
    2. The parties agree that the parties must file opposition briefs to any dispositive motions no later than November 20, 2008.
    3. The parties agree that the parties must notice and file any reply briefs in support of any dispositive motions no later than November 26, 2008.
    4. The parties request that the Court set a hearing for dispositive motions on December 11, 2008 at 2:30 PM or December 18, 2008 at 2:30 PM.

## TRIAL SCHEDULE

1. **The parties request Pre-trial Conference dates as follows:**

    1. The parties agree that the parties must file Pre-Trial Conference Statements no later than January 12, 2009.
    2. The parties request that the Court set a Pre-Trial Conference on January 22, 2009.

2. **The parties request a trial date as follows:**

    1. The parties agree that a two-week trial should begin on February 9, 2009.

DLA PIPER US LLP
EAST PALO ALTO
WEST\21473770.1
347269-000036
-3-
STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE;
CASE NO. C-07-4748 VRW

1    The parties have meet and conferred and agree to the foregoing Modification to the
2    existing Case Management schedule.

3

4    Dated: August 6, 2008                /s/ Mark Fowler
                                          Mark D. Fowler
5                                         Attorney for Samsung Electronics Co., Ltd.

6

7    Dated: August 6, 2008                /s/ Michael J. Bettinger
                                          Michael J. Bettinger
8                                         Attorney for Wistron Corp. and Wistron InfoComm

9
                                          **ORDER**
10
     This Stipulation and Order is hereby adopted by the Court as modifying the Case
11
     Management Order previously entered in the above captioned case and the parties are ordered to
12
     comply with this Order.
13

14
     **IT IS SO ORDERED:**
15

16
     Dated: _____
17                                        _____
                                          Hon. Vaughn R. Walker
18                                        UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

DLA PIPER US LLP
EAST PALO ALTO

WEST\21473770.1
347269-000036

-4-
STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE;
CASE NO. C-07-4748 VRW