# EXHIBIT H

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date : December 13, 2007

**C07-4748  VRW**    **Wistron Corporation** v **Samsung Electronics Company Ltd**

Attorneys : For Plaintiff(s):  Mark Fowler, M. Elizabeth Day, Sal Lim

For Defendant(s):  Michael Bettinger, Christy LaPierre

Deputy Clerk: Cora Klein                          Reporter: not reported

PROCEEDINGS:

Initial Case Management Conference - Held

Further Case Management Conference: 5/1/2008 @ 3:30 p.m.

SCHEDULE:

Fact Discovery Cutoff: 8/15/08

Hearing on Summary Judgment Motion/Claim Construction: 8/7/2008 at 2:30 PM

DISPOSITIVE MOTIONS HEARING:  9/25/2008 at 2:30 PM
File Motion:                          Opposition:                          Reply:

PRETRIAL CONFERENCE:  10/30/2008 at 3:30 pm (including motions in limine)

JURY SELECTION: 11/25/2008 at 9:00 AM

TRIAL DATE:  12/1/2008 at 8:30 AM        (Jury/Court - 10 days)


Order to be prepared by:    Plntf_____  Deft_____  Court_x_