1  MARK D. FOWLER, Bar No. 124235
   mark.fowler@dlapiper.com
2  ELIZABETH DAY, Bar No. 177125
   elizabeth.day@dlapiper.com
3  TIMOTHY LOHSE, Bar No. 177230
   timothy.lohse@dlapiper.com
4  SAL LIM, Bar No. 211836
   sal.lim@dlapiper.com
5  GREGORY J. LUNDELL, Bar No. 234941
   greg.lundell@dlapiper.com
6  ERIK R. FUEHRER, Bar No. 252578
   erik.fuehrer@dlapiper.com
7  DLA PIPER US LLP
   2000 University Avenue
8  East Palo Alto, CA 94303-2214
   Tel: 650.833.2000
9  Fax: 650.833.2001

10 Attorneys for Defendant and Counterclaim-Plaintiff
   SAMSUNG ELECTRONICS CO., LTD.

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16  WISTRON CORPORATION, a Taiwan corporation | CASE NO. C-07-4748 VRW |
| 17           Plaintiff and Counter-Defendant, | **[PROPOSED] ORDER GRANTING SAMSUNG ELECTRONICS CO., LTD.'S MOTION FOR LEAVE TO AMEND ITS COUNTERCLAIMS TO ADD WISTRON LLC** |
| 18  v. | |
| 19  SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation | |
| 20           Defendant and Counter-Plaintiff. | |
| 21  SAMSUNG ELECTRONICS CO., LTD., | |
| 22           Counterclaim-Plaintiff, | |
| 23  v. | |
| 24  WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION, | |
| 25           Counterclaim-Defendants. | |

-1-

1    Having considered the papers submitted and arguments presented in support of and in
2    opposition to Defendant/Counter-Plaintiff Samsung Electronics Co., Ltd.'s ("Samsung") Motion
3    for Leave to Amend Its Counterclaims to Add Wistron LLC, IT IS HEREBY ORDERED THAT
4    Samsung's motion is GRANTED.

5    Samsung may file the Answer and Third Amended Counterclaims, attached as Exhibit A
6    to the Declaration of Erik Fuehrer in Support of Motion to Amend Counterclaims to Add Wistron
7    LLC.

8    IT IS SO ORDERED.

9    Dated: _____, 2008

                                                      VAUGHN R. WALKER
10                                                         United States District Court Judge

DLA Piper US LLP
East Palo Alto

WEST\21491890.1

-2-
[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR LEAVE TO AMEND ITS
COUNTERCLAIMS TO ADD WISTRON LLC, CASE NO. C-07-4748 VRW