1  MARK D. FOWLER, Bar No. 124235
   mark.fowler@dlapiper.com
2  ELIZABETH DAY, Bar No. 177125
   elizabeth.day@dlapiper.com
3  TIMOTHY LOHSE, Bar No. 177230
   timothy.lohse@dlapiper.com
4  SAL LIM, Bar No. 211836
   sal.lim@dlapiper.com
5  GREGORY J. LUNDELL, Bar No. 234941
   greg.lundell@dlapiper.com
6  ERIK R. FUEHRER, Bar No. 252578
   erik.fuehrer@dlapiper.com
7  DLA PIPER US LLP
   2000 University Avenue
8  East Palo Alto, CA 94303-2214
   Tel: 650.833.2000
9  Fax: 650.833.2001

10 Attorneys for Defendant and Counterclaim-Plaintiff
   SAMSUNG ELECTRONICS CO., LTD.

11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16  WISTRON CORPORATION, a Taiwan corporation | CASE NO. C-07-4748 VRW |
| 17              Plaintiff and Counter-Defendant, | [~~PROPOSED~~] ORDER GRANTING DEFENDANT SAMSUNG ELECTRONICS CO., LTD'S MOTION TO SHORTEN TIME FOR COURT TO HEAR SAMSUNG'S MOTION TO AMEND ITS COUNTERCLAIMS TO ADD WISTRON LLC |
| 18 | |
| 19        v. | |
| 20  SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation | |
| 21              Defendant and Counter-Plaintiff. | |
| 22 | |
| 23  SAMSUNG ELECTRONICS CO., LTD., | |
| 24              Counterclaim-Plaintiff, | |
| 25        v. | |
| 26  WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION, | |
| 27 | |
| 28              Counterclaim-Defendants. | |

After consideration of the motion to shorten time for the Court to hear Defendant and Counterclaim-Plaintiff Samsung Electronics Co., Ltd. ("Samsung") motion to amend its counterclaims to add Wistron LLC as a counterclaim-defendant, Samsung's request is hereby GRANTED.

IT IS HEREBY ORDERED THAT Samsung's motion to amend its counterclaims to add Wistron LLC is noticed for ~~September 17, 2008, beginning at 10:00 a.m.,~~ September 11, 2008 at 2:30 P.M. located at 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: _____Aug 22_____, 2008



_____
VAUGHN R. WALKER
United States District Court Judge