Michael J. Bettinger (SBN 122196)
michael.bettinger@klgates.com
Timothy P. Walker, Ph.D. (SBN 105001)
timothy.walker@klgates.com
Harold H. Davis, Jr. (SBN 235552)
harold.davis@klgates.com
Holly Hogan (SBN 238714)
holly.hogan@klgates.com
**K&L GATES LLP**
55 Second Street, Suite 1700
San Francisco, California  94105-3493
Telephone: 415.882.8200
Facsimile: 415.882.8220

Attorneys for Plaintiff and Counterclaim-Defendants WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION,<br><br>        Plaintiff-Counter-Defendant,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>        Defendant-Counter-Plaintiff.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>        Counterclaim-Plaintiff,<br><br>vs.<br><br>WISTRON CORPORATION, and WISTRON INFOCOMM (TEXAS) CORPORATION,<br><br>        Counterclaim-Defendants. | Case No. C 07-04748 VRW<br><br>**DECLARATION OF HAROLD H. DAVIS, JR., IN SUPPORT OF WITRON'S CONDITIONAL OPPOSITION TO SAMSUNG'S MOTIONS FOR LEAVE TO AMEND COUNTERCLAIMS TO ADD ADDITONAL PARTY**<br><br>Date:          September 11, 2008<br>Time:         2:30 p.m.<br>Courtroom: 6, 17th Floor<br>Judge:        Chief Judge Vaughn R. Walker |

**RECYCLED PAPER**

**DECLARATION OF HAROLD H. DAVIS, JR., IN SUPPORT OF WISTRON'S CONDITIONAL OPPOSITION
Case No.: C 07-04748 VRW**

I, Harold H. Davis, Jr., declare as follows:

1.   I am an attorney employed by the law firm of K&L Gates LLP, counsel for Plaintiff and Counter-Defendants Wistron Corporation and Wistron Infocomm (Texas) Corporation, and the proposed new parties, Wistron LLC and Wistron Infocomm Technology (America) Corporation in the above-entitled action. I am familiar with the matters set forth in this declaration based upon my own personal knowledge and upon my review of the files maintained for this case. If called as a witness, I could and would competently testify to the following facts.

2.   On Thursday, August 21, 2008 I spoke with Eric Fuehrer, counsel for Samsung Electronics Co., Ltd ("Samsung") regarding our request for a trial continuance if Samsung's motions to amend to add new parties were granted. Mr. Fuehrer informed me that Samsung would not agree to a trial continuance.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 25, 2008, at Washington, D.C.

　　　　　　　　　　　　　　　　　　　　/s/Harold H. Davis, Jr.
　　　　　　　　　　　　　　　　　　　　Harold H. Davis, Jr.