1  MARK D. FOWLER, Bar No. 124235
   mark.fowler@dlapiper.com
2  ELIZABETH DAY, Bar No. 177125
   elizabeth.day@dlapiper.com
3  TIMOTHY LOHSE, Bar No. 177230
   timothy.lohse@dlapiper.com
4  SAL LIM, Bar No. 211836
   sal.lim@dlapiper.com
5  GREGORY J. LUNDELL, Bar No. 234941
   greg.lundell@dlapiper.com
6  ERIK R. FUEHRER, Bar No. 252578
   erik.fuehrer@dlapiper.com
7  DLA PIPER US LLP
   2000 University Avenue
8  East Palo Alto, CA  94303-2214
   Tel:  650.833.2000
9  Fax:  650.833.2001

10 Attorneys for Defendant and Counterclaim-Plaintiff
   SAMSUNG ELECTRONICS CO., LTD.
11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15

16 WISTRON CORPORATION, a Taiwan          CASE NO.  C-07-4748 VRW
   corporation
17                                        **DECLARATION OF ERIK FUEHRER
              Plaintiff and Counter-      IN SUPPORT OF REPLY TO
18            Defendant,                  WISTRON'S CONDITIONAL
                                          OPPOSITION TO MOTIONS FOR
19       v.                               LEAVE TO AMEND
                                          COUNTERCLAIMS**
20 SAMSUNG ELECTRONICS CO., LTD., a
   Republic of Korea corporation
21
              Defendant and Counter-
22            Plaintiff.

23 SAMSUNG ELECTRONICS CO., LTD.,

24            Counterclaim-Plaintiff,

25       v.

26 WISTRON CORPORATION, and
   WISTRON INFOCOMM (TEXAS)
27 CORPORATION,

28            Counterclaim-Defendants.

-1-

DLA PIPER US LLP
EAST PALO ALTO

WEST\21501948.1    DECLARATION OF ERIK FUEHRER FOR REPLY TO WISTRON'S CONDITIONAL OPPOSITION TO
                   MOTIONS FOR LEAVE TO AMEND; CASE NO. C-07-4748 VRW

I, Erik Fuehrer, declare as follows:

1. I am an attorney with the law firm of DLA Piper US LLP, counsel for Samsung Electronics Co., Ltd. ("Samsung"). I have personal knowledge of the facts stated herein and if called as a witness, could and would competently testify hereto.

2. On July 17, 2008, I contacted Wistron's counsel, via telephone, and Wistron's counsel stated that the K&L Gates law firm would represent Wistron InfoComm Technology (America) Corp.

3. On August 18, 2008, I contacted Wistron's counsel, via telephone, and Wistron's counsel stated that the K&L Gates law firm would represent Wistron LLC.

4. A true and correct copy of Wistron's October 26, 2007, Counter-Defendants' Answer to Defendant Samsung's Amended Counterclaims for Patent Infringement is attached hereto as Exhibit A.

5. I have reviewed the following written discovery served by Wistron on Samsung in this case: Wistron Corp.'s Second Set of Interrogatories to Samsung Electronics Co., Ltd. (No. 13); Wistron Corp.'s Amended Second Set of Interrogatories to Samsung Electronics Co., Ltd. [No. 13]; Wistron Corp.'s Third Set of Interrogatories to Samsung Electronics Co., Ltd. [Nos. 14-16]; Wistron's Second Set of Requests for Production of Documents and Things (Nos. 85-96); and Wistron Corp. and Wistron InfoComm (Texas) Corp. ("Wistron InfoComm Texas")'s First Set of Requests for Admissions to Samsung Electronics Co., Ltd. Each of the abovementioned sets of discovery lists both Wistron Corp. and Wistron InfoComm Texas as the propounding party, collectively referred to as "Wistron."

6. A true and correct copy of excerpts from Wistron Corporation and Subsidiaries, Consolidated financial statements, December 31, 2006 and 2007, is attached as Exhibit B.

7. A true and correct copy of Plaintiff Samsung's Notice of Rule 30(b)(6) Deposition of Wistron InfoComm Tech. (America) Corp. and Subpoena in a Civil Case [for documents and deposition] is attached as Exhibit C.

8. A true and correct copy of Plaintiff Samsung's Notice of Rule 30(b)(6) Deposition of Wistron LLC and Subpoena in a Civil Case [for documents and deposition] is attached as

DLA PIPER US LLP
EAST PALO ALTO

WEST\21501948.1    DECLARATION OF ERIK FUEHRER FOR REPLY TO WISTRON'S CONDITIONAL OPPOSITION TO MOTIONS FOR LEAVE TO AMEND; CASE NO. C-07-4748 VRW

Exhibit D.

9. On August 25, 2008, Samsung's counsel had a telephonic conversation with Wistron's counsel in which Samsung requested that Wistron produce all responsive documents related to Wistron LLC in Wistron Corp.'s possession.

10. Samsung's proposed Answer and Second Amended Counterclaims adding Wistron InfoComm America and Wistron LLC as counterclaim-defendants in this litigation is attached as Exhibit E.

I declare under penalty of perjury under the Laws of the United States of America that the foregoing is true and correct. This declaration is executed in East Palo Alto, California.

Dated: August 28, 2008

By ___/s/ Erik F._____
ERIK FUEHRER

DLA PIPER US LLP
EAST PALO ALTO

WEST\21501948.1

-3-
DECLARATION OF ERIK FUEHRER FOR REPLY TO WISTRON'S CONDITIONAL OPPOSITION TO MOTIONS FOR LEAVE TO AMEND; CASE NO. C-07-4748 VRW