# EXHIBIT B

# WISTRON CORPORATION AND SUBSIDIARIES

Consolidated financial statements

December 31, 2006 and 2007
(With Independent Auditors' Report Thereon)

**Independent Auditors' Report**

The Board of Directors
Wistron Corporation:

We have audited the consolidated balance sheets of Wistron Corporation (the "Company") and subsidiaries as of December 31, 2006 and 2007, and the related consolidated statements of income, changes in stockholders' equity, and cash flows for the years then ended. These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the Republic of China and with the "Regulations Governing Auditing and Certification of Financial Statements by Certified Public Accountants". Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the consolidated financial position of Wistron Corporation and its subsidiaries as of December 31, 2006 and 2007, and the consolidated results of their operations and their cash flows for the years then ended, in conformity with the related financial accounting standards of the "Business Entity Accounting Act" and of the "Regulation on Business Entity Accounting Handling", and accounting principles generally accepted in the Republic of China.

As stated in note 3(a) to the accompanying consolidated financial statements, the Company and its subsidiaries adopted Republic of China Statement of Financial Accounting Standards ("SFAS") No. 37 "Intangible Assets" commencing from January 1, 2007. In accordance with SFAS No. 37, the Company and its subsidiaries re-evaluated the useful lives or amortization methods of its recorded intangible assets, and no change was made. In addition, the Company and its subsidiaries adopted SFAS No. 38 "Non-current Assets Held for Sale and Discontinued Operations", and reclassified, re-measured, and disclosed noncurrent assets held for sale. There is no effect on the consolidated financial statements for the year ended December 31, 2007.

Page 2

As stated in notes 3(b) and 3(c) to the accompanying consolidated financial statements, the Company and its subsidiaries adopted SFAS No. 34 "Financial Instruments: Recognition and Measurement", SFAS No. 36 "Financial Instruments: Disclosure and Presentation", the newly amended SFAS No. 1 "Conceptual Framework for Financial Accounting and Preparation of Financial Statements", and SFAS No. 5 "Long-term Investments under Equity Method" commencing from January 1, 2006. The changes in accounting principle increased the Company and its subsidiaries' net income and earnings per share by NT$23,956,000 and NT$0.02, respectively, for the year ended December 31, 2006. In accordance with SFAS No. 34, the Company and its subsidiaries used fair value to evaluate its financial assets and made an adjustment to stockholders' equity amounting to NT$82,008,000 on January 1, 2006.

The accompanying consolidated financial statements as of and for the year then ended December 31, 2007, have been translated into United States dollars solely for the convenience of the readers. We have audited the translation, and in our opinion, the consolidated financial statements expressed in New Taiwan dollars have been translated into United States dollars on the basis set forth in note 2(x) of the notes to the consolidated financial statements.

Taipei, Taiwan (the Republic of China)
March 4, 2008

### Note to Readers

The accompany consolidated financial statements are intended only to present the financial position, results of operations and cash flows in accordance with accounting principles and practices generally accepted in the Republic of China and not those of any other jurisdictions. The standards, procedures and practices to audit such consolidated financial statements are those generally accepted and applied in the Republic of China.

The auditors' report and the accompanying consolidated financial statements are the English translation of the Chinese version prepared and used in the Republic of China. If there is any conflict between, or any difference in the interpretation of, the English and Chinese language auditors' report and financial statements, the Chinese version shall prevail.

**WISTRON CORPORATION AND SUBSIDIARIES**

**Notes to Consolidated financial statements**

**As of and for the years ended December 31, 2006 and 2007**
(amounts expressed in thousands of New Taiwan dollars and US dollars,
except for per share information and unless otherwise noted)

1. **Reporting Entities of the Consolidated Financial Statements and Their Business Scopes**

   Wistron Corporation (the "Company") was incorporated on May 30, 2001, as a company limited by shares under the laws of the Republic of China (ROC).  Pursuant to a restructuring plan of Acer Inc. (AI) to improve its business performance and competitiveness, the Company was formed to accept the net assets spun off from AI's DMS (Design, Manufacturing, and Service products) business.

   As of December 31, 2006 and 2007, the consolidated financial statements included the accounts of the Company and its subsidiaries (hereinafter jointly referred to as the "Consolidated Companies").  The Consolidated Companies, which are classified according to their primary business activity and percentage of the ownership, are as follows:

   (a) Research, design, testing, manufacturing and sales of personal computers, servers, multi-media appliance products, telecommunication products, and network systems:

   | | | Percentage of the direct and indirect ownership by the Company at December 31, | |
   |---|---|---|---|
   | | Investor | 2006 | 2007 |
   | 1. Wistron Corporation (Taiwan) | - | - | - |
   | 2. International Standard Labs ("ISL", Taiwan) | the Company | 100.00 | 100.00 |
   | 3. Wistron InfoComm (Philippines) Corporation ("WPH", Philippines) | the Company | 100.00 | 100.00 |
   | 4. Wistron Mexico S.A. de C.V. ("WMX", Mexico) | the Company | 100.00 | 100.00 |
   | 5. Wistron InfoComm (Zhongshan) Co., Ltd. ("WZS", China) | Cowin | 100.00 | 100.00 |
   | 6. AII Technology (Zhongshan) Inc. ("ATZS", China) | AIIH | 100.00 | 100.00 |
   | 7. Wistron InfoComm (Kunshan) Co., Ltd. ("WAKS", China) | Win Smart | 100.00 | 100.00 |
   | 8. Wistron InfoComm Technology (Kunshan) Co., Ltd. ("WIKS", China) | Win Smart | 100.00 | 100.00 |
   | 9. Wistron InfoComm Manufacturing (Kunshan) Co., Ltd. ("WEKS", China) | Win Smart | 100.00 | 100.00 |
   | 10. Wistron Optronics Corporation ("WOC", Taiwan) | the Company | 63.22 | - |

(Continued)

2

## WISTRON CORPORATION AND SUBSIDIARIES

### Notes to Consolidated Financial Statements

|  | Investor | Percentage of the direct and indirect ownership by the Company at December 31, 2006 | 2007 |
|---|---|---|---|
| 11. Wistron Optronics (Kunshan) Co., Ltd. ("WOK", China) | WDC | 63.22 | 100.00 |
| 12. Wistron Optronics Corp. ("WOC", formerly "WOD") | the Company | 100.00 | 75.50 |
| 13. AOpen Inc. ("AOI", Taiwan) | the Company | 27.04 (note) | 27.10 |
| 14. AOpen Information Products (Zhongshan) Inc. ("AOZ", China) | AOTH | 27.04 (note) | 27.10 |
| 15. Wistron InfoComm (Czech) s.r.o. ("WCZ", Czech Republic) | WSE | - | 100.00 |

(b) Sale and maintenance of computer products and related parts and components, data storage equipment, and digital monitoring systems:

|  | Investor | Percentage of the direct and indirect ownership by the Company at December 31, 2006 | 2007 |
|---|---|---|---|
| 1. Cowin Worldwide Corporation ("Cowin", British Virgin Islands) | the Company | 100.00 | 100.00 |
| 2. AII Holding Corporation ("AIIH", British Virgin Islands) | the Company | 100.00 | 100.00 |
| 3. Wistron Service B.V. ("WSE", Holland) | the Company | 100.00 | 100.00 |
| 4. Wistron InfoComm (Texas) Corporation ("WTX", El Paso, U.S.A.) | the Company | 100.00 | 100.00 |
| 5. Anextek Global Incorporated ("AGI", Taiwan) | the Company | 84.21 | 99.90 |
| 6. Wistron Service (Kunshan) Corp. ("WSKS", China) | Win Smart | 100.00 | 100.00 |
| 7. Wistron Hong Kong Limited ("WHK", Hong Kong) | Win Smart | 100.00 | 100.00 |
| 8. Wistron Service (Shanghai) Co., Ltd. ("WSSH", China) | Win Smart | 100.00 | 100.00 |
| 9. Wistron K.K. ("WJP", Japan) | AIIH | 100.00 | 100.00 |
| 10. Xserve (Far East) Limited ("XFE", Hong Kong) | AGI | 84.21 | - |
| 11. Xserve International (Shanghai) Co., Ltd. ("XSH", China) | XTI | 84.21 | 99.90 |
| 12. Wistron Optronics (Shanghai) Corporation ("WOS", China) | WDC | 63.22 | 100.00 |
| 13. AOpen America Inc. ("AOA", U.S.A.) | AOI | 27.04 (note) | 27.10 |
| 14. AOpen Computer B.V. ("AOE", Holland) | AOI | 27.04 (note) | 27.10 |

(Continued)

3

## WISTRON CORPORATION AND SUBSIDIARIES

### Notes to Consolidated Financial Statements

| | Investor | Percentage of the direct and indirect ownership by the Company at December 31, 2006 | 2007 |
|---|---|---|---|
| 15. AOpen Japan Inc. ("AOJ", Japan) | AOI | 27.04 (note) | 27.10 |
| 16. AOpen Technology Asia Pacific Taiwan Co., Ltd. ("AOAT", Taiwan) | AOI | 27.04 (note) | 27.10 |
| 17. Great Connection Ltd. ("GCL", Hong Kong) | AOTH | 27.04 (note) | 27.10 |
| 18. AOpen International (Shanghai) Co., Ltd. ("AOC", China) | AOTH | 27.04 (note) | 27.10 |
| 19. AOpen Computer GmbH ("AOG", Germany) | AOE | 27.04 (note) | 27.10 |
| 20. AOpen Components B.V. ("AOEC", Holland) | AOE | 27.04 (note) | 27.10 |
| 21. Wistron InfoComm Technology (America) Corporation ("WITX", America) | the Company | - | 100.00 |

(c) Investment and holding companies:

| | Investor | Percentage of the direct and indirect ownership by the Company at December 31, 2006 | 2007 |
|---|---|---|---|
| 1. WiseCap Ltd. ("WCL", Taiwan) | the Company | 100.00 | 100.00 |
| 2. Win Smart Co., Ltd. ("Win Smart", British Virgin Islands) | the Company | 100.00 | 100.00 |
| 3. Xserve Technology Incorporated ("XTI", British Virgin Islands) | AGI | 84.21 | 99.90 |
| 4. Wistron Information Technology and Services Inc. ("WIBI", British Virgin Islands) | WITS | 45.08 | 52.67 |
| 5. WinDisplay Corporation ("WDC", British Virgin Islands) | AIIH | 63.22 | 100.00 |
| 6. WLB Ltd. ("WLB", Taiwan) | WCL | 100.00 | 100.00 |
| 7. AOpen Technology Inc. ("AOTH", British Virgin Islands) | AOI | 27.04 (note) | 27.10 |

(Continued)

4

## WISTRON CORPORATION AND SUBSIDIARIES

### Notes to Consolidated Financial Statements

(d) Software research, development, design, trading and consultation:

|  | Investor | Percentage of the direct and indirect ownership by the Company at December 31, | |
|---|---|---|---|
|  |  | 2006 | 2007 |
| 1. Wistron InfoComm (Shanghai) Corporation ("WSH", China) | AIIH | 100.00 | 100.00 |
| 2. Wistron Information Technology and Services Corporation ("WITS", Taiwan) | the Company | 45.08 | 52.67 |
| 3. Wistron Information Technology Incorporated ("MIT", Taiwan) | WITS | 45.08 | 52.67 |
| 4. Wistron Information Technology and Services (Japan) Inc. ("WIJP", Japan) | WITS | 45.08 | 52.67 |
| 5. Wistron Information Technology and Services Limited ("WIHK", Hong Kong) | WITS | 45.08 | 52.67 |
| 6. Wistron Information Technology and Services (Dalian) Inc. ("WIDL", China) | WIBI | 45.08 | 52.67 |
| 7. Wistron Information Technology and Services (Hangzhou) Inc. ("WIHZ", China) | WIBI | 45.08 | - |
| 8. Wistron Information Technology and Services (Zhuhai) Inc. ("WIZH", China) | WIBI | 45.08 | 52.67 |
| 9. Wistron Information Technology and Services (Beijing) Inc. (WIBJ, China) | WIBI | 45.08 | 52.67 |

(note) Included as consolidated entities commencing from April 25, 2007.

As of December 31, 2007, the Consolidated Companies included AOI and its subsidiaries as consolidated entities, even though the Consolidated Companies' ownership percentage was lower than 50%, because the Company's representative was appointed as AOI's general manager and the Company obtained the power to control AOI on April 25, 2007. Accordingly, AOI and its subsidiaries' consolidated net income for the period between April 25 and December 31, 2007, was included in the accompanying consolidated financial statements.

To mitigate the financial difficulty and to restructure the ownership of WOC, the boards of directors and stockholders of WOC and WOD approved a resolution for a merger. After the merger, WOD was the surviving company and WOC was the dissolved company. The basis date for the merger was March 10, 2007. In addition, WOD changed its name to WOC on August 17, 2007.

WCZ and WITX were established in 2007. For the purpose of simplifying the investment structure, XFE and WIHZ were liquidated in 2007.

(Continued)