| | | |
|---|---|---|
| 1 | MARK D. FOWLER, Bar No. 124235<br>mark.fowler@dlapiper.com | MICHAEL J. BETTINGER, Bar No. 122196 |
| 2 | ELIZABETH DAY, Bar No. 177125<br>elizabeth.day@dlapiper.com | michael.bettinger@klgates.com<br>TIMOTHY P. WALKER, PHD, Bar |
| 3 | TIMOTHY LOHSE, Bar No. 177230<br>timothy.lohse@dlapiper.com | No. 105001<br>timothy.walker@klgates.com |
| 4 | SAL LIM, Bar No. 211836<br>sal.lim@dlapiper.com | HAROLD H. DAVIS, JR., Bar No. 235552 |
| 5 | GREGORY J. LUNDELL, Bar No. 234941<br>greg.lundell@dlapiper.com | harold.davis@klgates.com<br>**K&L Gates** |
| 6 | NICKOLAS BOHL, Bar No. 245943<br>nickolas.bohl@dlapiper.com | 55 Second Street, Suite 1700<br>San Francisco, California 94105-3493 |
| 7 | ERIK R. FUEHRER, Bar No. 252578<br>erik.fuehrer@dlapiper.com | Telephone: 415.882.8200<br>Facsimile: 415.882.8220 |
| 8 | **DLA PIPER US LLP**<br>2000 University Avenue | Attorneys for Plaintiffs and Counter- |
| 9 | East Palo Alto, CA 94303-2214<br>Tel: 650.833.2000 | Claim Defendants<br>WISTRON CORPORATION and |
| 10 | Fax: 650.833.2001 | WISTRON INFOCOMM<br>(TEXAS)CORPORATION |
| 11 | Attorneys for Defendant and Counter-Plaintiff<br>SAMSUNG ELECTRONICS CO., LTD. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION, a Taiwan corporation,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation,<br><br>    Defendant and Counter-Plaintiff.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>    Counterclaim-Plaintiff,<br><br>v.<br><br>WISTRON CORPORATION and WISTRON INFOCOMM (TEXAS) CORPORATION,<br><br>    Counterclaim-Defendants. | CASE NO. C-07-4748 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING JOINT MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO DELIVER AND PERMIT USE OF ELECTRONIC EQUIPMENT AT MARKMAN HEARING**<br><br>Date:         Sept. 17, 2008<br>Time:        10:00 AM<br>Courtroom: 6<br>Judge:       Vaughn R. Walker |

## STIPULATION

WHEREAS Defendant and Counterclaim-Plaintiff Samsung Electronics Co., LTD. ("Samsung") and Plaintiffs and Counterclaim-Defendants Wistron Corp. and Wistron InfoComm (Texas) Corp., (collectively "Wistron") wish to employ PowerPoint presentations in conjunction with their oral arguments at the upcoming Markman Hearing in the above captioned case. Therefore the parties have agreed to the following stipulation:

1.  Samsung will deliver on September 16, 2008, for use during oral argument at the Markman Hearing: laptop computers, projectors, projection screens, computer monitors, an "ELMO," video switchers, tables and any required cables and connectors.

2.  Wistron may deliver on September 16, 2008, for use during oral argument at the Markman Hearing: laptop computers, projectors, projection screens, computer monitors, an "ELMO," video switchers, tables and any required cables and connectors.

Dated: September 10, 2008           DLA PIPER US LLP


                                    By /s/ Mark Fowler
                                       MARK FOWLER

                                    Attorneys for Defendant and Counter-Plaintiff
                                    SAMSUNG ELECTRONICS CO., LTD.

Dated: September 10, 2008           K&L GATES


                                    By  /s/ Michael Bettinger
                                       MICHAEL J. BETTINGER
                                       TIMOTHY P. WALKER, PHD
                                       HAROLD H. DAVIS
                                       Attorneys for Plaintiffs and Counter-Claim
                                       Defendants
                                       WISTRON CORPORATION and
                                       WISTRON INFOCOMM
                                       (TEXAS)CORPORATION

**ORDER**

This Court has considered Samsung's and Wistron's administrative request. All parties are allowed to deliver on September 16, 2008, their required equipment and things for use during the Markman hearing in the above captioned case on September 17, 2008.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2008

_____
Vaughn R. Walker
United States District Judge