MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
ELIZABETH DAY, Bar No. 177125
elizabeth.day@dlapiper.com
TIMOTHY LOHSE, Bar No. 177230
timothy.lohse@dlapiper.com
SAL LIM, Bar No. 211836
sal.lim@dlapiper.com
GREGORY J. LUNDELL, Bar No. 234941
greg.lundell@dlapiper.com
NICKOLAS BOHL, Bar No. 245943
nickolas.bohl@dlapiper.com
ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
**DLA PIPER US LLP**
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counter-Plaintiff
SAMSUNG ELECTRONICS CO., LTD.

MICHAEL J. BETTINGER, Bar No. 122196
michael.bettinger@klgates.com
TIMOTHY P. WALKER, PHD, Bar No. 105001
timothy.walker@klgates.com
HAROLD H. DAVIS, JR., Bar No. 235552
harold.davis@klgates.com
**K&L Gates**
55 Second Street, Suite 1700
San Francisco, California  94105-3493
Telephone: 415.882.8200
Facsimile: 415.882.8220

Attorneys for Plaintiffs and Counter-Claim Defendants
WISTRON CORPORATION and
WISTRON INFOCOMM (TEXAS)CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION, a Taiwan corporation,<br><br>   Plaintiff and Counter-Defendant,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation,<br><br>   Defendant and Counter-Plaintiff.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>   Counterclaim-Plaintiff,<br><br>v.<br><br>WISTRON CORPORATION and WISTRON INFOCOMM (TEXAS) CORPORATION,<br><br>   Counterclaim-Defendants. | CASE NO.  C-07-4748 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING JOINT MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO DELIVER AND PERMIT USE OF ELECTRONIC EQUIPMENT AT MARKMAN HEARING**<br><br>Date:  Sept. 17, 2008<br>Time:  10:00 AM<br>Courtroom: 6<br>Judge:  Vaughn R. Walker |

## STIPULATION

WHEREAS Defendant and Counterclaim-Plaintiff Samsung Electronics Co., LTD. ("Samsung") and Plaintiffs and Counterclaim-Defendants Wistron Corp. and Wistron InfoComm (Texas) Corp., (collectively "Wistron") wish to employ PowerPoint presentations in conjunction with their oral arguments at the upcoming Markman Hearing in the above captioned case. Therefore the parties have agreed to the following stipulation:

1.  Samsung will deliver on September 16, 2008, for use during oral argument at the Markman Hearing: laptop computers, projectors, projection screens, computer monitors, an "ELMO," video switchers, tables and any required cables and connectors.

2.  Wistron may deliver on September 16, 2008, for use during oral argument at the Markman Hearing: laptop computers, projectors, projection screens, computer monitors, an "ELMO," video switchers, tables and any required cables and connectors.

Dated: September 10, 2008     DLA PIPER US LLP


By /s/ Mark Fowler
MARK FOWLER

Attorneys for Defendant and Counter-Plaintiff
SAMSUNG ELECTRONICS CO., LTD.

Dated: September 10, 2008     K&L GATES


By /s/ Michael Bettinger
MICHAEL J. BETTINGER
TIMOTHY P. WALKER, PHD
HAROLD H. DAVIS
Attorneys for Plaintiffs and Counter-Claim Defendants
WISTRON CORPORATION and
WISTRON INFOCOMM
(TEXAS)CORPORATION

## ORDER

This Court has considered Samsung's and Wistron's administrative request. All parties are allowed to deliver on September 16, 2008, their required equipment and things for use during the Markman hearing in the above captioned case on September 17, 2008.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____September 12_____, 2008

