**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE:** September 11, 2008

**COURTROOM DEPUTY:** Cora Klein     **Court Reporter:** Jim Yeomans

**CASE NO.** C 07-4748 VRW

**TITLE:** WISTRON CORP. v SAMSUNG ELECTRONICS CO LTD.

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Harold Davis, Holly Hogan | Mark Fowler, M Elizabeth Day |

**PROCEEDINGS:**

1. Samsung's Motion for Leave to Amend Counterclaims to Add Parties - granted.
2. Samsung's Motion for Reconsideration Re Docs 857 and 987 - under court's consideration.