IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wistron Corporation, | No   C 07-04748 VRW |
|     Plaintiff and Counter-Defendant, | ORDER |
|     v | |
| Samsung Electronics Co, Ltd, | |
|     Defendant and Counter-Plaintiff. | |

The court has received letters dated October 8, 2008, regarding the pretrial schedule. Doc ## 156, 157. Wistron requests an extension in order "to have the guidance of the claim construction order." Doc #156. Samsung opposes an extension. Doc #157. The claim construction order is not required for the parties to provide their positions on infringement and invalidity. There is, therefore, no basis to modify the pretrial scheduling order. Doc #119. Accordingly, the request to alter the pretrial scheduling order is DENIED.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge