| | |
|---|---|
| MICHAEL J. BETTINGER (STATE BAR NO. 122196)<br>michael.bettinger@klgates.com<br>TIMOTHY P. WALKER, PHD (STATE BAR NO. 105001)<br>timothy.walker@klgates.com<br>HAROLD H. DAVIS, JR. (STATE BAR NO. 235552)<br>harold.davis@klgates.com<br>**K&L GATES**<br>Four Embarcadero Center, Suite 1200<br>San Francisco, California 94111<br>Telephone: 415.882.8200<br>Facsimile: 415.882.8220<br><br>Attorneys for Plaintiff WISTRON CORPORATION, WISTRON INFOCOMM (TEXAS) CORPORATION, WISTRON LLC, WISTRON INFOCOMM (AMERICA) CORPORATION | MARK D. FOWLER, Bar No. 124235<br>mark.fowler@dlapiper.com<br>ELIZABETH DAY, Bar No. 177125<br>elizabeth.day@dlapiper.com<br>TIMOTHY LOHSE, Bar No. 177230<br>timothy.lohse@dlapiper.com<br>SAL LIM, Bar No. 211836<br>sal.lim@dlapiper.com<br>**DLA PIPER US LLP**<br>2000 University Avenue<br>East Palo Alto, CA 94303-2214<br>Tel: 650.833.2000<br>Fax: 650.833.2001<br><br>Attorneys for Defendant and Counter-Plaintiff SAMSUNG ELECTRONICS CO., LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION,<br>   a Taiwan corporation,<br><br>              Plaintiff and Counter-Defendant,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>   a Republic of Korea corporation,<br><br>              Defendant and Counter-Plaintiff<br><hr>SAMSUNG ELECTRONICS CO., LTD.,<br><br>              Counterclaim-Plaintiff<br><br>    vs.<br><br>WISTRON CORPORATION et al<br><br>              Counterclaim-Defendants | Case No. C 07-04748 VRW<br><br>**JOINT STIPULATION TO MOVE DECEMBER 18, 2008 HEARING TO JANUARY 22, 2009** |

---

**JOINT STIPULATION REGARDING MOVING DECEMBER 18, 2008 HEARING DATE**

C 07-4748 VRW

WHEREAS:

1. The parties are currently negotiating a settlement agreement,

2. There is a hearing on the parties' motions for summary judgment currently scheduled for December 18, 2008,

3. The parties agree that moving the current hearing date from December 18, 2008 to January 22, 2009 will provide the parties with additional time to reach a possible settlement agreement, and

4. The parties wish to memorialize their agreement in writing by this Stipulation, and hereby file such Stipulation in accordance with Civil Local Rule 6-1(b).

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the hearing on the parties' motions for summary judgment be moved from December 18, 2008 to January 22, 2009.

Dated:  December 11, 2008          **DLA PIPER US LLP**


By: _____/s/ Sal Lim /s/_____
   MARK FOWLER
   M. ELIZABETH DAY
   TIMOTHY LOHSE
   SAL LIM
   NICKOLAS BOHL
   ERIK FUEHRER

Attorneys for Defendant and Counter-Plaintiff
SAMSUNG ELECTRONICS CO., LTD.

Dated:  December 11, 2008          **K&L GATES**


By: _____/s/ Harold H. Davis /s/_____
   MICHAEL J. BETTINGER
   TIMOTHY P. WALKER, PHD
   HAROLD H. DAVIS

Attorneys for Plaintiffs and Counter-Claim Defendants
WISTRON CORPORATION, WISTRON INFOCOMM
(TEXAS) CORPORATION, WISTRON INFOCOMM
TECHNOLOGY (AMERICA) CORP., and WISTRON
LLC

1
2 **[PROPOSED] ORDER**

3 PURSUANT TO STIPULATION, IT IS SO ORDERED THAT THE HEARING DATE IN THIS MATTER SET FOR DECEMBER 18, 2008 IS MOVED TO JANUARY 22, 2009.
4
5
6 Dated: 12/15/2008

7 Hon. Vaughn R. Walker
Chief Judge, United States District Court

IT IS SO ORDERED
Judge Vaughn R Walker