| | |
|---|---|
| MARK D. FOWLER, Bar No. 124235<br>mark.fowler@dlapiper.com<br>ELIZABETH DAY, Bar No. 177125<br>elizabeth.day@dlapiper.com<br>TIMOTHY LOHSE, Bar No. 177230<br>timothy.lohse@dlapiper.com<br>SAL LIM, Bar No. 211836<br>sal.lim@dlapiper.com<br>GREGORY J. LUNDELL, Bar No. 234941<br>greg.lundell@dlapiper.com<br>NICKOLAS BOHL, Bar No. 245943<br>nickolas.bohl@dlapiper.com<br>ERIK R. FUEHRER, Bar No. 252578<br>erik.fuehrer@dlapiper.com<br>**DLA PIPER LLP (US)**<br>2000 University Avenue<br>East Palo Alto, CA  94303-2214<br>Tel:  650.833.2000<br>Fax: 650.833.2001<br><br>Attorneys for Defendant and Counter-Plaintiff<br>SAMSUNG ELECTRONICS CO., LTD. | MICHAEL J. BETTINGER, Bar No. 122196<br>michael.bettinger@klgates.com<br>TIMOTHY P. WALKER, Ph.D., Bar No. 105001<br>timothy.walker@klgates.com<br>HAROLD H. DAVIS, JR., Bar No. 235552<br>harold.davis@klgates.com<br>**K&L GATES LLP**<br>Four Embarcadero Center, Suite 1200<br>San Francisco, California  94111<br>Telephone: 415.882.8200<br>Facsimile: 415.882.8220<br><br>Attorneys for Plaintiffs and Counter-Claim Defendants<br>WISTRON CORPORATION and WISTRON INFOCOMM (TEXAS) CORP. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISTRON CORPORATION, a Taiwan corporation,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Republic of Korea corporation,<br><br>Defendant and Counter-Plaintiff.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>WISTRON CORPORATION, WISTRON INFOCOMM (TEXAS) CORPORATION, WISTRON INFOCOMM TECHNOLOGY (AMERICA) CORP., and WISTRON LLC<br><br>Counterclaim-Defendants. | CASE NO.  C-07-4748 VRW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MOVE FINAL CONTENTIONS DEADLINES** |

WHEREAS:

1. The parties are currently negotiating a settlement agreement;

2. Under Patent L.R. 3-6, Samsung Electronics Co., Ltd. ("Samsung") must serve its Final Infringement Contentions by December 29, 2008 and Plaintiffs/Counterclaim-Defendants must serve their Final Invalidity Contentions on January 16, 2009.

3. The parties agree that moving the Final Infringement Contentions deadline to January 16, 2009, will provide the parties with additional time to reach a possible settlement agreement;

4. The parties further agree that moving the Final Invalidity Contentions deadline to February 6, 2009, will provide the parties with additional time to reach a possible settlement agreement; and

5. The parties wish to memorialize their agreement in writing by this Stipulation and hereby file such Stipulation in accordance with Civil L.R. 6-1(b).

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the last day to serve Final Infringements Contentions be moved from December 29, 2008 to January 16, 2009 and the last day to serve Final Invalidity Contentions be moved from January 19, 2009 to February 6, 2009.

Dated: December 17, 2008　　　　　　　　DLA PIPER LLP (US)

By /s/ Nickolas Bohl
　　MARK FOWLER
　　M. ELIZABETH DAY
　　TIMOTHY LOHSE
　　SAL LIM
　　NICKOLAS BOHL

　　Attorneys for Defendant and Counter-Plaintiff
　　SAMSUNG ELECTRONICS CO., LTD.

| | | |
|---|---|---|
| 1 | Dated: December 17, 2008 | K&L GATES LLP |
| 2 | | |
| 3 | | By /s/ Harold Davis |
| 4 | | MICHAEL J. BETTINGER<br>TIMOTHY P. WALKER, Ph.D. |
| 5 | | HAROLD H. DAVIS<br>Attorneys for Plaintiffs and Counter- |
| 6 | | Claim Defendants<br>WISTRON CORPORATION, |
| 7 | | WISTRON INFOCOMM (TEXAS)<br>CORPORATION, WISTRON |
| 8 | | INFOCOMM (AMERICA)<br>CORPORATION, and WISTRON LLC |

### [PROPOSED] ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED THAT the last day to serve final infringement contentions is moved from December 29, 2009 to January 16, 2009, and the last day to serve final invalidity contentions is moved from January 19, 2009 to February 6, 2009.

Dated: Dec 22, 2008

IT IS SO ORDERED

Judge Vaughn R Walker

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA