1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

| | |
|---|---|
| 11 WISTRON CORPORATION, a Taiwan corporation, | CASE NO.  C07-4748 VRW<br>JURY DEMANDED |
| 12 <br> Plaintiff and Counter-<br>13 Defendant, | **STIPULATION AND [PROPOSED]<br>ORDER FOR DISMISSAL WITHOUT<br>PREJUDICE** |
| 14 v. | |
| 15 SAMSUNG ELECTRONICS CO., LTD., a<br>Republic of Korea corporation, | |
| 16 <br>Defendant and Counter-<br>17 Plaintiff. | |
| 18 SAMSUNG ELECTRONICS CO., LTD., | |
| 19 Counterclaim-Plaintiff, | |
| 20 v. | |
| 21 WISTRON CORPORATION, WISTRON<br>INFOCOMM (TEXAS) CORPORATION,<br>22 WISTRON INFOCOMM TECHNOLOGY<br>(AMERICA) CORP., and WISTRON LLC | |
| 23 Counterclaim-Defendants. | |

24

25    Pursuant to Federal Rule of Civil Procedure 41(a)(1) and (c), Plaintiff and Counterclaim-

26 Defendant Wistron Corporation and Counterclaim-Defendants Wistron Infocomm (Texas) Corp.,

27 Wistron Infocomm Technology (America) Corp. and Wistron LLC (collectively "Wistron"), by

28 and through their counsel of record, and Defendant and Counterclaim-Plaintiff Samsung

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\21652729.1

-1-
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT
PREJUDICE/CASE NO. C07-4748 VRW

1    Electronics Co., Ltd. ("Samsung"), by and through its counsel of record, agree and stipulate as

2    follows:

3        1.      All claims and counterclaims in this action brought by Wistron against Samsung or

4    by Samsung against Wistron are hereby dismissed without prejudice; and

5        2.      Each party is to bear its own costs and attorneys' fees in connection with these

6    claims and counterclaims.

7

8    Dated:  January 30, 2009                    **K&L GATES LLP**

9

10   By      /s/ Harold H. Davis, Jr.
             MICHAEL J. BETTINGER (SBN 122196)
             mike.bettinger@klgates.com
11           TIMOTHY P. WALKER, PHD (SBN 105001)
             timothy.walker@klgates.com
12           HAROLD H. DAVIS, JR. (SBN 235552)
             harold.davis@klgates.com
13

14           **ATTORNEYS FOR PLAINTIFFS AND
             COUNTER-CLAIM DEFENDANTS
             WISTRON CORPORATION, WISTRON**
15           **INFOCOMM (TEXAS)CORPORATION,
             WISTRON INFOCOMM TECHNOLOGY**
16           **(AMERICA) CORPORATION, AND
             WISTRON LLC**
17

18   Dated: January 30, 2009                     **DLA PIPER LLP (US)**

19

20   By      /s/ Mark Fowler
             MARK D. FOWLER (SBN 124235)
             Attorney-in-Charge
21           mark.fowler@dlapiper.com
             M. ELIZABETH DAY (SBN 177125)
22           elizabeth.day@dlapiper.com
             TIMOTHY LOHSE (SBN 177230)
23           timothy.lohse@dlapiper.com
             SAL LIM (SBN 211836)
24           sal.lim@dlapiper.com

25           **ATTORNEYS FOR DEFENDANT AND
             COUNTER-PLAINTIFF**
26           **SAMSUNG ELECTRONICS CO., LTD.**

27

28

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\21652729.1

-2-
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT
PREJUDICE/CASE NO. C07-4748 VRW

1

**<u>ORDER</u>**

2     PURSUANT TO STIPULATION, this matter is hereby dismissed without prejudice, with

3   all parties to bear their own attorneys' fees and costs.

4     IT IS SO ORDERED.

5

6   **VAUGHN R. WALKER**
    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER LLP (US)
EAST PALO ALTO     WEST\21652729.1

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT
PREJUDICE/CASE NO. C07-4748 VRW